# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _____-CIV

**02-60226**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| ACCESS RESOURCE SERVICES, | ) |
| INC., dba | ) |
| Aura Communications; | ) |
| Circle of Light; | ) |
| Mind and Spirit; and | ) |
| Psychic Readers Network, | ) |
|  | ) |
| PSYCHIC READERS NETWORK, | ) |
| INC., | ) |
|  | ) |
| STEVEN L. FEDER, | ) |
|  | ) |
| and | ) |
|  | ) |
| PETER STOLZ | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

MAGISTRATE JUDGE
SIMONTON

## EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION
## FOR TEMPORARY RESTRAINING ORDER

### VOLUME I, PART 2

Elizabeth M. Grant, Or. Bar No. 90277
Robert G. Schoshinski, DC Bar No. 429736
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Tel: (202) 326-3299; - 3219
Facsimile: (202) 326-3395

# EXHIBIT LIST

## FTC v. ACCESS RESOURCE SERVICES, INC. et al.

## VOLUME I, PART 2

### CONSUMER DECLARATIONS

| EXHIBIT NO. | NAME |
| --- | --- |
| 1.30 | Nancy L. Martin |
| 1.31 | Terry D. Marx |
| 1.32 | Linda McDowell |
| 1.33 | Nadine McNeil |
| 1.34 | Theresa L. McRae |
| 1.35 | Robert Lee Mims, Jr. |
| 1.36 | Ann Marie Pahlman |
| 1.37 | Frances Pate |
| 1.38 | Debra Perry |
| 1.39 | William Peterson |
| 1.40 | Kimberly Rosa |
| 1.41 | Marilyn Sanchez |
| 1.42 | Dorise Schulte |
| 1.43 | Leonard Vickers |
| 1.44 | Luz-Maria Villa |
| 1.45 | Kevin Wells |

EXHIBIT LIST

FTC v. ACCESS RESOURCE SERVICES, INC. et al.

VOLUME I, PART 2

CONSUMER DECLARATIONS

| EXHIBIT NO. | NAME |
|---|---|
| 1.46 | Sue Wiebe |
| 1.47 | Lila R. Williams |
| 1.48 | Rory Wilson |
| 1.49 | Lyndsy Wollenburg |
| 1.50 | Teresa H. Wollenburg |
| 1.51 | Steven D. Wrubel |
| 1.52 | Robert M. Chernick |
| 1.53 | Donald Fickel |

## DECLARATION OF NANCY L. MARTIN

### PURSUANT TO 28 U.S.C. § 1746

I, Nancy L. Martin, make the following statement:

1.      I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Kennewick, Washington.

2.      Approximately during September and October 2000, my family and I experienced crossover problems with our home telephone line, 509-735-2901. We learned of these problems when we tried to make a call and another unknown person, outside our residence, was talking on our private line. This problem occurred approximately three or four times before I reported it to the customer service department of my local carrier, Verizon Northwest, on October 9, 2000. A Verizon technician came to our home on October 10, 2000 to repair it. The technician informed me that he had repaired a crossover problem on our line, which had enabled us to hear other people talking on the line. The technician instructed me to call the telephone company if we were billed for calls that were not ours.

3.      During this same time, we received several unsolicited calls from "Miss Cleo's" Psychic Hotline advertising free readings. These calls were odd to us, because we had not received any calls prior to these calls, nor had we ever made any calls to Miss Cleo's service. Upon answering the calls, I told the Miss Cleo's representative that we were not interested and to not call again. The calls, however, still continued.

4.      I contacted the Washington State Attorney General's Office, which told me to inform the company in writing not to call again. When I received another unsolicited call from a Miss Cleo's representative, I told them that I had contacted the Attorney General's Office. The representative gave me an address to request that my phone number be removed from the company's solicitation. Although I submitted this request, I continued to receive multiple unsolicited mailings from Miss Cleo, at a rate of approximately two or three per week. On November 2, 2000, I called the listed contact number 1-800-441-5856 and spoke with a representative named Laura, who advised me to write to the company, Access Resource Services ("ARS") at 2545 E. Sunrise Blvd., Box 211, Fort Lauderdale, FL 33304. On the same date, I drafted a letter to ARS, requesting that I be removed from ARS's mailing list. Attached as Attachment A is a true and correct copy of this letter, along with sample solicitations from ARS.

5.      At around this time, we received approximately three or four calls with an AT&T recorded message, stating that we had made more 900-number calls than usual. My husband, Mr. Loren Martin, and I both contacted the customer service department of AT&T about this recorded message. We were told that the messages must have been an

error because no 900-number charges appeared on my account at that time. After contacting AT&T, I placed a 900-number block on this phone with Verizon Northwest, my local telephone company.

6. Upon receiving my Verizon Northwest telephone bill for the billing cycle ending November 7, 2000, I found that I had been charged $194.61 for a 42-minute phone call on October 6, 2000 telephone call to the number 900-933-0113 that provided psychic services. Attached to this declaration as Attachment B is a true and correct copy of this bill. The company providing these services was Access Resource Services ("ARS"). To my knowledge, neither I nor anyone in my household requested, authorized, or received such services.

7. To resolve this situation, I contacted AT&T's Customer Service Department at 1-800-642-2708 to dispute the charges. The AT&T representative told me that the call had made from my telephone line, and therefore it was my bill. I received a follow-up letter from AT&T's MultiQuest 900 Center in Minneapolis, Minnesota, confirming the accuracy of the $194.61 charge. Attached as Attachment C is a true and correct copy of this bill.

8. I then contacted Verizon Northwest. The representative confirmed that there was indeed a problem with my line, and if AT&T could set up a three-way call to Verizon, they would confirm the problem. AT&T refused to comply. My husband therefore drafted a November 17, 2000 letter to Verizon at Inglewood, California, in which he explained why he would pay all parts of the phone bill except for the disputed 900-number charge and the Universal Connectivity charge on this call. Attached to this declaration as Attachment D is a true and correct copy of this bill.

9. I also contacted the Washington Utilities & Transportation Commission ("WUTC") at 1-800-562-6150 and spoke with Mr. Ken Chapman. Mr. Chapman informed me that he would call both telephone companies to resolve this matter. On approximately December 11, 2000, Mr. Chapman called me to tell me that he had resolved this matter with both AT&T and Verizon. He told me that if I were ever turned in for collection because of this charge, or if I had any further problems, to contact him. I was confident that this matter was resolved. On my January 7, 2001 AT&T telephone bill, I received a credit for a November 7, 2000 billing adjustment, which was for the disputed psychic call.

10. On approximately January 17, 2001, I received the first of a series of collection letters from ARS. Specifically, I received a "Collection Letter for Unpaid Services," dated January 17, 2001; a "Payment Demand Notification" dated February 1, 2001; a "Payment Deliquency [sic] Notification" dated February 7, 2001; and a "Final Payment Delinquency Notice" dated February 16, 2001. These letters were all from the ARS Collection Department, 1007 N. Federal Hwy, Suite 272, Ft. Lauderdale, Florida 33304.

EXHIBIT 1.30 PAGE 2

The letters all stated that I owed $194.61 for a 39-minute call placed on October 6, 2000. Attached as Attachment E are true and correct copies of these letters.

11. Upon receiving the initial January 17, 2001 letter, I contacted Mr. Chapman at the WUTC. Mr. Chapman told me to call the Federal Communications Commission and the Washington State Attorney General's Office. I contacted both offices and requested complaint forms. I also contacted the Federal Trade Commission on approximately January 22, 2001.

12. On January 30, 2001, I called ARS at 954-563-2543 to resolve this dispute, but the representative would not speak to me nor would she give me her name. When I tried to explain that there was a crossed telephone line, the representative told me that this was our bill and, refusing to listen to me, terminated the call. On the same date, I drafted letters to the Federal Communications Commission's Consumer Information Bureau and to the Office of the Washington State Attorney General. Attached to this declaration as Attachment F are true and correct copies of these letters and the appropriate, completed agency complaint forms.

13. I received responses from my other inquires. On March 15, 2001, I received a letter from Ms. Bonnie Ziemann of AT&T's MultiQuest 900 Center in Minneapolis, Minnesota, confirming that I had been issued a credit for $194.61. The letter also states that I should contact the 900 Information Provider, ARS, to inquire about reimbursement of the 900 charge. Attached as Attachment G is a true and correct copy of this correspondence.

14. I also received responses from the Consumer Protection Division of the Office of the Attorney General of Washington. The first response, dated March 21, 2001, states that my complaint had been assigned to Ms. Sandra Hatcher of the Consumer Protection Division. The second response, dated April 6, 2001, attaches AT&T's reply to my complaint, in which AT&T states that it had credited my account accordingly. The third response, dated April 18, 2001, attaches the replies of Verizon Northwest and ARS to my complaint. Verizon's response confirms that there was an intermittent crossed line at my residence. ARS's response was through Ms. Jane B. Jacobs, Esq., of Klein, Zelman, Rothermel & Dichter, LLP, the law firm representing ARS. In her response, Ms. Jacobs states that her client would no longer pursue collection efforts. She also claimed, however, that there were adequate safeguards to prevent a consumer from being charged by ARS "without full and knowing consent," which was not my experience. Attached as Attachment H are true and correct copies of Ms. Hatcher's three responses and the appropriate attachments.

15. To confirm that this matter had been resolved, on April 12, 2001, I called AT&T's MultiQuest 900 Center at 1-800-642-2708 at spoke to a representative named Twana. Twana told me that the bill was no longer ours and that the situation was resolved.

EXHIBIT 1.30 PAGE 3

16. On the same date, I called ARS's Collection Division at 954-563-2543. The representative, Ms. Scott, assured me that I no longer had a bill. She stated that although it was not in the system, she could not send me documentation stating as such. On the same date, however, I checked ARS's Internet Payment Center and found that according to the system, I still had an unpaid balance of $194.61. Attached to this declaration as Attachment I is a true and correct copy of a printout of this balance.

17. Though ARS has ceased its collection efforts at this time, I found my interaction with the company to be highly onerous and time-consuming. As a result of this matter, I have canceled my long-distance telephone service.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on June 28 , 2001 at Kennewick, Washington.

Nancy L. Martin

EXHIBIT 1 30 PAGE 4

November 2, 2000

Access Resource Services
2545 E. Sunrise Blvd.
Box 211
Fort Lauderdale, FL 33304

To Whom It May Concern,

I spoke to Laura at 1-800-441-5856 on Nov. 2, 2000.  She advised me to write to you at this address, with regards to removing my address from your mailing list.

I have received several letters from Miss Cleo.  I would like to have my address removed from your mailing list and would appreciate if you would not contact me again.

Thank You,

My address is:

Friend At
449 S. Buchanan Place
Kennewick, WA.  99336-4124

EXHIBIT *1.30* PAGE *5*

**Attachment A**

This file has been prepared for complation of your personal advisement and all the noted information provided by and through our office. Please do not alter or change any of the information until you have spok ith an advisor of whom will make any necessary changes and/or alterations. This information is confidential and will l dded to your file.

FILE NUMBER: **0330672-01**

EVALUATION OF: **Addressee**

LOCATION: 449 S Buchanan Pl
Kennewick WA 99336-4124



CONTACT: **Miss Cleo**

1138 - LTR

CONTACT NUMBER: **1-800-441-5856**

CARDS: **ISSUED**

STATUS: **\*\*CONFIRMED\*\***

Friend At
449 S Buchanan Pl
Kennewick WA 99336-4124

My Dear Friend:

It's a lucky thing I'm able to reach you.

I have some important Tarot information for you. It's about the future and the cards dealt in your enclosed envelope.

Yes -- could money, love or career be involved?

As a psychic, I want to hear from you as soon as possible. In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

CALL THIS NUMBER NOW: -- 1-800-441-5856 -- this call is free!

Listen. Because I want to be in contact with you regarding your Tarot Cards, be sure to call now. Don't miss this opportunity. Time is passing quickly.

Here's what I ask you to do right now:

CALL THIS NUMBER: -- 1-800-441-5856 -- THIS call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes:
--LIST ID# 100
--PERSONAL PIN# 462048323

(Do not let anyone have these numbers -- they are _for you_.)

Call right now. We'll guide you to revelations regarding the future.

Remember -- take action fast. Call right now, 1-800-441-5856 -- THIS CALL IS FREE!

With the power of love,

_Cleo_

Miss Cleo

*If you decide not to call, I wouldn't advise you opening the envelope to look at your Cards. This would tend to confuse you - and being an amateur Tarot reader at best - you'd get the wrong idea for what you thought you " saw" in each Tarot picture, possibly causing major life decisions. (" A little knowledge is a dangerous thing" , observed a famed philosopher.)

EXHIBIT *1.30* PAGE *6*

Special credit card offers: call 1-800-859-2880.

Visit us at www.mindandspirit.com    Must be 18+. For Entertainment Only.    **Attachment A**



## MISS CLEO -
Nationally acclaimed Master Tarot Reader & Psychic



Friend At
449 S Buchanan Pl
Kennewick WA 99336-4124

IIdudduudIIudIIuIIudududuIIudIdIIudIdudIIuIIdIuudIuI

It's time to let me unleash the mystery of the Tarot Cards for you.

You must call me now to get your personal reading based on what these unique 78 Tarot Cards will reveal.

Friend, when you call, I will shuffle this special deck and deal your cards in one of the following ways:

> Celtic Cross
> 4-Card Spread
> Simple Cut

The order the cards are turned over will tell many things about you: your past, your present and your future. Each card represents a different part of your life, from love to finances, from children to parents and grandparents, from birth to the loss of a loved one. Everything you want to know about will be told by the cards.

As a Shaman in the art of Tarot card Reading, I will tell you my concerns and my observations and I will make recommendations to you about how you can take control of your life and make changes that will help you improve your future.

Darling, please call me at **1-800-756-7337** right now and let me use my special gift to give you insight and inner peace that only a true Tarot Card Reading can do.

I look forward to speaking with you and helping you get the truth about your life like only the Tarot Cards can reveal. I know you will hang up knowing that you made the right choice by calling and getting a real Tarot Card Reading.

My Best Wishes,

*Cleo*

"Visit us at mindandspirit.com"   For entertainment purposes only.
Callers must be 18 or older.   Special credit card offers: call 1-800-859-2880.

EXHIBIT  1-30  PAGE  7

Miss Cleo is a living legend. She has been blessed with a divine talent that allows her to accurately predict the future.



She has studied long and hard to attain her status of "SHAMAN" - the highest honor a Master Tarot Reader and Psychic can attain.



Miss Cleo currently appears on the **Psychic Readers Network** with her own thirty minute call-in show. Her long list of TV appearances include: **ABC, CBS, NBC, UPN, WB** and many cable Access Networks, including countless other televised broadcasts.



It is because of her amazingly accurate psychic abilities that millions of people, including celebrities, eagerly watch her televised appearances where she continuously converts many skeptics into "true" believers.



Miss Cleo is one of the many Master Tarot Card reading experts and true psychics that are available to you 24 hours a day. Call now with questions about your future.



Please note: your call to discover what's in store for you is free!



**Attachment A**



URGENT:     This is a personal letter for you only!

Friend At
449 S Buchanan Pl
Kennewick WA 99336-4124

I'm so very happy I am able to contact you.

My name is Cleo, and I am a Master Tarot Psychic.  I had an exciting dream last night that could affect the rest of your life!

I was so moved by the dream, that I shared this with my psychic associates. With this knowledge our prediction powers have been heightened.  I am asking you to call immediately and, if by chance I am not available, you must speak to one of my gifted Tarot readers who will know how to use this knowledge to immediately change your future.  It could be that exciting.

Friend, please call right now:  1-800-525-6657.  <u>This call is absolutely free.</u>

THERE IS NO RISK AND NO OBLIGATION AT ALL.

I can't tell you too much here, but I will say that the experience will amaze you as much as it did me.  There may be many wonderful things coming into your life very soon, in fact maybe in the next 10-14 days.  You could be one very lucky person.

It's not often that I get overwhelmed, especially through a dream, at the prospects of good fortune for people.  So you can see why I am overjoyed about what the future holds for you.  Your life may never be the same again.  Please call 1-800-525-6657 right now so I can share this joy with you.

BECAUSE I WANT THE BEST FOR YOU, I HAVE GONE AHEAD AND SET UP A FREE READING WHEN YOU CALL.

Remember, this call is <u>free</u> <u>and</u> <u>so</u> <u>is</u> <u>your</u> <u>reading</u>.

With Love and Hope,

*Cleo*

Visit us at www.mindandspirit.com     For entertainment purposes only.  Callers must be 18 or older.
Special credit card offers:  call 1-800-859-2880.

EXHIBIT / 3.   PAGE  8

## MISS CLEO -
Nationally acclaimed Master Tarot Reader & Psychic

Miss Cleo is a living legend. She has been blessed with a divine talent that allows her to accurately predict the future.

She has studied long and hard to attain her status of "SHAMAN" - the highest honor a Master Tarot Reader and Psychic can attain.

Miss Cleo currently appears on the **Psychic Readers Network** with her own thirty minute call-in show.  Her long list of TV appearances include: **ABC, CBS, NBC, UPN, WB** and many cable Access Networks, including countless other televised broadcasts.

It is because of her amazingly accurate psychic abilities that millions of people, including celebrities, eagerly watch her televised appearances where she continuously converts many skeptics into "true" believers.

Miss Cleo is one of the many Master Tarot Card reading experts and true psychics that are available to you 24 hours a day.  Call now with questions about your future.

Please note: your call to discover what's in store for you is free!

**Attachment A**



Circle Of Light

Dear Friend,

I want to speak to you today!  I may have information regarding a situation that could affect your life!

Enclosed in the sealed envelope are four randomly selected cards from a very powerful Tarot Deck.  **These cards are for you exclusively - they are your cards!**

*These cards must be interpreted,  please do not open them until you call.*

With more than 22 years of Tarot experience, I have witnessed amazing changes.  I want to see these cards and their message bring light to your life today – right now.

> ## Call this special toll-free number now!
> ## 1-800-711-6656

Friend, please protect these cards and only share them with a qualified Tarot reader.  Do not underestimate their powers – they can help in producing an extremely clear vision of what lies ahead for you.

I want an opportunity to make these cards work for you, to answer questions, predict your future, and change your life.  As an expert in this Ancient Oracle, I will tell you everything you should know and what your cards will reveal:



**WARNING DO NOT OPEN THE SEALED ENVELOPE ★ UNTIL YOU CALL ME ★**

★ **Money Matters and Financial Gains.**
★ **Your Romantic Encounters.**
★ **Your Happiness and Well Being.**
★ **How to Avoid Costly Mistakes.**

Call us toll-free at **1-800-711-6656**.
Please don't hesitate to call.  We're here for you – days, nights, and weekends.

With My Very Best
Wishes For You Always,

*Michelle A. Be*

For entertainment purposes only.  Must be 18+
"Visit me at www.masterpredictions.com"   Special credit card offers:  call 1-800-859-2880.

**Attachment A**

EXHIBIT 1.30  PAGE 9



A Very personal and private message enclosed!

Circle Of Light
Seal



EXHIBIT _/. 30_ PAGE _10_

Friend at
449 S Buchanan Pl
Kennewick WA 99336-4124

**Attachment A**

**verizon**

Telephone    mber      509 735-2901 314
Account Number  030486106248296408
Statement Ending       Nov 7, 2000

PAGE **8** OF 14

---

**AT&T billing**
**questions**
**1 800 222-0300**

## COMMUNICATIONS SERVICES

Billing for AT&T                           **AT&T**

### AT&T Non-Regulated Service

Pay Per Call charges are considered non-communication services.

You should know: 1) Failure to pay Pay Per Call charges will not result in
disconnection of your local or long distance services, however, your access to
Pay Per Call may be blocked and further collection attempts may be made. 2) Pay
Per Call blocking is available upon request. 3) You have 60 days after the date
of this bill to initiate a billing dispute.

For billing disputes or inquiries if you are a residential customer please call
1 800 642-2708, if you are a business customer please call 1 800 325-0138.

**Direct Dialed Pay Per Call Charges**

| Date | Time | Place called | Number called | Period | Min. | Amount |
|------|------|--------------|---------------|--------|------|--------|
| Oct 6 | 3:02 pm | PSYCHIC 00 | 900 933-0113 | Day | 42 | $ 194.61 |
| Total | | | | | | $ 194.61 |

*AT&T Non-Regulated Invoice charges*                                    *$ 194.61*

**Total for this invoice period**                                        $ 311.40

ARE YOU MOVING?
Taking your AT&T services along is as easy as 1,2,3.
- Get your new phone number by contacting your new
local company.
- Advise them that you want AT&T Long Distance Service
in your new home.
- Call 1 800 MOVE ATT, ext. 80591, to enjoy continuous
benefits of your AT&T calling plans and services in your
new home.

---

*Total for AT&T*                                                     *$ 311.40*

To order an AT&T calling card, True Reach Savings ® or other long
distance services, call 1-800-222-0300.

03  0486  5097352901  811110  08  03  WA212*HBRDAI      00007236  550000058812

EXHIBIT 1 30  PAGE 11                              **Attachment B**

 **AT&T**

**MultiQuest® 900 Center**

November 17, 2000

P.O. Box 2065
Minneapolis, MN  55402

LOREN MARTIN                                    (509)735-2901
449 S BUCHANAN PL
KENNEWICK, WA 99336-4124

Mr. Martin:

In response to your recent inquiry, I am writing to inform you that the 900
Service charges listed on the following bill date were confirmed as
accurately billed to your telephone number:

        11/7/2000                     $194.61

if you have not already done so, please remit payment to your billing office

You may wish to contact your local telephone company to inquire about
blocking of 900 Service calls from your telephone.

Should you have any further questions, you may contact our office at
1-800-642-2708, at our e-mail address of rm-900inquiry@ems.att.com, or
at our mailing address of P.O. Box 2065, Minneapolis, MN, 55402.

Sincerely,

Pat E. Moore
Account Representative

 **Recycled Paper**                    EXHIBIT _L_ 30 _PAGE_ _12_        **Attachment C**

Verizon Northwest
P. O. Box 30001
Inglewood, CA.   90313-0001

November 17, 2000

To Whom It May Concern:

I am paying all of my November 7 bill, except the disputed charge from
AT&T on October 6, for the 900 call to Psychic for $194.61, plus the
Universal Connectivity charge on this call at 8.6%, as instructed by your
service person.  I have also deducted charges on calls that were made, but
were not billed under my State Saver Plan on Oct. 20 – Oct. 21; a credit
amount of $4.35, per telephone instructions from a Verizon representative
named Debra.  This left a balance of $176.46.

During the month of September and October, we experienced problems with
our telephone line.  We discovered this when we tried to make a call and
another person was talking on our line.  This occurred three or four times
before I reported this to Verizon on Oct. 9.  A Technician was here on Oct.
10 to repair it.  He told me we had a crossover on our line, and that is why
there was someone else on our telephone.  He instructed me to call the
telephone company if we were billed for calls that were not ours.

Thank You,
Loren Martin
509-735-2901
Account #030486106248296408

EXHIBIT / 30  PAGE /3   **Attachment D**

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $194.61 | $194.61 | $194.61 | |

Account # 509-735-2901          Date:  January 17, 2001

Phone Number Used: 509-735-2901     Duration of Calls: 39 minutes

PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard

Loren Martin
449 S Buchanan Pl
Kennewick WA 99336-4124

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-3010

## COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $194.61 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/06/00 | 15:02 | $194.61 | 39 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | TOTAL | $194.61 | | | | | |

## Taking responsibility for your actions is an important step in your spiritual journey.

EXHIBIT *1.30* PAGE *14*

Now you can access your account and make instant payments,          **Attachment E**
24 hours a day at www.arspay.com

# Access Resource Service.. inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | P● DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $194.61 | $194.61 | $194.61 | |

Account # 509-735-2901    Date: February 1, 2001

Phone Number Used: 509-735-2901    Duration of Calls: 39 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard**

Loren Martin
449 S Buchanan Pl
Kennewick WA 99336-4124

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK             1CL0101-3020

## PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $194.61 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 509-735-2901 is fully responsible to settle this debt in the amount of $194.61.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $194.61 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/06/00 | 15:02 | $194.61 | 39 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | TOTAL | $194.61 | | | | |

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**             Attachment E

# Access Resource Services, Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $194.61 | $194.61 | $194.61 | |

Account # 509-735-2901        Date: February 7, 2001

Phone Number Used: 509-735-2901    Duration of Calls: 39 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA ☐MasterCard**

IIl.ilil....lIll..lI..ll....ll.l.lilil...l.l..ll.il....lll.l
Loren Martin
449 S Buchanan Pl
Kennewick WA 99336-4124

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-3030

---

# PAYMENT DELIQUENCY NOTIFICATION. 2nd NOTICE.

Payment to settle this **past due** account is urgently needed.  This account will be reported as delinquent unless you make payment on this account. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered.  Upon receipt of funds, we will consider this account settled in full. Please contact this office immediately if you have any questions.  Do not  wait, please send payment in the next 14 DAYS to the address above to settle this outstanding balance.

As previously stated, in a notification sent to your address, credit issued to you by your phone company **does not exempt you from paying the amount due**. Access Resource Services, Inc. as the provider of psychic information services has the right to collect these charges even if the telephone company has credited the charges to your telephone bill.  **The telephone line holder on record for (509-735-2901) is fully responsible to settle this debt in the amount of $194.61.**

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or credit card.

If you have recently mailed your payment, please ignore this notice.  Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/06/00 | 15:02 | $194.61 | 39 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | TOTAL | $194.61 | | | | |

**We suggest that you evaluate your responsibility with this account.  Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

EXHIBIT 1.30  PAGE 16

**Now you can access your account and make instant payments,    Attachment E
24 hours a day at www.arspay.com**

# Access Resource Services inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $194.61 | $194.61 | $194.61 | |

Account # 509-735-2901          Date:  February 16, 2001

Phone Number Used: 509-735-2901    Duration of Calls: 39 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard**

Loren Martin
449 S Buchanan Pl
Kennewick WA 99336-4124

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK                1CL0101-3040

---

# FINAL PAYMENT DELINQUENCY NOTICE

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed.  This account will be reported as delinquent in the next 14 days.  You need to send your payment or contact our office immediately.  In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered.  Upon receipt of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due**.  Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill.  **The telephone line holder on record for (509-735-2901) is fully responsible to settle this debt in the amount of $194.61.**

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Collection Department.

If you have recently mailed your payment, please ignore this notice.  Our records will be updated to reflect payment.  If you have any questions please contact this office immediately at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/06/00 | 15:02 | $194.61 | 39 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | TOTAL | $194.61 | | | | |

**We suggest that you evaluate your responsibility with this account.  Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

EXHIBIT 1.30 PAGE 17

Attachment E

Now you can access your account and make instant payments,
24 hours a day at www.arspay.com

Federal Communications Commission
Consumer Information Bureau
Consumer Information Network Division
445 12th Street, SW.
Washington, D. C. 20554

January 30, 2001

To Whom It May Concern:

I am writing to you because I have been charged for a telephone call to a Psychic hotline that I did not make. The call was charged by A T & T to my local telephone company, Verizon Northwest. This charge was sent to me on my monthly telephone bill that was dated November 7, 2000.

During the month of September and October, we experienced some problems with our telephone line. We discovered this when we tried to make a call and another person, outside our residence, was talking on our private line. This occurred three or four times before I reported it to Verizon customer service on October 9, 2000. A technician was sent to our home on October 10 to repair it. He informed me that we had a crossover on our line and this is why we could hear other people talking on it. He instructed me to call the telephone company if we were billed for calls that were not ours.

During this same time, we received several solicitation calls from Miss Cleo's Psychic hotline wanting us to call for a free reading. This was odd to us, as we had never received any calls prior to this, nor had we ever made any calls to them. I told them we were not interested and to please not call again. The calls continued. I contacted the Attorney General's office and was told to inform them in writing, not to call again. When they called again, I told them I had contacted the Attorney General and they gave me an address to request to have my number removed from their solicitation list. I sent this letter on November 7. I have attached a copy. They stopped calling me, however they continued to harass me with letters two or three times a week.

During this time, we also received three or four calls from a recorded message from AT&T. The message stated that we had made more 900 calls than usual. This did not make sense to us as I had put on a 900 number and international block on March 19, 1998. I have attached a copy of the letter of confirmation, however it does not include the 900 block, which I requested. I was told it was one and the same.   My husband and I both contacted the customer service department of AT&T about this recorded message. We were told that it must have been an error because they did not show any 900 charges at that time. I have since put a 900 block on this phone with my local telephone company.

In November, we received our monthly telephone bill. It was then apparent to us why we had received these strange calls. We were billed for several calls that were not ours, including a call made to Psychic 00 at 900-933-0113. The charge was made on October 6, 2000 for $194.61. I contacted the Customer Service Department of AT&T at 1-800-642-2708. I was told it was made from my telephone line and therefore it was my bill. I contacted Verizon Northwest. They informed me there was indeed a problem with our telephone line and to contact AT&T and have them make a 3-way call to Verizon. They would explain the problem with our line to AT&T. AT&T refused to do this. I wrote a letter to Verizon disputing the bill. I contacted the Washington Utilities & Transportation at 1-800-562-6150 on November 16. I spoke to Mr. Ken Chapman who informed me that he would call both telephone companies to resolve this matter. Mr. Chapman called me around December 11 to inform me that he had resolved this matter with AT&T and Verizon. He told me if I were ever turned in for collection because of this charge, or had any further problems, to contact him. I was confident this matter was resolved.

On January 17, 2001, I received a collection letter from Access Resource Services Inc., Collection Department. The letter was from Miss Cleo who informed me that this was my bill and I would have to pay it. I contacted Mr. Chapman who told me to call the Federal Communication Commission and the Attorney General. I contacted both and requested complaint forms.

EXHIBIT _1·30_ PAGE _18_   **Attachment F**

I received a credit on my January 7 telephone bill from AT&T for a November 7 billing adjustment. I do not know why this credit was made to me. I believe it is for the Psychic call. I would like this credit paid to whomever is necessary to resolve the charge to Access Resources Services, Inc. I do not want credit that is not due to me, however I do not want a outstanding bill with neither Verizon Northwest, AT&T, or Access Resources Services.

On January 30, I called Access Resource Services at 1-954-563-2543 to try to resolve this matter before filing a complaint. I spoke to a woman, who would not give me her name, refused to listen, and then hung up on me. I also tried to contact someone at the telephone company regarding the credit on my bill. I could not obtain any information, other than a credit was issued.

This matter has continued to escalate since October and I would like to have it resolved. I do not feel it is my responsibility to pay for a call that I did not make. The responsibility is that of the Telephone Company, due to an error with their telephone line. I have excellent credit and would like to continue to do so.

Please contact me if I can provide you with any further documentation, or answer any further questions you might have. I look forward to resolving this matter as quickly as possible.

Thank You,

Nancy L. Martin
449 South Buchanan Place
Kennewick, WA.  99336

Telephone # 509-735-2901

**Attachment F**

EXHIBIT  1. 30  PAGE  19

**FEDERAL COMMUNICATIONS COMMISSION**
**WASHINGTON, D.C. 20554**

---

**CONSUMER FORM FOR TELEPHONE-RELATED ISSUES**

1. First Name _Nancy_ Middle Initial _L_ Last Name _Martin_

2. Your Company's Name ___N/A___
   *(Complete only if filing a complaint on behalf of a company)*

3. Your address or your company's address:

   3a. Street address or post office box number _449 S. Buchanan Place_

   3b. City _Kennewick_ State _WA_ Zip Code _99336_ -

4. Daytime telephone number (_509_) _735_ - _2901_

5. The best time to call you _anytime_ (Eastern Standard Time)

6. Your e-mail address _N/A_

7. Can we contact another party regarding this complaint? Yes _✓_ No _____
   *If yes, complete 7a through 7d, with the alternate contact's information.*

   7a. First name _Loren_ Last name _Martin_

   7b. Daytime telephone number (_509_) _735_ - _2901_

   7c. Street address or post office box number _449 S. Buchanan Pl._

   7d. City _Kennewick_ State _WA_ Zip Code _99336_-

8. List all telephone numbers involved with the complaint and the account number(s) if different from the telephone number(s).

   (_509_) _735_ - _2901_ Account# _81111O   0304861O6248 296408_

   (_____) _____ - _____ Account# _____

   (_____) _____ - _____ Account# _____

9. Are you filing this complaint on behalf of another party, such as a client or elderly parents? Yes _____ No _✓_

   *If yes, complete 9a through 9c.*

**Attachment F**

EXHIBIT _I_ 3O PAGE 4 n

9a. Your relationship with the party _N/A_____

9b. First name _____ Middle initial ___ Last name_____ .____

9c. Daytime telephone number (_____) _____ - _____

9d. Street address or post office box number _____

9e. City_____ State ____ Zip Code_____ - _____

10. Type of service involved: Home telephone service ✓ Business telephone service ____

11. The subject of the complaint:

____ Accessibility

*Select Accessibility if you have had difficulty gaining access to telecommunications equipment and services.*

✓ Billing Dispute

*Select Billing Dispute if you are disputing calls places within the United States or charges for calls placed to other countries.*

____ Cramming

*Select Cramming if unauthorized, misleading or deceptive charges were placed on your telephone bill.*

____ Slamming

*Select Slamming when your preferred telephone company for local telephone service, in-state toll telephone service, or out-of-state telephone service was changed to another company without your knowledge or consent.*

____ Taxes on your telephone bill

____ Telephone Company advertising and marketing practices

✓ Telephone Information Services

*Select Telephone Information Services subject if your complaint concerns calls placed within the United States to a 900 number or another type of telephone number providing recorded or live information or entertainment. Examples of Telephone Information Services included recorded or live psychic advice services: medical, stock market, sports information, and "chat" lines.*

_____ Unsolicited Telephone Marketing Calls

*Select Unsolicited Telephone Marketing Calls if a telemarketers' calls did not honor your request to place you on their "do not call" list.*

**Attachment F**

_____ Unsolicited Advertisements

*Select Unsolicited Advertisements if a fax was sent to your fax machine without your prior expressed permission.*

_____ Other – *the subject of my complaint is not listed above.*

12. The companies involved with your complaint. (List the names of the companies involved in your complaint in the space provided below.)

Access Resource Services Inc.

AT+T

13. Have you directly contacted the companies to resolve your complaint?   954-563-2543

    Yes __/__  No _____   ~~AT+T~~  1-30-01
    Spoke to Access Resource Service
    They would not speak to me

    13a. If yes, did the companies resolve the complaint to your satisfaction?

    Yes _____ No __/__

14. Fill out 14a to 14d if you are disputing charges listed on your telephone bill or your companies' telephone bill.

    14a. The total amount of the charges you are disputing: $ __144.61__

    14b. The month(s) and year charges were billed: __Nov. 7, 2000__

    14c. Did the billing company adjust or refund any portion of the disputed charges?

    Yes _____ No __/__

    14d. If yes, what is the amount of the adjustment or refund? $ _____

15. Detailed information about your complaint may be summarized below. If more space is needed, an additional page may be accepted.

*Examples of information that should be provided: the name of your preferred telephone company if your service was slammed; any premiums you lost – such as frequent flier miles – during the time your service was slammed; the date(s) of the telephone bill involved with your complaint; and the date(s) of the incident(s) involved with your complaint-such as the date you received an unsolicited telephone call or an unsolicited advertisement sent to your fax machine.*

The FCC reviews consumer complaints to ensure that companies regulated by the FCC do not engage in unjust, unreasonable, or unreasonably discriminatory practices; or otherwise conduct their regulated operations in a manner that may be harmful to competition.

**Attachment F**

EXHIBIT *1.30* PAGE 22

Are you willing to provide a written statement regarding your complaint that could be used by the FCC or other federal and state regulatory agencies in enforcement actions against companies? Your complaint will be processed regardless of your willingness to provide additional information to the FCC.    Yes __/__ No _____

Mail your completed form to:

**Federal Communications Commission**
**Consumer Information Bureau**
**Consumer Information Network Division**
**445 12th Street, S.W.**
**Washington, D.C. 20554**

Complaint Description:

Thank you for providing this information.                    FCC Form 475

**Attachment F**

.xHIBI; /·30  PAGE  23

Attorney General Of Washington
Kennewick: Central Washington
500 N. Morain St., Suite 1250
Kennewick, WA.  99336-2607

January 30, 2001

To Whom It May Concern:

I am writing to you because I have been charged for a telephone call to a Psychic hotline that I did not make. The call was charged by A T & T to my local telephone company, Verizon Northwest. This charge was sent to me on my monthly telephone bill that was dated November 7, 2000.

During the month of September and October, we experienced some problems with our telephone line. We discovered this when we tried to make a call and another person, outside our residence, was talking on our private line. This occurred three or four times before I reported it to Verizon customer service on October 9, 2000. A technician was sent to our home on October 10 to repair it. He informed me that we had a crossover on our line and this is why we could hear other people talking on it. He instructed me to call the telephone company if we were billed for calls that were not ours.

During this same time, we received several solicitation calls from Miss Cleo's Psychic hotline wanting us to call for a free reading. This was odd to us, as we had never received any calls prior to this, nor had we ever made any calls to them. I told them we were not interested and to please not call again. The calls continued. I contacted the Attorney General's office and was told to inform them in writing, not to call again. When they called again, I told them I had contacted the Attorney General and they gave me an address to request to have my number removed from their solicitation list. I sent this letter on November 7. I have attached a copy. They stopped calling me, however they continued to harass me with letters two or three times a week.

During this time, we also received three or four calls from a recorded message from AT&T. The message stated that we had made more 900 calls than usual. This did not make sense to us as I had put on a 900 number and international block on March 19, 1998. I have attached a copy of the letter of confirmation, however it does not include the 900 block, which I requested. I was told it was one and the same.   My husband and I both contacted the customer service department of AT&T about this recorded message. We were told that it must have been an error because they did not show any 900 charges at that time. I have since put a 900 block on this phone with my local telephone company.

In November, we received our monthly telephone bill. It was then apparent to us why we had received these strange calls. We were billed for several calls that were not ours, including a call made to Psychic 00 at 900-933-0113. The charge was made on October 6, 2000 for $194.61. I contacted the Customer Service Department of AT&T at 1-800-642-2708.  I was told it was made from my telephone line and therefore it was my bill. I contacted Verizon Northwest. They informed me there was indeed a problem with our telephone line and to contact AT&T and have them make a 3-way call to Verizon. They would explain the problem with our line to AT&T. AT&T refused to do this. I wrote a letter to Verizon disputing the bill. I contacted the Washington Utilities & Transportation at 1-800-562-6150 on November 16. I spoke to Mr. Ken Chapman who informed me that he would call both telephone companies to resolve this matter. Mr. Chapman called me around December 11 to inform me that he had resolved this matter with AT&T and Verizon. He told me if I were ever turned in for collection because of this charge, or had any further problems, to contact him. I was confident this matter was resolved.

On January 17, 2001, I received a collection letter from Access Resource Services Inc., Collection Department. The letter was from Miss Cleo who informed me that this was my bill and I would have to pay it. I contacted Mr. Chapman who told me to call the Federal Communication Commission and the Attorney General. I contacted both and requested complaint forms.

EXHIBIT _1-30_ PAGE _29_   **Attachment F**

I received a credit on my January 7 telephone bill from AT&T for a November 7 billing adjustment. I do not know why this credit was made to me. I believe it is for the Psychic call. I would like this credit paid to whomever is necessary to resolve the charge to Access Resources Services, Inc. I do not want credit that is not due to me, however I do not want a outstanding bill with neither Verizon Northwest, AT&T, or Access Resources Services.

On January 30, I called Access Resource Services at 1-954-563-2543 to try to resolve this matter before filing a complaint. I spoke to a woman, who would not give me her name, refused to listen, and then hung up on me. I also tried to contact someone at the telephone company regarding the credit on my bill. I could not obtain any information, other than a credit was issued.

This matter has continued to escalate since October and I would like to have it resolved. I do not feel it is my responsibility to pay for a call that I did not make. The responsibility is that of the Telephone Company, due to an error with their telephone line. I have excellent credit and would like to continue to do so.

Please contact me if I can provide you with any further documentation, or answer any further questions you might have. I look forward to resolving this matter as quickly as possible.

Thank You,

Nancy L. Martin
449 South Buchanan Place
Kennewick, WA.  99336

Telephone # 509-735-2901

**Attachment F**

CONSUMER COMPLAINT   ORM

GENERAL COMPLAINT

. OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION

AG FORM #208  10/99

STATEWIDE TOLL FREE 1 800-551-4636
HEARING IMPAIRED - TDD 1 800-276-9883

## CONSUMER INFORMATION

Name __Martin__ __Nancy / Loren__ __L.__
Please Print or Type    Last                          First                            Middle Initial

Address: __449 S Buchanan Pl.__

City: __Kennewick__                  State __WA__   Zip __99336__

Phone: Day: (__509__) __735-2901__   Evening: (___) __Same__   E-mail address: __None__

☐ I do NOT wish a copy of this complaint sent to the business about which I am complaining.
☐ To protect myself and/or my property. I request that my complaint be kept confidential and not subject to public disclosure.
I understand that if I have checked either box, the Attorney General's Office cannot process the complaint or offer their informal mediation services.

OPTIONAL: For our statistics, we would appreciate having you check the appropriate age box: ☐ 18 – 29 yrs ☐ 30 – 39 ☒ 40 – 49 ☐ 50 – 59 ☐ 60+

## BUSINESS INFORMATION

Name of business that I am complaining about __Access Resource Services Inc (Miss Cleo)__
Please Print or Type    __Collection Department__

Address: __1007 N. Federal Hwy. Suite 272__

City: __Ft. Lauderdale__              State: __Florida__        Zip: __33304__

Phone: (__954__) __563-2543__ Fax: (___) _____ Toll-free number _____ E-mail address _____

Name of Owner or Manager (if known). __unknown__

Names and addresses of any other businesses involved in your complaint: __Same as above__

Item or service purchased: __Charge for Psychic phone call that I did not make.__

Cost of item or service: __194.61__   Did you sign a contract? __no__   Date of transaction: __10/06/00__
Salesperson's name: _____

Was an advertisement involved? _____ Date and source of advertisement: _____
(Please send a copy of the advertisement if it is available.)

## ABOUT YOUR COMPLAINT . . .

Have you complained to the business __✓__ If YES, to whom: (and their position) __I called on 1-30-01  954-563-2543__ __Would not give me her name__

What response did you receive?
__I tried to explain that we had a crossed line and this was not our bill. The lady I spoke to hung up on me after telling me this was our bill.__

If you have not contacted the business, explain why not: _____

Have you filed a complaint about this business with the Attorney General's Office before: __no__
If Yes, list the file number assigned to that complaint: _____

Have you contacted a private attorney? __no__ If YES, identify the name and address of the attorney: _____

Is there a court or other legal proceeding pending? __no__ If YES, please explain: _____

**Attachment F**

EXHIBIT 1.30 PAGE 26

EXPLAIN YOUR COMPLAINT IN DETAIL (use additional pages if necessary):

*See attached letter*

What do you think the business should do to resolve your complaint? (Circle one)

Refund          Deliver Product          Perform Service          Other

Explain if you have circled "Other": _I would like this bill taken care of by either AT+T or Verizon as the reason for this bill is a crossed line. I did not make this call. The problem was with my phone line._

| Bellingham: Island, San Juan, Skagit and Whatcom Counties 103 E. HOLLY. SUITE 308 BELLINGHAM. WA 98225-4728 (360) 738-6185        fax (360) 738-6190 | Seattle: North King. Snohomish, Clallam and Jefferson Counties and Bainbridge Island 900 FOURTH AVENUE, SUITE 2000 SEATTLE, WA 98164-1012 (206) 464-6684        fax (206) 464-6451 | Tacoma: Pierce, Mason, Grays Harbor. Kitsap and south King County 1019 PACIFIC AVENUE S. 3rd Fl TACOMA WA 98402-4411 (253) 593-2904        fax (253) 593-2449 |
|---|---|---|
| Olympia: Thurston County 905 PLUM ST SE #3; PO BOX 40118 OLYMPIA. WA 98504-0118 (360) 753-6210        FAX (360) 664-2585 | Spokane: Eastern Washington 1116 WEST RIVERSIDE SPOKANE WA 99201-1194 (509) 456-3123        fax (509) 458-3548 | Kennewick: Central Washington 500 N MORAIN ST. SUITE 1250 KENNEWICK WA 99336-2607 (509) 734-7140        fax (509) 734-7290 |
| PLEASE TYPE OR PRINT. This form should be returned to the address nearest to you. After your complaint is received, you will be contacted by mail regarding assignment of your complaint. | Vancouver: Southwestern Washington 1220 MAIN STREET. SUITE 549 VANCOUVER WA 98660-2964 (360) 759-2150        fax (360) 759-2159 | Please include copies of related documents. SEND COPIES ONLY - DO NOT INCLUDE ORIGINAL DOCUMENTS! |

## SIGNATURE

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

I understand that my complaint and the related documents will become a "public record" and under state law can be subject to a public records disclosure request and thus be seen by other people.

| Nancy L Martin | 1-30-01 | Kennewick WA. 99336 |
|---|---|---|
| Signature | Date | City and State where signed |

**Attachment F**

EXHIBIT 1.30 PAGE 27

 **AT&T**

MultiQuest° 900 Center

P.O. Box 2065
Minneapolis, MN 55402

March 15, 2001

Nancy Martin                                            (509) 735-2901
449 South Buchanan Place
Kennewick, WA 99336

Dear Mrs. Martin:

We have received your letter sent to the Federal Communications Commission regarding the secondary collection efforts of Access Resource Services. I have been trying to reach you to discuss your concerns.

Our records indicate an adjustment was issued to your account for AT&T 900 charges listed on the following bill date:

                    November 7,2000                    $194.61

At the time the 900 charges were removed from your account the representative advised that the 900 Information Provider may pursue secondary collections on the adjusted charges. To inquire about reimbursement of the 900 charge you would want to contact the 900 Information Provider. Any other concerns you have regarding collection activity should be directed to the 900 Information Provider listed below:

            Access Resource Services
            2455 E. Sunrise Blvd.
            Fort Lauderdale, FL 33304
            (800) 211-8326

Should you have any additional need for assistance, please feel free to contact me at (612) 376-6658

Sincerely,

Bonnie Ziemann
AT&T MultiQuest 900 Center
Executive Appeals Representative
ea001559

♻ Recycled Paper

**Attachment G**

EXHIBIT 1.30 PAGE 28

Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

900 Fourth Avenue #2000 • Seattle WA 98164-1012

March 21, 2001

NANCY L MARTIN
449 S BUCHANAN PL
KENNEWICK, WA 99336

Re:   AT&T LAW & GOVERNMENT AFFAIRS, ACCESS RESOURCE SERVICES AND VERIZON NW

File #SEA-137244

Dear Nancy L Martin:

Your complaint to this office regarding AT&T Law & Government Affairs, Access Resource Services And Verizon NW has been assigned to me. I will contact the business for its response to your complaint and will then contact you. Normal handling of complaints takes about three weeks, although many businesses do make prompt adjustment of valid complaints.

If the business does not respond or declines to adjust your complaint, this office cannot require it to do so, nor does the Consumer Protection Act give us permission to act as your private attorney. Our office brings lawsuits in the name of the State of Washington against businesses for violating the Consumer Protection Act. Because both staff and budget are limited, only cases which involve the greatest harm to the public can be prosecuted.

If the office is unable to resolve this complaint, I will inform you of alternatives. If you need to contact me, please write to me and note your file number SEA-137244, or call me at (206) 389-2743.

Sandra Hatcher
Consumer Services Specialist
Consumer Protection Division
(206) 389-2743

In Washington Call Toll Free 1-800-551-4636
For Hearing Impaired - TDD - 1-800-276-9883

**Attachment H**



Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

900 Fourth Avenue #2000 • Seattle WA 98164-1012

April 6, 2001

NANCY L MARTIN
449 S BUCHANAN PL
KENNEWICK, WA 99336

Re:    AT&T LAW & GOVERNMENT AFFAIRS,  ACCESS RESOURCE SERVICES AND
VERIZON NW

File #SEA-137244

Dear Nancy L Martin:

Our office has received a reply from At&T Law & Government Affairs regarding your complaint.  Enclosed is a copy of that reply for your records.

When we have a response from Access Resource Services and Verizon NW, we will contact you again.

Sandra Hatcher
Consumer Services Specialist
Consumer Protection Division
(206) 389-2743

In Washington Call Toll Free 1-800-551-4636
For Hearing Impaired - TDD - 1-800-276-9883          **Attachment H**



Patrick A. Clisham
Complaint Manager - WA
Law & Government Affairs - Western Region

Room 14-38
1875 Lawrence Street
Denver. CO 80202

**VIA FACSIMILE - (206) 464-6451**

Tuesday. April 03, 2001

Consumer Representative - Seattle
Consumer Protection Division
WA Attorney General's Office
900 Fourth Avenue. Room 2000
Seattle, WA 98164-1012

Customer:  Loren Martin
DBA:

4490 S. Buchanan Pl.
Kennewick, WA 99336
(509) 735-2901

AT&T Tracking #:  00 - 015809
File Number:   SEA-137244

Dear Consumer Representative:

AT&T reviewed Ms. Martin's complaint and found that the collection notice she is receiving is from a collections agency that has been contracted by the psychic hotline company, not AT&T.

On December 20, 2000, AT&T issued an adjustment of $194.61 to Ms. Martin's account for the disputed charges. At that time, AT&T advised Ms. Martin that the credit was for the AT&T billing and that the service provider may seek secondary collections methods. Please direct Ms. Martin's complaint to the collection agency or psychic hotline company directly.

AT&T will consider this complaint closed unless further questions are received. Please advise AT&T when your office has closed this complaint.

Sincerely,

*Patrick A. Clisham*

Toll-free.   (800) 333-0124
Fax          (800) 211-0087
Direct·      (303)298-6771
Fax          (303) 294-7379
E-mail       patrickclisham@att.com

**Attachment H**



Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

900 Fourth Avenue #2000 • Seattle WA 98164-1012

April 18, 2001

NANCY L MARTIN
449 S BUCHANAN PL
KENNEWICK, WA 99336

Re:   AT&T LAW & GOVERNMENT AFFAIRS,  ACCESS RESOURCE SERVICES AND VERIZON NW

File #SEA-137244

Dear Nancy L Martin:

Our office has received responses from Access Resource Services And Verizon Nw indicating an adjustment of your complaint has been made.  We enclose copies of the letters for your records.

Since your complaint has now been resolved, we are closing our file.  Feel free to write to us again if the adjustment has not been made as promised.

We are happy to have been of service to you.

Sandra Hatcher
Consumer Services Specialist
Consumer Protection Division
(206) 389-2743

Enclosure

In Washington Call Toll Free 1-800-551-4636
For Hearing Impaired - TDD - 1-800-276-9883

**Attachment H**

EXHIBIT 1 20   PAGE 32



**Verizon Northwest, Inc.**
Customer Relations
PO Box 1003, Dept. 3CR
Everett, WA  98206

800-483-7988

April 9, 2001

Ms. Sandra Hatcher
Consumer Protection Division
Attorney General of Washington
900 Fourth Avenue #2000
Seattle, WA 98164-1012

Re:  Nancy Martin
     File #SEA-137244

Dear Ms. Hatcher:

This is in response to the complaint for Nancy Martin.  Your letter has been referred to me for review and response.

Ms. Martin contacted our office on November 16, 2000 and the Washington Utilities & Transportation Commission (WUTC) on November 27, 2000, to dispute an AT&T charge of $213.18 that was billed on her November 7, 2000 statement.

We removed the charges from Ms. Martin's Verizon bill and sent them back to AT&T.  In which resulted in the credit of $213.18 that appeared on Ms. Martin's January 7, 2001 statement.  Unfortunately, since Verizon is no longer billing the charges Ms. Martin will need to address her concerns with the company, Access Resource Services, Inc.  We also explained, to the WUTC there was a possibility there was an intermittent crossed line condition at the time of a Verizon repair call on 10/10/00.

If you need any further assistance, I can be reached at 1-800-483-0999.

Sincerely,

Bonnie Sanford
Customer Relations Manager

**Attachment H**

# KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

### 485 MADISON AVENUE

### NEW YORK, NEW YORK 10022-5803

#### TEL (212) 935-8020

#### FAX (212) 753-8101

e-mail: kzrd@kzrd.com

FRED C. KLEIN
ANDREW E. ZELMAN
JOAN EBERT ROTHERMEL
JOEL R. DICHTER
JANE B. JACOBS
NANCY B. SCHESS
DAVID O. KLEIN

SEAN A. MOYNIHAN
MARY A. MOONEY

STEPHEN B. HANSBURG
OF COUNSEL

March 28, 2001

Christine O. Gregoire
Attorney General Of Washington
900 Fourth Avenue # 2000
Seattle, WA 98164-1012

RECEIVED
APR 0 4 2001
ATTORNEY GENERAL'S OFFICE

Re:   Nancy L Martin- # 509-735-2901

Dear Ms. Gregoire:

This firm represents Access Resource Services, the information provider involved in this complaint.

Initially, please be advised that our client has processed a credit for all sums billed. Our client only sends demands for payment after the carrier has removed the charge from the complainant's bill. In those circumstances, the complainant has not paid the charges on his or her own phone bill. For this reason, no refund is required. Our client has adjusted its records to remove this charge, and the complainant will not receive any further demands for payment.

You also should be aware that before a consumer incurs charges for the services offered by our client, all material terms of those services, including all costs, are fully disclosed. This usually occurs twice, the first time during a call to a toll-free number, and again during the preamble. In addition, during the preamble, callers are advised that if they are put on hold or have any difficulty, they can press "*9" to report the problem. No one ever is charged without full and knowing consent.

We have reviewed the procedures used by our client and believe that they comply with all applicable laws. Notwithstanding this, in the interest of addressing any complaint expeditiously, the complainant has been credited for all amounts billed, the membership has been canceled, and the complainant's name has been removed from all mailing lists. Our client will not pursue collection efforts.

**Attachment H**

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

Page 2
March 28, 2001

       We apologize for any inconvenience this may have caused.  If you require further information, please contact the undersigned.

Very truly yours,

Jane B. Jacobs

JBJ/JO

**Attachment H**

# Access Resource Services, Inc. Internet Payment Center.
## 1007 N. Federal Hwy, Suite 272
## Fort Lauderdale, FL 33304
## 1-800-223-5520

| Date of Call | Time of Call | Duration of Call | Cost of Call |
|---|---|---|---|
| 2000-10-06 | 15:02:00 | 42 | 194.61 |

| | |
|---|---|
| Total Original Charges | $ 194.61 |
| Total Unpaid Balance | $ 194.61 |

Please pay : $ 194 . 61

Would you like to pay by :

| | | | | |
|---|---|---|---|---|
| ⦿ Credit Card | ⦿ Visa | ○ MC | Card Number | |
| | Expiration Date | MM 01 ▾ YY 00 ▾ | Zip Code | |
| | First Name | | Last Name | |
| ○ Money Order | | | | |

○ Check

John Doe
111 Anywhere St.
Fantasy Island, MI 44323                    232
                                            74-7416/2724

Pay to
the order of : _____  $ [      ]

Memo _____

⑈123456789⑈ 1234567890⑈ 0232

(Routing Number) _ (Account Number)

**Bold Fields are required**

| | |
|---|---|
| **Check Number** *Number on the top right corner* *On this sample it is 232* | |
| **Routing Number and Account Number** *Series of numbers on the bottom* *On this sample it is* *123456789123456789002 32* | |
| **Name of Bank** | |
| **First Name** | **Last Name** |

EXHIBIT 130 PAGE 36

| Street Address | | Apartment or ( |
| City | | State |
| E-Mail | | |

Submit your payment

They have no
idea how this
got on Internet
We are no longer
in System (no bill)

4-12-01

EXHIBIT 1.30 PAGE 37

https://secure.orderprocessing.net/ari/collection/outdial//get_transaction.cgi

4/12/2001

**Attachment I**

## DECLARATION OF TERRY D. MARX
## PURSUANT TO 28 U.S.C. § 1746

I, Terry D. Marx, declare as follows:

1. My name is Terry D. Marx. I live in Bloomington, Illinois and work as a delivery driver.

2. During February of 2000, I began receiving telephone solicitations at my home phone number for a psychic hotline service called "Ms. Cleo." Some of the calls were recorded messages, while others were live telemarketers. The calls came on a daily basis and on some days I would receive as many as six telemarketing calls. The live telemarketers used high-pressure tactics to try to get me to call the psychic hotline.

3. Whenever I received a call from a live telemarketer, I informed them that I was not interested in their service and wished to be removed from their calling list. I was informed by the telemarketers that there was no way that they could take my number off the calling list.

4. In approximately early February of 2000, I began receiving mail solicitations from the same organization. I received as many as three mailings in a week from them. The mailings requested that I call the psychic hotline and referred to "Ms. Cleo," "Mind & Spirit," and "Circle of Light." The address given for the organization was 2545 E. Sunrise Boulevard, #211, Fort Lauderdale, Florida, 33304. The phone number given for the organization was (800) 711-5785.

5. I never requested any of the phone calls or mailings and I considered them to be unwanted and harassing.

6. In August or September of 2000, I received a telephone bill with two $5.00 charges for toll calls to the psychic line. The calls were supposed to have been made at times when either no one was at home or my wife and I were asleep. I disputed the charges with the phone company

EXHIBIT 1. 31 PAGE 1

and they were removed from the bill.

7.      In November of 2000, I complained to the phone company about the calls and to the

Illinois Attorney General's Office about the calls and the mailings.  Both the mailings and the

phone calls continued until January of 2001 when they stopped.

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

EXECUTED ON:_____, 2001.

Terry D. Marx

EXHIBIT 1.31 PAGE 2

# DECLARATION OF LINDA MCDOWELL
## PURSUANT TO 28 U.S.C. § 1746

I, Linda McDowell, declare as follows:

1.     My name is Linda McDowell. I live in East Alton, Illinois with my husband and son and work as an administrative assistant.

2.     During the Winter of 2000, we began receiving unwanted telephone solicitations for the Miss Cleo Psychic "900" telephone line. Some of the calls were recordings soliciting us to call the advertised number, others were live telemarketers. We received many calls each day and on some days, as many as fourteen calls.

3.     We considered the calls to be unwanted and harassing. My husband, Eric McDowell works on a midnight shift and sleeps during the day. The repeated calls disrupted his sleep.

4.     Whenever we received a call from a live telemarketer, we would request that they not call anymore and remove our number from their calling list. On several occasions, the telemarketers became rude and abusive when we made this request and used vulgar language. They told us that they would not remove our number from the calling list and that they would continue to call.

5.     On October 24, 2000, I called the number I was given for customer service and asked to speak to a supervisor. The person to whom I spoke said that they would stop the calls. The calls did not stop. On November 8, 2000 I again called the number that I was given for customer service. Again I spoke to a supervisor and requested that they stop calling us. On January 6, 2001, we received a letter from Miss Cleo of Access Resource Services, Inc. of Fort Lauderdale, Florida demanding that we pay $24.95 for the two calls that we made to customer service.

1

EXHIBIT *1-32* PAGE *1*

A true and correct copy of the letter is attached as **McDowell Attachment A.**

6.      On January 7, 2001, we sent a letter to Access Resource detailing our experiences with the company, refusing to pay for the calls we made to customer service and requesting that they discontinue the unwanted solicitation calls.  A true and correct copy of the letter is attached as **McDowell Attachment B.**

7.      On or about January 20, 2001, we received another letter from Access Resource Services, Inc., again demanding that we pay $24.95 for the customer service calls that we made.  A true and correct copy of the letter is attached as **McDowell Attachment C.**

8.      On January 23, 2001, we sent another letter to Access Resource, again stating that we would not pay for the calls and requesting that they stop calling us.  A true and correct copy of the letter is attached as **McDowell Attachment D.**

9.      On January 28, 2001, we filed a complaint with the Illinois Attorney General's Office regarding the practices of Access Resource Services, Inc.  We have also obtained, at our own expense, a service from the telephone company called a "manager" that screens unwanted solicitation calls from Access Resource.  We have the "manager" on our one phone line so that the calls do not disturb my husband's sleep.  We continue to get solicitation calls from Access Resource Services, Inc. on the line without the "manager" service.

2

EXHIBIT 1 32 PAGE 2

EXHIBIT 32 PAGE 3

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON: July 31, 2001 , 2001.

Linda McDowell

3

EXHIBIT 32 PAGE 3

# MCDOWELL ATTACHMENT A

EXHIBIT /. 32 PAGE 4

**Access Resource Services Inc.**

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| BEFORE | AMOUNT | AMOUNT DUE | YOU PAY |
|--------|--------|------------|---------|
| $24.95 | $24.95 | $24.95 | |

Account # 618-254-5046        Date:  January 3, 2001

Phone Number Used: 618-254-5046     Duration of Calls: 5 minutes

PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard

Eric McDowell
3208 Rock Hill Rd
East Alton IL 62024-2902

NAME AS IT APPEARS ON CREDIT CARD
_____

Signature of
cardholder _____     exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-1010

---

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $24.95 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due**. I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/24/00 | 17:47 | $19.96 | 4 | 11/08/00 | 17:43 | $4.99 | 1 |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | TOTAL | $24.95 | | | | |

## Taking responsibility for your actions is an important step in your spiritual journey.

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

EXHIBIT *132* PAGE *5*

# MCDOWELL ATTACHMENT B

EXHIBI 1.32 PAGE 6

Ms. Cleo
In Behalf of: Access Resource Services, Inc.
Collection Department
1007 North Federal Highway, Suite 272
Ft. Lauderdale, Florida 33304

Dear Mr./Ms.:

We are in receipt of an outrageous "Collection Letter for Unpaid Services" dated January 3, 2001 (Account No. 618-254-5046).

First of all, there were no services rendered. Let's back up to the beginning. My husband and I had a renter (a past friend) who used our 2nd line in our home for his own use. He paid the bills, but the phone was still in our name. We found out that he was calling sex and physic lines and not paying the bills. We immediately placed a restriction on his phone for no long distance calls, or 800 and 900 numbers. After a short time he moved . . . to our delight. Since he left, that phone is now being utilized by our son. Also since he left (for the last year and one-half), we have been getting a barrage of sex and physic calls on a daily basis. We were able to get the sex calls stopped (they were very nice and polite about the problem), but the physic calls have been another matter. Especially from Ms. Cleo. For the longest time we just hung the phone up. My husband works straight midnights and the numerous daily calls were interrupting his sleep. My son and I then began asking that our phone numbers (they were calling both lines in our home . . . sometimes both simultaneously) be removed from their calling list (which in the State of Illinois is a legal request to harassing phone solicitation . . . and it is illegal for companies to continue after they have been requested to stop calling). It slowed down for a short period, but then started up again. We continued to ask them to stop calling with no success. Both my son and I have also been cussed by these callers. I personally had one gentleman (and I used that word lightly) cuss me and then he laughed. He continued the conversation by saying that there was nothing I could do to stop these calls, and if I wanted to be mad at anybody, I should be mad at my local phone service for they were selling our phone numbers to them. That was the last straw. On two (2) occasions we requested to speak to someone in charge, such as a manger. We were transferred to a person both times who said they would take care of the problem, and we were never told that we would be charged for requesting a "person in charge." I was also given an 800 number to call and have the matter taken care of. When you call that number, you are told that the numbers of people using this service are so large that they can't handle all the calls, and then they give you a number (which is not toll free) to call to take care of it. I refuse to spend another cent. Obviously, the two (2) times I tried to speak to someone in charge, I was charged the "unpaid services" fee that you say I now owe. I'm telling you now, I will not pay for trying to stop this company, or any like it, from continuing these harassing calls. Yes, harassing calls. I have gotten as high as fourteen (14) calls per day. In any court, that would be considered harassment.

For a brief time, we tried to keep the phone calls that came in when we were home. (Many calls from this so called service left messages on the answering machine.) They are as follows:

September 22, 2000 – 12:30 p.m.
September 22, 2000 – 6:53 p.m. (Upstairs Line)
September 23, 2000 – 11:14 a.m.
September 26, 2000 – 6:40 p.m. (Answering machine)
September 30, 2000 – 2:10 p.m.

EXHIBIT 1.32 PAGE 7

October 6, 2000 – (Male person)
October 10, 2000 – 12:30 p.m. (Female person / Female supervisor) Ext. 11461 (Ann)
October 12, 2000 – 2:45 p.m. (Upstairs Line)
October 15, 2000 – 3:30 p.m.
October 18, 2000 – 1:15 p.m. (Answering machine)
October 18, 2000 – 3:10 p.m.
October 23, 2000 – 6:25 p.m.
October 24, 2000 – 5:47 p.m. (Requested a Supervisor)
October 27, 2000 – 12:33 p.m.
November 7, 2000 – 7 calls in one day (Answering machine)
November 8, 2000 – 5:45 p.m. (Male person) Ext. 43507

This is just a few, and by no means shows all the calls. We were just too busy to mess with the majority of them.

We were also told by a person in charge that the so-called service did not leave messages on answering machines. I beg to differ with you. They did this on a daily basis . . . on our 2nd line.

We have now stopped the majority of these calls. Our local area now offers "Phone Manger," which we immediately had added to our phone. We still periodically get a "trouper" from the "service" give their name (Ms. Cleo), but that is as far as they get. We disconnect the call immediately. It is a shame that a person has to put up with so many unwanted calls.

In paying our phone bill, I didn't check close enough one (1) month and inadvertently paid a minimal fee. I let that go and chalked it off as "you got over on me one time," but that will be the last. We will not pay a cent to you for just trying to stop our harassing phone calls. As was stated previously, there are laws in the State of Illinois to protect us against people like you, and we won't hesitate to use them.

Lastly, we have never used your services, and no one here ever plans to. We do not believe in your charlatan practices, and feel you are a detriment to society. People like you prey on weakness, which you will not find in our household. If your so-called physics were real as Ms. Cleo advertises on her stupid commercials, they would know when someone here answered the phone that they were making a wasted phone call and just give up.

My husband, son and I hope that you will understand by this letter that there were no services rendered, that you are illegally harassing a household that does not want nor use your services, and that you will discontinue your quest to receive payment for your so called "services."

We thank you in advance for your consideration, and await a prompt reply that will correct this serious matter.

Cordially,

Mr. & Mrs. Eric McDowell

c:    File Copy
      Attorney Copy

EXHIBIT 1.32 PAGE 8

# MCDOWELL ATTACHMENT C

EXHIBIT 1.32 PAGE 9

**Access Resource Services Inc.**

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| BEFORE | AMOUNT | AMOUNT DUE | YOU PAY |
|---|---|---|---|
| $24.95 | $24.95 | $24.95 | |

Account # 618-254-5046          Date:  January 17, 2001

Phone Number Used: 618-254-5046    Duration of Calls: 5 minutes

PLEASE PRINT CREDIT CARD NUMBER ⊔VISA ⊔MasterCard

Eric McDowell
3208 Rock Hill Rd
East Alton IL 62024-2902

_____
NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-1020

## PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $24.95 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due.  Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill.  When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  The telephone line holder on record for 618-254-5046 is fully responsible to settle this debt in the amount of $24.95.

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 numbers were dialed from your phone.  Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full.  **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $24.95 in the enclosed envelope.  To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice.  Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/24/00 | 17:47 | $19.96 | 4 | 11/08/00 | 17:43 | $4.99 | 1 |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | **TOTAL** | | | | **$24.95** | |

**We suggest that you evaluate your responsibility with this account.  Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

EXHIBIT 1·33  PAGE 10

# MCDOWELL ATTACHMENT D

EXHIBIT 1.32 PAGE 11

January 23, 2001

Eric & Linda McDowell
3208 Rock Hill Road
East Alton, Illinois 62024

Access Resource Services, Inc.
Collection Department
1007 North Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

To Whom It May Concern:

Attached please find a copy of the letter that was sent to you on January 7, 2001.

Again, we will not pay for your so-called services when we were referred to your manager/service representative to try and stop your continued harassing calls, and we were never, at any point, informed that we would have to pay to stop these (harassing) calls. As a matter of fact, the 800 number that we were given, there was no answer, and again we were referred to a toll number, which we did not use.

We await a personal message from some one who has the **authority** to make a decision to correct this on-going problem.

Cordially,

Eric & Linda McDowell

xc: File Copy / Attorney File / Attorney General (State of Illinois)

EXHIBIT 1.32 PAGE 2

DECLARATION OF NADINE McNEIL
PURSUANT TO 28 U.S.C. § 1746

1.    My name is Nadine McNeil. My home address is 1503 Metropolitan Avenue, Bronx, New York 10462.

2.    In February 2001, I received my telephone bill from Verizon and was shocked to see charges totaling over $600.00, including charges to Vanuatu and $174.65 in charges to a 900 number psychic service. A copy of this bill is attached to this Declaration as Attachment 1.

3.    I called Verizon about these charges and a representative told me there was a wiretapping problem in my apartment building, and that other residents had experienced similar problems. In order to prevent further wiretapping in my building, Verizon issued me and my neighbors four digit access codes, which we must dial every time we want to make a phone call. Both Verizon and AT&T are aware of the wiretapping problem and have the problem fully documented in their files. Both AT&T and Verizon credited my account for the fraudulent wiretapping.

4.    In April 20001, I received a dunning letter from Access Resource Services, Inc. ("ARS"), located in Fort Lauderdale, Florida 33304 for $174.65. A copy of this letter is attached to this Declaration as Attachment 2. From this letter, I learned that ARS was collecting for calls made to Miss Cleo, a psychic service. The letter claims that ARS provided services to me which is untrue. On April 14, 2001, I called 800-223-5520 and spoke with John, telling him that I had not made the calls and that Verizon had documented a wiretapping problem in my building. John directed me to leave a message on his supervisor's answering machine. When no one responded to my message, I again contacted ARS and spoke to woman who identified herself as Miss Janet Jackson. After explaining my situation to Miss Jackson, she told me she had a voice

clip proving that I had used their service. I listened to the voice clip which was my voice, but I told her that it was inaccurate because I did not make the calls; she promptly hung up on me. I can only assume that someone at ARS pasted a portion of my phone message about the dunning letter in which I left my name, into a new tape recording.

5.   After several more attempts to speak with someone at ARS, I finally reached a man who identified himself as Mr. Julius Caesar. I told Mr. Caesar about the wiretapping problem in my building and asked him to contact Verizon and AT&T to confirm that there was fraud involved. Mr. Caesar ignored my request and told me my daughter, Shanta had made the calls. I told him I do not have a daughter, only a son. Mr. Caesar told me it must have been my son who made the calls. I told Mr. Caesar my son has autism and is not capable of speaking on the phone. Mr. Caesar told me he did not care who made the calls, that I was responsible for paying for them and that if I did not pay, he would report me to TRW, Experian, Trans Union and Equifax.

6.   At this point, I was very angry and frustrated and extremely worried that ARS would ruin my credit rating. I called Verizon and asked that they contact ARS on my behalf and explain that these calls were not made from my home. On a three-way conference call, Verizon told an ARS representative that they had indeed documented fraudulent wiretapping in my building and that the calls did not originate from my home. The ARS representative played the voice clip with my name on it and stated the date and time which the tape was made. I told the ARS representative that the voice on the tape could not have been mine if it was created on that date, since I was not at home at that time. The ARS representative hung up when the Verizon representative asked to speak with someone in their legal department. In a letter to ARS dated April 26, 2001, I outlined the problems I was having getting this billing resolved. A copy of this letter is attached to this Declaration as Attachment 3

EXHIBIT 1.33 PAGE 2

7.   Over the next several weeks, I received over 40 telephone calls from ARS harassing me for payment.  I contacted the Attorney General's office in New York and Florida seeking help in dealing with ARS.  I also had to send registered letters to all of the credit reporting agencies disputing ARS' delinquent debt notice as a precaution.  A copy of these letters and responses received are attached to this Declaration as Attachment 4.  I have spent a lot of time and money to dispute ARS' bill, and have withstood an unbelievable amount of abusive collection practices by ARS.  Although ARS never responded to my inquiries, after I contacted the Florida and New York Attorneys General for help, ARS eventually stopped harassing me for payment for telephone calls that no one in my home made.

I state under penalty of perjury that the foregoing is true and correct.

Date: June 13 2001

Nadine McNeil

EXHIBIT 1.33 PAGE 3

# AT&T Statement

ary 17--March 16, 2001



#BWNCJFM
#15211067C00014#        11782AB10.278E67A81944

||..||||....|..|.||....|.|.||....||.|.|.||....||....||||..|.|
MS NADINE MCNEIL
APT 6A
1503 METROPOLITAN AVE
BRONX NY 10462-6150

**Account 718 829-0416**
Page 1 of 5

**Customer Service: 1 800 222-0300**
**Text Phone (TTY): 1 800 833-3232**

## Summary of charges

| | |
|---|---|
| Previous balance | 52.07 |
| Payment received March 6 - Thank you | -52.07 |
| AT&T One Rate Off-Peak II Plan calls | 34.80 |
| AT&T Direct dialed calls | 317.25 |
| Non-AT&T services | 174.65 |
| Other charges and credits | 34.85 |
| Taxes and surcharges | 47.80 |
| **Total amount due** | **$609.35** |
| Date due | April 10, 2001 |

*Axt Actual bill 2/01*

**Continues on back** 🖅

**Detach and return with payment**

Please write your account number on your check or money order made payable to AT&T. Do not send cash. Do not staple this portion to your payment. Thank you.

| | | |
|---|---|---|
| **Total amount due** | $609.35 | |
| Date due | April 10, 2001 | |

Amount enclosed:  $ [          ]

|.||.||....|.|.|...|.|.|...|.|.||.||.|.||...||...|.|.||.|.||.||.||.||
AT&T
PO BOX 8212
AURORA IL 60572-8212

MS NADINE MCNEIL
Feb 17-Mar 16, 2001

Account 718 829-0416

Before moving, make sure to call
1 800 326-8458 ext. 92187 to
keep you      r AT&T phone
service.

**ATTACHMENT** L P.l

-XHIBI. 1.33  PAGE 4



## AT&T One Rate Off-Peak II Plan calls

| Description | Minutes | Amount |
|---|---|---|
| AT&T One Rate Off-Peak II Plan | | 4.95 |
| monthly fee Mar 16 - Apr 16, 2001 | | |
| Direct dialed calls | | 29.85 |

**Total Charge for AT&T One Rate Off-Peak II Plan ...................................$34.80**

## Direct dialed calls

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Feb16 | 336 794-1875 | Winstn Sal,NC | 9:23pm | night | direct | 35 | 1.75 |
| 2 | Feb18 | 336 768-4975 | Winstn Sal,NC | 10:09am | night | direct | 45 | 2.25 |
| 3 | Feb20 | 336 794-1875 | Winstn Sal,NC | 2:48pm | day | direct | 4 | .40 |
| 4 | Feb23 | 336 760-0801 | Winstn Slm,NC | 7:26pm | night | direct | 28 | 1.40 |
| 5 | Feb25 | 336 768-4975 | Winstn Sal,NC | 4:00pm | night | direct | 57 | 2.85 |
| 6 | Feb27 | 336 794-1875 | Winstn Sal,NC | 9:03pm | night | direct | 28 | 1.40 |
| 7 | Mar 2 | 336 794-1875 | Winstn Sal,NC | 12:07pm | day | direct | 8 | .80 |
| 8 | Mar 4 | 336 768-4975 | Winstn Sal,NC | 6:48pm | night | direct | 131 | 6.55 |
| 9 | Mar 4 | 336 768-4975 | Winstn Sal,NC | 11:16pm | night | direct | 19 | .95 |
| 10 | Mar 6 | 336 768-4975 | Winstn Sal,NC | 9:53am | day | direct | 13 | 1.30 |
| 11 | Mar 7 | 919 833-6373 | Raleigh,NC | 7:42pm | night | direct | 9 | .45 |
| 12 | Mar10 | 336 794-1875 | Winstn Sal,NC | 3:12pm | night | direct | 3 | .15 |
| 13 | Mar11 | 336 768-4975 | Winstn Sal,NC | 9:16am | night | direct | 70 | 3.50 |
| 14 | Mar11 | 336 794-1875 | Winstn Sal,NC | 2:01pm | night | direct | 28 | 1.40 |
| 15 | Mar14 | 336 794-0808 | Winstn Sal,NC | 12:51pm | day | direct | 47 | 4.70 |
| | | | | | | | 525 | $29.85 |

## AT&T Direct dialed calls

### International calls

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 16 | Feb27 | 0678544200 | Vanuatu | 1:48pm | stnd | direct | 1 | 7.05 |
| 17 | Feb27 | 0678544200 | Vanuatu | 1:49pm | stnd | direct | 1 | 7.05 |
| 18 | Feb27 | 0678544200 | Vanuatu | 1:54pm | stnd | direct | 31 | 218.55 |
| 19 | Feb27 | 0678544200 | Vanuatu | 2:25pm | stnd | direct | 9 | 63.45 |
| 20 | Feb27 | 0678544200 | Vanuatu | 2:35pm | stnd | direct | 3 | 21.15 |
| | | | | | | | 45 | $317.25 |

*Calls that were made from outside of my home* (handwritten)

EXHIBIT 1.33  PAGE 5

ATTACHMENT 1 P. 2

Continues on back

Service: 1 800 222-0300
one (1TY): 1 800 833-3232

Feb 17-Mar 16, 2001
Account 718 829-0416
Page 4 of 5

## Non-AT&T services

## Non–Telecommunications charges

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 21 | Feb 28 | 900 288-1003 | Psychic,00 | 9:47am | day | direct | 38 | 174.65 |
| | | | | | | | 38 | $174.65 |



For 900 billing disputes or inquiries, please call 1-800-642-2708 or
send an e-mail inquiry with name, address, and billing telephone
number to rm-900inquiry$^{SM}$ems.att.com. You have 60 days from the bill
date to dispute a 900 charge. You have the right to withhold payment
of the disputed 900 charges during our review. No collection
activity for disputed 900 charges will occur during our review.
If it is determined that the disputed 900 charges are legitimate and
the charges remain unpaid, outside collections actions may be taken.
Your local and long distance service cannot be
disconnected for non-payment of 900 charges. Failure to pay
legitimate 900 charges may result in involuntary blocking of access
to 900 services. Voluntary blocking of access to 900 service is
available upon request from your local exchange carrier.

## Other charges and credits

| | Date | Description | Amount |
|---|---|---|---|
| 22 | Mar 16 | Universal connectivity charge | 34.85 |
| | | For an explanation of these charges, | |
| | | please call 1 800 532-2021. | |
| | | | $34.85 |

## Taxes and surcharges

| Description | Amount |
|---|---|
| Federal tax | 11.98 |
| New York Gross Receipts Tax Surcharge | 12.05 |
| Local tax | 7.66 |
| State tax | 15.94 |
| Surcharge | .17 |
| | $47.80 |

♲ Recycled paper   ATTACHMENT 1 P.3

EXHIBIT 1.33 PAGE 6

# .ess Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304
For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $174.65 | $174.65 | $174.65 | |

Account # 718-829-0416        Date: April 11, 2001

Phone Number Used: 718-829-0416    Duration of Calls: 35 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard**

I..IIII....I..I.IIII....I.I.IIII.....II.I.I.III....II.....III..I.I
N McNeil
1503 Metropolitan Ave Apt 6A
Bronx NY 10462-6150

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0104-2010

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $174.65 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.    It has been a pleasure doing business with you.

Sincerely,  Cleo

For questions regarding this notice please feel free to write or call us at 800-223-5520.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 02/28/01 | 09:47 | $174.65 | 35 | | | | |

**ATTACHMENT   Z**                    TOTAL    $174.65

## Taking responsibility for your actions is an important step in your spiritual journey.

EXHIBIT 1-33  PAGE 7

Now you can access your account and make instant payments

April 26, 2001

Access Resource Services, Inc.
Collection Department
1007 N. Federal Hwy. Suite 272
Ft. Lauderdale, Florida 33304
Attn: Collection Department Manager

Dear Quincy P./Collection Department Manager:

I am writing to dispute your company's false claims of unpaid services and harassment. My first call to your company regarding the attached letter for unpaid services was on 4/14. At that time, I spoke to "John" who directed me to leave a message on his supervisor's answering machine. By 4/20, having not heard back from you, I recalled you. I made contact with "Miss Jackson" who informed me that a voice clip was available for my review. On hearing it, I explained to her that the voice clip was inaccurate, she then abruptly ended the call. I made several other attempts to speak to representatives of your company's legal department. I reached "Mr. Caesar" and explained the situation. "Mr. Caesar" informed me that "the call was placed by my daughter, 'Shanta', and if I did not send a payment he would mess up my credit by sending it to TRW". I confirmed with him that he was threatening to send false claims to Equifax, Experian and Trans Union.

The Better Business Bureau, already having complaints against Access Resources, identifies it as a telemarketing collection agency. It was explained to me that I was the target of a very popular telemarketing scam. Because I had proof of the impossibility of having made the call your telemarketer claims to have taken a voice clip from, the Bureau referred me to your county's Economic Crimes Division of the Attorney General's office. My proof puts your company in the position of explaining how my voice is on a clip from a call made from my home number on a day in a time span that I was not there. Further proof is in the extensive documentation that my local carrier has recorded of wire-tapping that predates the day of the call stated in your letter. An authentic voice clip of that call would have identified the person who tampered with the equipment at that time. It would have assisted in the ongoing investigation. I was instructed by the Attorney General's office to call Equifax and Verizon, my local company and to get names and titles of everyone I made contact with. In a three-way conversation with Verizon, the fraudulent voice clip was replayed by one of your employees. The offer extended by Verizon to have the charges reversed to and paid by them was rejected by your employee. The call was abruptly disconnected when Verizon requested to speak to your legal division. Verizon has documented the call.

EXHIBIT 1.33 PAGE 5

My contact with you resulted in more threats. I repeatedly called your company on the afternoon of 4/23 and morning of 4/24 in attempt to get full names of persons I interacted with. You threatened to have my phone line charged in excess of $4.00 for each time I called your 800 number unless I was calling to provide you with payment information. I explained to you that if you felt the calls were harassing, you had a right to call my local police department to make a formal complaint. I even provided the precinct telephone number for your convenience. Coincidentally, I received four hang-up calls on my home line on the afternoon of 4/24 all traced back to your company's phone lines. As I stated before, the line investigation is ongoing.

I have written Equifax, Experian and Trans Union to alert them of the fraud, and provided copies of this letter. As of September 30, 1997 a new legal obligation in the form of an amendment to the Fair Credit Reporting Act was put into effect. In part, it states:
"Once a consumer has given notice that he/she disputes information, you may not give that information without telling the Credit Report Agency that the information is in dispute" From Sec. 623

Your explanation to me regarding my state laws versus your state laws was quite intriguing; however, it is my understanding that Federal laws have been set into place to protect consumers from this type of fraud. I am now giving written notice to Access Resource Services. I will not pay the amount due to you because I dispute the fraudulent information provided by your company. I will not pay the cost of any other calls made to your company's 800 line provided on the collection letter that I received. Any additional invoices sent to my home from your company will be returned to your company. Any telephone calls from representatives of your company who will not give verifiable identification in the form of full name and title will not be accepted. I will accept any summons or subpoena to appear in court to present my proof of wire-tapping supported by Verizon, in addition to my proof of not being home on the day that you have a fraudulent voice clip of a call made from the line. A list of some of the other agencies I reported to is also attached.

Sincerely,


N. McNeil


cc: Karen Vilagram
    Mona Fandel
    Cecile Dykas
    Victor Balavaram


ATTACHMENT 3 P. 2

EXHIBIT 1.33 PAGE 9

- copy of letter sent to 3 major Credit Reporting Agencies with Responses Attached

April 26, 2001

Trans Union
760 West Sproul Road
P.O. Box 390
Springfield, PA 19064-0390

Dear Sir/Madam:

I am writing to inform you of an attempt by a collection service to file a fraudulent credit report that will affect my record. Attached is a copy of a letter sent to Access Resource Services, Inc. disputing false claims of unpaid services. On contacting Access Resource Services, I was asked to leave voice mail messages from which I now conclude were duplicated. I have extensive documentation to refute their claim of having an authentic voice clip from a telephone call made to a 900 number billed to my line. They now deny that I contacted their 800 number days before the voice clip was created. Records provided by my local carrier, Verizon, prove that I did contact them. Additionally, Verizon and AT & T have credited my account for hundreds of dollars due to evident tampering from outside of my home. I will be filing a private suit in claims court against Access Resource services for deceptive practices and harassment. I do not want this false report to become part of my credit file. Please contact me for any additional or required information regarding this matter. I can be reached at 718 829 0416.

Sincerely,

Nadine Annette McNeil

EXHIBIT 1.33   PAGE 10

May 14, 2001

P. O. Box 105518
Atlanta, GA 30348



000255353-14437 106   62
Nadine McNeil
1503 Metropolitan Ave Apt 6A
Bronx NY 10462-6150

Dear Nadine McNeil:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed.  Enclosed is an updated copy of your credit file.

**Results of Your Investigation** (For your security, the last 4 digits of your credit account number(s) have been replaced by *)

**We have reviewed the identification information.  The results are:**

Name:  Nadine Annette McNeil
Ssn: ▓▓▓▓▓        Birthdate: ▓▓▓▓▓
  YOUR NAME HAS BEEN UPDATED. YOU MAY WISH TO PROVIDE YOUR CREDIT GRANTORS WITH THE UPDATE.

**We have reviewed your concerns and our conclusions are:**

  CURRENTLY, THE ACCESS RESOURCE/AT&T AND VERIZON ARE NOT REPORTING ON THE CREDIT FILE.

Thank you for giving Equifax Credit Information Services the opportunity to serve you.

Glenn King
P.O. Box 740256
Atlanta, GA 30374-0256

ATTACHMENT  4 R 2

EXHIBIT  1.33  PAGE  11

Page 1 of 1

# experian

**Prepared for**
NADINE ANNETTE MCNEIL

**Report number**
0851615195

**Report date**
May 17, 2001

**Questions?**
Call 800-583-4080

**Page 1 of 12**

## Dear NADINE ANNETTE MCNEIL,

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

*USING THE INFORMATION PROVIDED THE FOLLOWING ITEM WAS NOT FOUND: ACCESS RESOURCE*

MIXED AADC 683
0010408    AB 0.488 L 909
NADINE ANNETTE MCNEIL
1503 METROPOLITAN AVE APT 6A
BRONX NY 10462-6150

EXHIBIT 1.33  PAGE 12

ATTACHMENT 4 P. 3

L-909-10408-0106000

P.O. BOX 2000
CHESTER, PA 19022-2000

 **TRANS UNION**

RETURN SERVICE REQUESTED

MAY 02, 2001                              FILE NUMBER   103074316-004


00006106
NADINE ANNETTE MCNEIL
1503 METROPOLITAN AV 6A
BRONX, NY 10462


DEAR CONSUMER:

THIS WILL ACKNOWLEDGE RECEIPT OF YOUR RECENT CORRESPONDENCE.

BASED ON THE IDENTIFICATION YOU HAVE PROVIDED, THE INFORMATION
YOU ARE DISPUTING IS NOT CURRENTLY ON YOUR CREDIT FILE.

PLEASE INCLUDE THE FILE NUMBER FROM THE UPPER RIGHT HAND CORNER
ON ALL CORRESPONDENCE WITH TRANS UNION.


SINCERELY,
CONSUMER RELATIONS DEPARTMENT


EXHIBIT 1.33 PAGE 13

ATTACHMENT 4 P.4                    -01- 00006106 1/1    12300301010NH00

## DECLARATION OF THERESA L. MCRAE, PH.D.

PURSUANT TO 28 U.S.C. § 1746

I, Dr. Theresa L. McRae, make the following statement:

1.  I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Stockton, California.

2.  In approximately January 2001, I began to receive collection notices from a company called Access Resource Services ("ARS"). ARS had charged me $119.76 for a 900-number call to "Miss Cleo's" psychic hotline service. I was billed directly by ARS for this charge; it did not appear on any of my current telephone bills. The address listed for ARS on these collection notices was 1007 N. Federal Hwy, Suite 272, Fort Lauderdale, Florida 33304-1422. Attached as Attachment A are true and correct copies of a letter from the ARS Customer Care Department requesting payment and a January 3, 2001 "Collection Letter for Unpaid Services" from ARS.

3.  According to the documents in Attachment A, ARS alleges that I made a 24-minute call on September 12, 2000 to ARS's psychic services, resulting in a charge of $119.76. I did not request, authorize, or receive these services. Furthermore, I am the sole occupant of my residence and am therefore certain that no one else had made or could have made this call.

4.  ARS maintains that I made this alleged call from the telephone number 209-477-8072. This number is not my current telephone number: I moved more than two years ago, and properly closed the account for telephone number 209-477-8072 with Pacific Bell Telephone at that time. At the time of the billing, the number had been disconnected for approximately one year and a half.

5.  The day after receiving the initial notice from ARS in the first week of January 2001, I called the telephone number listed on the notice, 954-563-2543. I left a voice mail message with full information, but ARS did not return my call. I also wrote ARS a letter, to which ARS did not respond. Instead, I received a January 26, 2001 "Payment Delinquency Notification" notice from ARS; and a February 2, 2001 "Final Payment Notice" from ARS. Attached as Attachment B are true and correct copies of those notices. These notices specifically state that the telephone line holder on record for 209-477-8072 was responsible for settling the debt, regardless of who made the call, and that ARS intended to pursue collection of these charges to the fullest extent allowed by law.

6.  To resolve this situation, I contacted various government agencies, including the Federal Trade Commission, the Federal Communications Commission, the U.S. Postal Service, the California State Attorney General's Office, and the California Public Utilities Commission. I also drafted another letter to ARS on January 20, 2001. I posted this letter on February 5, 2001 by registered mail and the return receipt indicates that a "T. Mormando" of ARS received it on February 9, 2001. Attached as Attachment C are true and correct copies of this letter and the registered mail records.

EXHIBIT 1.34 PAGE 1

7.  On March 5, 2001, Ms. Jane B. Jacobs, Esq., of Klein, Zelman, Rothermel & Dichter, LLP, the law firm representing ARS, responded to an inquiry by the California Attorney General's Office, stating that her client would no longer pursue collection efforts. She also claimed, however, that there were adequate safeguards to prevent a consumer from being charged by ARS "without full and knowing consent;" which was not my experience. Attached as Attachment D is a true and correct copy of this response.

8.  Though ARS has ceased its collection efforts at this time, I found my interaction with the company to be onerous and time-consuming.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on 07/30/01, 2001 at Stockton, California.

Theresa L. McRae, Ph.D.

EXHIBIT 1.34 PAGE 2

# CONFIDENTIAL

Miss Cleo
1007 N FEDERAL HWY
SUITE 272
FT LAUDERDALE FLORIDA
33304-1422

Dear Theresa,

We thank you for using our psychic services! However our records indicate that we have not received your payment for our services in the amount of $119.76. We're not going to lecture you about taking responsibility or tell you how your karma might be affected if you don't pay us— we think you already know how financially and spiritually dangerous it is! I do have to warn you though; we've made some pretty good friends— lawyers that have used our services really love to help us in our cause. Please, Theresa, make your payment now!

In case you didn't realize—telephone company credits do not exempt you from the amount due. And line subscribers are fully responsible for calls made… no matter *who* has made the call!

Please settle this debt by making check or money order payable to Access Resource Services, Inc. Or you can choose our convenient credit card or check by phone payment options. Just call 1-800-223-5520 now!

For questions regarding this notice, please call us at (954) 563-2543 between the hours of 8:45am – 5:30pm EST, Monday thru Friday.

Thanks for your prompt attention to this matter.

Customer Care Department

*I called + left a voice mail the next day, with full info. They never called back.*

**CALL DETAIL FOR YOUR CONENIENCE AND YOUR RECORDS:**

| Date Of Call: | Time Of Call: | Cost Of Call: | Duration Of Call: |
|---|---|---|---|
| 09/12/00 | 15:13 | $119.76 | 24 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |
| | | $0.00 | 0 |

**TOTAL AMOUNT DUE**

$119.76

KEEP THIS PORTION FOR YOUR RECORDS

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --
PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE



| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID |
|---|---|---|
| Account # 209-477-8072 | | |
| **PHONE NUMBER USED:** | $119.76 | |
| 209-477-8072 | | |

*Disconnected for 1.5 years* ↑ *I was at a different address!*

○ VISA ○ MasterCard ○ Check

1CL0101-1022

PLEASE PRINT CREDIT CARD NUMBER     EXP. DATE

NAME AS IT APPEARS ON CREDIT CARD

SIGNATURE OF CARDHOLDER

For questions regarding this notice
you may write or call us at 954-563-2543
8:45 AM – 5:30 PM EST
Monday through Friday.

Theresa McRae
1825 Lomita Ave
Stockton CA 95204-5233

**Attachment A**

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $119.76 | $119.76 | $119.76 | |

Account # 209-477-8072        Date:  January 3, 2001

Phone Number Used: 209-477-8072    Duration of Calls: 24 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard**

Theresa McRae
1825 Lomita Ave
Stockton CA 95204-5233

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK                    1CL0101-1010

---

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $119.76 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.    It has been a pleasure doing business with you.

Sincerely,   *Cleo*

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 09/12/00 | 15:13 | $119.76 | 24 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | **TOTAL** | **$119.76** | | | | | |

EXHIBIT 1.34  PAGE 4

## Taking responsibility for your actions is an important step in your spiritual journey.

| Now you can access your account and make instant payments, 24 hours a day at www.arspay.com | Attachment A |
|---|---|

*[Handwritten annotations:]* I didn't.  The # had been disconnected 1.5 years before.  How could I have been billed.   Not legal in California ↑ & not legal to claim so.

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $119.76 | $119.76 | $119.76 | |

Account # 209-477-8072      Date:  January 26, 2001

Phone Number Used: 209-477-8072    Duration of Calls: 24 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard**

Theresa McRae
1825 Lomita Ave
Stockton CA 95204-5233

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK                    1CL0101-1030

## PAYMENT DELIQUENCY NOTIFICATION. 2nd NOTICE.

Payment to settle this **past due** account is urgently needed.  This account will be reported as delinquent unless you make payment on this account. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered.  Upon receipt of funds, we will consider this account settled in full. Please contact this office immediately if you have any questions.  Do not  wait, please send payment in the next 14 DAYS to the address above to settle this outstanding balance.

As previously stated, in a notification sent to your address, credit issued to you by your phone company **does not exempt you from paying the amount due**.  Access Resource Services, Inc. as the provider of psychic information services has the right to collect these charges even if the telephone company has credited the charges to your telephone bill.  **The telephone line holder on record for (209-477-8072) is fully responsible to settle this debt in the amount of $119.76.**

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or credit card.

If you have recently mailed your payment, please ignore this notice.  Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 09/12/00 | 15:13 | $119.76 | 24 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | **TOTAL** | **$119.76** | | | | |

**We suggest that you evaluate your responsibility with this account.  Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

EXHIBIT 1.34  PAGE 5

Now you can access your account and make instant payments,
24 hours a day at www.arspay.com

Attachment B

# FINAL PAYMENT NOTICE

## ACCESS RESOURCE SERVICES    COLLECTIONS DEPARTMENT

Dear Theresa:

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. This account will be reported as delinquent in the next 14 days. You need to send your payment or contact our office immediately. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon receipt of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due.** Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill. **The telephone line holder on record for (209-477-8072) is fully responsible to settle this debt in the amount of $119.76.**

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Access Resources Services, Inc.
Collection Department.

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. If you have any questions please contact this office immediately at 1-800-223-5520 between 8:45 AM – 5:30 PM EST, Monday through Friday

---

▲ KEEP THIS PORTION FOR YOUR RECORDS ▲

▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|
| Account # 209-477-8072     February 2, 2001 | | | ❑VISA |
| PHONE NUMBER USED: | | | ❑MasterCard |
| 209-477-8072 | $119.76 | | ❑Check |

PLEASE PRINT CREDIT CARD NUMBER

EXP. DATE

NAME AS IT APPEARS ON CREDIT CARD

1CL0101-1041

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO:

## ACCESS RESOURCE SERVICES
## COLLECTIONS DEPARTMENT
1007 N. Federal Hwy., Box 272
Fort Lauderdale, Florida 33304
TEL (954) 563-2543

EXHIBIT 1.34 PAGE 6

Theresa McRae
1825 Lomita Ave
Stockton CA 95204-5233

Attachment B

1825 Lomita Avenue
Stockton, CA 95204
01/20/01

Access Resource Services Inc.
Collection Department
1007 North Federal Hwy, Suite 272
Ft. Lauderdale, Florida 33304

Dear Sir or Madam:

Attached is a copy of your document entitled "Collection Letter for Unpaid Services".

I believe that your letter constitutes fraud and have taken legal measures, described below.

I moved more than two years ago, and closed the account (telephone number 209-477-8072) you describe at that time; Pacific Bell Telephone has confirmed this proper closure.

I am unable to imagine any scenario, other than fraud, to explain this letter. Somehow, you have linked an account closed more than two years ago with 1) my name and 2) my current address, and are attempting to bill me for a nonexistant call on a nonexistant account. I must point out that my telephone number has always been suppressed, and my name and address should not have been available to you via a telephone number search.

I am filing complaints with the Federal Trade Commission, the Federal Communications Commission, my State Attorney General's Office, and my state's Public Utilities Commission regarding this cramming.

I expect that you will respond to me immediately with a letter explaining 1) that you are ceasing your collection efforts, 2) that nothing has been or will be reported to any credit reporting agency (including an inquiry), and 3) a logical explanation of how you came to bill me in the first place. If I am not thus satisfied, I intend to file suit for both actual and punitive damages.

Sincerely,


Theresa Louise McRae, Ph.D.

cc:     Federal Communications Commission
        Federal Trade Commission
        California State Attorney General's Office- Consumer Affairs Prosecution
        Public Utilities Commission (California)
        Pacific Bell Telephone – Fraud Department

_Sent registered on 02/05/01._   _They never responded._

EXHIBIT 1.34 PAGE 7

**Attachment C**

**Registered No.**

RR021975705US

**Date Stamp**

| Reg. Fee $  $7.25 | Special $ Delivery   $0.00 | 0204 |
| Handling $ Charge   $0.00 | Return $ Receipt   $1.50 | 03 |
| Postage $   $0.34 | Restricted $ Delivery   $0.00 | 02/05/2001 |

Received by

To Be Completed By Post Office

Domestic Insurance is Limited To $25,000; International Indemnity Is Limited *(See Reverse)*

Customer Must Declare Full Value $   $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

FROM
Theresa Louise McRae
1825 Lomita Ave
Stockton, CA 95204

TO
Access Resource Service Inc.
1007 North Federal Hwy #272
Fort Lauderdale, FL 33304   FL 033304

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**
February 1995

**Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

33304

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
T. Marmarello

C. Signature
X _____

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

☐ Agent
☐ Addressee

B. Date of Delivery
2/9/01

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
RR021975705US

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

Tuxedo Park Station
Stockton, California
952049998
02/05/2001   (800)275-8777   04:29:51 PM

------- Sales Receipt -------

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| FORT LAUDERDALE FL 33304 First-Class | | | $0.34 |
| Return Receipt | | | $1.50 |
| Registered | | | $7.25 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label Serial #: | RR021975705US | | |
| Issue PVI: | | | $9.09 |
| 34c Nondenom Flowers PSA Coil/100 | 1 | $34.00 | $34.00 |
| 1c Stamp | 18 | $0.01 | $0.18 |
| Total: | | | $43.27 |

Paid by:
Check   1644
$43.27

Bill#:   1000400186473
Clerk:   03

------- Thank you for your business -------

EXHIBIT 1.34  PAGE 8   **Attachment C**

# KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

### 485 MADISON AVENUE
### NEW YORK, NEW YORK 10022-5803
#### TEL (212) 935-6020
#### FAX (212) 753-8101

e-mail: kzrd@kzrd.com

FRED C. KLEIN
ANDREW E. ZELMAN
JOAN EBERT ROTHERMEL
JOEL R. DICHTER
JANE B. JACOBS
NANCY B. SCHESS
DAVID O. KLEIN

SEAN A. MOYNIHAN
MARY A. MOONEY

STEPHEN B. HANSBURG
OF COUNSEL

March 5, 2001

Bill Lockyer
Attorney General
State of California
P.O Box 944255
Sacramento, CA 94244-2550

      Re:    Theresa McRae

Dear Mr. Lockyer:

      This firm represents Access Resource Services, the information provider involved in this complaint.

      Initially, please be advised that our client has processed a credit for all sums billed. Our client only sends demands for payment after the carrier has removed the charge from the complainant's bill. In those circumstances, the complainant has not paid the charges on his or her own phone bill. For this reason, no refund is required. Our client has adjusted its records to remove this charge, and the complainant will not receive any further demands for payment.

      You also should be aware that before a consumer incurs charges for the services offered by our client, all material terms of those services, including all costs, are fully disclosed. This usually occurs twice, the first time during a call to a toll-free number, and again during the preamble. In addition, during the preamble, callers are advised that if they are put on hold or have any difficulty, they can press "*9" to report the problem. No one ever is charged without full and knowing consent.

      We have reviewed the procedures used by our client and believe that they comply with all applicable laws. Notwithstanding this, in the interest of addressing any complaint expeditiously, the complainant has been credited for all amounts billed, the membership has been canceled, and the complainant's name has been removed from all mailing lists. Our client will not pursue collection efforts.

EXHIBIT 1.34 PAGE 9    **Attachment D**

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

Page 2
March 5, 2001

We apologize for any inconvenience this may have caused.  If you require
further information, please contact the undersigned.

Very truly yours,

Jane B. Jacobs

JBJ/JO

**Attachment D**

EXHIBIT 1.34 PAGE 10

## DECLARATION OF ROBERT LEE MIMS, JR.

### PURSUANT TO 28 U.S.C. § 1746

I, Robert Lee Mims, Jr., make the following statement:

1.   I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Thomson, Georgia.

2.   In approximately April or May 2001, I began to receive multiple telephone calls at home from a company called Access Resource Services ("ARS"). These calls were unsolicited, and I previously had not done business with this company. These calls were collection calls for a psychic telephone charge of approximately $374.25 allegedly made in August 2000. I did not request, authorize, or receive these psychic services.

3.   ARS maintains that I made this alleged call from my current telephone number. However, my current telephone number was activated in February 2001, when my household and I moved into our current residence. Upon activating the telephone service, I had a 900-block placed on my line. At the time of the alleged calls, my household did not have this telephone number, and my residence was still under construction. It was therefore not possible for me or anyone else in my household to have made such calls.

4.   Over approximately the next two months, I took several calls from ARS representatives, and I called ARS about four or five times in attempts to resolve the situation. In particular, I called 1-800-223-5520, extension 142, and I spoke with an ARS representative named Cesar multiple times. He was rude, unprofessional, and did not seem interested in addressing my problem.

5.   I then called my telephone company, Bell South, a representative of which offered to have a three-way call with me and ARS to explain that this was a billing error. When I called Cesar at ARS to suggest this three-way call with Bell South, he refused to participate. When I stated that I would not pay the bill, he replied that he did not care because it would go on my credit report. When I stated that I would contact the Federal Communications Commission and the Federal Trade Commission, he stated that he did not care because ARS was beyond their reach.

6.   I then filed a complaint on June 5, 2001 with the Federal Trade Commission and called ARS to inform Cesar that I had done so. He did not seem concerned.

7.   I found my interaction with ARS to be burdensome and time-consuming.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on 6-29 , 2001 at Thomson, Georgia.

Robert Lee Mims, Jr.

EXHIBIT 1.35 PAGE 1

# DECLARATION OF ANN MARIE PAHLMAN

## PURSUANT TO 28 U.S.C. § 1746

I, Ann Marie Pahlman, make the following statement:

1. I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Lombard, Illinois.

2. On approximately May 31, 2001, I called the "Miss Cleo" psychic service for a telephone reading. I did so in response to a television advertisement that stated that the caller would receive a free three-minute psychic reading. I called an 800-number and heard a message directing me to a 900-number.

3. I then made the first of two calls to the "Miss Cleo" psychic service at the telephone number 1-900-933-0113. I understood that I would receive the first three minutes of my reading free, and there would be a subsequent charge of $4.99 per minute. However, for the first three minutes, the psychic representative did not conduct a reading, but instead gathered my personal information, including my name, home address, birthdate, and whether I lived alone. As I was told that I could not proceed with the reading until I disclosed this information, I disclosed it.

4. I then heard a beep signaling that my three free minutes had elapsed. I asked if I was now being billed for the call, and the representative told me not to worry about it. However, I was concerned that three minutes had elapsed, so I then hung up the phone. Over three minutes had elapsed, and I had not received a reading.

5. I again called 1-900-933-0113, and spoke with a different psychic representative. Like the previous call, I had to give my personal information, and I heard a beep after three minutes. I asked again if I were being charged, and the representative told me not to worry about it. I ultimately did receive a psychic reading, but it commenced one or two minutes after the three-minute beep. Therefore, I did not receive a free three-minute reading on either call, as stated in the advertisement. I remained on the line for 18 minutes and did receive a reading.

6. During both calls, the representatives spoke in low voices and asked me to repeat things. It seemed to me that they were using these tactics to protract the calls.

7. After these calls, I began to receive multiple calls and correspondence soliciting for psychic services, including "Miss Cleo's" service. I received up to four pieces of mail with no return address and up to six recorded phone calls each week. I had no known way to stop these calls or mail, and, knowing that the representatives at "Miss Cleo's" psychic hotline were evidently disclosing my personal information, I was concerned for my safety. I therefore filed a complaint with the Federal Trade Commission in early June 2001.

EXHIBIT 1.36 PAGE 1

EXHIBIT 136 PAGE 2

8.    Upon receiving my AT&T telephone bill for the May 30 to June 29, 2001 billing cycle in July 2001, I saw that I had been charged a total of $79.84 for 22 minutes of calls to 1-900-933-0113. Attached as Attachment A is a true and correct copy of this bill.

9.    I disputed the charge for the first call and the first seven minutes of the second call in a letter to AT&T, for a total of $39.92. Attached as Attachment B is a true and correct copy of this letter. I therefore submitted a check to AT&T for the balance of $49.39 along with my letter. I sent a copy of this letter to the Illinois State Attorney General=s Office.

10.   Although the volume of solicitations apparently has subsided for now, I am still receiving them. Attached as Attachment C is a true and correct copy of a sample solicitation from AMTI,@ advertising the psychic phone line 1-800-438-5678. Unlike the other solicitations, it has a return address.

11.   The television advertisement for Miss Cleo=s psychic service misled me into calling. I did not receive the advertised free three-minute reading.

I declare under penalty of perjury that the foregoing statement is true and correct.


Executed on July 27, 2001 at Lombard, Illinois.

Ann Marie Pahlman

EXHIBIT 136 PAGE 2

02/06/2001  10:48   6307925088   AOAPGD

PAGE  02

Customer Service: 1 800 222-0300
Text Phone (TTY): 1 800 833-3232
Internet Address:  www.att.com

May 30-Jun 29, 2001
Customer ID: 630 792-9088
Page 3 of 4

 **AT&T**

## AT&T One Rate® Seven Cents Plan calls

| Description | Amount |
|---|---|
| AT&T One Rate® Seven Cents Plan monthly fee Jun 29 - Jul 29 , 2001 | 4.95 |
| Direct dialed calls | 2.45 |

**Total AT&T One Rate® Seven Cents Plan calls...........................................$7.40**

## AT&T Special Services calls

### Non—Telecommunications charges

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 12 | May 31 | 900 933-0113 | Psychic,00 | 6:06pm | day | direct | 4 | 4.99 |
| 13 | May 31 | 900 933-0113 | Psychic,00 | 6:09pm | day | direct | 18 | 74.85 |
| | | | | | | | 22 | $79.84 |

For 900 billing disputes or inquiries, call 1-800-642-2708 or send
an e-mail inquiry with name, address, and billing telephone number
to rm-900inquiry@ems.att.com. You have 60 days from the bill date
to dispute a 900 charge. You have the right to withhold payment of
the disputed 900 charges during our review. No collection activity
for disputed 900 charges will occur during our review. If it is
determined that the disputed charges are legitimate and the charges
remain unpaid, outside collections actions may be taken. Your local
and long distance service cannot be disconnected for non-payment of
900 charges. Failure to pay legitimate 900 charges may result in
involuntary blocking of access to 900 service. Voluntary blocking
of access to 900 service is available on request from your local
exchange carrier.

EXHIBIT 1·36 PAGE 3

**Continues on back** 🔁          **Attachment A**

**AT & T Long Distance - rm-900inquiry@ems.att.com**

**RE:  AT&T Statement  May 30 – June 29, 2001 – Account 630 792 9088**

Enclosed please find my check #391 in the amount of $49.39.  $39.92 is being disputed.

Miss Cleo's psychic line kept me on the phone insisting they must have personal information, e.g. name, address etc.  In the first instance, for the call billed at $4.99, I did hear the "3 minute" beep and inquired if I was being billed, and was told "don't worry about it".  After another minute of questioning I became concerned and hung up.  I did not receive the "free reading", after spending 4 minutes on the phone.  Therefore, I am disputing the $4.99 charge.

I then tried again and reached another psychic.  Again I had to go thru the name and address thing.  Again I heard the beep and questioned it.  Again I was told "don't worry about it".  The reading did not take place until approximately one to two minutes after the beep.  The Miss Cleo Psychic reading advertisement clearly says that you will receive a free three minute reading.  Therefore I am disputing the four minutes spent on "must have information" and the "free three minute reading".  The total for this comes to$4.99 for 7 minutes, and equals $34.93.

$34.93 and $4.99 equals $39.92.  I am disputing $39.92 of the billing from the two Miss Cleo Psychic calls.

Thank you for your assistance.


Ann Marie Pahlman
100 E. Morningside Ave
Lombard IL  60148

Cc:  State's Attorney General of Illinois

EXHIBI: 1·36 PAGE 4

**Attachment B**

02/06/2001  10:48    6307929088                                    ADAPGD                                    PAGE  04

MTI
P. O. BOX 285
DUNELLEN, NJ 08812



Ann Pahlman
100 E Morningside Ave Side
Lombard IL 60148-2744

EXHIBIT 1.36 PAGE 5

**Attachment C**



**Amazing Phychic Predictions**

**Straight Talk About Love**

**Money, and Success!**

**3 Minutes Free !**

**CALL NOW**

**1-900-438-5678**

**$3.99 per minute and must be 18**

**We promise to divulge enough of your past to convince you of your future.**

EXHIBIT 1.36 PAGE 6

## DECLARATION OF FRANCES PATE
## PURSUANT TO 28 U.S.C. § 1746

I, Frances Pate, declare as follows:

1.      My name is Frances Pate. I live in Minooka, Illinois and work for McDonald's Restaurant.

2.      In December of 2000, I received a telephone bill from my telephone carrier which contained a charge for $289.42 for a "900" number call made on November 30, 2000 at 12:12 p.m. I knew that I had not made the call because I was at work at that time and no one else had access to my home or phone then. I called my telephone carrier and disputed the charge which was then removed from the bill.

3.      In January of 2001, I received a phone call from a male employee of Access Resource Services, Inc. in Fort Lauderdale, Florida. He told me that I owed Access Resource $289.42 for a call to a "900" line. I explained to him that I did not and could not have made the call and that no one else had access to my home or phone then. The employee of Access Resource then became very rude and abusive and yelled that my explanation was not good enough and that I would still have to pay.

4.      In February of 2001, I received a two letters from Access Resource Services, Inc. of Fort Lauderdale, Florida demanding payment of $289.42 for the call. True and correct copies of those letters are attached as **Pate Attachments A & B**.

5.      In February of 2001, I received several telephone calls from representatives of Access Resource Services, Inc. demanding that I pay the $289.42. Each time, I explained that I had not

1

EXHIBIT 1-37  PAGE  1

made the call. Each time the representative insisted that I had to pay. The representatives of Access Resource told me that they would take me to court if I did not pay.

6.     On March 7, 2001, I filed a complaint with the Illinois Attorney General's Office, regarding the bills and the repeated harassing phone calls. Following the complaint, in April of 2001, I received a letter from Access Resource, dated April 17, 2001, stating that they were removing the charge in response to the Attorney General's communication.

7.     In June of 2001, I began receiving unwanted, recorded telephone solicitations asking me to call Access Resource Services, Inc.'s "Ms. Cleo" Psychic line. I receive one or two of these calls each day. I have tried to have these unwanted calls stopped, but because they are recordings, there is no one to ask to stop calling.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON:_____, 2001.  _Frances Pate_.
                                    Frances Pate

2

EXHIBIT /·37 PAGE 2

# PATE ATTACHMENT A

EXHIBIT 1·37 PAGE 3

## Access Resource Services, Inc.
### 1007 North Federal Highway, Suite 272
### Ft. Lauderdale, FL 33304

January 29, 2001

FRANCES PATE
12 ALDER ST
MINOOKA, IL 604479556

Re: Account Number: 8154676915        Total Amount Due: $ 289.42



### FINAL REQUEST FOR PAYMENT

Dear FRANCES PATE;

**We have notified you on several occasions regarding your delinquent account with us. You have 72 hours from the receipt of this letter to call and resolve this matter. We are open from 9 A.M. to 9 P.M. Monday through Friday, E.S.T.**

As the line holder you are responsible, regardless of who placed this / these calls from your telephone line. Since these charges appeared on your monthly telephone bill and the calls were placed from your telephone, you are responsible in this case. The only way 900 numbers get charged to **your phone bill** is by **directly dialing** these numbers **from your telephone**.

**Failure to meet your outstanding obligation can result in a report that may be submitted to the credit reporting agencies. Should this occur, your credit rating could be adversely affected.**

We are again demanding that you handle this outstanding obligation immediately. Contact our office today at the below number to resolve this very important matter.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

### Voice: (954)-566-8875   Fax: (954)-566-2495

EXHIBIT 1.37 PAGE 4

# PATE ATTACHMENT B

EXHIBIT 1.37 PAGE 5

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $289.42 | $289.42 | $289.42 | |

Account # 815-467-6915          Date: February 14, 2001

Phone Number Used: 815-467-6915     Duration of Calls: 58 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA ☐MasterCar**

Frances Pate
12 Alder St
Minooka IL 60447-9556

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____     Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-5020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $289.42 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 815-467-6915 is fully responsible to settle this debt in the amount of $289.42.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $289.42 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 11/30/00 | 12:12 | $289.42 | 58 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | **TOTAL** | **$289.42** | | | | | |

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

Now you can access your account and make instant payments

EXHIBIT 1.37 PAGE 6

## DECLARATION OF DEBRA PERRY
## PURSUANT TO 28 U.S.C. § 1746

I, Debra Perry, declare as follows:

1.      My name is Debra Perry.  I live in Springfield, Illinois and work as an electric meterman.

2.      In March of 2001, I received a letter from Miss Cleo of Access Resource Services, Inc. of Fort Lauderdale, Florida.  A true and correct copy of the letter is attached as **Perry Attachment A**.  The letter stated that I owed Access Resource $568.86 in charges for calls to a "900" number psychic line made on January 17, 2001.  I did not make any calls to Access Resource's "900" number.  The telephone number listed in the letter was a telephone number that had not been my number since November of 1999.

3.      On March 27, 2001, I filed a complaint with the Illinois Attorney General's Office, regarding this bill.

4.      On or about April 6, 2001, I received a letter from Access Resource Services, Inc. dated April 3, 2001 and titled "Payment Demand Notification."  A true and correct copy of the letter is attached as **Perry Attachment B**.  That letter again demanded that I pay $568.86 to Access Resource.

5.      Later in April of 2001, I received a copy of a letter dated April 11, 2001 from Jane B. Jacobs, an attorney representing Access Resource Services, Inc., to Sally Boyle of the Illinois Attorney General's Office regarding my complaint.  A true and correct copy of the letter is attached as **Perry Attachment C**.  The letter stated that Access Resource Services, Inc. had credited me for the amount billed and would not pursue collection efforts against me.

6.      On or about April 15, 2001, I received a letter from Access Resource Services, Inc., dated

EXHIBIT 138 PAGE 1

April 12, 2001, demanding payment of $568.86. A true and correct copy of the letter is attached as **Perry Attachment D**. The letter threatened that if I did not pay that amount, Access Resource could report the debt to a credit-reporting agency, take legal action against me, and issue a writ of execution against my assets.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON: _August 24_, 2001. _Debra Perry_

                                    Debra Perry

EXHIBIT 1.38 PAGE 2

# PERRY ATTACHMENT A

EXHIBIT 1.38 PAGE 3

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $568.86 | $568.86 | $568.86 | BIG FAT $0 |

Account # 217-529-2311          Date: March 22, 2001

Phone Number Used: 217-529-2311    Duration of Calls: 114 minutes

PLEASE PRINT CREDIT CARD NUMBER   ☐VISA  ☐MasterCard

Deborah Perry
2226 Celtic Ln
Springfield IL 62704-4132

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____     Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0103-3010

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $568.86 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due**. I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 800-223-5520.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 01/17/01 | 00:39 | $284.43 | 57 | 01/17/01 | 01:39 | $284.43 | 57 |

TOTAL     $568.86

## Taking responsibility for your actions is an important step in your spiritual journey.

Now you can access your account and make instant payments, 24 hours a day at www.arspay.com

EXHIBIT 1.38 PAGE 4

# PERRY ATTACHMENT B

EXHIBIT 1.38 PAGE 5

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304
For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $568.86 | $568.86 | $568.86 | |

Account # 217-529-2311   Date: April 3, 2001

Phone Number Used: 217-529-2311   Duration of Calls: 114 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard**

Deborah Perry
2226 Celtic Ln
Springfield IL 62704-4132

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____   Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0103-3020

## PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $568.86 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 217-529-2311 is fully responsible to settle this debt in the amount of $568.86.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $568.86 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 800-223-5520 between 9:00 AM – 9:00 PM EST, Monday through Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 01/17/01 | 00:39 | $284.43 | 57 | 01/17/01 | 01:39 | $284.43 | 57 |

**TOTAL   $568.86**

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

Now you can access your account and make instant payments, 24 hours a day at www.arspay.com

EXHIBIT 1.3 PAGE 6

# PERRY ATTACHMENT C

EXHIBI: /.3 8  PAGE 7

# KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

## 485 MADISON AVENUE

### NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020

FAX (212) 753-8101

e-mail: kzrd@kzrd.com

FRED C. KLEIN
ANDREW E. ZELMAN
JOAN EBERT ROTHERMEL
JOEL R. DICHTER
JANE B. JACOBS
NANCY B. SCHESS
DAVID O. KLEIN

SEAN A. MOYNIHAN
B. SIMEON GOLDSTEIN
MARY A. MOONEY

STEPHEN B. HANSBURG
OF COUNSEL

April 11, 2001

Sally Boyle
Office Of The Attorney General
500 South Second Street
Springfield, Illinois 62706

Re: Debra Perry- File # 2001-CONSC-00028274

Dear Ms. Boyle:

This firm represents Access Resource Services, the information provider involved in this complaint.

Initially, please be advised that our client has processed a credit for all sums billed. Our client only sends demands for payment after the carrier has removed the charge from the complainant's bill. In those circumstances, the complainant has not paid the charges on his or her own phone bill. For this reason, no refund is required. Our client has adjusted its records to remove this charge, and the complainant will not receive any further demands for payment.

You also should be aware that before a consumer incurs charges for the services offered by our client, all material terms of those services, including all costs, are fully disclosed. This usually occurs twice, the first time during a call to a toll-free number, and again during the preamble. In addition, during the preamble, callers are advised that if they are put on hold or have any difficulty, they can press "*9" to report the problem. No one ever is charged without full and knowing consent.

We have reviewed the procedures used by our client and believe that they comply with all applicable laws. Notwithstanding this, in the interest of addressing any complaint expeditiously, the complainant has been credited for all amounts billed, the membership has been canceled, and the complainant's name has been removed from all mailing lists. Our client will not pursue collection efforts.

EXHIBIT 1.35 PAGE 8

KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

Page 2
April 11, 2001

      We apologize for any inconvenience this may have caused.  If you require further information, please contact the undersigned.

                Very truly yours,

                Jane B. Jacobs

JBJ/JO

EXHIBIT 1.38 PAGE 9

# PERRY ATTACHMENT D

EXHIBIT 1.38 PAGE 10

 

# PAYMENT NOTICE

## ACCESS RESOURCE SERVICES  COLLECTIONS DEPARTMENT

Dear Deborah:

Please be advised that the below referenced indebtedness has been referred to my attention for immediate action. You have failed to make a payment in the amount of $568.86 for psychic services.

Previous efforts in soliciting your cooperation have proven unsuccessful. I suggest you contact your attorney at once concerning your legal liability.

If you fail to notify us of any dispute regarding the validity of this debt within thirty (30) days from receipt of this letter, we will assume this debt is valid, and may notify a credit-reporting agency of the debt delinquency and/or take legal action to collect the debt.

If any such legal action is taken and results in Judgement against you, a Writ of Execution may be issued against your attachable assets. Any legal action taken may result in additional expenses, including service of process and other court costs, thereby increasing your debt and overall financial obligation.

In order to prevent the foregoing action, you must contact Access Resource Services, Inc. within thirty (30) days from the date of this letter to make arrangements for the immediate payment of this debt.

Please remit payment immediately by making a check or money order payable to Access Resources Services, Inc. in the amount of $568.86. Or you can choose our convenient credit card, check by phone or Western Union payment options.

For questions regarding this notice or to choose one of our payment options, call us at 1-800-223-5520 between the hours of 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

Access Resources Services, Inc.
Collection Department

---

▲ KEEP THIS PORTION FOR YOUR RECORDS ▲

▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|---|
| Account # 217-529-2311 | April 12, 2001 | | | ☐VISA |
| PHONE NUMBER USED: | | $568.86 | | ☐MasterCard |
| 217-529-2311 | | | | ☐Check |

PLEASE PRINT CREDIT CARD NUMBER       1CL0103-3030        EXP. DATE        NAME AS IT APPEARS ON CREDIT CARD

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO:

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**
6750 W Commercial BLVD
Lauderhill FL 33319-2115
TEL (1-800-223-5520)

Deborah Perry
2226 Celtic Ln
Springfield IL 62704-4132

EXHIBIT 138 PAGE 11

## DECLARATION OF WILLIAM PETERSON
## PURSUANT TO 28 U.S.C. § 1746

I, William Peterson, declare as follows:

1. My name is William Peterson. I live in Champaign, Illinois.

2. My parents, Leonard and Marie Peterson, lived in and owned a house at 304 E. Diggins Street in Harvard, Illinois. While they lived there they had the following telephone number: (815) 943-4736. My father, Leonard Peterson, died in 1972.

3. My mother, Marie Peterson, continued to live in the house on Diggins Street until February of 2000, when she went into a nursing home. In February of 2000, I had the telephone line at my mother's house disconnected. The house was then sold in May of 2000. My mother died in December of 2000.

4. During January of 2001, I received three letters from Access Resource Services, Inc. of Fort Lauderdale, Florida, addressed to my father, Leonard Peterson, at the house on Diggins Street. True and correct copies of those letters are attached as **Peterson Attachments A, B, & C.** Each of the letters informed my father that he owed Access Resource money for calls made to a "900" number psychic line from the (815) 943-4736 telephone number. Two of the letters said that he owed $144.77 for two calls made in August of 2000. The other letter said that he owed $284.43 for a call made in October of 2000. I knew that it was not possible that those calls had been made from my parents' telephone line because I had personally had the line disconnected in February of 2000.

5. After receiving the first letter from Access Resource Services, Inc., I called the customer

1

EXHIBIT 139 PAGE 1

service number listed on the letter. I was unable to speak to a live person at that number and got a recording instead. I left a message explaining that they were billing the wrong party and left my number, asking them to call me back. I never received a return call from Access Resource Services and continued to receive bills from them.

6.     On February 8, 2001, I filed a complaint with the Illinois Attorney General regarding the practices of Access Resource Services, Inc. After filing the complaint, I received no further contact from Access Resource Services, Inc.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON: _August 12,_____, 2001. _William S Peterson_
                                                                    William Peterson

2

EXHIBIT 1.37 PAGE 2

# PETERSON ATTACHMENT A

EXHIBIT 1·37 PAGE 3

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304
For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $114.77 | $114.77 | $114.77 | |

Account # 815-943-4736      Date: January 11, 2001

Phone Number Used: 815-943-4736     Duration of Calls: 23 minutes

PLEASE PRINT CREDIT CARD NUMBER  ❑VISA ❑MasterCard

Leonard Peterson
304 E Diggins St
Harvard IL 60033-2413

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK            1CL0012-3030

## PAYMENT DELIQUENCY NOTIFICATION. 2nd NOTICE.

Payment to settle this **past due** account is urgently needed.  This account will be reported as delinquent unless you make payment on this account  In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered.  Upon receipt of funds, we will consider this account settled in full. Please contact this office immediately if you have any questions. Do not  wait, please send payment in the next 14 DAYS to the address above to settle this outstanding balance.

As previously stated, in a notification sent to your address, credit issued to you by your phone company **does not exempt you from paying the amount due**.  Access Resource Services, Inc. as the provider of psychic information services has the right to collect these charges even if the telephone company has credited the charges to your telephone bill.   **The telephone line holder on record for (815-943-4736) is fully responsible to settle this debt in the amount of $114.77.**

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or credit card.

If you have recently mailed your payment, please ignore this notice.  Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 08/14/00 | 02:39 | $79.84 | 16 | 08/16/00 | 23:16 | $34.93 | 7 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | TOTAL | $114.77 | | | | |

**We suggest that you evaluate your responsibility with this account.  Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

Now you can access your account and make instant payments,
24 hours a day at www.arspay.com

EXHIBIT 1.37 PAGE 4

# PETERSON ATTACHMENT B

EXHIBIT /.39 PAGE 5

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $284.43 | $284.43 | $284.43 | |

Account # 815-943-4736          Date:  January 17, 2001

Phone Number Used: 815-943-4736     Duration of Calls: 57 minute

PLEASE PRINT CREDIT CARD NUMBER  ☐VISA ☐MasterCa

Leonard Peterson    ⁊ ʊ ·⁓
304 E Diggins St
Harvard IL 60033-2413

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-3010

## COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.  In my world, responsibility and values are an important part of spiritual growth.  And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $284.43 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due**. I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.   That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.    It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/06/00 | 11:24 | $284.43 | 57 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | TOTAL | $284.43 | | | | | |

## Taking responsibility for your actions is an important step in your spiritual journey.

Now you can access your account and make instant payments,
24 hours a day at www.arspay.com

EXHIBIT 139 PAGE 6

# PETERSON ATTACHMENT C

EXHIBIT 1.39 PAGE 7

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $114.77 | $114.77 | $114.77 | |

Account # 815-943-4736     Date: January 19, 2001

Phone Number Used: 815-943-4736     Duration of Calls: 23 minutes

PLEASE PRINT CREDIT CARD NUMBER   ☐VISA  ☐MasterCard

Leonard Peterson
304 E Diggins St
Harvard IL 60033-2413

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK

1CL0012-3040

## FINAL PAYMENT DELINQUENCY NOTICE

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. This account will be reported as delinquent in the next 14 days.  You need to send your payment or contact our office immediately.  In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon receipt of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due.**  Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill.  The telephone line holder on record for (815-943-4736) is fully responsible to settle this debt in the amount of $114.77.

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Collection Department.

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. If you have any questions please contact this office immediately at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 08/14/00 | 02:39 | $79.84 | 16 | 08/16/00 | 23:16 | $34.93 | 7 |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | TOTAL | $114.77 | | | | | |

**We suggest that you evaluate your responsibility with this account.  Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

Now you can access your account and make instant payments,
24 hours a day at www.arspav.com

EXHIBIT 1-37  PAGE 8

DECLARATION OF KIMBERLY ROSA
PURSUANT TO 28 U.S.C. § 1746

1.    My name is Kimberly Rosa. I live in St. Louis, Missouri.

2.    After receiving numerous e-mails from Miss Cleo offering me a free reading, I decided what the heck I'd give it a try. On February 7, 2001, I called for a free five minute psychic reading from Miss Cleo. I called the 800 number provided in the email and a representative gave me a 900 number to call and told me to give the psychic the special number listed in my e-mail. The representative told me that when the five minutes were up, I could hang up and I would not be charged.

3.    I called the 900 number and the psychic who answered asked me series of personal questions: name, complete address, home phone, work phone, date of birth. It took the psychic five minutes to get all this information and she did not even begin to give me my free reading when I heard a tone. I did not want to be charged, so I hung up immediately and did not even tell the psychic goodbye.

4.    I called the 800 number again and told the representative what happened and that I had not gotten my free reading. She told me to call the 900 number again and I would not be charged for the first five minutes. I called the 900 number again and the second psychic started asking me the same kinds of question. Before the psychic could give me my free reading the tone sounded, so again I quickly hung up.

5.    I called the 900 a third time and told the third psychic what had happened during my two earlier attempts to obtain a free reading. At the five minute tone, I still had not received my free reading because of all the questions I had to answer. I still wanted a reading, so I told the psychic that I could not afford to stay on the phone longer than five minutes. The psychic told

EXHIBIT 1.40 PAGE 1

me she would send me a check that could be used to pay my telephone bill so that I could receive my free reading, so I told her to continue. Needless to say, I did not receive a check. I would not have spoken to the psychic for longer than five minutes had she not offered to subsidize the additional time necessary to obtain the advertised free reading.

6.   Shortly after making this call, I became inundated with telemarketing calls, junk mail and e-mails from Miss Cleo and Psychic Readers Network ("PRN") , offering me readings, and telling me that Miss Cleo had urgent information that I needed to hear right away. I received several calls a day, seven days a week, several weeks in a row.

7.   In February 2001, I e-mailed and phoned customer service at PRN and told them I was not interested in their services and to please stop calling me and sending me junk mail and e-mail. Attached as Attachment 1 are copies of some of the solicitations I received from PRN. I also put my name on the State of Missouri's do not call list. Despite my requests, PRN continued to call me every day and to send me solicitations. I contacted both my local telephone company and my long distance carrier for help in curbing PRN's telephone calls. They were unable to help me they said, since the calls were coming from the number 000-000-0000 on my caller ID and could not be blocked or traced.

8.   When I received my phone bill, there were three charges posted by ARS on the AT&T portion of my bill. Two were charges for one minute each totaling $9.80. The first two times I called the 900 number, I hung up **immediately** upon hearing the tone, without even saying goodbye to the psychic, yet ARS is billing me one minute for each of those calls. The third charge for $99.18 (20 minutes) is for the time I spent speaking with the third psychic to get my free reading. Attachment two, to this declaration is a copy of my phone bill detailing these charges.

EXHIBIT  1.40  PAGE  2

9. I called AT&T and disputed the charges and they agreed to remove the charges from my bill.

10. On April 23 and May 8, 2001, ARS sent me collection letters, copies of which are attached to this Declaration as Attachment 3. I called ARS in response to the first letter and told the ARS representative that the third psychic who gave me my reading promised to send me a check to cover the cost of my reading. The ARS representative told me that I should not have believed the psychic and that furthermore, they had no way of determining who the psychic was that gave me my reading. I told the ARS representative that I would be willing to pay for 5 minutes, (the same amount I told the psychic I could afford to pay) in order to settle this bill. The ARS representative refused my offer and told me that if I didn't pay in full, my credit rating would be ruined.

11. After receiving the second collection letter from ARS, I wrote a letter to the Federal Communications Commission, the Missouri Attorney General and the US Attorney General describing my experience with Access Resource Service and asking for their help in resolving my dispute with ARS. A copy of this letter is attached to this Declaration as Attachment 4.

12. As of this date, I am still receiving e-mails solicitations from Miss Cleo, even though I unsubscribed or asked that my name be removed from her e-mail list in March 2001. I ordered a privacy messenger service on my telephone specifically to stop the calls I was receiving from PRN.

I state under penalty of perjury that the foregoing statement is true and correct.

Date: 10/21/01

Kimberly Rosa

## Kimrosa

**From:**     "Miss Cleo"
**To:**       <kimrosa@swbell.net>
**Sent:**     Saturday, August 11, 2001 7:15 AM
**Subject:**  Kim, an urgent message about your future!

Kim, you must have friends in high places. I've been authorized to issue you a Free Tarot Reading! Without any cost or obligation, you can learn about important events concerning your future. It is vital that you call immediately! Call toll-free 1-800-308-1673



8/11/01

Talk with a psychic specialist and find out what is likely to happen in the next three weeks. Kim, we know more about you then you may think. This free offer is for a limited time only- I can only hold it for just a little while! **Immediately call** 1-800-308-1673

Kim, our elite team of psychic predictors and Tarot readers can be extremely accurate and should not be underestimated.

Kim PLEASE CALL *1-800-308-1673* WHILE THIS READING IS STILL APPROVED.

P.S. Kim, Please do not give or use this number for anyone other than yourself. It's a special number that's meant only for you! It is essential, however, that you call in the next few days.
Call 1-800-308-1673

With love & hope,
Miss CLEO

Must be 18 . For entertainment purposes only

This mailing was sent to you as a member of the itsImazing Network. If you do not wish to receive future mailings, click here.



EXHIBIT _1.40_ PAGE __4___

ATTACHMENT _1_ P.1

8/11/2001

PESA
Message Center
PRN
2543 E. Sunrise Blvd #211
Ft. Lauderdale, FL 33304

Notice

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
SIOUX FALLS, SD
PERMIT NO. 7624

Kimberly, you have been sent this notice
and we suggest you act quickly.

**There is important information you
should know at once.**
Miss Cleo

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

---

Kimberly, as soon as you receive this notice,
please – call this FREE number at once: 1-800-863-4167

MESSAGE CENTER
RECORDED & FILED
2:00 pm
PERSONAL ENRICHMENT
P▲E
S▼A
SOCIETY OF AMERICA

Kimberly, I have an important message for you – about your future.
You should hear the news.

I repeat: this is time sensitive. Especially if you are concerned about love,
money or career.

An important date is rapidly approaching – and I want you to have the
news before then. (You may have very little time!)

I implore you, call this FREE number right now! To find out how, call
1-800-863-4167. (You can call anytime – 24 hours a day.)

You must hear your information. In fact, it's so important, I've arranged
for you to speak person-to-person with a specially-gifted Master Psychic.
So you can learn everything.

Kimberly, I want you to be helped, right now.

Here is what you MUST do:
Call this special number **1-800-863-4167**
When you call give these special codes I've set up for you:
I.D.#100      PIN# 454029786

This call is FREE, so don't hesitate. Call 1-800-863-4167 You can't lose!
Visit us at www.cleofuture.com

P007829198

Must be 18+. For entertainment purposes only.

NAME: Kimberly Rosa
I.D. NUMBER: 100
PIN NUMBER: 454029786
FROM: Cleo

ATTACHMENT
EXHIBIT

**PESA Office of Psychic Affairs**

PRE-SORTED
FIRST CLASS MAIL
U.S. POSTAGE
P A I D
SIOUX FALLS, SD
57101
PERMIT NO. 7624

Response Required ☑Yes ☐No
By Telephone: 1-800-788-1893

**Extremely Important Information for:**

l.ll................ll.l.l.ll.....ll.ll...ll.l.ll.l.ll.llll.l.ll.l.ll.l.l.l.ll

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

Dear Kimberly,

I have an important message for you – *about your future*. This is sensitive information about a relationship or finances that may occur in your life in the next 7 to 14 days.

Kimberly, please call as soon as you receive this notice. Please do not hesitate. Follow these easy steps to speak to a gifted Master Psychic now who will tell you what you need to know.

1. Call this special toll-free number: 1-800-788-1893
2. Use your personal I.D. #38242
3. Keep this PIN #0647 available (please do not give it to anyone else)

You must respond quickly Kimberly so you will be ready for any changes that may occur in the next week or two.

This is not a contest or magazine sales pitch. This is about you and how you can live the rest of your life.

*Cleo*

Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.        For entertainment only.      Must be 18+.

ATTACHMENT P. 3

EXHIBIT __ PAGE __

EXHIBIT 1.40 PAGE 2

PRIOR TO SENDING: [ VALIDATED ]

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
SIOUX FALLS, SD
57101
PERMIT NO. 7624

OPEN AT ONCE!
VERY PRIVATE AND CONFIDENTIAL

PRIVATE
INFORMATION FOR THE
RECEIVER ONLY

CONTACT,
CONTACT NUMBER
AND ENVELOPE
ARE
ENCLOSED

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

1138-OE

ATTACHMENT 18.4

This file has been prepared for completion of your personal advisement and all related information provided by and through our office. Please do not alter or change any of the information until you have spoken with an advisor of whom will make any necessary changes and/or alterations. This information is confidential and will be added to your file.

FILE NUMBER:  **0330672-01**

EVALUATION OF: **Kimberly Rosa**

LOCATION: **6732 Aliceton Ave**
**Affton MO 63123-3230**

CONTACT: **Miss Cleo**

CONTACT NUMBER: **1-800-763-3550**

1138 - LTR

CARDS:  **ISSUED**

STATUS: **\*\*CONFIRMED\*\***

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

My Dear Kimberly Rosa:

It's a lucky thing I'm able to reach you.

Kimberly, I have some important Tarot information for you.  It's about the future and the cards dealt in your enclosed envelope.

Yes -- could money, love or career be involved?

As a psychic, I want to hear from you as soon as possible.  In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

CALL THIS NUMBER NOW: -- 1-800-763-3550 -- this call is free!

Listen.  Because I want to be in contact with you regarding your Tarot Cards, be sure to call now.  Don't miss this opportunity.  Time is passing quickly.

Here's what I ask you to do right now:

CALL THIS NUMBER: -- 1-800-763-3550 -- THIS call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes:
    --LIST ID# 100
    --PERSONAL PIN# 462048323

(Do not let anyone have these numbers -- they are <u>for you</u>.)

Call right now.  We'll guide you to revelations regarding the future.

Remember -- take action fast.  Call right now, 1-800-763-3550 -- THIS CALL IS FREE!

With the power of love,

*Cleo*   **ATTACHMENT ǀ ρ.5**

Miss Cleo

EXHIBIT *1.40*  PAGE *8*

\*If you decide not to call, I wouldn't advise you opening the envelope to look at your Cards.  This would tend to confuse you - and being an amateur Tarot reader at best - you'd get the wrong idea for what you thought you "saw" in each Tarot picture, possibly causing major life decisions.  ("A little knowledge is a dangerous thing", observed a famed philosopher.)

**Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.**
For a special 99¢ a minute credit card offer call: 1-800-828-5144. Must be 18+.  For Entertainment Only.



*Congratulations, as a preferred caller I am offering you my best savings plan ever. Call now and receive A 30 MINUTE TAROT READING for just 99¢ a minute on a TOLL FREE 800 Number! To qualify all you need is a credit card. To redeem simply go to my website or call the number below:*

# WWW.CLEOCHAT.COM

*Or call toll-free 1-800-961-7889.*

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 – 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE!  PLEASE READ THE BACK OF THIS CARD – IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE!  COULD <u>YOU</u> BE NEXT?

URGENT:  CALL 1-800-469-2017 RIGHT AWAY.  PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

Dear Friend:
       This message is private and vitally important!  The information I will give you during **your reading can bring astonishing changes to your life!**  But you must call **1-800-469-2017** right away!  **THIS CALL IS FREE!**
       **I want great things for you, so please understand the urgency of this message.  Could something important concerning MONEY or LOVE happen within the next 10 to 15 days?  What we reveal may shock you, amaze you and make a huge impact upon your future!**
       I sincerely want you to hear the news about your future!  Call 1-800-469-2017 right now.  This call is Free!

                         **All my love, Cleo**

**Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.**

For entertainment only.  Must be 18+.

ATTACHMENT I P.6

EXHIBIT 1.40  PAGE 9



X

The Wheel of Fortune - 18



Five of Cups - 22



The Knight of Pentacles - 19

Tarot Card Number 18

Tarot Card Number 22

Tarot Card Number 19

ATTACHMENT 1 P. 7

EXHIBIT 1 40 PAGE 10

Case 0:02-cv-60226-ASG   Document 11   Entered on FLSD Docket 02/13/2002   Page 120 of 271

# DISTRIBUTION BUREAU

PRESORTED
STANDARD
**U.S. POSTAGE**
**PAID**
SIOUX FALLS, SD
PERMIT NO. 7624

⇩ **IMPORTANT PACKAGE INSIDE** ⇩

CARDS ENCLOSED : ☑ YES ☐ NO

RECIPIENT NUMBER __4:20__

INITIATION OF RECIPIENT SEARCH __urgent__

**CONFIDENTIAL**

• TO BE OPENED BY ADDRESSEE ONLY •

63123X3230

ATTACHMENT 1 P. 8

EXHIBIT 140 PAGE 11

FILE NUMBER: ¿R O K - 4:20 ¿  STATUS: **URGENT **

ELIGIBILITY: ☑ YES  ☐ NO  CONTACT: _Ms. Cleo_

EVALUATION OF:  DISTRIBUTION OF CARDS: **ISSUED**

Kimberly, your status is confirmed.

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

Dear Kimberly,

Finally, we're able to reach you!

Kimberly, I have some very important information about your future and the Tarot cards dealt to you in your enclosed envelope.

I don't usually have visions or dreams about people that have contacted us, but I can't be absolutely sure until I read your psychic cards!

Kimberly, I do know for sure that you're going to encounter an opportunity that could change your whole life! I think you know what I'm talking about...

You are going to be very, very lucky! In fact, I'm going to authorize a totally FREE Tarot reading with one of my finest, so that we can discover exactly what's going on! Call this reserved toll-free right now: **1-800-490-8839.**

Time is short and passing quickly! Call now and get in touch with me morning, afternoon, sunset or late at night!

When you call, give us these special codes:
Personal pin number: ___77409___
Identification number: ___008___

Kimberly, please do not share these numbers or my extension number with anyone! I'm trusting you! Call this number immediately and let's get to the heart of what's going on in your life: **1-800-490-8839** –remember—this call is FREE!

With love, hope & much respect,

_Cleo_

Miss Cleo

Special credit card offers: call 1-800-859-2880.
**Visit WWW.CLEOFUTURE.COM for some**
**wonderful surprises, FREE contests and FREE**
**reading offers.**

This personal file is kept in the strictest confidence in an undisclosed location. The information contained in your file is secret and only available upon request from a registered Mind and Spirit psychic with the express permission from you, Kimberly, our client. This information is confidential: all visions, dreams, sensations and subsequent Tarot readings are classified and kept in the strictest confidence in accordance with all international clairvoyant laws; 43.2, 1.7, 57.8, 71.2.

Must be 18+ For entertainment purposes only.



ATTACHMENT __123__

EXHIBIT __1.40__ PAGE __12__



Dear Friend:

This message is private and vitally important! The information I will give you during your reading can bring astonishing changes to your life! But you must call 1-800-974-3631 right away! THIS CALL IS FREE!

I want great things for you, so please understand the urgency of this message. Could something important concerning MONEY or LOVE happen within the next 10 to 15 days? What we reveal may shock you, amaze you and make a huge impact upon your future!

I sincerely want you to hear the news about your future! Call 1-800-974-3631 right now. This call is Free!

All my love, Cleo

Visit WWW.CLEOFUTURE.COM for some wonderful surprises. FREE contests and FREE reading offers.
For entertainment only. Must be 18+.

## Tarot Card Number 35

## Tarot Card Number 22

## Tarot Card Number 31

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 – 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE! PLEASE READ THE BACK OF THIS CARD - IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE! COULD YOU BE NEXT?

URGENT: CALL 1-800-974-3631 RIGHT AWAY. PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!



The Ace of Cups - 35

Five of Cups - 22



Three of Swords - 31

ATTACHMENT 1 P.10

EXHIBIT 1.40 PAGE 13



**Tarot Card
Number 26**

ATTACHMENT 1 P.11

EXHIBIT 1.40 PAGE 14



ATTACHMENT 1 p.12

EXHIBIT 1.40 PAGE 15

This file has been prepared for com͟ ͟tion of your personal advisement and all r͟ ͟ced information provided by and through our office.  Please do not alter or change any of the information until you have spoken with an advisor of whom will make any necessary changes and/or alterations.  This information is confidential and will be added to your file.

FILE NUMBER: **0330672-01**

EVALUATION OF: **Kimberly Rosa**

LOCATION: **6732 Aliceton Ave**
**Affton MO 63123-3230**



CONTACT: **Miss Cleo**

CONTACT NUMBER: **1-800-763-3596**

1138 - LTR

CARDS: **ISSUED**

STATUS: **\*\*CONFIRMED\*\***

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

My Dear Kimberly Rosa:

It's a lucky thing I'm able to reach you.

Kimberly, I have some important Tarot information for you.  It's about the future and the cards dealt in your enclosed envelope.

Yes -- could money, love or career be involved?

As a psychic, I want to hear from you as soon as possible.  In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

CALL THIS NUMBER NOW: -- 1-800-763-3596 -- this call is free!

Listen.  Because I want to be in contact with you regarding your Tarot Cards, be sure to call now.  Don't miss this opportunity.  Time is passing quickly.

Here's what I ask you to do right now:

CALL THIS NUMBER: -- 1-800-763-3596 -- THIS call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes:
--LIST ID# 100
--PERSONAL PIN# 462048323

(Do not let anyone have these numbers -- they are for you.)

Call right now.  We'll guide you to revelations regarding the future.

Remember -- take action fast.  Call right now, 1-800-763-3596 -- THIS CALL IS FREE!

With the power of love,

*Cleo*  **ATTACHMENT 1 P.13**

EXHIBIT _1.40_ PAGE _16_

Miss Cleo

\*If you decide not to call, I wouldn't advise you opening the envelope to look at your Cards.  This would tend to confuse you - and being an amateur Tarot reader at best - you'd get the wrong idea for what you thought you " saw" in each Tarot picture, possibly causing major life decisions.  (" A little knowledge is a dangerous thing" , observed a famed philosopher.)

Special credit card offers: call 1-800-859-2880.
Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.
Must be 18+.  For Entertainment Only.

COULD SOMETHING IMPORTANT
CONCERNING MONEY OR LOVE HAPPEN
WITHIN THE NEXT 10 - 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE! PLEASE READ THE BACK OF THIS CARD - IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE! COULD YOU BE NEXT?

URGENT:   CALL 1-800-728-9853 RIGHT AWAY.  PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

Tarot Card
Number 14

Tarot Card
Number 16

Tarot Card
Number 15

Dear Friend:
   This message is private and vitally important! The information I will give you during your reading can bring astonishing changes to your life! But you must call 1-800-728-9853 right away! THIS CALL IS FREE!
   I want great things for you, so please understand the urgency of this message. Could something important concerning MONEY or LOVE happen within the next 10 to 15 days? What we reveal may shock you, amaze you and make a huge impact upon your future!
   I sincerely want you to hear the news about your future!  Call 1-800-728-9853 right now.  This call is Free!

All my love, Cleo

Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.



The Hermit - 14



The Ace of Wands - 16

The Fool - 15

ATTACHMENT 1-P-14

EXHIBIT 1.40  PAGE 17



Four of Pentacles - 11

**Tarot Card
Number 11**

ATTACHMENT 1 P.15

EXHIBIT 1.40 PAGE 18



# FINAL PAYMENT NOTICE

## ACCESS RESOURCE SERVICES  COLLECTIONS DEPARTMENT

Dear Kimberly:

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. This account will be reported as delinquent in the next 14 days. You need to send your payment or contact our office immediately. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon receipt of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due.** Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill. **The telephone line holder on record for (314-631-1933) is fully responsible to settle this debt in the amount of $99.80.**

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Access Resources Services, Inc.
Collection Department

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 1-888-300-0306 between 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST Friday; 10:00 AM – 4:00 PM EST, Saturday

---

▲ KEEP THIS PORTION FOR YOUR RECORDS ▲
▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|
| Account # 314-631-1933    May 25, 2001 | | | ☐VISA |
| PHONE NUMBER USED: | $99.80 | | ☐MasterCard |
| 314-631-1933 | | | ☐Check |

PLEASE PRINT CREDIT CARD NUMBER          1CL0104-4040          EXP. DATE          NAME AS IT APPEARS ON CREDIT CARD

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO:

**ACCESS RESOURCE SERVICES COLLECTIONS DEPARTMENT**
6805 W. Commercial Blvd. #293
Tamarac FL 33319
TEL (1-888-300-0306)

Kimberly Rosa
6732 Aliceton Ave
Saint Louis MO 63123-3230

EXHIBIT 1·40 PAGE 17

**ATTACHMENT** 1 P.16



PRIOR TO SENDING:

[ VALIDATED ]

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
SIOUX FALLS, SD
57101
PERMIT NO. 7624

PRIVATE
INFORMATION FOR THE
RECEIVER ONLY

CONTACT,
CONTACT NUMBER
AND ENVELOPE
ARE
ENCLOSED

OPEN AT ONCE!
VERY PRIVATE AND CONFIDENTIAL

My Dear Kimber

ATTACHMENT P.17

EXHIBIT 1.40 PAGE 20

This file has been prepared for compl.   .1 of your personal advisement and all rel.   information provided by and through our office.  Please do not alter or change any of the information until you have spoken with an advisor of whom will make any necessary changes and/or alterations.  This information is confidential and will be added to your file.

1138 - LTR

FILE NUMBER: **0330672-01**

EVALUATION OF: **Kimberly Rosa**

LOCATION: **6732 Aliceton Ave
Affton MO 63123-3230**

CONTACT: **Miss Cleo**

CONTACT NUMBER: **1-800-706-6545**

CARDS: **ISSUED**

STATUS: **\*\*CONFIRMED\*\***



lllllllllllllllllllllllllllllllllllllllllllllllll
Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

My Dear Kimberly Rosa:

It's a lucky thing I'm able to reach you.

Kimberly, I have some important Tarot information for you.  It's about the future and the cards dealt in your enclosed envelope.

Yes -- could money, love or career be involved?

As a psychic, I want to hear from you as soon as possible.  In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

CALL THIS NUMBER NOW: -- 1-800-706-6545 -- this call is free!

Listen.  Because I want to be in contact with you regarding your Tarot Cards, be sure to call now.  Don't miss this opportunity.  Time is passing quickly.

Here's what I ask you to do right now:

CALL THIS NUMBER: -- 1-800-706-6545 -- THIS call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes:
    --LIST ID# 100
    --PERSONAL PIN# 462048323

(Do not let anyone have these numbers -- they are _for you_.)

Call right now.  We'll guide you to revelations regarding the future.

Remember -- take action fast.  Call right now, 1-800-706-6545 -- **THIS CALL IS FREE!**

With the power of love,

_Cleo_  **ATTACHMENT  P 13**

Miss Cleo

EXHIBIT _1.40_ PAGE _21_

*If you decide not to call, I wouldn't advise you opening the envelope to look at your Cards.  This would tend to confuse you -- and being an amateur Tarot reader at best -- you'd get the wrong idea for what you thought you " saw" in each Tarot picture, possibly causing major life decisions. (" A little knowledge is a dangerous thing" , observed a famed philosopher.)

Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.
Special credit card offers: call 1-800-859-2880.     Must be 18+.  For Entertainment Only.



The Tower



The Lovers

The Chariot

Friend,

You must call immediately! You won't believe what may happen to you in the next 10 to 14 days. It could be the most exciting news you've ever had.

Your Tarot Cards are radiating an aura of happiness in both romance and wealth.

I'm positive you'll be delighted when this very special Tarot reading is finished.

Don't Wait! Call 1-800-469-2901 right away and start this exciting experience.

**ATTACHMENT 1 P.19**

EXHIBIT 140 PAGE 22



Tarot Card 01



Tarot Card 02

Tarot Card 03

You must read the special message for you from Miss Cleo on the reverse side. It could change your life – immediately.

Miss Cleo is a world famous Tarot Psychic Reader. She has appeared on all th national networks and cable stations such as CBS, ABC, NBC. Her accuracy a ability to read the future have made her a legend in her own time.

Join the hundreds of thousands who have their Tarot Cards read and interprete by the best there is. Call 1-800-469-2901 now.

For entertainment only. Must be 18+

Visit us at www.cleofuture.com





ATTACHMENT 1 f.20

EXHIBIT 1 40 PAGE 13

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
SIOUX FALLS, SD
57101
PERMIT NO. 7624

PRIVATE
INFORMATION FOR THE
RECEIVER ONLY

CONTACT,
CONTACT NUMBER
AND ENVELOPE
ARE
ENCLOSED

OPEN AT ONCE!
VERY PRIVATE AND CONFIDENTIAL

PRIOR TO SENDING:



VALIDATED

ATTACHMENT 1 P.21

EXHIBIT 1.40 PAGE 24

1138-OE

FILE NUMBER: ⸢R O K - 2:20⸥     STATUS: **URGENT **

ELIGIBILITY: ☑ YES   ☐ NO     CONTACT: Ms. Cleo

EVALUATION OF:

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

DISTRIBUTION OF CARDS: **ISSUED**

Kimberly, your status is confirmed.

Dear Kimberly,

Finally, we're able to reach you!

Kimberly, I have some very important information about your future and the Tarot cards dealt to you in your enclosed envelope.

I don't usually have visions or dreams about people that have contacted us, but I can't be absolutely sure until I read your psychic cards!

Kimberly, I do know for sure that you're going to encounter an opportunity that could change your whole life! I think you know what I'm talking about...

You are going to be very, very lucky! In fact, I'm going to authorize a totally FREE Tarot reading with one of my finest, so that we can discover exactly what's going on! Call this reserved toll-free number right now: **1-800-763-3557.**

Time is short and passing quickly! Call now and get in touch with me morning, afternoon, sunset or late at night!

When you call, give us these special codes:
Personal pin number:     77409
Identification number:     008

Kimberly, please do not share these numbers or my extension number with anyone! I'm trusting you! Call this number immediately and let's get to the heart of what's going on in your life: **1-800-763-3557** –remember—this call is FREE!

With love, hope & much respect,

*Cleo*

Miss Cleo

Special credit card offers: call 1-800-859-2880.
**Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.**

This personal file is kept in the strictest confidence in an undisclosed location. The information contained in your file is secret and only available upon request from a registered Mind and Spirit psychic with the express permission from you, Kimberly, our client. This information is confidential; all visions, dreams, sensations and subsequent Tarot readings are classified and kept in the strictest confidence in accordance with all international clairvoyant laws; 43.2, 1.7, 57.8, 71.2.

**DO NOT DISCARD INNER GIFT PACKAGE**

Must be 18+  For entertainment purposes only.

ATTACHMENT 1 C.22

EXHIBIT 1.40  PAGE 25



# *Miss Cleo's* DREAM TICKET

## PSYCHIC *for* SAVINGS

*Congratulations, as a preferred caller I have issued you this incredible savings ticket. Call now and receive* <u>A 30 MINUTE TAROT READING</u> *for just* <u>99¢ a minute</u> *on a TOLL FREE 800 Number! This is my best offer ever! To qualify all you need is a credit card. To redeem simply go to my website or call the number below:*

### *Journey with me to the answers you need!*

# www.cleotalk.com

## *Or call toll-free 1-800-961-7891.*

**ATTACHMENT 1 P.23**



EXHIBIT 1.40   PAGE 26



Judgement



The Hermit



The Chariot

Dear Friend:

This message is private and vitally important! The information I will give you during your reading can bring astonishing changes to your life! But you must call 1-800-554-9422 right away! THIS CALL IS FREE!

I want great things for you, so please understand the urgency of this message. Could something important concerning MONEY or LOVE happen within the next 10 to 15 days? What we reveal may shock you, amaze you and make a huge impact upon your future!

I sincerely want you to hear the news about your future! Call 1-800-554-9422 right now. This call is Free!

All my love, Cleo

Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.
For entertainment only. Must be 18+.

**ATTACHMENT 1 P.24**

EXHIBIT 1.40 PAGE 27



Tarot Card 45



Tarot Card 64



Tarot Card 65

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 - 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE! PLEASE READ THE BACK OF THIS CARD - IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE! COULD YOU BE NEXT?

URGENT: CALL 1-800-554-9422 RIGHT AWAY. PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

PRESORTED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
57104
PERMIT NO. 7624

## FOR SPECIAL INTERNAL USE ONLY

APPROVED ON: **TUE. 12:22 PM**   BY: _____

RELEASED ON: **THUR. 9:45 AM**   BY: _____

[✓] CONFIDENTIAL SELECTION    [✓] AFFIDAVIT OF ELIGIBILITY

**WARNING:** $2,000.00 FINE AND/
OR 5 YEARS IMPRISONMENT
for any person who tampers with or
obstructs delivery of mail intended
for addressee, or violates U.S. Code
Title 18, Sec. 1702

## PERSONAL AND CONFIDENTIAL

ATTACHMENT 1 P.25

EXHIBIT 1. 40 PAGE 28

Dear Friend:

This message is private and vitally important! The information I will give you during your reading can bring astonishing changes to your life! But you must call 1-800-401-4761 right away! THIS CALL IS FREE!

I want great things for you, so please understand the urgency of this message. Could something important concerning MONEY or LOVE happen within the next 10 to 15 days? What we reveal may shock you, amaze you and make a huge impact upon your future!

I sincerely want you to hear the news about your future! Call 1-800-401-4761 right now. This call is Free!

All my love, Cleo

Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.
For entertainment only. Must be 18+.

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 - 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE! PLEASE READ THE BACK OF THIS CARD - IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE! COULD YOU BE NEXT?

URGENT: CALL 1-800-401-4761 RIGHT AWAY. PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

ATTACHMENT 1 P.26

EXHIBIT 1.40 PAGE 29

# CONFIDENTIAL MEMO

**SPECIAL ANNOUNCEMENT**
**MISS CLEO, MASTER TAROT PSYCHIC**



## CONFIDENTIAL MEMO

### FROM THE DESK OF

*Cleo*

### MISS CLEO

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

---

### MON. 10:43 AM

**Dear Kimberly:** We may have <u>very</u> <u>important</u> <u>news</u> concerning your future.

You may or may not know me. My name is Miss Cleo, and I'm a world famous master psychic. And right now, instincts are telling me three very important things that may likely have a major impact for Kimberly Rosa, 6732 Aliceton Ave, Affton MO 63123-3230. These may include:

**#1. Kimberly Rosa's Financial Situation May Change Very Soon:**
Kimberly, your financial future may be about to change in a big way. Because there are so many big lottery and sweepstakes prizes being won every day, we can't help but wonder if you're about to win a big lottery prize? Perhaps our psychic ability can help you win?

A very large dollar figure keeps popping into my head. Is that the amount of a check that may be about to be written, possibly to Kimberly Rosa 6732 Aliceton Ave in MO??? We'd definitely like to look into this further when we speak with you.

**#2. Kimberly Rosa May Have a Secret Admirer:**
We definitely think there's a possibility that you may have a secret admirer right there in MO who you don't even know about. This person may be very close to you and you have no idea how they really feel about you.

Kimberly, no matter what, we definitely feel there's a big potential. It is even possible to have a very, very, active romantic life in the next few months.

And by the way, if you do have a secret admirer, I'm sure you'll be very surprised when you find out who it is!!! (I recommend that if you're married now, you may not want to tell your spouse about this letter!!!).

**#3 Kimberly Rosa, Someone May Be Talking About You Behind Your Back:**
Kimberly, this part is not such good news. We think the possibility exists that someone very close to you may be talking behind your back. Kimberly, we believe that if this is happening to you, we can find out who it is and we can likely get that person to stop. Kimberly, you don't deserve to have people talk behind your back and we want to put a stop to it as quickly as possible.

**Kimberly, we want to talk to you about all these things right away.** If you need to know if we can help you win a lottery or if you want to know about a possible secret admirer, or someone talking behind your back, you must contact us now.

## CLASSIFIED

### OFFICE OF CLAIRVOYANTS

**ATTACHMENT** 18.27

For entertainment purposes only. You must be at least 18 years of age.

## SPECIAL CALLING
## INSTRUCTIONS
## FOR:
## Kimberly Rosa

Kimberly, please call us right now. And remember to ask about the secret talent you may possess that you've never explored. We can't wait to hear from you.

### CALL NOW 1-800-776-3062

EXHIBIT 1.40 PAGE 30

**Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
P A I D
SIOUX FALLS, SD
PERMIT NO. 7624



**A. R. S.**
6750 W. Commercial Blvd.
Lauderhill, FL 33319

ATTACHMENT 1 P. 28

EXHIBIT 1.40 PAGE 31

PLACE
STAMP HERE
The Post
Office
will not deliver
mail without
postage.

**Access Resource Services Inc.**

6750 W COMMERCIAL BLVD
LAUDERHILL FLORIDA 33319-2115

EXHIBIT _1.40_ PAGE _37_

ATTACHMENT 1 P.29

# PAYMENT NOTICE

## ACCESS RESOURCE SERVICES   &   COLLECTIONS DEPARTMENT

Dear Kimberly:

Please be advised that the below referenced indebtedness has been referred to my attention for immediate action. You have failed to make a payment in the amount of $99.80 for psychic services.

Previous efforts in soliciting your cooperation have proven unsuccessful. I suggest you contact your attorney at once concerning your legal liability.

If you fail to notify us of any dispute regarding the validity of this debt within thirty (30) days from receipt of this letter, we will assume this debt is valid, and may notify a credit-reporting agency of the debt delinquency and/or take legal action to collect the debt.

If any such legal action is taken and results in Judgement against you, a Writ of Execution may be issued against your attachable assets. Any legal action taken may result in additional expenses, including service of process and other court costs; thereby increasing your debt and overall financial obligation.

In order to prevent the foregoing action, you must contact Access Resource Services, Inc. within thirty (30) days from the date of this letter to make arrangements for the immediate payment of this debt.

Please remit payment immediately by making a check or money order payable to Access Resources Services, Inc. in the amount of $99.80. Or you can choose our convenient credit card, check by phone or Western Union payment options.

For questions regarding this notice or to choose one of our payment options, call us at 1-800-223-5520 between the hours of 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

Access Resources Services, Inc.
Collection Department



▲ KEEP THIS PORTION FOR YOUR RECORDS ▲

▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|---|
| Account # 314-631-1933 | May 16, 2001 | | | ❑VISA |
| PHONE NUMBER USED: | | $99.80 | | ❑MasterCard |
| 314-631-1933 | | | | ❑Check |

PLEASE PRINT CREDIT CARD NUMBER        1CL0104-4030        EXP. DATE        NAME AS IT APPEARS ON CREDIT CARD

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO:

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**
6805 W. Commercial Blvd. #293
Tamarac FL 33319
TEL (1-800-223-5520)

Kimberly Rosa
6732 Aliceton Ave
Saint Louis MO 63123-3230

EXHIBIT 1.40 PAGE 33

ATTACHMENT 1 P.30

Case 0:02-cv-60226-ASG Document 11 Entered on FLSD Docket 02/13/2002 Page 143 of 271

# DISTRIBUTION BUREAU

PRESORTED
STANDARD
U.S. POSTAGE
PAID
SIOUX FALLS, SD
PERMIT NO. 7624

⇩ **IMPORTANT PACKAGE INSIDE** ⇩

CARDS ENCLOSED : ☑ YES ☐ No

RECIPIENT NUMBER _2:20_

INITIATION OF RECIPIENT SEARCH _urgent_

CONFIDENTIAL

• **TO BE OPENED BY ADDRESSEE ONLY** •

Kimberly

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

ATTACHMENT 1 P.31

EXHIBIT 1.90 PAGE 34

FILE NUMBER:  ⸢ᴿ ᴼ ᴷ - 2 : 2 0 ⸣          STATUS:  **URGENT **

ELIGIBILITY:  ☑ YES    ☐ NO          CONTACT:  Ms. Cleo

EVALUATION OF:                         DISTRIBUTION OF CARDS:  **ISSUED**

                                       Kimberly, your status is confirmed.

**Kimberly Rosa**
**6732 Aliceton Ave**
**Affton MO 63123-3230**

Dear Kimberly,

Finally, we're able to reach you!

Kimberly, I have some very important information about your future and the Tarot cards dealt to you in your enclosed envelope.

I don't usually have visions or dreams about people that have contacted us, but I can't be absolutely sure until I read your psychic cards!

Kimberly, I do know for sure that you're going to encounter an opportunity that could change your whole life! I think you know what I'm talking about...

You are going to be very, very lucky! In fact, I'm going to authorize a totally FREE Tarot reading with one of my finest, so that we can discover exactly what's going on! Call this reserved toll-free number right now: **1-800-490-8839.**

Time is short and passing quickly! Call now and get in touch with me morning, afternoon, sunset or late at night!

When you call, give us these special codes:
Personal pin number:      77409
Identification number:      008

Kimberly, please do not share these numbers or my extension number with anyone! I'm trusting you! Call this number immediately and let's get to the heart of what's going on in your life: **1-800-490-8839** –remember—this call is FREE!

With love, hope & much respect,

Cleo

Miss Cleo

Special credit card offers: call 1-800-859-2880.
**Visit WWW.CLEOFUTURE.COM for some**
**wonderful surprises, FREE contests and FREE**
**reading offers.**

This personal file is kept in the strictest confidence in an undisclosed location. The information contained in your file is secret and only available upon request from a registered Mind and Spirit psychic with the express permission from you, Kimberly, our client. This information is confidential; all visions, dreams, sensations and subsequent Tarot readings are classified and kept in the strictest confidence in accordance with all international clairvoyant laws; 43.2, 1.7, 57.8, 71.2.



Must be 18+ For entertainment purposes only.

ATTACHMENT 1 P.32

EXHIBIT 1.46 PAGE 35

Dear Friend:

This message is private and vitally important!  The information I will give you during your **reading can bring astonishing changes to your life!**  But you must call 1-800-725-3455 right away!  **THIS CALL IS FREE!**

**I want great things for you, so please understand the urgency of this message.**  Could something important concerning MONEY or LOVE happen within the next 10 to 15 days?  What we reveal may shock you, amaze you and make a huge impact upon your future!

I sincerely want you to hear the news about your future!  Call 1-800-725-3455 right now.  This call is Free!

**All my love, Cleo**

Visit WWW.CLEOFUTURE.COM for some wonderful surprises, FREE contests and FREE reading offers.
For entertainment only.  Must be 18+.

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 - 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE!  PLEASE READ THE BACK OF THIS CARD - IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE!  COULD <u>YOU</u> BE NEXT?

URGENT:  CALL 1-800-725-3455 RIGHT AWAY.  PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

ATTACHMENT | P. 33

EXHIBIT 1.4c PAGE 36









The FOOL



The Lovers



The Magician



The Tower

ATTACHMENT 1 p.34

EXHIBIT 1.40 PAGE 37

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
P A I D
SIOUX FALLS, SD
PERMIT NO. 7624



IMPORTANT
CREDIT
INFORMATION
ENCLOSED

**A. R. S.**
6750 W. Commercial Blvd.
Lauderhill, FL 33319

ATTACHMENT 1 P·35

EXHIBIT 1.40 PAGE 33

PLACE
STAMP HERE
The Post
Office
will not deliver
mail without
postage.

**Access Resource Services Inc.**

6750 W COMMERCIAL BLVD
LAUDERHILL FLORIDA 33319-2115

ATTACHMENT 1 1.36

EXHIBIT 1.40 PAGE 39

# FINAL PAYMENT NOTICE

## ACCESS RESOURCE SERVICES  COLLECTIONS DEPARTMENT

Dear Kimberly:

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. This account will be reported as delinquent in the next 14 days. You need to send your payment or contact our office immediately. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon receipt of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due**. Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill. **The telephone line holder on record for (314-631-1933) is fully responsible to settle this debt in the amount of $99.80.**

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Access Resources Services, Inc.
Collection Department

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 1-888-300-0306 between 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST Friday; 10:00 AM – 4:00 PM EST, Saturday



▲ KEEP THIS PORTION FOR YOUR RECORDS ▲
▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|
| Account # 314-631-1933   June 8, 2001 | | | ❑VISA |
| PHONE NUMBER USED: | $99.80 | | ❑MasterCard |
| 314-631-1933 | | | ❑Check |

PLEASE PRINT CREDIT CARD NUMBER
1CL0104-4050

EXP. DATE

NAME AS IT APPEARS ON CREDIT CARD

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO:

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**
6805 W. Commercial Blvd. #293
Tamarac FL 33319
TEL (1-888-300-0306)

Kimberly Rosa
6732 Aliceton Ave
Saint Louis MO 63123-3230

EXHIBIT 1.40 PAGE 40

ATTACHMENT 1 P. 37

Kim Rosa
6732 Aliceton Ave
Saint Louis MO 63123-3230

ATTACHMENT 1 P 38

EXHIBIT 1 40 PAGE 41



# There are mysteries... we can not explain.



My Dear Kim Rosa:

It's a lucky thing I'm able to reach you.

Kim, I have some important Tarot information for you. It's about the future and the cards dealt in your enclosed envelope.

Yes -- could money, love or career be involved?

As a psychic, I want to hear from you as soon as possible. In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

CALL THIS NUMBER NOW: -- 1-800-490-8839 -- this call is fr

Listen. Because I want to be in contact with you regarding our Tarot Cards, be sure to call now. Don't miss this opportunity. Time is passing quickly.

Here's what I ask you to do right now:

CALL THIS NUMBER: -- 1-800-490-8839 -- THIS call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes:
    --LIST ID# 100
    --PERSONAL PIN# 462048323

(Do not let anyone have these numbers -- they are <u>for you</u>.)

Call right now. We'll guide you to revelations regarding the future.

Remember -- take action fast. Call right now, 1-800-490-8839 -- THIS CALL IS FREE!

With the power of love,

Miss Cleo

ATTACHMENT 18.39

EXHIBIT 1540 PAGE 42

*If you decide not to call, I wouldn't advise you opening the envelope to look at your Cards. This would tend to confuse you - and being an amateur Tarot reader at best - you'd get the wrong idea for what you thought you " saw" in each Tarot picture, possibly causing major life decisions. (" A little knowledge is a dangerous thing", observed a famed philosopher.)

Special credit card offers: call 1-800-859-2880.
Visit us at <u>www.mindandspirit.com</u>          Must be 18+. For Entertainment Only.

**Kimrosa**

| | |
|---|---|
| **From:** | "Cleo" |
| **To:** | <kimrosa@swbell.net> |
| **Sent:** | Saturday, September 08, 2001 11:46 AM |
| **Subject:** | Kim, it's been too long |

 *From The Desk Of Miss Cleo*

### Dear Kim,

*We must speak with you.* I don't usually take the time out to write a personal note, Kim, but your name was provided by someone you had recently spoken to. *We believe your vibrations to be so strong that I've endorsed a free Tarot reading with one of our elite psychics!* It's urgent, however, that you call immediately—I can only reserve this number for a limited time. Call toll-free 1-800-256-0408, now!

Kim, we sensed that your connection is likely to be unusually strong, especially in the very near future. It is vital that you call us right away to optimize the results of your reading. There's not much time! Call toll-free 1-800-256-0408 as soon as you receive this letter!

With love and prayers,

*Miss Cleo*

P.S. Please do not share this number with anyone—it is meant only for you, Kim. However, you must call soon—we can only reserve this number for a short time. **Call toll-free 1-800-256-0408 right now!**

Must be 18+. For entertainment purposes only.

If you'd rather not receive e-mails like this one in the future, please click here.

ATTACHMENT 1 P.40

EXHIBIT 1.40 PAGE 43

## Kimrosa

**From:** "Helpdesk"
**To:** <kimrosa@swbell.net>
**Sent:** Friday, October 05, 2001 9:32 AM
**Subject:** Reserved for you

FILE NUMBER: ᏚᎡᏅᏦ-ᏓᎨᎧᏕ          STATUS: ** **URGENT** **

ELIGIBILITY:  ✓ YES   NO          CONTACT:

Dear Kim,

Finally, we're able to reach you!

Kim, we have some very important information about your future.

We occasionally have visions or dreams about people that have contacted us. but we can't be absolutely sure until we read your Tarot cards!

Kim. I do know for sure that you're going to encounter an opportunity that could change your whole life! Now could be your best chance. I think you know what we're talking about...

You could be very, very lucky! In fact, I'm going to authorize a totally FREE Tarot reading with one of my finest, so that we can discover exactly what's going on!

## Call this reserved toll-free number right now: 1-800-311-9597.

Time is short and passing quickly!
Call now and get in touch with me morning, afternoon, sunset or late at night!

When you call, give us these special codes:

Personal pin number: 77409
Identification number: 002

Kim. please do not share these numbers or my extension number with anyone! I'm trusting you! Call this number immediately and let's get to the heart of what's going on in your life: 1-800-311-9597 - remember - this call is FREE!

With love, hope & much respect.
*Miss Cleo*

Must be 18+  For entertainment purposes only

If you'd rather not receive e-mails like this one in the future, please **click here**

**DO NOT DISCARD**

ATTACHMENT 1 P.41

EXHIBIT 1.40 PAGE 44                    10/5/2001

## Kimrosa

**From:** "Miss Cleo" <itsimazing2@response.etracks.com>
**To:** <kimrosa@swbell.net>
**Sent:** Saturday, August 11, 2001 7:15 AM
**Subject:** Kim, an urgent message about your future!

Kim, you must have friends in high places. I've been authorized to issue you a Free Tarot Reading! Without any cost or obligation, you can learn about important events concerning your future. It is vital that you call immediately! Call toll-free 1-800-308-1673



8/11/01

Talk with a psychic specialist and find out what is likely to happen in the next three weeks. Kim, we know more about you then you may think. This free offer is for a limited time only- I can only hold it for just a little while! **Immediately call 1-800-308-1673**

Kim, our elite team of psychic predictors and Tarot readers can be extremely accurate and should not be underestimated.

Kim PLEASE CALL *1-800-308-1673* WHILE THIS READING IS STILL APPROVED.

P.S. Kim, Please do not give or use this number for anyone other than yourself. It's a special number that's meant only for you! It is essential, however, that you call in the next few days.
Call 1-800-308-1673

With love & hope,
Miss CLEO

Must be 18+. For entertainment purposes only.

This mailing was sent to you as a member of the itsImazing Network. If you do not wish to receive future mailings, click here.

ATTACHMENT 1 P.42

EXHIBIT 1 % PAGE 45          10/22/2001

Kimberly, as soon as you receive this notice,
please – call this FREE number at once: 1-800-945-8087

Kimberly, I have an important message for you – about your future.
You should hear the news.

I repeat: this is time sensitive. Especially if you are concerned about love,
money or career.

An important date is rapidly approaching – and I want you to have the
news before then. (You may have very little time!)

I implore you, call this FREE number right now!  To find out how, call
1-800-945-8087.  (You can call anytime – 24 hours a day.)

You must hear your information.  In fact, it's so important, I've arranged
for you to speak person-to-person with a specially-gifted Master Psychic.
So you can learn everything.

Kimberly, I want you to be helped, right now.

Here is what you MUST do:
Call this special number **1-800-945-8087**
When you call give these special codes I've set up for you:
I.D.#100     PIN# 454029786

This call is FREE, so don't hesitate.  Call 1-800-945-8087  You can't lose!
<span style="text-decoration: underline">Visit us at www.cleofuture.com</span>

P007932122                        Must be 18+.  For entertainment purposes only.



NAME: Kimberly Rosa
I.D. NUMBER: 100
PIN NUMBER: 454029786
FROM: *Cleo*

**PESA**
Message Center

PRN
2545 E. Sunrise Blvd #211
Ft. Lauderdale, FL   33304

<span style="text-decoration: underline">Notice:</span>

Kimberly, you have been *sent this notice* and
we suggest you act quickly.

There *is important information you*
should know at once.
Miss Cleo

Kimberly Rosa
6732 Aliceton Ave
Affton MO 63123-3230

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SIOUX FALLS, SD
PERMIT NO. 7624

Customer Service: 1 800 222-0300
Text Phone (TTY): 1 800 833-3232

Mar 6, 2001
Customer # 314 631-1933
Page 5 of 6



## AT&T Special Services calls

### Non-Telecommunications charges

|    | Date   | Number called | Where       | Time   | Rate | Type   | Min | Amount   |
|----|--------|---------------|-------------|--------|------|--------|-----|----------|
| 54 | Feb 7  | 900-933-3047  | Psychic,00  | 1:02pm | day  | direct | 6   | 4.99     |
| 55 | Feb 7  | 900-933-3047  | Psychic,00  | 3:36pm | day  | direct | 6   | 4.99     |
| 56 | Feb 7  | 900-933-3047  | Psychic,00  | 3:45pm | day  | direct | 25  | 99.80    |
|    |        |               |             |        |      |        | 37  | $109.78  |

Total AT&T Special Services calls                                                   37   $109.78

For 900 billing disputes or inquiries, call 1-800-642-2708 or send an e-mail inquiry with name, address, and billing telephone number to rm-900inquiry@ems.att.com. You have 60 days from the bill date to dispute a 900 charge. You have the right to withhold payment of the disputed 900 charges during our review. No collection activity for disputed 900 charges will occur during our review. If it is determined that the disputed charges are legitimate and the charges remain unpaid, outside collections actions may be taken. Your local and long distance service cannot be disconnected for non-payment of 900 charges. Failure to pay legitimate 900 charges may result in involuntary blocking of access to 900 service. Voluntary blocking of access to 900 service is available on request from your local exchange carrier.

## Other charges and credits

| Date | Description                       | Amount |
|------|-----------------------------------|--------|
| 57   | Universal connectivity charge     | 32.59  |
|      | For an explanation of this charge, |        |
|      | please call 1 800 532-2021.       |        |
|      |                                   | $32.59 |

## Taxes and surcharges

| Description | Amount |
|-------------|--------|
| Federal tax | 7.57   |
|             | $7.57  |

**ATTACHMENT 2**

EXHIBIT 1. 40 PAGE 47

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304
For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $99.80 | $99.80 | $99.80 | |

Account # 314-631-1933          Date: April 23, 2001

Phone Number Used: 314-631-1933     Duration of Calls:  20 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard**

Kimberly Rosa
6732 Aliceton Ave
Saint Louis MO 63123-3230

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0104-4010

---

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $99.80 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 800-223-5520.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 02/07/01 | 15:45 | $99.80 | 20 | | | | |

ATTACHMENT 3

EXHIBIT 1.40  PAGE 48

TOTAL   $99.80

# Taking responsibility for your actions is an important step in your spiritual journey.

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $99.80 | $99.80 | $99.80 | |

Account # 314-631-1933        Date: May 8, 2001

Phone Number Used: 314-631-1933     Duration of Calls: 20 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard**

Kimberly Rosa
6732 Aliceton Ave
Saint Louis MO 63123-3230

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK                1CL0104-4020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $99.80 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 314-631-1933 is fully responsible to settle this debt in the amount of $99.80.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $99.80 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 800-223-5520 between 9:00 AM – 9:00 PM EST, Monday through Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 02/07/01 | 15:45 | $99.80 | 20 | | | | |

**ATTACHMENT 2 p 2**                         **TOTAL   $99.80**         EXHIBIT 1.40 PAGE 49

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

*C/V/L/*

**Stoney, Ericka**

**From:**      Kim Rosa [kimrosa@swbell.net]
**Sent:**      Tuesday, May 08, 2001 7:47 PM
**Cc:**        ASKDOJ; fcc



tmp.htm

      6732 Aliceton

St. Louis Mo 63123


April 28, 2001

Access Resource Services Inc.

1007 N Federal Hwy. Suite 272

Ft. Lauderdale, FL 33304


After receiving numerous E-mails from "Miss. Cleo" I decided to take up the offer for a free five-minute reading on 2/7/01. I was given a toll free number to call. When I called the toll free number I was told by a representative to call a 900 number and give them the special number that was given to me by e-mail. I was told that when the five minutes were up that I could hand up and I would not be charged. The psychic that answered asked me personal information such as my name, address, city, state, zip, phone number, work number, and date of birth etc.. It took her the whole five minutes to get my information and she did not even begin to give me a reading when I heard the special tone. I hung up as soon as I heard it and did not even tell the psychic goodbye.

I called back a second time and explained to the representative what had happened and I was told that I could call again and would not be charged for the first five minutes. So I called the 900 number again and got the same run around. I again hung up when I heard the special tone without saying goodbye to the psychic.

I called a third time and explained to the new psychic that answered what had transpired the last two times I called and told her that all I wanted was my free reading. At the five-minute tone I told the third psychic that I could not afford to speak to her any longer. The psychic told me that she would send me a check that could be used to pay my telephone bill (as the call was charge to my telephone) and it would help cover the cost of the call. I never received the check.

Shortly after this I started receiving phone calls and e-mails from Miss Cleo's psychic Network. I received the calls between 1-5 times a day, for 7 days a week, for five weeks straight.

I e-mailed and phoned the psychic network and told them I was not Interested In their entertainment services and to stop contacting me. They persisted and called every day. I contacted both my local telephone company and long distance company, but they were not much help since the calls were coming from the number 000-000-0000 and this number could not be blocked nor traced.

I would not have spoken to the psychic for longer than ten minutes, if I had known that she bluntly lied to keep me on the line with no intention of keeping her word about the check.

I was offered 2 free five minute readings but to be fair I am willing to pay $24.95 to clear this matter up. I have been honest enough to admit I would have only spoken to the

1

**ATTACHMENT 4**

EXHIBIT 1.40 PAGE 50

psychic for ten minutes. I am aware that the psychic network may have recorded conversations with all three psychics and if they review them you will have the proof you need to see that I am telling the truth.

I am willing to have my phone records subpoenaed and we could go to court not only for the account 314-631-1933 and the money owed on said account but we could also include the harassment I had to put up with from the psychic network calling every day and offering five minute free deals. Even after I asked the psychic network to stop calling me.

Please respond at your earliest convince.

Respectfully,




Kimberly Rosa

Cc: Missouri Attorney General - Jay Nixon

U. S. Attorney General - John Ashcroft

Federal Communications Commission

**ATTACHMENT** 4 p2

2

EXHIBIT 1.40 PAGE 51

## DECLARATION OF MARILYN SANCHEZ

### PURSUANT TO 28 U.S.C. § 1746

I, Marilyn Sanchez, make the following statement:

1. I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Miami, Florida.

2. I formerly resided with my mother, Ms. Amparo Sanchez, at 14049 SW 55th Street, Miami, Florida 33175-5951. At that residence, the telephone number 305-226-1291 is registered in her name. She still resides at this address. My mother is 79 years of age, and I handle some of her affairs. I currently reside elsewhere in Miami.

3. In approximately December 2000, my mother brought to my attention an usual charge on her December 2, 2000 Bell South telephone bill. Attached as Attachment A is a true and correct copy of this bill. This bill has a charge of $124.75 for a 30-minute call on 10/31/01 to the number 900-933-3016, a psychic phone line run by Access Resources Services ("ARS"). To my personal knowledge, neither my mother, myself, nor anyone else in the household authorized, requested, or received this psychic phone service.

4. On behalf of my mother, I contacted Bell South and disputed the 900-number charge. Bell South ultimately issued my mother a credit of $136.07, which is the $124.75 charge in addition to taxes and other fees. This credit appeared on my mother's January 2, 2001 bill. Attached as Attachment B is a true and correct copy of this January 2, 2001 bill.

5. Despite this credit, ARS contacted my mother both by phone and mail in its collection efforts to obtain the $124.75. An ARS representative called my mother in approximately December 2000 or January 2001, and in a rude, unprofessional manner, threatened her with legal retaliation if she did not pay the charge. Specifically, they told my mother, who is elderly and not a native speaker of English, that they would take away her home and other property if she did not pay the $124.75. My mother also received correspondence from ARS, including a January 5, 2001 "final payment" letter. Attached as Attachment C is a true and correct copy of this letter.

6. Upon speaking to my mother, I then called ARS at 954-566-8875 and spoke with an ARS representative. ARS purported to have a "voice print" of the person authorizing the charge, who ARS said was a young male who left no name nor any identification. I did not recognize this description, nor was there a young male residing at 14049 SW 55th Street, Miami, Florida 33175-5951 at that time.

7. In approximately January 2001, I contacted the Federal Trade Commission about this situation. In February 2001, I ultimately paid the charge simply to appease ARS, though in doing so, I do not admit to having made the call, nor do I admit to anyone in the household having made the call. I wrote a check on 2/7/01 on my own account to ARS for $124.75 on behalf of my mother. Attached as Attachment D is a true and correct copy of that check.

EXHIBIT 1-41 PAGE 1

EXHIBIT _/.4/_ PAGE _2_

8.   My experience with the company was unpleasant and costly.  I believe ARS was attempting to extort money from my mother for calls she did not make by threatening and harassing her.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on __09-18 —__ , 2001 at Miami, Florida.

_Marilyn Sanchez_
Marilyn Sanchez

# @ **BELL**SOUTH

Page 1

AMPARO SANCHEZ
Account Number:      305 226-1291 526 0444
Bill Period Date:  Dec 2, 2000

| CURRENT CHARGES DUE BEFORE | AMOUNT OF LAST BILL | LAST PAYMENT | ADJUSTMENTS | CURRENT CHARGE | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| Dec 27 | $133.78 | $133.78 | $0.00 | $413.50 | $413.50 |

ITEM # 131 DISPUTED   TOTAL $ 136.07 / NOW DUE = 277.43

## Important Notice(s)

Late Charge Reminder: A $1.50 additional charge will apply to any unpaid balance as of Jan 2.
If you incur a Late Payment Charge, an additional Interest charge of 1.5% will also be applied to
any unpaid balance.

Nonpayment of Regulated Charges may result in discontinuance of service. Failure to pay unregulated and
certain other charges, all of which are identified by ** on your bill, will not result in an interruption of local
service. The amount of Regulated Charges may be obtained by calling 305 780-2355.

pd on 01-02-01
conf # 022959

(continued on page 2) ▶

listed below are Local Toll and Long Distance Providers for your line(s).

| Line Number | Local Toll Company | Long Distance Company |
|---|---|---|
| 305 226-1291 | BELLSOUTH TELE | AT&T LONG DISTANCE SERV. |

## *Service Provider Contact Number*
BELLSOUTH TELE                    SEE HELPFUL NUMBERS
AT&T LONG DISTANCE SERV.            1 800 222-0300

## *Monthly Local Service Charges*                                    Amount
*Monthly Local Service - Dec 2 thru Jan 1*
*Basic Services*                                   Quantity

| | Quantity | Amount |
|---|---|---|
| 1. Federal Universal Service Charge | 1 ... | .33 |
| 2. FCC Local Number Portability Line Charge - Line | 1 ... | .35 |

Visit us on the Internet:  www.bellsouth.com
HB    E031276                          (continued on back)▶

EXHIBIT 1.41 PAGE 3

Attachment A

 **AT&T**

Page 11

AMPARO SANCHEZ
Account Number:      305 226-1291 526 0444
Bill Period Date:   Dec  2, 2000

☎  For AT&T Billing Questions, Call 1 800 222-0300     24 Hours a Day - 7 Days a Week

## Detailed Statement of Charges

| *Itemized Calls (continued)* | *Amount* |
|---|---|
| *Direct Dialed Calls (continued)* | |
| Total Direct Dialed Calls .................................. | .00 |
| | |
| Total Itemized Calls ...................................... | .00 |

### Pay Per Call 900 Nonregulated Charges

The following charge(s) is for information or services received through a 900 number.  Call 1 800 642-2708 with questions or billing error claims about your 900 Service charges.  Oral notification is sufficient to begin a review of these charges.  Payment of disputed 900 Service charges is not required while these charges are under review.  Nonpayment of 900 Service charges will not result in disconnection of your local or long distance telephone service, but access to 900 numbers may be blocked for nonpayment of legitimate charges.  Collection of unpaid 900 Service charges may be pursued by the Interexchange Carrier or Information Provider through an independent collection action.  You may obtain free blocking of 900 Service by calling BellSouth.

| | *Date* | *Service Type* | *Number Called* | *Rate\** | *Time* | *Min.* | | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 131. | 10/31 | PSYCHIC | 900 933-3016 | D | 9:35AM | 30 | ** | 124.75 |

Total Pay Per Call 900 Nonregulated Charges .................. 124.75
     # AT&T One Rate (R) Plus Plan State to State
       calls - charge not included in total

| *Optional Calling Services* | | *Amount* |
|---|---|---|
| **AT&T One Rate (R) Plus Plan Summary** | | |
| 132. Direct Dialed Calls ................................... | | 220.32 |
| Total AT&T One Rate (R) Plus Plan ...................... | | 220.32 |
| 133. AT&T One Rate (R) International Plan | | |
| NOV 25 thru DEC 24 ................................ | | 3.00 |
| | | |
| **AT&T One Rate (R) International Plan Summary** | | |
| 134. International Discounted Calls | 0 Mins .......... | .00 |

* Rate Applied - See Back of First Page
** Unregulated Charge

HB    E031276      EXHIBIT *1.41* PAGE *4*

(continued)▶

Attachment A

# ⓐ *BELL*SOUTH

Page 1

AMPARO SANCHEZ
Account Number:   305 226-1291 526 0444
Bill Period Date:   Jan  2, 2001

| CURRENT CHARGES DUE BEFORE | AMOUNT OF LAST BILL | PAYMENTS | ADJUSTMENTS | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| Jan 24 | $413.50 | $277.43 | $136.07CR | $70.01 | $70.01 |

## Important Notice(s)

Late Charge Reminder:  A $1.50 additional charge will apply to any unpaid balance as of Feb  2.
If you incur a Late Payment Charge, an additional Interest charge of 1.5% will also be applied to
any unpaid balance.

Nonpayment of Regulated Charges may result in discontinuance of service.  Failure to pay unregulated and
certain other charges, all of which are identified by ** on your bill, will not result in an interruption of local
service.  The amount of Regulated Charges may be obtained by calling 305 780-2355.



CR = Credit Amount

(continued on page 2) ▶

Local Toll and Long Distance Providers for your line(s).

| Line Number | Local Toll Company | Long Distance Company |
|---|---|---|
| 305 226-1291 | BELLSOUTH TELE | AT&T LONG DISTANCE SERV. |

### Service Provider Contact Number
BELLSOUTH TELE
AT&T LONG DISTANCE SERV.

SEE HELPFUL NUMBERS
1·800 222-0300

### Monthly Local Service Charges
Monthly Local Service - Jan 2 thru Feb 1
**Basic Services**

| | Quantity | Amount |
|---|---|---|
| 1. Federal Universal Service Charge | 1 ... | .33 |
| 2. FCC Local Number Portability Line Charge - Line | 1 ... | .35 |

Visit us on the Internet:  www.bellsouth.com
AV   E016076

(continued on back)

EXHIBIT /·4/  PAGE 5

Attachment B

## Access Resource Services, Inc.
### 1007 North Federal Highway, Suite 272
### Ft. Lauderdale, FL 33304

January 5, 2001

AMPARO SANCHEZ
14049 SW 55TH ST
MIAMI, FL 331755951

Re: Account Number: 3052261291          Total Amount Due: $ 124.75

### FINAL REQUEST FOR PAYMENT

Dear AMPARO SANCHEZ;

We have notified you on several occasions regarding your delinquent account with us. You have 72 hours from the receipt of this letter to call and resolve this matter. We are open from 9 A.M. to 9 P.M. Monday through Friday, E.S.T.

As the line holder you are responsible, regardless of who placed this / these calls from your telephone line. Since these charges appeared on your monthly telephone bill and the calls were placed from your telephone, you are responsible in this case. The only way 900 numbers get charged to your phone bill is by directly dialing these numbers from your telephone.

Failure to meet your outstanding obligation can result in a report that may be submitted to the credit reporting agencies. Should this occur, your credit rating could be adversely affected.

We are again demanding that you handle this outstanding obligation immediately. Contact our office today at the below number to resolve this very important matter.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

### Voice: (954)-566-8875   Fax: (954)-566-2495

EXHIBIT _1.41_ PAGE _6_

**Attachment C**



The check shows:

Marilyn Sanchez
14860 SW 82 S
Miami, FL 33193
(305) 835-2233

2169
63-8052/2670

Date 02-07-01

PAY to the ORDER of ACCESS RESOURCE SERVICES INC $ 124.75/xx

ONE HUNDRED — TWENTY FOUR AND 75/xx

Security features Included. Details on back.

PAN AM HORIZONS
FEDERAL CREDIT UNION
12171 MOODY DR
HOMESTEAD, FL 33032-8001  01

ACCT.# 305-226-129

For AMPARO SANCHEZ

EXHIBIT 1.41 PAGE 7

**Attachment D**

## DECLARATION OF DORISE SCHULTE
## PURSUANT TO 28 U.S.C. § 1746

I, Dorise Schulte, declare as follows:

1.      My name is Dorise Schulte.  I live in Breese, Illinois with my husband Jeff Schulte and work as an I.T. analyst.

2.      In early March of 2001, we received a letter from Access Resource Services, Inc. of Fort Lauderdale, Florida.  A true and correct copy of the letter is attached as **Schulte Attachment A**. The letter stated that we owed Access Resource $289.42 in charges for "800" and "900" number psychic services made from telephone number (618) 526-0539 in October of 2000.  The letter threatened damage to our credit rating if we did not pay the requested amount.  We did not make any calls to Access Resource's "800" or "900" numbers.

3.      The telephone number to which the letters referred had previously been our number, but we had had that number disconnected on March 20, 2000 and it was no longer assigned to us in October of 2000.  I called our telephone carrier, Ameritech, and they confirmed that the number had not been assigned to us since March of 2000.

4.      On or about March 7, 2001, I telephoned Access Resource Services, Inc. at the number listed on their letter.  I spoke to a customer service representative and explained the situation. She told me that they would research the situation and that it would take three weeks.

5.      On or about March 16, 2001, I received another letter from Access Resource Services, Inc. demanding payment of $289.42 and threatening damage to our credit rating.  A true and correct copy of the letter is attached as **Schulte Attachment B**.

1

EXHIBIT 142 PAGE 1

6.      In mid-March of 2001, I again called the number for Access Resource Services, Inc. and spoke to a customer service representative and again explained that the telephone number that was being billed was not assigned to us.  After I had explained the situation, the customer service representative became very rude and threatening.  She told me that we still had to pay the bill and if we did not, Access Resource would take legal action and ruin our credit rating.  I asked to speak to her supervisor, but she refused to forward me to his supervisor, responding that speaking to a supervisor would not help me.

7.      On March 20, 2001, I filed a complaint with the Illinois Attorney General regarding the practices of Access Resource Services, Inc.  After filing the complaint, I received no further contact from Access Resource Services, Inc.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON:_*August 6*_, 2001. _Dorise Schulte_
                                       Dorise Schulte

2

EXHIBIT 1.42 PAGE 2

# SCHULTE ATTACHMENT A

EXHIBIT 1.42 PAGE 3

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday.
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $289.42 | $289.42 | $289.42 | |

Account # 618-526-0539          Date: March 7, 2001

Phone Number Used: 618-526-0539    Duration of Calls: 58 minutes

PLEASE PRINT CREDIT CARD NUMBER ☐VISA ☐MasterCard

Jeff Schulte
10939 Abeln Rd
Breese IL 62230-4129

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____   Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0102-2030

---

# PAYMENT DELIQUENCY NOTIFICATION. 2nd NOTICE.

Payment to settle this **past due** account is urgently needed. This account will be reported as delinquent unless you make payment on this account. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon receipt of funds, we will consider this account settled in full. Please contact this office immediately if you have any questions. Do not wait, please send payment in the next 14 DAYS to the address above to settle this outstanding balance.

As previously stated, in a notification sent to your address, credit issued to you by your phone company **does not exempt you from paying the amount due**. Access Resource Services, Inc. as the provider of psychic information services has the right to collect these charges even if the telephone company has credited the charges to your telephone bill. **The telephone line holder on record for (618-526-0539) is fully responsible to settle this debt in the amount of $289.42.**

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or credit card.

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 800-223-5520 between 9:00 AM – 9:00 PM EST, Mon. through Thurs., 9:00 AM – 7:00 PM EST Fri., 10:00 AM – 4:00 PM EST Sat.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 10/19/00 | 14:42 | $59.88 | 12 | 10/27/00 | 19:34 | $229.54 | 46 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | $0.00 | 0 | | | $0.00 | 0 |
| | | TOTAL | $289.42 | | | | |

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

EXHIBIT 1.42 PAGE 4

Now you can access your account and make instant payments,
24 hours a day at www.arspay.com

# SCHULTE ATTACHMENT B

EXHIBIT 1.42 PAGE 5

# FINAL PAYMENT NOTICE

## ACCESS RESOURCE SERVICES  COLLECTIONS DEPARTMENT

Dear Jeff:

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed.  **This account will be reported as delinquent in the next 14 days.**  You need to send your payment or contact our office immediately.  In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. **Upon receipt of funds, we will immediately consider this account settled in full.** Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due.** Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill.  **The telephone line holder on record for (618-526-0539) is fully responsible to settle this debt in the amount of $289.42.**

Our promotion for psychic services is both explicit and clear.  Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, **the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.**

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Access Resources Services, Inc.
Collection Department

If you have recently mailed your payment, please ignore this notice.  Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 1-800-223-5520 between 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST Friday; 10:00 AM – 4:00 PM EST, Saturday

**▲ KEEP THIS PORTION FOR YOUR RECORDS ▲**

**▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼**

| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|
| Account # 618-526-0539    March 16, 2001 | | | ☐VISA |
| **PHONE NUMBER USED:** | $289.42 | | ☐MasterCard |
| 618-526-0539 | | | ☐Check |

PLEASE PRINT CREDIT CARD NUMBER          1CL0102-2040

EXP. DATE

NAME AS IT APPEARS ON CREDIT CARD

SIGNATURE OF CARDHOLDER

**PLEASE REMIT PAYMENT TO:**

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**
6750 W Commercial BLVD
Lauderhill FL 33319-2115
TEL (1-800-223-5520)

Jeff Schulte
10939 Abeln Rd
Breese IL 62230-4129

EXHIBIT 1.42 PAGE 6

## DECLARATION OF LEONARD VICKERS
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Leonard Vickers. My home address is 15336 Gull Court, Woodbridge. Virginia 22191.

2.  In May 2001, my wife and I gave our daughter permission to watch television late at night. One night she saw a television commercial for Miss Cleo. According to the commercial, a person calling the advertised 800 number would receive a free psychic reading from Miss Cleo. Out of curiosity and thinking that the reading would be free, my daughter called the advertised 800 number. My daughter told me that her call was answered by a woman who was not Miss Cleo. When my daughter asked to speak with Miss Cleo the woman told her that Miss Cleo was busy and that my daughter should speak with her. When the psychic asked for my daughter's name and age, my daughter told me she identified herself and that she was 12 years old. After hearing that the caller was 12 years old, the psychic proceeded with the phone call for approximately one hour.

3.  Sometime in May 2001, I received a bill from AT&T charging me approximately $289.42 for a 58 minute phone call to a psychic hotline. My daughter explained to me that she called the 800 number shown in the commercial and did not think there would be a charge associated with the call. Shortly thereafter, I began paying attention to Miss Cleo's commercials and saw that the number advertised was in fact an 800 number and also that callers must be over 18 to receive a psychic reading.

4.  I called AT&T to dispute the charges because I felt it was wrong to be charged for a call made by a 12 year old when the commercial states that the callers must be at least 18 to receive a reading. The AT&T representative whose name I cannot recall asked me to listen to a voice print to see if I recognized the voice of the person making the call. He then played a recording of my daughter saying her name. I confirmed that the person on the recording was in fact my daughter and told the representative that she is only 12 years old. At that point the representative commented that she even sounded like a minor. The AT&T representative removed the charge from the bill. He told me that AT&T would have to notify the company about the credit to my account, and there was the chance that the company might contact me directly to collect payment. I welcomed the potential communication with the company because I wanted the opportunity to explain the circumstances of the call and to learn how a psychic could keep a 12 year old on the line given the fact that the commercials say that the caller must be at least 18 years old and that my daughter told the psychic her age in the beginning of the call I also asked the representative how a person could be charged for calling an 800 number, which I thought was toll free. The representative told me that a call to an 800 number should not be charged unless the caller was transferred to a 900 number.

5.  Soon I received a collection letter from Access Resource Services, Inc. ("ARS")

1

EXHIBIT I·43 PAGE I

demanding payment for unpaid services. Attached to this declaration as Attachment A is a true and accurate copy of ARS' June 6, 2001 Collection Letter for Unpaid Services. I called the number in the letter and spoke to a person whose name I cannot remember. The ARS employee was not helpful in any manner. Before I finished explaining the circumstances surrounding the call, the person said that they did not care; the call was made, and they wanted their money. At that point, I simply hung up the phone because they were not interested in listening to my concerns or in trying to resolve the situation.

6. Shortly after making that call to ARS and while I was at home on leave, I began receiving calls from the ARS collection department. Instead of showing an actual telephone number, the caller identification box displayed all "0's." When I answered the phone there was nothing but dead silence, then a voice would ask to speak with Mr. Vickers. Once the caller learned that I was Mr. Vickers they would remind me of the debt that they were trying to collect. At one point, I tried to tell them about disputing the bill but the caller told me that they did not care. These calls were annoying and frustrating so I decided to call ARS at the number listed in the collection letter. This time I wanted to tell them to stop calling my house. Again, they were disinterested and rude. To this very day, I continue to receive calls for collection.

7. In addition to receiving these collection calls, I began receiving automated messages telling me that Miss Cleo has urgent news and that I should call her at an 800 number. On one occasion, the recorded message said that Miss Cleo had information that my love life was going to change for the better; my wife and I found that particularly amusing. At its peak, we were receiving 3 to 4 calls a day. Since I told them to stop calling, there have been fewer calls, but we still receive both collection and automated solicitation calls. Anytime we see all "0's" on the caller identification box, we pick up the phone and immediately hang it up.

8. I am very upset with ARS because, I think, they are taking advantage of minors, which is unconscionable. Their commercials say that callers must be over 18 to receive a reading. My daughter is 12 years old and sounds like a minor. The psychic should have been suspicious of my daughter's age when she heard my daughter speak. When my daughter told the psychic that she was 12, the psychic should have ended the call immediately. Instead, the psychic continued the call for approximately 58 minutes. ARS has been unwilling to address, not to mention, listen to my concerns. Despite asking them to stop calling our house, we continue to receive their collection calls and their intrusive solicitation calls.

I state under penalty of perjury that the foregoing statement is true and correct.

Date:

_____

Leonard Vickers

2

EXHIBIT 1.43 PAGE 2

08/03/2001   12:24   99703   '6747

**Access Resource Services Inc.**

6750 W. Commerical Blvd
Lauderhill, Florida  33319-2115

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $289.42 | $289.42 | $289.42 | |

Account # 703-730-7897     Date:  June 6, 2001

Phone Number Used: 703-730-7897     Duration of Calls:  58 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard**

Leonard Vickers
15336 Gull Ct
Woodbridge VA 22191-3742

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0108-1010

---

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $289.42 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you <u>do not exempt you from the amount due.</u> I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 888-300-0306.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 04/13/01 | 00:58 | $289.42 | 58 | | | | |

EXHIBIT 1.43 PAGE 3

TOTAL     $289.42

**Taking responsibility for your actions is an important step in your spiritual journey.**

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com** ATTACHMENT  A

## DECLARATION OF LUZ-MARIA VILLA

### PURSUANT TO 28 U.S.C. § 1746

I, Luz-Maria Villa, make the following statement:

1.      I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of New York City.

2.      In approximately March or April 2001, I received in the mail a collection letter from a company called Access Resource Services ("ARS") directed toward my mother, Ms. Judith Castano. Attached to this declaration as Attachment A is a true and correct copy of this letter. This bill referenced charges of approximately $419.16 by the telephone number 718-585-3021 to a psychic service. My mother and I previously had this telephone number, but we had Verizon disconnect it in March 2000 when I acquired a new telephone number and my mother moved out. Attached to this declaration as Attachment B is a true and correct copy of the April 25, 2000 letter that I received from Verizon upon changing my service. At the time ARS alleges the calls were made, October 15, 2000, and October 16, 2000, this number was no longer my telephone number. It was therefore not possible for me to have made the call. I have never authorized, requested, or received services from ARS. Furthermore, I have a 900-number block on my current telephone, as I did with my previous number, so it was not possible for me to have made the calls that ARS alleges. To my knowledge, neither I nor anyone in my household have used psychic services.

3.      After learning of the charges, I contacted Verizon and spoke with a representative named Lori. In the course of this call, I learned that the telephone number 718-585-3021 had not been reissued at the time of the alleged calls. Lori and I then had a three-way call with ARS and spoke to an ARS representative. The representative told us that I was nevertheless responsible for the call and played a "voice print" of a person whom I could not identify. The ARS representative was abrasive and ultimately hung up during the conference call.

4.      My concern about this situation prompted me to file a complaint with the Federal Trade Commission in May 2001. Attached to this declaration as Attachment C is a true and correct copy of this complaint. I also contacted Verizon a second time upon receiving another notice from ARS in the mail. Verizon contacted ARS, and subsequently, ARS ceased the charges.

5.      I found my interaction with ARS to be unpleasant. ARS would not listen to my side of the story and threatened me with legal action if I did not pay the alleged charges.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _____, 2001 at New York City.

_____
Luz-Maria Villa

EXHIBIT 1.44 PAGE 1

# Access Resource Service Ic.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304
For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| BEFORE | A   UNT | AMOUNT DUE | YOU PAY |
|--------|---------|------------|---------|
| $419.16 | $419.16 | $419.16 | |

Account # 718-585-3021     Date: April 18, 2001

Phone Number Used: 718-585-3021     Duration of Calls: 84 minutes

**PLEASE PRINT CREDIT CARD NUMBER ☐VISA ☐MasterCard**

Judy Castano
540 Jackson Ave
Bronx NY 10455-4304

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____     Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0104-3010

---

# COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc. In my world, responsibility and values are an important part of spiritual growth. And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $419.16 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes: If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed. That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card. If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice. Your account will be settled and our records updated. It has been a pleasure doing business with you.

Sincerely, Cleo

For questions regarding this notice please feel free to write or call us at 800-223-5520.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|------|------|------|----------|------|------|------|----------|
| 10/15/00 | 07:59 | $199.60 | 40 | 10/16/00 | 12:17 | $219.56 | 44 |

(FCC) 1 888 225 5322

TOTAL     $419.16

## Taking responsibility for your actions is an important step in your spiritual journey.

---

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

Attachment A

EXHIBIT 1.44 PAGE 2

**Bell Atlantic**
435 W 50th Street
14th Flr
New York, NY 10019



April 25, 2000

Re: Telephone Number (718) 993-6616

8018 697415 011539 116 4 01
LUZ MARIAVILLA
APT 6A
540 JACKSON AV
BRONX NY
10455-4341

Dear Luz Mariavilla:

Bell Atlantic is pleased to have the opportunity to provide you with telephone service. We offer a variety of basic services to meet the needs of different lifestyles and telephone use. In addition to our basic services, Bell Atlantic provides a wide range of optional services that offer added flexibility and convenience. Please take a minute to review the type of basic service you ordered as well as any optional services you may have selected. You have sixty (60) days from the date your service is connected to make a change in your basic service, free of charge.

|  |  | MONTHLY RATE |
|---|---|---|
| Type of Basic Service | - FCC Line Charge | $ 3.50 |
|  | - Monthly Charge for Dial Tone | 6.60 |
| Optional Services | - Basic Wire Maintenance Type-1 Wire | 1.49 |
|  | - Local Number Portability Surcharge - Consumer Line | .23 |
|  | - Non-Published Service | 1.95 |

Also included for your information, is a brochure which provides descriptions of our complete line of optional products and services. If you have any questions concerning your service, or if you are interested in ordering additional services, please call our Representative. The telephone number to your local service center can be found on the front pages of your Bell Atlantic telephone directory.

Sincerely,

Bell Atlantic

042, ••••

EXHIBIT 44 PAGE 3

**Attachment B**

| How Much Did the Company Ask You to Pay?: | $419.16 |
| How Much Did You Actually Pay the Company?: | 0 |
| First Name: | Miss Cleo |
| Last Name: | Unknown |
| Date Company Contacted You: | 4/18/2001 (MM/DD/YYYY) |

**Explain Your Problem:** About three weeks ago I spoke w/ a Verizon operator, Lori, regarding the charges placed on a phone # that we, my mother Judith Castano and myself, previously used until the line was disconnected on March 2000. I got a new phone # (718 993 6616) when my mother moved out in March 2000. The old # was disconnected permanently. According to Verizon that old phone # wasn't used again until November 2000 and it was disconnected on March 2001. Currently that old phone # (718-585-3021) is disconnected and hasn't been reissued since March 2001.

According to Access Resource Services Inc. on October 15, 2000 and October 16, 2000 long distance calls were made to a psychic service. The Account # is 718 585 3021 and the total charge is $419.16. It's impossible those phone calls were made from the old phone # since according to Verizon that phone # wasn't reissued until November 2000. Also, when we, Verizon's representative Lori and I, spoke w/ an operator from Access Resource Services Inc. she played for us who made the calls and the name is unknown to my mother and myself. According to the company representing "Miss Cleo" my mother is responsible for the debt but how can that be since we relinquished claims to the phone # in March 2000?

If there's any way you can assist us in clarifying this matter I would greatly appreciate it.

Thank you,

Luz-Maria Villa

https://rn.ftc.gov/dod/wsolcq$solcq.actioninsert

**Attachment C**

EXHIBIT /. 44 PAGE 4

*Verizon 880-1550*
*acct.# 718-993 6616 62,*
*287*

# Success!
# Complaint Accepted. Thank you for your input.

| | |
|---|---|
| **First Name:** | Luz-Maria |
| **Last Name:** | Villa |
| **Age Range:** | 20 - 29 |
| **Street Address:** | 540 Jackson Avenue |
| | Apartment #6A |
| **City:** | Bronx |
| **State or Canadian Province:** | New York |
| **Country:** | UNITED STATES |
| **Zip Code or Postal Code:** | 10455 |
| **E-Mail Address:** | lmav@hotmail.com |
| **Home Phone:** | 718 -9936616 |
| **Work Phone:** | 212-4241356Ext. |
| **Subject of Your Complaint:** | Debt Collection |
| **Name of Company You Are Complaining About:** | Access Resource Services Inc. |
| **Street Address:** | 10007 N. Federal Hwy., Suite 272 |
| **City:** | Ft. Lauderdale |
| **State or Canadian Province:** | Florida |
| **Country:** | UNITED STATES |
| **Zip Code or Postal Code:** | 33304 |
| **Phone Number:** | 800-2235520Ext. |
| **How Did the Company Initially Contact You?:** | Mail |

**Attachment C**

EXHIBIT 1.44 PAGE 5

## DECLARATION OF KEVIN WELLS
## PURSUANT TO 28 U.S.C. § 1746

I, Kevin Wells, make the following statement:

1. I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Bolivar, Missouri.

2. Neither I nor anyone in my family has called a 900 number. However, one day, for no reason whatsoever, I began receiving calls from telemarketers asking us to call Miss Cleo's psychic hotline. We received as many as two to three calls a day and 12 to 15 calls a week; we received calls as early as 8 in the morning and as late as 9:30 in the evening. When we answered the phone, we told the caller that we were not interested in Miss Cleo's service and asked them to place us on a do not call list, but the calls continued.

3. On several occasions, the callers mimicked a collect call. We would answer the phone, and a person would say that on the other line is a person from Miss Cleo with some important information. With these calls as with the other calls where a person was on the other end, we would tell them that we were not interested in Miss Cleo's service and that we would like our number removed from the calling list.

4. Shortly thereafter, the calls from real telemarketers stopped and the solicitations containing prerecorded messages began. Solicitations from the automated recordings meant that we could not request that our number be removed from their solicitations list. One Saturday night, after putting my children to bed, we received a call after 9 P.M. with a recorded message soliciting business for Miss Cleo.

5. The only number that the recorded message gave was a 900 number. I was so angry and exasperated because we repeatedly asked the persons soliciting us to remove our number from their list. I called the 900 number so that I could complain to the company and ask them to remove our number from their calling list. When I called the 900 number, I was placed on hold for approximately ten (10) minutes before a woman whose name I cannot remember answered. I explained to her the situation, and she gave me an 800 number to call. The woman told me that in order to resolve the situation I would have to speak with a person at the 800 number. I called the 800 number that night as well as other times and I was unable to speak with anyone or to leave a message.

6. In March, I received my phone bill and saw a charge for $54.89. The charge was for a call made to a 900 number for psychic services. As stated in paragraph two

1

EXHIBIT *1.45* PAGE *1*

(2), no one has ever placed a call to a 900 number call from my house. I immediately called AT&T and spoke to a representative whose name I cannot remember. I explained the situation to the AT&T representative, and he informed me that the charges would be removed and my account credited. Attached to this declaration as Attachment A is a true and accurate copy of AT&T's letter dated March 12, 2001, confirming the account adjustment.

7.   Sometime in April, I received from Access Resource Services, Inc. ("ARS") a letter demanding payment. Attached to this declaration as Attachment B is a true and accurate copy of ARS' Payment Demand Notification dated April 3, 2001. I called ARS a couple of times to explain the situation, but the ARS personnel were uncooperative and rude, which made the conversations unproductive and antagonistic. On one occasion, I spoke with a person named Christopher Thomas. When I realized that Mr. Thomas was not interested in resolving this matter, I told him that I would file a complaint with the Better Business Bureau. Mr. Thomas laughed and said that the Better Business Bureau was not going to pay the bill and that ARS would send notice of the delinquent payment to the credit reporting agencies. On April 9, I filed a complaint with the Better Business Bureau. Attached to this declaration as Attachment C is a true and accurate copy of my complaint to the Better Business Bureau.

8.   In mid-April, my family began receiving collection calls from ARS. Whenever ARS called, the caller identification listed the name of the caller as "Unknown" and displayed all 0's as the telephone number. On two occasions, my family received calls in which ARS used vulgar language. My 12 year old son answered the first phone call, and my wife answered the second call. After receiving those vulgar calls, I felt that the only way to protect my family from such abusive treatment was to change my home phone number. Consequently, on the same day that we received the second vulgar phone call, I called my local phone company and had our home telephone number changed. The phone company charged me approximately $35.00 to change our phone number. Since changing our telephone number, we have yet to receive any more solicitations or collection calls.

9.   Despite not receiving any more calls, I did receive one more collection letter from ARS. Shortly before receiving the second collection letter from ARS, I filed a complaint with the Attorney General of Missouri. In response to ARS' second collection letter, I faxed to Mr. Thomas a copy of my complaint with the Attorney General of Missouri. Attached to this declaration as Attachment D is a true and accurate copy of the faxed complaint. Shortly thereafter, the Better Business Bureau of Southeast Florida forwarded me a copy of a letter from the Collections Department of ARS indicating that ARS will not pursue any further collection efforts. Attached to this declaration as Attachment E is a true and accurate copy

2

EXHIBIT 1.45 PAGE 2

of this letter dated April 30, 2001. Additionally, in June Florida's Division of Consumer Services forwarded me a letter from ARS' law firm indicating that ARS credited my account and would no longer send demands for payment. Attached to this declaration as Attachment F is a true and accurate copy of these letters. We have not received any more collection letters from ARS.

10.    I found ARS' business practices to be frustrating and burdensome. Only after filing complaints with the Better Business Bureau and the Missouri Attorney General did ARS finally stop harassing me and my family.

I state under penalty of perjury that the foregoing statement is true and correct.

Date: *9·10·01*

_____
Kevin Wells

3

EXHIBIT /. 45  PAGE 3



MultiQuest® 900 Center
March 12, 2001

P.O. Box 2065
Minneapolis, MN 55402

KEVIN WELLS
PO BOX 325
BOLIVAR, MO 65613-0325

(417)777-2660

Mr. Wells:

In response to your billing inquiry, I am writing to inform you we have issued a credit
adjustment(s) for 900 Service charges listed on the following bill date(s):

       3/1/01        $54.89

You may deduct the amount(s) when paying your bill, and the credit should appear
within one to two bill dates.

Although we have removed these charges from your bill, the Information Provider
may pursue secondary collection. We do have available the name, address, and
telephone number of the Information Provider.

You may wish to contact your local telephone company to inquire about blocking
your telephone number from 900 Services.

Please contact our office at 1 800-642-2703 if you have any further questions.

Sincerely,

*Renard,*

*Vulgar Prank calls were on 4·17·01*
*¿ 4-18·01*

Pat E. Moore
Customer Service Representative

*Kevin*

ATTACHMENT __A__

*Changed my # on 4·18·01*

♻ Recycled Paper

EXHIBIT *I.95* PAGE *4*

**ACCESS Resource Service, Inc.**

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

Kevin Wells
1368 E 425th Rd
Bolivar MO 65613-8372

| BEFORE | AMOUNT | AMOUNT DUE | TOTAL AMOUNT YOU PAY |
|---|---|---|---|
| $54.89 | $54.89 | $54.89 | |

Account # 417-777-2660    Date: April 3, 2001

Phone Number Used: 417-777-2660    Duration of Calls: 11 minutes

PLEASE PRINT CREDIT CARD NUMBER ☐VISA ☐MasterCard

NAME AS IT APPEARS ON CREDIT CARD

Signature of cardholder _____ Exp. date ____

PLEASE DETACH AND SEND WITH CHECK          1CL0104-1010

## PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $54.89 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 417-777-2660 is fully responsible to settle this debt in the amount of $54.89.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $54.89 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 800-223-5520 between 9:00 AM – 9:00 PM EST, Monday through Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 01/27/01 | 23:22 | $54.89 | 11 | | | | |

TOTAL   $54.89

ATTACHMENT ___B___

We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

EXHIBIT 45   PAGE 5


the
**Better**
**BBB Business**
**Bureau.**
Fairness in the Marketplace

*www. ABD. spake. mo.us*

# Better Business Bureau Online Complaint System

The following complaint was submitted on 4/9/2001 9:10:06 AM:

**CUSTOMER INFORMATION:**

Mr. kevin l wells
p.o.box 325
bolivar, MO United States 65613
tee100@ipa.net
Daytime Phone (417)777-5648
Evening Phone (417)777-2660
Fax (417)777-3299

**COMPANY OR ORGANIZATION INFORMATION:**

access resource services
1007 n.fedeal hwy. suite 272
fl.lauderdale, FL United States   33304
(800)223-5520

*F.T.C.*
*A.R.S.*
*They said*
*they own the 900 #*

**COMPLAINT INFORMATION:**

Complaint #: 269188
Complaint Type: Company (other than automobile)
Date Received: 4/9/2001
Primary Complaint Classification: Selling Practices
Secondary Complaint Classification: Credit or Billing Disputes
Complaint:
my family, with 5 kids under the age of 11 have constantly been bagered &
called over & over after we told them to take us off of their calling list,
from a psychic telemarketing scheme.. they call & act like you are getting a
collect call.. no caller id#, no number to call to get to talk to someone to
get off of their list.. after approx. 20 calls i called the 900# to get the
real number for the so called business.....

*Recording with no # s besides 900 or*

they then billed me for the imfo. call, they said 11 minutes 10 1/2 minutes
was on hold..... i called at&T they credited me for the call..

then got this bill from access resouce services 800-223-5520..

*FL. 305.375-4222*
*140 W. Flagler St.*
*# 902*
*Miami FL 33130*

we are still getting calls from this mrs.cleo outfit, i guess i will have
to change my phone #, the only 900 call ever made from 417-777-2660 was in
order to put a stop to this harrasing kind of telemarketing...

i will not pay this bogus company any monies in order for them to keep
harrasing innocent families or weak minded people...

thank you kevin wells p.o.box 325 bolivar mo.65613 417-777-5648

ATTACHMENT _____ *C* _____

http://www.bbb.org/bbbcomplaintsexp/ValidateAndSaveComplaint.asp          4/9/01

EXHIBIT 1.45 PAGE 6

Desired Settlement: Other (requires explanation)
Settlement Explanation:
apololgy & credit from this bogus company..........
Customer Service Rep: Mr. christopher
Product or Service: called a 900# to get the real number for company
Model Number:
Account Number: 417 777 2660
Order Number:
Salesperson:
Payment Made:
Purchase Price:
Disputed Amount:
Payment Method:
Purchase Date:
Problem Date:
Complaint Dates:


**The bureau that will handle your complaint is:**

BBB Serving Southeast Florida
2924 N Australian Ave.
West Palm Beach, FL 33407
**Phone:** (561)842-1918
**Fax:** (561)845-7234
**Email:** complaints@westpalm.bbb.org
**WWW:** http://www.bbbsoutheastflorida.org

You may wish to print this page for further reference.

Press "New" to enter another complaint or "Back to bbb.org" to return back to the main page.

[ New ]  [ Back to bbb.org ]

Copyright © 2001 Council of Better Business Bureaus, Inc. All rights reserved.
If you have problems with this form please contact: techhelp@bbb.org COMPLAINTS ARE NOT ACCEPTED AT THIS ADDRESS.
For all other comments, questions please refer to our Contact Us Page

4·17   pi ank

4·18   pr ank

ATTACHMENT ___C___

http://www.bbb.org/bbbcomplaintsexp/ValidateAndSaveComplaint.asp                    4/9/01

EXHIBIT 1.45 PAGE 7

# Consumer Complaint Form



Missouri Attorney General Jay Nixon     Call toll-free: 800-392-8222

If you believe you have been defrauded, please complete
(print legibly or type), sign and mail this form to:
Missouri Attorney General's Office
Consumer Protection Division
P.O. Box 899
Jefferson City, MO 65102

*Attn: Chris Thomas*
*Going to Mo & FL.*

## INFORMATION ABOUT CONSUMER

☑ Mr. ☐ Mrs. ☐ Ms.

Your name (last, first, MI)    *Kevin Lee Wells*

Street address    *P.O. Box 325*

City    *Bolivar*

State    *MO*

Zip    *65613*

County    *Polk*

Home phone    *417 777 2660*

Work phone

E-mail address    *@ iPA.net*

## INFORMATION ABOUT COMPANY

Name of company that complaint is against    *Access Resource Services*

Street address    *1007 N. Federal Hwy*

City    *6750 W. Commercial Blvd*

State    *Ft. Lauderdale FL*

Zip    *33304,*

County    **ATTACHMENT** *D*

http://www.ago.state.mo.us/complaintform.htm      4/16/01

EXHIBIT *1.45* PAGE *8*

Copies of any documents (such as contracts, warranties and checks — front and back) produced for payment must be returned with this complaint form.

## OTHER INFORMATION ABOUT COMPLAINT

### Briefly describe your complaint:

**Explain Your Problem:** my family of 5 kids under 11 & my wife & myself kept getting numerous psychic telemarketing calls,from mrs.cleo. some were recordings with no caller id#, other were calls from a person to person type of calls from mrs.cleo, they act like it is a collect call from a person we know, we adimately requested to get off of their call list, to no avail. sometimes 5-7 calls a day, we have small children that sleep during the day,& they would call as late as 9:30 pm, with the pre recorded callls,the only way i could get the co.phone number was to call the 900# & get the real phone number,i did this,was on hold for 10 min. got a real person & the company phone number.. then was billed for the 54.89 explained to at&t ,they credited the call because it was to stop the harrising,badgering calls. then this access resource company says they are going to run my credit rating (which i have worked hard at to get a good rating)by turning this over to collection,if not payed in 72 hours.. please help put a stop to this illegitamate type of bogus phone solicitation, that interupts a families hectic & sleep deprived life......! & they try to prey on the old & weak.. kevin wells

**What action have you taken to resolve this complaint?**

*Repeated calls to the company*
*Turned over to B.B.B & F.T.C.*

| How do you want this complaint resolved? | ☐ Refund<br>☐ Repair<br>☐ Deliver product<br>☐ Perform service | ☐ Replace/trade<br>☒ Other: *Apology : Credit*<br>*Take off call list* |

**Have you been sued or filed a**   If yes, name of any agency contacted:   *NO*   ATTACHMENT

2 of 2

# ACCESS RESOURCE SERVICES, INC.
### 1007 N. Federal Hwy., SUITE 272
### Ft Lauderdale, FL 33304

Phone: (954) 566-8875                                    Fax: (954) 566-2495

MAY 1  2001

April 30, 2001

**BETTER BUSINESS BUREAU**
**2924 N AUSTRALIAN AVE.**
**WEST PALM BEACH, FL 33407**

*Credit from call*

Re:   **MR KEVIN WELLS**
File:   **4177772660**

**Dear Sir or Madam**

Please be advised that we have reviewed this consumer's complaint. We will not pursue any further collections efforts. As per the consumer's request, we will suppress this record from our current database.

We apologize for the inconvenience, and thank you for your understanding.

Sincerely,

*Collections Department*

ATTACHMENT____E____

EXHIBIT /. 95 PAGE /0



Florida Department of Agriculture & Consumer Services
CHARLES H. BRONSON, Commissioner
The Capitol • Tallahassee, Florida



June 15, 2001

Division of Consumer Services
Second Floor, Mayo Building
Tallahassee, Florida 32399-0800
1-800-HELP-FLA
Fax 850-487-4177

MR. KEVIN LEE WELL
POST OFFICE BOX 325
BOLIVAR, MO 65613

In Reply Refer To:

01-05-13727 / WJ

Subject:  ACCESS RESOURCE SERVICE, INCORPORATED

Dear  MR. WELL:

This office has been advised that your complaint has been resolved.  Unless you notify me otherwise, I will assume that this information is correct and your file will be closed.

I trust that our services have been helpful to you.

Sincerely,

**CHARLES H. BRONSON**
**COMMISSIONER OF AGRICULTURE**

*Walter Johnson, JR.*

Walter Johnson, JR.
Regulatory Specialist III
850-410-3695/1-800-435-7352 (Florida Only)
E-Mail: johnsow@doacs.state.fl.us

**ATTACHMENT** F

EXHIBIT 1.45 PAGE 11

*2 of 3*

# KLEIN, ZELMAN, ROTHERMEL & DICHTER, L.L.P.

### ATTORNEYS AT LAW
### 485 MADISON AVENUE
### NEW YORK, NEW YORK 10022-5803

TEL (212) 935-6020

FAX (212) 753-8101

e-mail: kzrd@kzrd.com

FRED C. KLEIN
ANDREW E. ZELMAN
JOAN EBERT ROTHERMEL
JOEL R. DICHTER
JANE B. JACOBS
NANCY B. SCHESS
DAVID O. KLEIN

SEAN A. MOYNIHAN
B. SIMEON GOLDSTEIN
MARY A. MOONEY

STEPHEN B. HANSBURG
OF COUNSEL

*DIVISION OF CONSUMER SERVICES*
*01 JUN 14 AM 3: 27*

June 7, 2001

Walter Johnson, Jr.
Division of Consumer Services
Second Floor, Mayo Building
Tallahassee, Florida 32399-0800

Re: Mr. Kevin Lee Well-File # 01-05-13727

Dear Mr. Johnson:

This firm represents Access Resource Services, the information provider involved in this complaint.

Initially, please be advised that our client has processed a credit for all sums billed. Our client only sends demands for payment after the carrier has removed the charge from the complainant's bill. In those circumstances, the complainant has not paid the charges on his or her own phone bill. For this reason, no refund is required. Our client has adjusted its records to remove this charge, and the complainant will not receive any further demands for payment.

You also should be aware that before a consumer incurs charges for the services offered by our client, all material terms of those services, including all costs, are fully disclosed. This usually occurs twice, the first time during a call to a toll-free number, and again during the preamble. In addition, during the preamble, callers are advised that if they are put on hold or have any difficulty, they can press "*9" to report the problem. No one ever is charged without full and knowing consent.

*B.S.  not off of Computer call*

We have reviewed the procedures used by our client and believe that they comply with all applicable laws. Notwithstanding this, in the interest of addressing any complaint expeditiously, the complainant has been credited for all amounts billed, the membership has been canceled, and the complainant's name has been removed from all mailing lists. Our client will not pursue collection efforts.

ATTACHMENT ___F___

EXHIBIT __45__ PAGE __12__

## DECLARATION OF SUE WIEBE
## PURSUANT TO 28 U.S.C. § 1746

I, Sue Wiebe, make the following statement:

1.      I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Tigard, Oregon.

2.      I have never called a psychic service before, but in June 2001 I began receiving email solicitations from Miss Cleo. The solicitations encouraged me to call Miss Cleo's psychic hotline for a psychic reading. According to one email solicitation, if I called an 800 number, the first five minutes of the psychic reading would be free.

3.      The only reason I called was because I thought the call and the reading would be free. I had no intention of getting a reading for longer than the advertised five free minutes. When I called the 800 number a recording instructed me to call a 900 number to receive a psychic reading. When I called the 900 number a recording answered the phone. I was on hold briefly and then was connected to a psychic. When the psychic answered the phone I immediately turned on my timer so that I could tell when the five minutes expired and terminate the call immediately thereafter.

4.      The psychic was a woman whose name I cannot remember. She began by asking for an assortment of personal information, such as my name, address, and age. After that, she asked me if I had any specific questions that I wanted her to answer. I asked her if the first five minutes of this reading were free and if there would be a beep at the end of the five free minutes. The psychic told me that I was getting five free minutes and that I would hear a beep at the end of the five free minutes. I then told her that I was interested in a general reading. In the middle of the reading the buzzer on my timer went off and I ended the reading. I did not hear a beep. I did not speak with the psychic for more than five minutes.

5.      On approximately July 16, 2001, I received a phone bill, and I was shocked to see that there was a charge for a 25 minute call to a psychic hotline. Attached to this declaration as Attachment A is a true and accurate copy of a portion of my phone bill. According to AT&T, I owed $99.80 for a 25 minute phone call made to 900-288-0040. I immediately called AT&T and spoke with a man named Rob. I explained the situation to Rob, and he removed the charge from the phone bill and credited the account.

6.      In late August, I received a collection letter for unpaid services from Access Resource Services ("ARS"). Attached to this declaration as Attachment B is a

1

EXHIBIT 1.46 PAGE 1

true and accurate copy of an ARS collection letter dated August 15, 2001. Sometime after receiving the collection letter, I called ARS and spoke to an agent at extension 279, whose name was Adair. After explaining the situation, Adair offered to reduce the amount of money that I owed. I told him that I was not interested in paying a reduced amount for what should have been a free call. Adair reiterated the fact that I had to pay for the call, and the conversation ended shortly thereafter.

7. Shortly after that conversation, I called the Oregon Department of Justice and the Federal Trade Commission in addition to doing some of my own investigation. I learned that ARS was affiliated with the Psychic Readers Network ("PRN"). I drafted a letter to both ARS and PRN telling them my side of the story and enclosed a copy of ARS's collection letter. Attached to this declaration as Attachment C are true and accurate copies of letters to PRN and ARS. I sent these letters to PRN and ARS via certified mail and received the post cards indicating that the letters had been signed and received at PRN and ARS. I also filed a complaint with the Oregon Department of Justice. Attached to this declaration as Attachment D is a true and accurate copy of my complain to the Oregon Department of Justice.

8. Shortly after mailing these letters to ARS and PRN and filing my complaint with the Oregon Department of Justice, I received another collection letter from ARS. In this letter, ARS suggested that failure to pay the outstanding debt may cause injury to my credit rating. The phone bill is in my husband's name and his credit rating is good. Reporting such a debt would only harm my husband's credit. I immediately called the credit reporting bureaus to alert them to the situation. Out of concern that this purported debt would be applied against my husband's credit, I decided to pay the bill. When I called ARS and explained the situation they lowered the outstanding balance to $70, and I paid by credit card.

9. On September 4, ARS sent a letter indicating that they received payment and that the account was settled in full. Attached to this declaration as Attachment E is a true and accurate copy of ARS's letter dated September 4, 2001.

10. The more I thought about this the more outraged I became and I filed a complaint with the New York State Attorney General asking for their assistance in getting my money back. Attached to this declaration as Attachment F is a true and accurate copy of my complaint to the New York State Attorney General's office.

11. Additionally, throughout this entire ordeal I have received mail and email solicitations from Miss Cleo. At some point I received an envelope containing a gift certificate for $24.95, which amounts to five free minutes for a psychic reading. The mail solicitation also provided me with an 800 number and a

2

EXHIBIT 1.96  PAGE 2

personal extension. I assume that this was from Miss Cleo because the web site address on the letter was www.cleofuture.com. Also, I began receiving email solicitations from Miss Cleo. Attached to this declaration as Attachment G are true and accurate copies of email solicitations I received. One of the attached email solicitations says that I have "nothing to lose and a fortune to gain." The other email solicitation says that the "call is absolutely FREE." I sent replies to the sender expressing my desire not to receive these email solicitations. In later email solicitations I noticed that there was an address to which I should send an email indicating that I wished to be unsubscribed from their email distribution list. I still received emails.

12. This company lied to me. They used a scare tactic to coerce me into paying a debt that I did not owe.

I state under penalty of perjury that the foregoing statement is true and correct.

Date: November 9, 2001

Sue Wiebe

3

EXHIBIT 1.46 PAGE 3

# ATTACHMENT A

EXHIBIT *1.46* PAGE *4*

# Your AT&T Statement

**August 16, 2001**



**AT&T**

#BWNCJFM
#25121021166017#    C   31104AT10.269B158A05830··3DGT

Ildıdıddıldıldıldıldıdıldıldıldıdılllıdıldıll

SUE WIEBE
15800 SW STRATFORD LOOP
PORTLAND OR 97224-5557

**Customer ID: 503 639-5828**
Page 1 of 7

**Customer Service: 1 800 222-0300**
**Text Phone (TTY): 1 800 833-3232**
**Internet Address:   www.att.com**

## Summary of charges

| | |
|---|---|
| Previous balance | 107.71 |
| Payment received - Thank you | -7.91 |
| Adjustments and credits | -99.80 |
| AT&T Long Distance Services ..... ............p 4 | 25.17 |
| **Total amount due** | **$25.17** |
| **Date due** | **September 8, 2001** |

### Extra! Extra!
Win a trip to the 2002 Olympic winter Games in Salt lake City. Or, one of 10,000 prizes in the AT&T Direct® Service sweepstakes. Continued▶

**Continues on back** 📖

Oregon USF Surcharge 3.24%                                       .01
                                                                 .32
                                                              **$.63**

EXHIBIT 1.96 PAGE 5

Customer Service: 1 800 . 0300
Text Phone (TTY): 1 800 833-3232
Internet Address: www.att.com

Jul .., 2001
Customer ID: 503 639-5828
Page 4 of 5

## AT&T Long Distance Services

Jun 12 - Jul 11, 2001
Charges for 503 639-5828:
AT&T One Rate® Plus Plan calls.................................................6.87
AT&T Special Services calls .....................................................99.80
Other charges and credits ........................................................0.56
Taxes and surcharges ..............................................................0.48
Total AT&T Long Distance Services .....................................$107.71

## AT&T One Rate® Plus Plan calls

| Description | Amount |
|---|---|
| AT&T One Rate® Plus Plan | 4.95 |
| monthly fee Jul 11 - Aug 11, 2001 | |
| Direct dialed calls | 1.92 |

Total AT&T One Rate® Plus Plan calls ..........................................$6.87

## Direct dialed calls

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Jun 11 | 785 628-9465 | Hays,KS | 8:06am | night | direct | 1 | .12 |
| 2 | Jul 2 | 313 225-7179 | Detroit,MI | 10:03am | night | direct | 5 | .60 |
| 3 | Jul 2 | 541 737-2241 | Corvallis,OR | 12:47pm | night | direct | 7 | 1 05 |
| 4 | Jul 3 | 541 908-2510 | Corvallis,OR | 2:24pm | night | direct | 1 | .15 |
| | | | | | | | 14 | $1.92 |

## AT&T Special Services calls

## Non-Telecommunications charges

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 5 | Jun 13 | 900 288-0040 | Psychic,00 | 10:04pm | day | direct | 25 | 99.80 |
| | | | | | | | 25 | $99.80 |

Total AT&T Special Services calls      25    $99.80

EXHIBIT 146 PAGE 6

# ATTACHMENT B

EXHIBIT /. 96 PAGE 7

**Access Resource Services Inc.**

6805 W. Commercial Blvd, #293
Tamarac, Florida 33319-2116

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $99.80 | $99.80 | $99.80 | |

Account # 503-639-5828        Date: August 15, 2001

Phone Number Used: 503-639-5828     Duration of Calls: 20 minutes

PLEASE PRINT CREDIT CARD NUMBER ❑VISA ❑MasterCard

NAME AS IT APPEARS ON CREDIT CARD

David Wiebe
15800 SW Stratford Loop
Portland OR 97224-5557

Signature of cardholder _____     Exp. date _____

PLEASE DETACH AND SEND WITH CHECK                1CL0108-2010

---

## COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc.  In my world, responsibility and values are an important part of spiritual growth.  And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $99.80 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due**. I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.   That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,

*Cleo*

For questions regarding this notice please feel free to write or call us at 888-300-0306.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 06/13/01 | 22:04 | $99.80 | 20 | | | | |

**TOTAL     $99.80**

EXHIBIT 1.46 PAGE 8

## Taking responsibility for your actions is an important step in your spiritual journey.

Now you can access your account and make instant payments.

# ATTACHMENT C

XHIBIT. /. 46 PAGE 9

Psychic Readers Network
PO Box.~~13021~~ *762~1*
Pearl River, New York  10965                    **August 20, 2001**

To whom this may concern:

I am enclosing a letter which formerly your company went by
Access Resource Services Inc.  I absolutely want this cleared from
any bad credit because I have contacted the Attorney Generals
Office in Salem and will contact the Attorney Generals Office in
New York.  There have been several complaints against your
company.

I expect a reply within one week before further action is taken.
The **Attorney Generals office in Salem, Oregon and in New
York** will be notified.  The TV channel will also be notified which
you advertise on.  I had sent a certified letter to Access Resource
Services Inc. on August 20th, 2001.  Since I spoke to the Attorney
Generals office I was given your most recent address.

My address is as follows:  Sue Wiebe
                           15800 SW Stratford Loop
                           Tigard, Oregon  97224

I will be looking for your response.

                           **Sue Wiebe**

EXHIBIT /. 46  PAGE /0

# Access Resource Services Inc.

6805 W. Commercial Blvd, #293
Tamarac, Florida 33319-2116

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

David Wiebe
15800 SW Stratford Loop
Portland OR 97224-5557

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $99.80 | $99.80 | $99.80 | |

Account # 503-639-5828    Date: August 15, 2001

Phone Number Used: 503-639-5828    Duration of Calls: 20 minute

PLEASE PRINT CREDIT CARD NUMBER ☐VISA ☐MasterCa

NAME AS IT APPEARS ON CREDIT CARD

Signature of cardholder _____    Exp. date _____

PLEASE DETACH AND SEND WITH CHECK    1CL0108-2010

## COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc. In my world, responsibility and values are an important part of spiritual growth. And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $99.80 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due**. I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes: If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed. That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card. If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice. Your account will be settled and our records updated. It has been a pleasure doing business with you.

Sincerely, *Cleo*

For questions regarding this notice please feel free to write or call us at 888-300-0306.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 06/13/01 | 22:04 | $99.80 | 20 | | | | |

|  | TOTAL | $99.80 |
|---|---|---|

EXHIBIT 1.46 PAGE 11

## Taking responsibility for your actions is an important step in your spiritual journey.

Access Resource Services Inc.
6805 W. Commercial Blvd. #293
Tamarac, Florida 33319-2116

Sue Wiebe
15800 SW Stratford Lp.
Tigard, Oregon 97224                          August 21, 2001


To whom this may concern:

I am enclosing a letter from your company. I contacted the
Attorney General in Salem, Oregon and they stated there have
been several complaints against your company. I also was told
that the name changed to Psychic Readers Network at PO Box
3021 Pearl River, New York 10965. I was told that I should be
given **5 Free minutes with no obligation as emailed to me.**
Evidentally, that is not the case and was billed $99.80 and told it
would be taken into collections.

I am also contacting the Federal Trade Commission. I feel you
don't advertise honestly. If by law I do truly owe this I will be
informed by higher authorities. My husband and I have excellent
credit and am not going to have this be destroyed by your
company.

The TV channel will also be notified. I expect no collection to
take place. Please submit a letter to me within one week of
receiving this letter. Sue Wiebe
                        15800 SW Stratford Lp
                        Tigard, Oregon 97224


Waiting for your response.          Sue Wiebe


EXHIBIT _/. 96_ PAGE _12_

# Access Resource Services Inc.

6805 W. Commercial Blvd, #293
Tamarac, Florida 33319-2116

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

David Wiebe
15800 SW Stratford Loop
Portland OR 97224-5557

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $99.80 | $99.80 | $99.80 | |

Account # 503-639-5828     Date: August 15, 2001
Phone Number Used: 503-639-5828    Duration of Calls: 20 minutes

**PLEASE PRINT CREDIT CARD NUMBER**  ☐VISA  ☐MasterCard

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0108-2010

## COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc.  In my world, responsibility and values are an important part of spiritual growth.  And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $99.80 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.   That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely, *Cleo*

For questions regarding this notice please feel free to write or call us at 888-300-0306.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 06/13/01 | 22:04 | $99.80 | 20 | | | | |

|  |  | TOTAL | $99.80 |
|---|---|---|---|

EXHIBIT 1.46  PAGE 13

**Taking responsibility for your actions is an important step in your spiritual journey.**

Now you can access your account and make instant payments.

# ATTACHMENT D

1· 96  PAGE  14

*Speak Jolly O'Neil*

Hardy Myers
Attorney General

Portland Area  (503) 229-5576
Salem Area   (503) 378-4320
Toll Free Area  (877) 877-9392

## OREGON DEPARTMENT OF JUSTICE
## CONSUMER COMPLAINT FORM

### Please Note the Following:

Under Oregon Law, the Attorney General cannot act as your private attorney or give you legal advice. Deadlines may prevent you from starting a lawsuit if you wait too long. Filing this complaint does not change those deadlines or guarantee the results you want. You may wish to contact a private attorney. **Please attach copies of important documents.** Attach additional detail pages if needed. **Your complaint will become public record and could be sent to the person or company about which you are complaining and any other individual or company making a public records request. By checking the box below, you are submitting this information on the condition that it is kept confidential, to the extent allowed by law. Check here for confidentiality.** ☐ **This means we will not contact the business and your file will be closed.**

**1. Please use dark ink. Type or print clearly.**
**2. Return this form with copies of important papers.**

**3. Keep your original papers.**
**4. Attach any additional explanation.**

Sue **First Name**     Wiebe **Last Name**

15800 SW Stratford Lp.
**Mailing Address**

Tigard **City**      Oregon **State**     97224 **Zip**

503-639-5828 **Day Phone**    Same **Evening Phone**    SueW1143@CJ.com **e-mail address**

Access Resource Services Inc,
**Name of Business or person about which you are complaining**  Cleo

6805 W. Commercial Blvd. #293
**Mailing/Street Address**

Tamarac **City**    Florida **State**    33319-2116 **Zip**

888-300-0306
**Phone**

Date of Transaction(s): 6-13-01   How much money, if any, do you believe you lost? 0

$99.80 is what they are trying to collect

Whom have you contacted concerning your complaint?

☐ Attorney_____    ☐ Business_____    ☒ Other Federal Trade Commi

☐ No Action requested. I just wanted you to know of a questionable practice.

Access Resource Services

EXHIBIT 146 ___ 15

it is kept confidential, to the extent allowed by law. Check here for confidentiality. ☐ This means we will not contact the business and your file will be closed.

1. Please use dark ink. Type or print clearly.
2. Return this form with copies of important papers.

3. Keep your original papers.
4. Attach any additional explanation.

Sue                                    Wiebe
First Name                             Last Name

15800   SW   Stratford   Lp.
Mailing Address

Tigard                    Oregon        97224
City                      State         Zip

503-639-5828      same       Suew1148@cs.com
Day Phone         Evening Phone        e-mail address

Access Resource Services Inc.,
Name of Business or person about which you are complaining   C/eo

6805  W. Commercial Blvd. #293
Mailing/Street Address

Tamarac            Florida    33319-2116
City                State      Zip

888-300-0306
Phone

Date of Transaction(s): 6-13-01  How much money, if any, do you believe you lost?   0

$99.80 is what they are trying to collect

Whom have you contacted concerning your complaint?

☐ Attorney_____    ☐ Business_____    ☒ Other Federal Trade Commission

☐ No Action requested. I just wanted you to know of a questionable practice.

Access Resource services Phone company - they credit my account see Attached letters

Providing the following information is voluntary and will only be used for office statistical information. It will not be shared with the business about which you are complaining. This information will assist us to determine if a particular demographic group is being targeted by unlawful businesses.

| Ethnic Affiliation | | Age | | Gender |
|---|---|---|---|---|
| ☐ African-American | ☐ Latino | ☐ 13 - 20 | ☐ 61 - 70 | ☐ Male |
| ☐ Asian | ☐ Native American | ☐ 21 - 40 | ☐ Over 70 | ☒ Female |
| ☒ Caucasian | ☐ Russian | ☒ 41 - 60 | | |

EXHIBIT 146 PAGE 16

## DETAILS OF COMPLAINT

I am enclosing all my information. What happened: I received an email for a free 5 minute reading — No Risk and No Obligation, I placed a timer on and after 5 minutes I hung up.

I then received a phone bill for $99.80. The phone company credited my account. What I did receive was a collection letter, We have very good credit and I don't want Access Resource Services to ruin this.

Any help would be very much appreciated

Your Signature          Date
_Sina Wiehl_          8-22-0

EXHIBIT 1.46 PAGE 17

# ATTACHMENT E

EXHIBIT 146 PAGE 18

**ACCESS RESOURCE SERVICES, INC.**
6805 W. Commercial Blvd.
# 293
Tamarac, FL 33319
1-800-223-5520
FAX: 1-954-748-4755

September 4, 2001

DAVID WIEBE
15800 SW STRATFORD LOOP
PORTLAND, OR 972245557

Re: Account Number: **5036395828**        Total Amount Paid: **$ 0.00**

## *ACCOUNT SETTLED IN FULL*

Dear DAVID WIEBE,

Thank you for your payment to settle your account in full. We appreciate you taking the time to expedite the repayment process to us. Upon clearance of the funds recently paid, we will consider your account settled in full. There has not been any reporting of this account to any credit reporting agencies or companies, nor will there be in the future. You will not receive any further correspondence from this office.

Please feel free to contact us at the number above if you have any questions regarding this matter.

Thank you for your cooperation in resolving this matter.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

EXHIBIT *1.46* PAGE *19*        9/4/01

# ATTACHMENT F

EXHIBIT 1.46 PAGE 20

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
BUREAU OF CONSUMER FRAUDS AND PROTECTION
101 East Post Road
White Plains, NY 10601-5008
Tel. (914) 422-8755   Fax (914) 422-8706

Consumer Hotline
1 (800) 771-7755
http://www.oag.state.ny.us

For Hearing
TDD (800)

1. PLEASE BE SURE TO COMPLAIN TO THE COMPANY OR INDIVIDUAL BEFORE FILING.
2. PLEASE TYPE OR PRINT CLEARLY IN DARK INK.
3. YOU MUST COMPLETE THE ENTIRE FORM. INCOMPLETE OR UNCLEAR FORMS WILL BE RETURNED TO YOU.
4. MAKE SURE YOU ENCLOSE COPIES OF IMPORTANT PAPERS CONCERNING YOUR TRANSACTION.

## CONSUMER

| YOUR NAME | HOME TELEPHONE NUMBER |
|---|---|
| Sue Wiebe | 503-639-5828 |

| STREET ADDRESS | BUSINESS TELEPHONE NUMBER |
|---|---|
| 15800 SW Stratford Lp | |

| CITY/TOWN | COUNTY | STATE | ZIP |
|---|---|---|---|
| Tigard | Washington | Oregon | 972? |

## COMPLAINT

| NAME OF SELLER OR PROVIDER OF SERVICES | NAME OF OTHER SELLER OR PROVIDER OF SERVICES |
|---|---|
| Psychic Readers Network | Access Resource Services |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| Po Box 3021 Pearl River | 6805 W. Commercial Blvd #293 |

| CITY/TOWN | STATE | ZIP | CITY/TOWN | STATE | |
|---|---|---|---|---|---|
| New York | NY | 10965 | Tamarac | Florida | 333 |

| TELEPHONE NUMBER | TELEPHONE NUMBER |
|---|---|
| 1-800-805-9796 / 900-288-0040 | 1-888-300-0306  1-800-223-5520 |

| DATE OF TRANSACTION | COST OF PRODUCT OR SERVICE | HOW PAID (Check those which apply) |
|---|---|---|
| June 13, 2001 | $99.80 | ☐ Cash ☐ Check ☑ Credit Card ☐ Other   Credited $70 |

| DID YOU SIGN A CONTRACT? | WHERE DID YOU SIGN THE CONTRACT? | DATE SIGNED |
|---|---|---|
| ☐ Yes ☑ No | No Where | |

| WAS PRODUCT OR SERVICE ADVERTISED? | WHERE WAS IT ADVERTISED? | DATE ADVERTISED |
|---|---|---|
| ☑ Yes ☐ No | On my Email / TV | June 1st 20 |

TYPE OF COMPLAINT (e.g. car, mail order, etc. Use the reverse side of this form to provide details) Misleading ad.
Was told 5 Free minutes, see Attached informa

| DATE YOU COMPLAINED TO THE COMPANY OR INDIVIDUAL | PERSON CONTACTED | JOB TITLE |
|---|---|---|
| Aug 2130  Aug 14 ☑ By Mail ☑ By Telephone ☐ In Person | Got Access  Adair (ext 279) | Collection company |

| NATURE OF RESPONSE If not paid they would | DATE OF RESPONSE |
|---|---|
| turn it over to the various credit reporting | 8-21 |

HAS MATTER BEEN SUBMITTED TO ANOTHER AGENCY OR ATTORNEY? (If "Yes," give name and address)
☑ Yes ☐ No   Attorney General / Wally O'Neil agencies
1162 Court St. NE Salem, Or 97310  503-378-47

IS COURT ACTION PENDING? (Please describe as necessary)
☐ Yes ☑ No

## ADDITIONAL INFORMATION

| MANUFACTURER OF PRODUCT | PRODUCT MODEL OR SERIAL |
|---|---|
| Miss Cleo is who advertises | None |

| ADDRESS | WARRANTY EXPIRATION DATE |
|---|---|
| PO Box 3021 Pearl River NY 10465 | |

DID BUSINESS ARRANGE FINANCING? (If "Yes," give name and address of bank or finance company)
☐ Yes ☑ No

PLEASE DESCRIBE COMPLAINT ON REVERSE SIDE

001WF (9/99)

EXHIBIT 1.41

**BRIEFLY DESCRIBE YOUR COMPLAINT** I received an email for
5 free minute reading. I phone an 800 num and then a recording comes on. They tell you to phone a 900 number. I decided to time my phone call for 5 minutes. I then hung up. When I received my phone bill for $99.80 I could not believe this. The phone company credited my account. Then I received a collection letter from Access Resource services (see attached letter) I know they are fraud. I was not going to pay but my husband did not showing on his credit. They reduced the amount to $70.

**WHAT FORM OF RELIEF ARE YOU SEEKING?** (e.g., exchange, repair or money back etc.) Also to not have them advertising to the public The TV stations are aware of Miss Clio.

**WHO REFERRED YOU TO THIS OFFICE?** TV station and The Oregonian Newspaper

### READ THE FOLLOWING BEFORE SIGNING BELOW

PLEASE ATTACH TO THIS FORM PHOTOCOPIES of any papers involved (contracts, warranties, bills received, cancelled ch correspondence, etc.). DO NOT SEND ORIGINALS.

NOTE: In order to resolve your complaint, we may send a copy of this form to the person or firm about whom you are complain

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws desi to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal r or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the busine person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

I also understand that any false statements made in this complaint are punishable as a Class A Misdemeanor under Section 175.30 and/or Se 210.45 of the Penal Law.

Signature: Sue Ellen Wieble                                   Date: 9-15-20

### HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?

Return to:     Office of the Attorney General
Bureau of Consumer Frauds and Protection
101 East Post Road
White Plains, NY 10601-5008

EXHIBIT 1.46 PAGE 22

# Access Resource Services Inc.

6805 W. Commercial Blvd, #293
Tamarac, Florida 33319-2116

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

David Wiebe
15800 SW Stratford Loop
Portland OR 97224-5557

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $99.80 | $99.80 | $99.80 | |

Account # 503-639-5828    Date: August 15, 2001

Phone Number Used: 503-639-5828    Duration of Calls: 20 minutes

**PLEASE PRINT CREDIT CARD NUMBER** ☐VISA ☐MasterCard

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____    Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK        1CL0108-2010

## COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc. In my world, responsibility and values are an important part of spiritual growth. And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $99.80 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due**. I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes: If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed. That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card. If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice. Your account will be settled and our records updated. It has been a pleasure doing business with you.

Sincerely, *Cleo*

For questions regarding this notice please feel free to write or call us at 888-300-0306.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 06/13/01 | 22:04 | $99.80 | 20 | | | | |

TOTAL   $99.80        EXHIBIT 1.76 PAGE 23

## Taking responsibility for your actions is an important step in your spiritual journey.

Now you can access your account and make instant payments.

# ATTACHMENT G

EXHIBIT /. 46 PAGE 24

My name is Cleo, and I am a Master Tarot Psychic. I had an exciting dream last night that could affect the rest of your life!

I was so moved by the dream, that I shared this with my psychic associates. With this knowledge our prediction powers have been heightened. I am asking you to call immediately and, if I am not available, you must speak to one of my gifted Tarot readers who will know how to use this knowledge to immediately change your future. It could be that exciting.

**Sue, please call right now:   1-800-805-9796.**
**This call is absolutely FREE.**
**THERE IS NO RISK AND NO OBLIGATION AT ALL.**

I can't tell you too much here, but I will say that the experience will amaze you as much as it did me. There may be many wonderful things coming into your life very soon, in fact maybe in the next 10-14 days. You could be one very lucky person Sue.

It's not often that I get overwhelmed, especially through a dream, at the prospects of good fortune for people. So you can see why I am overjoyed about what the future holds for you.

Sue, your life may drastically change for the better. Please call
**1-800-805-9796** right now so I can share this joy with you.

**BECAUSE I WANT THE BEST FOR YOU, I HAVE GONE AHEAD AND SET UP A FREE TRIAL READING WHEN YOU CALL.**
Remember, this call is free and so is your free trial reading.

With Love and Hope,

**Miss Cleo**

Must be 18+. For Entei. .inment Only.

<HR SIZE=1 width="100%">
Your privacy is extremely important to us  You requested to receive recurring mailings, by registering at CustomOffers.com or by subscribing through one of our marketing partners. As a leader in permission-based email marketing, w e are committed to delivering a highly rew arding experience, w ith offers that include bargains, entertainment, and money-making ideas. How ever, if you w ish to unsubscribe, click here or link to http://w eb1.customoffers.com/unsubscribe.asp?emid=246&email=SUEW1148@CS.COM
Third-party offers contained in this email are the sole responsbility of the offer originator. For questions or comments, contact CustomOffers at

EXHIBIT /. 46   page   25

you a FREE Tarot reading! Call now! Begin to take some chances for your
dreams!

## <u>*Sue, call toll-free 1-800-270-4750 immediately!*</u>

In your future,
Sue, I see that you will be confronted with a decision that could
very well lead to wealth, health and happiness. You may be rich! One caller
claims to have won money with her psychics&#146; advice! You could you
be next!

Love &amp; hope,
Miss Cleo

PS&#9;This number        is reserved and authorized for you only, Sue. Please do not share        it with anyone. Call now! 1-800-270-4750. You have nothing to lose and        a fortune to gain! Sue, please, I am begging you not to ignore        this
message. You must call me within 4 days.
For fantastic savings        use our credit and calling plans and save up to 70% off!
Call 1-800-392-5064.
Be        sure to watch for Miss Cleo&#146;s iN DEMAND pay per-view special,        Premiering Sunday, September 16.
Receive your very own FREE Tarot reading.        Call your local provider for details.

Must be 18+. For entertainment purposes only.     </td>  </tr>  <tr>     <td width="100" height="1" valign="top"><img width="100"
height="1" src="http://web2.mindandspirit.com/images/transparent.gif"></td>     <td width="25" height="1" valign="top"><img
width="25" height="1" src="http://web2.mindandspirit.com/images/transparent.gif"></td>     <td width="400" height="1"
valign="top"><img width="400" height="1" src="http://web2.mindandspirit.com/images/transparent.gif"></td>  </tr></table>

---

This message was sent by Access Resources using <u>Responsys</u> Interact (TM).
<u>Click here</u> if you prefer not to receive future e-mail from Access Resources.
<u>Click here</u> to view our permission marketing policy.

—————————— Headers —————————————Return-Path: <PJ@mindandspirit.rsc01.com>Received: from rly-xd04.mx.aol.com (rly-xd04.mail.aol.com [172.20.105.169]) by air-xd01.mail.aol.com (v60.17) with ESMTP id MAILINXD110-0820195328; Mon, 20 Aug 2001 19:53:28 -0400Received: from SC8-A7-OMP2.rsc01.net (sc8-a7-omp2.rsc01.net [66.35.193.84]) by rly-xd04.mx.aol.com (v60.17) with ESMTP id MAILRELAYINXD45-0820195307; Mon, 20 Aug 2001 19:53:07 -0400Received: from sc8-a7-omp2.rsc01.net (10.40.1.59) by SC8-A7-OMP2.rsc01.net (PowerMTA(TM) v1.0); Mon, 20 Aug 2001 16:53:06 -0700 (envelope-from <PJ@mindandspirit.rsc01.com>)MIME-Version: 1.0Content-Type: text/html; charset="ISO-8859-1"Content-Transfer-Encoding: quoted-printableDate: Mon, 20 Aug 2001 16:53:07 -0700From: "Entry Notice" <PJ@mindandspirit.rsc01.com>Reply-To: "Entry Notice" <feedback@centraltalk.com>Subject: I think this is for you, SueX-cid: ttm2.143To: SUEW1148@CS.COMMessage-ID: <200108201953.MWWa17257@rly-xd04.mx.aol.com>

EXHIBIT 1 46 PAGE 2

## DECLARATION OF LILA R. WILLIAMS

### PURSUANT TO 28 U.S.C. § 1746

I, Lila R. Williams, make the following statement:

1. I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Wayne, West Virginia.

2. Early this year, I received my March 2001 telephone bill and found that I had been improperly billed for psychic phone charges by AT&T. Attached to this declaration is a true and accurate copy of this bill. I learned that these charges were made to a company called Access Resource Services ("ARS"). To my knowledge, neither I nor anyone else in my household has requested, authorized, or received any services from ARS.

3. This bill states that the calls were made from the phone number 304-697-5688 on February 6, 2001 and February 7, 2001 to the phone number 900-933-0113. Before tax, these charges amounted to $309.38. The phone number 304-697-5688 is not nor has ever been my telephone number.

4. I promptly contacted my local exchange carrier, Verizon, as well as my long-distance carrier, AT&T, about this billing error. I recall that I was provided a "voice print" of the person who authorized the calls, but I did not recognize the person. AT&T told me that the charges allegedly were made by a Mr. Jerry Abraham, to whom the telephone number 304-697-5688 is registered. I do not know Mr. Abraham. AT&T understood that I did not make these psychic calls and fully credited me for them.

5. I learned that these charges were a billing error possibly due to intermittent crossing on my telephone line. Subsequent to this error, there was a second billing error to my account from a third party that was similar to this one, but it did not involve ARS.

6. Over the next few months, I then received telephone calls from ARS attempting to collect payment for the psychic calls stated in paragraph three. They continued to call me, although I expressly asked them to stop calling me. I am aware that they continued to call partly because they have left messages on my answering machine and because I have caller identification on my telephone. I also called ARS at one point to dispute the bill, and the representative agreed to remove the charges from ARS, but I was told that such a procedure would take three months to be fully accepted by their computers. Nevertheless, I continued to receive phone calls from ARS, the most recent one occurring in approximately early June 2001, and the company has continued to threaten to report

my nonpayment to credit bureaus.

7.      I became frustrated with ARS's continued efforts to collect payment to the point that I filed a complaint in May 2001 with the Federal Trade Commission to address this situation.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on July 11, 2001 at Wayne, West Virginia.

Lila R. Williams

EXHIBIT 1-47 PAGE 2


## verizon

Billing Date 3/10/01
Account 000057593980 67Y
Page      1  of    6
Questions? Call: 954-6200

LILA R WILLIAMS
RR 2 BOX 2291
304 697-5619

ATTN! Nick Mastrocinque

## Account Summary

| | | |
|---|---|---|
| Amount of Last Bill Dated   2/10/01 | | $66.96 |
| Payment(s).  Thank you.   3/5/01 | | $66.96⌐ |
| Balance | | $.00 |

**Current Charges**

| | | |
|---|---|---|
| Verizon Monthly Charges   3/10/01-4/9/01 | | $44.11 |
| Verizon Other Services and Charges | | $3.55 |
| AT&T | | $372.18 |
| MCI WorldCom | | $5.63 |
| Current Charges Due by   4/9/01 | | $425.47 |

**Total Amount Due by   4/9/01   $425.47**

Total Amount Due if Paid After   4/9/01   $429.70
Includes late payment charge of   1%

2 0 67
32.90

---

ACESS RESOURCE SELU.

Account  000057593980  67Y
Page      5  of    6
Questions? Call AT&T: (800) 222-0300

## AT&T

Calls from 304 697-5688  JERRY  ABRahan

### Pay-Per-Call Services

**•Non-Telecommunications Charges**

| | Date | Time | Place and Number Called | | | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 2/06 | 11:51pm | PSYCHIC | 00 | 900 933-0113 | Direct | Day | 24 | 104.79 |
| 2. | 2/07 | 12:20am | PSYCHIC | 00 | 900 933-0113 | Direct | Day | 44 | 204.59 |
| | | | | | | | | | 309.38 |

| | |
|---|---|
| Total Pay-Per-Call Services | $309.38 |
| Total Calls from 304 697-5688 | $309.38 |

This portion of your bill is provided as a service to AT&T.

Access to the AT&T network will be restricted and collection activity will be pursued for nonpayment of the following services.  Local service will not be interrupted.

EXHIBIT 1.47 PAGE 3

**DECLARATION OF RORY WILSON**
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Rory Wilson. My home address is 12083 Sugar Pine Trail, Wellington, Florida 33414.

2. Despite never calling a psychic hotline before, in February 2001, for absolutely no reason, I began receiving telephone calls asking me to call Miss Cleo or one of her associates for a psychic reading. On a number of occasions, the callers would tell me that I won a free psychic reading from Miss Cleo or one of her associates. Someone even told me that Miss Cleo had a dream about my future and that she needed to relay a message to me. When the calls began the callers would usually ask to speak with me. Eventually, I told a caller not to call the house again and that no one was interested in utilizing Miss Cleo's services. The calls continued, but instead of asking to speak with me the callers would speak with anyone who answered the phone.

3. After continually asking them not to call the house, when my wife, father-in-law, or I received one of these calls we would hang up the phone. One day in April, Aleshia Doughman, my 12 year old step-daughter, answered the phone. Aleshia told me that the caller asked to speak with her parents but when she told them that we were unavailable the caller continued to speak with her. A few days later, Aleshia saw a television commercial for a free psychic reading. Out of curiosity, she called the 800 number shown in the commercial for a free psychic reading. Attached to this declaration as Attachment A is a true and accurate copy of the Declaration of Aleshia Doughman. My step-daughter and her friend made a four calls over the course of a few days.

4. When I received the phone bill I was shocked to see charges for $74.85. Aleshia told me that she made the calls but that she called an 800 number and that she did not think there would be a charge for the call. I called Bell South to dispute the charges, and Bell South removed the charges and credited our account. I also inquired about why our 900 call blocking did not block my step-daughter's calls. A Bell South representative, whose name I cannot remember, told me that 900 call blocking does not work if a person dials an 800 number and is then transferred to a 900 number.

5. After having the charges removed, I received a collection notice for unpaid services from Access Resource Services, Inc. ("ARS"). Attached to this declaration as Attachment B is a true and accurate copy of ARS' June 25, 2001 "Collection Letter for Unpaid Services." I began paying careful attention to Miss Cleo's television commercials and noticed two things. First, there is an 800 number that you can call for a psychic reading. Second, only callers over the age of 18 can receive a psychic reading. I decided to call ARS to inquire about their age verification procedures because there is absolutely no way that my

1

step-daughter could be confused with someone who does not sound like a minor and why they transferred her from an 800 number to a 900 number. I dialed the number provided in the collection letter and spoke with Rebecca Grant. In response to my questions, Rebecca Grant told me that I should do a better job of controlling my children and that I should read my phone book. She then hung up the phone without even attempting to answer my questions.

6.  In early July, I received another collection letter from ARS. Attached to the declaration as Attachment C is a true and accurate copy of ARS' July 1, 2001 "Payment Demand Notification." I paid the money because I cannot afford to have a good credit rating ruined for this charge, but I am absolutely livid. We have not received any more calls, but this happened only after I included with my payment a letter recounting my incident with Rebecca Grant and notice that I was sending letters to the FCC Consumer Complaints Center, The Florida's Attorney General's Office, and the Florida Business of Consumer Affairs. Attached as Attachments D (July 5, 2001 letter to ARS), E (July 5, 2001 letter to Federal Communications Commission), and F (July 5, 2001 Office of the Attorney General) are true and accurate copies of the above referenced letters.

7.  I am the step-father of Aleshia Doughman, whose declaration is attached. I authorized her to speak with a representative of the Federal Trade Commission recounting her experiences with Miss Cleo's psychic readers. During her conversation with a Federal Trade Commission I was listening on the other line. In no way did I communicate, suggest, or otherwise influence or attempt to influence my daughter's comments about her experiences with Miss Cleo's psychic readers.

I state under penalty of perjury that the foregoing statement is true and correct.

Date:

_____
Rory Wilson

2

EXHIBIT 1.48 PAGE 2

## DECLARATION OF ALESHIA DOUGHMAN
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Aleshia Doughman. I am a minor and the step-daughter of Mr. Rory Wilson. My home address is 12083 Sugar Pine Trail, Wellington, Florida 33414.

2.  Sometime in February 2001 my family began receiving phone calls urging us to get a psychic reading from Miss Cleo. One day I answered the phone, and the person on the other end asked if my parents were home. Despite telling them that my parents were not home, the caller began telling me that I should call for a psychic reading. I did not tell the caller anything; I just hung up the phone.

3.  A few days later a friend and I were watching television when we saw a commercial for Miss Cleo's psychic hotline. The commercial said that if I called an 800 number, I would receive a free psychic reading. I called the 800 number because I was curious and thought it might be interesting to have a reading. A recorded message told me to remain on the line until someone could answer my call. I was on hold for about 2 or 3 minutes when a lady answered. She asked me for my name and birthday. I told her that my name was Aleshia Doughman and that my birthday was April 7. She began telling me something but I was unable to hear her. Eventually, I hung up the phone because I could not hear what she was saying.

4.  The next day I called the 800 number again because I could not hear anything the woman told me in the first conversation. Again, I heard the same recorded message telling me to remain on the line and someone would be with me momentarily. This time a man answered the phone. He asked me to tell him my name and birthday. I told him my name and that my birthday was April 7. At that point I asked him a question, and he answered it. Eventually, I hung up the phone after speaking with him.

5.  Only after speaking with my father did I realize that the calls were not free. While I was interested and curious, I would not have made any of the calls had I know that the calls were not free.

I state under penalty of perjury that the foregoing statement is true and correct.

Date:

_____
Aleshia Doughman

ATTACHMENT A

EXHIBIT 148 PAGE 3

Jul 20 01 12:37p      E   R R&D                         31) 753-2291              p.7

# Access Resource Services Inc.

6750 W. Commerical Blvd
Lauderhill, Florida 33319-2115

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $74.85 | $74.85 | $74.85 | |

Account # 561-333-0194          Date: June 25, 2001

Phone Number Used: 561-333-0194    Duration of Calls: 15 minutes

PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard

Tina Wilson
12083 Sugar Pine Trl
West Palm Beach FL 33414-5639

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder_____        Exp.
                                            date _____

PLEASE DETACH AND SEND WITH CHECK              1CL0106-3010

---

# COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $74.85 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.    It has been a pleasure doing business with you.

Sincerely,  Cleo

For questions regarding this notice please feel free to write or call us at 888-300-0306.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 04/06/01 | 19:42 | $19.96 | 4 | 04/07/01 | 20:13 | $44.91 | 9 |
| 04/08/01 | 15:42 | $4.99 | 1 | 04/08/01 | 16:20 | $4.99 | 1 |

ATTACHMENT B

TOTAL    $74.85

EXHIBIT /.48  PAGE 4

## Taking responsibility for your actions is an important step in your spiritual journey.

**Now you can access your account and make instant payments,
24 hours a day at www.arspay.com**

Jul 20 01 12:37p        E   R  R&D                        561) 733-2291        p.7

## Access Resource Services Inc.

6805 W. Commercial Blvd, #293
Tamarac, Florida  33319-2116

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday



հ.ll..ll.l.l..l..ll.l.l.l.l.ll.ll..ll.l.l.l.l.l..ll...lll
Tina Wilson
12083 Sugar Pine Trl
West Palm Beach FL 33414-5639

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $74.85 | $74.85 | $74.85 | |

Account # 561-333-0194        Date: July 3, 2001

Phone Number Used: 561-333-0194    Duration of Calls: 15 minutes

PLEASE PRINT CREDIT CARD NUMBER  ❑VISA  ❑MasterCard

_____
NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____    Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK        1CL0106-3020

# PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $74.85 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 561-333-0194 is fully responsible to settle this debt in the amount of $74.85.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.

It is imperative that you submit your payment in full for $74.85 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 888-300-0306 between 9:00 AM – 9:00 PM EST, Monday through Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 04/06/01 | 19:42 | $19.96 | 4 | 04/07/01 | 20:13 | $44.91 | 9 |
| 04/08/01 | 15:42 | $4.99 | 1 | 04/08/01 | 16:20 | $4.99 | 1 |

ATTACHMENT____C____

TOTAL  $74.85

EXHIBIT 148  PAGE 5

We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.

Now you can access your account and make instant payments,
24 hours a day at www.arspay.com

Jul 20 01 12:36p     E:      R&D                    1) 753-2291               p.2

July 5, 2001


Access Resource Services Inc.
6750 W. Commercial Blvd.
Lauderhill, Fl. 33319


To Whom It May Concern:

I am sending this payment in protest. I am not going to lose a good credit rating because
of you.

I am however sending a letter to the FCC Consumer Complaints Division and the Florida
Attorney Generals Office in Ft. Lauderdale. I have already filed a complaint with
Florida's Bureau of Consumer Affairs.

You people have been calling my house pushing this ridiculous service. My wife, father-
in-law and I have always hung up on you. My youngest daughter however thought since
they were free it would be no problem to call this 800 number.

When I called to check this out prior to being insulted and hung up on by Ms. Rebecca
Grant I asked how you verified the age of the caller and if they had permission to make
the call? I would still like an answer to these questions.

According to FCC regulations if you call an 800 Number it is against the law to transfer
to a 900 number. This is what was done when my under age daughter made a call to you
WITHOUT OUR PERMISSION.

I have 900-call block on my phone but this does not work when transferred from an 800
call originally. I'm sure you are aware of this though.

Do not ever call my house again unless it is to answer the questions above. I don't care
what Miss Cleo or any of her so-called associates has to say to me or anyone else in my
family. I feel you provide a disservice to the public by getting peoples hopes up.


No regards,

Rory Wilson
12083 Sugar Pine Trail
Wellington, Fl. 33414
Ph. # 561-333-0194


ATTACHMENT D

EXHIBIT 148 PAGE 6

Jul 20 01 12:36p       E   R R&D                           ;1)  753-2291          p.3

July 5, 2001

Federal Communications Commission, Common
Carrier Bureau, Consumer Complaints, Mail Stop Code 1600A2,
Washington, D.C.  20554

To Whom It May Concern:

I am writing to inform you of what I feel is unfair business practices on the part of
Access Resources Services Inc. of Lauderhill, Florida.

This company I assume is the entity that oversees the billing operations of the television
psychic Miss Cleo.

These people have called my home on a number of occasions stating that we had won or
were picked for a free psychic reading from Miss Cleo or one of her associates. On one
occasion I was told personally that Miss Cleo had a dream about "My" future and needed
to relay a message to me. All I had to do was call an 800 number to receive my psychic
reading for free. My wife, my father-in-law and I all received these calls over a period of
a few months and hung up on the individuals calling.

This is the start of the problem. My youngest daughter received one of these calls and
thought it would be "cool" to call since it was free. She placed a call on April 6th, 7th &
8th, 2001 without our permission. She is not over eighteen nor did she have our
permission to make the call. I also have 900 number protections on my phone line.
However this does not work when you call an 800 number (That they are advertising as a
free call) then are transferred to a 900 number after so many minutes. This is what
happened when my daughter placed this call.

I did a little searching and found on the FCC web site that this practice is illegal. Is it?

When I called Access Resource Services and spoke to Ms. Rebecca Grant. I was told in a
very nasty tone that it was not their problem that my daughter was under eighteen and
didn't have permission. She also stated I should control my children better and I needed
to read my phone book then hung the phone up on me without discussing the matter any
further. I wanted to know how they verify a person is over eighteen or has parental
permission to be placing this type of call. I also wanted to know how when placing an
800 number free call she was transferred to a 900 number pay line. She did not (or could
not) answer any of the questions.

What can I do to get these people to stop bothering me and remove this bill from my
name?  I am not trying to get out of paying a bill because I'm cheap. I just feel that these
people are being irresponsible and deceptive in the way they advertise and practice
business.

ATTACHMENT $E$

EXHIBIT /.$\mathcal{YS}$ PAGE 7

If anyone from our house makes a call I know I am responsible for paying the bill. In this case I feel that my daughter was mislead into thinking she was going to get a free psychic reading and this is what has come from it. I am sending Access Resources a check for the $74.85 to keep them from hurting my credit rating. Is there anyway of retrieving this money due to the way they practice business?

I can be reached during the day at work between 8:00am and 5:00pm phone # 561-753-2250 or after 5:30pm at 561-333-0194. I would appreciate any help you can give me in this matter.


Best regards,

Rory Wilson
12083 Sugar Pine Tail
Wellington, Fl. 33414
Ph.# 561-333-0194


ATTACHMENT  E

EXHIBIT 1.78 PAGE 8

July 5, 2001

Office of the Attorney General
110 S.E. 6th street, 9th Floor
Economic Crimes Div.
Ft. Lauderdale, Fl. 33301

To Whom It May Concern:

I am writing to inform you of what I feel is unfair business practices on the part of Access Resources Services Inc. of Lauderhill, Florida.

This company I assume is the entity that oversees the billing operations of the television psychic Miss Cleo.

These people have called my home on a number of occasions stating that we had won or were picked for a free psychic reading from Miss Cleo or one of her associates. On one occasion I was told personally that Miss Cleo had a dream about "My" future and needed to relay a message to me. All I had to do was call an 800 number to receive my psychic reading for free. My wife, my father-in-law and I all received these calls over a period of a few months and hung up on the individuals calling.

This is the start of the problem. My youngest daughter received one of these calls and thought it would be "cool" to call since it was free. She placed a call on April 6th, 7th & 8th, 2001 without our permission. She is not over eighteen nor did she have our permission to make the call. I also have 900 number protections on my phone line. However this does not work when you call an 800 number (That they are advertising as a free call) then are transferred to a 900 number after so many minutes. This is what happened when my daughter placed this call.

I did a little searching and found on the FCC web site that this practice is illegal. Is it?

When I called Access Resource Services and spoke to Ms. Rebecca Grant. I was told in a very nasty tone that it was not their problem that my daughter was under eighteen and didn't have permission. She also stated I should control my children better and I needed to read my phone book then hung the phone up on me without discussing the matter any further. I wanted to know how they verify a person is over eighteen or has parental permission to be placing this type of call. I also wanted to know how when placing an 800 number free call she was transferred to a 900 number pay line. She did not (or could not) answer any of the questions.

What can I do to get these people to stop bothering me and remove this bill from my name? I am not trying to get out of paying a bill because I'm cheap. I just feel that these people are being irresponsible and deceptive in the way they advertise and practice business.

ATTACHMENT_____F_____

EXHIBIT 1·48 PAGE 10

If anyone from our house makes a call I know I am responsible for paying the bill. In this case I feel that my daughter was mislead into thinking she was going to get a free psychic reading and this is what has come from it. I am sending Access Resources a check for the $74.85 to keep them from hurting my credit rating. Is there anyway of retrieving this money due to the way they practice business?

I can be reached during the day at work between 8:00am and 5:00pm phone # 561-753-2250 or after 5:30pm at 561-333-0194. I would appreciate any help you can give me in this matter.

Best regards,

Rory Wilson
12083 Sugar Pine Tail
Wellington, Fl. 33414
Ph.# 561-333-0194

ATTACHMENT F

EXHIBIT 1·48 PAGE 10

## DECLARATION OF LYNDSY WOLLENBURG

### PURSUANT TO 28 U.S.C. § 1746

I, Lyndsy Wollenburg, make the following statement:

1.  I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Nebraska.

2.  In early 2001, I answered my family's home phone and took a call from "Miss Cleo's" psychic reading service run by Access Resource Services, Inc. ("ARS"). At the time of the call, I was over 18 years of age. The advertisement stated that callers would receive 10 free minutes of psychic service. I used my family's home phone line to call the telephone number because I thought the call would be free. I understood that a tone would sound upon the expiration of the 10 minutes.

3.  I then briefly spoke with a "Miss Cleo's" psychic representative, who asked for personal information, including my birthdate. I ended the call within ten minutes. I am certain that I did so because I hung up promptly upon hearing the tone.

4.  My mother told me that she was subsequently charged by ARS for the psychic services call and that she began to receive collection calls and letters from ARS representatives.

5.  After I made the call, ARS called my family's home again and spoke to my younger sister, who is a minor, advertising psychic services.

6.  After listening to the advertisement, I thought that I could speak with a psychic for at least 10 minutes at no cost. If I had known that my household would be billed for this call, I would not have made the call.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _7/10/01_, 2001 at DeWitt, Nebraska.

_Lyndsy Wollenburg_
Lyndsy Wollenburg

## DECLARATION OF TERESA H. WOLLENBURG

### PURSUANT TO 28 U.S.C. § 1746

I, Teresa H. Wollenburg, make the following statement:

1. I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Nebraska.

2. In early 2001, I became aware that my son, who at the time was over 18 years of age, had called "Miss Cleo's" psychic reading service run by Access Resource Services, Inc. ("ARS"). My son incurred a charge of approximately $9.95 for calling ARS's psychic service in approximately January 2001, and we paid for them in full. My son informed me of the charge prior to the billing. This call resulted in unsolicited advertisement calls to my home from individuals purporting to be ARS representatives. Prior to this call, I had not initiated 900-number blocking on my phone because members of my household had used 900-number services in the past without incident.

3. Upon receiving a subsequent phone bill, I found that I had been charged approximately $29.94 for a psychic phone call. I was confused, as I thought that I had already paid for this charge. I then spoke to my daughter, Ms. Lyndsy Wollenburg, who was over 18 years of age at the time, and learned that she had called ARS's psychic reading service in response to one of the unsolicited telemarketing calls. She told me that ARS had called her and told her to call a particular number for a psychic reading and that the call was free. Her call took place after my son's initial call and was separate from it.

4. I then promptly contacted my telephone company about this matter. The company fully credited me for the charges.

5. On or about the time I learned of the call by my daughter, I also began to receive collection calls from ARS representatives. At one point, ARS representatives were calling my residence daily for the purpose of collection efforts or advertisements for psychic services. These representatives spoke to nearly every member of my household, including all of my children. My household also received direct-mail solicitations for psychic services. These calls and mailings continued despite my repeated requests to ARS to stop them.

6. I also received correspondence from ARS in my husband's name. I initially received a May 8, 2001 "Collection Letter for Unpaid Services" from ARS. According to this letter, ARS alleges that I owe $29.94 for a six-minute call on January 22, 2001. Attached to this declaration as Attachment A is a true and correct copy of this letter.

7. I also received a May 22, 2001 "Payment Demand Notification" letter from ARS. Attached as Attachment B is a true and correct copy of this letter and the envelope in which it arrived.

8. I also received from the ARS Collections Department, a May 30, 2001 "Payment Notice"; a June 6, 2001 "Disputed Charge" letter; a June 6, 2001 "Review of Existing Complaint Pending" letter; a June 8, 2001 "Final Payment Notice"; and a June 25, 2001 "Final Payment Notice." Attached to this declaration as Attachment C are true and correct copies of these letters. These letters state that I am responsible for the calls as the line holder and that I

EXHIBIT *1.50* PART *1*

should contact ARS immediately to protect my credit rating.

9.    During this time, I contacted ARS at the telephone number listed at least three times. I found the ARS representatives to be unprofessional: they hung up on me every time that I called and one representative referred to my children as "insubordinate." Although I repeatedly asked ARS to remove me from their calling and mailing lists, ARS continued to contact me.

10.   To resolve this problem, I contacted the Nebraska Attorney General's Office and the Federal Trade Commission in early June 2001. I also wrote to ARS on June 11, 2001 stating that I had done so. Attached as Attachment D is a true and correct copy of this letter.

11.   I have not paid the $29.94 that ARS claims that I owe. As described above, I have written letters and made numerous telephone calls attempting to resolve this matter. I have not had problems with 900-numbers before, but as result of my dealings with ARS, I have obtained 900-numbers blocking on my telephone.

12.   In late June 2001, I entered my son's e-mail account, urge_11@hotmail.com, with his express authorization to check any new messages for him while he was overseas with the military. I found an e-mail advertisement message from "Miss Cleo," at the e-mail address messagesender@central talk.rsc01.com, dated June 22, 2001. Attached as Attachment E is a true and correct copy of this advertisement. This advertisement urges him to call the number 1-800-489-6487 for a "free Tarot reading" and/or to call 1-800-940-6195 with a credit card for a "special 99¢ Savings Pass." With my son's express authorization, I sent a reply message stating that "Miss Cleo" and ARS should cease sending such e-mail advertisements.

13.   Also in late June 2001, I received at my home e-mail address twollenburg@hotmail.com an e-mail advertisement from "Miss Cleo" at the e-mail address misscleo.ot@response.etracks.com. In the subject line of the e-mail, the message references my birthday correctly. Attached as Attachment F is a true and correct copy of this e-mail. I do not know how ARS acquired my e-mail address and birthdate without my authorization or disclosure to them of such personal information. This advertisement urges me to call the telephone number 1-800-340-7205 to speak a Tarot reader for free.

14.   I found my interaction with ARS to be invasive and time-consuming.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on July 10 , 2001 at DeWitt, Nebraska.

Teresa H. Wollenburg

EXHIBIT 1.50 PAGE 2

JUN-20-2001  18:21                                                                              P.02

# Access Resource Services Inc.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $29.94 | $29.94 | $29.94 | |

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

Account # 402-683-2505      Date: May 8, 2001

Phone Number Used: 402-683-2505   Duration of Calls:  6 minutes

For questions regarding this notice you may write
or call us at 800-223-5520
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

**PLEASE PRINT CREDIT CARD NUMBER** ☐VISA ☐MasterCard

Randy Wollenburg
PO Box 52
De Witt NE 68341-0052

*Teresa*

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____      Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK        1CL0105-2010

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.  In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $29.94 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  *Cleo*

For questions regarding this notice please feel free to write or call us at 800-223-5520.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 01/22/01 | 17:03 | $29.94 | 6 | | | | |

TOTAL    $29.94                   EXHIBIT 1.50  PAGE 3

## Taking responsibility for your actions is an important step in your spiritual journey.

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**                Attachment A

JUN-20-2001  18:21                                                          P.03

# Access Resource Services Inc.

6750 W. Commerical Blvd
Lauderhill, Florida  33319-2115

For questions regarding this notice you may write
or call us at 888-300-0306
9:00 AM – 9:00 PM EST, Monday through Thursday
9:00 AM – 7:00 PM EST, Friday
10:00 AM – 4:00 PM EST, Saturday

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $29.94 | $29.94 | $29.94 | |

Account # 402-683-2505       Date:  May 22, 2001

Phone Number Used: 402-683-2505   Duration of Calls:  6 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard**

Randy Wollenburg
PO Box 52
De Witt NE 68341-0052

*Teresa*

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____

Exp.
date _____

PLEASE DETACH AND SEND WITH CHECK                    1CL0105-2020

---

# PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $29.94 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 402-683-2505 is fully responsible to settle this debt in the amount of $29.94.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $29.94 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 888-300-0306 between 9:00 AM – 9:00 PM EST, Monday through Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

| DATE | TIME | COST | DURATION | DATE | TIME | COST | DURATION |
|---|---|---|---|---|---|---|---|
| 01/22/01 | 17:03 | $29.94 | 6 | | | | |

TOTAL  **$29.94**    EXHIBIT *1.50* PAGE *4*

*Called got hung up on!*

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

Attachment B



Access Resource Services Inc.

6750 W COMMERCIAL BLVD
LAUDERHILL FLORIDA 33319-2115

EXHIBIT 1.50   PAGE 5

**Attachment B**

JUN-20-2001 18:21 P.04

 

# PAYMENT NOTICE

## ACCESS RESOURCE SERVICES ❀ COLLECTIONS DEPARTMENT

Dear Randy: *Teresa*

Please be advised that the below referenced indebtedness has been referred to my attention for immediate action. You have failed to make a payment in the amount of $29.94 for psychic services.

Previous efforts in soliciting your cooperation have proven unsuccessful. I suggest you contact your attorney at once concerning your legal liability.

If you fail to notify us of any dispute regarding the validity of this debt within thirty (30) days from receipt of this letter, we will assume this debt is valid and may notify a credit-reporting agency of the debt delinquency and/or take legal action to collect the debt.

If any such legal action is taken and results in Judgement against you, a Writ of Execution may be issued against your attachable assets. Any legal action taken may result in additional expenses, including service of process and other court costs, thereby increasing your debt and overall financial obligations.

In order to prevent the foregoing action, you must contact Access Resource Services, Inc. within thirty (30) days from the date of this letter to make arrangements for the immediate payment of this debt.

Please remit payment immediately by making a check or money order payable to Access Resources Services, Inc. in the amount of $29.94. Or you can choose our convenient credit card, check by phone or Western Union payment options.

For questions regarding this notice or to choose one of our payment options, call us at 1-888-300-0306 between the hours of 9:00 AM – 9:00 PM EST, Monday – Thursday; 9:00 AM – 7:00 PM EST, Friday; 10:00 AM – 4:00 PM EST, Saturday.

Access Resources Services, Inc.
Collection Department

▲ KEEP THIS PORTION FOR YOUR RECORDS ▲

▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|
| Account # 402-683-2505  May 30, 2001 | $29.94 | | ☐VISA |
| PHONE NUMBER USED: | | | ☐MasterCard |
| 402-683-2505 | | | ☐Check |

PLEASE PRINT CREDIT CARD NUMBER          EXP. DATE          NAME AS IT APPEARS ON CREDIT CARD

1CL0105-2030

*Laticia Lewis 2nd 6:55 p.m. June 7th called she hung up!*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
Randy Wollenburg
PO Box 52
De Witt NE 68341-0052

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO:

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**
6805 W. Commercial Blvd. #293
Tamarac FL 33319
TEL (1-888-300-0306)
Attachment C

EXHIBIT 1-50 PAGE 6

Access Resource Services, Inc.

6805 W. Commercial Blvd.
# 293
Tamarac, FL 33319
1-800-223-5520
FAX: 1-954-748-4755

*By Teresa Wollenburg*

June 6, 2001

~~Teresa~~
~~RANDY~~ WOLLENBURG
PO BOX 52
DE WITT, NE 683410052

Re: Account Number: **4026832505**          Total Amount Due: **$ 29.94**

## DISPUTED CHARGE

Dear RANDY WOLLENBURG,

Upon your request, we have determined that a minor child may have placed the 900 call(s) in question. However, as the phone line holder of record, you are responsible for the actions of all members of your household. It's unfortunate that minors occasionally place these calls from time to time, despite all of our efforts to prevent this from occurring. We suggest that you place a 900 block on your phone, through your local phone carrier to prevent any similar incidents in the future.

We are willing to discuss a settlement on the amount in question, if you provide us with a mailed or faxed copy of the said minor's birth certificate along with the agreed upon payment. Upon receipt of the birth certificate, we will then credit your account with the appropriate payment and send you a letter attesting to the fact that your account has been cleared in full.

We apologize for any inconvenience this may have caused, however we will only credit your account once and for only the first call if more than one call was made.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

*This call was given! was FREE! suppose to be FREE! I am not paying and have NOTIFIED my states and Attorney General and the FTC.*

*EXHIBIT 1.50 PAGE 7*

*No settlement — No minor placed call! Person who placed call received a phone call saying to call the number for 10 FREE minutes. The call was made — the only thing she was told was when her FREE minutes were up she would hear a "beep". She hung up before she heard it! No additional info*

JUN-19-2001  14:07                                                                P.05

**Access Resource Services, Inc.**

6805 W. Commercial Blvd.
# 293
Tamarac, FL 33319
1-800-223-5520
FAX: 1-954-748-4755

*[handwritten: Martina ** Latcia Lewis]*

June 6, 2001
*[handwritten: Teresa]*
RANDY WOLLENBURG
PO BOX 52
DE WITT, NE 683410052

Re: Account Number: **4026832505**        Total Amount Due: **$ 29.94**

## REVIEW OF EXISTING COMPLAINT PENDING / REFUSAL TO PAY

*[handwritten: Teresa]*

Dear RANDY WOLLENBURG,

Before making a final decision to withhold paying this bill in full, please investigate your household further to determine who made the calls for psychic information services via a 900/pay per minute service. After a thorough investigation and a review of the following policy, I feel we may be able to come to a mutual agreement.

Regardless of who placed this call(s) from your home, these charges appeared on your monthly telephone bill. Since these calls were made from your home telephone, it only stands to reason that you would be held responsible. *[handwritten: Not since the person was told she had a FREE 10 minutes]*

*The only way 900 numbers get charged to your home phone bill is by directly dialing these numbers from your home telephone.* Sometimes we are not fully aware of the actions of everyone in our household; therefore as the owner of the phone line- you are fully responsible regardless of who made these calls. *[handwritten: You called my home FIRST — told person they were entitled to a FREE 10 min call]*
If you can provide proof that at the time these calls were made, you did not have this number or phone service we will remove your name as the responsible party.

**Failure to meet your outstanding obligation to us can result in a report that may be submitted to credit reporting agencies.**

It is imperative that you contact our office immediately to resolve this matter and to protect your credit rating. *[handwritten: My credit rating will survive this — I have copies of all correspondence copies of complaints I filed with my states Attorney General and the FTC. I also have additional info on Access Resources and the problems people have with you.]*

Sincerely yours,

Collections Division
Access Resource Services, Inc.

EXHIBIT *[handwritten: 1-5C]* PAGE *[handwritten: 8]*

Attachment C

JUN-19-2001  14:04                                                                P.03

# FINAL PAYMENT NOTICE

## ACCESS RESOURCE SERVICES ⚙ COLLECTIONS DEPARTMENT

Dear Randy:  *Nope — Any dealing you refer to me! Teresa*

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. <u>This account will be reported as delinquent in the next 14 days.</u> You need to send your payment or contact our office immediately. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon collection of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due.** Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill. <u>The telephone line holder on record for (402-683-2505) is fully responsible to settle this debt in the amount of $29.94.</u>  *No! It is my understand cost of call must be stated!*

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.  *They said 10 FREE minutes*

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Access Resources Services, Inc.
Collection Department

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. For questions regarding this notice, you may write or call us at 1-888-300-0306 between 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST Friday; 10:00 AM – 4:00 PM EST, Saturday

*I have called and tried to discuss this with no results. This was suppose to be a FREE call — you*

▲ **KEEP THIS PORTION FOR YOUR RECORDS.** ▲

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
▼ **PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE** ▼

| ACCOUNT NUMBER: | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|
| Account # 402-683-2505   June 8, 2001 | | | ☐VISA |
| **PHONE NUMBER USED:** | $29.94 | | ☐MasterCard |
| 402-683-2505 | | | ☐Check |

PLEASE PRINT CREDIT CARD NUMBER          1CL0105-2040          EXP. DATE          NAME AS IT APPEARS ON CREDIT CARD

*instigated this phone call by calling and telling*

SIGNATURE OF CARDHOLDER

*that the person whom answered was entitled to*

PLEASE REMIT PAYMENT TO:

*a FREE 10 min call! These telemarketing calls*

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**

Randy Wollenburg
PO Box 52
De Witt NE 68341-0052

*were being made on almost a daily basis*

6805 W. Commercial Blvd. #293
Tamarac FL 33319

TEL (1-888-300-0306)

*and did not stop until I Am block*

EXHIBIT

JUN-27-2001  10:36                                                              P.02

*Received — June 27, 2001* (handwritten)

# FINAL PAYMENT NOTICE

## ACCESS RESOURCE SERVICES ❧ COLLECTIONS DEPARTMENT

Dear Randy:

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. <u>This account will be reported as delinquent in the next 14 days.</u> You need to send your payment or contact our office immediately. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. If we do not receive funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due.** Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill. <u>The telephone line holder on record for (402-683-2505) is fully responsible to settle this debt in the amount of $29.94.</u>

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, <u>the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.</u>

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Access Resources Services, Inc.
Collection Department

If you have recently mailed your payment please ignore this notice. Our records will be updated to reflect payment. For questions regarding this notice you may write or call us at 1-888-300-0306 between 9:00 AM – 9:00 PM EST, Monday - Thursday; 9:00 AM – 7:00 PM EST Friday; 10:00 AM – 4:00 PM EST, Saturday

*I was told by an Access Resource Service employee — if I was not going to pay then I should stop calling and harassing her. Only phone calls I made was when I received Collection notices with this* (handwritten)

▲ KEEP THIS PORTION FOR YOUR RECORDS ▲

▼ PLEASE DETACH AND RETURN THIS PORTION IN THE PROVIDED ENVELOPE ▼

| ACCOUNT NUMBER: | | TOTAL AMOUNT DUE | AMOUNT PAID | PAYMENT METHOD |
|---|---|---|---|---|
| Account # 402-683-2505 | June 25, 2001 | | | ☐VISA |
| PHONE NUMBER USED: | | $29.84 | | ☐MasterCard |
| 402-683-2505 | | | | ☐Check |

PLEASE PRINT CREDIT CARD NUMBER          EXP. DATE          NAME AS IT APPEARS ON CREDIT CARD

1CL0105-2050

*The last time I called — per my letter faxed to you dated June 11, 2001 — I was told by your employee — Laticia Lewis — that if I was not going to pay this bill I was not suppose to call her and harass her.* (handwritten)

Randy Wollenburg
PO Box 52
De Witt NE 68341-0052

SIGNATURE OF CARDHOLDER

PLEASE REMIT PAYMENT TO

**ACCESS RESOURCE SERVICES**
**COLLECTIONS DEPARTMENT**
6805 W. Commercial Blvd. #293
Tamarac FL 33319

TEL (1-888-300-0306)

Attachment C

EXHIBIT 150  PAGE 10

June 11, 2001

ACCESS RESOURCE SERVICES, INC.
6805 WEST COMMERCIAL BLVD
#293
TAMARAC, FL 33319

AND

6750 W. COMMERCIAL BLVD
LAUDERHILL, FL 33319

Dear ACCESS RESOURCE SERVICES, INC.:

SUBJECT: 4026832505

This is to inform you that as a consumer I am protecting myself and that I have complained to the
Nebraska Attorney General and the FTC. I have called numerous times to try and resolve this matter
but they will hear none of my side. I have been hung up on three times. Most recently by Laticia Lewis.
I tried to explain that as a consumer I do know my rights and that one phone call was made by my son,
which we paid for. After the initial call we started to receive phone calls from the Psychic Line on
almost a daily basis. My daughter received a call one day telling her she was entitled to 10 FREE
minutes. She just needed to call the number they gave her. Believe me... your physic number was not
one I had listed in my phone book. She did place the call and she was told the first ten minutes were free
and when her time was up she would hear a "beep". She said the person she spoke to started asking her
personal questions such as birth date, etc... and when she realized what was going on she hung up. This
was all before she heard the "beep". It is my understanding that the cost of these calls must be discussed
and divulged up front... ... this did not happen. I just wanted you to know what happened. In trying to
speak to Miss Lewis she would not let me get a word in edgewise and I felt it necessary to explain why I
am no paying this call. I have an excellent credit rating and this does not make me happy however... I
have copies of all correspondence to you and my State's Attorney General and the FTC so... if it comes
down to explaining what happened... if it should affect my credit... I will have the proof I need to show
that I did now and will forever... .dispute this charge. I did suggest to Miss Lewis that you might save
your postage money on sending me collection notices... she told me to quite calling. if I wasn't going to
pay then I didn't need to call and harass her. Well... you see, I feel the same way. The only way the
constant phone calls from Physic Services stopped is when I did get 900 Block Out. Those calls to my
home... was harassment and now the constant flow of notices. It works both ways... . I quit calling and
you quit mailing. Thank you for your time.

Sincerely,


Teresa Wollenburg

*[signature]*


P.O. BOX 52
DEWITT, NE 68341

EXHIBIT 1.50 PAGE 11                                    **Attachment D**



| MSN Home | **Hotmail** | **Web Search** | **Shopping** | **Money** | **People & Chat** | Passport sign out |

**Try MSN  Calendar instead.**
A FREE Web based organizer

Hotmail® *urge_11@hotmail.com*

| Inbox | Compose | Address Book | Folders | Options | | Messenger | Calendar | Help |

### Folder: Inbox

From:     "Miss Cleo" <messagesender@centraltalk.rsc01.com> **Save Address** - **Block Sender**
Reply-To: "Miss Cleo" <feedback@centraltalk.com>
To:       urge_11@hotmail.com **Save Address**
Subject:  **R j - this is an important message!**
Date:     Fri, 22 Jun 2001 14:25:59 -0700

| Reply | Reply All | Forward | Delete | Previous | Next | Close |



**Dear R j, I must speak with you.**
I sometimes have potent visions of our clients and I believe your situation was a part of this vision, R j. I can't tell you much more. My psychic staff and I will speak with you about it as soon as you call. At this moment I'm issuing you a FREE Tarot reading so that together we can complete the puzzle that is your life!

*It is crucial that you call immediately, however. Call 1-800-489-6487 now!* You may possibly meet someone within the next three weeks who could offer you a once-in-a-lifetime opportunity! Will you be rich? Will you find your true love? Once we read your cards, R j, the answers will be perfectly clear. This call is FREE! Call now and begin to live truly free!

## 1-800-489-6487.

There is a reason for everything, R j. There is a reason for my vision, a reason for contacting us, a reason for opening this letter... We have met at the crossroads, you and I, and together we're going to journey to that mysterious place where all the answers are!

Sincerely,
*Miss Cleo*

1 of 2

EXHIBIT 1·50 PAGE 12

6/22/01 7:13 PM

**Attachment E**

JUN-26-2001 08:54                                                                    P.03

*Miss Cleo*

P.S. Please do not share this number with anyone. It is a reserved number that is on hold just for you, R j.

To learn about my special 99¢ Savings Pass-all you need is a credit card. Just call 1-800-940-6195, or visit my web site at www.cleoenergy.com for free horoscopes, Tarot readings, plus many more suprises.

Must be 18+. For entertainment purposes only.

---

Powered by Responsys

This message was sent by Access Resources using Responsys Interact (TM).
Click here if you prefer not to receive future e-mail from Access Resources.
Click here to view our permission marketing policy.

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

Move To | (Move to Selected Folder) ▾

**Inbox** | **Compose** | **Address Book** | **Folders** | **Options** | | **Messenger** | **Calendar** | **Help**

Get notified when you have new Hotmail or when your friends are online, send instant messages, listen to music and more. Try the new browsing software from Microsoft that makes it easy to get more from the Web. Get your **FREE download** of MSN Explorer at http://explorer.msn.com

**msn**

**Other Links:**

Buy Music
Download Music
Buy Books
Free Games
Pharmacy
More...

**Special Features:**

eShop: great stores, great deals
Are your friends online?
The Web's best personal finance site
Keep your car running longer
Get on your soap box
More...

© 2001 Microsoft Corporation. All rights reserved. TERMS OF USE   TRUSTe Approved Priva

2 of 2                                                                    6/22/01 7:13 PM

EXHIBIT 1-50  PAGE 13                                                    **Attachment E**



| MSN Home | **Hotmail** | Web Search | Shopping | Money | People & Chat | Passport |

## Hotmail® *twollenburg@hotmail.com*

| Inbox | Compose | Address Book | Folders | Options |   | Messenger | Calendar | Help |

**Folder: Inbox**

**From:** "MissCleo" <misscleo.ot@response.etracks.com> **Save Address** - **Block Sender**
**To:** twollenburg@hotmail.com **Save Address**
**Subject:** Urgent: Regarding your birthday 11/02/1956
**Date:** Wed, 27 Jun 2001 05:33:00 -0800 (PDT)

| Reply | Reply All | Forward | Delete | Previous | Next | Close |



EXHIBIT *1·50* PAGE *14*          **Attachment F**

## NATIONALLY ACCLAIMED MASTER TAROT READER & PSYCHIC

Miss Cleo is a living legend. She has been blessed with a divine talent that allows her to accurately predict the future.

She has studied long and hard to attain her status of "SHAMAN" - the highest honor a Master Tarot Reader and Psychic can attain.

Miss Cleo currently appears on the Psychic Readers Network with her own thirty minute call-in show. Her long list of TV appearances include"ABC, CBS, NBC, UPN, WB"and many cable Access Networks, including countless other televised broadcasts.

It is because of her amazingly accurate psychic abilities that millions of people, including celebrities, eagerly watch her televised appearances where she continuously converts many skeptics into "true"believers.

Miss Cleo is one of the many Master Tarot Card reading experts and true psychics that are available to you 24 hours a day. Call now with questions about your future.

Please note: your call to discover what's in store for you is free!

Teresa, I'm so very happy I am able to contact you.

My name is Cleo, and I am a Master Tarot Psychic. I had an exciting dream last night that could affect the rest of your life!

I was so moved by the dream, that I shared this with my psychic associates. With this knowledge our prediction powers have been heightened. I am asking you to call immediately and, if I am not available, you must speak to one of my gifted Tarot readers who will know how to use this knowledge to immediately change your future. It could be that exciting.

Teresa, please call right now:

### 1-800-340-7205. This call is absolutely FREE.

## THERE IS NO RISK AND NO OBLIGATION AT ALL.

I can't tell you too much here, but I will say that the experience will amaze you as much as it did me. There may be many wonderful things coming into your life very soon, in fact maybe in the next 10-14 days. You could be one very lucky person Teresa.

It's not often that I get overwhelmed, especially through a dream, at the prospects of good fortune for people. So you can see why I am overjoyed about what the future holds for you. Teresa, your life may drastically change for the better.

Please call **1-800-340-7205** right now so I can share this joy with you.

BECAUSE I WANT THE BEST FOR YOU, I HAVE GONE AHEAD AND SET UP A FREE TRIAL READING WHEN YOU CALL.

Remember, this call is free and so is your free trial reading.

With Love and Hope,

Call Now! **1-800-340-7205.**

Must be 18+. For Entertainment Only.

EXHIBIT _1·50_ PAGE _15_

**Attachment F**

JUN-28-2001   09:06                                                                P.04

---

This offer is brought to you in association with Miss Cleo. If you do not wish to receive future promotions,
simply **REPLY** to the email with **"REMOVE twollenburg@hotmail.com"** in the subject line.

| Reply | Reply All | Forward | Delete | Previous | Next | Close |

| Move To | (Move to Selected Folder) ▼ |

| Inbox | Compose | Address Book | Folders | Options | Messenger | Calendar | Help |

Get notified when you have new Hotmail or when your friends are online, send instant messages, listen to music and more. Try the new browsing software from Microsoft that makes it easy to get more from the Web. Get your **FREE download** of MSN Explorer at http://explorer.msn.com

**Other Links:**

Buy Music
Download Music
Buy Books
Free Games
Pharmacy
More...



**Special Features:**

eShop: great stores, great deals
Are your friends online?
The Web's best personal finance site
Keep your car running longer
Get on your soap box
More...

© 2001 Microsoft Corporation. All rights reserved. TERMS OF USE   TRUSTe Approved Priva

EXHIBIT 150 PAGE 16                                    6/27/01 6:16 PM
                                                       **Attachment F**

## DECLARATION OF STEVEN D. WRUBEL

### PURSUANT TO 28 U.S.C. § 1746

I, Steven D. Wrubel, make the following statement:

1.    I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Michigan City, Indiana.

2.    I reside with and care for my mother, Ms. Doreen Schubert, at 201 Tremont Street, Michigan City, IN 46360. In approximately January 2001, she began to receive the first of three billing notices from Access Resources Services ("ARS") for a total charge of $304.39. This amount was allegedly the total of two 900-number calls made on September 25 and 26, 2000, for psychic services. The alleged total duration of these calls was 61 minutes.

3.    I first learned of these charges as a result of a January 3, 2001 "collection letter for unpaid services" from ARS to my mother. This letter was followed by a January 17, 2001 "payment demand notification" letter and a February 2, 2001 "final payment delinquency notice." Attached to this declaration as Attachment A are true and correct copies of these letters requesting payment for psychic services. I viewed the language of these letters as a growing legal and credit threat to my mother.

4.    As can be seen in the collection letters, the charges were billed to my mother at the telephone number 219-942-1702 and the address 1316 W. 38th Ave, Hobart, IN 46342-2031. Although my mother lived at this residence, with this number registered in her name, she had moved to the Michigan City address and had cancelled the 219-942-1702 number as of April 29, 2000. Attached as Attachment B is a true and correct copy of a statement from her telephone company, Verizon, stating the termination of such service. Consequently, she could not have made the alleged September 2000 calls.

5.    Upon receiving the notices, I contacted ARS by telephone to resolve the situation. I made multiple calls and generally found the ARS representatives to be rude, patronizing, unprofessional, and lacking any genuine desire to resolve the situation. When I told one representative that my mother could not have made the calls because she had cancelled her phone service, the representative informed me that it was my responsibility to prove this cancellation and until then, she was still responsible for the debt.

6.    In approximately January 2001, I contacted multiple authorities about this problem, including the Federal Trade Commission and the Florida Attorney General's Office. I informed Mr. Bob Buckner, case attorney with the Florida Attorney General's Office, about ARS's collection practices. Mr. Buckner responded that he was aware of ARS's practices and that the problem would be resolved: that is, collection efforts would cease and my mother would not receive an adverse credit rating.

7.    I then contacted ARS and informed a representative named Quincy or Larry about my contact with the Florida Attorney General's Office. After this call, ARS ceased its

EXHIBIT 1.51 PAGE 1

DRAFT collection efforts.                                                                    DRAFT

8.      Though ARS has ceased its collection efforts at this time, my experience with the
        company was unpleasant and time-consuming.  I believe ARS was attempting to extort
        money from my mother for calls she could not have made by threatening her with legal
        action and an adverse credit rating.

        I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on 5/23, 2001 at Michigan City, Indiana.

_Steven D. Wrubel_
Steven D. Wrubel

_Doreen M Schubert_

EXHIBIT 1-51   PAGE 2

DRAFT                                                                        DRAFT

FROM : Neil W Hays                    FAX NO. :                    May. 18 2001 02:51PM P2

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

80048340000

Doreen Schubert
1316 W 38th Ave
Hobart IN 46342-2031

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $304.39 | $304.39 | $304.39 | |

Account # 219-942-1702     Date: January 3, 2001

Phone Number Used: 219-942-1702     Duration of Calls: 61 minutes

**PLEASE PRINT CREDIT CARD NUMBER  ☐VISA  ☐MasterCard**

_____
**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____     Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-1010

# COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.  In my world, responsibility and values are an important part of spiritual growth.  And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $304.39 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.   It has been a pleasure doing business with you.

Sincerely,  _Cleo Quiency_

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 09/25/00 | 01:26 | $159.68 | 32 | 09/26/00 | 18:02 | $144.71 | 29 |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | **TOTAL** | **$304.39** | | | | |

**Taking responsibility for your actions is an important step in your spiritual journey.**

| Now you can access your account and make instant payments, 24 hours a day at www.arspay.com |
|---|

**Attachment A**

EXHIBIT 1.51  PAGE 3

FROM : Neil W Hays          FAX NO. :          May. 18 2001 02:53PM P3

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT |
|---|---|---|---|
| $304.39 | $304.39 | $304.39 | |

Account # 219-942-1702          Date: January 17, 2001

Phone Number Used: 219-942-1702   Duration of Calls: 61 minutes

**PLEASE PRINT CREDIT CARD NUMBER** ☐VISA ☐MasterCard

Doreen Schubert
1316 W 38th Ave
Hobart IN 46342-2031

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____ Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0101-1020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT DEMAND NOTIFICATION

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $304.39 for psychic information services provided to you by Access Resources Services, Inc.

As indicated by your telephone companies, those credits issued to you do not exempt you from the amount due. Access Resource Services, Inc. as the Information Provider has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. The telephone line holder on record for 219-942-1702 is fully responsible to settle this debt in the amount of $304.39.

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 numbers were dialed from your phone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder is responsible for payment in full. **WE INTEND TO PURSUE COLLECTIONS TO THE FULLEST EXTENT ALLOWED BY LAW.**

It is imperative that you submit your payment in full for $304.39 in the enclosed envelope. To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. We strongly urge you to avoid mistakes and bring your account current immediately.

If you have recently mailed your payment, or have received credit directly from Access Resource Services, Inc., please ignore this notice. Your account will be settled and our records updated.

Collection Department.

For questions regarding this notice you may write or call us at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 09/25/00 | 01:26 | $159.68 | 32 | 09/26/00 | 18:02 | $144.71 | 29 |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | **TOTAL** | **$304.39** | | | | |

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

EXHIBIT 1-51 PAGE 4

**Now you can access your account and make instant payment          Attachment A
24 hours a day at www.arspay.com**

FROM : Neil W Hays _____   FAX NO. :   May. 18 2001 02:54PM P4

## Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $304.39 | $304.39 | $304.39 | |

Account # 219-942-1702       Date: February 2, 2001

Phone Number Used: 219-942-1702    Duration of Calls: 61 minutes

**PLEASE PRINT CREDIT CARD NUMBER** ❑VISA ❑MasterCard

Doreen Schubert
1316 W 38th Ave
Hobart IN 46342-2031

**NAME AS IT APPEARS ON CREDIT CARD**

Signature of
cardholder _____   Exp. date _____

PLEASE DETACH AND SEND WITH CHECK       1CL0101-1040

---

# FINAL PAYMENT DELINQUENCY NOTICE

We have made several attempts to contact you of the seriousness of the amount **past due.** Your response is urgently needed. This account will be reported as delinquent in the next 14 days. You need to send your payment or contact our office immediately. In short, you can prevent damage to your credit rating by satisfying your obligation. Access Resource Services, Inc. still has not been paid for psychic information services which it rendered. Upon receipt of funds, we will immediately consider this account settled in full. Please contact this office immediately if you have any questions.

As previously stated several times, the credit issued to you by your phone company **does not exempt you from the amount due**. Access Resource Services, Inc. as the provider of psychic information services has the legal right to collect these charges even though the telephone company has credited the charges to your telephone bill. **The telephone line holder on record for (219-942-1702) is fully responsible to settle this debt in the amount of $304.39.**

Our promotion for psychic services is both explicit and clear. Charges were explained when both the 800 and 900 number were dialed from your telephone. Regardless of who incurred these charges on your telephone bill, you, the telephone line holder, is responsible for payment in full. We intend to pursue collection of these charges to the fullest extent allowed by law.

To settle this debt, you can pay by check, money order, cashiers check, or call us to pay by credit card. You need to bring your account current within the next 14 days.

Collection Department.

If you have recently mailed your payment, please ignore this notice. Our records will be updated to reflect payment. If you have any questions please contact this office immediately at 954-563-2543 between 8:45 AM – 5:30 PM EST, Monday through Friday.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 09/25/00 | 01:26 | $159.68 | 32 | 09/26/00 | 18:02 | $144.71 | 29 |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | | TOTAL | | | $304.39 | |

**We suggest that you evaluate your responsibility with this account. Failure to comply may leave us no alternative than to proceed within our legal rights in securing a settlement.**

**Now you can access your account and make instant payments.**
**24 hours a day at www.arspay.com**

Attachment A

EXHIBIT 1.5 / PAGE 5

FROM : Neil W Hays                    FAX NO. :                         May. 18 2001 02:56PM P5



**Receivables Management Call Center**
1135 E. Chocolate Avenue
Hershey, PA  17033

January 10, 2001

Joesph and Dorreen Shubert
201 tremont
michigan city, in  46360

Service Reference

Dear Joesph and Dorreen Shubert:

**Reference:** Telephone Number 219/942/1702  MSD 970909

The following is provided in response to your request for a telephone service reference from Verizon.

According to our records, you have been a valued Verizon customer since 09/09/97 thur 4/29/00.
Thank you for the opportunity to serve you.

Sincerely,

**Receivables Management Call Center**

EXHIBIT _1.51_ PAGE _6_

**Attachment B**

## DECLARATION OF ROBERT M. CHERNIK
## PURSUANT TO 28 U.S.C. § 1746

I, Robert M. Chernik, declare as follows:

1.     My name is Robert M. Chernik. I live in Chicago, Illinois and am a retired police officer.

2.     On or about September 1, 2000, my son, Bob Chernik, and I were watching television. We saw an advertisement for a psychic hotline. The advertisement offered a three-minute, free session and displayed a toll-free "800" number to call.

3.     I called the toll-free number and spoke to a man who instructed me to call (900) 933-0113 and informed me that my three-minute, free session would begin when I began speaking to a psychic at that number.

4.     I called (900) 933-0113 and placed my phone on "speaker" so that my son could hear the call. After dialing the number we heard a recording which asked me to give my name. I responded "Bob." The recording then stated that I would not be charged until the free three-minute session with the psychic ended and instructed me to wait for the next available psychic. I held on the line for the next available psychic and the recorded message was repeated over and over again. After having been on hold for 36 minutes and hearing the recorded message repeated many times, I hung up the phone and disconnected the call. I was never connected to a psychic during that period of time. The only thing I heard during the call was the recorded message.

5.     On or about October 1, 2000, I received my phone bill from AT&T. That bill included a charge in the amount of $164.67 for a 36 minute call to the (900) 933-0113 psychic line. A true and correct copy of the page of my phone bill containing this charge is attached as **Chernik Attachment A.** I called AT&T and explained what had happened and they agreed to remove the charge from my bill.

EXHIBIT /.52 PAGE /

6.       After the charge was removed from my AT&T bill, I received a bill in the mail from Access Resource Services, Inc. of Fort Lauderdale, Florida demanding payment of $164.67 for a 36 minute psychic call. On or about November 18, 2000, I called customer service at Access Resource and spoke to an agent named Dana. I explained to her that I never spoke to a psychic and that I was on hold for the duration of the phone call. She informed me that Access Resource had no way of knowing whether I spoke to a psychic or not, but that I was still responsible for the charge. She told me that the most Access Resource could do was to cut the charge in half to $82.33. I refused this offer and told her that I would not pay anything for services that I did not receive.

7.       On November 22, 2000, I filed a complaint with the Illinois Attorney General's Office regarding the bill. The Illinois Attorney General's Office informed me that they forwarded the complaint to the Florida Attorney General's Office. I later received a letter from the Florida Attorney General's Office informing me that the charge had been removed.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

EXECUTED ON: ____July   17,____, 2001.   _____
                                            Robert M. Chernik

EXHIBIT 1·52 PAGE 2

# CHERNIK ATTACHMENT A

EXHIBIT 1.52 PAGE 3

 **AT&T**

ROBT M CHERNIK
7711 W HORTENSE AV
CHICAGO, IL 60631-1811

Page   3 of 4
Account Number   773 631-8336 940 9
Billing Date   Oct 1, 2000

Questions?   1-800-222-0300

## Important Information

### 900 INFORMATION

Charges for 900 messages and other information services are non-telecommunication services. You have 60 days from the date on this bill to dispute a billing error. You have the right to withhold payment of the disputed charges during investigation of the billing error. No collection activity for disputed charges will occur while the charges are under investigation. Your local and long distance service cannot be disconnected for non-payment of 900 and other Information Service charges. After investigation, if it is determined that the disputed charges are legitimate, the InterExchange Company may proceed with outside collections against the account. Failure to pay legitimate 900 service may result in involuntary blocking of access to 900 services. Voluntary blocking to 900 services may be available upon request from your local Ameritech company. Information about, or requests for voluntary blocking or other Information Services should be directed to the long distance company identified at the top of this page.

This portion of your bill is provided as a service of Ameritech to the above company. Please review all charges carefully - they may include those of a service provider not shown on a previous bill. In addition, nonpayment of toll charges may result in disconnection of local service, and other services may be restricted if not paid. Unpaid accounts also may be subject to collection action. If you have questions about any of the charges appearing on this page, please call the number shown above.

## Current Charges

AT&T Invoice Charges For Period Ending SEP 24, 2000

**Long Distance**

| No. | Date | Time | Place Called | Number | Code | Min | Amount |
|-----|------|------|--------------|--------|------|-----|--------|
| | Pay-Per-Call Services | | | | | | |
| 1 | 9-01 | 1231A | PSYCHIC | 900 933-0113 | D | 36 | 164.67 |
| | Total Pay-Per-Call Calls .......................... | | | | | | 164.67 |

Total Calls Charged to 773 631-8336 ................ 164.67

Calls Charged to 773 631-1848

| 2 | 8-25 | 209P | CONCORD | CA 925 969-1795 | D | 2 | .69 |
| | Total Itemized Calls .............................. | | | | | | .69 |

Total Calls Charged to 773 631-1848 ................. .69

AT&T True Reach (SM) Summary

Total Calls Eligible for True Reach   0.69

Total Long Distance Charges .......................... 165.36

For 900 billing questions, call 1-800-642-2708.

### National Access Contribution

| Description | Amount |
|-------------|--------|
| 3   Universal Connectivity Charge | 14.22 |

Total National Access Contribution Charges .............. 14.22

For an explanation of this charge, please call
1 800 532-2021.

### Taxes

| | Amount |
|--|--------|
| 4   Federal Tax @ 3% .......................... | .45 |
| 5   Infrastr. Maint. Fee | .36 |
| 6   Other Taxes ........................... | 1.79 |

Total AT&T Invoice Charges ........................... 182.18

### Key for Calling Codes:

| | | |
|--|--|--|
| B  Collect | C  Calling Card | D  Day |
| E  Evening | F  Call Forwarding | H  Third Number |
| I   Special Intrastate | L  Late Night | M Multiple Rate Period |
| N  Night/Weekend | O  Operator Completed - | Dial Rates Apply |
| P  Person to Person | R  Standard Overseas | S  Station to Station |
| T  Discount Overseas | X  Conference | Y  Economy Overseas |
| 3  Three Way | | |

Total AT&T Charges   182.18

EXHIBIT 1.52 PAGE 4

DECLARATION OF DONALD FICKEL
PURSUANT TO 28 U.S.C. § 1746

1.   My name is Donald Fickel. My home address 3548 E. King Place, Tulsa, Oklahoma
74115-6123.

2.   Starting in December 2000 my wife, Paula Fickel and I received numerous unsolicited
telephone calls for psychic services and/or tarot readings. Sometimes we received several calls
in one day. These calls always came through our caller ID as caller unknown and a solicitation
message was left on our machine. We did not respond to these offers because we were not
interested. My wife and I did not listen to these solicitation messages in their entirety, we just
deleted them. We wanted to stop receiving these calls, but we did not know who to call to stop
them. During this time we also received a large volume of junk mail offering psychic services,
from a company called Psychic Readers Network, which we routinely threw away.

3.   While I had not previously responded to these repeated solicitations, on January 2, 2001, I
had just lost my job and was at home was at home watching TV when I answered a telephone
call from a man who said he was calling from Psychic Readers Network ("PRN"). The man,
whose name I cannot recall, asked for Mr. or Mrs. Carr, and I told him that Carr was my wife's
former married name. The man asked me if I was interested in a free psychic reading and I said
OK. He told me the free reading was for three minutes and that after that, the cost was $4.99 per
minute. I only agreed to the reading because it was free. I had no intention of paying almost
$5.00 per minute after the free reading. The man then immediately began asking me questions
such as my full name, address, date of birth, my age, and my place of birth. I responded to these
questions and then the man put me on hold. During the three to five minutes I was on hold, I

EXHIBIT _1_ 53  PAGE _i_

heard several very strange faint beeps which almost sounded like a soft bong. I had no idea what these sounds were. After being on hold for several minutes, I became disgusted and was just about to hang up when a woman whose name I cannot recall, came on the line. I did not think I would be billed for time spent on hold since I was told that I would receive a free three minute reading.

4.    The woman began by asking me the same kinds of questions I had just responded to, that is, full name, date of birth, address, etc. By the time I finished responding to her questions, I heard a very faint beep, and thought this might be the signal that the free minutes were up, even though she had not really begun her reading. I thanked her and told her I thought my time was up and that I had to go. Instead, she kept right on talking, faster and faster about the position of the sun and the moon and things that did not seem to make any sense to me, and would not let me hang up. I did not want to be rude and hang up on her but about one minute later I finally told her I was hanging up and I did.

5.    In January 2001, I received my telephone bill from my local provider, SW Bell, and was shocked to see $169.66 posted to my bill for a call to 900 number psychic service. As I stated previously, I was connected directly to psychic after receiving a telephone call to my home; I never dialed a 900 number. I called SW Bell and told the representative that I did not place a call to a 900 number psychic service, so SW Bell removed the charge from my bill.

6.    The volume of solicitation calls for readings became so annoying that my wife called SW Bell for assistance in curbing these calls. SW Bell gave my wife an 800 number for a company called Access Resource Service. When she called the 800 number, my wife told me she followed the recorded prompts and entered our phone number so that we would no longer receive solicitation calls from ARS.

EXHIBIT 53 PAGE 2

7.   On or about February 12, 2001, I received two letters from ARS in which they demanded payment for a telephone call I <u>did</u> not <u>make</u>. One of the letters informed me that they possess voice verification which proves I placed the call. ARS also states that the only way 900 numbers get charged to your phone bill is by directly dialing these numbers from your phone; this cannot be true, since I never called ARS' 900 number. Copies of these two letters are attached to this Declaration as Attachment 1. Also included as part of Attachment 1 is a collection letter for unpaid services dated February 14, 2001, addressed to P Carr.

8.   I responded to ARS' demands for payment in a letter stating that I was not going to pay for a telephone call placed by one of their representatives. A copy of my letter to ARS, with copies to the FCC and the FTC is attached to this Declaration as Attachment 2. ARS continued to call our home, both to solicit and to demand payment, even though we had previously requested ARS to stop calling.

9.   In response to all of these unwanted calls, my wife and I subscribed to a privacy manager service on our telephone line. ARS eventually stopped calling our home and sending dunning letters. Now we are receiving e-mail solicitations offering a free tarot reading, which we are also ignoring.

I state under penalty of perjury that the foregoing statement is true and correct.

Date: 10/22/01

Donald Fickel

EXHIBIT i 5 3 PAGE 3

*Access Resource Services, Inc.*
*1007 North Federal Highway, Suite 272*
*Ft. Lauderdale, FL 33304*

February 12, 2001

DON FICKEL
3548 E KING PL
TULSA, OK 741156123

Re: Account Number: **9188344785**      Total Amount Due: **$ 169.66**

## FINAL REQUEST FOR PAYMENT

Dear DON FICKEL;

**We have notified you on several occasions regarding your delinquent account with us. You have 72 hours from the receipt of this letter to call and resolve this matter. We are open from 9 A.M. to 9 P.M. Monday through Friday, E.S.T.**

As the line holder you are responsible, regardless of who placed this / these calls from your telephone line. Since these charges appeared on your monthly telephone bill and the calls were placed from your telephone, you are responsible in this case. The only way 900 numbers get charged to **your phone bill** is by **directly dialing** these numbers **from your telephone**.

**Failure to meet your outstanding obligation can result in a report that may be submitted to the credit reporting agencies. Should this occur, your credit rating could be adversely affected.**

We are again demanding that you handle this outstanding obligation immediately. Contact our office today at the below number to resolve this very important matter.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

*Voice: (954)-566-8875   Fax: (954)-566-2495*

EXHIBIT _I 53_ PAGE _4_

ATTACHMENT_121

https://secure.orderprocessing.net/ari/collect/letters_page.cgi                    2/12/01

Page 1 of 1

## Access Resource Services, Inc.
### 1007 North Federal Highway, Suite 272
### Ft. Lauderdale, FL 33304

February 12, 2001

DON FICKEL
3548 E KING PL
TULSA, OK 741156123

Re: Account Number: **9188344785**          Total Amount Due: **$ 169.66**

### *VOICE VERIFICATION LETTER*

Dear DON FICKEL;

This is in addition to our previous DEMAND NOTIFICATION LETTER, and your refusal to pay this debt. Our telephone voice verification line proves that this call was placed by a/an " **DON FICKEL** " from the above referenced phone number.

Payment to settle this past due account is needed **immediately**. Please take the time now to call us at the below number to resolve this matter together today. We also have the ability to play this recording for you if you call our office.

**Failure to meet your outstanding obligation to us can result in a report that may be submitted to the credit reporting agencies.**

Should you have any further questions regarding this matter, please feel free to contact us at the below number.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

*Voice: (954)-566-8875    Fax: (954)-566-2495*

EXHIBIT 153 PAGE 5


ATTACHMENT 12

https://secure.orderprocessing.net/ari/collect/letters_page.cgi          2/12/01

**Access Resource Services Inc.**

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | ST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $169.66 | $169.66 | $169.66 | |

Account # 918-834-4785          Date: February 14, 2001

Phone Number Used: 918-834-4785     Duration of Calls: 34 minutes

PLEASE PRINT CREDIT CARD NUMBER   ❑VISA ❑MasterCard

P Carr
3548 E King Pl
Tulsa OK 74115-6123

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____     Exp. date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0102-2010

# COLLECTION LETTER FOR UNPAID SERVICES

Hi. This is Miss Cleo on behalf of Access Resource Services Inc. In my world, responsibility and values are an important part of spiritual growth. And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $169.66 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made. **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes: If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed. That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card. If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice. Your account will be settled and our records updated. It has been a pleasure doing business with you.

Sincerely, *Cleo*

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 01/02/01 | 09:29 | $169.66 | 34 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | TOTAL | $169.66 | | | | | |

ATTACHMENT 1

EXHIBIT 53 PAGE 6

**Taking responsibility for your actions is an important step in your spiritual journey.**

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**

RECEIVED

FEB 2 6 2001

FCC MAIL ROOM

Access Resource Services, Inc.
Collection Department
1007 N. Federal Hwy, Suite 272
Ft. Lauderdale, FL 33304

Account #918-834-4785

To Whom It May Concern:

I'm attaching a copy of the bills you sent my wife and I relative to the account number listed above. You made reference to the fact that someone in our home had to make the 900 call in order for us to be billed, but that isn't true! A representative of a 900 number contacted me at my home and started asking me questions, placed me on hold and when they got back on the line, I told them I was no longer interested and hung up. I was on the phone for 3 minutes. That representative didn't hang up on her end and proceeded to run up my phone bill. If you think that I'm going to pay for a call that I didn't make, but was in fact, was made by one of your representatives using my phone number, you're very mistaken!

If I made the call, I would pay; but the fact that I received a call from a 900 representative who was trying to sell me on talking to a psychic makes it dishonest on your part.

I'm contacting the FCC, FTC and all other agencies to alert them to your actions. This is called slamming and/or cramming.

Cordially

Don Fickel and Paula Fickel

cc:    FCC
       445 12th St. SW
       Washington DC 20554

       FTC-Filed Complaint

ATTACHMENT 2 pt

EXHIBIT 1.53 PAGE 7

*Access Resource Services, Inc.*
*1007 North Federal Highway, Suite 272*
*Ft. Lauderdale, FL 33304*

February 12, 2001

DON FICKEL
3548 E KING PL
TULSA, OK 741156123

Re: Account Number: **9188344785**        Total Amount Due: **$ 169.66**

### *VOICE VERIFICATION LETTER*

Dear DON FICKEL;

This is in addition to our previous DEMAND NOTIFICATION LETTER, and your refusal to pay this debt. Our telephone voice verification line proves that this call was placed by a/an " **DON FICKEL** " from the above referenced phone number.

Payment to settle this past due account is needed **immediately**. Please take the time now to call us at the below number to resolve this matter together today. We also have the ability to play this recording for you if you call our office.

**Failure to meet your outstanding obligation to us can result in a report that may be submitted to the credit reporting agencies.**

Should you have any further questions regarding this matter, please feel free to contact us at the below number.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

*Voice: (954)-566-8875   Fax: (954)-566-2495*

**ATTACHMENT 2** p2.

EXHIBIT *J 53* PAGE *8*

https://secure.orderprocessing.net/ari/collect/letters_page.cgi          2/12/01

### *Access Resource Services, Inc.*
*1007 North Federal Highway, Suite 272*
*Ft. Lauderdale, FL 33304*

February 12, 2001

DON FICKEL
3548 E KING PL
TULSA, OK 741156123

Re: Account Number: 9188344785       Total Amount Due: **$ 169.66**

### *FINAL REQUEST FOR PAYMENT*

Dear DON FICKEL;

**We have notified you on several occasions regarding your delinquent account with us. You have 72 hours from the receipt of this letter to call and resolve this matter. We are open from 9 A.M. to 9 P.M. Monday through Friday, E.S.T.**

As the line holder you are responsible, regardless of who placed this / these calls from your telephone line. Since these charges appeared on your monthly telephone bill and the calls were placed from your telephone, you are responsible in this case. The only way 900 numbers get charged to **your phone bill** is by **directly dialing** these numbers **from your telephone**.

**Failure to meet your outstanding obligation can result in a report that may be submitted to the credit reporting agencies. Should this occur, your credit rating could be adversely affected.**

We are again demanding that you handle this outstanding obligation immediately. Contact our office today at the below number to resolve this very important matter.

Sincerely yours,

Collections Division
Access Resource Services, Inc.

*Voice: (954)-566-8875   Fax: (954)-566-2495*

ATTACHMENT 2 p5

EXHIBIT 1.53 PAGE 7

# Access Resource Services Inc.

Collection Department
1007 N. Federal Hwy., Suite 272
Ft. Lauderdale, Florida 33304

For questions regarding this notice you may write
or call us at 954-563-2543
8:45 AM – 5:30 PM EST, Monday through Friday.

| CHARGES DUE BEFORE | PAST DUE AMOUNT | TOTAL AMOUNT DUE | AMOUNT YOU PAY |
|---|---|---|---|
| $169.66 | $169.66 | $169.66 | |

Account # 918-834-4785          Date: February 14, 2001

Phone Number Used: 918-834-4785     Duration of Calls: 34 minutes

PLEASE PRINT CREDIT CARD NUMBER  ❏VISA  ❏MasterCard

P Carr
3548 E King Pl
Tulsa OK 74115-6123

NAME AS IT APPEARS ON CREDIT CARD

Signature of
cardholder _____      Exp.
                                        date _____

PLEASE DETACH AND SEND WITH CHECK          1CL0102-2010

## COLLECTION LETTER FOR UNPAID SERVICES

Hi.  This is Miss Cleo on behalf of Access Resource Services Inc.   In my world, responsibility and values are an important part of spiritual growth.   And taking care of past debts is a vital part of that process.

You have recently requested and/or obtained a credit on your local or long distance phone bill in the amount of $169.66 for psychic services provided to you by Access Resource Services, Inc.

As indicated by your telephone company, those credits issued to you **do not exempt you from the amount due.** I am pleased that you used our psychic services, but Access Resource Services Inc., as the Information Provider, has the right to collect these charges after the phone company has already credited them to your phone bill. When the adjustments were made on your phone bill, it was made clear that charges were not necessarily forgiven and that further collection efforts would be made.  **Line subscribers are fully responsible for calls made by the line no matter who made the call such as a family member, guest or other user.**

Please put yourself in our shoes:  If someone owed you money for services rendered, you would want them to be responsible and pay the full amount owed.    That's all we are asking of you.

To settle this debt you can pay by check, money order, cashiers check, or you can call us to pay by credit card.  If you have recently mailed your payment, or have received credit directly from Access Resource Services Inc., please ignore this notice.  Your account will be settled and our records updated.    It has been a pleasure doing business with you.

Sincerely,

For questions regarding this notice please feel free to write or call us at 954-563-2543.

| DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) | DATE OF CALL | TIME OF CALL | COST OF CALL | DURATION OF CALL (Min) |
|---|---|---|---|---|---|---|---|
| 01/02/01 | 09:29 | $169.66 | 34 | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | | $0.00 | | | | $0.00 | |
| | TOTAL | $169.66 | | | | | |

ATTACHMENT 204

## Taking responsibility for your actions is an important step in your spiritual journey.

EXHIBIT 153  PAGE 10

**Now you can access your account and make instant payments, 24 hours a day at www.arspay.com**



U.S. POSTAGE

PB METER
7101123

FEB 2 1 01

FCC
445 12th St. SW
Washington DC 20554

3548 E. King PP
Tulsa, OK 74115

**ATTACHMENT** Z-p5

EXHIBIT 1.53 PAGE 11

FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, DC 20554

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Federal Trade Commission
6 th E Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Consumer Response Center, Room H285

EXHIBIT 153 PAGE 12

206