# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _____-CIV

**02-60226**

MAGISTRATE JUDGE SIMONTON

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| ACCESS RESOURCE SERVICES, INC., dba Aura Communications; Circle of Light; Mind and Spirit; and Psychic Readers Network, | ) |
| PSYCHIC READERS NETWORK, INC., | ) |
| STEVEN L. FEDER, | ) |
| and | ) |
| PETER STOLZ | ) |
| Defendants. | ) |

## EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION
### FOR TEMPORARY RESTRAINING ORDER

### VOLUME II

Elizabeth M. Grant, Or. Bar No. 90277
Robert G. Schoshinski, DC Bar No. 429736
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C.  20580
Tel:  (202) 326-3299; - 3219
Facsimile:  (202) 326-3395



## EXHIBIT LIST

### FTC V. ACCESS RESOURCE SERVICES, INC. et al.

### VOLUME II

**DECLARATION OF NICHOLAS MASTROCINQUE**
**WEBSITES RELATING TO ARS/PRN**

| EXHIBIT NO. | WEBSITE |
|---|---|
| 2.2 | www.companyontheweb.com/pathofunity/index.3htm |
| 2.3 | www.geocities.com/allinthecards |
| 2.4 | hometown.aol.com/lyndellsjobopp |
| 2.5 | newagejob.homestead.com |
| 2.6 | www.umcmall.com/psy/info.html |
| 2.7 | www.empyreanhealingarts.com |
| 2.8 | www.bassador.com |
| 2.9 | www.psychicenterprises.8m.com |
| 2.10 | www.angelfire.com/stars2/corri/blc.html |
| 2.11 | www.guidinglightnetwork.com |
| 2.12 | www.angelfire.com/amiga/expose/index.html |

**DECLARATION OF NICHOLAS MASTROCINQUE**
**TRANSCRIPTS FROM DECLARANTS**

| EXHIBIT NO. | TRANSCRIPT |
|---|---|
| 2.13 | Transcript of Buckwood Communications Training Cassette |
| 2.14 | Transcript of Cassette Received from Mr. John Grovom |

**DECLARATION OF NICHOLAS MASTROCINQUE**
**PURSUANT TO 28 U.S.C. § 1746**

I, Nicholas Mastrocinque, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

## BACKGROUND

1.  I am a U.S. citizen over the age of 18 and have personal knowledge of the facts stated herein.

2.  I am employed as an investigator with the Federal Trade Commission's Bureau of Consumer Protection ("FTC") in the Division of Marketing Practices.  My work address is FTC Headquarters, 600 Pennsylvania Avenue N.W., Room H-238, Washington DC 20580.

3.  As part of my work as an investigator, I research and/or investigate entities that may be violating the FTC Act or FTC Rules.  My work has included investigating the activities of Access Resource Services ("ARS"), which provides and collects payment for psychic reader audiotext services, and the Psychic Readers Network ("PRN"), a related company.

## WEBSITES RELATING TO ARS/PRN

4.  In the course of my investigation, I found a number of Websites that recruit "readers" to provide audiotext services to consumers who contact ARS/PRN for a "psychic reading," or that otherwise relate to ARS/PRN.  The following exhibits are printed copies of all or relevant portions of some of the Websites that I found:

    a. www.companyontheweb.com/pathofunity/index.3htm    **(2.2)**

    b. www.geocities.com/allinthecards    **(2.3)**

    c. hometown.aol.com/lyndellsjobopp    **(2.4)**

    d. newagejob.homestead.com    **(2.5)**

    e. www.umcmall.com/psy/info.html    **(2.6)**

    f. www.empyreanhealingarts.com    **(2.7)**

    g. www.bassador.com    **(2.8)**

    h. www.psychicenterprises.8m.com    **(2.9)**

-1-

EXHIBIT 2.1 PAGE 1

-2-

    **h. www.angelfire.com/stars2/corri/blc.html**        **(2.10)**

    **i. www.guidinglightnetwork.com**        **(2.11)**

    **j. www.angelfire.com/amiga/expose/index.html**        **(2.12)**

5.    In some instances, I preserved an electronic copy of these Websites using a program called Teleport Pro, from which I later generated printouts.

6.    As part of my investigation into the activities of ARS/PRN, I received a tape provided to me by a reader, Ms. Kathy Swann, who contracted with Buckwood Communications to provide readings to ARS/PRN callers. The reader indicated she received the tape from the management of Buckwood Communications for training purposes. I listened to the tape, which is a recording of the manager for Buckwood Communications conducting an orientation session for people interested in working as a reader handling calls to ARS/PRN lines. I had the tape transcribed. A copy of the transcript can be found at **Exhibit 2.13.**

7.    I also received a cassette tape provided to me by a consumer, Mr. John Grovom. The tape contains a number of recorded messages from "Miss Cleo" left on his answering machine. The messages provide a toll-free number to call to receive a "free reading." I had this cassette tape transcribed, and a copy of the transcription appears at **Exhibit 2.14.**

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _Jumber 23_ , 2002 at Washington, DC.

_Nicholas Mastrocinque_
Nicholas Mastrocinque

-2-

EXHIBIT 2.1   PAGE 2

ht'    ompanyontheweb.com/pathofunity/index3.htm

# Blue Lotus Counseling's

# The Blue Pages

Welcome to Blue Lotus Counseling!

*A Spirit-Run Company*

Greetings! Please be sure to take a few minutes to read these pages; chances are you will find the answers to most of your questions. The *Blue Pages* contain information on our procedures, Base Pay and Bonus information, the handy Getting Started page, the Vision of Blue Lotus Counseling, your log sheet (to receive *Address Bonus* money), phone and fax numbers, and other useful information for which you are responsible. You should also read theSuccess Page **before** you log on for the first time. Lastly, download the "Log Sheet" before you leave this web site. The link is located at the end of these pages.

BLC allows you as an Independent Contractor to work from the comfort of your own home or office, at whatever flexible hours fit your schedule. It is an excellent way to supplement your current business, and earn extra dependable income during hours that you have not scheduled for your other clients. You are free to continue your private practice, if any.

1) To begin, you will need to install a separate dedicated line with no call waiting, voice mail, or answering machine for responding to referrals (calls) provided by BLC. You'll also need a fax machine (or the use of one) or email. Inexpensive ones are OK.

2) Fill out the Agreement, and then return them to us. Be sure to send us the attached W-9 Form, as well. Please include a photocopy of your Social Security number and one other ID card (like a drivers license). If there is any problem with this, please call.

Please keep these pages on hand for future reference.

We act as your support group. Please feel free to call if you have any questions, problems, or comments. If you are interested in The Blue Lotus Mission Statement, please click here: Mission Statement

Before you leave this web site, please be sure to download

In unity,

Rev. Evin O'Ryan,
and all of us at Blue Lotus Counseling

Live a Miraculous Life!

Please check these pages often for updates. rev. 11/5/01

## GETTING STARTED

Please have this page on hand when you receive your Extension Number and Password; it will make the process much easier for you! We want to make getting started on the line as easy as possible. We also hope that the energy and money you receive

EXHIBIT 2.2   PAGE 1

12/4/2001 10:49 AM

from being a part of this moves you a step closer to living a miraculous life.

Here's how to log on to the system:

1. On your System (work) phone, dial: 1-800-848-4587.

2. The computer will then ask for your Personal Identification Number. Enter it.

*Your Personal Identification Number (your Extension Number ) is:* _____.

3. The computer will then ask you for your Password. Enter it.

*Your Password is:* _____.

4. You'll then hear the recorded *Daily Message*. Listen to it; it contains up-to-date systems information for which you are responsible!

5. After the daily message, the computer will say, "To log-on, press 1; to log off, press 2." (The procedure is the same logging on and off.) Press 1.

6. The computer then will say, "You're now logged on at [your system phone number]. If this is correct, press 1." Press 1. You are now logged on. Go to your system phone and receive calls.

7. When you're ready to log off, repeat steps 1-5. Press "2" to log off.

**Some Suggestions, Guidelines, and Policies**

• The day ends at midnight. If you take a call at, say, 11:55 P.M. and it goes until 12:15 A.M. the next day, start a new log sheet *after* that call.

• When you fax in your log sheets, be sure to print clearly! Use block letters. If we can't read the entry, we can't count it, and you won't be paid that Address Bonus. Use **black ink**, too. Also, PRN is currently asking that you have at least a 65% name and address capture rate. This helps to insure the success of our direct mail advertising program. Failure to keep a 65% name and address average and/or not sending in your Log Sheets in a timely manner may result in being suspended from the line until the situation has been corrected.

• It's very important to maintain a good call average, preferably greater than 20 minutes. If your call average is consistently low (below 15 minutes), this shows that although you are probably a good counselor doing "in person" readings, the energy of this line may not be for you. In such cases, you may be released from your agreement. However, we have a *Business Builder* pack, which we will be happy to send you. In some cases, the information has helped noticeable. Also, your Sponsor should be happy to work with you.

   The computer determines your monthly average like this: it adds up the minutes of all your calls for the past 30 days (including the present day). Then, it divides that total number of minutes by the total number of calls that you took for that 30 day period. All calls, including hang-ups, are tallied. Note: you should include hang-ups on your Log Sheet and put as the call length "0" minutes.

   For new Blue Lotus Counselors, it is very important *not* to log off for the day *if your average is below 15 minutes,* unless you have accrued a high average over the first few days that you've worked. Once you have a strong average, a day or two of low averages won't effect your average that much.

• For systems reasons, it is important that you only be logged on the system while you are accepting calls or responding to referral calls. If you do not log on the system, you will not receive any calls. If you are logged and are not attending the phone, you may be released from your Agreement.

• When you receive a call, first you will hear a voice message letting you know the type and maximum length of the call. When the caller is connected, we suggest that you answer by saying, "Thank you for calling the Network, this is (your name) at extension (your extension). *If you like the reading you are about to receive, or if we're cut off for any reason, please call me back at 1-900-288-0973* What is your name? What is your date of birth?" Write down the answers and the time the call began, using Eastern Time. You may find it helpful to purchase an inexpensive digital clock set at Eastern Time and keep it

EXHIBIT 2.2  PAGE 2

where you take calls.

**VERY IMPORTANT:** Again, *within the first minute of the call, ask for the customer's Name, complete Mailing Address, and Email address. Record this information on your Log Sheet. (You wioll find a link to the Log Sheets at the end of the Blue Pages.) Be professional and in command. Don't drag it out. It should take you less than a minute to do this.*

***One minute before the call is over, you'll hear a beep.*** *When you hear that say, "I've just heard a beep which announces that you have been chosen as one of our special callers and we want to save you a great deal of money. In a few seconds, you'll be given an opportunity to receive readings at only 99¢ a minute. Please take down my extension number, and call me back right after you receive that information. It was great talking with you. Thanks!"*

• Note: PRN has blocked the following Area Codes. If you are applying to Blue Lotus Counseling, we cannot hire you if have one of these Area Codes: 201, 206, 334, 360, 407, 503, 561, 608, 818, and 973. Because these numbers are subject to change, please call Jerry at (954) 424-3072 for updated information.

### Compensation Schedule

BLC pays its independent contractors according to the data verified by PRN and down loaded directly from West Telesevices Corporation. Independent contractors are paid *only* for the number of minutes shown in this data for each extension. BLC does *not* compensate any contractor according to the independent contractor's calculations. There are no exceptions. The total dollars paid to you will be reported to the IRS on Form 1099. You are solely responsible for the payment of any and all employment-related taxes.

BLC compensates its independent contractors according to the following structure.

**1. BASE RATE:** The base rate of pay is fourteen cents (14¢) per minute. If, however, you take a call on either the first or second day of a pay period, you receive a *Log On Bonus* of five cents (5¢) per minute, making the base rate of pay **nineteen cents (19¢) per minute.** Base rate pay compensation may from time to time be changed by Company via the "Daily Messsage" and/or on Blue Lotus check pay stubs.

**2. ADDRESS BONUS:** An additional amount equal to twenty-five cents (25¢) will be paid for each complete and verified customer record (correct name, address, city, state, zip code, and date of birth) that is reported to BLC.

Tell each caller that you will be sending him or her a free set of Tarot cards (our current promotion). Address Bonus compensation may be changed or discontinued at the sole discretion of BLC without prior notice, effective on the first or sixteenth day of any month.

IMPORTANT: Ask the caller to spell out any name or address that you are not sure of. If you spell anything wrong (or if the address is incomplete), the mail program will reject the address and you won't be paid for it.

Also, after asking the caller for their zip code, ask for their email address.

**3. EMAIL BONUS:** For every three email addresses you capture, you recive one *Email Contest Ticket.* Each pay period, one winner is drawn and he or she will receive a $20 Bonus. Prize amount may vary from time to time.

**4. REFERRAL BONUS:** Currently, you are eligible for a Bonus for every psychic reader that you recommend to work with Blue Lotus Counseling. To qualify, you must be on-line for a minimum of 600 minutes for the pay period. There are no exceptions! *Please don't ask!*

If you work 600 minutes or more during a pay period, you will receive four-cents (4¢) for every minute that the person(s) that you have sponsored has worked. If you work more than 1,800 minutes for that pay period, you will receive five-cents (5¢) for every minute that they have worked.

There is no limit to the number of readers that you may recommend. This Bonus is included with your regular bi-weekly paycheck.

For example, if you refer one person, and she is paid for 40 hours (2,400 minutes) in that pay period, you will receive a Referral Bonus of One Hundred, Twenty Dollars ($120) on your pay check for that period.

If you refer four people, and they each are paid for the same amount of minutes as in the above example (2,400 minutes), you

EXHIBIT 2 2  PAGE 3

will receive a Referral Bonus of Four Hundred, Eighty Dollars ($480) on your pay check for that period. This would give you almost an additional One Thousand Dollars ($1,000.00) per month in Referral Bonuses.

The Referral Bonus may be changed or discontinued at the sole discretion of BLC without prior notice, effective on the first or sixteenth day of any month.

You will find that if you keep in touch with the people that you sponsor, if you encourage and help them, they will do much better. This is called mutual support. It pays off on many levels and in many ways.

For more information on Referals, see "Additional Notes" below.

**5. GOLD COIN BONUS:** On the first pay period of each month, the five counselors who work the most minutes for that pay period will receive a gold coin. To qualify, you must have at least a 15 minute average and a 50% name and address capture. The Gold Coin Bonus may be changed or discontinued at the sole discretion of BLC without prior notice, effective on the first or sixteenth day of any month.

If you are the top winner (you have the most minutes for that pay period) in the monthly Gold Coin Contest, you will be entered into the *Hall of Fame 50 Peso Mexican Gold Coin Contest.* The contest runs from January through December, inclusively.

A person can be entered as many times as he or she is the top winner in the monthly Gold Coin Contest. On or about January 3, after the contest is over, the total minutes of each entrant is added up. If a person has won twice (or more), the minutes for those two pay periods (or more) will be added together. If a person has won once, that amount will be used. The person with the most totaled minutes will be deemed the winner. The prize will be mailed within 30 days. The decision of the judges is final.

**6. PRIORITY/EXPRESS MAIL:** If you work more than 3,000 minutes during a pay period, we will send your check by USPS Priority Mail. If you are a Gold Coin Contest winner, we will send your check and prize by USPS Express Mail.

**Discrepancies; Stale-Dated Checks**

All payroll discrepancies must be reported *within two weeks* after the checks for that pay period have been mailed. Failure to report discrepancies within this time frame may disqualify you from being reimbursed. In addition, BLC will not reissue checks that are over six (6) months old.

**PAY PERIODS**

There are two pay periods per month. The first runs from the first to the 15th of each month. Checks for that pay period will be mailed on approximately the 3rd of the next month (about two weeks after that pay period has ended). The second pay period runs from the 16th to the last day of the month. Checks for that pay period will be mailed on approximately the 18th of the following month (about two weeks after that pay period has ended). Note that these mailing dates are contingent upon the date that PRN mails the payroll reports and on PRN's courier.

The First Pay Period is from the 1st – 15th of the calendar month

The Second Pay Period is from the 16th – to the end of the calendar month

The checks for the First Pay Period are mailed out on the 3rd of the next month.

The checks for the Second Pay Period are mailed out on the 18th of the next month.

Note: If the 3rd or the 18th falls on or about a Sunday or a Legal Holiday, then the checks will be mailed the following business day.

Please note: BLC has a $25 per pay period non-billable Management Fee. This fee is waived whenever a reader works more than 120 minutes over two consecutive pay periods.

For example, if you work 100 minutes in one pay period and 30 minutes in the next, the Management Fee is waived (the total minutes worked for the two periods is 130 minutes, which exceeds the 120 minute minimum), and a check for the 130 minutes in full is sent to you. Only those who work less than 120 minutes for two-consecutive pay periods will be charged the

EXHIBIT 2 2 PAGE 4

p://companyontheweb.com/pathofunity/index3.htm

Management Fee, the Fee being deducted from their work minutes pay.

## ADDRESSES AND CONTACT NUMBERS

*MAIL:*

Blue Lotus Counseling
PO Box 220964
Hollywood, FL 33022-0964

PHONE: (954) 424-3072; Noon — 4 PM, Monday-Friday.

### To send LOG SHEETS:

By Fax:

USA, North Broward, South Palm Beach: (561) 470-9227
Dade and South Broward County: (954) 962-7065
North Palm Beach: (561) 791-3695

By email: sg614@aol.com

### To send AGREEMENTS, NOTES, COMMENTS, COMPLAINTS, AND NOTES:

By Fax: Tri-County Area: (954) 927-7659 (PLEASE DON'T SEND LOG SHEETS HERE!)

By email: katwolf@aol.com (PLEASE DON'T SEND LOG SHEETS HERE!)

*Never, under any circumstances, give these numbers to a customer.*

## CUSTOMER SERVICE

If a Customer wants to talk to a supervisor, has a complaint about a bill or about service, or wants to know about "free minutes," we have a Customer Service number. The number is: 1-800-211-8326. **Never** discuss a bill with a customer. If a customer asks you about "free minutes," you must say that you don't know anything about it. Give them the Customer Service number. If you are being tested by PRN or anyone else and you confirm "free minutes," you will be released from your Agreement. If you have any questions about this, please call.

## "900 CALL-BACK" NUMBER: (900) 288-0973

Please give this number, along with your Extension, to each and every caller. At the beginning of each call, say, "Hi, this is [your name] at extension [your extension]. If you like the reading you're about to receive, or if we're cut off, you can call me back at 900-288-0973." Don't rush this. Ask the person to write down the number. The point is not to parrot the number, but for the caller to be able to reach you again.

Between 5-10% of our business comes from this. *If you receive a test call and you do not give out the 900 number, you'll be suspended for a week.*

## ADDITIONAL NOTES

If you do not take at least 600 minutes worth of calls during a pay period, we will assume that you are not interested in working on the line. If, however, you are still interested, but are going on vacation, have personal problems, or are working with a low average, let us know. We will not release you if we know about your circumstances.

If we do release you from your Agreement, however, you will lose all sponsorships that you may have gathered. There are no exceptions to this rule. If you want to start again, you'll need to contact us, and you can start again. Please note that this 600 minute per pay period requirement is not linked in any way to the 600 minute Referral Bonus requirement. Therefore, if you have reason you work less than the 600 minutes, we won't release you from your Agreement, but you won't receive your Referral Bonus for that pay period.

EXHIBIT 2 2 PAGE 5

12/4/2001 10:49 AM

The people that you sponsor must have a *16 minute average or better*. Statistics show that if their average is below that, there is a 90% chance that they will quit the line, because they won't receive many calls. On Fridays, we will read a list of Extensions whose averages are below 16 minutes. As a Sponsor, it is up to you to re-train them. We offer you tools for that: *The Business Builder* and *The Success Page*.

If, however, within a week that person's average does not improve, we will remove him or her from the line, do in-house retraining (via the "Blue Lotus *Tune Up*," a 40 minute phone session that costs the trainee $20). If he or she fails to maintain a good average after that, then the reader isn't meant for this line in any event.

**In sum,** to help guarantee your success, follow these four tips:

1. Don't log off for the day with a call average less than 12 minutes, at least for the first couple of weeks.

2. Always give out the 900 number at the beginning of each call. ("If you like the reading you're about to receive, call me back at 1-900-288-0973.")

3. Ask every caller if they'd like to receive a FREE pack of tarot cards. When they say Yes, write down their name and address on your Log Sheet. *Fax (or email) your Log Sheets in the next day.*

For email, please use this format:

(At the top of the page, put:) Your extension #: date of calls

11:12 A - 11:45
Name DOB
Address
City State Zip Call Length


.....
Here's a sample:

Ext. 12345; for 1/24

10:15 - 10:45 Am
John Smith 8/21/65
123 Elm St #142
Miami, Fl 33326 30 min

10:46 - 11:05
Karen James 10/12/56
235 Oak Ave
Washington, DC 20513 21 min
..........

4. Never use the words "Hold on a minute" or "Wait a second" while talking to a caller. *If it is a test call, you will be removed from the line!* Never promise them free minutes or do any other questionable practices. If they ask you if thier call is free, you must say, "I don't know. If you'd like, I'll give you the Customer Service number."

If you work within these guidelines, you will be a success.

**STATE ABBREVIATIONS**

Here is a list of 2-letter abbreviations for the States:

Alabama...AL; Alaska...AK; Arizona...AZ; Arkansas...AR; California...CA; Colorado...CO; Connecticut...CT; Delaware...DE; Dist. of Col...DC; Florida...FL; Georgia...GA; Hawaii...HI; Idaho...ID; Illinois...IL; Indiana...IN; Iowa...IA; Kansas...KS; Kentucky...KY; Louisiana...LA; Maine...ME; Maryland...MD; Massachusetts...MA; Michigan...MI; Minnesota...MN; Mississippi...MS; Missouri...MO; Montana...MT; Nebraska...NE; Nevada...NV; New Hampshire...NH; New Jersey...NJ; New Mexico...NM; New York...NY; North Carolina...NC; North Dakota...ND; Ohio...OH; Oklahoma..OK; Oregon...OR; Pennsylvania...PA; Rhode Island...RI; South Carolina...SC; South Dakota...SD; Tennessee...TN; Texas...TX; Vermont...VT;

EXHIBIT 2.2  PAGE 6

12-4-2001 10:49 AM

Virginia...VA; Washington...WA; West Virginia...WV; Wisconsin...WI; Wyoming...WY.

revised 11/01/01

<u>Click here for the **Email** format *Log Sheet*</u>
<u>Click here for the **Fax** format *Log Sheet*</u>

.

.

EXHIBIT 2.2 PAGE 7

N/A

12/4/2001 10:49 AM

# Welcome to All in the Cards!



EXHIBIT 2-3   PAGE 1

# All in the Cards

**Job Offer**
Openings
Requirements
Compensation
Apply Now

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
Contact Us
FAQ
Links

We are a psychic network of qualified psychic advisors. We contract with psychics on an individual basis. Each psychic is an independent contractor and not an employee of Allinthecards.

Allinthecards allows you as an Independent Contractor to work from the comfort of your own home or office, at whatever flexible hours fit your schedule. It is an excellent way to supplement your current business, and earn extra dependable income during hours that you have not scheduled for your other clients. You are free to continue your private practice, if any.

We are associated with Buckwood Communications, Inc. and we do work off of the PRN lines.

You can have confidence knowing that you will work for the best and largest group and that we are a VERY busy Network.

**Would you like to see what a call is like? Click the image below to view a Sample Reading.**



***Apply NOW!***
*Get paid to use the gift that you possess.*



***Learn How!***
*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*



EXHIBIT 23   PAGE 2                    NM

# Openings

Openings

**Job Offer**
Compensation
Apply NOW
Requirements

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
Contact Us
FAQ
Links

Thank you for your interest in the psychic 900-phone line industry.  I manage a family of highly qualified/motivated spiritual phone counselors, who work from home, providing helpful insights to network callers.

Currently I am accepting applications for Independent Contractors who wish to provide metaphysical readings in the area of Psychic/Clairvoyant, Tarot, Astrology, Runes, Numerology, and I Ching.  Previous 900 psychic line experience is preferred, but not required. Complete orientation is available to anyone who expresses a sincere desire to be a part of a successful team.

**THIS IS A LEGITIMATE OFFER,**

**AND THERE ARE NO FEES INVOLVED.**

Each psychic determines when he or she responds to calls and determines how many referrals (calls) to accept each day, week or month. Allinthecards allows you as an Independent Contractor to work from the comfort of your own home or office, and to choose your own schedule- we will not make one for you.

I provide alot of support that others companies do not offer. I do not recruit you for this job and then just disappear like so many others. I am always here to help you, guide you, and to answer all of your questions. We hope that if you feel drawn to this kind of work, you will join us.

**Would you like to see what a call is like? Click the image below to view a Sample Reading.**



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*

EXHIBIT 2-3   PAGE 3



EXHIBIT 23   PAGE 4

N/M

1/16/2002

Compensation

# Compensation

**Job Offer**
Openings
Requirements
Apply Now

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
Contact Us
FAQ
Links

AllintheCards pays its independent contractors according to the data received directly from the Network.

Independent contractors are only paid for the number of minutes (and calls) shown in this data for each extension.

AllintheCards does NOT compensate any contractor according to the independent contractor's calculations.

AllintheCards compensates its independent contractors according to the following structure:

The base rate of pay is fifteen cents per minute ($9 per hour). If you work more than 10 hours in a week, you will be paid twenty cents per minute ($12 per hour) for that pay period.

**You are required to work 10 hours every pay period.** If you are unable to do so, you must notify me at allinthecards@yahoo.com.

Pay periods are every week. They begin on Monday and end on Sunday.

The network day runs from 12:01am-midnight. Always use Eastern Standard Time.

I receive checks one and a half weeks after the pay period ends. A certified check will be mailed right to your home.

I am in the Tampa, FL. We have employees in all 50 states and Canada. To receive payment you MUST have a signed contract on file and W9(US) or W8 (Canada). You must also submit your log



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*

(Canada). You must also submit your log sheets in a timely manner.

You may request special mail handling service... Priority Mail, Express Mail, UPS, or FedEx... for delivery of your check. There is no administrative fee for this service, however the actual charges will be deducted from your check prior to mailing.

There are bonuses given by the Network frequently, and you will be notified of them each time you log onto the Network to work.



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*

**Would you like to see what a call is like? Click the image below to view a Sample Reading.**

# Requirements

**Job Offer**
Openings
Compensation
Apply NOW

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
Contact Us
FAQ
Links

To begin, you will need a telephone line dedicated to your psychic work. It must not have any features such as call waiting, voice mail or answering machine. You may use your home phone line as long as you do so discreetly- and you do not log on during the times that you normally get alot of personal calls for your household. You will also need a fax machine (or the use of one) or email.

You must have some sort of experience in order to begin. If you have no experience in tarot card reading at least, then please do not fill out the Agreement or W9(US) or W8(Canada). You may wish to visit www.learntarot.com for a free online course complete with lessons.

**The only time required for this job is a promise of 10 hours per pay period (week).**

You are certainly free to put in more time if you'd like - some psychics work 40 or more hours a week while others only work part time. The choice is yours, and the hours when you put in your time are totally flexible and completely up to you. **We are busy 24 hours 7 days a week so anytime you want to work you will receive calls.**

**You absolutely must work on either the first or second of every month. Also, you absolutely must work on either the sixteenth or seventeenth of every month.** This is not my rule- it is the Network's rule. I cannot do anything to waive it. There is no time limit on the number of minutes that you have to work on these days- one call on either day is suitable.



***Apply NOW!***
*Get paid to use the gift that you possess.*



***Learn How!***
*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*

either day is suitable.

Allinthecards requires its independent contractors to enter a written <u>Agreement</u> with Allinthecards. That <u>Agreement</u> can be found on this site and must be completed before any referrals will be made.

Along with the <u>Agreement</u> you will need to print and fill out a <u>W9(US)</u> or <u>W8 (Canada)</u> Form. You will need to mail this in to us right away.

We strongly suggest that you first fax your signed <u>W9</u> or <u>W8</u> back to us, then mail the original- you can start right away, provided you have some sort of experience- even if it is with family or friends and not in a professional setting.

Please review the information on <u>Priority</u>.

**Would you like to see what a call is like? Click the image below to view a Sample Reading.**

EXHIBIT 23   PAGE 8      1/16/2002

# Priority

Priority

**Job Offer**
Openings
Requirements
Compensation
Apply Now

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
Contact Us
FAQ
Links

## PRIORITY TO RECEIVE CALLS:

When the calls come in to the service bureau through the long distance carrier they must be distributed to the IC's who are currently logged on to the system, which is done by the service bureau. Each time the phone rings the computer adjusts the priority of the IC to receive calls.

## The computer adjusts the priority based on:

**1)** Number of minutes the IC performs

**2)** Call average

**3)** Client information capture %

**4)** Number of callbacks to the 900# & 800# generated by you giving that callback number out.

**5)** Work a minimum of 300 minutes a week.

## Example of how call priority works on Line:

When calls come in the computer looks at who is logged on, then it looks at the priority of each IC, then it sends the call to the IC with the best priority who is not currently on a call. It is obvious that the better priority you have the more calls you will receive while logged on. To not drop down so low in priority that you won't receive as many calls you could set your goals to do LOTS of minutes, better than a 15 minute call average, and above C9% client information capture. Call



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*

68% client information capture. Call average = total number of minutes divided by total number of calls.

Your Priority number represents your relative position in line for receiving calls. The priority numbers range from 1-3,600. For example, if you have a Priority of 10, that means that when a call comes in, the computer will scan Priority numbers 1-9. If those numbers are busy (the psychics are talking to callers), or not logged on, then you would receive that call. Usually, if your priority is less then 1,000, you should receive calls one after the other.

Your priority is determined by two factors: Your call length and the total minutes that you're on the line. If you average is 20 minutes or greater, you're in the top tier ~ you'll have "top priority" in receiving calls. (You'll have a priority # between 1-800). If your average is 18 - 19.99 minutes, you're in the second tier. The tiers continue 16-17.99, 14-15.99, 12-13.99, 10-11.99, and 8-9.99.

Your position within a tier is determined by your total minutes, For instance, if you have 21 minute average (top tier) and have worked 1,000 minutes for a week, you'll have a better priority than someone with a 24 minute average (top tier), who has worked 500 minutes.

**Here is something very helpful to tell you,**

**The key to your success is to have a daily average of at least 17 minutes.**

**Call average = total minutes divided by total number of calls.**

**This will ensure that you receive calls back to back anytime of day or**



***Learn How!***
*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*



***Apply NOW!***
*Get paid to use the gift that you possess.*



***Learn How!***
*It is not as difficult as you may think it is.*



calls back to back anytime of day or **night!**

You want to aim for a 25 minute of higher average so call will come in just as soon as you hang up. To do this, you must think in terms of 45-minute calls every time you pick up the phone. If you think 25 minutes, that's all you will get, but when you they are averaged in with hang-ups and short calls, your average will drop dangerously low. So think 45 minutes.

If you are new, you should start at midnight (EST) and stay on for two or three hours, you will want to do this the first few days.

This will help you establish a high priority in the network.

Always turn your logsheets in on time.

Always give out your 1-900 call back number.

If you are having a bad day, and your average is low (less then a 17 minute average), the best thing to do is wait till midnight (EST), not an earlier, and take a few good calls, then log off.

Everyone is assigned a priority number and its based on your call average, it is changed on a daily basis at 2:30 am (EST).

So, by going back on at midnight (EST) you can save your extension.

You wont get calls the next day, but the day after you will get calls, if you went on at midnight and took some good calls.

**Never** leave your average for the day under 12 because you will get a priority



***Tarot Deck***
*Everything you could ever want to know... almost.*



***Apply NOW!***
*Get paid to use the gift that you possess.*



***Learn How!***
*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*



under 12 because you will get a priority of 2500 which means you are in the overflow pool...causing you to wait long periods between calls.

If this should happen, the best thing you can do is log on about 3 am (EST), and other odd times, until you get a call.

Then if you get one call and it's for 30 minutes or so, log off until after midnight, so your daily average will be a 30, and the next day you will get quicker calls.

It is important to keep a running total each time you log off, so that you will be aware if your average is slipping a bit. Whenever you get two or three hang-ups in a row, just log off for a half hour or so. The callers are responding to advertisements being run on TV.

If you are having problems with your extension number or not receiving calls then let me know.



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*

*N M*

EXHIBIT 23   PAGE 12

# SAMPLE READING

SAMPLE READING

**Job Offer**
Openings
Requirements
Compensation
Apply Now

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
Contact Us
FAQ
Links

This is sample-reading that you may want to refer to when you 1st begin. Please note that this is not a script, nor is it meant to be one. All in the Cards is not responsible for anyone using it as such. It is always best, especially when first starting out, to have something to go by. Once you get used to talking to clients (callers) you will discover your own methods of doing readings on the telephone. Always go with your own intuition. You will find the more readings you do, the less you will rely on the sample. Do not be afraid to make notes on your cards also. Remember the best thing you can do is to make it easy on your self. The more confident you are in your readings the better they will be.

**Click the image below for a printer-friendly format of this.**



## BEING VERY FRIENDLY MAKES A

## CUSTOMER AT EASE

**Remember that this is an entertainment industry so make the reading exciting (theatrical) for the caller- DO NOT be monotone.**

**Thank you for calling the network**
**My name is_____**
**My extension number is _____**

**Can I have your name please?**
**Hi, _____that's a neat name.**
**What's your last name?**
**And your date of birth?**
**Can I have your address?**
**What's the zip code?**



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*

EXHIBIT 23   PAGE 13

****If they do not want to give you their address then say*****
The network will send you a free deck of tarot cards just for calling today.
.......................or.....................

When I do your reading of numerology it helps me see the numbers more clearly and it also helps me get a better understanding of your environment.

Ok, now, do you have a pen handy, so you can take some notes as we go along?
Now I want you to write my callback number down in case we get disconnected so you can give me a quick call back and we can finish your reading.
It is 1-900-288-0899 and my extension number xxxxx.

Oh, and John while you have the pen in your hand, let me give the free gift the company is giving out this week. It's an 800 - no charge - number you can call every day to get your recorded horoscope message - it's a free gift to you. 1-800-335-____ .
Remember, to get a live reading you need to call the 900 number I just gave you.

My name is _____ and I'm a Professional Tarot Card Reader.

Are you familiar with tarot cards?
Have you ever had a reading before?
........yes.....When was your last reading? If it has been within the last month then make sure you pay attention to any cards you have had before. Because they are going to be very strong cards for you.
......no......Don't worry, I will walk you through it.

I am going to start shuffling the cards and while I am doing that it is going to be very important that we both concentrate and focus our energies together.
..........let them hear you shuffle the cards (you may want to use a regular deck of playing cards so you do not ruin your Tarot deck)

Ok, _____, I want you to start thinking about your past.
Think about the things that have affected you from the past?
..........let them think..........

Now_____, I want you to start thinking about your present.
Everything going on in your life today.
..........let them think..........

Now_____, think about your future,
The things that you worry about and the things that you hope for.
..........let them think..........



**Learn How!**
It is not as difficult as you may think it is.



**Tarot Deck**
Everything you could ever want to know... almost.



**Apply NOW!**
Get paid to use the gift that you possess.



**Learn How!**
It is not as difficult as you may think it is.



**Tarot Deck**

SAMPLE READING

Now _____while I am shuffling your cards it is going to be very important that you tell me when to stop shuffling.
.........shuffle until they tell you to stop ~ you may have to ask them "do you want me stop shuffling"................

Ok,_____. I am going to do divide the cards into three decks.
1,2,3........let them hear you count......
What pile would you like me to use for your reading?

All right, now take a deep breath while I lay your cards out here on my table.

_____the cards are telling me right away that you have a tendency to worry too much.
This is what the cards are telling me.
You doubt your own judgment and abilities.
Now, you have these qualities but they have really been weakened by what you are going through.

_____ the cards are also telling me that you are thinking too much on the past.
You are worrying about things you cannot change.
And you know what you need to stop looking backwards and start looking at the future.
_____ you need to start making these changes now so you can handle the changes that are coming your way.
_____changes are going to be coming very fast!

As I look at the set I placed down for you.
I see some exciting things arising.
Some of it deals with love, money, and changes.
Now your first set, this represents your situation.
It may be with some problems you are having and maybe a little bit about yourself.

Now_____your first card in this set is

THE THREE OF SWORDS

THIS IS THE CARD OF SORROW.

This card can indicate a loss of possession or work, or maybe health problems or a loss of a good friendship.

Right now is the time for you to sort out your problems.
Because fear and worry are limiting your mind and soul.

But you need to be prepared; there is some type of delay or disappointment ahead of you.

*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*

SAMPLE READING

Now this card it is also letting us know that there is some sort of disturbance in your life.
_____There seems to be something perhaps confusing you or weighing heavily on your mind? Is that right?
What does that deal with?

I also feel a focus on your personal relationship.
I feel you have experienced some suffering and heartache in the past.
And you are not willing to extend yourself right now.

_____You are also going to be very surprised by the appearance of someone.
This is going to be someone that you did not expect to see or hear from.
And it is going to be a very positive development for you.

And I also see that you are going to be either hurt or angry with a friend
Are you upset with a friend? ........If not, then you will soon become angry with one.
And you are going to be distraught about your love life.
But that is going to change.
Things will be getting better.

Do you live by yourself or with someone?
I see that you are wanting to fix up or improve something around the home.
Is that right?......What are you wanting to do?......Maybe it is just rearranging something.

I also see something with papers.
I am not real sure what the papers are; maybe you know what they are.
You are going to be having many problems with papers.
You are not going to see the results that you had hoped to see.
But in time that will change, and the setbacks will actually turn in to your favor.

Are you working right now?.....What kind of job do you do?
Having you been looking for something new to do?
Because I see some type of business proposal or the possibility of a new avenue to pursue or follow up on will soon be presented.

_____it seems like you think that something is lost or that a relationship is over.
But you are going to have a change of heart. Things are going to be getting better.
You are also going to be unhappy or in a state of turmoil over your relationships.
This might be your love life and maybe some problems in the home.



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything*

But that situation is not going to be lasting much longer either.

Now _____ no matter what you have felt or what you are presently feeling you will soon establish something much better.
You can definitely expect a surprising twist in your business and in your love life.

Are you expecting some money soon?
I see that you are going to be receiving some money soon.
This money was either held up or delayed or some type of financial gain through some investment, or a well thought out plan.

Now, expect a complete change. Something much better is coming for you.
You are also going to feel the need to break out of a restricting problem or situation
Is there some type of situation you want to get out of?
You are also going to overcome your fear of confrontation, because you know that you need to confront somebody in order to establish a better or easier relationship with them.
Who is it that you need to confront?
What do you need to confront them about?

_____ You are also going to be receiving a letter, or package or card something that you have been waiting for and this letter is going to be containing something with money in it

The three of swords suggests that you have something to mourn or cry about.
You are experiencing stress or sadness because of an emotional hurt that may involve separation from a loved one.

This card often indicates stormy love relations.
Sometimes it is just a rough period in a relationship,

But often this card will indicate a break or a separation
Sometimes two people will be separated by circumstance that neither one can control.
But if there is a break_____, you need to remember that a clean cut heals the fastest.

It is important to put your sorrow in perspective.
You may need to let go of a relationship or situation that brings you anguish.

The image on the three of swords is a picture of a heart with three swords stabbing into it and it clearly describes pain.
You literally feel as if someone has taken a sharp object and jabbed it though your heart.

*you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



http://www.geocities.com/allinthecards/sample_reading.htm     EXHIBIT 2.3   PAGE 17     1/16/2002

And when your heart is breaking, you feel as if you are an open wound.
The three of swords is best known for the brokenhearted.

The three of swords also represents the nasty little curve balls that life can throw sometimes.
Such as betrayal, rejection, separation, or a reversal of fortune.
Now these hurts are painful because they hit you when you least expect them.
Do you know what this is referring to in your life?
If not, the three of swords is a valuable warning.
And it is likely that there is something missing in your life that you are unaware of or unwilling to acknowledge.
Curve balls will hit you when you are looking the other way.
So examine your situation carefully.
Talk to people in your life
Do not take anything for granted
Listen to your inner voice ~ and it will help you locate the problem.

Sometimes this card can indicate that you may be contemplating hurting someone else.
And with this card it is important to remember that each of us is capable of cruelty
We are all human, and we all make mistakes, and sometimes we make some serious ones.
But in the end, all we can do is trust in the goodness of life and try to live up to that.
But when you slip, forgive yourself, and try to forgive others in turn
Better yet, head off trouble before it arrives.

Now, whether you like it or not,_____
Changes are going to have to be made; you will get what you need.
And what looked like a defeat or lost cause is going to be the dawning of something new and better for you?
_____Your best success will come through venturing away from your original plans or ideas and developing some new ones.

This card can also indicate a tense relationship
That is attempting in some way to explode or destroy.
The situation demands clear decisions.
And any attempt to avoid making decisions will cause sorrow and worry.
This card is telling you to make a clear decision.
This is the only way that balance can be regained.
What decisions are difficult in your life for you to make or face?

You need to remember: every problem has its own solution.
And take care not to alienate loved ones because



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could*

EXHIBIT 23 PAGE 1

SAMPLE READING

And take care not to alienate loved ones because you are feeling tense and irritable.

**YOUR NEXT CARD IS THE TEMPERANCE**

**This is the card of harmony and good management.**

**Success comes from approaching your goals with moderation and wise management.**
**So the key to success is balance.**

**This card can also indicate a successful recovery from bad luck or an illness and a happy ending to a difficult situation.**

**_____this is an exciting card because it means that someone who is very kind, and caring, and understanding,**
**But someone who is a lot different then yourself is going to come into you life.**
**This person can be a man or woman and they are going to be older then you.**
**There is nothing to fear from this person.**
**They have your best interest at heart.**
**And this person wants to help you out in someway, so accept their offer.**
**This person is a good listener.**
**Someone easy to talk.**
**Someone that you to do not fear.**
**Because a friend is near**
**Now listen to the advice being given by this person.**
**Do you know someone like this in your life right now?**
**If not, someone like this will be coming into your life very soon.**

**When this card is drawn it reminds you that you need to be patient, and calm, and self-controlled.**
**It also represents a strong ally or friendship.**
**And a possible settlement to a disagreement.**
**Are you having a disagreement with someone?**

**Now, you need to remember to be balanced and diplomatic when dealing with other people.**
**Changes will occur that will be good for you_____**

**Have you lost something recently?**
**It seems like you are going to recover something that you thought you had previously lost.**
**Or maybe it was something you misplaced.**

**Now, Others are going to be helpful to you**
**And you're going to find yourself in a good partnership situation.**

**This card has links with Jupiter**
**And In numerology the number 14 is a very important number.**

*ever want to know... almost.*



***Apply NOW!***
*Get paid to use the gift that you possess.*



***Learn How!***
*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*



***Apply NOW!***
*Get paid to use the gift that you possess.*



It is the number of caution and risk.

Now your focus with this card
Are on all the things you thought you had completed
or had a handle on.
Like old friends, lovers, habits, desires, health, and
money.
Some of those problems are going to start
resurfacing,
But they are going to resurface for the sole purpose,
it seems, just to try and test you at your very core.

I also see that you want some kind of spiritual
assistance in helping you find an answer or a
solution to a problem.

Now this card it indicates that you are going to be
very surprised.
Actually at your own ability to turn a negative
situation into an extremely positive one
Just by simply redressing your energies.
This could also indicate a deeply penetrating
spiritual experience.
And you need to trust in the right outworking of your
life.
And things will work out exceptionally well for you.

_____You are going to feel like your being
tested.
And that you are under a lot of pressure.
And you are trying to understand or rise above the
events that are happening to you.

The temperance is recognized as the joining of
forces.
You have experienced a lot of extremes in your life
and you have now come to appreciate moderation.

In conflict situations, you need to remember that
compromise and cooperation are your vital tools.

You need to slow down, reevaluate your position,
and remain open to compromise.

Old wounds heal with passage of time.

YOUR NEXT CARD IS THE WORLD

The world is a card of success.
It indicates completeness, reward, and triumph in
everything that you do.

Perhaps success will lead to a change in your
residence or job, or your outlook on life

This card also indicates travel or a trip in the near
future.
Where are you planning on going somewhere?



**Learn How!**
*It is not as
difficult as
you may
think it is.*



**Tarot Deck**
*Everything
you could
ever want to
know...
almost.*



**Apply NOW!**
*Get paid to
use the gift
that you
possess.*



**Learn How!**
*It is not as
difficult as
you may
think it is.*



**Tarot Deck**
*Everything
you could
ever want to*

SAMPLE READING

It seems like you will be going on a vacation.
And travel over a long distance is now possible.

This card symbolizes a circle
And a circle is often interpreted as a ring.
And part of its significance is that it is going to
forecast the likelihood of a wedding ring
For someone you know that is single.
Do you know someone who might be engaged or
married?
If not, you are going to be hearing about someone.

It also shows that you are going to be able to
connect everything in a circle,
But if you have a negative attitude about some
existing situation,
It will mean that you end up going around in circles.
That is, your trying to reach a certain goal or
objective and even thought you may mean well, you
just kind of end up right where you started and right
where you began.
Have you ever felt like that?

If you can not see things clearly then this is the time
to seek wise counsel and sound advice from others.

A Baby
You are going to be hearing about someone having a
baby.
Or a baby is in the near future for someone you
know.
Do you know someone who might be expecting a
baby?
If not, you are going to be hearing about someone.

Remember that circle is the sign of changes,
Your happiness, and your travel, and your enjoyment
are going to be the results of your own efforts.
And where you have ended,
Another journey will begin.

_____If you ever feel like you have reached
your goals,
That is the time in life to set some new targets.
And strive for some new challenges.
That way you will forever move forward.

_____The world is a card of good fortune!
This card has links to Saturn.
And in numerology the number 21 is an important
number that means victory after a battle

Now, your desire with this card is to really succeed
in all areas of your life, that includes your work, and
your dreams; and just everything that you do.

Now, I also feel that what has been must be let go for
the time being.
Because remember that the world must take a turn

ever want to
know...
almost.



**Apply NOW!**
*Get paid to
use the gift
that you
possess.*



**Learn How!**
*It is not as
difficult as
you may
think it is.*



**Tarot Deck**
*Everything
you could
ever want to
know...
almost.*



**Apply NOW!**
*Get paid to
use the gift
that you
possess.*



before a new day can emerge.
And that brings with it the possibility of beginning again on a new foundation.

_____This card is also indicating that sometimes you feel like everyone in the world has what they want but you.
And you will want to go away, leave everything behind and begin a new life all over somewhere else.

Now don't do that!
Because things will be getting better very soon.

Also, I see some type of unscheduled or unplanned trip that you are going to be going on.
Now this is going to be like a long weekend getaway and you really need to go on it.
Because it is going to really change your luck.

Again, you are going to be happy about the sudden acquisition of money
or the opportunity to advance in your profession.
_____You are going to be acquiring money from actually more then one source.
This could also include a tax return or interest gained on an account.
Also a box or package will arrive for you in about 2 weeks.

You can definitely expect some fortunate changes in your business and in your finances -
Like a new opportunity.

I also see that you are going to be glad that you have the ability to utilize some special skill
What kind of special skill do you have?
You really need to tap into it because it brings you a lot of pleasure and is a great way to relieve stress.

_____I also see some type of obsession with your past
Something has happened to you in the past that you are really having a hard time letting go of.
And you really know that you need to let go of it.
It is really hindering your ability to see what is going on in your life,
Is there something from your past that you just can't let go of?
You really need to figure out what it is and start letting go of it so you can start making some progress in your future.

It is going to take some genuine work to really free yourself from the oppression you are feeling.
But this needs to be done if transformation is to occur.

The world represents a seal of approval.
You will reach a new level of happiness and



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to*

EXHIBIT 2 3   PAGE 22

fulfillment.
You will experience life as full and meaningful.
The future is going to be filled with some infinite promises for you.
You will become actively involved in the world and your accomplishments will be many.
In order for you to be happy, you must feel connected and engaged with what is around you.
There is also a sense of accomplishment in knowing that you have goals and that you are moving towards them successfully.
Now, when all elements come together, you will feel fulfilled and blessed.

The world is a very positive sign that you are in a position in your life to realize your heart's desire.
What is your hearts desire?
It will always depend on your situation, but it will always feel great.

It is now possible for you to see things as they really are.
The stage is set for a new beginning.
What aspects in your life are you trying to free yourself from?

Make a list of all the unfinished things in your life
And remember that you are one with the world.
You have reached a final stage in your striving to reach a goal. All is well and success is at hand.
Everything is progressing smoothly according to plan. You will receive what is rightfully yours. You feel whole and complete. After this period of completion, you will begin a new life cycle and need to cope with fresh experiences. As you end this phase, you prepare to start something new.

But remember, in order to hold the world in your hands, you must give of yourself to it.
And that is going to be the source of true happiness

THE NEXT CARD IS THE EIGHT OF SWORDS

_____This card indicates you are going to receive one of several surprises.
But before you jump for joy, you need to be careful.
You should know that the surprises might turn out to be pleasant as well as unpleasant
Just not exactly what you had expected it to be.
Remember that it is important not to loose your patience and not to loose your temper.
Instead face up to the unpleasant situation and take action!
And that is going to make you a stronger person.
Now if the surprise turns out to be a happy and pleasant one.
Make sure that you do not loose your humility.
And that you keep your positive attitude and really

know...
almost.



**Apply NOW!**
Get paid to use the gift that you possess.



**Learn How!**
It is not as difficult as you may think it is.



**Tarot Deck**
Everything you could ever want to know... almost.



**Apply NOW!**
Get paid to use the gift that you possess.



make everyday count.

_____This card is an indicator of secrets.
That you are keeping a secret from someone.
Or someone you know is keeping secret about
themselves from you.
Are you keeping a secret from someone?
Do you feel like someone is keeping a secret from
you?
If you are not keeping a secret, then use a lot of
caution because someone is keeping a secret from
you.

Right now you may be unable to see how things
could possibly improve.
And conflict seems to be a major part of your life.
And as a result, you are probably suffering from
some stress-related problems.
Aren't you?

Will wrongs will be righted.
But you need to be patient.
And you can help yourself by not putting things off.
And you tend to put things off don't you?

_____this card also indicates that you want to get
out of some type of oppressive situation.
Or, you want to change your present line of work?
Is that true_____?

Now you are also going to be caught off guard by
many unexpected problems
These are going to be just little problems that you
can really handle in your day to day activities

This card also says that there is going to be many
surprising developments in your social affairs and in
your romance.
And that will inspire several exciting moments for
you.

Also some letter you are expecting or have been
waiting for is about to arrive.

Now I want you to remember_____ that some
of the problems you are having are not with you, but
with others.
So you need to walk away and say no.
That way you can escape from some of those
oppressive situations.
And you will acquire whatever means or resources
you need to do that.

The eight of swords represents that your hands are
tied.
And sometimes you feel restricted by circumstances.

The eight of swords represents fear, blockage,
limitation, and restriction that are often self-imposed.



***Learn How!***
*It is not as
difficult as
you may
think it is.*

***Tarot Deck***
*Everything
you could
ever want to
know...
almost.*



***Apply NOW!***
*Get paid to
use the gift
that you
possess.*



***Learn How!***
*It is not as
difficult as
you may
think it is.*



***Tarot Deck***
*Everything
you could
ever want to
know...*

You feel boxed in, trapped, and unable to move.
The eight of swords is often a sign that you are heading toward or you are already in a situation in which you will feel a lack of freedom and choice.
Such situations are tricky because the more you get into them, the more restricted you feel. At each step, your options seem to narrow until you feel completely stuck.
Remember that you do have choices and you do have power.
No matter how trapped you feel, you can find a way out if you believe it is possible.
You may be acting as your own worst enemy because of your fear of the unknown and your reluctant to try something new or to assert yourself.
You are stuck in a rut of your own making.
You may be caught in a difficult situation from which there appears to be no escape.
You feel boxed in and limited by circumstances; but the more important limitations are caused by your own refusal to open your mind to the truth of the situation.
Solutions are not always easy, but they do exist.
Find your clarity of thought and you purpose and use them to take that first step towards your own freedom.
You need to let things rest and develop on their own for a while.
Your worries will find its own solutions in its own way.
Are you torn between two alternatives to a decision?

What are they?

You must face your fears before you can make an important decision.
With courage you can transcend your anxieties and resolve the problems that surround you.
You need to relax, let things develop and trust in life.

THE NEXT CARD IS JUSTICE

This card represents calm and balance, and reminds you to avoid extremes
Since this is the card of justice it has some obvious meanings.
And it may warn of some legal matters entering your life.
Do you have any legal stuff going on in your life?
It is usually associated with contracts or papers.
Sometimes it can indicate a marriage contract or a reunion.
Legal matter will proceed in fair and dispassionate manner.

_____there is need for balance in your life.

almost.



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



SAMPLE READING

Decisions are to be made.
And good advice will be given to you.
But you need to reflect and think about this advice
before you act upon it.
This card cautions you to deliberate carefully and
wisely before reaching any conclusions.

You need to be sensible and impartial and have
some good moral qualities.
Because the card of justice indicates the building of
your own character.
You would do well to examine your conscience and
consider the other person's point of view before
making a moral choice.

In astrology, this card has some obvious links with
Libra,
And in numerology the number 8 is an important
number, it represents two worlds linking together
kind of like a figure eight.

Now this card is also saying that your focus is
On wanting to reach your goals, and your
settlements, and your income.
And you are also trying to understand the workings
of your destiny in your own life.
You need an emotional level of expression to correct
a problem area.
Or, to perfect an idea so that it can be put to some
good use.

You are also at a point in your life where are starting
to review the quality of your love life and your
relationships with others.
And you are starting to realize that is exactly what
you want is quality, and not quantity.
And so far I feel it's been the other way around.
Hasn't it?

Again, you are going to be surprised by the arrival of
money,
Or news that money will be arriving sooner than
anticipated.
You can definitely expect some money because so
far all of you cards are money, money, and money.
Isn't that great?

Now dealing with your home.
I see that your present living quarters no longer
appeal to you.
It has kind of outlived its purpose or you have out
grown it
And you are going to want to move to a new home or
begin a new life elsewhere.

Have you been thinking about moving?
I do see that you will be moving into a new situation
or environment
This card indicates that one cycle is going to end
and a new one begin

**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*

NM

EXHIBIT 23   PAGE 26

and a new one begin.
And a tense situation will become more flexible.

_____Have you thought about going shopping lately?
I see you will be getting some enjoyment out of buying some new clothes.
And you are probably mentally preparing for this.
Now in time your accounts will be squared away.
Your problems will be solved.
And you are going to be able to pay your bills and still have plenty of money to spare.
But something else will still be up in the air.
Either unresolved or missing from your life.
But that will be overcome in time.

Now if your problems are to be resolved.
You are the one who will have to resolve them
And you are going to have to do that to bring your relationship back to a healthier status.

_____I also see you are going to be glad that you have the courage to stand up for your rights
And to confront and resolve disputes

Now just remember you have just completed a cycle of destiny
And a brand new cycle is about to begin
The present will have to evolve before it can be weighed or judged
And time will provide the key to the understanding that you need.
Let tomorrow take care of it.
Wait for time to take its course.
Problems will be resolved one by one.
And a turbulent time is coming to an end.
Justice will be served.
Wrongs will be righted,
Justice will prevail in the end.

If someone has wronged you, you may receive an apology soon.
If you have acted unjustly, you are about to face the consequences.
Turn away from wrong ideas and bad habits.
And follow your true course.
And really do the right thing.

Justice usually appears when you must weight many factors to make a reasoned and thoughtful decision.

The card of justice reminds you to weight the pros and cons of a situation.
Now is a time of decisions.
You need to take responsibility for your past actions so that you can make amends for and ensure a more honest course for the future.

Justice often appears when you are concerned with doing what is right.



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**

SAMPLE READING

This card can also appear when you are feeling the impact of a past mistake.
Sometimes justice is a signal to do what needs to be done.
And a time comes when responsibilities must be accepted.

The past will continue to haunt you if you do not recognize your mistakes and make amends for them.

You need to weigh matters carefully and perhaps make some important decisions about your future.

YOUR LAST CARD IS THE10 OF PENTACLES

It is the card of the future.
_____this card lets us know there is a change in a money situation coming for you.
And guess what?
It is for the better.

Since this is the card of opportunity and destiny,
This is a great card for you.
Now I want you to mark your calendar ~ ok?
Something good will be happening within the next 3-5 months.
Take advantage of that opportunity.
Listen to what this card is trying to tell you.
This card signifies progress, luck, promotion, sudden changes, and new things.
And it has a strong association with money.
This card signifies that you will be free of money problems and feel financially secure.
You are looking for a solution that will last.

Again this card tells us that you need to learn to let go of the past so that you can make some progress in your future.

The changes anticipated when drawing this card are often related to work, and to home, and to relationships, and lifestyles.

I want you to think about something.
The wheel during progression rolls forward.
And the top of the wheel may soon become the bottom
So that reminds you not take things for granted.
You need to continue to consult your own wisdom, and pursue your inner journey of discovery.

This card is connected with Jupiter
In numerology the number 10 is an important number.
It is the number of eternity, of the universe.
And it may indicate a rise and fall in your own self-confidence.

I also see that with this card someone from your past

*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*



***Apply NOW!***
*Get paid to use the gift that you possess.*



***Learn How!***
*It is not as difficult as you may think it is.*



***Tarot Deck***
*Everything you could ever want to know... almost.*

is going to return.
But you are going to be undecided about that
relationship.
Or the way it is going to go.

You will also have many unexpected changes in your
life.
And you will interact with people both personally and
professionally.
You will be on guard
And your opinion will be the deciding factor
In a very important career decision.

You can also expect an increase in your financial
obligations, like your living expenses, or rent.

Now this card also indicates you will uncover some
valuable information.
You will receive some important financial news.
Which is great because this card is the only card
associated with a winning sweepstakes or winning
ticket.
Have you bought any lottery tickets or entered any
sweepstakes lately?
You might want to think about doing that especially
with all of your money cards!

I also see that a negative situation is going to end,
And that is going to be followed by some important
decisions that you are going to have to make.
You are also going to derive pleasure either through
a good friend or good book.
Do you read books at all?
If not, you might want to go out with a couple of
friends.

_____Whether you see it or not, a problematic
situation is about to end.
This card also indicates a new cycle in your life is
about to begin.
And that is going to be followed by the arrival of
some very important news or information
And you will make a permanent change in your life.

You are also going to have to purchase something
that you would rather not buy.
This is usually associated with a vehicle, furniture,
or appliance.
Is there something you have been putting off buying
that you think you are going to have to break down
and buy?

Now I see through luck, a new cycle is at hand.
And the end of a problem is approaching.
Now I do not want you to get stuck on plans.
You need to let things go the way they will.
And this will bring good fortune.
Events will sum up in such a way that it will be
impossible to miss the results.
A new start in a new direction will work out in your



**Apply NOW!**
*Get paid to
use the gift
that you
possess.*



**Learn How!**
*It is not as
difficult as
you may
think it is.*



**Tarot Deck**
*Everything
you could
ever want to
know...
almost.*



**Apply NOW!**
*Get paid to
use the gift
that you
possess.*



**Learn How!**
*It is not as*

A new start in a new direction will work out in your behalf.
And that will give you the chance to begin a new life.

Think positive and anything can happen.
You have created every situation in your life, and you create your own reality.
You need to trust in your own support system.

The ten of pentacles stands for the ultimate in worldly and material success.
The wealth in your hands is your own to do with what you like.
The responsibility is yours, and you are endlessly wealthy!

Change is an unavoidable part of life, but constant change is uncomfortable.
You need stability and the chance to work for secure foundation in your life.
Start concentrating on the long-term and towards a lasting solution.
Now is the time to settle down and make the arrangements that will work for you into the future.
Do you know about your inner wealth?
Do you share it generously?
On a piece of paper, write down all the qualities, which constitute your inner riches.

ENDING
THE ENDING

Wow_____you had 6 cards that are very positive and that is pretty rare.
And you did not have any reversed cards which are upside down and that is pretty rare too.
So you definitely have a lot of good fortune coming your way.
Is there anything specific that you want me to look into the cards at?
Would you like me to do a quick reading on someone else?
Now, let me make sure I have address correct because the network is running a promotion where they will send you a free deck of tarot cards just for calling.
If you would ever like another reading or have any more concerns just give me a call and I would love to hear from you.
It has been great speaking with you today and doing your reading(s). I will look forward to hearing from you real soon. Call me at 1-900-288-____ to let me know how things have worked out regarding _____. And also as soon as we hang up, call 1-800-33_-____ for your FREE recorded Horoscope.

difficult as you may think it is.



**Tarot Deck**
Everything you could ever want to know... almost.



**Apply NOW!**
Get paid to use the gift that you possess.



**Learn How!**
It is not as difficult as you may think it is.



**Tarot Deck**
Everything you could ever want to know... almost.



Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 42 of 418   Page 19 of 19



**Apply NOW!**
*Get paid to use the gift that you possess.*

**Call the 800 # every day-remember-- it's absolutely free.**
**You can always reach me at 1-900-288-\_\_\_\_\_ extXXXXX**

**............if you hear the disconnect beep...............**
**I'm sorry, _____, but I just heard the signal**
**that tells me that we have less than one minute left**
**to talk. I'm really concerned about you, and I hope**
**you call me back on my personal "900" number that I**
**gave you. If I'm not on the line when you call back -**
**I'm usually on between ------- and ------**
**I want to know that whatever psychic you might connect with will be**
**highly qualified. They will be very capable of answering any questions**
**you might have. So, don't hesitate to call back. Our entire staff is**
**here to help you at any time.**

# **Apply Now!** Independent Contractor Agreement

The form below will serve as a binding Agreement between yourself and the Cards. You will still need to fill out a  <u>W9 (US)</u> or  W8 (Canada) and  in along with a copy of your photo ID and social security card.

### **Please provide the following contact information:**

*Name*
*Street Address*
*Address (cont.)*
*City*
*State/Province*      *Zip/Postal Code*
*Country*
*Home Phone*      *FAX*
*E-mail*
*Your date of birth:*

**Were you referred to this job by someone?**      ○ yes      ○ no

**Please provide the Name, Extension, and Email address of the person who referred you. If no one, then please put 'Self':**

### **Do you agree to the following terms and conditions along with All in the Cards?**

1. **Independent Contractor Status.** The Contractor and the Company agree that the Contractor shall at all times independent contractor and that no relationship of employer and employee, partners or other relationship is creat intended to be created by this Agreement for any purposes, including without limitation for federal and state tax a state and federal purposes. The Contractor assumes full responsibility for payment for all federal, state and local imposed or required under unemployment insurance, self-employment, social security and income tax laws upon compensation paid to the Contractor. The Contractor shall not hold himself or herself as an employee, partner or Company and shall have no authority to bind the Company in any manner whatsoever. The Contractor acknowlec or she has duly signed and returned to the Company Form W-9 and all compensation paid to Contractor under th Agreement will be reported annually to the Internal Revenue Service on Form 1099, of which the Contractor shall copy. Contractor agrees to furnish Allinthecards with a clear and legible copy of their Drivers License or State Ide and their Social Security Card. If you lost your Social security card you can go to any local SS Office and apply fo Allinthecards agrees to accept a copy of the receipt stamped from the SS Office until you are mailed the card. Wt

receive the card you will mail us a copy of it.

2. IC agrees to provide psychic counseling services to network callers as per the guidelines of Allinthecards and t

3. IC understands that logging off the system, for the day, under the required call time average may result in susp their extension. Allinthecards is not responsible for any lost wages as a result of the IC being suspended, or syste malfunction that may cause the extension to be inoperable.

4. **IC will be compensated weekly as follows:**

$9.00/hr. (15 cents/minute)     60-599 minutes

$12.00/hr. (20 cents/minute)   600+ minutes

**Referral Bonus:** (will be paid to IC for all personal referrals only)

$1.20/hr. (2 cents/minute)   60+ minutes that referral works

5. **IC agrees to work at least 10 hours every pay period.** IC understands and agrees that failure to do so may i extension being suspended and/or terminated. IC understands and agrees that if they have referred any other ICs Allinthecards and they do not have at least 10 hours of talk-time in a pay period, that they forfeit their referral bon pay period. IC agrees to notify Allinthecards if they are unable to work 10 hours in a pay period, before it occurs.

6. **IC must take a call on the 1st or 2nd (for the time period 1st-15th), and the 16th or 17th (for the time per EOM) to receive the above rates. If no call is taken on a designated day, the compensation will be 3 cents minute for the corresponding time period.**

This agreement is subject to change as per Network conditions and/or policy revisions.

**Please answer:**          ⌐    I agree and wish to enter into contract with All in the Cards.

⌐    I do not agree.

**Please describe your Experience and Psychic Abilities:**

I understand that I am being retained to work with a psychic service. It is my personal feeling or understanding tha possess psychic or clairvoyant abilities. I have read the foregoing and swear under penalty of perjury that it is tru best of my knowledge.

Enter your social security number in the space provided below. **This will serve in place of your signature.**

Enter the date of this Agreement:

Submit |          Reset |

**\*\*\*Please press the BACK button on your Browser when you are done to go back.**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**All in the Cards.**
**Copyright © 2000 [All in the Cards]. All rights reserved.**
**Revised: October 29, 2000**

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 45 of 418

# Contact Us

**Job Offer**
Openings
Requirements
Compensation
Apply Now

**Training**
Learn Tarot
Tarot Deck
History
Why its Used
Reading for
Yourself
Readings for
Others

**Miscellaneous**
FAQ
Links

**Mail:**
All in the Cards
7702 Landmark Way Suite A
Tampa, FL  33615

**Phone:**  (813) 889-0000

**Fax:**   (240) 465-8747

**Email:**   allinthecards@yahoo.com

**AOL Instant Messenger ID:**
allinthecardsmgr

**Would you like to see what a call is like? Click the image below to view a Sample Reading.**



**Apply NOW!**
*Get paid to use the gift that you possess.*



**Learn How!**
*It is not as difficult as you may think it is.*



**Tarot Deck**
*Everything you could ever want to know... almost.*

**\*Please use your BACK button on your browser.**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

# Table of Contents

1. **How do I get started?**
2. **Where can I find information on learning Tarot?**
3. **Where can I find information on the Tarot Deck?**
4. **Who is PRN, Buckwood, and All in the Cards?**
5. **When are paydays?**
6. **Can you explain Priority and Call Average?**

**Would you like to see what a call is like?
Click the image below to view a Sample Reading.**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## How do I get started?

You can start by filling out the Agreement online. You will then have to print, fill out and mail in the W9 (US) or W8 (Canada) Form along with a copy of your photo ID and social security card. I will in turn request your extension and send you a Welcome Packet with all of the information that you need to do this job.

**Back to Top**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## Where can I find information on learning Tarot?

You can find a free course complete with lessons and all at www.learntarot.com. It is VERY good and detailed.

You can also find some information on this site on the page 'Learn Tarot.'

**Back to Top**

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## Where can I find information on the Tarot Deck?

You can find alot of information about the Tarot Deck on our site. You can also purchase a deck that comes with a book- this is a very good reference to have. Another option is by taking the course found at www.learntarot.com.

**Back to Top**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Who is PRN, Buckwood, and All in the Cards?

Ok, now this may be confusing at first. If you do not understand, or have any questions about it, please email me.

PRN is the Psychic Readers Network. They do all of the advertising (like "Miss Cleo") and they route the calls through the Network. They manage every aspect of the Network phone system.

Buckwood is one of the companies that PRN has retained to 'man' the phone lines.

Because the lines are so busy, we need thousands of readers to work.

Buckwood contracts with Managers to recruit readers to work the lines.

All in the Cards is run by Niki Vilcsek, who is a Manager for Buckwood Communications, Inc. You would have contact with All in the Cards for everything that you need.

**Back to Top**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## When are paydays?

Checks are mailed out a week and a half after a pay period ends. They are usually mailed out on Wednesday.

Pay periods are every week and they run from Monday morning at 12am through Sunday night at midnight. Please note that this is Eastern Standard Time.

**Back to Top**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## Can you explain Priority and Call Average?

Click here for a complete explanation in detail.

**Back to Top**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**All in the Cards.**
**Copyright © 2000  [All in the Cards]. All rights reserved.**
**Revised: January 18, 2001 .**

2 2 3

About Psychic Employment Work At Home for experienced Psychic & Tarot Reade... Page 1 of 1

 AOL 🏠 Hometown
Main | Create | Edit | Help
Search My First Hom... | 📧 Send

 AT&T Wireless
search pages

Symbol
▶ Free Report

# Psychic Readers & Counselors Wanted

## Psychics - Taro - Clairvoyant - Numerology - Astrology

*Psychic Employment Work at home.   We need Psychic Readers, Counselors, and experienced recruiters. Choose your own hours. ($11.40/hr + bonus, and $2.40 to $3.00 an hour for recruiting.)  Are you a Psychic Reader, Clairvoyant, a Tarot Reader, a Numerologist, an Astrologer, do Angel Readings, or read the Ruens? If you have already discovered your psychic abilities, and are looking for a way to use them as they were intended.. .helping people....and earning a living at the same time, doing this important work at home, and on your own schedule? This may be just the work for you. If you care about people, like talking on the telephone, have a knack for listening, and problem solving.... you are one of the people I am looking for to do Telephone Psychic Readings. You would be working in the psychic employment field with a well known national telephone psychic company that you see advertising on TV...... Blue Lotus invites you to build your own lucrative recruiting business as well.*

### DIRECTORY:

(Just Click on the topics below)

**Are you a Light Reader**
*Information about the work, and answers to questions you may have about Psychic phone work*

**Psychic Reader 101**
*About PRN's (Psychic Reader Networks)*

**Blue Lotus Counseling**
*All about our company and policies*

**Application**

**Important Stuff**
*Nuts & Bolts. Hints, tips, and Instruction from the Company*

*After reading the information in the directory, please sign the Guest book below, and tell me a bit about yourself. If you have questions, just ask me. I hope you will give this opportunity serious consideration, and join our Psychic Family.*

*If you do decide to work for Blue Lotus, I will be your Sponsor, and Manager. If you are not sure of your Spiritual Gifts, I can help you if you like. If you are experienced in psychic readings, I'm sure you will have new things to share with me.*
**Thank you,**
**Lyndell**

EXHIBIT 2.4  PAGE 1

Back to Main
Directory

*Lyndellsjobopp@aol.com*

# Are You A Light Reader?

If you have already discovered your psychic sense and spiritual gifts, and are looking for a way to use them as they are intended ... helping people ... and earning a living at the same time, from your home and on your own schedule, this may be just the thing for you.....
And if you're not sure, but you've always wondered about your own abilities, you need to give this opportunity serious consideration ...
**There are NO fees involved in this job offer.**

## CAN YOU DO THIS?

If you care about people, like to talk on the phone, have a knack for listening and problem solving, have already developed your psychic ability, have a spiritual nature, have a non-judgemental and tolerant attitude about people, you are one of the people I am looking for. You can make money while helping people taking Psychic phone calls from home. This is a national company that you see advertising on TV.

**There are never any charges to you for advertising, nor are you asked to advertise.**
You will be paid 20 cents for every minute or part of a minute that you spend actually talking to the clients, plus 27 cents for each address you capture and 10 cents for each Email address. Payment is mailed to you twice a month by check (a few days after the 1st and the 15th). You work as a independent contractor, which means that nothing is withheld from your pay and you are totally responsible for any taxes.

**WHAT IT TAKES TO GET STARTED -**
There is no charge to you to begin working as a psychic counselor. The only requirement is that you install a dedicated telephone line with no bells and whistles (no call forwarding, call waiting, fax machine, etc.). This is just a regular residential phone line. When calls are sent to you through the computer, it cannot find your phone busy. It must be a number that no one will call you on.
The cost of installation can be spread over six months (about $15.00/month) on your phone bill, and the basic charge should run around $10.00 a month.

**No calls are EVER charged to your account.**

You will need to keep a record of your daily calls and Email a report company daily. The pages are to be e-mailed on the following day. style="mso-spacerun: yes"> Another good tool is a headset that will free up your hands for making notes and shuffling and reading the cards, if you choose to use this method. If you decide to get a cordless phone, you might give some thought to getting one that has an extra battery charging while you are using the first one.

**HOW IT WORKS -**
The Psychic Reader Network (PRN) forwards calls to your System Phone Number through their computer system. Therefore, no one can trace any calls to you, or knows who or where you are.
Calls are available to be forwarded on a 24 hour-a-day, 7 day-a-week priority basis. You simply log on to the computer when you want to work and log off when you want to stop. You must keep track of the time of each call. Payment is made per second, so it is a good idea to have a clock with a second hand near your work space. All time referred to is Eastern time, so if you are in another time zone, your work clock should be set to Eastern time. There is no selling involved. The sale is made when they place the call.

**HOW SOON CAN YOU START?**
You will be assigned an extension number and password, usually within several hours after submitting your application, complete with your new System Phone Number. **THAT'S IT!**

**HOW CAN YOU DO IT?**
You are never told what method to use in your readings. You are expected to be a professional and use whatever feels comfortable and useful for you. If you have never read the Tarot cards, done a horoscope, or numerology, and would like to use these tools, I will help you if you wish. You will receive some free pages that will guide you, and I will include some dialogues that work for me, just to get you started. You will eventually develop your own easy conversational style that will work for you.
 My sponsor has prepared a manual with some more detailed and easy-to-use pages to help you with these readings, and counseling tools to use and share with your clients. She can email these pages to you for $20.00. This is totally optional. If you are interested, I can put you in touch with her. If you are a beginner in Psychic work, it may prove helpful. If you are experienced, you may not need it.
**RECRUITING**
Recruiting is the way to make the most money in this business. This company will allow you to recruit and pay you 4 cents a minutes for your recruits' time, as long as you put in 600 minutes (10 hours) personal time per pay period (2 weeks) , and 5 cents a minute for 1800 minutes (30 hours) personal time. Plus, of course, your 20 cents a minute for your personal time, and 27 cents for each address capture. And 10 cents for each Email address capture. (I will show you how to easily capture 90% of your addresses - these quarters add up quickly)
My recruits bring me about $60 each average per paycheck ...
**THAT'S $120 EACH PER MONTH..** It takes a few months to build up a steady working group....who drops out .... who is moving,.....but it works out to a pretty steady positive growth if you are persistant. If you think you would like to recruit, you may use any of the materials on these pages as you see fit, as well as all

other emails you receive from me. I will be there to help you in any way I can.

5in'>• I will send you all my training materials. You can use all these emails to help you recruit, and I am always here to answer all your questions and help you.

## SOUND INTERESTING?
Return to Top

I look forward to hearing from you soon.

     Lyndell

EXHIBIT 24  PAGE 4

*Back to Directory*

# **Psychic Reader 101**

### SOME PSYCHIC SENSE

Because I believe that in order to do a professional job at anything, one should have some working knowledge of the business, and because no one told me when I started, here's a part of my manual that will give you some background on this business.

First, you should know that this business, pretty much any business, is based on the Golden Rule

#### "HE WHO HAS THE GOLD MAKES THE RULES."

PRN (Psychic Reader Network) is the largest operation of its kind in the country and does the majority of business in this field. PRN hires "bookstores" or companies as independent contractors, to hire readers and recruiters as independent contractors to do the readings. Some of the bookstores hire managers who hire brokers to hire readers. Whew!
The bookstores have varying types of contracts with PRN, and for the most part are free to divvy up their share with their managers, brokers, and readers whatever way they please, and because the readers are contracted to the bookstores, each one may set whatever configurations they choose, as long as they conform initially to PRN's configurations. This means that certain procedures are the same, no matter which of PRN's companies you work with.

For instance, we need you to complete and fax log sheets with address capture. This is simply the way PRN does things. And since PRN is the largest of its kind, they must be doing something right.

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 54 of 418

Actually, they use the addresses to do marketing to create more calls coming in for the readers, and it is really a very sound business practice. And they pay the bookstores .25 cents for each one that they don't already have.

Some bookstores pass this quarter along to the readers, and some don't. BLC, the bookstore I am presently recruiting for, pays readers a quarter for each complete address whether PRN paid for it or not! I haven't found any other that does this.

PRN sends each person a free **ENVISION MAGAZINE** and a newsletter with some helpful information, as well as some marketing materials to encourage them to call again. So it shouldn't be considered a waste of time to get the addresses. I can show you a very nice way to do it and to help your client even more.

As for the log sheets, they are for your protection. You are paid, no matter which line you work, based on the **phone company's records** as they come through the company's master computer. And as you may be aware, computers and phone companies are not infallible. So by keeping and sending in a record of your calls each day, you are protecting yourself by presenting evidence in advance – before any error may be discovered – so you have a leg to stand on.

The other reason for the log sheets is that the bookstore or broker must invoice PRN for your minutes, in order to get the money to pay you, which is a pretty important reason.

Since you already have a computer, I can show you a way that will keep your records for you, including the time of your calls and your average automatically, with a few keystrokes. And if you have a fax modem in your computer, I can show you how to fax it directly from the computer, so no log sheets.

Are you smiling yet?

EXHIBIT 24  page 6

OK – the other part of the business is not to smiley.

You need to be careful about which bookstore, company, or broker you sign up with. Some of these have been known not to pay their readers on time, or at all.

As a rule, brokers must provide their bookstore with invoices and issue checks to their readers. More than a couple of these have flopped on this score, and readers have gone begging for their pay. This has even happened with one bookstore, which is currently (Nov. 99) not paying its readers – Billy Tide in the 561 area code. He is also operating under the name We Care, and whatever else. So if you know anyone working for him, you would do them a favor to let them know that they will not get paid, so they don't waste any more time working for him, and sign up with someone else.

The bookstores are paid by PRN on a sliding scale – For example – 5 cents for the first 1000 minutes of the group, 7 cents for the next 2000, 15 cents for 10,000 minutes, etc., and up. Some bookstores pass along this sliding scale to the readers – some to the point where it becomes impossible to earn anything decent for all your work, and you average out to 11 cents a minute. Others pay flat fees per minute.

Flat fees range from about 15 cents (usually with a small, new or greedy broker or bookstore) to 25 cents, with the average being 20 cents. Usually for over 20 cents, you don't get extra for the addresses, and/or there is some other condition to be met, like a minimum number of minutes per week or pay period, scheduled log-on times, etc..

For instance, There is another bookstore, but she will only take readers who are experienced and have a record of working more than 2,500 minutes per pay period with an average call minute record of over 20. She will pay more for such readers and also will pay the 25 cents for addresses. She is very legit but doesn't want new, inexperienced people.

There are smaller companies like PRN, started and always starting up. There is a risk that you will work for nothing, or it could turn out really well. I just received an email last week about

a company that started up last year. One of my readers was so intrigued with them, that she chased them down and found them. Well, they are now in court for non-payment.

Other small companies that seem to be surviving include Vision, Globe, Intermedia, IDI, Native American Line, Past Lives, Dream Network, Pet Psychics, Laura Bryan Birn, Norcross, Yellow Pages, Witches of Salem, Gemini Twins, Nostradamus, Rasputin, and Angels. These companies mostly advertise in targeted media, while PRN advertises on national and international television as well.

Another option is what is known as an overflow line. These are private companies that hire readers, through brokers, most of the time for 10 to 15 cents minute to take calls that other companies' readers can't handle. Once again, these private companies are pretty much on their own, hire brokers to hire readers and do their own checks. While there are several very good brokers in this field, caution is advised here. One of my readers decided to try this about six months ago, and never got paid. Part of the problem here is that they are overflow lines and the incoming calls vary depending on the advertising of all those other lines, and how many readers are working at any given time.

## PSYCHIC CO-OPS
And then there's PWN. There are several of these companies around as well. This line will pay you 50 cents a minute for calls you generate yourself through advertising. If you are not logged on and a call comes in for your extension, another reader will take it if the caller approves, and you will get 20 cents a minute for the call. If you answer another reader's call you get 20 cents a minute. You really must generate your own business on this line. Once in a while you can find it busy, but mostly it's your own calls you take. Sometimes they have 10 cent bonuses for a week or so.

The benefit of this is you can set your own hours in your advertising. The other side is, you must be available for those hours. It's like having your own 900 line. The cost of the calls is less as well. But I must tell you, there is still a log sheet to do, and you definitely would want

EXHIBIT 24 PAGE 8

the caller's name, address, and phone number for your own marketing purposes.
You would definitely want to stretch your advertising dollars as far as possible.

**And just one more thought about the addresses --**
You can use this mailing list for another business if you wish, just so long as you don't
compete with the company by offering gems, horoscopes, etc.. But if you are involved in an
MLM or anything else, this is really a hot mailing list you are developing, and if you use the
data base system I suggested, you can print out mailing labels every day, stick them on a
post card, and develop a nice additional income for yourself.

So now, we have completed Psychic Reader 101 and you probably have learned more than
you ever wanted to know about this business.
But one thing I do hope I have conveyed to you, is that this is a business, like any other
business. And to make it work successfully, certain procedures have been found to be
effective in avoiding problems.
I feel that the more you understand about this confusing business, the better it will be for
you. If you are the kind of caring individual I would prefer to have as one of my readers, I
would be honored to have you choose me as your manager.

My team of readers is like a family and they care for each other. They are honest and ethical
light readers. And they know they can depend on me for help at any time. I usually answer
my emails within a few hours, and you can always call.

I should tell you that I don't write any checks. The checks come from Blue Lotus Counseling. I
have been with Blue Lotus Counseling for two years and have found Evin, the owner, to be an
honest, ethical, and very spiritual person, and have never had any problems with receiving
checks, and they come on time.
Blue Lotus pays 20 cents a minute, plus 27 cents for addresses, and 10 cents for each Email
address captured.  They will allow you to recruit, if you wish, without having the

responsibility of invoicing and issuing checks.

They will pay you 4 cents a minute for each of your recruits, provided you put in 600 personal minutes (10 hours) every pay period (2 weeks); and 5 cents a minute if you put in 1800 minutes (30 hours).

Pennies don't seem like very much, but pennies make dollars, and when you have 30 readers under you averaging 1200 minutes, those 5 pennies would bring you an additional $60 each x 30 = $1,800 per month.

Blue Lotus Counseling is the only bookstore that I am aware of that offers this opportunity to each and every reader and pays this much.
Any questions?  If you do, just fill out the application in the directory, and I will get back to you right away.
Return To Top

Back to Main
Directory



# Blue Lotus Counseling

## Blue Pages:

**Welcome to Blue Lotus Counseling**
**A Spirit-Run Company**

**Greetings!** Blue Lotus Counseling allows you, as an Independent Contractor, to work from the comfort of your own home or office, at whatever flexible hours fit your schedule. It is an excellent way to supplement your current business, and earn extra dependable income during hours that you have not scheduled for your other clients. You are free to continue your private practice, if any.

**Please** be sure to take a few minutes to read these pages. Chances are you will find the answers to most of your questions about working with Blue Lotus. You will find information on our procedures, Base Pay and Bonus information, the handy Getting Started page, the Vision of Blue Lotus Counseling, Address Bonus, Recruiting, Email Bonus, phone and email address, and other useful information.  You will find links to the application, email, and website at the end.

**To begin,** you will need to install a separate, dedicated telephone line with no Call Waiting, Call Forwarding, Voice Mail, or answering machine for responding to (calls) provided by BLC. You'll also need an email address.

**Lyndell** will link you to the contract and W-9 after your phone interview.  You Will receive an email with the "Intake procedure".  Follow the easy instructions. (Lyndell's Extension Number and email address will be at the top of the contract. Please include a photocopy of your Social Security number and one other ID card, (like a drivers license).  If there is any problem with this, please Email Lyndell.

**If you are hired,** you will be emailed an updated "Blue page" with Great Tips to help you in this work.  Log Sheet procedure and other important Information will be given to you as well.  Acting as your manager, Lyndell will Be with you every step of the way.  After you submit your application, she  will Contact you, and set up a phone interview.  At that time, you can get aquainted, and she will answer any questions you may have.

**We act as your support group.** Please feel free to email Lyndell if you have any questions, problems, or comments.  Once your contract has been accepted, and you have your extension and password, I will be just an email away as well.  Jerry can answer your questions, and Emmanuel can be faxed. We have a great staff to assist with any Log Sheet problems or questions too. Blue Lotus counseling offers you full support and assistance.

In Unity,
Rev. Evin O'Ryan,
**And all of us at Blue Lotus Counseling
Live a Miraculous Life!**


**THE VISION OF BLUE LOTUS COUNSELING**

In our everyday affairs, we receive "mini-visions." These give us short term insight into what direction we should take with our lives. Every so often, however, spirit presents us with a full-scale Vision. It provides the blueprint for long-term action. Blue Lotus Counseling is a result of this latter kind of Vision.

**A Better Way To Serve**
In the past, we at Starbuilders/ULC (the parent organization of Blue Lotus Counseling)

were content with the work that we were doing. Our focus was on providing tools of consciousness for awakening beings. This included technologies of consciousness, new models of reality, new symbols, body work, books, tapes, and more. For quite a while, though, we had felt that we were on a plateau.

In the middle of August 1995 that changed: We received a Vision. In essence it said, "Begin to increase your resources. Include other Lightworkers. Use the resources to build other projects. Continue to grow. This will give many beings the opportunity to operate in a structure that is based upon fifth-dimensional (spiritual) principles. You will be building a foundation of Light."

**A Multi-Dimensional Structure**
From a third-dimensional (Material Plane) perspective, Blue Lotus Counseling (and all other Starbuilders projects) will look like many other organizations. Everyone involved is providing a service and receiving money. This allows Light-workers an opportunity to move a step closer to their Right Livelihood and to be less dependent upon the Old World for financial support.

**We base the organization** on the principle of Integrity. Integrity means that we do not compromise our own spiritual truth. We support this quality in each individual, in our work and interactions with others, and in the products and services we provide.

**From a fourth-dimensional** (Astral Plane) perspective, all of us at Blue Lotus Counseling are helping others. People usually call the 900 number because they need advice; they are suffering in some way. We are here to serve them. Additionally, by this exercise we hone our psychic abilities. (Some people will call out of curiosity. In this case, we might help them expand their vision into other-dimensional realms.)

**From a fifth-**dimensional ("Heaven") perspective, we are building a Light structure that the Higher Forces can use. We-all who are involved-become a Light Web. We are anchored in the concrete reality of action. The Light Forces can use this web to send information, Light, energy, or whatever else they deem fit. In effect, the group becomes a grid at the service of the Force of Evolution. You don't have to believe this to work with us. We, however, do believe it.

**Other Principles**
In addition to Integrity, the other principles that we aim to embody are (1) following our spirit without hesitation, and (2) living with a sense of Eternity. The Old World does not usually view the principle of following your spirit without hesitation as

productive. Although following our spirit is equivalent to Divine direction, your spirit may not have the same goals as an Old World organization. Maybe it has its own agenda.

Living with a sense of Eternity means that we are conscious of the spiritual truth that there is nowhere to go and nothing to do except take the next step that spirit directs. This isn't acceptable in production conscious organizations. Also, we will be relating to each other as Divine beings (or however else we choose to define our higher identity) in this venture.

**Experiment**
We are at the beginning of an experiment. We will incorporate Divine principles into our daily work. In the Big Picture, it's more than a position  . . . It's a Mission. The goal is to live a miraculous life. Perhaps this experiment will take you one step closer in realizing that goal.

**GETTING STARTED**
Please have this page on hand when you receive your Extension Number and Password; it will make the process much easier for you! We want to make getting started on the line as easy as possible. We also hope that the energy and money you receive from being a part of this moves you a step closer to living a miraculous life.

<u>Here's how to log on to the system:</u>

1.  On your System phone, dial: 1-800-848-4587.

2.  The computer will then ask for your Personal Identification Number. Enter it.

    Your Personal Identification Number (Extension Number )   is: _____.

3.  The computer will then ask you for your Password. Enter it.

    Your Password is: _____.

You'll then hear the recorded "Daily Message." Listen to it; it contains up-to-date systems information for which you are responsible!

After the daily message, the computer will say, "To log-on, press 1

to log off press 2." (The procedure is the same logging on and off.)   Press 1.

EXHIBIT 24  PAGE 14

The computer then will say, "You're now logged on at [your system phone number].
If this is correct, press 1." Press 1. You are now logged on. Hang up and wait for calls.

7. When you're ready to log off, repeat steps 1-5. Press "2" to log off.

**SUGGESTIONS**
The day ends at midnight, Eastern Time. If you take a call at, say, 11:55 P.M.
and it goes until 12:15 A.M. the next day, start a new log sheets after that call.
When you Email your log sheets, Email directly from your Email program to
**PRN31data@aol.com**.  Do not use your word processing program and use
The "send to" email.  The staff will not open any email with an "attachment".
Instead type your log sheet directly into an email, and send.

**Minutes & Averages:**  If your call average is consistently low (below 12 minutes),
this shows in many cases that although you are probably a good counselor in
person-or even on other lines-the energy of this line may not be for you. In such
cases, you may be released From your agreement.  However, we have a
"Business Booster" and tutorials, which you will find in the directory. In some
 cases, the information has helped noticeably. Also, your manager, Lyndell
will be happy to work with you.

**Warning Note:**  Do not log off on any given day with less than a 12 average!  If
you do, you will be placed at the low end of the PRN computer priority, and could
wait days to begin receiving calls again.  There will be nothing we can do to
correct this for you.  You will have to log on at different times during the 24 hour
 period, and wait for calls.  If and when you begin to receive calls again, will
depend on how  busy the lines are, and how many readers are logged on.
There will be no easy answer or way out of this dilemma.  It is best to maintain
 an average of 15 minutes or more, and then you will avoid this scenario
 all together.

**For systems reasons,** it is important that you only be logged on the system while
you are able to accept calls. If you do not log on the system, you will not
receive any calls.

**When you receive a call,** first you will hear a voice message letting you know the
type and maximum length of the call. We suggest that you answer by saying,
"Thank you for calling the Network, this is (your name) at Extension

(your extension). If you like the reading you are about to receive, or if we're
cut off for any reason, please call me back at 1-900-288-0973. What is
your name? What is your date of birth?" Write down the answers and write
down the time the call began, using Eastern Time. You may find it helpful to
purchase an inexpensive electric clock set at Eastern Time and keep
it where you take calls.

## COMPENSATION SCHEDULE

BLC pays its independent contractors according to the data verified by PRN and
downloaded directly from West Teleservices Corporation. Independent contractors
are only paid for the number of minutes shown in this data for each extension.
BLC does not compensate any Contractor according to the Contractor's calculations.
BLC compensates its independent contractors according to the following structure.
The total dollars paid to you will be reported to the IRS on Form 1099. You are solely
responsible for the payment of any income-related taxes.  There are tax tips on
the "Blue Pages" that you will be emailed.

**BASE RATE:** The base rate of pay is FOURTEEN CENTS (14¢) per minute. If,
however, you take one or more calls on either the first or second day of a pay
period, you receive a "Log On Bonus" of FIVE CENTS (5¢) per minute, making
the base rate of pay NINETEEN CENTS (19¢) PER MINUTE for that pay period.
That would be $11.40 per hour.  We have been promised a penny raise on
October 1, 2001, and will be at $12.00 per hour once more.
Base pay Compensation  may be changed by the Company by providing
30 day prior notice.

**2. ADDRESS BONUS:** An additional amount equal to twenty-five cents (25¢) will be
paid for each complete and verified customer record (correct name, address, date
of birth) that is reported to BLC.  Email bonus is (10) Ten Cents per correct address.
Address Bonus compensation may be changed or discontinued at the sole discretion
BLC without prior notice, effective on the first or sixteenth day of any month.

**IMPORTANT:** Ask the caller to spell out any name or address you are not sure of.
If you spell anything wrong (or if it is incomplete), the mail program will reject the
address, and you won't be paid for it.

**3. REFERRAL BONUS:** Currently, you are eligible for a Referral Bonus for every
psychic reader that you recommend to work with Blue Lotus Counseling. To qualify,
you must be on-line for a minimum of 600 minutes for the pay period and have at

least a 50% address capture. There are no exceptions to these conditions!  Please
don't ask!
For every person that you recommend, you'll receive a four-cents (4¢) per minute
bonus for every minute that he or she is paid for. If you work more than 1,800
minutes for that pay period, you'll receive a five-cents (5¢) per minute bonus for
every minute that he or she is paid for. There is no limit to the number of readers
that you may recommend. This Bonus is included with your regular bi-monthly
paycheck.

For example, if you refer one person, and she is paid for 40 hours (2,400 minutes)
in a pay period, you will receive a Referral Bonus of One Hundred, Twenty Dollars
($120) on your paycheck for that period. If you refer four people, and each work
he same amount of minutes as in the above example, you will receive a Referral
Bonus of Four Hundred, Eighty Dollars ($480) on your pay check for that period.
This would give you almost an additional One Thousand Dollars ($1,000.00) per
month in Referral Bonuses. The Referral Bonus may be changed or discontinued
at the sole discretion of BLC without prior notice, effective on the first or sixteenth
day of any month.

You will find that if you keep in touch with the people that you sponsor, if you
encourage and help them, they will do much better. This is called mutual support.
It pays off on many levels and in many ways.

**4. GOLD COIN BONUS:** On the first pay period of each month, the four counselors
who work the most minutes for that pay period will receive a gold coin. To qualify,
must have at least a 15-minute average and a 50% name and address capture.
The Gold Coin Bonus may be changed or discontinued at the sole discretion of
BLC without prior notice, effective on the first or sixteenth day of any month.

**PAY PERIODS**
There are two pay periods per month. The first runs from the first to the 15th of
each month. Checks for that pay period will be mailed on approximately the 3rd
of the next month (about two weeks after that pay period has ended). The second
pay period runs from the 16th to the last day of the month. Checks for that pay
period will be mailed on approximately the 18th of the following month (about two
weeks after that pay period has ended).
The First Pay Period is from the 1st-15th of the calendar month; The Second Pay
Period is from the 15th-to the end of the calendar month;  The checks for the First
Pay Period are mailed out on the 3rd of the next month; The checks for the Second
Pay Period are mailed out on the 18th of the next month.

# Blue Lotus Counseling

**Note:** If the 3rd or the 18th falls on or about a Sunday or a Legal Holiday, then the checks will be mailed the following business day.

Discrepancies and Stale-Dated Checks: All payroll discrepancies must be reported within two weeks after checks have been mailed. In addition, BLC will not reissue checks over six (6) months old.

CONTACT:
By Email: Lyndellsjobopp@aol.com
Blue Lotus Application: Application
Website: Psychic Employment

CUSTOMER SERVICE
If a Customer wants to talk to a supervisor, has a complaint about a bill or about service, or wants to know about "free minutes," we have a Customer Service number. The number is: 1 800 211-8326. We suggest that you don't discuss a bill with a customer. If a customer asks you about "free minutes," you must say that you don't know anything about it. Give them the Customer Service number. If you are being tested by PRN or anyone else and you confirm "free minutes," you will be released from your Agreement. Call us if you have any questions about this.

"900 CALL-BACK" NUMBER: (900) 288-0973
Please give this number, along with your Extension, to each and every caller. At the beginning of each call, say, "Hi, this is [your name] at extension [your extension]. If you like the reading you're about to receive, or if we're cut off, you can call me back at 900-288-0973." Don't rush this. Ask the person to write down the number. The point is not to parrot the number, but for the caller to be able to reach you again.

**Between 5-10%** of our business comes from this. If you receive a test call and you do not give out the 900 number, you'll be suspended for a week.

**Never Put a caller on hold.**

ADDITIONAL NOTES
If you do not take at least 600 minutes worth of calls during a pay period, we will assume that you are not interested in working on the line. If, however, you are still interested, but are going on vacation, have personal problems, or are working with a low average let us know. We will not release you if we know about your

http://members.aol.com/_ht_a/lyndellsjobopp/page3.html?mtbrand=AOL_US

8/15/011:52:50 PM

circumstances. If you are released from your Agreement, however, you will lose all sponsorships that you may have gathered. There is no exception to this rule. If you want to start again, you'll need to contact us, and you can start again. Please note that this 600 minute per pay period requirement is not linked in any way to the 600 minute Referral Bonus requirement. Therefore, if you have reason you work less than the 600 minutes, we won't release you from your Agreement, but you won't receive your Referral Bonus for that pay period.

**PERSPECTIVE**
This job has very little structure. We ask only a few things from you. (For the most part, get complete addresses and fax them in the next day, give out the 900 number, and be honest with the callers.) It's up to you to set your own schedule. Without a schedule, it's very easy to drift away from the job. Being self-employed requires discipline. We'll work with you to make this an enjoyable and profitable part of your life.

**STATE ABBREVIATIONS**
Here is a list of 2-letter abbreviations for the States:

| | | |
|---|---|---|
| Alabama...AL | Alaska.....AK | Arizona.....AZ |
| Arkansas...AR | California....CA | Colorado......CO |
| Connecticut...CT | Delaware....DE | Dist. of Col...DC |
| Florida....FL | Georgia.....GA | Hawaii....HI |
| Idaho.....ID | llinois...IL | Indiana...IN |
| Iowa.....IA | Kansas...KS | Kentucky....KY |
| Louisiana... | Main….MN | Maryland...MD |
| Massachusetts....MA | Michigan...MI | Minnesota...MN |
| Mississippi...MS | Missouri....MO | Montana....MT |
| Nebraska....NE | Nevada....NV | New Hampshire...NH |
| New Jersey...NJ | New Mexico...NM | New York...NY |
| North Carolina...NC | North Dakota...ND | Ohio....OH |
| Oklahoma....OK | Oregon.....OR | Pennsylvania...PA |
| Rhode Island...RI | South Carolina...SC | South Dakota...SD |
| Tennessee...TN | Texas.... | Vermont...VT |
| Virginia...VA | Washington...WA | West Virginia...WV |
| Wisconsin....WI | Wyoming....WY | |

**Canadian Province Abbreviations:**
AB…...Alberta
BC…...British Columbia
MB…...Manitoba

```
TO.....Toronto
VC.....Vancouver

Customer service:      1 800 211-8326
Battered Womens Hot Line:   1 800 799-7233
Suicide Hotline:   1 800 999-9999
Teen Suicide:   1 800 488-3000
Domestic Violence:   1 800 799-7233
Al-Anon:   1 800 356-9996
Drug abuse:   1 800 888-9383
```

EXHIBIT 2.4

http://members.aol.com/_ht_a/lyndellsjobopp/page3.html?mtbrand=AOL_US                    8/15/011:52:50 PM

**(2) What skills or gifts do you use in your readings ?**
- ⃝ *-Tarot*
- ⃝ *-Runes*
- ⃝ *-Dream Interpretations*
- ⃝ *-Past Lives*
- ⃝ *-Astrology*
- ⃝ *-Relationships*
- ⃝ *-Angel Readings*
- ⃝ *-Clairvoyant*

©2001 All Them Pages

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 69 of 418

EXHIBIT 24   PAGE 21

# Important Stuff

## PSYCHIC READERS & COUNSELORS

These are some hints and tips, and yes, even some instructions from the company, to help you give a professional reading over the phone. For those of you who are used to reading in person, the phone thing may bring some new considerations.

Hope these help

The following information is prepared to give you an idea on how to go about doing your job as a spiritual counselor. Read over everything and develop your own style while you are being processed for an extension number. There are views from more than one source and nothing is written in stone. The writers of these ideas swear they work well. You decide.

## BEING VERY FRIENDLY MAKES CUSTOMER AT EASE

Good Morning,

Thank you for calling the network.

This is_____ at extension # _____
What's your name?
How do you spell your last name?

And Mary, did they give you my call-back number?
OK, I need to give it to you before I forget. Do you have a pen handy? Good. It's 1-900-288-0973 – Extension _____ Good.

And what is your birth date?
Have you spoken to a psychic before?
What made you call today?

Where are you calling from today? Your city/state/street address?

Ask for spellings of streets, city, and make sure to get the zip code.

(IF THEY ASK WHY OR SAY NO, SAY THIS)

I use your numbers in my numerology reading, and all your numbers help me to get a better understanding of you and your environment. Plus you will receive a free **ENVISION** Magazine.

Please be thinking of any specific questions you may have while I go over your cards. In fact, I want you to make two wishes and when the time is right you'll tell me one and keep the other, okay?

Has anyone given you your Life Cycle Number before?
Well, yours is _____This means is a number that is with you for your entire lifetime, And is generally one of the most positive numbers for you.

NOTE: I also us the Destiny Number (Month + Date of Birth)

These numbers tell me a little bit about you. Begin numerology characteristics, and then proceed with astrology or Tarot or whatever other method you use for your readings.

Remember to ask questions to get them to talk a bit, so that your reading will be more attuned to their present concerns.

And at the end of the call, say something like, –
I want you to call me back next week (or next month) and let me know how this works out for you.

Building Your Business

This guide has been developed as an aid in the presentation of your own personal psychic readings and not for the purpose of assisting, suggesting, or influencing you in any way as to the contents of the actual readings themselves. It is not to be construed as such. The sole purpose of this guide is to help you to more effectively present your own readings. As an independent contractor, you are your own boss.

We suggest that you take the time to read and put into practice these valuable methods for presenting your readings to your callers. The results of your efforts will be an overall higher quality, more interesting reading for each caller. Callers will be much more interested and will talk to you longer, and with more enthusiasm, and hang up a lot less.

For many of you, this is your first experience giving readings on the phone. I'm sure you've come to realize that it's quite a bit different from doing it in person. The main difference being that the caller has the undisputed power to hang up the phone at any given moment and, unfortunately, does this all too frequently. The information contained in this guide will help you to discover why this is happening and what you can do to prevent it. For some of you this will be a matter of a few minor changes or additions. For others, it will be a revamping of your presentation.

Experiment with several things. Eventually you will discover what works best for you. Whatever help you need, you'll find it here. There's one secret that will make this work: You have to put it into practice. I promise you the results will be dramatic. The mastering of a successful presentation will bring you

newfound confidence in yourself as a professional. In as quickly as a one week you can greatly improve your skills and increase your caller's satisfaction, depending on where you were when you started. This information is very powerful and worth your efforts.

After you have studied this guide and determined the changes you need to make, unplug your phone and practice talking to 'make believe" callers, using your new presentation. Do this, as many times as necessary to work out a presentation that you are comfortable with. Using a tape recorder and playing it back is the best way to hear how you sound and to critique your presentation. You can then hear if you speak too loud, too fast, etc. If you don't get it right the first time try another approach. Try, as many times as necessary until you feel completely comfortable with what you have to say.

Read and re-read this guide. Don't be afraid to try something new. I promise that by changing as few as two or three things, the results will amaze you.

Remember, 'The past is history, and the moment a gift. That is why this moment is called the present." And there is no time like the present. So don't wait. Do it now."

We suggest that you begin in this manner and sequence unless the voice prompt states differently: "Thank you for calling the network. This is (your name) at extension (your ext. number). May I have your name, please? May I have your date of birth? From what city and state are you calling?"

Ask them to spell anything that you are not absolutely sure of because incorrect information causes problems.

A simple name like Vicky can be spelled five different ways. Getting correct addresses is critical for several reasons. If they tell you their address is 123 Main, you must ask them if this Avenue, Street, Boulevard, etc., and if there is an apartment number. Don't be afraid to ask them to repeat anything that you are not sure you heard correctly. Obtaining their personal information at the beginning of the call is one of the most important things that you do.

Your rapport with the caller begins the second they hear your voice, not when you begin your reading. Make sure that your voice has a cheerful, positive lift to it. For best results, your voice and attitude should reflect that you've waited all day just to talk with them. At the start of the call, when you are taking their initial information, is the time to begin establishing this rapport.

## SMILE - THEY CAN HEAR THAT TOO.

Whenever possible, make a positive, complimentary comment about their name, birth date, or even the city they live in. For example: "Lakeesha, what an unusual and pretty name. You must get compliments on it all the time." Or, "New Orleans, what an exciting city, I've always wanted to visit and see the Mardi Gras." Or "Aquarius, what Or, "New Orleans, what an exciting city, I've always wanted to visit and see the Mardi Gras. Or "Aquarius. What an exciting sign! Many of our astronauts were born under that sign." By making comments like this you have given your caller a very strong message that says "I like you, I like your name, and even the city you live in." This is more important than you probably realize.

Most of your callers have never spoken to a psychic and are somewhat nervous. They don't know what to expect. It's up to you to put them at ease. By following this example, you'll be off to a very positive start. Your comments must be sincere and come from your heart. They'll know if you are not sincere.

However, your comments should be brief and not require an answer.

Now that you have gotten their initial information, you could smoothly say, after a pause: 'Vicky, I'm going to give you a brief description of the kind of reading I'm going to do for you today. It's a psychic tarot reading, combined possibly with astrology and numerology (if this is what you do). I'd like you to be thinking about the kind of questions you'd like to ask and perhaps even write them down if you think you might forget them."

At this point your caller is very likely to say, Oh, I already know my question. I want to know if my boyfriend end is going to leave me." To which you could reply: "'Great! I want you to hold that thought, I'll be back to that in just one second." Now you begin your preamble.

The preamble is the next three minutes of the call after you've taken their initial information and told them the kind of reading you are going to do for them. This is by far the most important and critical time of the call. This is when your caller will make that all-important decision to hang up after the free minutes or to stay on the line. Here is where you must be the most dynamic, exciting, fascinating, and positive. This is no time to be lukewarm in your presentation. You simply must get these next few minutes down to a science if you want your caller to stay on the line. If you do not get this perfected, your callers won't be on the line long enough for you to tell them anything. The purpose of the preamble is for you to talk and the caller to listen. While listening, they will be making mental decisions like, "S/he sounds interesting. I really like her. Oh, my gosh, I didn't know that. I can't wait to hear what else she (he) has to tell me."

This is the time for the rapport to be firmly established. Once established, your caller is now with "with you," and you can continue on to present their reading.

The following is an example of what an exciting, positive preamble might be like. This is only an example, does not say this (or anything) over and over. AND. NEVER, NEVER READ ANYTHING OVER THE PHONE, BECAUSE THEY WILL KNOW AND LOSE CONFIDENCE IN YOU.

EXAMPLE: "Vicky, I have to tell you that as soon as I heard your voice I saw the most beautiful aura around you and picked up your wonderful energy. I felt immediately that you are one of the worlds very special people This tells me that no matter what has gone on in your life up to this point, you have some wonderful things coming up for you – It's just not possible for anything else to be happening when you have such a brilliant and positive aura around you.

This is one of the most exciting readings I've done in a long time. You see, Vicky, nothing happens without a reason. There is a reason you called the network today and were connected with me. It's because I am the one person you needed to talk to, to receive the answers and the help you need in your life at this critical time Without you saying another word, I can feel that you are a very sensitive, warm, and intelligent person. You are very spiritually evolved and not afraid to explore the unknown. I feel very privileged to be the one to do your reading today. First, I'm going to tell you thing you have probably wondered about, hoped, suspected, or perhaps even felt that you have already known.

"You have a guardian angel. Did you know that? Your guardian angel has been with you since birth and will always be there for you. You are very protected. (Tell them about the angel, if this is what you do). Everything that is happening to you at this time is a result of the choices you have made in the past. Your future is being generated by the choices you are making today. Accept people and events as they occur. Do not struggle against the moment

Understand that the moment is as it should be. You must relinquish the need to convince or persuade others of your point of view. This will free up enormous amounts of energy that you have previously been wasting. You must stop defending your own point of view, for with no point top defend, there can be no argument. Stop fighting and resisting and you will fully experience the present.

"Life is not a destination, it's a journey. If you have not enjoyed the journey, you will not be happy with the destination. You are emitting a tremendous energy force that's coming through to me in a most powerful way. I feel a strong sense of urgency that involves your need to know about a particular thing. You are an old soul and have been reincarnated many times, but have many lessons yet to be learned. You have a tendency to soar to the heavens emotionally, or plummet to the depths of despair. There is a need for balance in your life at this time as I feel that to many times you find yourself flying off to never, never land and losing sight of your goals. You are basically a very strong person, though, too often, you doubt your own abilities and judgments.

"You need to work on your self-confidence, and trust you are perfect just the way that God made you. Your focus has been on your hurts from the past. But I'm here today to help you shift that focus to your joy in the present and future. Stop waiting for the perfect time to follow your dreams, the perfect time is now. The only person who can hold you back is yourself. Know that the only one who can place limits on your life is yourself. No one else can have this power unless you give it to him or her. Refuse to give this power away.

Trust in your ability to make your own dreams come true, and then move forward with the strength of your convictions. You have the ability to move mountains when it's done with unselfish love and not at the expense of others.

"No one else is responsible for giving you your own personal power, you must find and claim it for yourself. This isn't a path for the timid or faint of heart as many times you must walk it alone, but the rewards are permanent and -far reaching. The only thing holding you back from all that you seek, is yourself. Know that God has already giving you permission to do this; you only need to give yourself this same permission. You must not expect others to fulfill your dreams; you must fulfil them yourself. This is the message I was meant to deliver to you today and the one you were meant to hear. You are a child of the universe and many wonderful things are expected of you, as they will effect all those around you.

"The questions that you are about to ask are going to seem trivial in the light of all that I have told you, for they truly are trivial in the light when you put them in perspective. However, they are the reasons that brought us together and now I will address them.

"As I said at the beginning of that call, I am a psychic tarot reader. I am now ready to begin our reading. What is the specific question you would like me to focus on today?"

It might not take a full three or four minutes to give the above preamble, but you get the idea. Create your own preamble. You can practice with you tape recorder until it feels very natural and comfortable.

Begin your reading. .

NOTE: SOME PEOPLE FIND THAT THIS IS THE BEST PLACE TO ASK FOR THE ADDRESS. I GET MINE RIGHT UP FRONT SO IN CASE THEY DECIDE NOT TO CONTINUE THE CALL, AT LEAST I HAVE THE ADDRESS.

Without hesitating, go on to say: "would you like to receive a free psychic tabloid called Envision? If you like, I'll send you one." If they say yes, ask them for their full name and address. Write down her address, making sure it is complete and the spelling is correct. Then say, "Great, now lets get back to your reading." Using this exact method, you should be able to retrieve no less than 60% of all of your caller's full information. If you are getting less than this, you are not using this format. By following a format, you will find that getting the callers complete information becomes easier with each call. It's the not having a format and bouncing around with your requests for information that makes your calls "a mess." This can irritate your caller.

This exact format WORKS (for some people)

At the end of your full-length (60 MINUTE) calls you will hear a one-minute warning beep. If you're talking when this sounds, stop. If your caller is talking, interrupt her by saying I'm sorry Vicky, but I just heard the signal that tells me that we have less than one minute left to talk. I'm really concerned about you, and I hope you promise to call me back on my personal 900 number I gave you. On the off chance that I'm not on the line when you call back, I want to know that whatever psychic you might be connected with will be highly qualified and most capable of answering any questions you might have, so don't hesitate to call back. Our entire staff is here to help you at any time. Use the last few seconds of the call with any conversations you feel appropriate to the call.

The following are suggestions for situations and proposed solutions that you will be able to benefit from in one way or another. Read, practice, and use them to develop your own professional presentation.

ASK QUESTIONS, ASK QUESTIONS, ASK QUESTIONS!!

Nearly everyone of you is under the impression that if you ask the caller anything beyond their name, address, etc., they won't think you're a real psychic. This is not realistic, either on your part or on the part of the caller No one can possibly know everything about the caller. In order to do an accurate reading for your callers it's important that you ask appropriate questions at appropriate times, such as. "If your boss doesn't give you your raise, even though the cards tell us that he will, what are your plans."

Or, "How long have you been suspected this about your boyfriend?'

Or. "At what point in your relationship did you first notice that things had began to change?"

Or, You must have been devastated when that happened. How are you handling the situation now? Are you able to get counseling? How are the kids taking this? Will you have to go back to work if he doesn't come back?"

There are hundreds of these same types of questions that you could be asking your callers, but you don't because YOU think S/HE thinks you should

'already know that." Here is one solution to this problem all of you face on regular basis and are losing a number of calls simply because you do not know how to handle the situation. The problem arises when you ask the caller a question and he, or she, says, "Aren't you suppose to already know that?"

First of all this unrealistic expectation on their part, but they don't know that. This is when you tactfully and in a non-threatening manner (you must be careful not to make them feel foolish), give them what I call a reality check.

When done successfully and, they completely understand, they'll have a new respect for you. You can continue on, with their full cooperation, and ask the necessary questions for an accurate reading.

You could explain to them that "When you called I didn't have a picture in my head of you sitting in a green chair, wearing Levi's, a blue shirt, in a two story house, with a GMC Suburban parked in your driveway, and four children playing in the back yard with a Dalmatian puppy. Not to say that all or part of this may not be a possibility at some given time, but it would certainly be the exception rather than the rule. The day that any other psychic or myself finds they have this unerring ability, they will have a bigger television program than opera, and be advising the President on world matters.

'As you know, many psychics work with the police department in helping to solve serious crimes. Imagine, if you will, the police department calling one of our psychics to help solve a murder. She (or he) asks, 'How old was the person? Where was the body found? Were they wearing any jewelry? Was the body clothed? What weapon was used to commit the crime? Was there a vehicle involved? etc.' Now imagine that the police department says, "Oh, we're not going to tell you that!" Of course they answer the questions. So, you see, between my personal abilities, the tarot cards (astrology, numerology, Runes, etc.,) and your input, I can come to a very accurate reading. But, I definitely need your input."

Having explained this, your caller has a newfound confidence in you that is necessary for a successful reading. I'm sure that this explanation will save a great many readings that might otherwise have been lost. You might also explain to them that, Life is not a script. Some people are under the impression that it is and expect us to read them their life script. If this were the case, none of us would have any need for the decision-making part of our brain or the ability to make choices. Every day that we get up, we have many decisions and choices to make and any number of roads we can choose to travel. That's part of the advantages of talking to a psychic, being able to know some of the roads we can choose to travel. Another advantage of talking to a psychic, is being able to know some of the pitfalls have been pointed out. Remember, few things are written in stone. You have the power to change your life any time you choose." So lose your fear of asking questions, you should be asking lots of them.

During some of the longer readings, you may discover that the caller really just wants someone to talk more than he wants a reading. When this happens, your caller may want to tell you all about his life and we suggest that you should let them. As long as he's talking, resist the temptation to open your mouth. NEVER interrupt a caller when he is talking. Keep in mind that it's his/her Nickel and if s/he wants the floor, just LISTEN. You are serving him/her this way. This applies any time the caller 'takes over" the conversation. You should immediately stop talking until you absolutely certain the caller is finished with what he had to say. Don't be in a big rush to prove how much you know.

The exception to this rule is if the caller begins to ask you questions about yourself. The way to handle this one is to answer the question, in any way you want - even if it's a lie – and immediately, and in the same breath, ask the caller a question. The person who asks the questions in the one who is in

control. Being in control is not the same as showing off your knowledge. In fact, when you wish to share some of your knowledge with the caller, it is very effective to ask their permission.

"Do you mind if I share something with you?" They will always give permission, and will listen better, too.

Compliment him/her on how smart s/he is. Many callers suffer from low self-esteem and benefit from you building them up, not yourself. Everyone needs to hear these things, it makes them feel worthwhile and wonderful. They'll think you are pretty smart for seeing this about them.

Keep your readings as positive as possible. No one wants to hear gloom and doom. Even if it is what you see, be very careful about giving out this kind of information. You could be wrong' and this type of reading could possibly send someone who's in a state of depression even into a deeper state. Have sense of responsibility for how your reading might affect someone. It is wise to accent the positive and eliminate the negative.

Do not talk about yourself except in the most brief and off-hand way.

They are not spending their money to hear about you. This is a very fast way to lose your caller.

Tread lightly on topics of religion. Instead, speak of spirituality,' Most people believe in spirituality, not every one is religious. Giving out your own personal religious beliefs always runs the risk of offending someone who does not share your beliefs.

Never argue with the caller. Their opinions or beliefs may be different from yours, but do not react in a negative manner. This is the time to be diplomat.

Anytime you shoot down someone else's belief or opinions, you lose. They'll decide very quickly to end the conversation. After all, don't you feel that the smartest people are the ones who think you're smart?

There is no sound in the world as beautiful, to anyone, as the sound of his or her own name. Use it as often as possible without overdoing it. This is music to their ears, just as it is to yours.

Follow your spirit! Stay in your integrity!

When you speak to young people, encourage them to finish their education, if you see that this is true. Encourage them to go back if they have dropped out.

Give them a reading for the path that they are on now and one for the path they could be on if they finished their education. Many times a young person won't listen to a teacher or to a parent, but they will listen to you.

You have a lot of responsibility when you speak to young people. Please take it seriously.

When a caller expresses dissatisfaction or unhappiness with their job or career, ask what it is that they always wanted to do or to be. Ask why they didn't pursue their dream. Suggest ways for them to accomplish their goals, such as going back to school for their G.E.D., or a college degree.

Encourage them to fulfill their dreams and do reading as to the outcome of their efforts in this direction. People need someone to believe in them and say, 'You can do it." Be that someone.

Your caller has no idea that you are sitting at home in your bathrobe and sweats. For all they know, you can be an executive office setting or in a tent. Believe it or not, they don't want to know. It's as if knowing would somehow spoil the magic.

This is also a very strong reason for never letting them hear any background noise during the reading. This is why we suggest that you conduct your readings in a professional manner.

The caller should never be hearing your children, dogs. Doorbells or any other distracting noises in the background. Many times, they'll call the network and complain about you.

If you are only able to log on when your family members are at home and awake, make sure that you are in a separate room with the doors closed. Before you log on (day or evening), place a note on the door asking not to ring the bell or knock on the door until a specified time.

Your callers will not be able to take you seriously if they can hear background noises and are envisioning you in your kitchen amidst your kids and dogs with the doorbell ringing.

Any of this will seriously distract from your credibility, and they will quickly decide to hang up and call the network to register a complaint about you.

Think about this. What would you expect if you were spending your money for a reading? So, be professional and work where it's quiet.

Don't allow anyone (other than yourself) to answer your system phone. No one. You are the psychic. If you cannot be near enough to answer your phone, then log off the system.

For those of you who work at night: Remember, after midnight, EST, we suggest that you start a new daily report sheet with the next day's date. If your last call started before midnight, and ends after midnight, it goes on the next day's daily report sheet.

Set your clock on EST before you log on.

**SUGGESTIONS TO MAKE YOUR JOB EASIER AND MORE COMFORTABLE**

1. Set up a permanent work place.

2. Have a desk or a card table and a comfortable chair, and place the table near the wall outlet to plug in your clock, lamp, fax, machine, etc.

3. If you live with other people. It's best to have a separate room for your work place. Wherever it is, be sure it is quiet and comfortable.

4. Ask your friends and family not to call you when you know you will be on the line. It's very nerve wracking to hear your phone ringing when you're on the line.

5. Turning the ringer off is highly recommended. However, never turn off the ringer on your system phone because as sure as sure, you will forget to turn it back on the next time you log on to take calls. You'll be quite puzzled when your phone doesn't ring. Of course, it will be ringing; you just won't be able to hear it.

6. Make it a habit to check your system phone completely every time you go to log on to the system to take calls A simple way to make sure that this never happens to you is to use your personal phone to call your system phone before you ever log on. Make it a habit to do this phone check every time before you log on to take calls.

7. NEVER hook your system phone up to an answering machine or a fax machine. If you forget to log off and you have an answering machine on, calls will still be routed to your system number. The company could lose thousands of dollars like this. Don't do it! Besides the company does random checks and if they get an answering machine, fax machine or anyone other than you, they will disconnect your extension.

8. A telephone headset to free up your hands during your readings is highly recommended.

9. Keep scratch paper (like a yellow legal pad) next to you for writing down names, birthdays, etc. during your readings. When you log off, transfer the information to your log sheets, using a black marking pen, printing in block letters, or type the info into your data base.

10. If you are going to use the log sheets instead of the data base system, we suggest making a 100 copies (or so) of the Daily Log Sheets made at a time It's very inconvenient to find that you are out of them just as you are about to go on line.

11. Under age-callers: They must be born no later than today's date 1981, and after January 1, 2000, today's date 1982. If you have determined that the caller is under 18, ask them if there is anyone there over 18 who can authorize the call. They may say yes and put one of their family members or parents on the phone. In this case, you take a completely new set of information on this person who is over 18 and proceed as usual, speaking to any one there who cares to speak to you. If the caller is under 18 and there is no one there of age to authorize the call, you must explain that you are not allowed to speak to anyone under 18 and you must hang up immediately.

**BELOW ARE TOPICS THAT WE SUGGEST YOU AVOID DISCUSSING**

o Avoid medical or legal advice
o Avoid discussing sex
o Avoid swearing or abusive language
o Avoid discussing the company, management, or other network psychics unless it is in a positive manner
o Avoid interrupting the caller to talk to someone else
o Avoid eating during readings
o Avoid leaving your caller on the line with "dead silence"
o Avoid telling anyone that you see a death in the future. You can't have any way of knowing the effect this could have on someone after hearing this kind of information, and you could be wrong.

- Avoid smoking while on line or do it discretely so that the caller is not aware of it
- Never give the caller your home or system number, or address
- Never take your system phone off the hook while you're logged on. EVER!
- Avoid discussing the per minute charges with the caller. These charges are explained to them before they are ever connected to you. Explain to them that you have no way of knowing which ad they responded to and, therefore, are unable to answer that question
- NEVER, EVER solicit money, or attempt to sell items from your own personal business, such as candles, incense, vitamins, or anything else Never tell the caller that the call charges are reduced or that they are not being charged for their call Do not decide for yourself that the caller cannot afford to speak to you, or suggest that they hang up. This is the callers decision, not yours Do not use a pencil to record your information on your daily report sheets, as it will not come through clearly when you fax it to the network. Use a BLACK MARKER with a not-to-thick point. NEVER GUARANTEE anyone that they will hit the lottery with the numbers you gave them, or make any such wild promises. To tell them that "things look favorable in that direction," or "the chances look very good." is one thing. But to out and out guarantee these kind of things is extremely irresponsible.
- Drop this word (guarantee) from your vocabulary.

None of the above behavior is professional and most of you would never even consider doing any of these things. But just in case you weren't aware of some of these unprofessional – and some illegal – we thought we'd share them with you.

## SOME SUGGESTIONS TO INSURE YOUR SUCCESS

If you are not used to working under your own supervision, you may find that it is very easy to talk yourself out of logging on and going to work. Then, when your check arrives, you are upset with yourself and vow to do better but when the next pay period comes you are really upset when you find that it is a repetition of the last one. This is a very common problem, but it is quite easily overcome by doing one simple thing.

Determine how many hours a week you need to work to meet your financial needs, and what days off are best for you. Then, make your schedule, and follow that schedule. Inform your family and friends of your work schedule and ask them not to call or drop in during these times. This is a reasonable request, and they will understand. After all, would you show up on their job just to chat?

Our minds don't like chaos. They function best when there is order to our lives.

Creating this work schedule for yourself and then sticking to it is really the only secret to being successful when you are your own boss. It takes some determination and self control, but by doing this, you are running your own life, it isn't running you. The side benefits of working at home as your own boss are endless. No more fighting the trams, or buying gas. No more special wardrobes, no baby sitting fees, no boss who tells you if you're late one more time you'll be fired. You're free of people telling you when you can or can't take a break or go to lunch. You have the wonderful freedom to change your schedule to fit your own needs. So make that schedule before you make your first call, and then stick to it.

Sometimes it helps to work backwards –

http://members.aol.com/_ht_a/lyndellsjobopp/page7.html?mtbrand=AOL_US                    8/15/011:54:39 PM

If you need $100 per week to pay your bills or buy that car or boat or whatever, it goes like this –

$100 divided by .20 cents a minute = 500 minutes divided by 60 minutes = 8.33 hours (8 hours, 20 minutes) of talk time per week.

If you want to work 7 days a week, then an hour and twelve minutes a day will do it.

If you want to work 5 days a week, then an hour and forty minutes a day is needed.

If you need $200 a week, then multiply everything by 2; for $300 times by 3, etc..

This way, you will know the minimum you need to get each day to earn the amount you need. And if you don't make the minimum one day, you will know you need to make it up the next day.

One last tip. Not everyone can work four, five, or six hours straight with out feeling stressed. The secret is to log off and take a break as soon as you begin to feel stressed and to go back on line after you have refreshed yourself. If you continue to work while feeling stressed, you may find that it is very hard to talk yourself into going back on line the next time. By pacing yourself you'll find you can work more hours a day than by trying to do it all at one sitting. This is important to remember so that you don't burn yourself out due to taking calls beyond your stress point We would like you to be with us for a very long time, so pace yourself accordingly. Working for the network is a fabulous opportunity. Taking advantage of some of these tips can help insure your success.

In the future, should you have any problems not covered in this guide, please feel free to call us or your sponsor we are here to help you succeed. One of the best things you can do is to read and re-read this guide. We have every confidence that you will perform in a professional manner and be with us for a very long time. Now, go to work and put all of this into action.

**THE TAROT CARD MAILING**

**"I Received These Tarot Cards In the Mail"**

'Good Mary – and I'll read them for you. First I need your address and your birth date because you need to be 18, you know. Ask them what the cards are, then read them. There are three pages in the manual I told you about that make it simple to give an instant reading for each of these cards.

**For Newer Tarot Readers**
The **Tarot Starter Deck** is ideal since the various interpretations are written right on the cards. After you have used them for a while, you will begin to get a sense of what the reading should be.

When shuffling Tarot Cards, they will let you know when they are ready ... when they won't shuffle any more. When turning the cards, turn from side to

side, not top to bottom.

There is a sample reading in the manual to give you an idea of how it should go. This reading is very spiritual in nature. This does not mean you must use this tone in every reading. There is also a list of the general area of the reading for each card turned in the typical Celtic Cross Reading.

Or you may find just the guidance you need on one of the sites from the links I gave you. There is a great deal of good information on those sites.

Remember that nothing is written in stone, and if you sense something different, then say what you feel. There may be times when the cards are not reading an answer to the question that was asked. This usually means that the person has more pressing things on their mind, other than the question they asked. In this case, I usually will tell them just that and ask what the other problem is.

BASIC NUMEROLOGY CALCULATIONS

Numerology Included in the manual are brief readings for Life Cycle Numbers 1 through 9.

Or again, you can find basic information on the Numerology link.

To calculate a Life Cycle Number, use the birth date –

$$6/27/1936 = 34 = 7$$

Remember that 9 cancels out,
so add all numbers that equal 9 and discard them.

6/27/1936

$$(6) + (2+7) + (1+9+3+6)$$

$$6 + 9 + 19 = 34$$

$$3 + 4 = 7$$

OR cancelling all 9's and numbers that add up to 9
6-~~2+7~~-1-~~9~~-~~3+6~~

Leaves 6 + 1 = 7

**Look at the Life Cycle #7 and do your reading.**

You can usually make a smooth transition from the traits in the numerology reading to the horoscope traits. They are all indexed and easy to flip to in the manual.

Or make your own list from the Links.

This simple numerology reading will help you to obtain nearly every single address and zip code, even on the very short calls.

And here is how it's done . . . After your welcome and your name, ask for their name and the spelling. Ask if they know their sign. If not, ask their birthday. There is a page in the manual that lists all the signs and the dates covered by each, so that you can easily find the proper sign.

Repeat the numbers of their birthday – 6-27-36. Then say... "Danny, I use all the numbers around you so let me have your address too."

Do not **ASK** for it – just **TELL** them to give it to you.

If you say it just this way, you will be surprised at the amount of address capture you receive. Remember that you are also building your own mailing list for future use.

After you get the address (make sure they spell out everything) repeat the numbers in their zip code out loud. Then quickly calculate their life cycle number, and ask if anyone had ever told them their life cycle number is ??

They usually say no. Then proceed with your reading.

This is the only part of your reading that I recommend you say word for word.

While some people recommend that you get the address later in the reading, I find this works best for me for a couple of reasons.

The people who call and get off immediately after their free minutes are going to do so anyway, no matter what you say. Sometimes, they are even too embarrassed to say so. They will ask you to hold on a minute and they hang up. But at least you got their address.

The ones who are intending to hang up but can be persuaded to stay longer, will -- because of your numerology reading. Few Readers use it, so even if may are repeat callers, you are giving them something new.

When you get deeper into their personal lives and they are telling you all their secrets, you will have a very difficult time getting their address. They want to remain anonymous, and forget that you got it in the beginning the call.

Hope some of this helps you. There are no dumb questions.

## TELEMARKETERS & SALESMEN BEWARE

If you have been trained for selling, either by phone or otherwise, you probably have developed the automatic technique and habit of getting the sale and moving on to the next customer as quickly as possible.

This is not a sales position. The sale has already been made by the time you are speaking to the customer. You are in customer fulfillment! This means giving them as much time as they need and want in order to understand the tools you are offering them, to help them to clarify and solve their problems.

You may find yourself reverting to your sales techniques and habits, especially when you are tired. It is time to take a break when you notice your last four or five calls are short, or find yourself realizing as you hang up that this person was not finished and needed more time. You may have lost your focus, and need to refresh.

### You Are Still In A "People" Business

1. Your skills and knowledge are still valuable. They just need to be 'tweaked' a little.
2. People still love the sound of their own name. And because you are on the phone, they love it twice as much . . . so use it twice as much as you would in a face-to-face situation. Remember to pronounce it the same way they do, not your way. (Marcia may be Marsha to you, but one lady said her name was Mars-EE-ah"
3. When you want them to do something, **tell them to do** it . . . don't ask.
4. Always try to place these "orders" between two questions. (What is your birthday? Good ... So Christine, let me have your address too. Have you ever called a psychic before?)
5. Favorable comments about their replies (what a pretty name) and using the word "good" after some answers gives them a sense of approval and will encourage continued cooperation with answers.
6. Forget about questions that give choices or closed-ended questions for yes or no answers. Unless you are after specific information (how many children do you have)? All questions should be open-ended. [Tell me about it. What do you think? What would you like to happen?)
7. Try to get them to participate in the conversation ... to confirm what you say ... to add details or tell you something new to talk about. Make notes so that when the present topic is exhausted, you can go back to another one. The notes will come in handy when they call you back too.
8. Remember to pause and get their approval now and then (And Tom, you have a bit of a sarcastic humor, don't you? You find people are always coming to you for help . . . isn't that right Mary?)
9. Since you can't hand them your business card, be sure to give them your Direct Number and Extension from the Checklist Page. This will help to generate your own business during slow times. Use the question, order, question method. (Do you have a pen handy? Let me give you my Direct Number Joann, just in case we get disconnected . . . or I want you to call me back next week – or tomorrow –and let me know how your job interview went. You feel better about it now, don't you?
10. Solving problems makes sales, and often to complete the sale you must absorb the problems to relieve the customer of their burden. This is not sales! You do not need to solve their problems and absorb their negative energy. You are their spiritual counselor -- not their therapist. You only

need to give them the tools to help them to solve their own problems

## TAKE CARE OF YOURSELF FIRST

If you find yourself getting very tired or down during or after your sessions, please reread this section, or print it out and tape it to your phone.

## YOUR MAILING LIST = $$$

It's a good idea to keep your names and addresses. They will create a mailing list for you. While you cannot use it so sell anything that would conflict with the Company, you can use it for other things and if you don't want to use it, someone may pay you to use it. And if you don't want to do that, please send them to me. I've been very successful with my list. Thanks . I'm building another residual income with mine.

## SOME FAQS ABOUT RECRUITING

Here's a perfect example of what I was saying about the procedure.

I think this is the third time this guy is asking for my phone number. And here's my reply. Now he will either send the application or think of some other way to trick me into giving it, which I won't. Sometimes they keep sending requests with friendly emails, thinking that you will forget you didn't get the application and send it. It's a game to them.

So you should set up a data base (address book in list form) for your readers and when they send the application, enter it into the data base. That way you can check whether you got it or not. Also create a group email in your address book for your readers, and one for replies, so you can check if they answered the ad before.

"please e mmail me a ph#
Subj: Re: ClassifiedPlus - Employment Ads: 2CA_990823164727
Date: 8/29/99
To: RJohnson85@compuserve.com

NOTE: THIS IS AN ACTUAL COPY OF HIS EMAIL. I LEFT HIS ADDRESS IN SO YOU CAN BE AWARE OF HIM.

In a message dated 8/29/99 12:04:39 AM Eastern Daylight Time, RJohnson85@compuserve.com writes:
<< please e mmail me a ph# >>
Hi Rob
I see you answered my ad before, and I did send you the initial response letter with application.

I'm sure you will understand that as I do this, I must have a procedure to follow to maintain my sanity and my records in some sort of order. :-)

I'm sure that your time is just as valuable as mine, so when I receive your application, I will send my phone number and we can talk during a scheduled phone appointment. OK?

In case you didn't save it, here's the application again.

Lois

=======================================================================

UGH! I'VE BEEN LOGGED ON FOR ALMOST 2 HOURS TONIGHT AND I'M NOT GETTING ANY CALLS. I LAST LOGGED OFF WITH A LITTLE OVER A 13 MINUTE CALL AVERAGE,

It's because you're new ..... You need to get your DAILY average up to 15 or higher. The computer keeps a RUNNING average from day one. So when you have logged a couple of thousand minutes and your average overall is 15 or higher then one day at 13 won't affect the average so much.

That's why I say make sure your DAILY average is high at the start.

My average ranges from 17 to 27 and usually I get calls within 1 to 5 minutes of logging on. However, there are a couple of days where it was slower than normal. I just log off then and try later.

=======================================================================

I have been overwhelmed with responses to the ads I've placed for the recruiting. However, I think maybe I'm doing something wrong. I have received several applications back, and then, when I send out the intro information, and contract info, it seems that I don't hear back. What am I missing? When should I be setting up the calls?

OK –
It's typical to get lots of replies and a few follow thru's. People are nosy and curious. Some people just respond to everything whether they are interested or not. This is why I recommend you follow my procedure so you don't waste time with the "lookers".

1. First response – send letter explaining with application
2. When you get application, send second letter with your phone number and phone time for them to call you for interview and sample reading. NEVER call them. If they don't have service, tell them to get a phone card or use 10 10 297 which is 10 cents a minute with absolutely no extra charges and no minimums.
3. After the phone call, you will pretty much know whether they are interested. Send the rest, with the links for the contract and W-9, with the request that they email you when they fax the contract so you can keep track. Be sure to remind them to mput your extension number on the contract.
4. When you get the email that the contract has been faxed, then send the balance of the training materials.
5. Send Evin and email with their application with NEW READER in the subject line telling him to expect the contract. I do this in case they forget to put

my extension number on the contract. Ask him to let you know the extension.

6. Set up a data base for your readers with their information and extension number.

7. 6. Once a week or so, you can follow up with people who didn't call or didn't send their contract in.

If you get one a week, that's great. If you get 2-4 a month, that's good too. I have about 30, out of which about 10-12 are working at any given time. It could take about 6 months to get that much. That's why it takes persistence. You need to keep getting new readers to replace those who drop out or take time off. But it will work if you keep at it. :-)

Just don't vary from this procedure and it will be less stressful for you. Stay in control of the process. OK?

If someone wants to control you, don't get mad or impatient. Just explain that it's your procedure. If they follow you, you want them. If they don't, you don't need them. Attitude is everything.

Hope this helps.

VERY IMPORTANT
PLEASE BE SURE TO PRINT OUT THE UPDATES PAGE IN THE DIRECTORY, AND USE THE PHONE NUMBERS AND CONTACTS THERE. SOMETIMES THE PHONE NUMBERS ON THE SITE PAGES GET OVERLOOKED WHEN CHANGES OCCUR, BUT THIS PAGE WILL ALWAYS BE UP TO DATE - AND DATED. YOU MIGHT WANT TO BOOKMARK THIS PAGE TO CHECK FOR UPDATES OCCASIONALLY.

>

Email: LyndellsJobOpp@aol.com

Back to Main
Directory

# CALL PRIORITY

Hi,

 The following letter will let the secret of getting calls back to back out of the bag. Copy it, study it, and put these suggestions into practice in your daily work. There are a lot of myths, but now you will know exactly how the system works. You can avoid making the same old mistakes again, and again, and again, and be in the top tier of priority. Wouldn't you like to know that when you log on to go to work, your phone is going to ring? That you can get calls no matter what hour of the day or night you choose to work? Well, you can! Just follow the guidelines below. It may take a few days for you to begin to pull yourself up in the priority, but you can do it if you follow this advice.

When you log on there is no way to know for sure when your first call will come in. When you initially activate your extension, you will be in a "prime" position to receive calls, and it will be up to you to maintain or better that position. The time of day that you log on, call volume, the number of readers logged on, and your personal production are the factors that determine how quickly calls are routed to your extension.

************

How the network rates you to receive calls is based on the following criteria:

When the calls come in through the long distance carrier, they must be distributed to the readers who are currently logged on to the system. This is done by the service bureau. Each time the phone rings, the computer adjusts the priority of the readers to receive calls. The computer adjusts the priority based on:

1) Number of minutes you log.

2) Your Call time average.

3) Number of completed names & addresses you turn in. Client information capture and percentage.

4) Number of callbacks to the 900# & 800# generated by you giving that callback number out.

5) Work a minimum of 300 minutes a week. (5 hours at least).

Example of how call priority works on Line: When calls come in, the computer looks at who is logged on, then it looks at the priority of each reader. It then sends the call to the reader with the best priority, who is not currently on a call. It is obvious that the better priority you have, the more calls you will receive while logged on. Do not drop down so low in priority that you won't receive as many calls. You could set your goals to do LOTS of minutes, better than a 15 minute call average, and above 65% client information capture.

Call average = total number of minutes divided by total number of calls

Your Priority number represents your relative position in line for receiving calls. The priority numbers range from 1-3,600. For example, if you have a Priority of 10, that means that when a call comes in, the computer will scan Priority numbers 1-9. If those numbers are busy (the psychics are talking to callers), or not logged on, then you would receive that call. Usually, if your priority is less then 1,000, you should receive calls one after the other.

Your priority is determined by two factors: Your call length and the total minutes that you're on the line. If your average is 20 minutes or greater, you're in the top tier ~ you'll have "top priority" in receiving calls. (You'll have a priority number between 1-800.) If your average is 18 - 19.99 minutes, you're in the second tier. The tiers continue 16-17.99, 14-15.99, 12-13.99,10-11.99, and 8-9.99.

Your position within a tier is determined by your total minutes. For instance, if you have a 21 minute average (top tier) and have worked 1,000 minutes for a pay period, you'll have a better priority than someone with a 24 minute average (top tier), who has only worked 500 minutes. A lot of you take just a few calls so that your average will be high. As you can *See, a lower average while taking more calls, puts you higher in the priority.*

*So, if you log 5000 minutes in a month, you will receive more calls than a reader who only logs 2000 minutes. At the same time, if you log 5000 minutes with a 20 minute call time average, you will receive more calls than a reader that logs 5000 minutes with a 15 minute call time average. The more minutes you log and the higher your call time average, the busier you will be when you logon to take calls.*

*Currently readers are expected to maintain a 15 minute daily call time average, to keep their extensions active. The network day runs from 12:01 AM – midnight. You can log on and off the system whenever you like, as your call time average is based on minutes logged during the entire 24 hour period. The workday always starts at 12:01 AM, be sure to record your call activity with the correct date and time--ALWAYS USE EASTERN STANDARD TIME! Blue Lotus has a 19.50 call average for the out group.*

*Record ALL calls. To determine your call time average, add up your per call minutes (calls less than 1 minute calls count as zero), and divide that number by the total number of calls.*

*For example-- if you took a total of 5 calls and the times were 40, 3, 15, 0 (hang-up), and 60, your total minutes would be 118 divided by 4 (total number of calls) your call time average would be 29.02....You do NOT add the 0 in, when you are doing your average...Yes, send the call in on your log sheet, and write "Hang-up"beside this call......*

*Here is something very helpful:*

*The key to your success is to have a daily average of at least 17 minutes.*

*Call average = total minutes divided by total number of calls*

*This will ensure that you receive calls back to back anytime of day or night!*

*You want to aim for a 25 minute or higher average, so a call will come in just as soon as you hang up. To do this, you must think in terms of 45-minute calls every time you pick up the phone. If you think 25 minutes, that's all you will get, and when they are averaged in with hang-ups and short calls, your average will drop dangerously low. So think 45 minutes.*

*If you are new, you should start at midnight (EST) and stay on for two or three hours, you will want to do this the first few days.*

*This will help you establish a high priority in the network.*

*Always turn your log sheets in on time.*

*Always give out your 1-900 call back number.*

*If you are having a bad day, and your average is low (less then a 15 minutes average), the best thing to do is wait till midnight (EST), not any earlier, and take a few good calls, then log off for the day.*

*Everyone is assigned a priority number and its based on your call average, it is changed on a daily basis at 2:30 am (EST).*

*So, by going back on at midnight (EST) you can save your extension.*

*You wont get calls the next day, but the day after you will get calls, that is if you went on at midnight and took some good calls.*

*Never leave your average for the day under 12 because you will get a priority of 2500 which means you are in the overflow pool...causing you to wait long periods between calls.*

*If this should happen, the best thing you can do is log on about 3 am (EST), and other odd times, until you get a call.*

*Then if you get one call and it's for 30 minutes or so, log off until after midnight, so your daily average will be a 30, and the next day you will get quicker calls.*

*It is important to keep a running total each time you log off, so that you will be aware if your average is slipping a bit. Whenever you get two or three hang-ups in a row, just log off for a half hour or so. The callers are responding to advertisements being run on TV.*

*The network is going to increase their advertising at the end of the month and things will be getting very busy!*

*If you are having problems with your extension number or not receiving calls, then let me know.*

**Back to**
Directory



# Orientation Information

## Welcome To Our Orientation Page!

This page has been designed to provide you with basic information on what will be expected of you and suggestions on how you can excel in this job.
If you should have any questions or even suggestions please e-mail us and let us know!

Information has been broken down into sections of interest as outlined below. Please make sure that you read all of the information on this page and the FAQs page before you take your first call.

**Getting Your Paycheck**
**Where Do I Send My Log Sheet To Get Paid?**
**Phone Requirements**
**Remaining On Task**
**Choosing A Form Of Divination**
    **Making The Most Out Of Each Call**
  **Getting Your Home Office Set Up**
**Mandatory Calls**
**Giving Out The 900 & 800 Numbers**
**Getting A Caller's Date Of Birth**
**Getting A Caller's E-mail & Physical Address**
**When Callers Get Cut Off Or Hang Up**
**Repeat Calls**
**Caller Wants Technical Information**
**Ending Calls**
**Psychic World USA Advertising**
**How Busy Are The Lines?**
Logging On

Rude Callers
        Becoming A Manager
Support
Log Sheet



# Your Pay Check:

Pay is twice a month, on the 1st and 16th. YOU MUST WORK 15 HOURS OF TALK TIME A WEEK. YOU WILL GET NO MORE THAN 2 WARNINGS.

We prefer to direct deposit into a PayPal account that you can set up. It is free and easy to use. However, it is not required and we will be more than happy to mail you your check.

We like using PayPal as it allows you to receive and make payments via e-mail. You can link your local bank account to it and transfer your pay electronically.

You can even link a credit card to your PayPal account and use it to pay for items you buy with your credit card. Best of all, you get your pay that much faster!

To set up a PayPal account, go to

Our pay rate is $10.20 per talk-hour minimum. $10.20/hour x 15 hour minimum = $153.00 a week. Nothing is withheld from your paycheck!

Our readers are hired as contractors, not employees, so we don't withhold taxes from your pay. We will issue you a 1099 form at the end of the year that lists your income for the year, and you will have to pay taxes on it, so be sure to plan ahead.

You are paid for the actual minutes you are talking to callers, not the length of time you are logged on to the system.  To find out about more options for getting your paycheck click here:

# Where Do I Send My Log Sheets To Get Paid?

*E-mail* log sheets to receive your paycheck to:

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 93 of 418

# logsheets@psychicworldusa.com

*Mail your log sheets to receive your paycheck to:*

**Psychic Resources, Inc.**
**Data Processing**
**1010 University Ave, Suite 23**
**San Diego, CA 92103**



*To print out a log sheet that is formatted in Adobe Acrobat (which will provide a printer firendly, perfect copy) click button below-*





# Phone Requirements

You will need an ordinary, residential line with no call waiting, automatic voice mail, or anything else that could allow a call to ring through while you're already on the phone.

It must be an actual physical phone line, not a second phone number on your main phone line using a feature such as Ringmaster. Ringmaster and similar features allow you to use more than one phone number on the same physical phone line. You hear a different ring for each phone number so you know which number the caller used. Unfortunately, the computer system that routes calls on the psychic line is unable to route calls to phone numbers that are set up on the Ringmaster feature, so you must have an actual physical phone line for your psychic line work.

It must be an ordinary telephone, not a cell phone. The system that forwards calls on the psychic line is unable to forward calls to cell phone numbers.

The following area codes cannot work on the Psychic World USA system. Due to local restrictions, these area codes are denied access by the FCC. They are:

(818) California - LA
(407) Florida
(561) Florida
(601) Mississippi
(201) New Jersey
(973) New Jersey
(503) Oregon
(570) Pennsylvania
(512) Texas
(713) Texas
(206) Washington State - Seattle
(425) Washington State - Bellevue
(253) Washington State - Olympia
(360) Washington State - Tacoma

# Remaining On Task

This is a lot of fun, but it is a job. Since you don't have set hours to work, you need the self-discipline to set up a schedule and stick with it. You also need to be comfortable talking on the phone with people you've never met before, and taking charge of the conversation.

People who have customer service or telemarketing experience tend to be really good at this, as do those whom have done readings in person before.

With this job, you work the hours and days you choose. You do not have to work the same time every day, but you do need to set up a schedule and have the self-discipline to stick with it. The psychic line is open 24 hours a day, 365 days a year, so you have a great deal of flexibility in scheduling.

We do require that you take at least 10 hours of calls per week for the $10.20/hour pay. This is today's industry standard. If you take less than 10 hours of calls in a week, your pay will drop to $9.00/hour. If you take less than 10 hours of calls per week for two to three weeks in a row, the system will delete your extension and you'll be out of a job.

As you begin to read, you will find that most of our callers are really just looking for someone to talk to. This is where the counseling part comes in and you begin to help people with their problems.

CAN YOU DO THIS?
If you care about people and have a spiritual nature, like to talk on the phone, and can set up your own schedule and stick to it, you are one of the people we are looking for! To learn more about how to develop you psychic abilities go to the link: "ESP 101"

# Choosing A Form Of Divination:

You may choose any form of divination that you would like to do your for callers. Many callers tend to request tarot card readings, not necessarily because they are preferred, but because that is what the caller is expecting. Feel free to let the caller know that you can provide them with an alterative reading if that is what you would pr█████o. Examples of different forms of divination are: astrology, numerology, runes, and much more.

If you have not been practicing a form of divination, may I suggest tarot cards. They are very easy to learn and are the quickest form of divination to pick up. For tarot card readings I recommend a book called- **Tarot Made Easy** - *by Nancy Garen*. It will tell you what each card means and provides you with categories under that particular card.

For example: Let's say you shuffle the deck of tarot cards and pull the Ace of Cups, you would turn to the page for that card and look under the category of Romance. It would then tell you what was in store or is going on currently for that person in regard to that category. It is very simple and easy to elaborate on when talking to the callers. You can acquire the book through Amazon.com which is linked to this site below.

Once you have signed on with us, we will give you a username and password to the company's major website. There you will find all sorts of easy-to-use information -- numerology, tarot, astrology readings, tips on taking calls, and much more. This IS a job, and there are guidelines and requirements.

You will need the self-discipline to set a schedule and stick with it. We give you all the necessary

information and requirements up front, rather than waiting for you to start work and then a week later springing it all on you. This way, you can make an educated decision about working for our company.

As you will see, the Tarot, Numerology, Astrology, and other reading methods can be VERY accurate. You will find you will amaze yourself and your callers!

# Making The Most Out Of Each Call:

The following are tips to help you to make your calls the best that they can be. Certainly you can do what works best for you, and I would love to hear suggestions to be added to this page as well!

## The Beginning Of The Call:

Let me run you through how I begin a call to give you an idea of what you might like to do.
First, I created a way to answer the phone and speak with callers that would let them know that I was caring but also direct and to the point. Because you have so much information to ask of the caller in the beginning, I suggest you create an order in the questions that you ask to make things most efficient:
*Here is an outline of what I suggest:*

1) Hi my name is "Lisa" whom am I speaking with?
2) Hi "Jane" can I get your last name as well?
3) "Smith?" and that is spelled "S-m-i-t-h?"
4) "O.K., and to verify that you are 18 years of age or older can I get your date of birth?"
5) "Great, may I also get your address?" (If they ask why, let them know that it is to give away free minutes anywhere from 5-15 minutes.)
6) "May I also get your E-mail address?"
7) "Alright, I understand that you are interested in getting a tarot card reading, so while I am shuffling the cards to do your spread, can you tell me if there is anything in particular that you would like me to focus on?" Caller says they want to know more about romance in their life.
8) "O.K., while I am laying out the cards, let me give you my telephone number in case we get

8)    "O.k., while I am laying out the cards, let me give you my telephone number in case we get disconnected, as sometimes that happens. Do you have a pen a paper?"

9)    "Great, my number is 1-900-288-0956 and my extension is_____." Also, we have a free daily horoscope line at 1-800-337-8379.

10)   "O.k., I have laid out your cards and I can see a couple of things jump out at me"

If you feel that the caller is hanging up after a few minutes because they just want the free minutes, you can let them know that in order to get a quality reading it may take longer then three minutes.  If they are hanging up after their free minutes and calling back again you can let them know that it is more difficult for you to provide them with accurate psychic information when they do that.

## The Middle Of The Call:

Some times you will find that you have answered their questions and you are unsure of where to proceed. These are tips I suggest during your conversation:

Make sure that you listen to them and never interrupt them.  Let them talk as much as they want. Comment on their reading, if it is a very positive spread, then let them know that this is a really exciting time for them.  Ask them what plans they have and if they are excited about them.  If it is more of a challenging reading, you can be especially empathic.  Let them know that you really can see how stressed they are.  Recommend things that will help them to relax such as: meditation, massage, getting enough sleep, a hot bath or just doing some soul searching and making some quiet time to do that.   Whatever the outcome of their reading, let them feel that you are there for them, that you are interested in them, and that you really enjoy speaking with them.

Remember not to speak about abortion, the date of someone's death, doom, disaster and never diagnose someone.  If you feel that your caller requires a professional therapist and the content is just beyond the scope of your expertise, then you can refer them to their Primary Care Physician for medical or mental health issues or Counseling Source for a professional mental health therapist at 1-888-841-2288.

If it is an emergency, and they are expressing suicidal or homicidal ideation, refer them to the local emergency room, and let them know that you feel it is that serious.  If there is current child abuse mentioned, contact me and we will contact the local authorities immediately.

Talk to them about their own intuitive abilities. Empower them to "tune in" and find out what their own impressions are. Turn every situation into a positive one. Do not use terms like "bad," or "negative." Use terms such as "That sounds like a really challenging situation for you." Also, let them know that they create their own reality, and if they don't like something that is occurring in their life, then they can always work to change that. We are only limited by our own imaginations!

Throughout a call I will sometimes inquire if what I am telling them makes sense to them. On one call, the card I pulled indicated dental work in the near future. She confirmed that she had been having some tooth pain and that she was going to the dentist soon. I am always in amazement of the accuracy of the cards. They have never been wrong.

One thing that I will say about reading tarot cards is that they may always be accurate, but your interpretation of what they mean may not be. You can use phrases such as: "When I pull this card, this is usually what it means, does that make sense to you?" It is o.k. to be humble and let them know that just like any sense the human body performs such as sight, smell, etc.; psychic information can be elusive.

Tarot cards are actually a very specialized form of divination, and I have met professional Tarot card readers who have spent years learning the history, the meanings, and the influences that each card has. The book "Tarot Made Easy" that I recommend is just a way to get started. It is by no means the "end all" of information that is out there for tarot. I encourage you to delve more deeply into the form of divination that you choose to become more experienced and knowledgeable.

You can also do readings for other people in the caller's life. If they mention their spouse, you can do a spread for them as well, and let the caller know what you are seeing for them. You can let them know that by doing this; you will be better able to correlate how the caller and that person are inter-relating to one another.

Promote healing. On one call I took I convinced a caller to call her daughter after not having spoken to her for over five years. I talked to her about the importance of forgiveness and honoring what was truly in her heart, which was to heal the pain of being separated from her daughter. She called her daughter, and then called me back to thank me for reuniting the two of them. I simply smiled and said that I only had encouraged her to do what was in her heart and that she was the one who had created the reconciliation. I let her know that if she ever needed to talk to me again I was there for her. That was such a special call, and that is one of many that I

experienced!

As you continue to take calls you will continue to have questions about the best way to handle various situations. I encourage you to not only e-mail me with questions which I am always there for, but to post ideas, thoughts, suggestions, and questions on our staff bulletin board so that your co-workers out there can benefit as well! I really like promoting a sense of being a team. I think it feels a bit lonely out there when you are taking calls and don't feel that you have support, and along with staying in close contact with me, the bulletin board helps to relieve that.

## Ending The Call:

Make plans with your caller. An action plan about what they are going to do next after having spoken with you is a great way to wrap up the call. This relays that you care and also provides them with a sense of direction after the call. You can even give them assignments if you feel it is appropriate, such as: writing things in a journal, or giving them positive affirmations to say throughout the day. The possibilities are limitless!

I also recommend reminding them of your number and extension at the end of your call. Let them know that you are interested in how all of the things that you discussed are going to turn out, and you would love to hear from them again. Also let them know that you are there for them whenever they want to call back.

I hope that provides you with a sense of taking a call. Again, if you have suggestions on what more I can add to this section of the website as helpful tips, I am very open to adding them.

## Getting Your Home Office Set Up:

*Reference Material:*
One of the things that worked well for me was to have printed out the 900 number, my extension, my password, the toll- free horoscope number, and the customer service number (see "Contact Information" in this site to reference those numbers.) It was helpful to have those numbers right in front of me when I needed them. I also made a copy of the numbers and taped it into the cover of my "Tarot Made Easy" book so that I would always have it close to me if I were not in a

room where I had it posted.

### The Book That Is Essential For Doing Tarot Card Readings:

As mentioned before under the "Choosing A Form Of Divination" section on this page; if you choose to do Tarot Card readings, which is what most callers are expecting, then I highly recommend a book called- Tarot Made Easy - by Nancy Garen. It will tell you what each card means and provides you with categories under that particular card. You can purchase this book through Amazon.com for $12.80. To do that now click the link below and you will be taken to the Amazon.com website where it is listed-

When you get the book, a tip that made my life easy was to put little tabs into my "Tarot Made Easy" book to mark the different sections such as Cups, Wands, Swords, etc. That way I could reference the sections more quickly and get right down to business. I would also start with just one card from the deck so that I could start processing with them right away, then I continued to draw the cards for a full spread, 'rather than having them wait for me to lay all of the cards down in the beginning.

### Tarot Cards

In addition to t[...]arot [...]deck of tarot cards (if you don't already have [...]e are [...]hoose is all about personal preference. I [...] a few below to show you some of your options. For your convenience, I have linked the[...] to the Amazon.com site so that you can purchase them easily. Simply click on the links below and you will be taken right to the page where they are featured with descriptions and larger pictures. There is also a really nice tarot card computer program available, which I have shown below.

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 101 of 418

**Log Sheets:** I always made sure that I had plenty of log sheets to write in and record the caller's information as well as a pen that isn't going to run out of ink anytime soon.  Also, you have to remember that if you are not on Eastern Standard Time, your calls will need to be converted to EST on your log sheets.  I just got a small clock and set it to EST to make it easy for me.



P          ar       Re          d:

H
A          to        ads       oug      en       r
b          s         not       or t      not      ta
fou        t I l     - Pau      CA       with     op
Amazon for $19.9 .  Trust me, you want to spend time finding the right one, because when you don't you can end up with an annoying piece of equipment, rather than something that makes life easier.  To get this or another headset through Amazon click the link below and it will take you right to it:

*Phone-*
I have also found a really nice digital, cordless phone that has a jack for the headset.  I have gone through a few digital spectrum phones over the years, and I recommend Uniden.  Let me say that the same thing applies to getting a phone, if you don't get the right one, you will end up hating it because it is an inconvenience that you will deal with all the time. I had an AT& T Digital phone and I had to return that model twice because the keypad did not work.  I even had purchased a top of the line V-Tech Digital Spectrum phone and it was horrible as it kept telling me that I was out of range when I was right next to the base!  It was also twice as much as I paid for the          ow which is so awesome!

I have f          the                                                    that you speak to sound li          in the next room!  I liked this phone so much I got two!  The other thing that I recomm          ng a digital phone for a couple reasons.  First, you never have to worry about interference from other people who live close to you using the same channel.  Second, and most

important to me, is that no one can listen in on your phone calls by using a scanner. Being a counselor, confidentiality is of the utmost importance and for me, digital was the way to go. Here is the model of the phone that I got in case you are interested-
Uniden EXS2010 900MHz Digital Spread Spectrum Cordless Phone. If you go through Amazon the price is $39.99 after the manufacturer's mail-in rebate of $20.00. If you want to purchase it right now you can click on the link below and you will be taken right to it on the Amazon.com site Choose one with or without an answering machine (the one with answering machine is $59.99)-

# Mandatory Calls

The biggest responsibility a counselor/reader will need to fulfill is to take one call within the mandatory 48 hour periods as outlined below:

1) Fir                         d (1st & 2nd of each month)
2) Se                          eriod (16th & 17th of each month)

Durir                       10                                              hour period.

If a c                          does not do this, the payroll department will only pay the .15 cents a minute ($9.0                          or the next two weeks despite a high average. This is done to keep track of all the readers currently working on an active basis.

I highly recommend trying to get your call early within each of the 48 hour periods as the lines will be overwhelmed with counselor/readers trying to get in their call later in the evenings on those days.

## Giving Out The 900 & 800 Numbers

You must give out the 1-900-288-0956 number and your extension within the first two minutes of the call. You will also need to give out the toll free horoscope line: 1-800-337-8379. I recommend asking for their name, DOB, and address, then asking if there is a particular question that they would like you to focus on, and (using tarot as an example). I would say "While I am laying out the cards for your question(s) do you have a pen and paper handy?" "Ok, let me give you our 900# and my ext. in case we get disconnected or you want to call me back. Let me also give you our toll-free daily horoscope 800#."

For your first 40 hours you will receive test calls to monitor how you are doing. You will also be randomly monitored to check if you are giving out the telephone numbers as listed above.

## Getting A Caller's Date Of Birth

The reason that you need their DOB to confirm that they are 18 years old or older as this is an FCC regulation. You can let the caller know that, if they are curious.

## Getting A Caller's E-mail & Physical Address

The reason we want their address and e-mail address is so that Psychic World USA can send them coupons for free minutes which can range anywhere from 5-15 minutes.

## When Callers Get Cut Off Or Hang-up

Please note that some states will cut 900# calls off after a certain amount of time, and in some states it is as low as 20 minutes. You will have calls that just "cut off." This is normal. Sometimes it is because the caller simply does not wish to pay any more money for the call. Other times it is because they have prepaid for a certain amount of time and that time has expired. Finally it can be due to a cut off time that the state has regulated. This is why we require you to give them your 900# and ext. so that they can call back.

You may hear whisper messages at the beginning of a call. Sometimes they will simply say- "tarot" or will mention a time period. If the whisper message lists a specific time (30 or 60 minutes, for instance) this means that the caller has pre-selected a time limit in the voice mail system before they were connected to the reader. The system allows them to set a pre-selected time limit so they don't spend more money than they want to. The choices are 30, 60 and 90 minutes. When you hear the "60 minute reading" that doesn't mean that the person intends to stay on for that long. It means that, if the reading goes that long, the system will automatically cut your call off at the 60-minute mark. That's why it's important to give out the 900-call back number and your extension at the beginning of the reading, so that if you are cut off, the caller can get back to you and finish the reading.

Occasionally callers hang up in the beginning, middle, and toward the end of readings without saying anything to you. This is usually because they decide they don't want to stay on the phone and be charged any further for the call. This is unfortunately just the way that some callers feel they need to get off the phone. Remember that it isn't personal; the callers usually just want a quick way to end the call.

The first three minutes of calls are free, and this is advertised. Often callers want to have an entire reading squeezed into those first three minutes. What I recommend saying in regard to those first three minutes, if the caller mentions them is the following... "I will do my best to answer your questions promptly, however, in order for me to do a quality and meaningful reading, it may take longer. " Usually the caller will stay to hear what you have to say, yet other times they will hang up or hurry the call. Just hang in there, and do your best. It is simply part of the profession.

# Repeat Calls

You will get 8-10% repeat business when you give out your extension.

# Caller Wants Technical Information

If a caller wants to make a complaint or has questions that you can not answer regarding time, fees, or telephone problems, advise them that they can call Customer Service at: 1-402-573-

..., ... ......... ........., ...... .... .... .... .... .... ........ ........ .... ... ... ... 9840.

# Ending Calls

When ending a call ask them what their plans are now, review what has been gone over, and develop a sense with them that you would like to help them create goals around this new information that you have just processed with them.

# Psychic World Advertising

Advertising: Psychic World USA does an enormous amount of advertising. You may have seen one of their commercials using Madame Cleo. She is a real psychic for our network and offers readings for callers.

# How Busy Are The Lines?

For the exception of times like Christmas, when everyone is shopping or out of town, I have found the phone to pretty busy. I usually would wait no more than 4 minutes between calls, and more often it would be 1 - 2 minutes. There will be times when the lines are slow and I wanted to outline some information about why that might be happening when you log on.

If you are new you will need to understand how the Psychic World USA phone system works. ALL new personnel are started out in what is called an overflow pool. This means that: If there are 5000 Psychics logged onto the system taking calls at noon, every one of these people would need to be engaged in a phone call BEFORE a new person in overflow would get a call. This is why it's called an "Overflow".

When the incoming calls EXCEED the number of available Regular Psychics, they spill over to the awaiting new psychics. This can take several hours initially for some. In spite of that - new people need to stay logged into the system - preferably for 3-4 hours at a time.

Having a headset will make it easier to keep occupied by doing other things until the phone rings. This will help pass the time. When you get a call, you should answer it on the first ring and proceed with their opening statement (retrieving callers name and date of birth, giving callback number, etc....) then continue with the reading.

EVERY reading initially really needs to exceed the 18 minute mark as this is the minimum Psychic World USA Standard. A series of calls with less time than that will be perceived by the PRN System as an inexperienced reader and they will not be sent calls as frequently. Call averages are now updated by the system DAILY, not WEEKLY.

One good day of calls won't cut it. It has to be over several days with the first week totaling 600 plus minutes and at least an 18 minute average. If a new reader does this (hopefully higher than the 18.5 minute system average) the following week, they'll see a dramatic increase in the amount of calls they will get!

# Logging On

When you log onto the system by calling 1-800-848-4587, you will be asked to give your personal identification number, which is also your extension number. Press 1 if correct or 2 if incorrect and re-enter. Then you will be prompted to put in your password. Enter your password, and listen for the prompts. Make sure that you never put a caller on hold, and that you pick up on the first ring. Provide them with a wonderful reading and let them know that you care about them.

# Rude Callers

If you should ever encounter a rude caller you are always entitled to hang up. You are a professional counselor/reader and you do not have to endure any type of abuse or rudeness. If a caller is toying with you, such as testing you with ridiculous questions, I would remind them that you are a professional and that you want to provide them with a good reading that will benefit them. Let them know that you cannot do that if they are not taking this seriously. Most callers will not spend their money or time trying to aggravate you. Always feel free to contact me if you have questions or concerns about a call that you have received. I am here to support you and

have questions or concerns about a call that you have received. I am here to support you and assist your efforts in helping others to lead a more fulfilling and joyful life.

# Becoming A Manager

When you are ready to start recruiting after you have completed forty hours of call time, there will be some things that you may want to prepare in order to become a manager. I have taken the liberty of sharing with you some tips that I have used to be successful at it.

1) Train your recruits the best way you see fit. The materials on the website are for everyone's benefit - but you may customize your program with any or all of our materials as you wish. The main thing is that all your people understand the PRN Guidelines (Call Priority System, Call Back Numbers, Name & Address Capture, Mandatory Call Dates 1-2 & 16-17 each month).

2) Keep a log of recruits, their phone numbers, his or her e-mail address, and extension information so that you can keep everyone straight. If you become successful, it will be necessary to be organized and keep all your information complied in easy to reference files on paper or in your computer.

3) Treat your recruits, as you want to be treated. When I first came on board, I had an excellent manager who was friendly, prompt, direct, and caring. It inspired me to make sure that I treated my recruits with the same level of respect and courtesy.

4) Make sure to have all of the training materials available to your recruits through handouts or through a website.

5) Learn marketing strategies to reach out to potential recruits.

6) Make business cards to hand out in casual conversation so that you can provide potential recruits with contact information.

7) Run ads in local newsletters or newspapers.

8) Post flyers locally.

9) Build a website! This way you can advertise via the Internet as well as refer people that you know or meet to the website and let them gather all of the information they need through it. It saves paper copies of things that you might have to distribute if you are recruiting people locally without a site.

10) Find a good web host to use for your website.

11) Make the forms your recruits need available through links on your website. If you want me to send you forms with your name on it or links, to generic forms I can do that when you are ready.

12) Submit your site to search engines. I can e-mail you with sites to go to do this when you are ready.

***If you are interested in web design, web hosting, or search engine submission, please go to the link below to find out what I can provide to you regarding those areas of marketing:***

Below are some sample ads, however please fell free to be creative and try your own-

Perfect job for stay at home Moms'! Others may apply also. Real Company - $9 hour - NO HIDDEN FEES. We will pay you $9- $10.20 an hour to do psychic readings on your phone. Full orientation and materials are provided. Work your own hours, no set schedule. Interested parties should email me at: (your email address or other contact info)

WORK AT HOME $9.00 Salary Hr- Computer? Internet Access? People Person?
We will orient you and give you materials to do Psychic Readings from your home the hours and days you choose to work. We also have bonuses, incentives, and advancement opportunities that can take your salary to well over $10 per hour. We are one of the best Psychic Lines Ever! For more Information Contact me at: (your email address or phone number)

# Support

When you are just starting, you may feel that there is a lot of information to remember or find things confusing at first. Don't worry if yo█████████ whether you have low averages or forget to do something. It may take you a █████████to get used to everything. I am sure that your commitment to making this job work for you will make your transition a smooth one. Thank you for all of your time in reading over this material. E-mail me with any questions. - Lisa Meyers

## Sign up for a free monthly e-mail newsletter that
### Lisa's company Counseling Source

# Lisa's Company Counseling Source
# provides and get a free e-book!

Counseling Source offers a free and informative monthly e-mail newsletter which features revealing articles, and reviews a full spectrum of topics related to spirituality and holistic health around the planet. This deeply inspiring and life enhancing journal offers you insight and direction on how to live your life more consciously and with a greater sense of daily renewal. We explore the mysteries of life while using practical guidance on how to improve your relationships, health, career, and your spiritual evolvement.

As an added bonus you will receive an exclusive free e-book offer coming in April-
We will e-mail you a link in April to access a password protected page to our free e-book "Find And Create Your Dream Career In The Holistic Health Field," which includes excerpts from our highly effective e-book "How To Develop And Master Your Own Holistic Health Business."



## Sign up for free here-

First Name

Your E-Mail

Join Now

**Copyright © 2000 Lisa Meyers**

Create your own free Web site at www.homestead.com



# Contact Information



For your convenience, I have listed below all of the contact information that you will most likely need. If there is an address, e-mail, or phone number I have not listed that you desire, please feel free to e-mail me and I will provide it to you.

## E-mail address for Lisa Meyers:



As always, please don't hesitate to contact me.

Blessings, Lisa



**Remember to bookmark this site!**
## www.NewAgeJob.com

# Where To Send Your Application-

Simply fax your completed Contract, W-9, Statement of Experience and photocopy of your driver's license and SS Card to our payroll office at:
## 509-757-8035.

# Where To Send Your Log Sheets-

**E-mail**

████████████████████████

Mail

Psychic Resources, Inc.
Data Processing,
1010 University Ave, Suite 23
San Diego, CA 92103

# Number To The Psychic Line To Take Calls:

1-800-848-4587    Log-in Number

*Other Important Numbers:*

1-800-211-8326    Psychic World USA Customer Service
1-900-288-0956    900 Number to give out to callers
1-800-337-8379    Free Daily Horoscope Number to give to callers

To Visit Lisa's Private Business, Click Link Below:

████████████████████████

EXHIBIT 15 PAGE 34

Contact information for Counseling Source is separate from Psychic World USA. They are not in any way affiliated. If you need to contact Lisa Meyers for an issue regarding your employment with Psychic World USA, you will need to do so using her e-mail address: workathome16@earthlink.net

E-mail Lisa Now For Psychic World USA Matters

**Search:** All Products
**Keywords:**

amazon.com

# Sign up for a free monthly e-mail newsletter that Lisa's company Counseling Source provides and get a free e-book!

Counseling Source offers a free and informative monthly e-mail newsletter which features revealing articles, and reviews a full spectrum of topics related to spirituality and holistic health around the planet. This deeply inspiring and life enhancing journal offers you insight and direction on how to live your life more consciously and with a greater sense of daily renewal. We explore the mysteries of life while using practical guidance on how to improve your relationships, health, career, and your spiritual evolvement.

As an added bonus you will receive an exclusive free e-book offer coming in April-
We will e-mail you a link in April to access a password protected page to our free e-book "Find And Create Your Dream Career In The Holistic Health Field," which includes excerpts from our highly effective e-book "How To Develop And Master Your Own Holistic Health Business."

Case 0:02-cv-6026-ASG    Document 12    Entered on FLSD Docket 02/13/2002    Page 115 of 418



# Sign up for free here-

First Name

Your E-Mail

Join Now

Copyright © 2000 Lisa Meyers

Create your own free Web site at www.homestead.com

# Frequently Asked Questions

## Welcome!

This page is designed to provide information on frequently asked questions. If you find that you have a question that is not answered below, please feel free to e-mail me and I will be happy to provide you with whatever information that you may desire.



Lisa Meyers
Manger
Psychic World USA

## *Can you tell me more about the test call that I have to pass to be hired?*

In order to be hired for this position you will need to pass a test call. This test call will be provided by our head supervisor and will be a "mock" call of a customer wanting a psychic reading. You will need to be prepared for this call by thoroughly reading the Orientation Page

reading. You will need to be prepared for this call by thoroughly reading the Orientation Page, and this page of this website in addition to contacting me, (Lisa Meyers) to review any questions that you may have. You will be allowed to use notes that you have made, so that you can be sure to provide all of the correct contact information to the "caller" and give them a good reading. The test call will be at a scheduled after you have sent in your application paperwork and it has been processed. Once your paperwork has been processed and you are ready to receive your extension to begin working, an appointment time will be set up for you to take your test call. Once you have passed your test call, you will be provided with your extension so that you will receive calls from the psychic line and you can begin working.

It is very important that you study all of the materials on the Orientation Page and this page before you take your test call. You will be expected to have a good introduction and include the 900# and your extension, the 800# for the free horoscope line, and get all of the required contact information of the caller. You will also be asked questions that a typical caller would ask, such as "Tell me about my romantic life, or what is going to be happening in my life around my career, etc." Please feel free to e-mail me with any further questions you may have about your test call.

## Do I absolutely have to get a second phone line?

No, you will need a phone line that does not have any options on it such as call waiting on it. On you application, you can list a cell phone or other phone line as your home number and then provide your main telephone number as your the line that you will be using to take calls. The key is to provide two phone numbers, and use the one that has no options on it as your Psychic World USA line. Remember that if you choose not to get a 2nd phone line, you will risk being logged on and having a personal call come through inbetween psychic calls. You will need to get off the phone as soon as possible with your personal call, so that you do not miss a psychic call.

## What can I do when I cannot seem to download the W-9 form to print it out?

The best way to open the W-9 form is to make sure that you have Adobe Acrobat on your computer. I have provided a link on the "Application Page" in case you don't already have it on your computer. Adobe Acrobat is a very popular and highly used program that allows you to view forms in their original format. Often when forms are put on the internet they look off center because the formatting is askew from one browser to another. If you can not open the W-9 form, it is likely that you don't have Adobe Acrobat installed. It is worth doing, not just for this job, but

http://newagejob.homestead.com/FAQs~ns4.html                                         8/15/012:10:31 PM

It is likely that you don't have Adobe Acrobat installed. It is worth doing, not just for this job, but for other times that you will want to view something that requires it.

If you download Adobe Acrobat and you are still having problems, I can fax you a copy of any of the forms if you e-mail me a fax number.

## Is there a maximum of hours that I can work?

No, you can work as many hours as you like. There are no restrictions on how many hours except that it must be a minimum of fifteen hours a week that you are taking calls.

## Do you like doing this job?

I love this job. I get to speak to many different people all over the United States and Canada and it allows me to do what I love the most which is to help people. Most callers are looking for a level of comfort, reassurance that they are going to be o.k. and that the dreams that they hold dear to their hearts are in reach. When I do a reading for them I work with them on how to overcome any obstacles that may be showing up and develop a plan with them. I let them know I care and I listen. You would not believe how many people out there are just looking for someone to listen to them.
There are occasionally calls from people that just want a free three minute reading. They are rushed and are looking for a quick answer. I usually will try to accommodate them but I let them know that it is very difficult to give them a good thorough reading in that amount of time. They will usually stay on longer to get more information and process it with you. You will also get some disconnections at times where people just hang up or are disconnected. That is normal. Sometimes it is due to their pre-paid time has run out or because they are not wanting to pay for more time. I don't take that personally, it is just part of the job.

## Once I have opened a Pay Pal Account what do I need to do?

You will need to e-mail me and provide me with the e-mail address and exact name you used to open the account. We have a PayPal account that we use for payroll, so we just transfer the funds using your e-mail address and the name on your account. It's that simple!

## Can you use Pay Pal if you live in Canada?

PayPal currently has no plans to add access to Canadian banks to their services. One of our managers, and several of our readers, are Canadian and simply have their checks mailed to them.

The other option is that most credit cards will allow you to take money out, either at an ATM machine or at a bank. There is usually a percentage charge, so perhaps having a check mailed is a less expensive route.

Though the Internet is international in many respects, the banking industry still adheres strongly to national borders.

## When are the best times to go on-line to take calls?

Peak call hours for this line are below in Eastern Standard Time:

### Monday - Friday
09:00am-11:30am
01:30pm-04:30pm
11:00pm-03:00am

### Weekends
It's like the lottery. All or none. During the day if it's a holiday shopping weekend - forget it!
New extensions may find weekends slow as a lot of psychics with high call averages are usually on the system.

Once you get some minutes behind you and hopefully blast past the system average of 20.5 minutes per call, then you can pretty much take calls anytime, weekdays or weekends and expect to get them.

With a new extension it is CRITICAL that you initially log in and get as many calls as you can to work your way up the "call priority ladder" and be rid of this new personnel overflow pool. This

http://newagejob.homestead.com/FAQs~ns4.html

8/15/012:10:31 PM

is why right from your first call you need to make everyone of them count. Once you've proven to the PRN system that you can meet their expectations of a minimum 18 minute weekly average AND have 600 minutes of talk time or more - you will get the calls and then it becomes quite easy.

A new dormant extension will result in a lot of 'lag time' between calls and be very frustrating. New extensions that log on and then log back out an hour or less at a time are being placed at the bottom of the "New Personnel Ladder". Please don't do this. Until you have a good average going, please try to stay logged in for 2-3 hours at a pop and don't log off the system with less than an 18 minute average if you can help it.

Once you have matched or beat the system average (20.5 minutes) and have the minutes to back you up (at least 600) then you should be able to really set your own schedule, day or night. Your call average and priority ranking are updated (added to or subtracted from) weekly - not daily - every Sunday at midnight.

One good day of calls yielding a 30 minute call average is good - BUT - a weekly call average of 18 minutes with 600 minutes or more of talk time is what will get you your calls with little or no lag time in between. These are suggestions to get out of this "New Personnel Group" as quickly as possible so you will not be sitting around with no calls coming in.

If your extension will be unused for 3 or more days, please let me know immediately so we can suspend your extension and you will not lose your priority. When you are ready to resume taking calls, again let me know and we will unsuspend you and email you the go ahead after your extension is reactivated.

If your extension is suspended, please do not log into the system until I have notified you that your extension is reactivated, as the computer will see this as a security breach and delete the extension. We have to follow a suspend-unsuspend procedure to make everything work correctly.

Once you have put in 40 hours of call time you can recruit your two friends and receive a referral fee for all their call time. You'll be responsible for their paperwork and for managing them as they work. This isn't a multi-level thing (MLM); you'll be a manager directly under the company owner, just like I am.

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 121 of 418

## How do I know if my extension and password is correct once I receive it?

The password should be a five-digit number, the last 5 digits of the system phone number.  To check if this is correct, you can call the 800 number to log on, and the infobot will list off the phone number that your calls will be coming to.  If for some reason the infobot is not listing your correct number then simply e-mail me and I will have it corrected.

## If I have worked for a psychic line before what do I need to know?

If you have worked for a psychic line before, then you will need to let me know when you e-mail me to apply for the position. The reason for this is that our mother company PRN will not allow you to work using the same name and number if you have previously been in their system. Chances are that if you have worked for a psychic line you may very well be in your system.

This does not mean that you can not work for us at Psychic World USA, it just means that we will have to assign you a "stage name" to use on the phone, and you will have to provide a different phone number to work with than what you had previously been using. We will be able to work with you and get you taking calls before you know it!

## What happens if I log off and the phone still rings through a psychic line call?

Sometimes a call may already be in the queue when you are logging off.  When this happens, the "logged off" command doesn't get back to the main phone system fast enough to stop a call that has already been routed to your extension.  All calls and all log-on and log-off times are diligently
recorded in the computer system, so you will get paid for every call you take, regardless of when it rang through.  You do not have to answer the call after you have already logged off, but if you want to you may, and you will get credit for it so that you will be paid.

If you decide to take the call after you have logged off,  you don't need to go through the procedure again, as you will still be considered logged off.  This sort of thing happens more often

when the system is really busy.

## What happens when I get a call that is intense, or emotionally unsettling?

From time to time, you may encounter a caller that stirs up something in you. For example, one of my recruits took a call from a woman whom had been sexually abused as a child. This recruit had also been sexually abused as a child and it was emotionally difficult for her to keep her perspective.

It is important to me to let all of my recruits know that I am a trained therapist and I am here to contact with any questions or concerns you may have. If you find that you are really haunted by a call that you take, please don't hesitate to contact me. I am here for you, and will do what I can to provide you with support in anyway I can.

If you find that the caller has issues that may require a professional therapist, then you can let them know there is help by referring them to one of the telephone therapists with **at 1-888-841-2288**, or refer them to one of the hotlines listed below-

## National Hot Lines:

██████████████-96-ABUSE
AIDS/HIV Hotline: 1-800-FLA-AIDS
Drug/Alcohol Helpline: 1-800-821-HELP
Boys town National Hotline: 1-800-448-3000
Cocaine Hotline: 1-800-COCAINE
Elder Helpline: 1-800-262-2243
Missing Children: 1-800-342-0821
National Rape Crisis Hotline: 1-800-658-HOPE
National Runaway Hotline: 1-800-621-4000
Suicide Hotline: 1-800-444-9999
Center For Disease Control: 1-800-422-6237
FDA 24 Hour Reporting: 1-800-332-1088

## How do I know if my extension is correct once it is given to me?

The password should be a five-digit number, the last 5 digits of the system phone number. If your password matches your home number, then it's possible that the PRN programmers entered your telephone number incorrectly. To test if your number is correct, you can call the 800 number to log on, and the infobot will list off the phone number that your calls will be coming to. If it lists off the wrong phone number, please let me know and I'll send in a correction.

## Does Psychic World USA pay for my supplies?

No, you will be responsible for having your own tarot cards, reference books, phone, headphones, and make copies of log sheets for yourself. Psychic World USA simply provides you with access to training information on the web, phone line access to the psychic network, a manager that will offer you on-going support, and of course your pay check!

## What if I am unsure about this company?

We are in NO way affiliated with any company or organization from Maryland. If you see any advertisements in reference to Psychic Line USA, please be on your guard. These people are unethical and you stand a good chance of not being paid. If you are in doubt, ask to see their business license and then follow up on it as well as their address and phone number. Our main office is located in New York state and we will gladly furnish you with any TRACEABLE information about us that you request (business address and phone, business license, and so forth). Upon request, we will also furnish the names and websites of those we have had negative experiences with. It's sad that we have to even add this to our website, but that is the nature of this business. Please take the time to do a little legwork to make sure you are not the next victim of FRAUD!

██████████  ██████████

# Sign up for a free monthly e-mail newsletter that Lisa's company Counseling Source provides and get a free e-book!

Counseling Source offers a free and informative monthly e-mail newsletter which features revealing articles, and reviews a full spectrum of topics related to spirituality and holistic health around the planet. This deeply inspiring and life enhancing journal offers you insight and direction on how to live your life more consciously and with a greater sense of daily renewal. We explore the mysteries of life while using practical guidance on how to improve your relationships, health, career, and your spiritual evolvement.

As an added bonus you will receive an exclusive free e-book offer coming in April-
We will e-mail you a link in April to access a password protected page to our free e-book "Find And Create Your Dream Career In The Holistic Health Field," which includes excerpts from our highly effective e-book "How To Develop And Master Your Own Holistic Health Business."

## Sign up for free here-



First Name

Your E-Mail



Copyright © 2000 Lisa Meyers

Create your own free Web site at www.homestead.com



**HELLO ! and welcome.**

We are your quality connection for you to make your Psychic Counselor services available to the largest and most successful Psychic Line Network in the United States.

We have made a tradition of always keeping the best interests of our Psychic Independent Contractors in mind and in heart. Keeping you informed and providing you with helpful information and prompt response to needs or issues are just a few of the reasons for your and our success now and into the future.

You now have the opportunity to make very substantial compensation for your services from the comfort of your own home or office, and also have the freedom in setting your own hours so you can enjoy a quality lifestyle. Being a Psychic Counselor Independent Contractor with us is having your own business and being your own boss.

This opportunity is only available to U.S. residents including Alaska and Hawaii, Puerto Rico (if you speak english clearly), and parts of Canada (anywhere a U.S. 800# can be dialed **from** so you can log on to the Network to be able to receive calls).

To the left is a list of links for forms, logsheets, information, suggestions, etc. Please review them thoroughly.

So that you are prepared for our quick interview call, print out the following pages if you have a printer. If you cannot print them, read through them thoroughly. and the pages will be mailed to you from our office after your interview call:
1) System Log-on Information
2) Logsheet
3) Filling out your logsheet
4) Independent Contractor Statement
5) W-9 Independent Contractor tax form. You are an Independent Contractor, NO taxes are witheld from your checks. Link is on the left side, to the IRS website to get the "1200 Form W-9 Request for Taxpayer Identification Number" form which you need to complete and mail to us. A 1099 form will be generated to you annually for your tax return purposes.
6) Independent Contractor Experience Form
* The Network no longer allows movement from one management staff to another using the same system phone number. If you wish to consider another option, please send us your application and be prepared to discuss your on line performance.

**TELEPHONE:**
The Network requires a dedicated telephone line to receive calls, with no answering or fax machine attached, and with no call waiting or other custom features like call forwarding, because you could be disturbed while giving a reading to a caller who is paying for your time. WHEN YOU WILL NEED TO INSTALL this separate phone line, if you do not already have one, will be discussed during your telephone interview.

**IMPORTANT:**
On EVERY call you need to give the client your extension # and ask them to call you back at the 900# (on the log-on info page) for follow up readings. The Network receives about 30% repeat calls, which helps **YOU** to get more calls too !

EXHIBIT 2.6  PAGE 1                                              12/4/2001 10:55 AM

**Whisper Messages for Call Types:**
Each time your phone rings you will hear a "whisper message" which will tell you the call type.

**Logging on:**
You MUST log ON to the system from your phone line that receives the calls for computer tracking, but you may log OFF from any phone line.
The Network has troubles with "busies" and "no answers". If they try to put a call through to you and your line is busy (but is not supposed to be) then it is a "busy". If they try to put a call through and you don't answer the phone it is a "no answer". Only you can avoid a "no answer", but for a "busy" these sometimes do happen when you're trying to log off and to avoid this you can log off on another line if you want.

**Client Information capture:**
The logsheets have a space for customer information: full name, street address, city, state, zip code and date of birth. There is also a space for customer email address. The Network wants 75% of all calls to include full customer mailing address, and 2% email addresses. Please obtain full information and print legibly. The Network uses the information to send promotional mail, which also helps to generate more calls to your extension.

**If you have troubles with your extension:**
As computers go - the Network's have as many problems as anyone else's. If you have trouble with your extension like: NO calls after being logged on for 4-5 hours a couple days in a row, you get an "invalid" message while trying to log on, etc. - we NEED the following info to be able to submit the problem: Fax to us at the logsheet # the exact times you were logged on those couple days (example - 3:00pm-11:50pm and in Eastern time), the dates of those times, and exactly what the problem is (briefly please). This is the only way we can submit the problem so they know where to look to troubleshoot.

We have been a provider of quality Psychic Counselors
to the Psychic Networks for 8+ years.

Join us today !

To apply for an extension fill out our easy application form here - **Application**

**Do YOU have a Psychic / Astrology / Paranormal type Website ?**
JOIN our High-Traffic SiteRing **HERE** and get great FREE exposure  at
the TOP WebRing for the TOP Paranormal websites on the Internet !
( get all your friends involved too ! )

Website sponsored by **umcmall.com**
32 categories of TOP **Free, Discount,** and **Wholesale prices** to the Public
**Click HERE to visit us !**

Copyright 1996-2001. All rights reserved.

Psychics WANTED,Astrology WANTED,Tarot Readers,etc. WANTED for busiest USA Psychics Line.

EXHIBIT 2.6 PAGE 2

Psychics, psychics wanted,psychic readings,employment,jobs,work from home,astrology,tarot,runes,numerology,clairvoyance,horoscopes,metaphysical,esoteric,magic,occult

Psychics WANTED,Astrology WANTED,Tarot Readers,etc. WANTED for busiest USA Psychics Line. Psychics, psychics wanted,psychic readings,employment,jobs,work from home,astrology,tarot,runes,numerology,clairvoyance,horoscopes,metaphysical,esoteric,magic,occult

Psychics WANTED,Astrology WANTED,Tarot Readers,etc. WANTED for busiest USA Psychics Line. Psychics, psychics wanted,psychic readings,employment,jobs,work from home,astrology,tarot,runes,numerology,clairvoyance,horoscopes,metaphysical,esoteric,magic,occult

Psychics WANTED,Astrology WANTED,Tarot Readers,etc. WANTED for busiest USA Psychics Line. Psychics, psychics wanted,psychic readings,employment,jobs,work from home,astrology,tarot,runes,numerology,clairvoyance,horoscopes,metaphysical,esoteric,magic,occult

Psychics WANTED,Astrology WANTED,Tarot Readers,etc. WANTED for busiest USA Psychics Line. Psychics, psychics wanted,psychic readings,employment,jobs,work from home,astrology,tarot,runes,numerology,clairvoyance,horoscopes,metaphysical,esoteric,magic,occult

EXHIBIT 2·6 PAGE 3

## Psychic Resources, Inc.
## 1010 University Avenue, Suite 43
## San Diego, CA 92103

Dear Independent Contractor/ Psychic Advisor,

You are joining a group of exceptionally talented independent contractor/psychics who are proud of their gifts and of their commitment to helping others.

## The PRN/ West Line:

These calls are from the mainstream traffic of the Psychic Readers Network which is the busiest line of all TV promoted lines. As an independent psychic counselor on this line, besides giving readings to an enormous cross section of people from the U.S. and Canada, you are required by the sponsor company to:

Obtain full name and address and date of birth from at least 65% of your callers. You record this customer information onto copies of the log sheet we have provided, and fax them in daily, or mail them in at least once per week.

WE PREFER THAT YOU MAIL THEM TO US, BUT YOU CAN FAX TO 1-888-562-5593

Keep your daily and weekly call average very near, at, or above the call average of all psychic counselors on the Network - called the System Average.

Take at least one call on the system in the 48 hour periods of the first and second days of each two week pay period. If you do not take at least one call on the 1st/2nd of the month for instance, the sponsor company will pay you $.05 LESS PER MINUTE COMMISSION for ALL MINUTES IN THAT TWO WEEK PAY PERIOD. The same applies to taking at least one call on the 16th/17th of the month which are the first two days of your next pay period.

Your commission on this line is:

$0.20 per minute for 1- 750 accumulated minutes in a pay period while connected with callers.

OR $0.23 per minute if you do over 750 accumulated minutes in a pay period while connected with callers.

PAY PERIOD = EVERY TWO WEEKS =

1st of the month - 15th, 16th of the month - end

Commission is mailed to you every two weeks around the 5th and 20th of each month. Since it takes the Sponsor Company 2 weeks to PROCESS the commissions, your first (beginning) check will not arrive for almost 4 weeks from the day you begin taking calls, but after the first check, you will receive a check (if you have connected minutes performed) every 2 weeks.

This line is best suited to those Independent Contractors looking to commit to a PART OR FULL TIME steady schedule. You will do well on this line if you give well rounded, skillful and energetic readings despite various free minute advertising offers promoted on television and in the mail.

AS AN INDEPENDENT BUSINESS, WE TAKE NO TAXES OUT OF YOUR CHECKS. PAYMENT OF ALL TAXES IS UP TO YOU, AS IS MEETING THE QUALITY OF PERFORMANCE ON THIS PSYCHIC LINE.

So that you are prepared for our quick interview call, print out the following pages if you have a printer. If you cannot print them, read through them thoroughly, and the pages will be mailed to you from our office after your interview call:

EXHIBIT 2.6 PAGE 4

1) System Log-on Information
2) Logsheet
3) Filling out your logsheet
4) Independent Contractor Statement
5) W9 Independent Contractor tax form

Return to Psychic Resources, Inc. main website

Copyright 2001. All rights reserved

EXHIBI. 2 b PAGE 5

Return to Psychic Resources, Inc. main website

# PSYCHIC COUNSELORS LOG ON SHEET  8/15/2001 UPDATE

## LOG ON NUMBER 1-800-848-4587

ENTER ACCESS CODE _____          ENTER PASS WORD_____

PRESS 1 TO LOG ON,  PRESS 2 TO LOG OFF,  PRESS 9 TO REPEAT MENU

PSYCHIC COUNSELORS LOG ON SHEET 11/14/2001 UPDATE

Always listen to both DAILY MESSAGES when logging on to work to make sure you've heard them. They are our way of communicating updated network information to you.

* If callers have ANY QUESTION about how many free minutes there are, what the cost of the call will be, a billing either to their credit card or their phone bill, a previous unpleasant call to the network, or an issue with promotional mailings or e-mailings - any question that is NOT directly related to the content of the reading you are presently giving them - you should give out the Sponsor Company TOLL FREE CUSTOMER SERVICE NUMBER 1-800-211-8326. You are a psychic, not a business representative. *

OBTAIN NAME & ADDRESS & EMAIL ADDRESS if they have one - on as many calls as possible. THIS INFORMATION IS WRITTEN ON YOUR CALL LOG SHEETS. Do not forget to ask about the email address! Mention they will be told about any new money saving offers by postcard and email if they submit their addresses. If they say that an operator just took the information from them, ask if they mind repeating it. If refused - you've done your best! Thank you.

When you answer calls, you will hear EITHER NO WHISPER MESSAGE OR YOU WILL HEAR ONE. Read the through the information below which describes the SLIGHT DIFFERENCES between these two types of calls.

(1) If you hear NO WHISPER MESSAGE - it is because these are CREDIT CARD pre-paid calls. They may disconnect at any time - just do your best with the length of the reading until the cut off. IN THE FIRST 2 MINUTES OF THESE CALLS give out this call back number, and suggest the caller writes it down. The Sponsor Company directs you tell the customer to write it down "in case we're disconnected."

1-900-288-0956 + your extension number

There is a SECOND CALL BACK NUMBER which the Sponsor Company directs you to give out before the call is ended. You might say something like this:

"I have a special 800 toll free number you may want to call. When you call it you'll hear about a special offer for a reading at under a dollar a minute. Write this special number down 800-457-9213.

If these CREDIT CARD CALLS end abruptly while your reading is still going on, STAY ON THE LINE until you are sure that your caller has disconnected. This is because CREDIT CARD callers are able to automatically charge more minutes to be able to continue your reading. The caller MAY COME BACK ON THE LINE.

EXHIBIT 2.6  PAGE 6                    NM
12 4 2001 10:55 AM

2) If you DO HEAR A WHISPER MESSAGE, it will tell you the range of minutes the call will last before disconnecting.

1) less than 10 minutes - Pace your reading for a call length 4-10 mins. (Getting addresses on these may be difficult, just do the best you can without making the customer frustrated.)

2)less than 20 minutes - Pace your reading for a call length 11-20 mins.

3)less than 30 minutes - Pace your reading for a call length 21-30 mins.

4)less than 40 minutes - Pace your reading for a call length 31-40 mins.

5)less than 60 minutes - Pace your reading for a call length 41-60 mins.

As you do with these calls AND credit card calls, give out THIS CALL BACK NUMBER 1-900-288-0956 + your extension number IN THE FIRST 2 MINUTES OF THE CALL.

During these regulated minute calls, YOU WILL HEAR A BEEP 1 MINUTE BEFORE THE CALL DISCONNECTS. At that time, the Sponsor Company directs you to give out the SECOND CALL BACK NUMBER. You might say something like this:

"Our call will be ending very soon. I have just enough time to give you a special 800 toll free number to call. When you call it you'll hear about a special offer for a reading at under a dollar a minute. Write this special number down 800-457-9213.

Return to Psychic Resources, Inc. main website

Copyright 2001. All rights reserved

## Filling out your LOGSHEETS

We suggest that you make DOUBLE SIDED COPIES of the log sheets - and mail them in to our company twice a week.

Fax them to 1-888-562-5593 each day, OR -

**MAIL YOUR LOGS TWICE A WEEK TO:**
PSYCHIC RESOURCES, INC.
DATA PROCESSING
1010 UNIVERSITY AVE. , SUITE 43
SAN DIEGO, CA 92103

The Sponsor Company considers it your job to obtain a full name and full address (including Zip Code) from most of your callers.

(1) Record Every Call - Start Time and call length in Eastern Time

(2) Ask for spelling of Caller Information!

(3) Include your name and extension number on every page

(4) Date of Calls on every page

(5) Sequence of pages on every page

If you're sending us a total of 5 pages for any day, then the first page is 1 of 5, the second page is 2 of 5... etc. through page 5 of 5 for the last page. If you're mailing a week's worth of pages, it's probably best to number the pages separately for EACH DAY.

In other words, if our data processors cannot pick up your logs and very quickly and easily transfer all the call information (in the order you took the calls) to a computer screen, then your calls cannot be processed.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WE SUGGEST THAT IF A CALLER REFUSES TO GIVE YOU A STREET ADDRESS, THEN ASK FOR THEIR CITY AND STATE AND ZIP CODE ONLY AND RECORD IT ON YOUR LOG SHEET. THEN WRITE "REFUSED" ACROSS THE STREET ADDRESS. THE "REFUSED" TELLS US THAT YOU HAVE ASKED THE QUESTION, BUT WERE UNSUCCESSFUL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*NOTE: Though you may hear a recorded message from time to time from the sponsor company which states that you should be receiving 25 cents bonus for each name and address you capture, THIS IS NOT THE CASE with our company. We choose, instead, to offer you a higher commission rate than other management bookstores. It was our experience that the bi-monthly statistical race (proper reporting of names and addresses per extension) was not worth it - both to you or to us.

EXHIBIT 2.6  PAGE 8

Higher commission gives you a steady, no-nonsense benefit.

Return to main info page

Copyright 2000. All rights reserved.

EXHIBIT 26 PAGE 7

Q / SII Logsheet - Psychics,WANTED,Astr...ance,n.  ,physical,esoteric,magic,occult                    http://www.umcmall.com/psy/logsheet.htm

COUNSELOR'S NAME _____ EXT. # _____ DATE _____

PAGE _____ OF _____

(1) START TIME (EASTERN) _____ AM PM / END TIME _____ AM PM

NAME _____ D.O.B. _____

STREET ADDRESS _____

CITY _____STATE/PROVINCE _____ZIP CODE _____

EMAIL ADDRESS _____

(2) START TIME (EASTERN) _____ AM PM / END TIME _____ AM PM

NAME _____ D.O.B. _____

STREET ADDRESS _____

CITY _____STATE/PROVINCE _____ZIP CODE _____

EMAIL ADDRESS _____

(3) START TIME (EASTERN) _____ AM PM / END TIME _____ AM PM

NAME _____ D.O.B. _____

STREET ADDRESS _____

CITY _____STATE/PROVINCE _____ZIP CODE _____

EMAIL ADDRESS _____

(4) START TIME (EASTERN) _____ AM PM / END TIME _____ AM PM

NAME _____ D.O.B. _____

STREET ADDRESS _____

CITY _____STATE/PROVINCE _____ZIP CODE _____

EMAIL ADDRESS _____

1-900-288-0956 + YOUR EXT. # CALL BACK

Return to Psychic Resources, Inc. main website

EXHIB: 2 & PAGE 10

1 of 1                                                                                          12/4/2001 10:55 AM

| Independent Contractor (Psychic Counselor) Statement - 1/8/2000 Update | *OFFICE USE ONLY, P RESOURCES WILL FII |
|---|---|
| COUNSELOR PLEASE FILL OUT: | |
| NAME_____ | *MAINLINE.EXT._____ |
| SOCIAL SECURITY #_____ | *PASSCODE_____ |
| ADDRESS:_____ | *PRN EXT._____ |
| _____ | *PASSCODE _____ |
| | *CONTRACTOR CODE |

Independent contractors are required to have a dedicated phone line for the purpose of handling psychic counseling readings. Please indicate your telephone numbers below:

System_____Home_____

**General Experience:**
How long have you been reading professionally ? _____

What is your primary tool? _____

How long have you been doing any readings? _____

What is your secondary tool? _____

**Psychic Line Experience:**(Please list only professional, commercial lines for which you have worked)

Line_____For how long? _____ Call average? _____

Line_____For how long? _____ Call average? _____

**By signing below, you warrant that:**
(1) You have already received start up paper work and start up coaching, and are aware of the kinds of calls you will receive, appropriate call back numbers, and appropriate customer service numbers. You understand that each caller must be led back to the same psychic line on which he/she called, and you understand how to do that.
(2) Independent psychic counselors may not have call waiting, call forwarding, voice mail or answering machine on the dedicated system phone line. By signing below you warrant that you do not have any of these services on the phone line on which you take psychic calls.
(3) It is required that any psychic counselor working any Psychic Resources, Inc. line not work any other psychic line(s) simultaneously. That is, if you elect to log onto any one of our lines, you may not log onto another line at the same time - including another one of our lines.
(4) You understand that test calls may be placed on this system, and that your extension will be inactivated if you breach any of the above stipulations, or if Psychic Resources determines that the QUALITY of your counseling is not within its standards. Payment of commission for these test calls may or may not apply. Your extension will be inactivated if you breach any of these stipulations.

EXHIT 2-6  PAGE 11          12/4/2001 10 55 AM

SIGNED_____DATE_____

Return to Psychic Resources, Inc. main website

Copyright 2001. All rights reserved

Return to Psychic Resources, Inc. main website

INDEPENDENT CONTRACTOR EXPERIENCE FORM

NAME_____

ADDRESS_____

_____

_____

TELEPHONE #_____

EXPERIENCE & PSYCHIC ABILITIES:

_____

_____

_____

I understand that I am being contracted to work at a psychic service. It is my personal feeling or understanding that I possess psychic or clairvoyant abilities.

I have read the foregoing and swear under penalty of perjury that it is true to the best of my knowledge.

DATED:_____  _____

Signature of Independent Contractor_____

Cont. #_____ Ext. #_____

Return to Psychic Resources, Inc. main website

Return to Psychic Resources, Inc. main website

## Tips for Greater Success

Here are a few tips from readers taking calls around 20 minutes long:

TAKE A HOLD OF THE READING from the very beginning. DELIVER INFORMATION right away. DEMONSTRATE your psychic ability based on their name, place of residence, birthday.

When you feel that the caller is hanging up after only a few minutes because he/she wants the free minutes only, try saying that in your opinion, if they call back for several 3 minute free readings they will not get good, psychic information. Suggest that they stay with you for 5 or 6 minutes and hear your psychic impressions.

The media teaches the public about more and more metaphysical subjects every day. It started with Shirley McLaine and Uri Geller, now James Van Pragh and Sylvia Brown are frequently on TV and Radio talking about Spirit Guides, Angels, Past Lives, etc. Keep up to date. Look into these subjects and incorporate them into your readings. Our callers love hearing about news-making subjects in which they are interested.

Give your client something to do after the reading is over. This could be affirmations, a book to read or a meditation to try. Have them write down the instructions during your reading. Talk about how/when/where they will put this empowering exercise into their life. Any affirmation or meditation will focus energy in the direction of the area where they need empowerment. These gifts are your calling card, and will remind clients to call you back. You may want to suggest that they incorporate the process daily or weekly for 3-4 weeks, and then call you back to let you know how it worked.

Remember! This is a psychic line, not just a self-help line. Offer gifts of magic to your callers.

Let your client talk. Don't do all the talking yourself. Many people call our service just to express themselves to someone who is kind and understands.

## More Tips and Suggestions:

1) **Make a Friend:** It's much easier to make a friend in a personal face to face reading than on the phone, because the Caller can't see your expressions, smile, etc. This all needs to be reflected in your voice when doing a reading on the phone, they do pick up on your expressions from your voice.
* Relax, and speak to them as if they were a friend for a long time already.
* Ask questions about things you are picking up on to get them talking with you, so you can make a better "connection" with them.
* LISTEN to what they are saying, it is what they want you to focus on !

2) **Their intuitions and abilities:** Try to pick up on their abilities regarding psychic abilities, intuitive, visions, dreams that come true, etc. and ask them to give examples of their experiences. Clients love to talk with someone knowledgeable about their own abilities. Help them to understand and how to be able to better use their abilities for practical purposes in day to day life, like using their abilities regarding people, situations, decisions, etc.

3) **They want to know you really care:** These are very real people, some with very real problems or troubles. Most will open up right away if they feel you really care about their needs, troubles, desires, goals, love life, finances, career and goals, etc. etc. Ask questions like "How do you feel about that ?", "What did you say or do when that happened ?", because these types of questions show that you care and are listening. Don't be afraid to ask, these people want you to care to ask - that's why they called and they want to make a friend too.

4) **Turn every situation into a positive one:** If something comes up negative in a reading you should always look for what can be done to change it, like "The cards show this could be a problem but they also show what can be done about it". Get the idea, it's easy to do, and it's why they called. NOTHING is carved in stone, and the reason you have the Psychic or Clairvoyant gifts that you do is so you can help other people with it, and on-Line you have the opportunity to help people all across the country.

5) **Don't be "scattered":** Try to keep the topic being discussed in focus. If you jump from topic to topic without

results or a finish to the previous one then what has been accomplished ? The client may end up more confused or in doubt about something than they were in the first place.

**6) Skeptics:** Telling a skeptic something they already know is a good way to get them involved with things they don't already know, and to get them talking with you so you can make a better "connection".

**7) Looking for another Psychic on the Line:** When a client calls back to get a particular Psychic's extension their call may be re-routed to you because they are either not logged on or on another call. Simply tell them the call was transferred to you because they're not on-line, and that there must be something they wanted to ask about so let's take a look. . . . , then give them a great reading so it's you they call back for next time.

**8) Lay out additional readings:** Any time a client mentions a spouse, significant other, relative, child, friend, work associate, etc. you have the opportunity to lay out a reading for that person also, because you can connect with the client's feelings and thoughts about the person, and be able to get more accurate information to the client. With the Client's reading still laid out simply lay out another reading for the other person being discussed, and you'll be able to correlate the two readings together to get a better feel for details.

**9) Timing of events:** A wonderful way to get a good handle on the timing of things and events is to lay out an additional spread for the same person. **The 12 month Astrological spread (also known as a time line reading)** is excellent for this. In addition to their original spread lay out 13 more cards, 1 for each month and a summary card for the full 12 months. The first card laid out is the current month and each card thereafter proceeds for the next 11 months. It is very easy to do, and it will amaze you how much more information will show during the time of the event in addition to what is in the original spread. You can lay this out at the same time as your original spread by saying something like ". . . . .and I'm going to lay out a time line reading for you too so we can get a better handle on the timing of things", but it can also be laid out any time during the reading. The time line reading can also be used for the additional spreads of other persons while the client's spread is still laid out.

Return to Psychic Resources, Inc. main website

Copyright 1996-2001. All rights reserved

EXHIBIT 2.6 PAGE 15      12-4-2001 10:56 AM

Return to Psychic Resources, Inc. main website

**PRIORITY TO RECEIVE CALLS:**
When the calls come in to the service bureau through the long distance carrier they must be distributed to the IC's who are currently logged on to the system, which is done by the service bureau. Each time the phone rings the computer adjusts the priority of the IC to receive calls. The computer adjusts the priority based on:
1) Number of minutes the IC performs
2) Call average
3) Client information capture %
4) Number of callbacks to the 900# generated by you giving that callback number out.

**Example of how call priority works on Line:** When calls come in the computer looks at who is logged on, then it looks at the priority of each IC, then it sends the call to the IC with the best priority who is not currently on a call. It is obvious that the better priority you have the more calls you will receive while logged on. To not drop down so low in priority that you won't receive as many calls you could set your goals to do LOTS of minutes, better than a 18minute call average, and above 68% client information capture. Call average = total number of minutes divided by total number of calls.

Return to Psychic Resources, Inc. main website

Copyright 1996-2001. All rights reserved.

EXHIBIT 2.6 PAGE 16



# EMPYREAN
## HEALING ARTS

About. . . . .Options for Healing. . . . . Divination Tools. . . . . Join. . .

### Greetings

Thank you for your interest. I would like to share with you information about th
and my vision of our group. I have been searching for people that are interested
their own lives, and helping others. For many years I have struggled with the de
others, balanced with the very real need of earning a sustainable income, and ha
to enjoy my life. I have created that opportunity now. Please read on, if this resc
your goals please join me. If you are searching for a quick, effortless, moneyma
opportunity... I wish you well but this is probably not for you.

**The Job:** You will be working for a national corporation specializing in provid
counseling and support to clients via the telephone. Most of the successful appl
background in human services, or alternative health. You will be using a combi
divination and counseling skills to offer choices and support to clients as they n
transitions and life changes.

**Skills:** You will need excellent people and telephone skills. You must be self-d
your work and study habits as this position is home based. Skill with tarot or as
helpful; training via the Internet is available. You must be comfortable with wh
you choose before you start working with clients. I am always available to help
questions, or finding appropriate training materials.

**Compensation & Costs:** You will be paid biweekly at the rate of $12 hr, for th
are actually working with clients. In order to receive that rate of compensation y
work 10 hours a week. You will be an independent contractor, therefore respon
own taxes. The only cost to you is the investment of your time and energy. Thei
additional telephone expense, unless you choose to install a second line to use f
There are no cost to join this group. You will need a plain phone line [no
callwaiting,forwarding etc.] Any books, tools or training material you purchase
deducted from your taxes.

< Prev | Page 1 |

Graphics and HTML by Tim Webb

EXHIBIT 2-7 PAGE 1
1/16/2002



# EMPYREAN
## hEALING ARTS

About. . . . .Options for Healing. . . . . Divination Tools. . . . . Join. . .

### Greetings

**Vision for the group:** I am creating a network to improve our skills with life, a
Many of the people joining me have skills in Reiki, Shiatsu, Meditation and, He
plan is that we will share our gifts and insights to grow as individuals, and supp
other on our own healing path. I believe we heal the world as we heal ourselves
me...

Namaste'
chuck

< Prev | Page 2 |

Graphics and HTML by Tim Webb



# EMPYREAN
## HEALING ARTS

About. . . . .Options for Healing. . . . . Divination Tools. . . . . Join. . .

## About

This is an opportunity for you to work helping others, in a way that supports yo
being. It will give you the freedom to take care of the things that matter. You w
working from your own home the days and hours you choose.

This work provides you with the opportunity to serve others by helping them to
healthier decisions and changes in their life paths. Telephone counseling is very
both personally and financially.

I believe we can best serve others by becoming balanced and healthy ourselves.
you will find many links on this site for developing your own healing skills and
your life. You will find a wide variety of tools you can use for yourself and with

I welcome any input that you feel would make this site more helpful or easier to

**Frequently Asked Questions:**

**Q.** How much does this cost to get started?
**A:** There are no costs! Your only investment is your time and energy.

**Q:** How does this work?
**A:** After you print out and fax the paperwork, you will be given an id number a
extension number. You will dial a 1-800 number to connect to the computer sys
forward the calls to your home after you follow the recorded message and enter
password. When you are done for the day you will repeat the process to log out.

Prev | Page 1 |

Graphics and HTML by Tim Webb



# EMPYREAN
## ȟEALING ARTS

About. . . . .Options for Healing. . . . . Divination Tools. . . . . Join. . .

**About**

**Q:** How is the counseling accomplished?
**A:** Most people use a combination of counseling skills and divination tools, suc
astrology to help the client explore the issues in their lives and seek new option

**Q:** What if I don't know Tarot?
**A:** On this site you will find many self-teaching tools. Your intuition is like any
The more you use it the better you become at it. I am always available to help w
questions and concerns.

**Q:** How will I get paid?
**A:** You may either be paid by check mailed to your home, or by electronic trans
be required to keep log sheets for one of the company's. The computer system v
all your call lengths to insure a correct paycheck. You will be working as an inc
contractor and therefore be responsible for your own taxes.

Prev | **Page 2** |

Graphics and HTML by Tim Webb

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 146 of 418



# EMPYREAN
## HEALING ARTS

About. . . . .Options for Healing. . . . . Divination Tools. . . . . Join. . .

### Join

You will need to print and fill out the following:

- Verification
- Guidelines
- Contract
- W9

When you have completed this fax all four to 207-273-3450 (when calling, wait of the message and press start )

You will also want to print out the following for your reference:

- Manual
- Log File
- Telephone Presentation Guide
- Hotline Numbers (very important!)

You may also wish to join the Empyrean Healing Arts mailing list. You may do sending an email to: empyreanhealingarts-subscribe@topica.com

Graphics and HTML by Tim Webb

http://www.empyreanhealingarts.com/join.html

EXHIBIT 2 7 PAGE 5

1/16/2002

**VERIFICATION OF EXPERIENCE** ( please fax to: 207-273-3450)

I, _____ acknowledge that I have experience as either a tarot reader, astrologer, psychic or spiritual advisor. I feel that I can give genuine accurate readings to the public with confidence.

Experience and Psychic Abilities (please circle all that apply)

1.) Herbology
2.) Dream Interpretation
3.) Past Lives
4.) Lost Objects
5.) Spiritual Counseling
6.) Missing Persons
7.) Relationships
8.) Money/career
9.) Animal Readings
10) Angel Readings
11.) Bilingual ( list below)
12.) Basic Tarot
13.) Other - please describe

_____

_____

_____

Address:_____

Telephone:_____

System Phone: _____
(Number you want extension applied to)

I understand that I am being contracted to work at a psychic service. It is my personal feeling or understanding that I possess psychic or clairvoyant abilities. I have read the forgoing and swear under penalty of perjury that is true to be the best of my knowledge.

http://www.empyreanhealingarts.com/verification.html

1/16/2002

Signature _____

Date _____

## INFORMATION AND GUIDELINES
*Please read carefully!*

Empyrean Healing Arts contracts with readers through out the US and Canada and places readers with Major Psychic Networks (referred to as MPN through contract). Please remember that the main servicing agents could be AT&T, MCI, Sprint, etc. and we are required to adhere to stringent guidelines and straightforward business practices.

## READ YOUR MANUAL CAREFULLY

Please read your manual and contract carefully. It is very important for you and us that you completely understand this manual and the guidelines set forth. . If there is any section, which needs clarification, please let us know. We add more guidelines (either by email, mail or phone). Please adhere to the stipulations set forth by your company contact person. If you feel as if you have received this manual from someone other than a representative of our company, please feel free to contact us directly via email empyreanhealingarts@excite.com

## MECHANICS OF GETTING ON LINE/YOUR EQUIPMENT

You either have or will install phone line for the express purpose of your contractual services with us. You may use your home phone line if you work during hours that you do not receive outside calls. This line must be a touch-tone basic line with no special features or services. This includes but is not limited to call waiting, call forwarding, voicemail, etc. There is a very important reason for this. The computer is extremely noise sensitive. Any interference on the line may cause disconnection and your call will be lost. The easiest method is to use a headset telephone with a built in timer.

You are required to supply your own equipment needed to perform this job such as: telephone, tarot cards, astrology books, and all other material you will need to provide your services. Save receipts for any tools or equipment i.e. books, decks, or phones, you can use this as a tax deduction. The company will not provide you with any equipment but will provide information to assist you with giving the best readings.

## YOUR IDENTIFICATION NUMBERS

Once we receive your signed contract and paperwork at our office, we will apply for an extension and pass code for you. The codes are usually issued to us within 48 hours. The codes that we issue to you will be anywhere from three to six digits in length. We strongly suggest that you activate your line within 24 hours of receiving your codes from us. We suggest that you try to activate your line with at least a 20 minute call average never lower than 15.

## LOGGING ON TO THE SYSTEM

Once you have been given your codes you will receive an 800 log on number for one of the various networks. The procedure to sign on is very self-explanatory and involves pushing in your codes, listening to the daily message, and pressing "1" to LOG ON and receive calls and press "2" to LOG OFF duty. Be sure to listen carefully to the computer-generated instructions and the phone number it states where the calls will be forwarded. If the phone

number is NOT correct, please call our office as soon as possible and do not continue the
LOG ON procedure.

## Once you are LOGGED ON/ IMPORTANT Do's and Don'ts

To be successful in receiving your calls, it is important for you to understand how the
computer system works. Calls rotate to you in the order in which you signed on to the
system. When you sign on, you are placed at the bottom of the list (according to priority)
with those who are already on line. Because it is a computer system it works like a chain
with "priority" taken into consideration. A break in the chain can cause serious delays in
having calls sent to your line.

While signed on you MUST always answer your phone and you must never take your phone
off of the hook for any reason other than to pick up an incoming call. If you use your phone
to make an outgoing call or place it off the hook, you break the chain. When logged on for
considerable lengths of time, you may find it necessary to take a break for a while. Make
sure you call the correct 800 number and LOG OFF when you return LOG ON. *YOU MUST
ALWAYS LOG ON AND OFF FROM THE SAME PHONE NUMBER.*

It is also an infraction of the rules to leave a LOGGED ON phone unattended or on an
answering machine. The unanswered call again breaks the chain and this too will determine
the amount of calls that are sent to your phone. Understandably, a violation of either of
these rules is very serious! While LOGGED ON, if the computer tries to reach you several
times (either showing "BUSY" or "NO ANSWER," or a combination of the two) it will
LOG you OFF the system and you will not be able to LOG ON. IN some cases you can lose
your privileges with the contracted company. If this happens you will need to inform us
immediately!

## CALL MINUTE AVERAGES

Please note... Your call average must be a 20-minute average or better for you to get calls
back to back. All of the time. If your call average drops lower, you will still receive calls but
they are not back-to-back. If your average drops below 15, please keep a closer watch on it.
~*REMEMBER~* the higher your average the more calls you receive. The more you learn
the better your readings will be! If you need any assistance or information never hesitate to
contact us for help. We will help you in any way we can to bring your call average and
priority up. The Sponsor Company governs us and Angelic Eye will not be responsible for
their decisions regarding your specific extension (s) this is at their complete discretion.

## CALLS AND CALLERS / SPEAKING WITH THE CLIENTS

When a caller enters the system, they hear a recorded announcement called a PREAMBLE.
This announcement thanks them for calling, informs them of the cost of the call, reminds
them that they must be 18 years or older, and the call is for "entertainment purposes only."
The caller then gets switched to a MENU. This menu allows the caller to choose a particular
Psychic Reader or speak with the next available Psychic Reader. While the call is being
switched over to you on some lines the caller is told your extension number while your
phone is ringing. Since the caller knows your extension number prior to your answering
your line, the caller now can reach you again. If the caller has any complaints they can also

Empyrean Healing Arts: Join

report you to Customer Service, therefore we encourage you to comply with the guidelines outlined in this manual.

It is extremely important that you follow the introductory remarks, which this Manual has provided. Always get your caller's Name, Address, City, State and Zip also their Date of Birth, and log the time call received and the time call ended. Please get the street address. This information will be helpful to you as well as us for a number of reasons as we will discuss later. For the most part, you will find that your callers will be cooperative and pleasant. We emphatically believe that it is our job to make sure the caller's reading is informative, enlightening, and entertaining. Your clients are looking for SOLID POSITIVE GUIDANCE. It's important that you listen carefully to everything your caller is saying. At the beginning of the call, take a moment to determine what your caller wants to know.

You will find that some callers have very specific questions. We encourage you to not give specific answers at least until you have given them your "General" reading first..... Your intuition will guide you. Some callers are curious and some callers simply want someone who is a good listener. We encourage you to do a lot of talking in the beginning of the reading and then let them answer any questions that YOU might have, and let them do the talking. If they insist on doing the talking.... *LET THEM TALK!*

The conversation should always be directed to and about the caller. Remember to keep a POSITIVE outlook even if you sense negative influences. Emphasize that, in any situation, "free will " plays a very important role and that actions that he or she takes can seriously affect any outcome. Be a true professional, inspiring confidence, keeping control of the conversation and reinforcing the caller's self-esteem.

Remember that the key to a successful connection between you and the caller is to make each caller aware that they are special and that they have qualities that they may not see due to insecurities or depressing times in their life. Make sure you use their name as much as possible while talking with them. This makes them feel as if you are a friend and that you really care.

Don't forget you must sign on to the network on the 1st or 2nd and the 16th and 17th of every month and take at least one call on one of those days or you will lose .05 cents per minute for all of your minutes during those pay periods"

## PROBLEM CALLERS

From time to time, you will speak with someone who is unpleasant. They may show negative feelings towards Psychics and or Psychic abilities, use profanity, or discuss items of a graphic sexual nature. Although we appreciate the old saying "The customer's always right," we should stress to you that you are not required to take verbal abuse from anyone! We would ask that you try to redirect these callers into more pleasant behavior and ask that you use your good nature and common sense in dealing with these matters.

If the caller becomes abusive or uses obscene language, end the call quickly but as politely as possible. Say "Thank you for calling " and hang up. If the caller is a MINOR, appears intellectually challenged, emotionally unbalanced, drunk or on drugs, politely terminate the call. We also ask you to be careful with those callers who may have financial problems.

Empyrean Healing Arts: Join

Please use common sense when dealing with the unemployed; those on welfare and those who you feel will not pay their phone bills. Limit those callers to a couple of questions or a call time of 20 minutes.

MINORS are a special problem. Obviously, we can't stop them from making calls. However, if you receive a call from a minor, in an effort to aid the parents tell them that the computer has recorded their telephone number. Terminate the call immediately. We do offer a list of HOTLINE numbers posted on the site. It is a good idea to print them and keep them handy.

### CUSTOMER SERVICE PROBLEMS

Occasionally, you may come across a caller with a complaint. Please give the client the Customer Service Number. Please ask them to call during office hours. DO NOT FOR ANY REASON GIVE OUT YOUR COMPANY'S NAME TO ANY OF THE CALLERS! REFER THEM TO CUSTOMER SERVICE.

IMPORTANT PHONE NUMBERS

(Keep next to your phone at all times)

PRN CUSTOMER SERVICE LINE: (402) 573-9840

PRN DAILY HOROSCOPE NUMBER: 1-800-355-5215

CALL BACK NUMBER FOR PRN CALLERS: 1-900-288-0977 (write on log sheet)

TO LOG ON & OFF FOR:

PRN: 1-800-848-4587

Premium: 1-888-297-8330

*WHAT CONSTITUTES AN EMERGENCY*

Not being able to connect to the computer's phone number to LOG ON or LOG OFF or being told your codes are invalid or the computer says that you have been suspended. This is considered an emergency situation and should be reported at once.

### BUILDING A CLIENTELE

To help you with repeat calls, it is very important for you to give out your extension. During your conversation. The caller may then be assured of reaching you again. When requested. As part of your introductory remarks, you are required to give your "name" and extension number when answering the phone, but consider that this may not be remembered. Make sure your caller writes it down along with the correct 900-call back number. THIS MUST BE GIVEN WITHIN THE FIRST MINUTE FOF YOUR CALL.

So always answer the call appropriately as described in this manual. Give the caller your on

duty hours and don't forget that a satisfied caller will give your extension number to friends! In no instance may you attempt "OFF THE LINE" and /or personal contact with the callers, either at their suggestion or at yours... whether by phone, email, mail or visit. This is for your protection, as well as the client's confidentiality. TO BREAK THIS RULE WILL BRING IMMEDIATE DISMISSAL! Do not ask the client for their phone number or give out your home phone number at any time.

## MONITORING/TESTING

You could be monitored or tested at any time. You will not be able to distinguish the TEST CALL from the REAL CALLER. Therefore we expect that if the following is NOT Respected, you will be TERMINATED IMMEDIATELY AND WITHOUT ANY PAY!

1. NEVER put a caller on hold or tell a caller to "HOLD ON"

2. NEVER tell a caller that you are keeping a track of their minutes for them.

3. NEVER tell a caller that you will "STOP THE TIMER,"

4. NEVER tell a caller when you will "START THE CLOCK"

5. NEVER discuss with a caller "FREE minutes or about the "COST OF A CALL,"

6. Avoid talking about negatives -- death, doom and disaster.

7. Giving medical or legal advice is an absolute NO!

8. Using foul and/or abusive language is a sure way to have your Agreement terminated!

9. NEVER interrupt a caller who is talking -- Let them vent it out!

10. Unless specifically asked, never talk about yourself.

11. NEVER give out personal information! Callers don't need to know anything about you other than your ability to give them an exceptional reading! Even like you work at home!

12. Discussing the Company, other Psychic Companies, your work, etc. is a major big NO!

13. Taking calls from anyone other than the network while you are logged on is not permissible.

14. Informing callers of winning numbers for games of chance should be avoided at all costs.

15. Using a prepared script is a short cut to immediate dismissal. Your name and number will be placed on a NO HIRE LIST.

16. NEVER, but never take any money from a caller.

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 154 of 418

17. You cannot give your extension to any second party to use for any reason!

18.You are responsible for watching your call minute average. You need at lest a call average of 15 minute weekly to receive calls regularly! Call minute average is figured from Sat at 11:00 PM est. till Sun 12:00am est.

19. You must have at least "1" call per week on your extension in order to keep yourself active in the system.

20. ALWAYS log each call even if it is a hang up ~ dead air~ no one there ` or disconnection.

## YOUR RESPONSIBILITIES/KEEPING A LOGSHEET

You are required to keep a log of your calls. You **MUST EMAIL** in your log sheets daily. Your log sheets should always include the following information: Date of call ~ time call begins and ends ` Caller's name and date of birth ~ Callers city, state and zip ~ These logs help in numerous ways. In the first place, it helps YOU to keep track of the number of minutes you speak. Secondly, Empyrean Healing Arts considers it YOUR job to obtain a COMPLETE NAME AND ADDRESS around at least 85% of your calls taken. We know that you will do your best!

If a caller refuses to give you an address, then write REFUSED next to where the call Start and End time on the Log Sheet. DO NOT LEAVE THE ADDRESS LINES BLANK! Please write refused in them. Please write clearly. Getting complete names, addresses, city, state and zip codes affects the priority in which how fast the calls come to your line when you ": LOG ON". Along with your call minute average.

## OTHER GROUNDS FOR DISMISSAL

The policy is to monitor All new readers during their trial period. ALL other readers will have to be monitored on a random basis at least once every two weeks. Violators will be dealt with swiftly and thoroughly. Anyone caught violating PRN or AFFILIATED LINES policy (and /or committing an unlawful act) on the phone will be instantly logged off and terminated and, depending on the type of violation, there could be harsher consequences too.

Some violations are pretty obvious (such as giving legal or medical advice when you are neither licensed as an attorney nor as a doctor), there are other violations, such as using PRN customers to build a separate customer base of your own, which is fraudulent.

PRN/AFFILIATED LINES/EMPYREAN HEALING ARTS reserves the right to prosecute for such fraud to the full extent of the law. PRN also reserves the right to report and document to the FCC or any other appropriate legal authority any illegal actions (s) a READER or MANAGER commits which falls within such authority's jurisdiction. As you can see common sense plays an extremely big role in your work on the various Psychic Lines. There are circumstances, which have happened recently leading to a Psychic's breach of the Independent Contract Agreement. So please read thoroughly your Independent

EXHIBIT 2-7 PAGE 13

Contractor Agreement with extreme care. We reserve the right, however to change, edit, add or delete from this agreement.

## GUIDELINE AGREEMENT

By sending to us all your paperwork. You are also agreeing to:

1. Not be under the influence of drugs or alcohol or to condone any illegal activities while working on the various Psychic Lines.

2. Give positive, uplifting and motivational readings.

3. Not proselytize your personal beliefs on others, be able to recognize that everyone is entitled to his or her own form of Spirituality.

4. As an Independent Contractor I am responsible for my own TAXES, understanding that I will receive a 1099 Form stating my earning at the end of the year. I am in business for myself and will set my own days and hours I wish to work keeping a schedule as a guide to work by.

Please sign here to indicate that you have read and understand the guidelines:

_____

Please fax a copy to me 207-273-3450

## CONCLUSION

We hope that you feel comfortable with the information, topics that we have covered in this Manual. Accompanying this Manual will be various information that will be very helpful for you to be successful in working on the lines. IF at anytime there is anything that you do not understand or that you feel requires clarification never hesitate to discuss your concerns with us. . We welcome your feedback, comments and suggestions to better serve you. We are here to help you be successful .email: chuckwhitehouse@excite.com

Thank you and best wishes in your new position,

Chuck Whitehouse

rev.02/01/01

# Empyrean Healing Arts

Please fill out and fax to 1-207-273-3450

This agreement is made and entered into by and between Empyrean Healing Arts. and _____.
(Your name here)

_____
(city, state and zip)

1.) I have read the information sent to me and I agree to follow the guidelines and PRN company rules outlined in this orientation material.

2.) I agree to be paid $12 an hour Bi Weekly. If I work under 6/hr a week I will be paid $10.20. If I work under 60 minutes in one week then I understand that I am not paid for that time. I also understand that I am paid .25 for every address capture and .10 for every email capture that can be verified. I understand that I am not entitled to any benefit plan other than those outlined in the training and compensations agreement material. I understand at this time Empyrean Healing Arts does not offer health insurance, life insurance, disability insurance, pension or profit sharing. worker's compensation, paid vacation or sick pay.

3.) I acknowledge that I have no obligation to perform or to be available to perform services. during any particular hours or according to any particular routine or schedule, or to render services for any particular amount of time, all of which is my decision and at my sole discretion.

4.) I understand that Empyrean Healing Arts has no right to , nor can it control direct, approve or change the details, manner or means by which I perform my services. I understand that Empyrean Healing Arts can only offer and has the right to email me advice and information as needed.

5.) I understand this is an agreement where I am at all times an independent contractor and that no relationship of employee and employer, partners or other relationship is created or intended to be created by this agreement for any purpose.

6.) I fully understand that at this time Empyrean Healing Arts does not take taxes out of my checks and my taxes are my own responsibility. I release Empyrean Healing Arts and all of its ancillary affiliates from the liability and or obligations of paying and /or withholding and Federal, State, City , Local, FICA, Payroll or other similar taxes which I may own. I also fully understand that all amounts paid to me will be reported to the IRS at the end of each calendar year for which I shall receive a 1099 for if I have earned in excess of $600.

7.) I agree that my telephone bills are my own and I am responsible for paying them and for keeping my phone service active if I want to perform services for Empyrean Healing Arts.

8.) The terms of this agreement shall remain in effect as long as I am connected through Empyrean Healing Arts with a major telephone network. I understand this agreement may be terminated if I do not comply with Empyrean Healing Arts guidelines and PRN policy. I also understand I may terminate this agreement without cause simply by notifying the Company of my interest in doing so. Empyrean Healing Arts must be notified of this as soon as possible.

IN WITNESS WHEREOF, the parties, Empyrean Healing Arts and

_____

(your name here)
have executed this agreement on this _____day of _____2001

Your Signature:_____

Social Security:_____

System Phone:_____

Home Phone:_____

Fax Number:_____

Email Address:_____

**How to answer the phone:**

Thank you for calling the network, my name is _____ may I have your name please? May I also have your date of birth? Do you have a pen handy. I would like to give you my number and extension in case we get disconnected. My number at the network is 1-900-288-0887 I am at extension _____. My name is _____. (the next few minutes are the most important part of the call. You really want to be friendly and listen. If the caller wants to talk let them. Don't forget to ask questions)
Have you ever called the network before? Well this is going to be a great experience for you then. What I would like to do is focus on what you want to talk about. It is really important to think about what is going on now in your life and your future goals. What you hope for and dream about. Maybe even what you are worried about. I am going to shuffle the cards. Tell me when you want me to stop shuffling.

From this point you begin your reading. Choose a spread that is comfortable for you. Make sure to really listen to the caller and try to get a feel of where they are coming from and what they want from the call. Please do not be afraid to ask questions. So many are afraid that they will lose the caller this way.

**\*\*Miss Cleo Calls\*\*** Currently ms.cleo is in a very popular television infomercial. In such a call, suggest to your caller that you will be able to help them.

**\*\*Free Minutes\*\*** You will also get many callers for the free minutes. Make sure you let them know that it is impossible to give them an accurate reading within 3 minutes. You can do your best to try. But it is up to them to time the call. It is not your responsibility.

**\*\*Free Tarot Cards\*\*** The network does send out Tarot cards to readers with extensions to call for a reading. IF the extension is unavailable then they might be sent to you. If so have them open the package. Pull out the 3 cards they were given and give them a reading.

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 159 of 418



**Bassador Company Inc.**

Welcome to Bassador Company, Inc. We are your quality guide to employment opportunities with the national Telephone Psychic Hotlines. We are seeking individuals who are interested in an exciting and profitable career as a telephone psychic. Our long time relationship with the largest networks in the industry allows us to provide our quality psychics with the best opportunities available.

The Bassador Company, Inc. home office is located in Portland, Oregon, gateway to the beautiful Pacific Northwest. We have placed hundreds of people to work on the networks across the United States and Canada. Enjoy the benefits and independence of working from home. Visit our Employment Opportunities page or contact us for more information today!

## Employment Opportunities

Click Here to see what networks are currently hiring and to apply to become a Telephone Psychic

## Telephone Psychic Orientation

Interested in becoming a Telephone Psychic? Click Here to learn more about reading tarot cards and providing telephone psychic readings.

## Psychic Contractors Resource Center

Click Here if you are currently contracted with Bassador Company, Inc. for resources, our message board, newsletters, and other useful information.

Telephone
   503-258-1840

EXHIBIT 2.5  PAGE 1

EXHIBIT 2.5 PAGE 1

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 160 of 418

**Toll Free Number**
    1-866-BASSADOR

**FAX**
    503-905-6093

**Postal address**
    7903 SE Washington Street, Portland, OR 97215-2353

**Electronic mail**
    General Information: info@basssador.com
    Webmaster: webmaster@bassador.com

**Back to Top**

EXHIBIT 2.8  PAGE 3

EXHIBIT 2.8  PAGE 2

http://www.bassador.com/

8/10/019:54:10 AM

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 161 of 418



Leave a message

Bassador Company, Inc. recruits for all major Psychic Networks.  There are immediate openings for the following networks:

## Current Openings

### Home Reader on PRN, Miss Cleo's Network:

By far the largest network in the nation, PRN has been in business for over ten years.  With thousands of calls a day, we need psychic readers immediately.

Enjoy the benefits of working from the comfort of your own home.  You decide when to work by calling in to a toll free number and turning on your extension.  You will receive calls from customers calling the 1-900 numbers from all over North America. average calls last twenty minutes, with some lasting longer than eighty minutes!!

Requirements:
- Must be able to provide a telephone psychic and/or tarot card reading
- Be able to keep a 19 minute call length average
- Must have a telephone line that has no special features such as voicemail or call waiting.

Readers are compensated as independent contractors and are paid for telephone connect time.  Payment is made bi-weekly.

CLICK HERE TO APPLY

### Manager/Recruiter:

In order to continue to reach new psychics to contract with,  we need managers to requite from all parts of the united states and Canada   Managers are responsible for placing ads, interviewing respondents, providing orientation to new readers, and frontline management of psychics they recruit.

In return, managers make a commission based on the work the readers in their group complete.  Unlimited income is available for someone who is a self starter.  We need individuals who are ready to work independently and enjoy helping others into an excellent opportunity.

EXHIBIT 2.8   PAGE 3

If you are already working for another company, see what Bassador Company Inc. can offer you.

You can bring entire groups of readers into our crew, under you. We will provide you with your own recruiting web site with an online job application, daily and weekly extension status reports, and full access to our Psychic Contractor Resource Center. Our managers make some of the highest commission rates in the industry. There is even a possibility for you to promote out to be your own broker.

> Requirements:
>     ⑤ Recruiting/Management experience preferred
>     ⑤ Must be able to provide a telephone psychic and/or tarot card reading.
>     ⑤ Access to the internet, email, and fax.

Managers are compensated as independent contractors and paid a bi-weekly commission based on the amount of talk time completed by readers in their group.



---

## Psychic Reader in our Montavilla/Portland Call Center:

We operate a Call Center at our corporate headquarters for psychics to work taking telephone calls for the psychic networks.

> Requirements:
>     ⑤ Must be able to provide a telephone psychic and/or tarot card reading
>     ⑤ Be able to keep a 19 minute or better call length average

Readers are compensated as independent contractors and are paid for telephone connect time. Payment is made bi-weekly.

CLICK HERE TO APPLY

EXHIBIT 2.8 PAGE 4

8/10/01 9:55:29 AM



**Application Process**

Please follow this application process for our current openings: (you may want to print this for future reference)

**1. Complete our online application:**
   Application

**2. Print and complete the following 3 documents:**
   Independent Contractor Agreement
   Independent Contractor Experience Form
   W-9 Form



**3. Send us the three documents by fax: 503-905-6093 or mail to:**
   Bassador Company, Inc.
   7903 SE Washington Street
   Portland, OR 97215-2353

**4. Call us for an informational interview at 1-866-BASSADOR (1-866-227-7236) Be prepared to discuss the following:**
   A. Your relevant experience
   B. Any questions you have regarding the contract, policies, etc.
   C. Basic information on how to take calls for the networks
   D. A time for you to provide a test reading to one of our managers.

**5. Call us at your scheduled appointment time for your test reading.**

**6. After the test reading is done and we feel you are ready to start taking calls, we will provide you with your extension number and password. You will then be ready to start working.**

If you have everything completed properly and are ready to get started, our goal is to keep this entire process under 48 hours so you can start taking calls ASAP!

EXHIBIT 2 8 PAGE 5



Welcome to the Orientation Center. It is our goal to make sure that the psychics who contract with our company have as much knowledge as possible in order to make them successful. We care about our readers, and we care about our customers. We want to ensure that our psychics are giving high-quality readings to every one of our customers.

The most important section of our orientation is the Bassador Telephone Psychic Manual. This manual is split into 3 books. The first one you will want to read before your interview with our company.

Every psychic with our company also receives access to our Psychic Resource Center, which has a large assortment of tools that are useful while giving readings.

Our psychics also receive our weekly newsletter, which is filled with up-to-date information for working on the network, as well as suggestions from other readers.

For other information, we suggest the following links:

Learn how to read Tarot:

www.learntarot.com





Psychic Manual

Leave a message

In order to be successful on the network, there is some information you should know. We have organized this information into The Bassador Telephone Psychic Manual. The manual is split into 3 sections: Books 1,2 and 3.

Book 1: You can view this book now by clicking the link on this page. Book 1 contains some basic and general information in regards to working on the network. You will want to read this information before completing our Application Process.

Once you have completed the application process and we have provided you with an extension on the network, you will gain access to our Psychic Contractor Resource Center where you will find Books 2 and 3.

Book 2: Here you will find specific instructions on how to logon to the Network, as well as all the policies and procedures you will need to know.

Book 3: A constant work in progress, this book contains many useful tools you may want to print and utilize while taking calls on the Psychic Network.

In all, we feel that the Bassador Telephone Psychic Manual provides our psychics with everything they need to know to be successful on the network.

**Back to Top**



Case 0:02-cv-6226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 166 of 418



Home

Leave a message

**Bassador Telephone Psychic Manual, BOOK 1**

*This book discusses general information you need to know before working on the Psychic Networks.*

*Click on the first topic below.  Move to the next topic by clicking the next button at the bottom of each page.*

## Table of Contents

Work Environment

Logging On the Network

Performance Requirements

Extension Priority System

Do's and Don'ts

Tips for Success

EXHIBIT 28 PAGE 8

EXHIBIT 28 PAGE 8

8/10/019:58:46 AM

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 167 of 418

# Work Environment

It is a good idea for you to have a quiet area to work where you will be free of interruptions.  Choose a spot where there is fresh air and you are comfortable.  If you are planning on working for long sessions, it is a good idea to have a window with lots of natural light.

In your work area, you will need to make sure you have the following items:

- Digital Clock, set to Eastern Standard time
- Pile of blank logsheets
- Pens
- Scratch paper for taking notes
- Tarot cards or other tools
- Reference Materials
- Printed copy of the Bassador Telephone Psychic Manual

In addition, many people like to have incense, candles, and other things that help them concentrate on their readings.

Finally, make sure that you have a telephone line WITHOUT any special features such as voice mail or call waiting.  It is a good idea to get a phone with a headset.  You will find this much more comfortable after hours on the phone, and it leaves your hands free.



BASSADOR COMPANY, INC
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:21:24 -0500 .

EXHIBIT 2.8 PAGE 10

Case 0:02-cv-6026-ASG    Document 12    Entered on FLSD Docket 02/13/2002    Page 168 of 418

NM

EXHIBIT 2.8 PAGE 10

8/10/019:59:05 AM

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 169 of 418

**Bassador Telephone Psychic Manual**

(M) Leave a message

?

# Logging on to Take Calls

You will call a toll-free number from your touch-tone phone to logon the system.  You must always call in on the phone you will be receiving calls (your system phone) to logon.  However, you can call in and log off from any phone.

You will be prompted for an extension number and a password, each of which will be provided by your manager.  There will be one or two system messages from network representatives.  If the messages are new, you will have to listen to them.  If you have listened to the message before, the system will allow you to skip them.  You will then be given instructions on which button to push to log yourself on or off.  Once you log on, you will hang-up your phone and wait for it to ring.  When you are done taking calls, you will call the same number.  However, when you reach the prompt to logon or off, you will choose to log off.

To be successful in receiving your calls, it is important for you to understand how the computer system works.  When customers call into the advertised 1-900 or 1-800 numbers, they are transferred to psychics.  The computer will transfer the call to your phone number when your extension comes up in rotation.  Calls rotate to you in the order in which you signed on to the system based on your priority.  In order to make sure that the system works, you must follow these simple rules:

1. While signed on, you MUST always answer your phone.  If you don't, the network looses the customer.
2. You must never take your phone off of the hook for any reason other than to pick up an incoming call.
3. You must not use your phone to make an outgoing call (unless to log off).
4. If you want to take a break or stop taking calls, you must log off.  Never leave your phone unattended while you are logged on.
5. If you happen to receive a personal call on your line while you are waiting for the network to connect you with your next customer, you must end the personal call immediately.  Log yourself off the network and return the call.
6. After you log off, wait for a couple of minutes before leaving your phone.  You may receive one final call that was on its way to you while you were logging off.  Take this last call and provide a reading, as usual.  You will not receive another call after until you log back on.

EXHIBIT 2 & PAGE 11

BASSADOR COMPANY, INC
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:21:24 -0500 .

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 170 of 418

EXHIBIT 28 PAGE 12

EXHIBIT 28 PAGE 12       8/10/019:59:25 AM

Case 0:02-cv-60226-ASG Document 12 Entered on FLSD Docket 02/13/2002 Page 171 of 418



# Performance Requirements

In order to assure that we provide a quality service to our customers, each psychic's performance is monitored two ways.

## Test Calls

Both the network and Bassador Company have people who will call your extension to perform a test. The tester may or may not tell you that it was a test at the end of the call. Test calls will last anywhere from 5minutes to 60 minutes.

First of all, the tester will be making sure that you are giving a quality reading to each customer. Secondly, they are making sure that you are following the basic call guidelines, such as providing your call back number. Finally, they are ensuring that nobody is placing customers on hold or breaking any of the other network guidelines.

## Performance Measures

You will need to meet the average requirements for the following performance measures:

- Talk Time Average:  You should be able to keep an average call length of at least 19 minutes per call.
- Address Capture: You will need to be able to capture the full address information for about 70% of the customers you talk to.  These addresses are used to bring more traffic into the network for us!
- Call Back: You will provide each customer with your special call-back number and your extension.  You should have about 6% of the customers you talk to call you back on this number.
- Email Capture: *[PRN Only]* You should be able to capture an email address from about 3% of the customers you talk to.

These numbers are not very difficult to achieve.  In fact, 95% of our readers have no problems whatsoever with any of these performance measures.  As long as you follow most of the advice you will find in this manual, you will most likely not have a problem either!

 ExHiBiT 2 8 PAGE 13    8/10/019:59:38 AM

BASSADOR COMPANY, INC
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:21:24 -0500 .

Case 0:02-cv-6226-ASG    Document 12    Entered on FLSD Docket 02/13/2002    Page 172 of 418

EXHIBIT 28 PAGE 14

NM

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 173 of 418

EXHIBIT 28 PAGE 15

## Extension Priority System

At any given point there can be several hundred psychics online, taking calls.  The network's computer system determines who gets calls in what order based upon their priority.  Extensions that have a higher priority will not have to wait for calls to come in, as they are forwarded the calls first.  Extensions with a lower priority have to wait longer for the calls to come in, as they are forwarded the calls last.

Your priority is determined by 2 major factors.

1.  Your total average for the past 41 days

2.  Your total number of minutes for the past 41 days.

Thus, you can see that the system favors psychics who are able to maintain longer calls and work often.

You want to keep your daily average above a 19.  However, since the priority is based on a 41 day average, as long as you are doing reasonably well each day your priority won't be affected much when you have a bad day.

To determine your average, you add up the total number of minutes from each call and divide by the number of calls.  For instance, lets assume today you take five calls.  The first one lasted 5 minutes, the second lasted 10 minutes, the third lasted 55 minutes, the fourth lasted 22 minutes, and the fifth call lasted 12 minutes.  You would add together 5+10+55+22+12=104.  Divide by the number of calls: 104 / 5 = 20.8

Your average for the day is a 20.8.  This is the number you want to keep above a 19.

The daily average is determined by all calls taken between midnight and 11:59pm eastern standard time.



Case 0:02-cv-6026-ASG    Document 12    Entered on FLSD Docket 02/13/2002    Page 174 of 418

BASSADOR COMPANY, INC

Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:21:24 -0500 .

EXHIBIT 28 PAGE 14

NM



## Do's and Don'ts

Things to do and not to do while taking calls on the psychic networks:

1. Do answer the phone at the first ring.

2. Do give out the correct call back number in the first 2 minutes. Tell them to try your extension number when they call.

3. Do give them your name when you answer. "Thank you for calling the Network, this is _____ at extension _____."

4. Do get their address and email address (if they have one) so they can receive promotional mail.

5. Do listen to the daily messages every day.

6. Do not use the word free for anything! The 900 call back number has 3 bonus minutes or some bonus minutes, your company sends promotional mail, the 800 call back number is at no cost.

7. Do not talk about how many "free minutes" the caller has on this call. Do not help them keep track of their "free minutes" or the length of the call. The recorded message told them how much the call costs and how many free minutes they have before they reached your extension. Whatever material they've received in the mail tells them exactly what they are being offered. You have no idea what it is.

8. Do not put anyone on hold or mute them for any reason at all. This is considered fraud, and your line will

EXHIBIT 2-8 PAGE 17

8/10/01 10:00:12 AM

Case 0:02-cv-60226-ASG Document 12 Entered on FLSD Docket 02/13/2002 Page 175 of 418

EXHIBIT 2-8 PAGE 17



Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 176 of 418

be deactivated.

9. Do give the customer service number to any customer who has a complaint or a question about the cost of the call.

10. Do not ask the caller too many questions at the beginning of the call. They expect you to tell them why they are calling.

11. Avoid talking about negatives, giving medical advice or providing legal advice.

12. Do not use foul and/or abusive language.

13. NEVER give out personal information! Callers don't need to know anything about you other than your ability to give then an exceptional reading.

14. Do not discuss the Company, other Psychic Companies, your work, etc.

15. Do not take any money from a caller.

16. Do make sure that the caller is at least 18. If they are not, ask to speak to someone in the household who is over 18. If they bring an adult on the line, take their information on your logsheet, then continue the call with whoever they want you to talk to. Otherwise, end the call.

EXHIBIT 28 PAGE 18

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 177 of 418

BASSADOR COMPANY, INC
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:21:23 -0500 .

http://www.bassador.com/bookone/doanddont.htm

EXHIBIT 2.8 PAGE 19

EXHIBIT 2.8 PAGE 19

8/10/01 10:00:12 AM



# Tips for Success

Here are some tips from our readers who are taking calls around 20 minutes or longer:

Take hold of the reading from the very beginning. Deliver information right away and demonstrate your psychic abilities from the start. Be in control of the call – don't expect the caller to lead the way.

When you feel that the caller is hanging up after only a few minutes because he/she wants the free minutes only, try saying that in your opinion, if they call back for several short free readings they will only get what they are paying for, but if they stay on now and let you complete their reading, you are sure it will change their life.

Give your client something to do when the reading is over. This could be affirmations, a book to read or a meditation to try. Have them write down the instructions during your reading. Talk about how/when/where they will put this empowering exercise into their life. Any affirmation or meditation will focus energy in the direction of the area where they need empowerment. These gifts are your calling card, and will remind clients to call you back. You may want to suggest that they incorporate the process daily or weekly for the next 1-2 weeks, then call you back to let you know how it worked.

Remember, this is a psychic line and not just a self-help line. Offer gifts of magic to your callers.

Let your client talk! Don't do all the talking yourself. Many people call our service just to express themselves to someone who is kind and understands. Be that person for them.

Make a friend: It is much easier to make a friend in a personal face to face reading than on the phone, because the caller can't see your expressions, smile, etc. This all needs to be reflected in your voice when doing a reading on the phone. Relax, and speak to them as if they were a friend for a long time already.

Use the caller's name often.

Talk about the callers intuitions and abilities. Try to pick up on their abilities and ask them to give you examples of their experiences. Clients love to talk with someone knowledgeable about their own abilities. Help them to understand and how to be able to better use their abilities for practical purposes in day to day life.

Let them know you care. These are real people, with real problems or troubles. Most will open up right away if they feel you really care about their needs, troubles, desires, goals, love life, finances, career and goals, etc. Ask questions like "How do you feel about that?", "What did you say or do when that happened?"

Turn every situation into a positive one. If something comes up negative in a reading you should always look for

what can be done to change it, or how things could turn out for the caller if they make changes in their life. Everyone wants to have something positive and hopeful to look forward to. You can be the one to provide that for them.

Don't be scattered. Try to keep the topic being discussed in focus. If you jump from topic to topic without results or a finish to the previous one, they will end up more confused or in doubt than they were in the first place.

**You Have Completed Book One**

**Click Here to go** Home

**Click Here to go to** Book Two

BASSADOR COMPANY, INC
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:21:24 -0500 .

http://www.bassador.com/bookone/tips.htm

8/10/0110:00:32 AM



## This Weeks Issue!



Newsletters are best viewed in Internet Explorer. If you don't have internet explorer click here to download it now:



## Volume One

- Issue One: April 2, 2001
- Issue Two: April 9, 2001
- Issue Three: April 16, 2001
- Issue Four: April 23, 2001
- Issue Five: April 30, 2001
- Issue Six: May 7, 2001
- Issue Seven: May 14, 2001
- Issue Eight: May 21, 2001
- Issue Nine: June 4, 2001
- Issue Ten: June 11, 2001
- Issue Eleven: June 25, 2001
- Issue Twelve: July 4, 2001
- Issue Thirteen: July 10, 2001
- Issue Fourteen: July 17, 2001



8/10/0110:01:19 AM

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 181 of 418

Leave a message

?

BASSADOR COMPANY, INC.

# Bassador Weekly News

**Volume 1, Issue 1**
**April 2, 2001**



**Main**

**Features**
Links to other stories:
Information About Priorities

Network Update

Become a Recruiter

We Need Your Input

Its All In The Numbers!

Bassador Stars

Independent Contractor Resources

Important Message for Our 503 Area Code Readers

Featured Tarot Spread

WELCOME

This Friday, April 6th, marks the 1 year anniversary of our Montavilla Call Center in Portland, Oregon. This milestone mark is a major one for Bassador Company, Inc. There have been many people along the way who have helped us make this business a success, and we wish to thank them all.

Now is a great time for us to look forward at some new projects. The first one is this newsletter. In order to provide better communication with our readers across the country, both in our call centers and at home, we will be publishing this newsletter once a week. We hope to be able to provide timely updates on network policies, helpful information on telephone readings, and even a forum for our contractors to communicate with one another.

Another project we are working on is a re-design of the company web page. The application process will be streamlined, and we will be providing websites to our recruiters. There will also be a Psychic Contractor Resource Center, which will include a message board where members can post questions, ideas, and answers; a section of helpful information regarding your independent contractor status; and a section where psychics can download tools that may be helpful with providing their readings.

Finally, we are planning on expanding our Montavilla Call Center to accommodate more people.

Our goal is to continue to grow as a company comprised of individuals such as yourself providing quality services to our customers. Thank you for your help in making Bassador Company a success!

8/10/01 10:02:19 AM

**PREVIOUS** **NEXT**

Copyright 2001 Bassador Company, Inc.
Portland, Oregon
Phone: 503-258-1840 / 1-866-BASSADOR
Fax: 503-905-6093
Email: info@bassador.com

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 182 of 418

EXHIBIT 28  PAGE 24

http://www.bassador.com/Issue%201/index.html

8/10/01  10:02:19 AM



# Important Information about PRIORITIES

Leave a message

Powered by humanCLICK

Main

It determines how fast your phone rings. It determines how many calls you get each day. It's your priority, and there have been some important changes you should know about.

Your priority is now based on 2 things. First and foremost is your total average for the past 41 days. Secondly, it looks at how many total minutes you have worked for the past 41 days. So you can see, if you keep a good overall average, your priority won't be affected much if you have a low average day. But keep in mind, the more you work, the better your priority gets. People who average between 200 and 300 minutes a day on their extension, and keep a good average, have stayed busy even during the slower periods.

EXHIBIT 2.8   PAGE 25

10:23:45AM  10-Aug-2001



# Network Update

**Shopping?**

Main

The biggest challenge readers on the PRN network are faced with right now are customer deletions. In an effort to avoid scams by readers, the network placed a disclaimer that the customer hears at the beginning of each call. It explains that if the caller is offered anything for free or put on hold they should dial *911. When the customer does this, the extension is automatically deleted by the computer.

Unfortunately, customers are dialing *911 for the wrong reasons. We have had incidents where they were angry at the network for telemarketing calls, they wanted to speak to Cleo, and even kids just playing around. The result to the psychic is drastic — they loose their extension.

While we work to get this procedure fixed, here are some things you can do to avoid a *911.

EXHIBIT 2.8 PAGE 24

EXHIBIT 2.8 PAGE 24

10:26:06AM 10-Aug-2001

Network Update - Microsoft Internet Explorer

http://www.bassador.com/Issue%201/page3.html

- If you get an angry customer on the phone, quickly provide them the customer service number (1-402-573-9840) and then hang up.
- If you answer the phone and nobody is there, wait 10 seconds and then hang up. We are finding some deletions occur by customers who are "playing" around on the phone.
- If you hear someone starting to dial numbers, hang up before they complete. This might avoid the *911 going through.

Like all obstacles we have been confronted with on the network, we'll get through this one as well! Hang in there and lets avoid those nasty *911s!

PREVIOUS     NEXT

EXHIBIT 28 PAGE 27

10:26:39AM  10-Aug-2001

Become a Recruiter - Microsoft Internet Explorer

Address http://www.bassador.com/Issue%201/page4.html



Main

In order to dramatically increase the number of readers Bassador Company, Inc. has online with the PRN network, we are re-vamping our recruiter program. We need people who are enthusiastic and can find others who would enjoy the benefits of working from home on the psychic lines. Recruiters are responsible for placing ads, interviewing candidates, orienting new readers to the lines, and front-line management of those readers they recruit.

In return, Bassador Company, Inc. will compensate recruiters at a per-minute rate for all minutes performed by readers in their group. Plus, recruiters make a higher commission on their own extension! Soon we will even be able to provide each recruiter with their own section of our website where they can send potential readers to get more information or apply!

If you are interested, call Michael at, 503-258-1840 or send an email to michael@bassador.com.

Sorry, but we are currently unable to add new extensions or recruiters to the following area codes: 201, 206, 334, 360, 407, 503, 561, 608, 818, and 973.

Done                     Internet

Start    poprd0417.htm    Snagit Capture...    Become a Re...    En    10:27 AM

EXHIBIT 2.8 PAGE 28

EXHIBIT 2.8 PAGE 28

10:27:16AM 10-Aug-2001



Bassador Stars - Microsoft Internet Explorer

http://www.bassador.com/Issue%201/page7.html

# Bassador Stars

Main

Energizing the Tarot
Deck
If a tarot deck has
been used by someone
other than its owner, it
should first be cleared
before any other
readings are
performed. A simple
cleansing routine is to
set the deck in sunlight
for three days. The sun
is considered to be a
cosmic energizer,
lending its light and
energy to everything it

Shining Stars for Pay Period 6 (March 16-31)

### Call Center

Most Minutes
1. Jonathan Linneman
2. Michael Eieieth
3. Jerry Toole
4. Todd Miller
5. Jessica Davidson

Best Average
1. Todd Miller
2. Jonathan Linneman
3. Cynthia Rexford
4. Charles Robertson
5. Jerry Toole

New Additions to Wall of Fame
Todd Miller
Charles Robertson (121 minute call!)
Jessica Davidson (90 minute call!)

Done

Start | opr00417.htm | Snagit Capture P | Bassador Sta | 10:28 AM

EXHIBIT 2.8 PAGE 29

EXHIBIT 2.8 PAGE 29

10:28:19AM 10-Aug-2001



touches. This
energization of your
deck will clear out any
leftover impressions
from its last user.

**Home Readers**

Most Minutes
1. Connie Broner
2. Marsha Nord
3. Melisa Roberts
4. Jennifer Dellinger
5. Lisa Walters

Best Average
1. Glenda Seiber
2. Richard Jolly
3. Connie Broner
4. Jennifer Dellinger
5. Lisa Walters

PREVIOUS     NEXT

EXHIBIT 2.8   PAGE 30

10:28:38AM 10-Aug-2001

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 189 of 418



Leave a message

?

# Network Update



**Main**

DON'T FORGET ABOUT
THOSE *911's

We are still battling the *911 customer deletion problem. Follow these suggestions in order to avoid a customer deletion:

If you have an angry customer online, QUICKLY give them the customer service number and hang-up!

If you hear ANY buttons being pushed, quickly hang-up!

If you get a dead-air call, hang-up!

Watch out for those kids playing round. If you suspect you have a joker of ANY kind on-line, hang-up!

Traffic on PRN seems to be picking up. We've noticed the following busy times on the network: (all times eastern)
2:00 pm to 7:00 pm
Midnight to at least 3:00 am

We have been reaching maximum capacity in the mornings at around 2:00 am, so if you are having a hard time getting calls, you might try logging on then.

Remember, make sure to give out your call-back number in the first 2 minutes of EVERY call, and again at the end. Also, we need to improve on email capture, so make sure you ask all your customers if they have an email account.

CONTEST!!!!
Have you noticed how long it has been since the daily message has been updated? February 14th, Valentine's day was the last recorded message from Steve.
Send an email to michael@bassador.com with the date you think that the message will be changed. The person who comes the closest will win $5. If you guess the date exactly, you'll get $10! Make sure to send your guess in today!

EXHIBIT 28 PAGE 31



PREVIOUS     NEXT

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 190 of 418

Copyright 2001 Bassador Company, Inc.
Portland, Oregon
Phone: 503-258-1840 / 1-866-BASSADOR
Fax: 503-905-6093
Email: info@bassador.com

EXHIBIT 2.8 PAGE 32



# Handling CLEO Calls

**Main**

**Miss Cleo's Mind & Spirit**

**Daily Meditation**

A good way to further your understanding of the tarot is to meditate on the tarot archetypes. Select a card from the deck at random and ask yourself, "What does this card mean to me?" As the day progresses, the meaning of the card will be revealed to you.

It happens to all of us. The phone rings, you pick up your receiver, and the customer on the other end is actually surprised that they are talking to someone OTHER than Miss Cleo! Imagine, thousands of calls coming in a day, around the clock, and this person actually got connected to someone besides Miss Cleo!

And now you need to turn the call around and try to hold-on to the customer.

First of all, it is important for you to understand that the commercials generate thousands of calls, and it is unlikely that the customer will actually reach Cleo

EXHIBIT 28 PAGE 33

EXHIBIT 28 PAGE 33

10:35:16AM 10-Aug-2001



the customer will actually reach Cleo herself. Instead of the customer trying to call back over and over again to find Cleo, it is better for you to encourage the customer to get a reading with you. After all, this was the purpose of the commercial! When dealing with customers who want Cleo, you might try one of these techniques:

"I'm sorry, but Miss Cleo is busy recording a new commercial right now. She asked me to cover her line today. I'm really glad you called in for a reading, I'm excited to get started. What is your name and date of birth?"

"Miss Cleo is happy you've called us today. She is busy right now and has her calls forwarded to me. Cleo and I have trained together and I have the same level of expertise to provide you a reading today. Let's get started. What is your name and date of birth?"

EXHIBIT 2.8 PAGE 34

10:35:35AM 10-Aug-2001

BLANK - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

http://www.bassador.com/Issue%202/page4.html

Or, you could even try something a little bit more outlandish:

"You don't really want to talk to Cleo – you're much luckier that you reached me. I'm the most popular psychic the Network has online. They actually wanted me to do the commercial, but I said I didn't have time. You are SO lucky to have reached me today instead of any other psychic. I am going to tell you things that will blow your socks off and change your life. Lets get started."

You should also use similar tactics for anyone looking for another reader online Remember, if you get someone else's call-back, you do everyone a favor by keeping the call. The reader they were trying to reach ONLY gets credit for the call back IF you keep the customer online for more than 5 minutes!

**PREVIOUS**   **NEXT**

Done

Start   opr0041?.htm   Snag@Capture   BLANK - Mi...   En   10:35 AM

EXHIBIT 2.8   PAGE 35

10:35:49AM  10-Aug-2001

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 194 of 418



**Volume 1, Issue 3**
**April 16, 2001**

*This Week's Features*




Visit our jobs page.

 This was a good week at Bassador Company, Inc. Our total minutes increased over the previous week, and we maintained an overall average of 20.14    Good job everyone!

We've also added 6 new readers this week! Here's a big welcome to each of our new psychics.

The big news is we've brought the Bassador Contractor Resource Center online. This is a website, separate from our main web, that is dedicated to you - our current contractors.

You can find the new site by following the link found on our main page at www.bassador.com.

At the new Resource Center you will find:

- Message Board: Communicate with other readers via our new message board. Provide helpful information, ask for advice, share a funny call, or just post things to sell.
- Email Request: You can request a Bassador Mail account and download free software to handle all your email needs.
- Telephone Psychic Manual: Visit often, as we are constantly updating this useful tool. Be sure to visit Book 3 for charts, tables, and other helpful items.
- Contractor Resources: A list of links to places that will help you run your business as an independent contractor.
- Logsheet: Go here to download a fresh copy of the logsheet.
- Mascot Fun: See what Calvin is up to now.

We hope you find our new site useful. Be sure to let us know what you think!

EXHIBIT 2.8   PAGE 36

NM



# Network Update

**Volume 1, Issue 4**
**April 23, 2001**

**This Week's Features**












Visit our jobs page.

# Be Careful of *911s

The *911 threat is still here.  We need to make sure that we are avoiding ANY *911's from customers.

The customer is told to dial *911 if they are put on hold or offered anything for free.  This is the ONLY reason they should dial this number.

However, many customers are dialing the number if they are angry at the network, feel like they didn't get the type of reading they wanted, or just want to see what happens.

The result is drastic.  The extension is deleted by the network.  First of all, nobody should be putting anyone on hold, asking the customer to 'hold on,' offering anything for free, or anything else dishonest.

However, since many good readers are being effected by these *911's, make sure you know how to avoid the un-fair ones.

- Never ask the customer to hold on.
- If you get a dead air call, hang-up.
- If you hear the customer dialing numbers, hang-up FAST.
- If you have an angry customer, give them the new customer service number and hang-up.

**E-MAIL CAPTURE**
We need to capture more e-mails!  Make sure that you are asking EVERY customer for their address.  Let them know that we send special offers via email.  Tell them that you will give the email to Cleo so she can send them a message!

**TRAFFIC UPDATE**
Traffic is FINALLY picking up.  In fact, we are starting to lose calls.  Please logon and take as many calls as possible this week.



**Miss Cleo**

**NEW CUSTOMER SERVICE NUMBER**

*PRN now has a new, toll-free customer service number.*

**1-800-211-8326**

*Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.*

*To print a new copy of the logsheet with the correct customer service number listed, click the button below.*



*To print a new copy of our important list of phone numbers and hotline numbers, click the button below.*



EXHIBIT 2-8   PAGE 37

*PRN NEVER RULES*

*Never put the customer*

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 196 of 418

**CONTEST**

Steve still hasn't changed his daily message since Valentine's Day.  That means that our contest to guess the date he records a new message is still on!  The person who comes the closest without going over will win $5.  If you guess it exactly, you will win $10.  Hurry before the date you want is already taken!  Give Michael your guess.
michael@bassador.com

on-hold!

*Never use the word free!*

*Never do any harm to the customer!*

*Never accept or solicit money from the customer.*

*Never discuss the length of the call or free minutes.*

*Never contact the customer after the call is over!*

*Never stand on your head while providing readings!*

*Never give personal contact information to*

 



Click here to visit our Newsletter Center to view past issues

**BASSADOR.COM**
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:29:31 -0500 .

EXHIBIT 2. 8  PAGE 38

EXHIBIT 2. 8  PAGE 38



# Bassador Weekly News

**Volume 1, Issue 5**
**April 30, 2001**

**This Week's Features**



- Network Update
- Recruiter Page
- Psychic Development
- Bassador Stars
- Announcements
- Contractor Resources
- Tarot Spread
- Mascott Page

We are doing a good job at capturing those calls.  There has been an over-all increase in network traffic, however it seems to be spotty at times.  Make sure to read the Network Update page for specific information.

If you haven't done so yet, make sure to visit our Psychic Contractor Resource Center to get updated information and read our Telephone Psychic Manual.  Also, be sure to stop by the message board and leave a note!

NEW: Now you can go to the online Resource Center and click on the question mark to talk to someone at Bassador Company on live, interactive chat.

Did you know?:  Make sure to click on the crystal ball each week to see something new!



Top 10 Signs of Psychic Line Job Burn-out



For those of you who missed the group daily message this weekend, here are the top signs that you may need a small vacation...

10. You are so tired you answer the phone with "He's Cheating".

9   When your friends call to see how you are you try to get their e-mail address.

8   You realize you are faxing your logs to the IRS.

7   You wake up to discover your house is on fire but go back to sleep because you just don't care.

6.  You consider 3000 minutes a week a vacation.

5   When the customer calls for Cleo, you sob hysterically and explain how you saw her abducted by aliens.



CLICK HERE for our Telephone Psychic Jobs Page

CLICK HERE for the
Psychic Contractor
Resource Center

4. You no longer set your alarm because the automated Cleo call will come before your alarm goes off.

3. When you meet new people you give them your call back number and extension.

2. Your headset has melded to your ear.

1. You think how relaxing it would be if you were in jail right now.

Have anymore signs of psychic line burnout?  Let us know.  Send your psychic jokes to jokes@bassador.com.  If your submission is printable, you may see it in a future issue.



Click here to visit our Newsletter Center to view past issues

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:30:22 -0500 .

EXHIBIT 2.8 PAGE 40

EXHIBIT 2.8 PAGE 40

NM



# Network Update

**Volume 1, Issue 5**
**April 30, 2001**

## This Week's Features

| Home |
|---|
| |
| Recruiter Page |
| Psychic Development |
| Bassador Stars |
| Announcements |
| Contractor Resources |
| Tarot Spread |
| Mascott Page |



CLICK HERE for our Telephone Psychic Jobs Page

## Traffic SPIKES

We are finally experiencing some faster traffic lately. The network has increased its advertisements. This means we seem to be getting a lot of new customers wanting only "free minutes", driving our talk time averages down.

One thing you can do to combat the short calls is to watch out for traffic 'spikes.' What seems to happen is suddenly a commercial will run and we will receive a lot of short calls, all in a row. We refer to this as a spike because there seems to be a large increase in call volume for a few minutes while the commercial is airing.

If you get 2 short, free minute calls in a row, you might want to try logging off for about 5-10 minutes, allowing the spike to pass. When you log back on, hopefully you'll be back into regular traffic.

**TRAFFIC UPDATE**
Traffic seems to be good 3pm - 10pm EDT an on the overnights after about 1am EDT. We also notice higher call volumes in the middle of the week, Tuesday-Thursday.

**E-MAIL CAPTURE**
We need to capture more e-mails! Make sure that you are asking EVERY customer for their address. Let them know that we send special offers via email. Tell them that you will give the email to Cleo so she can send them a message!

**CONTEST**
Steve still hasn't changed his daily message since Valentine's Day. That means that our contest to guess the date he records a new message is still on! The person who comes the closest without the date passing them up will win $5. If you guess it exactly, you will win $10. Hurry before the date you want is already taken! We currently have guesses up to June 12. Give Michael your guess. michael@bassador.com



*Miss Cleo*

*Don't get a \*911*

*Hang-up Immediately if:*

- *Anyone mentions or says \*911.*
- *Anyone starts to push buttons on their telephone.*
- *The customer is angry, upset. Quickly give the new customer service number.*
- *You answer the phone and have a dead line with nobody on.*

## NEW CUSTOMER SERVICE NUMBER

*PRN now has a new, toll-free customer service number.*

*1-800-211-8326*

*Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.*

*To print a new copy of the logsheet with the correct customer service number listed, click the button below.*

EXHIBIT 28   PAGE 41





http://www.bassador.com/newsletter5/Networkupdate.htm          8/10/0110:46:51 AM

CLICK HERE for the
Psychic Contractor
Resource Center

*To print a new copy of our*
*important list of phone*
*numbers and hotline*
*numbers, click the button*
*below.*



■ **Home**   ▶ **Next**



Click here to visit our
Newsletter Center to
view past issues

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:30:21 -0500 .

EXHIBIT 2.8  PAGE 42

EXHIBIT 2.8 PAGE 42

NM

http://www.bassador.com/newsletter5/Networkupdate.htm                 8/10/01 10:46:51 AM



# Network Update

**Volume 1, Issue 6**
**May 7, 2001**

### This Week's Features:

- Home
- Network Update
- Auricle's Musings
- Contractor Resour[ce]
- Tarot Spread
- Bassador Stars
- Recruiter Page
- Announcements
- Mascott Page



CLICK HERE for our Telephone Psychic Jobs Page

## Averages are LOW

We are experiencing the increase in traffic, but unfortunately also an overall decrease in our averages. DON'T SWEAT IT!!! Even our top veteran readers are getting lower averages right now. Just hang in there and keep going.

A good idea to help avoid a long string of short calls is to log off if you get 2 or 3 real short calls in a row. Wait about 15-20 minutes and log back on again.

### CALL BACKS
**Impress your callers** with your professionalism and importance! Respond to callers who want to talk with Cleo by saying something like: "Cleo isn't available right now, but I am filling in for her. The company has even provided me with my own 900 number for you to use so you can reach me directly next time. That number is 1-900-288...)
**Increase your call volume** during slow periods. Give EVERY caller your call back number and extension within 2 minutes into the call, and again at the end.
**Give the caller homework** to convince them to call you back. Visit Volume 3 of the Bassador Telephone Psychic Manual to see a list of call back ideas.

### TRAFFIC UPDATE
Hard telling! The traffic pattern seems to be pretty erratic lately. If you've noticed any particularly good or bad times, post a message on the message board for us.

### E-MAIL CAPTURE
We need to capture more e-mails! Make sure that you are asking EVERY customer for their address. Let them know that we send special offers via email. Tell them that you will give the email to Cleo so she can send them a message!

### CONTEST
Steve still hasn't changed his daily message since Valentine's Day. That means that our contest to guess the date he records a new message is still on! The person who comes the closest without the date passing them up will win $5. If you guess it exactly, you will win $10. Hurry before the date you want is already taken! We currently have guesses up to June 12. Give Michael your guess.
michael@bassador.com

*Miss Cleo*

*Don't get a \*911*

*Hang-up Immediately if:*

- *Anyone mentions or says \*911.*
- *Anyone starts to push buttons on their telephone.*
- *The customer is angry, upset. Quickly give the new customer service number.*
- *You answer the phone and have a dead line with nobody on.*

### NEW CUSTOMER SERVICE NUMBER

*PRN now has a new, toll-free customer service number.*

*1-800-211-8326*

*Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.*

*To print a new copy of the logsheet with the correct customer service number listed, click the button below.*



*To print a new copy of our important list of phone numbers and hotline numbers, click the button below.*

EXHIBIT 28   PAGE 43



# Network Update

Volume 1, Issue 7
May 14, 2001

**This Week's Features:**









# Capture Addresses

We need to make sure to capture more addresses. Our company-wide capture rate was too low for the last couple of weeks. PLEASE make sure to do everything you can to get the full address for as many customers as possible.

- Make sure to ask EVERY customer for their full mailing address.
- Wait until you have built a trust / rapport with the customer before asking them for their address.
- Let them know we want the address to send them "special offers from Miss Cleo."
- Don't forget to ask for an email also!
- SEND IN YOUR LOGSHEETS at least 2-3 times a week. Daily is better!

Thanks for your help in improving our address capture rate!

## TRAFFIC UPDATE

Traffic seems to be getting better. Specific busy times appear to be during the afternoons. If you've noticed any particularly good or bad times, post a message on the <u>message board</u> for others to see.

## CONTEST

Steve finally posted a new daily message on the system. Although he tried to throw us off by saying the date was APRIL 11th, we knew better. The message was recorded on May 11th, making Jerry T. of Portland our contest winner. Jerry came closest in guessing the date would be May 13th. He'll get his $5 contest prize in the next check.



*Miss Cleo*

Don't get a *911

Hang-up Immediately if:

- Anyone mentions or says *911.
- Anyone starts to push buttons on their telephone.
- The customer is angry, upset. Quickly give the new customer service number.
- You answer the phone and have a dead line with nobody on.

## NEW CUSTOMER SERVICE NUMBER

PRN now has a new, toll-free customer service number.

**1-800-211-8326**

Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.

To print a new copy of the logsheet with the correct

EXHIBIT 2.8 PAGE 44

EXHIBIT 2.8 PAGE 44

http://www.bassador.com/newsletter7/Networkupdate.htm

8/10/0110:50:51 AM

CLICK HERE for our
Telephone Psychic
Jobs Page

customer service number
listed, click the button
below.





CLICK HERE for the
Psychic Contractor
Resource Center

To print a new copy of our
important list of phone
numbers and hotline numbers,
click the button below.







Click here to visit our
Newsletter Center to
view past issues

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 14 May 2001 13:58:36 -0500 .

EXHIBIT 2.8 PAGE 45

EXHIBIT 2.8 PAGE 45

NM

http://www.bassador.com/newsletter7/Networkupdate.htm

8/10/01 10:50:51 AM

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 204 of 418



# Bassador Weekly News

**Volume 1, Issue 8**
**May 21, 2001**

***This Week's Features:***

- Home
- Network Update
- Contractor Resources
- Tarot Spread
- Bassador Stars
- Announcements
- Recruiter Page
- Mascott Page

## A Bad Day on the Line...

So far, so good. You've taken 3 calls, all of which were long. The clients were all happy and thanked you for your help and insight. You're feeling pretty good!

Then suddenly: "I want to speak to Cleo." CLICK! A hang up.

Next call: Dead air.

Next call: Kids playing around, "You suck!" CLICK!

Next call: "I only want my 5 free minutes!" and CLICK!

Now your average is in the toilet and your mood has joined it. So what's a reader to do?

### REACTION

Your first thought is, "Oh-my-God, I'm in trouble. I'm going to loose my line." You log off and then pace, your mind is racing.

"I'm trying so hard, don't they realize that? I'm getting addresses, doesn't that count?"

You realize you haven't yet reached your goal of 300 minutes and so you log back on. This time you are full of stress and dread. The phone rings and the caller wants to know about her boyfriend. You shuffle the cards nervously and when you lay them out, nothing makes sense. You try to cover, but the caller hangs up.

### STOP

Readers are sensitive souls and letting this sort of situation roll off their back isn't easy. Here are some tips to make this easier:

- Remember who you are. You are a psychic, an astrologer, a tarot reader, etc. You know your stuff! You wouldn't be on-line if this were not so. You have a message and if the client can't or won't hear it, don't blame yourself. It isn't your fault, its their problem.
- Do not become a victim or beat yourself up. "It isn't my fault, it is the system's fault" may be true but that thought renders you powerless. Instead, get tough! "I'm not going to let this get to me!" is a much better approach.



CLICK HERE for our Telephone Psychic Jobs Page

EXHIBIT 9. 8  PAGE 46



CLICK HERE for the Psychic Contractor Resource Center


EXHIBIT 28 PAGE 46

NM

 When people get stressed out, the area between their eye brows are furrowed in worry, their throat is tight and their heart is pounding. As a psychic, this is blocking your 3rd eye (between the brow) and making it difficult for you interpret the information through your throat chakra. How can you demand yourself to do readings if you are in this state? This is where you are being too hard on yourself.

### RELIEF

The next time this happens, log off and relax. Take a break. Focus on relaxing those three areas. Relax your forehead, relax our throat, and with deep breaths, relax your heart.

Recite the Serenity Prayer - "Grant me the serenity to accept the things I cannot change, the courage to change the things I can, and the wisdom to know the difference."

Ask the Universe to send you the people that you can be the most helpful to. Remember the good calls and forget about the bad ones. Give yourself strokes for having helped people. Not many people can do what you do, so you are special.

### FINALLY

While you are working, don't think about the money. For many people, the concept of money translates into "I don't have enough." Instead, try telling yourself "I am going to help and console as many people as I possibly can and I ask the Universe/God/your Guides to help me in accomplishing this.

Once you are sufficiently relaxed, then, and only then, log back on.



Click here to visit our Newsletter Center to view past issues

EXHIBIT 2-8 PAGE 47

**BASSADOR.COM**
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
http://www.bassador.com/newsletter8/

EXHIBIT 2-8 PAGE 47

8/10/01 10:52:40 AM

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 206 of 418



# Network Update

**Volume 1, Issue 8**
**May 21, 2001**

***This Week's Features:***

- Home
- Network Update
- Contractor Resources
- Tarot Spread
- Bassador Stars
- Announcements
- Recruiter Page
- Mascott Page



CLICK HERE for our Telephone Psychic Jobs Page

EXHIBIT 2. 8   PAGE



CLICK HERE for the Psychic Contractor Resource Center

# *911 ISSUE

At the risk of sounding like a broken record, it is important to understand the *911 issue to avoid getting one.

First of all, the theory of the *911 process has some validity. With the network being so de-centralized and readers being able to work virtually un-supervised across the country, there is bound to be some problems.

With reports of un-scrupulous readers doing things such as placing callers on hold or offering them the call for free, the network had to do something to combat these problems. Thus, the customer is informed at the start of the call that if any of these things happen, they should dial *911.

What happens is that extension is deleted. Seem like a harsh move? Yes. There is no doubt about it - the network could have found a better way to deal with this issue.

For the time being, we must put up with this situation. At the right of this page you see a list of things to do to avoid getting a *911 customer deletion for an invalid reason.

However, it is important for everyone to understand the Bassador Company policy regarding *911's. First of all, we will investigate every deletion to the best of our ability. If we discover that any reader has done anything against network policies, we will ensure that the reader is never allowed to work on the network again. Period.

On the other hand, if we discover that the deletion was un-just (as in all cases thus far) we will stand by our psychics and help them continue to work. We feel confident that none of our psychics are involved in anything but providing excellent readings and we pride ourselves in contracting only with the best. We will continue to conduct test calls to ensure that this is the case.

*48*

## TRAFFIC UPDATE

Traffic seems to be getting better. Specific busy times appear to be during the afternoons. If you've noticed any particularly good or bad times, post a message on the message board for others to see.

**REFERRAL BONUS**   EXHIBIT 2 8   PAGE 48



**Miss Cleo**

**Don't get a *911**

**Hang-up Immediately if:**

- **Anyone mentions or says *911.**
- **Anyone starts to push buttons on their telephone.**
- **The customer is angry, upset. Quickly give the new customer service number.**
- **You answer the phone and have a dead line with nobody on.**

## NEW CUSTOMER SERVICE NUMBER

PRN now has a new, toll-free customer service number.

**1-800-211-8326**

Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.

To print a new copy of the logsheet with the correct customer service number listed, click the button below.



To print a new copy of our important list of phone numbers and hotline

We need more readers! We are offering a referral bonus to our current contractors for new readers referred this month.

**HOME READER $50 Bonus:** Refer someone to be a new home reader, and we'll give you up to $50! We'll send you a check for $20 when the reader completes their first 1000 minutes, and another check for $30 when the reader completes their second 1000 minutes.

**CALL CENTER $80 Bonus:** Refer someone to be a new reader in our Montavilla Call Center, and we will give you a check for $20 each pay-period your referral completes at least 1000 minutes during their first 4 pay periods. Total maximum bonus per referral is $80.

numbers, click the button below.



Home    Next



Click here to visit our Newsletter Center to view past issues

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 13 Jun 2001 19:05:34 -0500 .

EXHIBIT 2.8 PAGE 49



# Bassador Weekly News

**Volume 1, Issue 9**
**June 4, 2001**

***This Week's***
***Features:***

- Home
- PRN Network Update
- Contractor Resources
- Tarot Spread
- Astrology Forecast
- Bassador Stars
- Announcements
- Recruiter Page
- Mascott Page

## Seems Kinda Slow?...

Well, it has been a tough couple of weeks. We've seen some record low averages and longer waits for calls. Don't fret - it's going to get better.

First, we are dealing with television advertisement rates that are sky high due to 'Sweeps Month' and every series having its season finales. This has caused a decrease in the television ads we count on to bring us the callers.

Secondly, everyone is having troubles with short calls. We are seeing extensions that normally operate above a 20 average dropping to a 15 some days. The good(?) news is that when we're having problems with averages, so is everyone else. We're all in the same boat right now.

This doesn't mean we shouldn't keep trying to do our best to get high averages. We should all be trying even harder. Because soon (hopefully VERY soon) television will be in repeats, commercial spots will go down in price, and the network is going to be increasing its ad rates. And we'll be there - ready to pickup those calls.

## What's Working?

In the last newsletter, we started describing a process by which you might be able to increase the overall length of your calls. We started by describing a 9-card general reading that you can utilize when working the phone lines. We have had excellent results from those readers who are using this spread, or one similar to it. They are having longer call averages and feel like they are helping the customer more.

This week we move into Part 2 of this spread, by showing one of the many side-readings you can perform to look more specifically into a topic for your customer. Be sure to read our Tarot section this week, and if you missed the information on the general reading you can link back to last week's issue.

## BIG Changes

There are big changes in-store on the PRN network. Make sure to visit the Network Update page to find out how these changes are going to affect you.

## Send us New Readers!

EXHIBIT 2 8   PAGE 5 0

Some of the better readers that have contracted with Bassador Company are those that have been referred by other readers. We know that there are a lot of people that would be great at this job. And we want YOU to help us find them!

Tell everyone you know about the work you do, and discuss the opportunity with them. Explain the benefits of working from home. If you talk to anyone on the phone who might be interested, make sure to pass their information along. We continue to have a bonus for upto $80 for anybody you refer to us!



CLICK HERE for our
Telephone Psychic
Jobs Page



CLICK HERE for the

Psychic Contractor
Resource Center

# Mercury Retrograde!

Mercury retrograde will be in effect from 6/4-6/29. Expect delays and communication problems. This is a good period to reorganize but not to start anything new. Key words for Mercury Retrograde is patience and attention to detail.  Might be a good thing to remember as we move into this period of change!



CLICK HERE to
visit our Newsletter
Center and view past
issues.

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 04 Jun 2001 20:33:20 -0500 .

EXHIBIT 2.8 PAGE 51

EXHIBIT 2.8 PAGE 51

NM



# PRN Network Update

**Volume 1, Issue 9**
**June 4, 2001**

***This Week's Features:***

Home

PRN Network Update

Contractor Resources

Tarot Spread

Astrology Forecast

Bassador Stars

Announcements

Recruiter Page

Mascott Page



CLICK HERE for our Telephone Psychic Jobs Page

EXHIBIT 2. 5 PAGE 52



CLICK HERE for the

# IMPORTANT UPDATE

There has been an enormous amount of charge-backs on the PRN system. Charge-backs occur when the customer doesn't pay their 900 charges and PRN is unable to be paid for the call. In some areas of the country, the percentage of un-paid charge-backs have increased to 75%.

In order to combat this, the network has instituted a new call system. Starting JUNE 5, the network will start controlling how long a customer is able to talk to you based on their area code and the first 3 digits of their phone number.

Some customers will be allowed into the 900 system for a total of only 20 minutes a month, while others may be allowed in for 350 minutes. Therefore, the length of each call will change.

For example, if someone has a 20 minute limit for the month, and they have already used 10 minutes, their next call to the network will only be allowed to last up to 10 minutes.

The minimum length of a call will be 6 minutes, while the maximum will be 60 minutes.

Starting June 12, there will be a whisper message explaining how much time the customer has remaining. There will be 5 messages:

1. Less than 10 minutes-calls between 4-10 minutes
2. Less than 20 minutes-calls between 11 and 20 minutes
3. Less than 30 minutes-calls between 21-30 minutes
4. Less than 40 minutes-calls between 31-40 minutes
5. Less than 60 minutes-calls between 41-60 minutes.

One minute before the end of the call, you will hear a beep. At this point you need to say: (paraphrase please)

"I've just heard a beep. This announces that you have been chosen as one of our special callers and we want you to be able to save a good deal of money. In a few moments, Miss Cleo will be coming on the line to tell you about an 80% savings plan for you to speak with me again. Please write down my ext #_____. Have a pen and paper ready for her since she'll be giving you a toll



**Miss Cleo**

**Don't get a \*911**

**Hang-up Immediately if:**

- **Anyone mentions or says \*911.**
- **Anyone starts to push buttons on their telephone.**
- **The customer is angry, upset. Quickly give the new customer service number.**
- **You answer the phone and have a dead line with nobody on.**



EXHIBIT 2.8 PAGE 52

**NEW CUSTOMER SERVICE NUMBER**

PRN now has a new, toll-free customer service number.

**1-800-211-8326**

Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.

To print a new copy of the

Network Update

Psychic Contractor
Resource Center



## CLICK HERE to visit our Newsletter Center and view past issues.

free # to get back to me.

At that point, you will be disconnected from the caller and then they'll hear a recorded message from Miss Cleo that will give them options to use their credit card or checking account. You do not need to tell them that. Our whisper message won't be available until June 12th, so you'll have to go by the beep which could be anytime between 4 to 59 minutes.

### WHAT THIS MEANS

- You no longer are required to give out the 900 call back number.
- You must capture addresses and e-mail addresses in the 1st 2 minutes of the call.
- They will lower the required average call length to adjust to the shorter calls after a week or so after they see how the changes affect the overall average.

logsheet with the correct customer service number listed, click the button below.



To print a new copy of our important list of phone numbers and hotline numbers, click the button below.



Home        Next

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 04 Jun 2001 20:33:20 -0500 .

EXHIBIT 2.8 PAGE 53

EXHIBIT 2.8   PAGE 53

N/M

http://www.bassador.com/newsletter9/Networkupdate.htm        8/10/01 10:54:45 AM



**Volume 1, Issue 10**
**June 11, 2001**

*This Week's Features:*







CLICK HERE for our
Telephone Psychic Jobs
Page

CLICK HERE for the
Psychic Contractor
Resource Center

## DON'T Tell About Bassador Company...

In the last couple of weeks, the Bassador Main Office has received several phone calls from network customers who were given our telephone number to call to register a complaint or ask questions about billing.

It is important that you understand that under no circumstance are you to tell a customer the name and phone number of our company. Bassador Company, Inc. is responsible for the hiring and management of the telephone psychics, we are not responsible for billing or customer service situations.

If you have a customer who needs help, provide them the PRN Customer Service number, 1-800-211-8326. Any psychic who is discovered to be providing information to the network customers about our company will be immediately suspended.

## DO Tell About Bassador Company...

There are people we would like you to tell about Bassador Company. Anyone who would benefit from the positions we have available. Let them know how wonderful it is to be able to work from the comfort of your own home, day or night.

If you have a customer on the phone who expresses interest in working on the line, get their information and pass it along to us as soon as possible. We'll contact that person about our opportunity.

And best of all, we offer upto an $80 bonus for any new readers referred to us by you! So send them our way!

## BUTT PRINTS IN THE SAND

One night I had a wondrous dream,
One set of footprints there was seen,
The footprints of the Goddess they were,
But mine were not along the shore.

But then some stranger prints appeared,
and I asked Her, "What have we here?
These prints are large and round and neat,
But much too big to be from feet."

"My child," She said in somber tones,
"For miles I carried you alone.
I challenged you to walk in faith,
But you refused and made me wait."

"You would not learn, you would not grow,
The walk of faith, you would not know,
So I got tired, I got fed up.



**CLICK HERE to visit our Newsletter Center and view past issues.**

And there I dropped you on your butt.

"Because in life. there comes a time
When one must fight. and one must climb.
When one must rise and take a stand,
Or leave their butt prints in the sand."

— Author Unknown

---

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:23:51 -0500 .

EXHIBIT 28 page 55

EXHIBIT 28 PAGE 55

Network Update





**Volume 1, Issue 10**
**June 11, 2001**

# NEW CALL LENGTHS

The situation on the PRN Network was characterized as "chaotic" last week! Everyone was getting used to the new call lengths, but the system hasn't been completely converted as yet. Often, we experienced calls being disconnected without the 1 minute warning beep. And of course, it will take a little getting used to having calls disconnected by the computer after only 6 minutes in some cases.

Nevertheless, things will start ironing themselves out this week. Starting Tuesday, we should start hearing the prompts as listed below. This will help you prepare a little better by knowing how long each call will last.

Below we have re-printed the procedure. However, there are a couple of changes from last week's article. These changes are noted in blue lettering.

### NEW PROCEDURE

There has been an enormous amount of charge-backs on the PRN system. Charge-backs occur when the customer doesn't pay their 900 charges and PRN is unable to be paid for the call. In some areas of the country, the percentage of un-paid charge-backs have increased to 75%.

In order to combat this, the network has instituted a new call system. Starting JUNE 5, the network will start controlling how long a customer is able to talk to you based on their area code and the first 3 digits of their phone number.

Some customers will be allowed into the 900 system for a total of only 20 minutes a month, while others may be allowed in for 350 minutes. Therefore, the length of each call will change.

For example, if someone has a 20 minute limit for the month, and they have already used 10 minutes, their next call to the network will only be allowed to last up to 10 minutes.

The minimum length of a call will be 6 minutes, while the maximum will be 60 minutes.

Starting June 12, there will be a whisper message explaining how much time the customer has remaining. There will be 5 messages:

1. Less than 10 minutes-calls between 4-10 minutes
2. Less than 20 minutes-calls between 11 and 20 minutes

*This Week's Features:*





CLICK HERE for our Telephone Psychic Jobs Page



CLICK HERE for the Psychic Contractor Resource Center

*Miss Cleo*

**Don't get a \*911**

**Hang-up Immediately if:**



- Anyone mentions or says \*911.
- Anyone starts to push buttons on their telephone.
- The customer is angry, upset. Quickly give the new customer service number.
- You answer the phone and have a dead line with nobody on.

EXHIBIT 2.8 PAGE 56

### NEW CUSTOMER SERVICE NUMBER

PRN now has a new, toll-free customer service number.

**1-800-211-8326**

Make sure to give this number out to any caller who is upset about something, has a question about how much the call costs or their free minutes, or any other problems.

To print a new copy of the logsheet with the correct customer service number listed, click the button below.





CLICK HERE to visit our Newsletter Center and view past issues.

3. Less than 30 minutes-calls between 21-30 minutes
4. Less than 40 minutes-calls between 31-40 minutes
5. Less than 60 minutes-calls between 41-60 minutes.

To print a new copy of our important list of phone numbers and hotline numbers, click the button below.



One minute before the end of the call, you will hear a beep. At this point you need to say: (paraphrase please)

"I've just heard a beep. This announces that you have been chosen as one of our special callers and we want you to be able to save a good deal of money. In a few moments, Miss Cleo will be coming on the line to tell you about an 80% savings plan for you to speak with me again. Please write down my ext #_____. Have a pen and paper ready for her since she'll be giving you a toll free # to get back to me.

At that point, you will be disconnected from the caller and then they'll hear a recorded message from Miss Cleo that will give them options to use their credit card or checking account. You do not need to tell them that. Our whisper message won't be available until June 12th, so you'll have to go by the beep which could be anytime between 4 to 59 minutes.

## WHAT THIS MEANS

- You no longer are required to give out the 900 call back number once you hear the beep at the end. Instead, you need to provide only your extension and give them the "upsell" speech outlined above.
- You do need to continue to give the 900 call back number with your extension in the first 2 minutes of every call!
- You must capture addresses and e-mail addresses in the 1st 2 minutes of the call. However, once the prompts start, you should only do this for calls that have the under 10 minute prompt. For calls with longer time limits, you should wait until you are into the call more, but before you have a risk of being disconnected.
- They will lower the required average call length to adjust to the shorter calls after a week or so after they see how the changes affect the overall average.

Exhibit 2-8 PAGE 57

EXHIBIT 28 PAGE 57



BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:23:50 -0500 .

EXHIBIT 2.8 PAGE 58





**Volume 1, Issue 10**
**June 11, 2001**

*This Week's Features:*



# How to Adapt Your Reading To Be Unique For Your Customer

Every caller is not the same. Each caller presents you with a new situation that will require you to implore different tactics than the caller before. The best readers will incorporate a few different spreads into their readings, depending upon the caller's specific situation. Most will start with a general reading, and move into other spreads as needed. For instance, a simple yes/no spread can be utilized for quick answers, while a timeline spread may be needed to examine one's general path for the coming year.

For the next several weeks, this feature will outline a process by which you can change your reading to adapt it to your customer and their special needs. When this feature is concluded, you will have an entire process by which you can provide a reading that is unique to each customer while improving your statistics for averages, call backs, and customer information capture.

In Part 1, we described the Bassador 9-Card General Tarot Reading. You can CLICK HERE to view that spread again.

In Part 2, we described a tarot spread for you to look more in-depth into the Career/Education piece of the of the General Reading. You can CLICK HERE to view that spread again.

This week, we examine position 3 of the General reading - Physical Environment / Finances.



CLICK HERE for our Telephone Psychic Jobs Page



CLICK HERE for the Psychic Contractor Resource Center

## Part 3: Physical Environment / Finances

In the Bassador 9-Card general reading, you will notice that the topics in positions 2-4 cover the 3 big topics our customers usually are interested in:
- Position 2 is Career and Education.
- Position 3 is Finances
- Position 4 is Romance

It is set up this way so that you can cover the most likely topics the customer is interested in. However, you also want to be able to dive further into one of these topics if there are major issues that the customer is concerned with.

For the Position 3 Physical Environment / Finances, you can try using a spread similar to this:



EXHIBIT 2.8   PAGE 59

- Card 1: The customer's Financial Foundation: Discuss where they are financially at this point in their life. What is hindering their financial success? Who or what are they relying on too much for financial support?
- Card 2: Money that will be coming into their life very soon: Discuss situations that may be arising that could improve their financial situation soon.
- Card 3: Obstacles to overcome: What problems does the caller experience in their financial situation? Help find ways to overcome these problems. ie: get a job, stop being reliant on others for finances, etc.



CLICK HERE to visit our Newsletter Center and view past issues.

Card 4: Who or what project will bring in more money: Identify one major step that the caller can take that will result in more income for them.

Card 5: The result: Wrap up the topic





BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:23:51 -0500 .



# PRN Network Update

**Volume 1, Issue 11**
**June 25, 2001**

*This Week's Features:*


Home


PRN Network Update


Contractor Resources


Tarot Spread


Astrology Forecast


Announcements


Recruiter Page


Mascott Page



CLICK HERE for our
Telephone Psychic Jobs
Page

# UPDATES, UPDATES, and MORE UPDATES!...

There have been a lot of changes on the PRN network recently. Make sure to read the Contractor Resources feature to see the updated call structure. Here are the updates as of now...

## NEW CALL LENGTH AND PROMPT SYSTEM

In order to combat the high number of charge backs (unpaid bills) the network has instituted new maximum call lengths. The computer will now end the call anywhere between 6 and 60 minutes. You should hear one of the following prompts indicating how long the call will last:

* Less than 10 minutes: The call will disconnect under 10 minutes.
* Less than 20 minutes: The call will disconnect between 10 and 20 minutes:
* Less than 30 minutes: The call will disconnect between 20 and 30 minutes.
* Less than 40 minutes: The call will disconnect between 30 and 40 minutes.
* Less than 60 minutes: The call will disconnect between 40 and 60 minutes.

## AVERAGES

We still need to keep our averages between 18-20 minutes each day. However, it is now more important than ever to keep your average above a 12! Any extension that falls below a 12 minute average will be deleted by the network's computer system. This action is taken by the network and not by Bassador Company, Inc.

## CALL BACK NUMBERS

You now have 2 call back numbers. The original 900 number you will give out to your customer within the first 2 minutes of the call, just like you've been doing.

However, when the call ends, there is a new 800 number to provide. Explain to your customer that they can get all



MISS CLEO

**Traffic Update:**

We have noticed that traffic has slowed down due to the recent changes in call lengths. This is an expected slowdown that will not last too much longer. If you are having troubles getting calls, follow these suggestions:

* Logon and STAY logged on. Every time you log your self out and back in, you are putting your extension at the bottom of the rotation.
* Cover the late-night calls. After midnight you have a better chance of getting a higher call volume.
* Bring your average up. Those extensions with a 20+ average are not having too much problem getting calls. If you need to, work each day until you have a 20+ average, then log off. Do this every day for a week or more until you have built your line overall line average back up.



future readings at the special discounted rate of only 99 cents per minute by calling 1-800-961-7882 next time. Make sure they have your extension number!

CLICK HERE for the Psychic Contractor Resource Center

## NO MORE HOROSCOPE LINE

Since we don't want to overwhelm the customer with too many phone numbers, you no longer should give out the 800 horoscope line.



CLICK HERE to visit our Newsletter Center and view past issues.

## INFORMATION CAPTURE

You now need to judge when to capture the customer information based on the prompt you hear. For instance, if the prompt is "Less than 10 Minutes," you will want to ask for the information at the start of the call.

However, if the prompt is for a longer amount of time, you should wait until you are into the reading before asking. However, don't wait until its too late. When you hear the beep, you only have 1 minute until the end of the call.



BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:25:21 -0500 .



EXHIBIT 2.8 PAGE 62



# Contractor Resources

**Volume 1, Issue 11**
**June 25, 2001**

*This Week's Features:*



Home



PRN Network Update

Contractor Resources

Tarot Spread



Astrology Forecast



Announcements

Recruiter Page



Mascott Page

CLICK HERE for our
Telephone Psychic Jobs
Page

## NEW CALL STRUCTURE FOR PRN

There are a few basic things that you need to do on each call. You will want to develop your own call structure that works for your readings while maintaining these basic requirements:

- Answer the phone by the 2nd ring and welcome the customer to the network.
- Tell the customer your name (real or assumed) and extension number.
- Get the customer's full name and date of birth, and record on your logsheet.
- Give the customer callback number **1-900-288-0956** and your extension number within 2 minutes of answering the call.
- When appropriate, ask the customer for their address and email address and record on your logsheet.
- When you hear the beep signifying the end of the call, explain to the caller that they can call **1-800-961-7882** from now on to get all future readings at the special rate of only 99 cents per minute. Make sure they also have your extension number.

### SAMPLE call structure:

Hello, thank you for calling the Network. This is _____ at extension number _____. What is your name and date of birth?

(NAME), I am going to do an in-depth Tarot reading for you today, and I will be relying on my psychic impressions to guide us. It is important that you be able to clear your mind and concentrate on the reading with me.

(NAME), why don't you get a pen and paper to copy down my call back number in case we're disconnected? Its 1-900-288-0956 and my extension is ___. This is my direct number with the network and you can reach me anytime by calling it.

Now, you'll want to take down some notes about your reading because we're going to cover a lot of important things.

(NAME), I'm going to start with my psychic impressions. Please ask me any questions you have as I go along and I will make sure that everything is as clear to you as possible.

**This Section is dedicated to resources you may find useful as an independent contractor**

PAST FEATURES

Get your free business cards printed at:



Get a free fax account number at:

Signup for Paypal to have your paycheck direct deposited, earn $5!!



Brush up on your tarot and learn spreads at:

www.learntarot.com

Become Tarot Certified at

www.tarotcertification.org

Shop for TUPPERWARE® products online







**CLICK HERE** for the Psychic Contractor Resource Center



**CLICK HERE** to visit our Newsletter Center and view past issues.

**Start your reading for the customer.**

**When appropriate:** For calling today you will receive promotional mail.  What is your mailing address?  Do you have an email address?  Please spell it carefully for me. (NOTE: With a call prompt of "Less than 10 Minutes" you will want to make sure to ask for this information at the very beginning of the call.  With longer calls, it is a good idea to wait until you are into the reading before asking for this information.

**When the call is ending:** (NAME) As one of our special customers, I want to give you this special toll free number to call for you to get your future readings at the discounted rate of only 99 cents per minute.  Please write this number down.  Next time you call us, call 1-800-961-7882 for that special rate.  You can still reach me at extension _____ when you call that number.



BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:25:21 -0500 .



EXHIBIT 2.8 PAGE 64



**PRN Network Update**

**Volume 1, Issue 12**
**July 4, 2001**

*This Week's Features:*


Home


PRN Network Update


Contractor Resource


Tarot Spread


Astrology Forecast


Announcements


Recruiter Page


Mascott Page





CLICK HERE for our Telephone Psychic Jobs Page

# More Updates!

With all the recent changes on PRN, it is important that everyone be kept up-to-date. Of course the most timely way to do that is to listen to our group broadcast message on the logon system everyday.

Here is the latest:

## 99 cent per minute campaign

The network is increasing the number of calls that are prepaid at 99 cents per minute. We expect this to increase traffic volume, which we've already seen so far this week.

It is also a good assumption that this might improve the quality of callers. They should be a little less interested in "free" readings or the enormously high cost of those 1-900 calls.

## Call Back Numbers

Last week we gave you a new 800 call-back number to use: 1-800-961-7882. This week you need to FORGET about that number!

We now have an 800 call back number that is specific to our company: 1-800-457-9213. You should give this number out to every customer you speak with.

When you pickup the phone, you will hear either:

1. No Whisper message: These calls are the inexpensive, pre-paid calls. They may disconnect at any time. In the first 2 minutes of these calls you should give out the following call back number with your extension: 1-800-457-9213.
2. Whisper message telling you the range of minutes the call will last. These callers are calling in on the 1-900 system. You should give them the following call back number with your extension: 1-900-288-0956.

You will hear a beep about 1 minute before the end of most calls. When this happens, you should inform the customer your version of the following:

"Our call will be ending very soon. I have just enough time to give you a special 800 toll free number to call. When you call it you'll hear about a special offer for a reading at under a dollar a minute. Write this special number down with my extension so you can call me back. 1-800-457-9213 and my extension _____. Make sure you press




EXHIBIT 2 8 PAGE 65

Traffic Update:

Traffic is increasing largely due to the new, lower cost 99 cent per minute

that in to get back to me directly."

## AVERAGES

We still need to keep our averages between 18-20 minutes each day. However, it is now more important than ever to keep your average above a 12! Any extension that falls below a 12 minute average will be deleted by the network's computer system. This action is taken by the network and not by Bassador Company, Inc.

## NO MORE HOROSCOPE LINE

Since we don't want to overwhelm the customer with too many phone numbers, you no longer should give out the 800 horoscope line.

## INFORMATION CAPTURE

You now need to judge when to capture the customer information based on the prompt you hear. For instance, if the prompt is "Less than 10 Minutes," you will want to ask for the information at the start of the call.

However, if the prompt is for a longer amount of time, you should wait until you are into the reading before asking. However, don't wait until its too late. When you hear the beep, you only have 1 minute until the end of the call.

calls. Anyone who has been having problems getting calls due to a low average should be logging in as much as possible right now to get some calls. It is a good time to bring your priority up by working your extension with a good average. Take advantage of it!

Suggestions for getting calls:

- Logon and STAY logged on. Every time you log your self out and back in, you are putting your extension at the bottom of the rotation.
- Cover the late-night calls. After midnight you have a better chance of getting a higher call volume.
- Bring your average up. Those extensions with a 20+ average are not having too much problem getting calls. If you need to, work each day until you have a 20+ average, then log off. Do this every day for a week or more until you have built your line overall line average back up.



CLICK HERE for the Psychic Contractor Resource Center

CLICK HERE to visit our Newsletter Center and view past issues.



Home          Next

**BASSADOR.COM**
**Copyright © 2001 by Bassador Company, Inc. All rights reserved.**
**Revised: 10 Jul 2001 16:26:16 -0500 .**

http://www.bassador.com/newsletter12/Networkupdate.htm          8/10/0111:00:28 AM

 

# PRN Network Update

**Volume 1, Issue 13**
**July 10, 2001**

# No NEW Changes!

## This Week's Features:


Home


PRN Network Update

Contractor Resources

Tarot Spread

Bassador Stars

Tarot Special

Astrology Forecast

Announcements

Recruiter Page

Mascott Page

Knock on wood, but the big news on PRN this week seems to be the fact that there are no new changes!! Read the headings below, however, to be sure that you are up-to-date on the recent network situation.

## Traffic

Call traffic is increasing. For those of you who are looking at your job for long-term stability, things are looking great! The changes in how long the network allows customers to talk has created a stronger network. Plus, with the network moving towards more pre-paid calls at only 99 cents a minute, we are told to expect a BIG increase in network traffic by the end of this

## Call Back Numbers

We now have 2 call back numbers. The 1-900-288-0956 number you will provide to any customer who comes in on the 900 system. The 800-457-9213 call back number needs to be given out at the end of a 900 call AND at the beginning of pre-paid calls.

When you pickup the phone, you will hear either:

1. No Whisper message: These calls are the inexpensive, pre-paid calls. They may disconnect at any time. In the first 2 minutes of these calls you should give out the following call back number with your extension: 1-800-457-9213.
2. Whisper message telling you the range of minutes the call will last. These callers are calling in on the 1-900 system. You should give them the following call back number with your extension: 1-900-288-0956.

You will hear a beep about 1 minute before the end of most calls. When this happens, you should inform the customer your version of the following:

"Our call will be ending very soon. I have just enough time to give you a special 800 toll free number to call. When you call it you'll hear about a special offer for a reading at under a dollar a minute. Write this special number down with my extension so you can call me back. 1-800-457-9213 and my extension _____. Make sure you press that in to get back to me directly."



**MISS CLEO**

Suggestions for getting calls:

- Logon and STAY logged on. Every time you log your self out and back in, you are putting your extension at the bottom of the rotation.
- Cover the late-night calls. After midnight you have a better chance of getting a higher call volume.
- Bring your average up. Those extensions with a 20+ average are not having too much problem getting calls. If you need to, work each day until you have a 20+ average, then log off. Do this every day for a week or more until you have built your line overall line average back up.

**DON'T GET DELETED!!**

Don't let your extension get deleted. Avoid a deletion by:
- Always keep your average above at least a 12.
- Never put the customer on-hold.
- Avoid getting a *911 from your customer AT ALL COST!
- Keep your line active with at least 500 minutes a week.





EXHIBIT 28 PAGE 67



CLICK HERE for our
Telephone Psychic
Jobs Page



CLICK HERE for the
Psychic Contractor
Resource Center



CLICK HERE to
visit our Newsletter
Center and view past
issues.

## AVERAGES

We still need to keep our averages between 18-20 minutes each day. However, it is now more important than ever to keep your average above a 12! Any extension that falls below a 12 minute average will be deleted by the network's computer system. This action is taken by the network and not by Bassador Company, Inc.

## NO MORE HOROSCOPE LINE

Since we don't want to overwhelm the customer with too many phone numbers, you no longer should give out the 800 horoscope line.

## INFORMATION CAPTURE

You now need to judge when to capture the customer information based on the prompt you hear. For instance, if the prompt is "Less than 10 Minutes," you will want to ask for the information at the start of the call.

However, if the prompt is for a longer amount of time, you should wait until you are into the reading before asking. However, don't wait until its too late. When you hear the beep, you only have 1 minute until the end of the call.



Home   Next

BASSADOR.COM
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 10 Jul 2001 16:27:28 -0500 .



EXHIBIT 28 PAGE 68



# PRN Network Update

**Volume 1, Issue 14**
**July 17, 2001**

**This Week's Features:**

 Home

 PRN Network Update

 The Cleo Page

 Contractor Resources

 Contractor Feature

 Astrology Forecast

 Announcements

 Recruiter Page

 Mascott Page

CLICK HERE for our Telephone Psychic Jobs Page

# Traffic is Up

As we see an increase in traffic, we need more and more of you logged on.  As a general rule, you should be logging at least 500 minutes of talk time each week on your extension.

We are expecting the traffic to continuously increase throughout the next few months.  Make sure you are building your extension now so that you will be top priority as we progress through the summer.

Averages remain very important.  You should be keeping your PRN extension above a 17 average.  If the average drops below a 12, you run the risk of being suspended by the network.  Make sure to log off each day with the highest average possible!

In case you've not been keeping up with the sweeping changes of late, here's the update:

## Call Back Numbers

We now have 2 call back numbers.  The 1-900-288-0956 number you will provide to any customer who comes in on the 900 system.  The 800-457-9213 call back number needs to be given out at the end of a 900 call AND at the beginning of pre-paid calls.

When you pickup the phone, you will hear either:

1.  No Whisper message: These calls are the inexpensive, pre-paid calls.  They may disconnect at any time.  In the first 2 minutes of these calls you should give out the following call back number with your extension: 1-800-457-9213.
2.  Whisper message telling you the range of minutes the call will last.  These callers are calling in on the 1-900 system.  You should give them the following call back number with your extension:  1-900-288-0956.

You will hear a beep about 1 minute before the end of most calls.  When this happens, you should inform the customer your version of the following:



**MISS CLEO**

Suggestions for getting calls:

- Logon and STAY logged on.  Every time you log your self out and back in, you are putting your extension at the bottom of the rotation.
- Cover the late-night calls.  After midnight you have a better chance of getting a higher call volume.
- Bring your average up.  Those extensions with a 20+ average are not having too much problem getting calls.  If you need to, work each day until you have a 20+ average, then log off.  Do this every day for a week or more until you have built your line overall line average back up.

EXHIBIT 28  PAGE 69

**DON'T GET DELETED!!**

Don't let your extension get deleted.  Avoid a deletion by:
- Always keep your average above at least a 12.
- Never put the customer on



**CLICK HERE for the Psychic Contractor Resource Center**

**CLICK HERE to visit our Newsletter Center and view past issues.**

"Our call will be ending very soon. I have just enough time to give you a special 800 toll free number to call. When you call it you'll hear about a special offer for a reading at under a dollar a minute. Write this special number down with my extension so you can call me back. 1-800-457-9213 and my extension _____. Make sure you press that in to get back to me directly."

## AVERAGES

We still need to keep our averages between 17-20 minutes each day. However, it is now more important than ever to keep your average above a 12! Any extension that falls below a 12 minute average will be deleted by the network's computer system. This action is taken by the network and not by Bassador Company, Inc.

## NO MORE HOROSCOPE LINE

Since we don't want to overwhelm the customer with too many phone numbers, you no longer should give out the 800 horoscope line.

## INFORMATION CAPTURE

You now need to judge when to capture the customer information based on the prompt you hear. For instance, if the prompt is "Less than 10 Minutes," you will want to ask for the information at the start of the call.

However, if the prompt is for a longer amount of time, you should wait until you are into the reading before asking. However, don't wait until its too late. When you hear the beep, you only have 1 minute until the end of the call.

hold.
☺ Avoid getting a *911 from your customer AT ALL COST!
☺ Keep your line active with at least 500 minutes a week.

 

EXHIBIT 28 PAGE 70

**BASSADOR.COM**
Copyright © 2001 by Bassador Company, Inc. All rights reserved.
Revised: 18 Jul 2001 15:03:37 -0500 .





# Welcome to Our Psychic Realm

Seeking Guidance        Seek the Crystal Ball   Search Scrolls of

Join Our Psychic

Seek the Lady of the                                    Home





1022

EXHIBIT 3.9   PAGE 1



# Join Our Psychic Realm

| | |
|---|---|
| Introduction | TCB Introduction |
| TGP Introduction | Contractor/Compensation |
| TGP First Call | W-9 Form |
| TGP Tips for Better | Message From Sandy |
| Home | Lady of the Web |



Psychic Enterprises*
7522 Moon Lane
San Angelo, Texas, 76901
915-658-2408
Fax 915-658-2448
Email: Sandra@PsychicEnterprises.com

I hope all of this information will help you not only decide this is the
job for you, but provide you with all the basic tools and information you
will need to get started. Bear in mind as you go through all the material,
that we DO NOT NOW, NOR WILL WE EVER, ask you for any money whatsoever. So, with that out of the way --
let's begin!

First off let me introduce myself. I am Sandra, and if you decide this is
the opportunity for you I will be the one to help you get started and learn
what you need to know. Though the amount of material you are about to review may seem overwhelming at first,
it should provide helpful information to ensure your
success in this type of work.

Along with this material I will guide you each step of the way, and will

continue to give you every assistance in the future. I have been reading the Runes for over ten years and at one point, even with all that experience, I knew nothing about how to translate my knowledge to working on the phones. All it took was the desire to learn and, in a surprisingly short time, (as little as two days in some cases), you too can master some of the most essential techniques.

ALL of the information you get is really important, and it is strongly suggested you carefully read everything so you know what to do once you are on the phone. If you are contacting me via computer I have a website (link to my website is at the end of this letter) which provides links to more tools for Tarot, Astrology, Numerology, Runes and more, as well as reference literature in case you prefer the printed page. I provide some basic information on Astrology, Tarot and Numerology further along in this material and don't forget, either way, I will be still be here to assist you, providing many tips to help you join the thousands who are making GOOD money from home in our spare time.

If you have never worked a psychic phone line before then let me,

Welcome You to the Billion-Dollar "900" Industry.

We are currently expanding our network. We are adding people to handle the overwhelming response to the commercials and infomercials we run on all major television and cable networks throughout North America and Canada. We hope you find the following information helpful. We are very confident you will enjoy the service you can provide to callers, the freedom of this opportunity, and of course the money that you will be earning. First, we would like to generally go over a few business things so you have a quick overview of what's involved.

* You work as an independent contractor and receive a 1099 form at the end of each calendar year. You will, of course, be responsible for your own taxes.

* You will be paid on a weekly basis. Checks will be sent by US mail. Please, when filling out the Agreements you have copied and printed out, PLEASE PRINT CLEARLY. The information you provide will be used by our payroll department.

* You can work anytime of the day or night 24 hours/7 days.

* You may change and set your hours as you wish. We have just as many people who do this to supplement their income as those who use it as their sole source of income.

* By dialing an 800 number and entering your access codes, you receive calls forwarded to your telephone. It's very important when filling out your Agreement you CLEARLY provide the SYSTEM phone number you will be using to receive these calls.

Please be sure to note that this SYSTEM number CANNOT have any special calling features such as call waiting, voice mail, call answering, etc.

* If at any time you feel this opportunity is not for you, contact me immediately. You will be released from your Independent Contractor's Agreement with no questions asked.

* Each independent contractor must comply with all company performance standards as detailed in the rest of this material.

When you work 600 minutes (10 hours) or more in a week, you receive $11/hour. If you work at least one hour (60 minutes) but less than 10 hours (600 minutes) you receive $9/hour for that week.

This is a PRN (Psychic Readers Network) line. You have to maintain at least a 15 minute talk-time average.

Pays WEEKLY! (For those already familiar with PRN, the rest is the same as any other PRN line.)

You are under no obligation to do anything after reviewing this initial orientation material. If you decide this is not the opportunity for you then I wish you happiness and fulfillment with whatever opportunity you decide to choose. However, if you do decide to join our growing number of telephone psychics and tarot readers and want to start working as soon as possible, then give me a call or email me the completed Contractor and Compensation Agreement. I will start the process of obtaining your extension and password codes. Or you can fax or mail me your completed and signed Agreements and I will get back to you with your codes as soon as I have them.

When I have requested your codes I will send you additional emails that are packed with information to assist you with this work: Astrology and Numerology helpers, books and software references and sources that I feel are of great help for working on the phones, national hot line phone numbers, US and Canadian Province abbreviations as well as Call Log Sheets for your use in reporting your calls. As I said in the beginning of this letter -- there is NO charge for these items and they will be provided to you in order to help you achieve the maximum success possible.

TOP



TELEPHONE PRESENTATION GUIDE (TPG) INTRODUCTION

This guide has been developed as an aid in assisting you only in the presentation of your own personal psychic readings, and not for the purpose of assisting, suggesting, or influencing you in any way as to the contents of the actual readings themselves and is not to be construed as such. The sole purpose of this guide is to help you present your own readings in the most effective way. It is critically important that you take the time to study and to put into practice these valuable methods for presenting your readings to your callers. The results of your efforts will be an overall more interesting, higher quality, reading for each caller.

And when callers are more interested they will talk to you longer with more enthusiasm and hang up a lot less. For many of you, this is your first experience at giving readings on the phone. We are sure you will realize this is a quite bit different from doing it in person. The main difference with phone work is the caller has the undisputed power to hang up on you at

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 233 of 418

any given moment and, unfortunately, does this all too frequently.

The information contained in this guide will help you to discover

WHY THIS IS HAPPENING AND WHAT YOU CAN DO TO PREVENT IT!

For some of you this will be a matter of a few minor changes or additions. For others it could possibly mean an entire revamping of your presentation. Experiment with several things. Eventually you will discover what works best for you. Whatever help you need, you will find it here. The information is simple and easy to understand, but there is one secret...

YOU HAVE TO PUT IT INTO PRACTICE!

We promise you the results will be dramatic. The mastering of a successful presentation will bring you new found confidence in yourself as a professional. Don't expect too much from yourself the first week. A lot of this is trial and error as you find which way works best for you. In as quickly as one or two weeks, you can easily and greatly improve your calls, build up your average and increase your customer's satisfaction.

After you have studied the guide and determined what you want to do or what changes you need to make, practice talking to make believe callers. Using a tape recorder and playing it back is by far the best way to actually hear how you sound and to critique your presentation. You can then hear if you talk too loud or too fast, etc.

Next, try this new presentation out on a member of your family or a friend. Do this as many times as you need to until you've worked out a presentation that is comfortable for you! If you don't get it right the first time, try another approach. Try as many approaches as necessary. Read and re-read this guide and don't be afraid to try something new. We promise you that by changing as few as two or three things, the results can amaze you.

Remember, the past is history, the future is mystery, and this moment is a gift. That is why it is called, the present. And there is no time like the present.

So don't wait. DO IT NOW!

TOP



TELEPHONE PRESENTATION GUIDE (TPG) TAKING YOUR 1ST CALL - TIPS

First Call Procedures
How To Log On and Off The System
How To Answer A Call
How Long A Call Can Be
How To "Connect" Quickly With The Caller
A Sample Reading

\*\*\*\*\*\*\*\*\*\*\*\*\*\*    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*,   \*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FIRST CALL PROCEDURES

All new readers should stay logged on their first night on the phones until
they have reached a 15 minute call length average and/or have taken 5
calls. If after 5 calls their average is less than 15 minutes I should be
contacted so I can discuss where the difficulty lies and how to overcome
it. Almost everyone can get to a 15 minute average within the first day or
so. Sometimes it requires finding the approach that works for you and that
means trying different methods. So be sure to call if you know your average
is under 15 minutes per call. (See (05) TCB - Introduction and
Income Boosting Tips to learn how to calculate call length averages)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### HOW TO LOG ON AND OFF THE SYSTEM

To log onto the system, dial 1-800-848-4587

Enter your Extension number when prompted and then your password.

The first time you log on each day you will listen to recorded announcements providing information on new
offerings or policy reminders or the like. This is to help you stay current with what you need to know when
working on the phone lines.

You are now presented with the option to log on.

After logging on hang up and wait for the calls to start!

When you are ready to log off, you reverse the process - call the 800
number above, enter your extension and password, then opt to log off.

Remember not to log off on your first night until you have achieved a
minimum 15 minute average or have taken 5 calls.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### HOW TO ANSWER A CALL
### ALL CALLS SHOULD BEGIN IN THIS SEQUENCE AND MANNER:

When the phone rings - answer NO LATER THAN the 2nd RING

Here's the guidelines for what you say:

Thank you for calling the Psychic Network. This is (your name) at extension
(your extension number).

May I have your name, please?

May I have your date of birth____      (use caller's name)?

And your address and zip code?

~~~~~~~~~~    ~~~~~~~~~~~~~~~~~~    ~~~~~~~~~~~~~~~

Always ask them to spell anything that can be questionable. Incorrect
information causes untold problems for everyone, including you. A
seemingly simple name like Vicky can be spelled five different ways.

http://psychicenterprises.8m.com/realm.htm

8/10/0111:21:36 AM

EXHIBI  2.9  PAGE 6

Complete addresses (which you should ask for at either the beginning or the end of the call) are critical for you to be able to get your bonuses. If they tell you that their address is 123 Main Street, you need to ask them if there is an apartment number. If they tell you that they live at 745 Oak, you need to ask if that is Oak Street, Avenue, Drive, etc. Don't be afraid to ask them to repeat anything you are not sure you heard correctly. We suggest at the beginning you stop and say something like this:

Vicky, by the way, do you have a pen or pencil handy because I just want to make sure you take down my extension number and a call back number here at the network in case we get cut off. It happens sometimes and I just want to make sure that you have it. It's 1-900-288-0899 and my ext # is _____. In fact Vicky, you can use this number the next time you want to contact me, so be sure to keep the phone number AND my extension number. Then continue with your reading.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WHAT'S THE LONGEST TIME YOU CAN SPEND ON A CALL

After you've logged on your phone will ring. When you pick it up to take a call you will usually hear a voice saying "60 minutes". This is not a reference to the TV show. This is the maximum length you are permitted to talk with this caller. Should you stay on the call that long, a few minutes before the end of the call you will hear some beeps. This is a warning that you will be disconnected from the call shortly.

Sometimes calls are not longer than 10 minutes, or 30 minutes or whatever. You will know by the recording at the beginning of the call or the warning beep near the end of the call. On the other hand, the network also has calls which can go to 80 or 100 minutes and sometimes there are calls with no timing information at all.

BE SURE your caller has the 900 call-back number and your extension number once you hear the warning beeps. Very often these callers decide to call back immediately and they DO get you! This not only boosts your priority status, but makes your daily call length average soar. You could say something like:

"I hear a beep warning me we are about to be disconnected. If you want to continue speaking with me call me at the 1-900-288-0899 number I gave you before and ask for EXT XXXX." Then wrap up the call quickly before the disconnect. Most callers who stay on to the end of their time are annoyed by the cut off and will distract you from closing the call in the way you should. Keep your focus! Make sure they have your numbers written down. Tell them you'll explain why this happens when they call back, but to be sure they have the numbers correct before the cut-off.

To understand why this does happen, read the Introduction and Income Boosting Tips found in: Taking Care of Business.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HOW TO CONNECT QUICKLY WITH THE CALLER

Your rapport with the caller beings the second they hear your voice, NOT when you begin your reading.

The time to start establishing rapport with your caller is at the beginning

of the ca.. .hile your taking their initial informat.. .. Whenever possible, make a positive, complimentary remark about their name, birth date, or even the state or city they are from. For example:

Lakeesha, what an unusual and pretty name. People must compliment you on it all the time.

(Or - New Orleans) What an exciting city. I've always wanted to visit to see the Mardi Gras.

(Or - Aquarius) What a wonderful sign to be born under. Many of our astronauts were born under your sign.

By saying things like this, you have immediately given them a message that says, I like you. I like your name, I like where you are from, and even the sign that you were born under. This is far more important than you have probably realized. The majority of your callers will be speaking to a psychic for the first time in their life and will be very nervous and have no idea what to expect. It is up to you to put them at ease. If you follow these simple examples, you can be off to a flying start.However, bear in mind these comments should be brief, sincere, and not require an answer.Now that you have gotten the initial information, you should smoothly, without a pause, continue with what we call your opening statement.

The opening statement is simply the first 5 minutes of the call after you have taken the caller's personal information (first name, birth date, full address, city, state and zip). This is by far the most critical time of the call. Your caller will make that all important decision to take her/his free minutes offer and hang up or continue to talk with you. (S)he will base this decision on what (s)he hears from you during these critical five minutes. Here is where you must be the most dynamic, exciting, fascinating, positive, etc. This is no time to be lukewarm in your presentation. We suggest that you get these first five minutes down to a science if you want your caller to stay on the line long enough for you to be able to tell them anything.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## A SAMPLE READING

The following is an example of what an exciting positive, opening statement and ensuing reading might be like. These are suggestions or situations and proposed solutions that nearly all of you will benefit from in one way or another. This is not a script and is not intended for use in that manner in any way. I merely offer it as a sample of the way to structure a reading. You must tailor it to suit your own style, personality and presentation techniques. After developing your own personalized presentation you should practice and polish it so if feels comfortable and familiar to you. Finding your own wording makes what you say sound more natural and will provide a better service to the caller and a higher call length average for you. Above all, avoid repeating the same thing over and over to different callers, as they will sense the lack of spontaneity in your voice.

MAKE SURE THAT YOUR VOICE HAS A CHEERFUL, POSITIVE LIFT TO IT

Your voice should and as though you've waited all day just to talk to them

Sample:

NANCY THORNE IS THE CALLER!

Thank you for calling the network, this is (your name) at ext# ___,
May I have your first and last name, and date of birth? I have to verify
that you are 18.

(By this time you will have written down the time the call came
in. Be sure to do it now, as you may not have time to do it between calls.
Make sure of the spelling.)

Is that Nancy with an e-y or just N-a-n-c-y?

(Write this down as she is confirming the spelling, quickly, but legibly.
You will need to turn these in to the company.)

And could you spell your last name for me please Nancy? And could I get
your address and zip code? Now before we get started let me give you a
call back number in case we get cut off. OK? the number is 1-900-288-0899.
Did you get that? Now Nancy, if we do get cut off, simply call that number,
and ask for my ext number. You do have my extension number, don't you?
Then that will get you right back to me. In fact, Nancy, any time you call
in the future, if you will use that number, and if you ask for my
extension, they will send your call to me if I am on.

(At this point they may ask you when you are on, give them the info as best
you know it)

Now, Nancy, have you ever called the Psychic Network before?

(If they say yes, you may want make note of that for yourself, as they were
more than likely impressed with their last reader, and were unable, for
whatever reason, to get back to her/him. The point is this is a person who
will definitely call the network back if you make sure you get them to
write down and keep the 1-900-288-0899 number and most importantly for you,
your ext. number. On some occasions, a client will call back because they
have spoken with a Psychic, either ours or someone else's, whose
predictions did not come to pass. In this situation it is best to say:

Nancy, as I'm sure you know, life is not a script that we can easily
follow. If it were, we would never really have to do anything, and you
would have no need of me. A psychic can only tell you of situations, and
perhaps problems, that are in your life, and that for whatever reason, you
are unable to see, or deal with. I can tell you what I see in store for you
and tell you what the runes, cards, etc., show me to be the steps you need
to take, or avoid, for the probable future I see for you, to come to pass.
I can't, however, make you take those steps, which I may see as needed, so
therefore, if you take the wrong paths, and make the wrong choices, when
something tells you, that you shouldn't, then you, yourself change that
future I may see for you. This is a good thing. If there were something
seen in your future, that you wished to avoid, some stressful times ahead,
then you also know that you have the ability and the knowledge, to avoid
that probable future. That's why I call it your probable future, because we
all have free will, and we alter our own future. I can tell you what I see
in the future for you at this point and answer as many questions as you may have after the actual reading.

(Of course if the client is pleased with her last reading you simply carry
on with your reading.)

Nancy, so you know, what I do is a little of, astrology, runes, tarot cards or numerology. (Or whatever medium you choose to use.)

LOOK AT THE DATE OF BIRTH TO DETERMINE THEIR ZODIAC SIGN.

Nancy, you are a (FOR EXAMPLE WE'LL USE TAURUS), I think most psychics like Taurus.

(We should like every sign in the Zodiac, they all have their good aspects, after all. Then tell them the favorable aspects of their sign.)

Nancy, like I said I do use (tarot cards, OR WHATEVER YOU ARE USING), I use them to give my guide or guardian angel, a means of communicating with me. Nancy, do you believe in Guardian Angels?

(In most cases they are going to say yes.)

Well, I believe we have a Guardian Angel, or as I call mine - a guide - from the beginning, and as we grow, our angel grows with us, so what I'd like you to do now is, ask your angel to guide me as I give you your reading today. Will you do that for me, Nancy?

(She will, of course say yes.)

Your angel has something for me to tell you, that is why she guided you to call me today. Now as I shuffle the cards, runes etc., I want you to concentrate on your life as you are living it now. Everything that makes up your life at the present. When you have that and only that in your mind, tell me to stop shuffling, or pull, depends on what method you are using, and I will take the card, or rune I am touching at that time. Very good, Nancy, you selected the Three of Cups which signifies that there is some matter just concluding and with its conclusion you feel a healing and sense of victory.

(Bear in mind, I am simply giving you a guide here, so at this point you go on with your chosen form of divination, simply giving the interpretations to her, as you read them, and as you believe them to mean, as pertaining to her situation.)

OK, Nancy, I want you to think about your past. What things that affected you from the past. And once again, when you are clear on just that, tell me to stop shuffling (pull, etc.)

(Let them think, don't rush them. I've had people silent as long as three minutes, while they get ready. Remember to shuffle your cards, or sift through your runes, in a manner which the client can hear you do this. After all, they don't want to think you are just pulling a program up on your computer. and punching in a name, and birth date, to give them a reading. When she says to stop or pull, carry on with your choice of interpretation, the same as in the first instance. Do this with the rest of your cards, pulls or whatever, depending on what type of spread, you or using, or for numerology, you just have to adapt a manner of explaining to your client what you see in the cards, runes, charts, stars, etc., for her! Even an experienced Psychic, having given readings to the public for years, will know that reading online is somewhat different and I have found that the more I can get my client to talk to me, the clearer picture I get from her, and, from the Runes, as well.)

Make sure you try one more time to get the client's full address at the end

http://psychicenterprises.8m.com/realm.htm      EXHIBIT 2.9  PAGE 10    8/10/01 11:21:36 AM

of the call if you couldn't get it at the beginning. You will receive 25
cents for each verified full name and address you obtain.

Repeat the call back number and your extension again at the end of the call:

You can always reach me at 1-900-288-0899 EXT XXXX.

FYI: IF A CALLER HAS ANY CUSTOMER SERVICE QUESTION, YOU MUST DIRECT THEM TO THE FOLLOWING
NUMBER:

1-402-573-9840

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This is the first part of your Telephone Presentation Guide (TPG).
Remember, if you have any questions you can contact me via email, fax or
phone. Continue your orientation with the second part of your Telephone
Presentation Guide.

TOP



TELEPHONE PRESENTATION GUIDE (TPG) BETTER READINGS - TIPS

Following Guidelines and Rules
Polishing Your Presentation
Boosting Your Call Length Average
Common Sense Procedures
Handling Young Adults
Handling Calls From Minors

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FOLLOWING GUIDELINES AND RULES

As an Independent Contractor you have the responsibility to follow company
guidelines regarding what cannot be discussed during a call as follows:

1. You can NEVER ask a caller for money in any manner whatsoever.

2. You can NEVER give medical advice or your opinion on medical
treatment or any medical procedure.

3. You can NEVER give legal advice or recommend legal tactics

4. There can be NO discussion of death, doom or disaster

5. ALWAYS present news to callers in a positive and uplifting way

6. ALWAYS be pleasant even if challenged

7. NEVER contact any caller privately. All information obtained
on PRN calls is the property of Psychic Enterprises, Buckwood Communications, & PRN and its affiliates.

8. You are NOT permitted to compile or sell any names, addresses
phone numbers etc., to any source at any time.

9. ALWAYS try to set a schedule for your work week in advance.
This will help you meet the company's requirements and prevent
you from being released from your Independent Contract Agreement.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## QUICKIE DOs AND DON'Ts

### DOs

1. Ask lots of questions
2. Always be pleasant even if challenged
3. Teach your callers to praise their positive (good) qualities instead of
feeling guilty about what wrong they've done
4. Be positive and upbeat
5. Listen to each caller with a sympathetic ear
6. Keep some scrap paper handy to jot down notes while the caller is talking
7. Encourage your callers to reach for their dreams.
8. Congratulate each caller on their achievements and successes
9. Make your working environment comfortable
10. Be sure to have plenty of daily call log sheets
11. Set weekly goals and plans

### DON'Ts

1. Avoid talking about negatives - death, doom and disaster
2. Giving medical or legal advice is taboo
3. Talking about how much free time callers receive, have left etc is a
waste of their money
4. Using foul and/or abusive language is a sure way to have your Agreement
terminated
5. Never interrupt a caller who is talking - its their dime - let them vent
it out before offering your pearls of wisdom.
6. Never put a caller on hold.
7. Unless specifically asked, never talk about yourself. If asked - provide
no personally identifiable information.
8. Discussing the company, other psychic companies, your work, etc. is a
majorly big NO-NO.
9. Taking calls from anyone other than the network while you are logged on
is not permissible.
10. Informing callers of winning numbers for games of chance should be
avoided at all costs.
11. Using a prepared script is a short-cut to low talk-time averages
12. Never, but NEVER ask a caller for money.

\*\*\*\*\*\*\*\*\*\*\* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*

POLISHING YOUR PRESENTATION

ASK QUESTIONS, ASK QUESTIONS, ASK QUESTIONS!

Nearly every one begins working the phones with the impression that asking
the caller anything beyond their name, address, etc., will lead them to
think you are not really psychic.

This isn't even realistic, neither on your part or on the part of the
caller. No one can possibly know EVERYTHING about a caller. The day
someone discovers they have that superior type of ability, is the day they
will have the biggest show on television and be advising the President.
They would also solve every crime and be barred from buying any lottery
tickets because they would know all the winning numbers.

So it's extremely important that you ask questions at appropriate times,
such as:

If your boss doesn't come through this your raise, even though the cards
tell us that he will, what are your plans? (Or) How long have you
suspected this about your boyfriend? (Or) at which point in your
relationship did you first notice that things had begun to change? (Or) You
must have been devastated when that happened. How are you handling the
situation now? Are you able to get counseling? How are the kids taking
things? Are you going to have to go to work if he doesn't come back?

There are hundreds of this same kind of question that you should be asking
every caller, but you don't because you think (s)he thinks you should
already know these things. Once you think of it in this way it seems silly
not to ask. From time to time you will have someone who wants to know why
you're asking questions and this explanation helps them to understand. You
could tell them,

Life is not a script. Some people are under the impression that it is, and
when they call, they expect you to read them their script. If this were the
case, none of us would have any need for the decision-making part of our
brain or for the ability to make choices. Every day we get up, we have many
choices to make, and any number of different roads we could chose to
travel. If you tell me which road you've chosen to travel, I can tell you
what is at the end of it. But, the choice of the road is always yours. If
you don't like what is at the end of that road, you can change it and
choose another. That's the advantage of talking to a psychic, being able to know ahead what's coming up and
having the choice of continuing on or changing courses. So, when I ask you questions it helps you to get a better
picture of where you've been, where you're going, and if you really want to stay on this path after I've
pointed out the pitfalls of how it will wind up. Remember, very few things
are written in stone. You have the power to change your life any time you
choose.

So loose your fear of asking questions and ask away!!
REMEMBER, THE BEST READINGS USUALLY OCCUR WHEN YOU ASK LOTS OF QUESTIONS

~~~~~~~~~       ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

It is advisable not to log on to the network if you are not in a good mood.
Your feelings show through, just as your caller's feelings will. A good
attitude produces good calls.

~~~~~~~~      ~~~~~~~~~~~~~~~~~~~       ~~~~~~~~

As you build up to longer readings (30-60 minutes), you will discover that many times the caller really just wants someone to talk to more than they want a reading. When this happens, your callers will want to tell you all about their lives and YOU SHOULD LET them. As long as they are talking, resist with all your might the temptation to open your mouth. Never interrupt a caller when (s)he is talking. It's their nickel and if they want the floor, you need to be quiet and give it to them. This is the time to simply be a LISTENER. This applies at any time during a reading when the caller takes the conversation. You should immediately stop talking until you are absolutely certain the caller is finished with what (s)he had to say. ALWAYS ENCOURAGE YOUR CALLER TO TALK. You also need to remember that 20% of most calls involve your reading, but 80% involves you being their friend. Be concerned! Care about that person!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

There is no sound in the world as beautiful, to anyone, as the sound of their own name. Use it as often as possible without overdoing it. This is music to their ears.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Don't talk about yourself except in the briefest and most offhand way. They aren't spending their money to hear about you. This is a very fast way to lose your caller.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Never argue with the caller. Their opinions or beliefs may be different from yours but don't react in a negative manner. This is the time to be the diplomat. Anytime you shoot down someone's point of view or personal opinion, you will lose. They will decide very quickly to end the conversation. After all, don't we all feel that the smartest people we know are the ones who agree with us?!!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Don't be in a big rush to prove to the caller how much you know. Compliment them on how smart and intelligent they are. Many callers are suffering from low self-esteem, so help them - build THEM up, not yourself. You may be the first person in their life to tell them these things. Everyone needs to hear these things; it makes them feel worthwhile and wonderful, and they will think you are pretty smart for seeing their true inner nature.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Tread lightly on topics of religion. Instead, speak of spirituality. Most people believe in spirituality; not everyone is religious, and not every religion is the same. Giving out your own personal religious beliefs always runs the risk of offending someone who doesn't share those beliefs.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Keep your readings as positive as possible. No one wants to hear about doom and gloom. They may get scared, hang up on you and go and do something stupid. Even if this is what you see, be very careful about giving out this kind of information. You could be wrong and this type of reading could possibly send someone who's in the state of depression into an ever deeper state. Keep a sense of how your reading might affect someone in the front of you mind. Turn the negative into a positive. For example;

I see a time of major transition in your life. This will be most challenging for you and presents many opportunities for you to learn and grow in different areas. There are many rewards which wait for you at the end of this transition and the more you energetically work through it, the greater those rewards will be.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

When a caller expresses unhappiness or dissatisfaction with their job or career, ask what is that they always wanted to do, or be. Ask why they have never done it. Suggest ways for them to accomplish their goals, such as going back to college or getting their G. E. D., if this is what you are seeing. Encourage them to fulfill their dreams and then give them a reading as to the outcome of their efforts. People need someone to believe in them. Be that someone and say to them: You can do it.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Make a friend.
Because the caller can't see your facial expressions over the phone you need to put a smile in your voice. Just as you can pick out the caller's emotions from their voice the caller might easily be able to do the same, so be sure to let your voice convey right from the start that you care about them.

Relax. Speak to them as if they were already a long-time friend.

Get them to open up more by asking questions. Engage them in general conversation. If they resist, explain to them that in order for you to "receive" information about them they have to allow you to "sense" or "feel" their thoughts, so they need to talk generally with you.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Their intuitions and abilities. Try to pick up on their psychic abilities. Are they intuitive? Do they talk in terms of their dreams or visions which have come true? Ask them for examples of their experiences. Callers love to talk with someone knowledgeable in these areas. Help them to understand how to better use this talents in their daily lives with their friends, relatives or co-workers.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

They want to know you really care. This is soooooooo very important. These are real people often with serious, real problems and many times when they call they are suffering emotional pain. Most will open up right away if they can feel you really care about their needs, troubles, desires, love life, finances, career and goals, etc. Ask them how they "feel" about the events they are telling you about, and also ask them what they said or did at the time. You can also ask if they now think they did the right or best thing. Listen carefully to their answers. These are insights into their personality and can offer you information to help you resolve their problems.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Be positive about every situation. Even if you "see" negative information you must never phrase your sentences in that way. Remember, no matter how

difficult the challenge or obstacle in front of us, it always presents along with it a great opportunity to learn and to grow within ourselves. For example, if they say they've lost their job, then respond with something like "I know how tough this must be for you, but you must focus on the fact that this is a great time for you better position yourself in terms of your career." Maybe there is an indication that they were in the wrong job, or whatever. You can provide your best service on these calls as the callers need your insight, support and encouragement.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Remain focused. You can't help anyone if you're jumping all around from topic to topic. You can allow the caller to interrupt with their thoughts and comments and respond accordingly, but keep your own focus so the caller doesn't become confused or end up doubting or not understanding what you've said. You must always keep in mind that you want the caller getting off the phone feeling better and/or having a better sense of the direction needed in his/her life.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Skeptics. Don't argue with these callers. You don't want confrontation. Instead try agreeing with them in an area you can find reasonable. Telling them something they already know is usually a great way to get them involved, which then leads to things they don't know, and enables you to make a better connection.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Looking for another Psychic on the phone. When a caller calls back to get a particular Psychic's extension their call may be routed to you if they are on another call or not on the phone. Simply tell them the call was transferred to you because they're not online, that there must be something they wanted to ask about so "let's take a look . . ." Then give them a great reading so it's you they ask for next time they call.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BOOSTING YOUR CALL LENGTH AVERAGE

Our most successful Psychic Advisors give their extension number at the beginning of each call and then reinforce it at the end of a call which is longer than 15 minutes. Remember, if a caller is willing to talk to you for 15 or 20 minutes, they are usually willing to talk to you for 30, 60 minutes or longer!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

There will be some short calls. To help maintain a good call length average, we suggest you log off the network after the second short call you receive when you sense the callers are not average. Wait approximately 15 minutes and log on again. This technique will almost always bring in business from a different locale where people are responding to different advertising.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

IT CANNOT BE STRESSED STRONGLY ENOUGH THAT YOU SHOULD GIVE THE 900 CALL BACK NUMBER WITH YOUR EXTENSION TO EVERY CALLER. This brings the call directly to you and not through the priority system.

http://psychicenterprises.8m.com/realm.htm        EXHIBIT 2.9 PAGE 16        8/10/01 11:21:36 AM

Calls to the 900 number make up a large percentage of the daily calls to the network. The computer credits your extension number with each call requesting you, even if you're busy and can't take the call, you still receive the credit and this statistic is used to boost your priority to a higher level.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## SPECIAL TAROT TIPS

Lay out other readings. During the conversation a caller may mention a spouse, significant other, relative, friend, co-worker or the like. Because you can "connect" with the caller's feelings about these other individuals, you can do additional readings involving them as well. If you're using Tarot, keep the caller's reading laid out and then lay out another reading so you can correlate the two reading together to get a better feel for details.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## MORE TAROT TIPS

Timing of events. Again, if you're using Tarot, a wonderful way to get a good handle on the timing of things and events is to lay out an additional spread for the same person. The 12 month Astrological spread (also known as a time line reading) is excellent for this. In addition to their original spread lay out 13 cards, 1 for each month and a summary card for the full 12 months. The first card laid out is the current month and it proceeds for the next 12 months. Very easy to do, and it will amaze you how much more information will show during the time of the event in addition to what is in the original spread. You can lay this out at the same time as your original spread by saying something like " . . . and I'm going to lay out a time line reading for you too so we can get a better handle on the timing of things", but it can also be laid out any time during the reading. The time line reading can also be used for the additional spreads of other persons while the caller's spread is still laid out.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* . . . . . . . . \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMMON SENSE PROCEDURES

The caller has no idea that you are sitting at home in your bathrobe or sweats. For all they know, you could be in an executive office setting or in a tent. Believe it or not, they don't want to know, so never offer this information. They will almost never ask. It's as though they don't want to know, as if knowing would spoil the magic.

~~~~~~~~~~~~        ~~~~~~~~~~~~~~~~~~~~~~

This is also a very strong reason for never letting them hear any background noises during the reading. Conduct your readings in a professional manner. Your caller should not be hearing your children, dogs, doorbell, or any other distracting sounds in the background. THEY WILL CALL THE NETWORK AND COMPLAIN ABOUT YOU.

If you are only able to log on when your family members are at home and awake, make sure that you are in a separate room with the door closed before you log on (day or evening). Place a note on your door asking that no one ring the bell or knock until after a specified time. Your callers

will not be able to take you serious., if they can hear background noise and are envisioning you in your kitchen amidst your kids and dogs with the doorbell ringing. Any of this will seriously detract from your credibility and they will quickly decide to hang up. Think about this. What would you expect if you were spending money for a reading? So, be a professional and work when and where it is quiet.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HANDLING YOUNG ADULTS

When you speak to young adults, always remember to encourage them to stay in school and get their diploma/degree. Be sure to emphasize the wider opportunities they will have for their future if they complete their education. Encourage them to go back if they have dropped out. Give them a reading for the path they are on now and one for the path they could be on if they finished their education and got that diploma or degree. Many times young people who won't listen to their teachers or parents will listen to you. You have a lot of responsibility when you advise these young adults. Please take it seriously.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HANDLING CALLS FROM MINORS

Underage callers: Remember, they must be at least 18 years old (refer to their date of birth). We aren't the police, however, and if they give you a valid date, go on with the reading. If you determine they are under 18, ask if there is anyone there who is over 18. If they say there is, then have them put that person on the phone, in which case you take a completely new set of information and proceed as usual, speaking to anyone who cares to talk with you. However, if the caller is under 18 and there is no one there who is over 18 you must explain you are not legally permitted to speak with anyone under 18 and hang up as quickly as possible.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This completes your Telephone Presentation Guide (TPG). Remember, if you have any questions you can contact me via email, fax or phone. Continue your orientation with the first part of your Taking Care of Business Guide "TCB - Introduction and Income Boosting Tips".

TOP



TAKING CARE OF BUSINESS (TCB) INTRODUCTION AND INCOME BOOSTING - TIPS

Included on this page;

Introduction
Business Guidelines and Rules
Phone Features and PRN
Call Length Averages
Probation Period
When And Why Monitoring Is Necessary
Getting Paid
Logging On and Off When Taking Calls
Why Calls Are Cut Off After A Specified Time
About PRN's Expenses
A Must Do List
Why A Verification Form is Necessary
Suggestions To Make Your Job Easier and More Enjoyable

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INTRODUCTION

There are two distinct parts to this type of work. The first is servicing a caller, and the second is the business end. The business end is often less fun than speaking with and helping others, but the reality is that you make money from this effort, and unless you are independently wealthy, the more money you can make the better. So this information is designed to help you understand what you need to do - and how to do it - as far as the business end is concerned - in order for you to make the most money possible. We'll start with the two most important areas you need to understand - phone features and how the length of your calls affect what money you make. As always, I am available via email, fax, or phone should you have questions in this or other areas.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BUSINESS GUIDELINES AND RULES

### YOU MUST:

Report your call information by fax, mail or e-mail daily or at least once a week.

You must answer the phone in the manner outlined in your Telephone Presentation Guide or as later revised.

Achieve a minimum of a 15 minute call length average within your first week on the phone.

### YOU SHOULD:

Obtain an accurate name and address from each caller.

Log on to the network frequently, especially during the peak hours of midnight to noon (Eastern Time)

Please note: You may, and will, set your own schedule as to your daily

routine as long as by the end of the pay period you have met the company's requirements.

_____

By signing the Independent Contractor's Agreement you are agreeing to the company terms of maintaining a call length average of 15 minutes or above

_____

You will be evaluated on your performance your first week.

_____

By dialing an 800 number and entering your access codes you control when the calls come into your residential phone.

_____

No one will ever know who you are - or where you are - at any time

_____

If at any time you feel that this job is not for you, contact me immediately. You will be released with no questions asked.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PHONE FEATURES AND PRN

You cannot have voice mail, call waiting or custom ring features on the phone you use for this work. Please be sure to contact your phone company and remove these features if you have them prior to starting work. Usually this takes about 24 hours. The reason these features cannot be used is because the computer which routes the calls to you cannot distinguish between an available line where you are free to talk, or one where you are only free to take a message or second call. So it will route the call to you in either event and if you are on a call already the second caller will not be answered or will hear your voice mail message. The caller will hang up confused and the business will be lost. Since this gives PRN a bad reputation and loses money for everyone, your Agreement will be terminated the same night it is determined you have these features on your phone.

\. \. \. \. \. \. \. \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \. \. \. \. \. \. \* \* \* \* \*

## TALK-TIME (Call length) AVERAGES:

I DO NOT NOW, NOR WILL I EVER push you to work, that is your choice, and whatever hours you put in are your decision. I do give you your stats each week so you can see where your averages are and how many minutes in total you have worked for the week. These numbers are very important for 2 reasons: the first is that you get paid for each minute you have talked with a caller on the phone and the second is that how fast you receive calls once you log on depends on your priority status - which in turn is determined by the average length of your calls and how many people call the 900 number and ask for your extension.

When reading the Telephone Presentation Guide of this orientation you learned you need to write down the times each call begins and ends. You

enter this information on your Call Log Sheet.
Calculating your call length average might be confusing at first.
Total the number of minutes you have actually talked to all callers and
divide it by the number of calls you have taken since starting. (Example:
324 total minutes divided by 16 calls = 20.25 average call length). You
must include all calls, hang-ups, minors or whatever.

You have been assigned a start-up priority number which determines how
quickly the calls come to your extension. Your priority number changes
regularly based on previous performance (your personal call length average)
AND the quantity of calls received by the network where the caller
specifically requests your extension. You may not be able to force people
to call you back in order to raise your priority level, but you can control
your call length averages and here's how:

After completing your calculations for determining your current call length
average, if you find you haven't reached your daily earning goal or reached
a call length average of 15 minutes, we suggest you not log off (or log
back on if you already have) and take a few more calls to reach this
minimum goal. It is very important to talk with your callers for at least
15 minutes on the average. Remember your call length average determines
your priority and your priority determines how quickly calls come to you.
The lower the call averages the longer the wait when the phone volume is
slow.

To give you the best chance of success with the least amount of stress and
effort I ask that for the first five days you not sign on the line until
after midnight eastern time, so that you will catch enough calls, and
longer calls, in order to build up your average. Your average is what the
computer sees, and determines how often it will shoot additional calls to
you. If, say, you have a 20 minute average, your phone will ring every
time you hang it up. The higher your average, the more calls the computer
will shoot to your extension number. When you first sign on your average
is, for all intents and purposes, a 0, and you will be catching the
overflow calls from the readers who have averages of any sort, no matter
how low they are. As you already know, after midnight (east coast time) is
the busiest time for us, so you will get calls, and you will be better able
to build up your average.

It is generally not a good idea to sign on during the day with less than a
20 minute average, as there will be so many signed on with 28 minute and
above averages you will naturally receive less calls at that time. For this
reason I ask my new readers to sign on after midnight for the first five
days.

When working other hours, even after you have built up your average, if you
find that average dropping due to short calls you can always sign on after
midnight (east coast time) for a night or two, to boost it up again to
where you want it to be.

The main PRN computer will automatically cut off your number if you fall
under a four min average a day after the first five days. I can't stop that
from happening. I can usually get you logged back on once, maybe twice, but
after that you have to re-up under another phone number if you have been
cut due to low talk-time averages. That part of it is out of my hands as it
is a PRN policy for everyone.

At any time after the first five days, anyone who cannot achieve a 15
minute call length average will not have calls forwarded to their

residential telephone. This applies to the PRN psychic line. What this means is if your talktime average drops too low PRN may cut your number, but if you are trying and want to continue, we can get your number changed and start again - no problem.

Please don't let the talk time average, and being cut off if you can't maintain a 15 min average intimidate you, as it is so very easy to maintain an even higher average than that. We do give you time to get adjusted, as for many, this will be your first time reading over the phone as opposed to having the person sitting with you.

So as you see your personal talktime average is for you, and really no one else. It is calculated and tracked by AT&T, as are your minutes to be paid, but you should keep track of it yourself, so you know day by day - or even call by call - where you are.

I recommend keeping a calculator by you as you work, and calculating your average with each call, and you should always try to sign off with an 18 min average or higher. That way, when you sign back on, you are not forced to play catch-up and if the first calls are hang-ups, you can sign off the line before your average drops below a 12, then sign back on later at a time when more calls are coming in.

Short calls such as hang-ups or calls from minors hurt your talk-time average. You want to try to extend your time spent with a caller, yet you will always have the caller at one point or another, who will call you up and get your extension number, talk to you for her/his free minutes, hang up, and call you right back, with every intention of continuing in this manner until all of her/his questions are answered. While I realize this type of caller may have a genuine need, and maybe can't afford the 4.99 a minute, this will tear your average way down, so after the second time (s)he calls back and hangs up, you need to immediately log off the system for at least 5 minutes so that (s)he can't be shot back to you. After having a break for a few, log back on and continue.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PROBATION PERIOD

You work for the network as an Independent Contractor and your services are purchased when you maintain the following minimum levels of performance:

There is a probation period your first few days on the network. The first night you are on the phone you should reach a call length average of 15 minutes by the end of your 5th call. If you do not reach this average you MUST log off. You should then contact me so we can discuss the fastest way to bring your call-length average to 15 minutes, or if you feel you can figure out how to re-work your presentation you need to do this before logging back on.

Be aware that if you log off the network with a 4 minute average or below at this time you will be terminated.

Assuming you are still able to log back on, if you still fail to achieve a call length average of at least 15 minutes, but have more than a 4 minute average, you will be paid for up to 10 (ten) calls during this probation period. In other words, your services as an Independent Contractor are only being purchased for a maximum of 10 calls unless your call length average is higher than 10 minutes.

The network is looking for and expects all readers to be able to maintain a
20/21 minute call length average. Ten is half of that. You should be able
to maintain an average of considerably more than 10. There are 80 minute
and 100 minute calls available.

Not everyone can achieve a 15 minutes average right from the start. To be
fair and give you the best opportunity in getting yourself established you
have one week to reach the 15 minute minimum average goal.

And even if you are terminated after your first week, all is still not
lost. If you have worked your call length average up to between 10 and 15
minutes and are demonstrating improvement, a new extension number can be
assigned and you can have a second fresh start.

\* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WHEN AND WHY MONITORING IS NECESSARY

It should be easy to understand that being an independent contractor
doesn't release PRN from liability for any illegal act a reader, broker or
contractor may commit while performing services for PRN. Most of PRN's
policies have been created in order to protect the company from liability
and as a result, we are all protected as well.

Unfortunately, a few spoil it for the many and some people are logging on
to the Network and purposely ignoring the very policies that enable us all
to make our money from this venture. Abuse of this kind necessarily
produces actions to protect our income as well as to shield us from
potential lawsuits, and in this case, more vigilant monitoring is
apparently required.

The new policy is to monitor ALL new readers during their trial period. All
other readers will have to be monitored on a random basis at least once
every two weeks. Violators will be dealt with swftly and thoroughly. Anyone
caught violating PRN policy (and/or committing an unlawful act) on the
phone will be instantly logged off and terminated. And, dependening on the
type of violation, there could be harsher consequenses too.

Some violations are pretty obvious (such as giving legal or medical advice
when you are neither licensed as an attorney nor as a doctor) but there are
other violations as well, such as using PRN customers to build a separate
customer base of your own, which is in itself fraudulent.
PRN/BUCKWOOD/PSYCHIC ENTERPRISES reserves the right to
prosecute for such fraud to the full extent of the law. PRN also reserves the
right to report and document to the FCC or any other appropriate legal authority
any illegal action(s) a reader, broker or contractor commits which falls within
such authority's jurisdiction.

\* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## GETTING PAID

You do get paid for any free minutes the caller uses,and you also get paid
for hang-ups or the time it takes when minors call before you get them off
the phone. So you are not penalized financially in this way and most
importantly - you get paid whether the caller pays his/her bill or not.

You must work at least ONE full talk-time HOUR, EACH WEEK in order to receive
pay for that week.

If you work less than 60 minutes the time is NOT carried over to the
following week, so when you work you want to be sure you have this minimum
amount of time on the phones.

You should take at least one call on the FIRST or SECOND of each month,
and again on either the SIXTEENTH or SEVENTEENTH. If you don't take at
least one call, FIVE cents a minute is deducted from your checks for the
pay periods from the FIRST through the FIFTEENTH, and again from the
SIXTEENTH through the THIRTY-FIRST. Losing 5 cents a minute means you lose
$3.00 an hour, so you want to be sure to check your calender and take a
minimum of one call on these days.

It takes about 2 weeks for you to get your first paycheck. Then you receive
a check for every week after that as long as you have worked a minimum of
60 minutes for the week. The pay cycle is as follows:

The work week ends exactly at midnight on Sunday. The information is then
complied and you are paid on the FOLLOWING Friday. Your check should reach
you no later than the next Tuesday. By this time you are receiving the
stats for the week before, but this is not the week covered in the check.
Here's an example:

midnight, Sunday, Jan 30, 2000 = end of work week

Tuesday, Feb 1, 2000 = latest day check arrives for week of Jan 23, 2000

between Mon Jan 31 and Friday Feb 4, 2000 stats arrive for week of Jan 30, 2000

For the full details on your payment schedule, amounts, bonus options, etc.
et al, read the Contractor and Compensation Agreements.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

LOGGING ON TO RECEIVE CALLS AND LOGGING OFF TO DISCONTINUE RECEIVING CALLS

After you receive your Agreement you will be given an extension number and
your password. This usually happens within 3 business days. You will then
have 48 hours in which to log onto the system (after you receive your
extension and password) If you decide not to log on within that time your
extension may become invalid. Be sure to call me and advise if you are
planning not to take your first calls within 48 hours

It is also to understand as well that if you have received your codes and
choose not to take calls on either the 1st or 2nd, 16th or 17th as
explained above you will lose the 5 cents per minute for the two weeks of
the applicable pay period, whether your have logged on for your first time

*N/A*

or not. I cannot do anything about this at this is a universal and absolute policy applying to all PRN workers around the nation.

When you are ready to work, call 1-800-848-4587. There will be a computer voice prompting you to enter your extension pin number and your password. Once entered you will then be prompted again through the system to verify the number you are calling from (so you can be properly credited for your work) and to choose whether you want to listen to the daily messages or just log on. After you have logged on, hang up the phone and wait for it to ring. You MUST repeat this process to log off the system if you take a break or have completed your work for the day.

Once you are logged on you should NEVER make a call without first logging off.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WHY CALLS ARE CUT OFF AFTER A SPECIFIED TIME

As discussed in the Telephone Presentation Guide - Introduction/Tips on Taking Your 1st Call - calls are cut off after specified times. There is actually a reason for this. It has to do with the payment arrangements or available credit the caller has.

PRN has spent years developing the best methods for producing the most income from the network lines. There is no money to be made from a call you take that is under 20 minutes. Yet, you are still paid.

They also pay you, as described above, for time you spend getting minors off the phone and they pay you when they are not paid for calls, even when those calls last for one hour.

So, to make it short, PRN has developed a formula to determine how long each caller has on the phone. This ensures their continued operations and yours as well.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ABOUT PRN's EXPENSES

While we're on the subject of what PRN pays it must be noted they pay for all the infomercials and commercials on radio and TV. They also pay for all the telephone computer equipment needed to route the calls to you and for maintaining payroll records and other payroll costs.

Often a new Reader will question why there is such a difference between what PRN charges the caller per minute and what is being paid to the Reader. I always answer by explaining PRN's costs of doing business. This is a very expensive business to run and if you don't believe me call your local TV company and ask them what it costs to air a single infomercial for, let's say 3 minutes - then figure in what it costs to make one - then figure out how many cities are running the infomercials and how many times a day and night they are run and get an idea of the total minutes involved here. The figure you come up with should be mind-numbing. Then realize that the only way to pay this staggering sum is out of the money PRN actually receives from its customers. In the business world, business needs must be met and PRN must be able to stay in business if you are to be guaranteed your pay.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



SUGGESTIONS TO MAKE YOUR JOB EASIER AND MORE ENJOYABLE:

Buy an extra long phone cord or a cordless phone so that you are not
limited to where you can take your calls. Sitting in one spot can become very
uncomfortable. THERE ARE ALSO CORDLESS HEADSET PHONES. I PERSONALLY RECOMMEND
ONE, THEY ARE GREAT. I bought one from Radio Shack for $60.00 and it has been
well worth the money. You need to be able to move around if necessary.

Set up a permanent work place. We recommend a desk or a card table and a
comfortable chair. It is best if you have a separate room for your work
space if you live with other people. Wherever it is, be sure it is quiet
and comfortable.

If you're not working at your computer, keep a large supply of the
callsheets handy. It is very inconvenient to run out.

Ask your friends and family NOT to call you when you know you'll be on the
line.

Keep scratch paper next to you to jot down any important information

A headset to free up your hands and a fax machine are highly recommended.

Always keep a positive attitude and you will succeed

The key to your succes is to always be confident in your reading and
friendly with callers

REMEMBER NEVER LOG OFF WITHOUT ACHIEVING AT LEAST, A 15 MINUTE CALL AVERAGE OR ABOVE AT ANY
GIVEN TIME ON ANY GIVEN DAY.

This is important, but some of you may not be able to do this at first.
Don't be overly concerned as you will work up to it.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This is the first part of your Taking Care of Business Guide (TCB).
Remember, if you have any questions you can contact me via email, fax or
phone. Continue this orientation with the " (06) TCB - Contractor and
Compensation Agreement".

TOP



WANT TO GO FOR IT RIGHT NOW?

You're 3 easy steps away!!

1. To begin filling out these Agreements highlight and copy the Contract and paste it into an email to me.

2. Next, make sure you read the Agreements and then type in the answers to any requested information wherever you see the blank spaces.

3. Finally "SEND" the email to me at Sandra@PsychicEnterprises.com
Make sure you have included your full name, address, with the zip code, the phone number you will use to man the line, and your SS# for payroll.
I should have your extension number within 3 days. Take these days to
prepare yourself and in this way you can start as soon as you receive your
codes!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE NOTE: If you prefer, you can print these Agreements out, complete
and sign them and mail them directly to Psychic Enterprises at the address below.

The first check may take two weeks to get to you, but the
rest should arrive every week.
BEFORE ANY ADDITIONAL CHECKS ARE SENT TO YOU
THE COMPLETED W-9 FORM MUST BE RECEIVED AND PROCESSED BY BUCKWOOD. IF YOU WOULD LIKE TO
COMPLETE AND MAIL YOUR W-9 IMMEDIATELY THEN CLICK ON THE FOLLOWING UNDERLINED TEXT TO
DOWNLOAD THE FORM IN PDF FORMAT:

IF YOU EMAIL THE AGREEMENTS YOU MUST ALSO PRINT THEM OUT, SIGN THEM AND THEN MAIL THEM TO
Buckwood Communications SO YOUR SIGNATURE IS ON FILE BEFORE RECEIVING YOUR SECOND PAYCHECK.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INDEPENDENT CONTRACTOR AGREEMENT

This Agreement is made and entered into by and between Buckwood
Communications, with its principal place of business located at 2980 South
Rainbow Blvd., Las Vegas, NV. 89146 (hereinafter referred to as "Company")
and

(print your name here):

whose address is (print your full address):

Social Security or Fed. Tax #:

Date of Birth:

v/M

EXHIBIT 2.9  PAGE 27

System Telephone Number:

Home Phone Number: (If different from System):

Fax Number:

E~Mail Address:

Web Address:

Your Experience and/or Abilities (check all that apply):

Psychic/Clairvoyant: ___ Yes

Tarot: ___ Yes

Astrology: ___ Yes

Numerology: ___ Yes

Dream Interpretation: ___ Yes

The Runes: ___ Yes

I Ching: ___ Yes

Other (please list all that apply):

1. I have read the Telephone Presentation Guide, and the Taking Care of Business Guide and understand all of its contents. I agree to follow the guidelines and PRN company rules outlined in this orientation material.

2. I agree to be paid as detailed in the separate Compensation and Bonus Schedule Agreement. I understand that I am not entitled to any benefit plan other than those outlined in the orientation and Compensation Agreement material, including health insurance, life insurance, disability insurance, pension or profit sharing, worker's compensation, paid vacation or sick pay.

3. I understand that I am being retained to work at a psychic service. It is my personal feeling or understanding that I posses psychic or clairvoyant abilities as I have enumerated above. I further understand I will receive a separate Independent Contractor Experience Form reiterating this experience and/or abilities which I must complete and return in order to work as an Independent Contractor with PRN.

4. I acknowledge that I have no obligation to perform or to be available to perform services during any particular hours, or according to any particular routine or schedule, or to render services for any particular amount of time, all of which is my decision and at my sole discretion. This includes my not being obligated to log on to the network after receiving any "Call Line Alert" emails. I agree to make every effort to log on and work the lines as much as possible during heavy call volume periods.

5. I understand that the Company has no right to, nor can it, control, direct, approve or change the details, manner or means by which I perform my services as long as I comply with company guidelines, policies and

procedures.

6. I understand this is an Agreement where I am at all times an independent contractor and that no relationship of employer and employee, partners or other relationship is created or intended to be created by this Agreement for any purpose.

7. I fully understand that my taxes are my own responsibility. I release Buckwood Communications and all of its ancillary affiliates from the liability and/or obligations of paying and/or withholding any Federal, State, City, Local, FICA, Payroll or other similar taxes which I may owe. I also fully understand that all amounts paid to me will be reported to the IRS at the end of each calendar year for which I shall receive a 1099 form if I have earned in excess of $600.

8. I agree that my telephone bills are my own and I am responsible for paying them and for keeping my phone service active if I want to perform services for the Company.

9. The terms of this Agreement shall remain in effect as long as I am connected through the Company with a major telephone network. I understand this Agreement may be terminated if I do not comply with Company guidelines and PRN policy. I also understand I may terminate this Agreement without cause simply by notifying the Company of my interest in doing so.

10. I hereby authorize Sandra Wheatley to send emails directly to me containing information I may need or may be of benefit to me in performing my services.

11. I understand that I am to deal with Psychic Enterprises, (my broker) at ALL times. In the event that I am absolutely unable to contact Psychic Enterprises, I understand I am to contact Scott at BuckwoodRetains@AOL.com.

IN WITNESS WHEREOF, the parties, Buckwood Communications and

(Your name here) :

have executed this Agreement on this day of , 2000

Signature: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE: PLEASE BE SURE TO ALSO SUBMIT THE COMPENSATION AND BONUS AGREEMENT BELOW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPENSATION AND BONUS AGREEMENT

COMPENSATION INFORMATION

1. I understand that if I provide services from sixty minutes (1 hour) to 600 minutes (10 hours) in any given week the rate of compensation shall be 15¢ per minute ($9.00 per hour).

2. I also understand that for more than 600 minutes (10 hours) of services provided within a given week the rate of compensation shall be 18¢ per

minute ($11.00 per hour).

3. I agree that when I choose to work I will work no less than 60 minutes in any given week.

4. I agree to take a minimum of 1 phone call on either the 1st or the 2nd of each month and understand that my failure to do this will result in a 5¢ per minute ($3 per hour) loss in compensation for all calls taken from the 1st through the 15th of that month.

5. I also agree to take a minimum of 1 phone call on either the 16th or the 17th of each month and understand that my failure to do this will result in a 5¢ per minute ($3 per hour) loss of compensation for all calls taken from the 16th through the last day of that month.

6. I understand there is a probation period my first few days on the network and that I will only be paid for 10 calls if I fail to achieve a minimum call length average of 10 minutes in my first week of work.

7. I understand that the work week ends exactly at midnight on Sunday (East Coast Time). Further, I understand that my total minutes worked are then calculated and that I my pay will be mailed to me each FOLLOWING Friday. I acknowledge my check should reach me no later than the next Wednesday.

## ADDITIONAL BONUS

1. I recognize that from time to time additional bonus offerings are made. These will be announced via the daily group messages on the network phone lines, so I agree to check the group message every day I am working on the phone.

## PRIORITY STATUS

1. I understand providing the 900 number to callers on each call ensures my chances of being reached by these callers again. Even if I am not on the phone waiting for a call when they ask for me again, or if I am busy on the phone and unable to take their return call, my priority status for receiving calls more rapidly is increased just by their requesting my extension. And since the money I make is directly affected by the speed with which I am given calls, I acknowledge that my priority status is of the utmost importance. I therefore agree to provide the 900 number and my extension number to each caller at least twice -- at the beginning and again at the end of each call.

I have read and understand this Compensation and Bonus Schedule, and I understand by signing, I agree to the compensation to be provided

(Your Signature:) _____

Date:

Referred By:

· · · · · · · · * * * * * * * * * * * * * * * * * * * * * * * · · · · · * * * * * * * * * * * * * * * * * * * * * * * * · · · · · ·

This is the second part of your Taking Care of Business Guide. Remember, if you have any questions you can contact me via email, fax or phone. Conclude this orientation with "(07) MSG - Closing Message"

From Sandy".

TOP

Hello once again.

I hope you have had time to read the information provided here, and you realize the money making potential and spiritual rewards which come with this opportunity. Very few jobs are truly easier, or more gratifying than this.

I know for a few of you this may seem to be a little intimidating at first, but truthfully it is so simple. If you are "sensitive", compassionate, like to talk on the phone, if people come to you already for advice and you like to counsel others, you have just found your niche.

Please take time today or tomorrow and give me a call, or email me your phone number, and I will call you, so that we may discuss this in further detail. Don't just toss this aside, as it is your first step towards financial independence and working in an arena which allows you to be the complete person you are. There are people in this industry making well in excess of $500. a week, and those who make that kind of money are the ones who love the work the most. The amount of your weekly check is totally up to you.

If you send your info to me via email or give it to me over the phone, I can request your extension number right away and get a head start, instead of waiting for the contract first. I will still need the contract filled out, signed and mailed to me, but if I have your info, I can go ahead and get your numbers so you can start working.

A warm and heartfelt welcome aboard; and I hope you love this work so much

as I do.

If you are ready to sign up now and would like to get started right away,

open the email titled "(06) TCB - Contractor and Compensation

Agreements" and follow the instructions inside. After that go to my site

and select whichever links you feel will help you learn to do the best

readings.

Once I receive your info and request your extension you will be receiving 6

additional emails which are packed with information to assist you with this

work: Your Independent Contractor Experience Form, Astrology and Numerology

helpers, books and software references and sources that I feel are of great

help to the telephone psychic, national hot line phone numbers, US and

Canadian Province abbreviations as well as Call Log Sheets for your use in

reporting your calls. As I said in my Welcome Letter - there is NO charge

for these items and they will be provided to you in order to help you

achieve the maximum success possible.

I know there is a possibility you might decide not to take advantage of

this opportunity at this moment. Again, as I said in my opening message,

you are under no obligation to do anything after reviewing this orientation

material. If you have decided this is not the opportunity for you then I

still wish you happiness and fulfillment with whatever opportunity you

decide to choose.

Blessed Be,

Sandy

TOP





Searching the Scrolls of Knowledge

Call Log Sheets            Astrology & Numberology            Daylight Savings time
    Call Log Sheets                State Abbreviations                Your First Reader's Extenstion
    Books & Software                Tips & Information                    Contact Sandy
    IC Experience Forms            National Hotlines                        HOME

    Extension Code Form                                                            NEXT

Lady of the Web



TAKING CARE OF BUSINESS (TCB) CALL LOG SHEET - INTRODUCTION

Included on this page:

Introduction
Spelling Bees = $$$$
Counting Time

\* \* \* + + + + + \* + + + \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* + + + + + + \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* +

INTRODUCTION

Here's some important info on the record-keeping end of your readings. You
need to make and keep a record of the calls you take. These records are
called Call Log Sheets and they help you track what your call length
averages are, how much you should expect to be paid and what bonus monies
you should receive. For this reason they are the heart and soul of the
business end of telephone psychic work.

Let me climb up on the mountain top and scream as loudly as I can that the
more accurate the information you provide on your Call Log Sheets, the more
accurate your pay will be!!

Make sure you keep a copy for your records of all submissions.

Submit the form daily when you work.

EMAIL LOGS TO: Buckwoodlogs@AOL.com - - - OR - - -

FAX LOGS TO: 702-395-6213 - - - OR - - -

MAIL LOGS TO: Buckwood Communications
2980 S. Rainbow Blvd.
Las Vegas NV 89146

Be sure to CC a copy of all logsheets to PsychicCalls@PsychicEnterprises.com

To receive credit for your work you must verify that you always enter your
extension number, and the date the calls were taken.

It is highly recommended to keep at least 25 copies of this sheet on hand
if you are not at your computer inputting the information while you work.

Submission instructions are as follows: (a sample form is contained on the next page "(09) TCB - Call Log Sheet -
")

1. To: Buckwoodlogs@AOL.com

2. Subject: Your Extension Number and the Date of the Call Log
Example: 1234 - 11/13/00

3. Next, click on each line after the "" and type in the information.

4. Delete or add calls as needed

5. CC a copy to me at PsychicCalls@PsychicEnterprises.com

6. Finally "SEND" the message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SPELLING BEES - $$$$

Misspelled words means a loss of address bonus money. BE SURE TO VERIFY
SPELLING OF THE NAME, STREET ADDRESS OR CITY if you have ANY DOUBT
WHATSOEVER. Use a search engine to verify city spellings before you submit
your logs. Print out or use the Abbreviations in order to have the
correct State or Canadian Province abbreviation. While you are getting the
information from the caller spell their name and the name of the street out
loud while you are writing or typing it and ask them if you have spelled it
correctly.

Be sure to include road, street, place, blvd. or whatever belongs in the        NM

street address. Many of my readers who average nearly a 100% address capture rate receive very low bonus money due to spelling errors because PRN was unable to verify the address.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COUNTING TIME

There are two types of time you need to track on your logs. The first is how much time were you logged on for the day in question. This is important because if there are problems with the lines we can find out about it more rapidly with this information in hand. The benefit is that you get calls as fast as possible.

So be sure to show the actual log on and off times at the top of your call log sheet, not the times your first call began and your last call ended.

The second type of time is done for each call. This must be in east coast time and you must be careful and as accurate as possible about the start and end times of each call as incorrect information very often leads to mistakes in calculating overall time worked for the week. This then frequently translates to my getting a complaint for a paycheck which was much less than expected and when I review the total minutes it is usually due to Reader error with start and end times. Forewarned is forearmed!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This page contains your Taking Care of Business Guide (TCB) - Call Log Sheet - Intro. The next page contains no other information besides the Call Log Sheet itself, which is followed by three Reference and Resource Material (RRM) pages. Remember, if you have any questions you can contact me via email, fax or phone.

TOP



CALL LOG SHEET QUESTIONS OR PROBLEMS? CALL 915-658-2408 EMAIL LOGS TO:

Buckwoodlogs@AOL.com

- - - OR -

FAX LOGS TO: 702-395-6213

- - - OR

MAIL LOGS TO: Buckwood Communications 2980 S. Rainbow Blvd.

Las Vegas Nv 146

LOG ON: 1-80  4587

CALL BACK #: 1-900-288-0899

CUSTOMER SERVICE #: 1-402-573-9840

EXTENSION#:

DATE:

LOG ON TIME (EAST COAST TIME):                    AM/PM

LOG OFF TIME (EAST COAST TIME):                   AM/PM

TOTAL TIME LOGGED ON TODAY:                       AM/PM

TOTAL MINUTES FOR DAY - - DIVIDED BY CALL COUNT - - = AVG.

TOTAL ADDRESSES FOR DAY - - DIVIDED BY CALL COUNT - - = AVG.

TOTAL MINUTES THIS WEEK - - DIVIDED BY WEEK CALL COUNT - - = - - AVG.

FOR WEEK ENDING ___/ ___/
***********************************************************************

1.

Time (EASTERN) Call began:                        AM/PM

Name:

DATE OF BIRTH:                            /

Street Address:

City/State/Zip:                    /

Email Address:

Time (EASTERN):                        AM/PM

Call ended:                AM/PM

TOTAL MIN THIS CALL: HANG UP  YES _____ NO _____

Comments or PIN numbers:


***********************************************************************

2.

Time (EASTERN) Call began:                        AM/PM

Name:

Remember, if you have any questions you can contact me via email, fax or phone.

TOP



Daylight time begins in the United States this Sunday, which is the first Sunday in April. Clocks will be set ahead one hour at 2:00 a.m. local standard time, which becomes 3:00 a.m. local daylight time.

Not all places in the US observe daylight time. In particular, Arizona, Hawaii, and most of Indiana do not use it.

NOTE:

ARIZONA READERS (except Navaho nation) - YOU ARE NOW ON PACIFIC TIME
(East coast time is now three hours later)

EAST INDIANA READERS - YOU REMAIN ARE NOW ON CENTRAL TIME
(East coast time is now one hour later)

If you are unsure what time zone you are in then click on this link for easy access to your correct time. Click here

TOP



Hi!

This page helps you understand what you need to do in order to sign up other psychic readers or broker/sub-brokers. (If you don't know -- or remember -- the compensation plan for this end of the work please re-read GO FOR BROKER of your Compensation and Bonus Agreement.)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE BASIC RESPONSIBILITIES OF A BROKER

When you bring a new reader (or even another new broker) to PRN you are the one responsible for the following:

1. Providing an initial information package to them

2. Providing Independent Contractor & Compensation/Bonus Schedule Agreements to them

3. Submitting all signed Agreements and Independent Contractor Experience Forms to Psychic Enterprises/Buckwood

4. Obtaining an extension number for each reader and giving that number to the reader (or broker/sub-broker) in a timely manner.

5. Assisting the reader (or broker), and answering any questions the reader has, in relation to the telephone work or business end of being a telephone psychic reader, including the mandatory submission of a completed and signed IRS W-9 form prior to the reader receiving a second paycheck.

6. Overseeing the call log submissions for each reader (or broker/sub-broker)

7. Making sure your readers (or broker/sub-broker) know when the 1st, 2nd, 16th & 17th of the month is approaching so they don't jeopardize a loss of pay.

8. Providing your readers (or broker/sub-broker) with their weekly stats (how many minutes they worked and what their average is for the week according to PRN)

9. Handling any disputes over the stats (usually due to AT&T calculating the minutes differently)

10. Handling any questions your readers (or broker/sub-brokers) may have regarding pay

There are other related responsibilities that come from time to time, such as informing your readers (or broker/sub-brokers) of PRN policy changes or new bonus programs as they become available.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ACQUIRING NEW READERS:

Many broker/sub-brokers are telephone psychics themselves and very often find their callers are interested in this line of work and acquire new readers in this manner. You MUST NOT SOLICIT new readers in this way though.

Some broker/sub-brokers no longer work on the phones, and some never did. These broker/sub-brokers advertise for new readers. Printed ads can be placed in newspapers, publications, classified ads on the internet or the like.

Per Steve (PRN's owner), the following words or phrases must not be used in your print or Internet advertising and postings: No experience necessary, will train, coaching available, telemarketers wanted. All ads should state that you are seeking psychics, psychic readers, clairvoyants etc.

There is the age old network of family and friends, which is another way
some broker/sub-brokers add to their list of readers.

-------

Bear in mind as you make your decisions as to which method(s) you choose to
use, that your acquisition of new readers is not limited to your local
area. PRN places infomercial advertising throughout the United States and
Canada, so pretty much anywhere in the US and Canada there is telephone
service is an area where some reader can work. (With these exceptions --
until further notice, there are no available openings for readers or
broker/managers in the following states and area codes:

Florida: 561 and 407
New Jersey: 201 and 973
Oregon: 503
Pennsylvania: 570
Texas: 512 and 713
Washington: Every area code EXCEPT 509

When PRN advises of openings you will be informed.)

Readers from Canada can now log on to the network with the 800 number, so
there is no extra hurdle to overcome when bringing them on board.

-------

Finally, since the Buckwood/Psychic Enterprises group is considered
one of the best -- if not the best -- telephone psychic group to work under,
you will find many Readers from other groups want to come with us.
Formerly, PRN required a release from the Reader in order to make the
switch. Now the Reader must have a different phone number from the one
originally listed with the other PRN group.

So remember to find out if a new Reader has been with PRN before. Be sure
you explain the new policy to them as some Readers have switched more than
once during previous years and they will simply expect to sign a release.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* · · ·

NECESSARY TOOLS FOR THE WORK

If you are planning on handling your readers strictly via phone, US mail
and/or fax then you will need access to a typewriter or computer with a
printer as your orientation/initial information package and Agreements will
be on paper. Since some people who have faxes don't have a computer -- if
you have fax capabilities -- you can fax your literature and Agreements as
well. Keep in mind that mailing this information costs money for postage,
faxing it takes some extra time and costs money when sending to a different
area code, so you want to keep the number of pages to a respectable minimum.

-------

You will probably need access to photocopier. It is a good idea to have
extra Call Log Sheets, Independent Contractor Agreements, and Compensation
and Bonus Agreements on hand, as well as a spare printed orientation

*N/M*

package or two, even if it only for your reference. Don't go overboard with the extras. In the long run it is an expense you want to avoid and it hardly ever fails that just when you've gotten a supply of 20 orientation packages copied you are notified of a major change in policy that requires redoing the whole package.

---

If you have a computer and prefer to handle things strictly via computer you will enjoy nearly zero cost in communicating with your readers, as all such communication can be done through email. However, many people who are excellent readers are not computer owners, so you may find you are limiting your pool of available talent.

---

If you are on computer you might want to think about having your own website. This can be done for no monthly cost or minimal monthly cost (I pay $29.95 a month for full service and tons of special features). Developing your own site can be fun or traumatic, depending on your approach, and if you need suggestions in this area feel free to discuss this with me.

---

You are free to take the tools I provide you and use them as your own. However, in order for you to receive credit for the people you bring on board you must change the name and contact information wherever it appears so that you are the recipient of all inquiries you generate.

---

You are also free to refer your people to the Psychic Enterprises site for links and other general information. You may want to use your name as XXXXXXXXXXXX, a Psychic Enterprises IC Manager, just so there will be some connection for your potential readers/brokers/managers when they visit my site.

MAKE SURE THEY DO NOT USE MY EMAIL LINKS TO SIGN UP OR I WILL NEVER KNOW YOU WERE THE REASON THEY CAME TO ME.
I am in the process of re-working my site and will be adding questions as to how they found me, but it always is best to avoid the problem. You might say to them: "Go to the Psychic Enterprises site and get the Agreements, but send them to me." If you take this route - ALWAYS — I repeat, ALWAYS, let me know their name when you do so in case your instructions are not followed I can still make sure you get the credit and the money these readers (or broker/managers) generate.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SUBMITTING EXTENSION REQUESTS

Note: We are not accepting readers for the following Area Codes:
Florida: 561 and 407
New Jersey: 201 and 973
Oregon: 503
Pennsylvania: 570
Texas: 512 and 713
Washington: 206 and 360 and every area code EXCEPT 509
In addition, an extension can be provided to new readers in the 601 area code (Mississippi), but they will only

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 269 of 418



- Download MP3s
- Sports Scores & News!
- Meet Somebody New

Hosted by *Angelfire*

| e-mail this page | notify me of updates |

## !!You can get started this week !!

### What are you waiting for??
### Get started **NOW!!**

---

# Hello & Welcome

# To

# C.C. Enterprise

# &

# Blue Lotus Counseling !

**Our lines are EXTREMELY busy right now! We need people who are serious about working to begin**

## BLUE PAGES

**READ ME**
**FIRST:**
**INCLUDES**
**COMPENSATION**
**PAY RATE**

~ ~ ~ ~ ~ ~

**AGREEMENT**

**MUST FAX /**
**MAIL TO**
**RECEIVE**
**EXTENSION#**

~ ~ ~ ~ ~ ~

**BLUE**
**LOTUS**
**COUNSELING**
**HOMEPAGE**



~ ~ ~ ~ ~ ~

**SAMPLE**

# G R E E T I N G S !

## I Would Like To Take This Time And Welcome You To Our Company.

You will need to fill out a Contract and W-9 form and fax / mail to the company. Let me know when you have done this so I can get your extension number for you.

*We are your quality connection for you to make your Counselor services available to the largest and most successful Psychic Line Network in the United States.*

*We have made a tradition of always keeping the best interests of our independent Contractors in mind and in heart. Keeping you informed and providing you with helpful information and prompt response to needs or issues are just a few of the reasons for your and & our success now and into the future.*

*You now have the opportunity to make very substantial compensation for your services from the comfort of your own home or office, and also have the freedom in setting your own hours so you can enjoy a quality lifestyle. Being a Independent Contractor with us is having your own business and being your own boss.*

Make A Schedule For Yourself. How Many Minutes You're Going To Take

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 271 of 418

## READING



**READINGS
TO USE
WHEN YOU
1ST BEGIN**

~ ~ ~ ~ ~ ~ ~

## RECRUITING



**BIG
MONEY!**

~ ~ ~ ~ ~ ~ ~

## LOGSHEET

**MUST BE
SENT IN ON
A DAILY
BASIS**

...... .. ........ ... ........., ... .... ....... ... .. ..... .. ....
Every Day -- And Stick To It!

## Then... Increase It.... Then Some **More!**

**All Successful Counselors On This Network Set A Daily Goal!**
You'll Be Happy You Did When You Receive Your Commission
Check!

This opportunity is only available to U.S. residents including Alaska
and Hawaii, Puerto Rico (if you speak English clearly), and parts of
Canada (anywhere a U.S. 800# can be dialed from so you can log on to
the Network to be able to receive calls).

## To The Left Is A List Of **Links** For Forms, Log Sheets, Information, Suggestions, Etc.

### *Please Review Them Thoroughly.*

*Please be sure to take a few minutes to read through the web pages; chances are you will find the answers to most of your questions within these pages. Please keep these pages on hand for future reference. We act as your support group. Please feel free to call if you have any questions, problems, or comments.*

**I hope that if you feel drawn to this kind of work, you will join us.**

**As Light,**

**Corri Fisk**

**C.C. Enterprise**

EXHIBIT 2.10 PAGE 3

## READING BOOSTER

**HOW TO IMPROVE YOUR READINGS**

## PSYCHIC READER 101

**HOW THE PRN NETWORK IS SETUP**

## GETTING STARTED

(580)250-1846

**EMAIL**

---

**If you have any problems feel free to contact me or the Help line at (954) 924-9364.**

**(The Help line is open Mon - Fri noon - 4pm)**

---

**IMPORTANT NUMBERS TO GIVE TO YOUR CALLERS**

**YOUR 1-900 CALL BACK #**

**1-900-288-0973**

**YOUR 1-800 FREE recorded Horoscope. Call the 800 # every day-remember-- it's absolutely free.**

**1-800-337-8040**

---

## GETTING STARTED

In order to get your extension number you will need to fill out a

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 273 of 418



**MAKE SURE
YOU READ
BEFORE YOU
LOG ON TO
TAKE CALLS**

~ ~ ~ ~ ~ ~ ~

**TAROT
TRAINING**

**SECTION**



~ ~ ~ ~ ~ ~ ~

**ASTROLOGY
TRAINING**

**SECTION**



~ ~ ~ ~ ~ ~ ~

**NUMEROLOGY
TRAINING**

# <u>Contract</u> and <u>W-9 form</u> and fax / mail it to BLC.

## 1.) Print and Fill out the <u>Contract</u>

WHERE IT SAYS SYSTEM PHONE NUMBER PUT DOWN THE NUMBER THAT YOU ARE GOING TO USE TO TAKE CALLS ON FROM THE PSYCHIC NETWORK. IF YOU DO NOT HAVE TWO SEPARATE PHONE LINES / NUMBERS THEN PUT YOUR HOME PHONE NUMBER IN THIS SPOT (AND WHERE IT SAYS HOME PHONE NUMBER ~ PUT DOWN AN EMERGENCY CONTACT WHERE YOU CAN BE REACHED LIKE A CELL PHONE OR FRIEND/RELATIVE). THE CONTRACT WILL NOT BE ACCEPTED IF THE TWO NUMBERS ARE THE SAME. ANOTHER OPTION IS TO ORDER A THING CALLED RING MASTER THRU YOUR LOCAL TELEPHONE COMPANY. IT IS ACTUALLY A SECOND PHONE NUMBER FOR YOUR EXISTING PHONE LINE~ THE PAY IS USUALLY $3 OR $4 A MONTH. CHECK WITH YOUR PHONE COMPANY ABOUT THIS OPTION.

Under Verification of Experience you will notice that tarot, astrology, and basic numerology training is typed in. You will find all of these training materials within this website.

## 2.) Print and Fill out W-9 and Make a copy of your SS# and Drivers License / Identification Card

## 3.) Fax above forms to BLC's Main Headquarters office.

(you do not need to send a cover sheet)

**Fax paperwork to 1-800-385-2293
or mail to:
Blue Lotus Counseling
Evin O'Ryan
PO Box 220964
Hollywood FL 33022-0964**

4.) Email me at <u>Corrilogsheets@aol.com</u> and let me know you have

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 274 of 418

## SECTION



~ ~ ~ ~ ~ ~ ~



**CANDLE**

**RITUALS**
**&**
**SPELLS**



~ ~ ~ ~ ~ ~ ~

## WHITEPAGES.COM



**TOOL TO USE**
**TO HELP**
**VERIFY**
**ADDRESSES**
**OR ZIP**
**CODES**

faxed the paperwork.

# AGREEMENT

# &

# W-9

MUST FAX / MAIL TO RECEIVE EXTENSION #

---

**TELEPHONE:**
The Network requires a dedicated telephone line to receive calls, with no answering or fax machine attached, and with no voice messaging or other custom features like call forwarding, because you could be disturbed while giving a reading to a caller who is paying for your time.

**IMPORTANT:**
On **EVERY** call you need to give the client your extension # and ask them to call you back at the 900# (above) for follow up readings. The Network receives about 30% repeat calls, which helps **YOU** to get more calls too !

**WHISPER MESSAGES FOR CALL TYPES:**
Each time your phone rings you will hear a "whisper message" which will tell you the call type. There is a link to the left for the breakdown of the various prompts.

**LOGGING ON:**

**FREE
CASH**



~ ~ ~ ~ ~ ~ ~

**SURF FOR

CASH**



~ ~ ~ ~ ~ ~ ~

**FREE

STUFF**

**LINKS TO
OVER 100'S
OF FREE
STUFF ON
THE WEB**

**You MUST log ON to the system from your phone line that receives the calls for computer tracking, but you may log OFF from any phone line.**
**The Network has troubles with "busies" and "no answers". If they try to put a call through to you and your line is busy (but is not supposed to be) then it is a "busy". If they try to put a call through and you don't answer the phone it is a "no answer". Only you can avoid a "no answer", but for a "busy" these sometimes do happen when you're trying to log off and to avoid this you can log off on another line if you want.**

**CLIENT INFORMATION CAPTURE:**
**The log sheets have a space for full name, address, and date of birth. The Network wants a minimum of 65% of all calls to include full client information (Name, address, city, st, zip, telephone if poss.). Please obtain full information and print legible. The Network uses the information to send their free Envision magazine, Tarot cards, and coupons for free minutes which also helps to generate more calls to your extension.**

**IF YOU HAVE TROUBLE WITH YOUR EXTENSION:**
**As computers go - the Network's have as many problems as anyone else's. If you have trouble with your extension like: NO calls after being logged on for 4-5 hours a couple days in a row, you get an "invalid" message while trying to log on, etc. - we NEED the following info to be able to submit the problem: send to us at the the exact times you were logged on those couple days (example - 3:00pm-11:50pm and in Eastern time), the dates of those times, and exactly what the problem is (briefly please). This is the only way we can submit the problem so they know where to look to troubleshoot.**

**We have been a provider of quality Psychic Counselors
to the Psychic Networks for 7+ years.**

# Join us today !

**To apply for an extension fill out the form here, and we will contact you within a**

few days: **Application**

**MEET**

**CORRI**

Learn
more
about your
manager
and
pictures of
my family

## FREE Tarot Readings Weekly Via Email!

**Just enter your name & Email address here!**

**Name:** _____  **Email:** _____  Submit

You Can!! You Can!! You Can!!  You Can!! You Can!! You Can!!  You Can!! Y



- Download MP3s
- Sports Scores & News!
- Meet Somebody New



Hosted by

e-mail this page | notify me of updates

# WELCOME TO BLUE LOTUS COUNSELING

## "A Spirit Run Company"

| Greetings | Vision of BLC | Compensation Schedule | Referral Bonus | Telephone & Fax Numbers |
|-----------|---------------|-----------------------|----------------|-------------------------|
| Customer Service | Getting Started | How to Log on to the System | Some Suggestions | BLC "A Spirit Run Company." |

# G R E E T I N G S !

## ENCLOSED IS THE BLC ORIENTATION.

❧ **Please be sure to take a few minutes to read it through; chances are you will find the answers to most of your questions within these pages.**

❧ **If you haven't done so already, fill out pages 1-4 of the Agreement, and then return them to us. Be sure to include the W-9 Form, as well. Please include a photocopy of your Social Security number and a photo ID. If there is any problem with this, please call.**

❧ **The Blue Pages contain information on our procedures, Base Pay and Bonus information, the handy Getting Started page, the Vision of BLC, phone and fax numbers, and other useful information. Please take the time to read it. You need to download a copy of the Log Sheet (to receive "Name Bonus" money).**

❧ **Please keep these pages on hand for future reference. We act as your support group. Please feel free to call**

**if you have any questions, problems, or comments.**

**Last year alone, we had over 2,000 gifted and caring counselors working with BLC. We hope that if you feel drawn to this kind of work, you will join us.**

**As Light,**
**Rev. Dr. Evin O'Ryan, and all of us at**
**BLC**
**PO Box 220964, Hollywood, FL 33022-0964**
**Phone: (954) 927-7900; Fax: 1-800-385-2293; Fax On Demand: (954) 927-7659**

**Internet e-mail: starbldr@gate.net; katwolf@aol.com**

# THE VISION OF BLC

**In our everyday affairs, we receive "mini-visions." These give us short-term insight into what direction we should take with our lives. Every so often, however, spirit presents us with a full-scale Vision. It provides the blueprint for long term action. BLC is a result of this kind of Vision.**

**In the past, we at Starbuilders/ULC (the parent organization of BLC) were content with the work that we were doing. Our focus was on providing tools of consciousness for awakening beings. This included technologies of consciousness, new models of reality, new symbols, bodywork, books, tapes, and more. For a while, though, we felt that we were on a plateau.**

**In the middle of August 1995 that changed: We received a Vision. In essence, it said, "Begin to make a lot of money. Include other Light workers. Use the resources to build other projects. Continue to grow. This will give many beings the opportunity to operate in a structure that is based upon fifth-dimensional (spiritual) principles. You will be building a foundation of Light."**

**From a third-dimensional (Material Plane) perspective, Blue Lotus Counseling (and all other Starbuilders projects) will look like many other organizations. Everyone involved is providing a service and receiving money. This allows Light workers an opportunity to move a step closer to their Right Livelihood and to be less**

dependent upon the Old World for financial support. We base the organization on the principle of Integrity. Integrity means that we do not compromise our own spiritual truth. We support this quality in each individual. From a fourth-dimensional (Astral Plane) perspective, all of us at BLC are helping others. People usually call the 900 number because they need advice; they are suffering in some way. We are here to serve them. Additionally, by this exercise we hone our psychic abilities. (Some will call out of curiosity. Here, we might help them expand their understanding.)

From a fifth-dimensional ("Heaven") perspective, we are building a Light structure that the Higher Forces can use. Those involved become a Light Web. We are anchored in the concrete reality of action. The Light Forces can use this web to send information, Light, energy, or whatever else they deem fit. In effect, the group becomes a grid at the service of the Force of Evolution. You do not have to believe this to work with us. We, however, do believe it.

In addition to Integrity, the other principles that we aim to embody are (1) following our spirit without hesitation, and (2) living with a sense of Eternity. The Old World does not usually view the principle of following your spirit without hesitation as productive. Although following our spirit is equivalent to Divine direction, your spirit may not have the same goals as an Old World organization. Maybe it has its own agenda. Living with a sense of Eternity means that we are conscious of the spiritual truth that there is nowhere to go and nothing to do except take the next step that spirit directs. This is not acceptable in production conscious organizations. In addition, we will be relating to each other as Divine beings (or however else we choose to define our higher identity) in this venture.

We are at the beginning of an experiment. We will incorporate Divine principles into our daily work. The goal is to live a miraculous life. Perhaps this experiment will take you one step closer in realizing your goal.

## COMPENSATION SCHEDULE

BLC pays its independent contractors according to the data received directly from the Network. Independent contractors are only paid for the number of minutes (and calls) shown in this data for each extension. BLC does NOT compensate any contractor according to the independent contractor's calculations. BLC compensates its independent contractors according to the following structure.

The base rate of pay is twenty cents per minute. If you do not take a call on either the 1st or 2nd day of the calendar month, you will be deducted five cents for every minute worked for that pay period, for a total of fifteen cents per minute for that pay period. If you do not take a call on either the 16th or 17th day of the calendar month, you will be deducted five cents for every minute worked for that pay period, for a total of fifteen cents per minute for that pay period.

An additional amount equal to twenty-five cents will be paid for each complete and verified customer record (correct name, address, date of birth) that is reported to BLC. Each of the additional amounts for customer records and all other Bonuses may from time to time be changed or discontinued at the sole discretion of BLC without prior notice, effective on the first or sixteenth day of any month. Notice may be given, however, for changes to the compensation per minute rate, either via the "Daily Message" broadcast or through the BLC bi-monthly newsletter that is distributed with the checks.

There are two pay periods per month. The first runs from the first to the 15th of each month. Checks for that pay period will be mailed on approximately the 3rd of the next month. The second pay period runs from the 16th to the last day of the month. Checks for that pay period will be mailed on approximately the 18th of the following month.

**REFERRAL BONUS:**
Currently, you are eligible for a Bonus for every psychic reader that you recommend to work with BLC. To qualify, you must be on-line for a minimum of 600 minutes for the pay period. There are no exceptions! Please don't ask! For every person you recommend, you'll receive a four-cents per minute bonus for every minute that he or she is paid for. Refer as many readers as you wish! This Bonus is included with your regular bi-monthly paycheck.

For example, if you refer one person, and she works part-time (20 hours a week) or 40 hours for the pay period (2,400 minutes), you will receive a Referral Bonus of Ninety-six dollars ($96) on your pay check for that period. If you refer four people, and they each are paid for the same amount of minutes as in the above example (2,400 minutes), you will receive an Referral Bonus of Three Hundred, Eighty-four dollars ($384) on your pay check for that period as a bonus. This would give you almost an additional Eight Hundred dollars ($800.00) per month in Referral Bonuses.

You will find that if you keep in touch with the people that you sponsor, if you encourage and help them, they

will do much better. This is called mutual support. It pays off on many levels and in many ways.

---

# TELEPHONE AND FAX NUMBERS

🕮 **To leave Messages; Voice on Demand: (954) 927-7900; Fax: 1-800-385-2293**
🕮 **Email: katwolf@aol.com**
🕮 **To Fax in your Log Sheets 1-877-471-1798**
🕮 **To fax in Notes, and Comments: (800) 385-2293 (24 hours a day, seven day a week). Cover sheets are not necessary for log sheets. Never, under any circumstances, give these numbers to a customer.**
🕮 **Fax on Demand: Dial (954) 927-7659; when you hear the item you want, press the number of the document that you want faxed to you. Here is a list of currently available documents:**

**1. Contracts: Receive the Starter Pack (contract).**

**2. Business Builder: Contains tips and suggestions to accent your skills.**

**3. IRS, W-9 Form**

**4. Blank Log Sheet**

**5. Priority Information (general): How it works.**

**6. List of Abbreviations of the States**

**7. Phone Numbers: Blue Lotus Call Back number; Customer Service number; more.**

**8. Club Information**

**9. How the Pay-Periods Are Set Up**

To Fax in your Log Sheets: (877) 471-1798

**To Fax in Notes, and Comments: (800) 385-2293 (24 hours a day, seven day a week). Cover sheets are not necessary for log sheets. Never, under any circumstances, give these numbers to a customer.**

# CUSTOMER SERVICE

If a Customer has a complaint about a bill, service, or wants to know about "free minutes," we have a Customer Service number. The number is 402-573-9840. We strongly suggest that you don't discuss a bill with a customer. If a customer asks you about "free minutes," you must say that you don't know anything about it. Tell them that you never talk about that. Give them the Customer Service number. If you are being tested AT&T and you confirm "free minutes," you could be released from your Agreement. If you have any questions about this, please call.

Callback "900" #: (900) 288-0973; Please give this number, along with your Extension, to every caller. Tell them that when they call back, they'll get 3 minutes free. This is the only time you can talk about free minutes.

# GETTING STARTED

Please have this page on hand when you receive your Extension Number and Password; it will make the process much easier for you and for us! We want to make getting started on the line as easy as possible. We also hope that the energy and money you receive from being a part of this moves you a step closer to living a miraculous life.

HERE'S HOW TO LOG ON TO THE SYSTEM:

1.  On your home phone, dial 1-800-848-4587.

2.  The computer will then ask for your Personal Identification Number. Enter it. Your Personal Identification Number (your Extension Number) is: _____.

3.  It will then ask for your Password. Enter it. Your Password is _____.

4.  You'll then hear the recorded "Daily Message."

5. **After the daily message, the computer will say, "To log-on, press 1; to log off, press 2." (The procedure is the same logging on and off.) Press 1.**

6. **The computer then will say, "You're now logged on at [your system phone number]. If this is correct, press 1." Press 1. You are now logged on. Go to your system phone and receive calls.**

7. **When you're ready to log off, repeat steps 1-5. Press "2" to log off.**

---

## SOME SUGGESTIONS

☙ **The day ends at midnight. If you take a call at, say, 11:55 P.M. and it goes until 12:15 A.M. the next day, start new log sheets after that call.**
☙ **When you fax in your log sheets, be sure to print clearly! Use block letters. If we can't read the entry, we can't pay you for that Address Bonus.**
☙ **It's very important to maintain a good call average, preferably greater than 15 minutes. If your call average is consistently low (below 12 minutes), this shows in many cases that although you are probably a good counselor in person - or even on other lines - the energy of this line may not be for you.**

---

## BLC, " A SPIRIT RUN COMPANY."

**Welcome to Blue Lotus Counseling ("BLC"). BLC is a psychic network of qualified psychic advisors. BLC contracts with psychics on an individual basis. Each psychic is an independent contractor and not an employee of BLC. Each psychic determines when he or she responds to calls and determines how many referrals (calls) to accept each day, week or month. BLC allows you as an Independent Contractor to work from the comfort of your own home or office, at whatever flexible hours fit your schedule. It is an excellent way to supplement your current business, and earn extra dependable income during hours that you have not scheduled for your other clients. You are free to continue your private practice, if any.**

This information sheet describes how BLC independent contractors are compensated and the guidelines for being an independent contractor with BLC.

## 1. COMPENSATION:

BLC compensates its independent contractors on a per call per minute basis. See the compensation schedule attached to the independent contractor agreement (page B3) for specific information. Bonus structures may be changed at the discretion of BLC. The total dollars paid to you will be reported to the IRS on Form 1099. You are solely responsible for the payment of any employment-related taxes.

## 2. PHONE REQUIREMENTS:

BLC requires its independent contractors, at their sole cost and expense, to install a separate dedicated line with no call waiting, voice mail or answering machine for responding to referrals (calls) provided by BLC.

## 3. INDEPENDENT CONTRACT AGREEMENT:

BLC requires its independent contractors to enter a written agreement with BLC. That agreement is attached hereto and must be completed, signed and returned to BLC before any referrals will be made. We accept a limited number of independent contractors at any given time. Therefore, we strongly suggest that you first fax your signed contract back to us, then mail the original.

## 4. LOGGING ON TO RECEIVE CALLS:

When you are ready to respond, call 1-800-848-4587, and listen to the instructions, enter your assigned number and password (both will be assigned to you once BLC has agreed to accept you as an independent contractor). Once you have accessed the system, simply follow the instructions for accepting referrals (calls). For systems reasons, it is important that you only be logged on the system while you are accepting calls or responding to referral calls. If you do not log on the system, you will not receive any calls.

## 5. ANSWERING A CALL:

When you receive a call, first you will hear a voice message letting you know the type and maximum length of the call. We suggest that you answer by saying, "Thank you for calling the Network, this is (your name) at extension (your extension). What is your name? What is your date of birth?" We suggest that you write down the answers and write down the time the call began, using Eastern Time. If you do so, you may find it helpful to purchase an inexpensive electric clock set at Eastern Time and keep it where you take calls.

## 6. RESPONDING TO A CALL:

At the start of the reading, we suggest that you give a brief description of the type of reading you do. We suggest that you obtain the caller's name and date of birth for all types of calls. You may wish to do as our more successful psychics and begin each call with a general reading and then address the caller's specific questions or problems after the general reading. We suggest that you give callers your extension number and the 900 number: 1-900-288-0973. Say something like, "If we get disconnected or if you want to reach me at another time, please take down my extension and phone number."

## 7. BUILDING A CLIENT BASE:

For customer fulfillment purposes, on the days you take calls, we suggest that you remind the caller that her or she can reach you at 900-288-0973 and Extension number. Give the times you expect to be on-line.

## 8. THINGS TO DO IMMEDIATELY:

Even if your phone has not yet been installed, send your signed Independent Contractor Agreement back to us immediately with a description of your background, education and experience in the psychic counseling field and any strengths or specialties you have. When we receive your completed agreement, we will call you. You can start taking calls the same day that you are accepted by BLC.

## 9. SUGGESTED READING:

Tarot in Ten Minutes by R. T. Kaser ($12), Tarot Made Easy ($15), and The New Astrology by Suzanne White. This book and other helpful materials are available at your local New Age shop, or by calling (954) 927-3098 on weekends to order by phone.

## 10. SUGGESTED PURCHASE (From a fellow psychic):

"Dear BLC, I just bought a headset for my phone for only $59. What a bargain! It makes such a huge difference! My neck was so tired before."

## 11. SUGGESTIONS FOR OPTIMUM RESULTS:

* Obtain an accurate name and address from each caller, and fax that information to us by fax the next day. Ask them if they want to receive a free copy of Envision magazine. It's a 32 page tabloid-like the Enquirer-except that it deals with psychic news and celebrities.

* Log in frequently, especially during the peak call hours of 9 a.m. - 7 p.m. and Midnight to 5 a.m. (Eastern).

## 12. YOUR AVERAGE:

To figure out your Minute Average (the average length of your calls), here's what you do: First, add up the minutes of all of your calls. This equals your total minutes. (Most people round up their minutes; instead of a fifteen minute, twenty second call, they make it a sixteen-minute call. For more accuracy, round down on at least half of them.) Then, divide the total minutes by the total number of calls. That will give you your Minute Average for that day. If you come up with a low Minute Average, you may want to log back on for awhile to get some longer calls. If you do this each day, your overall average should improve. Try to increase it by one minute each week.

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 287 of 418

- Download MP3s
- Sports Scores & News!
- Meet Somebody New

i am sam

Hosted by **Angelfire**

e-mail this page | notify me of updates

**Here are sample-readings that we have provided for you that you may want to use when you first begin.**

**It is always best, especially when first starting out, to have something to go by.**

**Once you get used to talking to clients (callers) you will discover your own methods of doing readings on the telephone. Always go with your own intuition. You will find the more readings you do, the less you will rely on the script. Don't be afraid to make notes on your cards also. Remember the best thing you can do is to make it easy on your self. The more confident you are in your readings the better they will be.**

---

## C.C. READING



---

## NANCY READING



Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 288 of 418

**We call it the Nancy Script because that is the name of the client (caller) in the script.**

---

## CORRI READING



---

# LOGGING ON TO THE SYSTEM

**Here's how to log on to the system:**

**1. On your home phone, dial 1-800-848-4587**

**2. The computer will then ask for your Personal Identification Number (PIN). This is your Extension number. Enter it. Your PIN number is:_____**

**3. It will then ask for you Password (the last 5 digits of your system phone number. Enter it. Your Password is _____**

**4. You will then hear the "Daily Message".**

**5. After the daily message, the computer will say, "To log-on, press 1; to log-off, press 2."(The procedure is the same for logging on and off). Press 1.**

**6. The computer then will say, "you're now logged on at (your system phone number). If this is correct, press 1". Press 1. You are now logged on. Do to your system phone and receive calls (the phone should start ringing within a few minutes).**

**7. When you are ready to log off, repeat steps 1-5. Press "2" to log off.**

- Download MP3s
- Sports Scores & News!
- Meet Somebody New

Hosted by
**Angelfire**

| e-mail this page | notify me of updates |

## BEING VERY FRIENDLY MAKES A CUSTOMER AT EASE
**Remember that this is an entertainment industry so make the reading exciting (theatrical) for the caller.**

---

**Thank you for calling the network**
**My name is_____**
**My extension number is _____**

**Can I have your name please?**
**Hi, _____that's a neat name**
**What's your last name?**
**And your date of birth?**
**Can I have your address?**
**What's the zip code?**

*****If they do not want to give you their address then say*****
**The network will send you a free deck of tarot cards just for calling today.**
.....................or........................
**When I do your reading of numerology it helps me see the numbers more clearly and it also helps me get a better understanding of your environment.**

**Ok, now, do you have a pen handy, so you can take some notes as we go along?**
**Now I want you to write my callback number down in case we get disconnected so you can give me a quick call back and we can finish your reading.**
**It is 1-900-288-_____ and my extension number xxxxx.**

Oh, and John while you have the pen in your hand, let me give the free gift the company is giving out this week. It's an 800 - no charge - number you can call every day to get your recorded horoscope message - it's a free gift to you. 1-800-33_-___ . Remember, to get a live reading you need to call the 900 number I just gave you.

My name is _____ and I'm a Professional Tarot Card Reader.

Hi Nancy, have you ever called the network before? Nancy, so you know what I do is a little of astrology, tarot cards and numerology.

Nancy do you have a pen, I want to give you some special dates. LOOK AT THE DATE OF BIRTH TO SEE WHAT THERE ZODIAC SIGN IS, DON'T TELL THEM YOUR DOING THAT!!

TELL THEM SOMETHING ABOUT THERE ZODIAC SIGN. Nancy, you are a Taurus, I think most psychics like Taurus. Nancy, like I said I do use tarot cards, I use them to provoke my psychic abilities.

Nancy, now like I said I do tarot card readings, I don't give a full tarot reading. I just get my psychic abilities. Nancy what do you have on your mind? Ok, Nancy I want you to think about your past. what things that affected you from the past. (let them think) Now Nancy, I want you to think about your present. (think) Now Nancy think about your future, the things you worry about, the things you hope for. In a moment I'm going to start shuffling the cards. I'm going to let you know when I start shuffling. Nancy after I began shuffling let me know when to stop. Ok now take a deep breath. Ok (shuffle a regular deck of cards, so they can hear it)

Ok Nancy, what I'm going to do is divide the cards into three decks, (count 1,2,and 3) ok Nancy what deck do you want me to use for the reading. Nancy have you been thinking about a change in your job situation? I'm seeing this in employments or money. Have you been interviewing. Did someone just recently tell you about a job. (ask when was that) Nancy you will get a response in a week. I see a blank application. Nancy are you involved with someone? How long have you been together. Does he live with you. By any chance did you have an argument over the weekend. (why else would they be calling us) Nancy what was the argument about. (make a remark about there boyfriends sign get his name and date of birth) Well you lost the argument. Well he is a (Taurus) (again tell them info about there boyfriend)

Ok Nancy now to the cards. Well the cards are telling me (pause) that you have a tendency to worry to much, that is what the cards are telling me. You doubt your own judgment and abilities. You have these qualities but they have been weaken by what you are going thru. Nancy the cards are also telling me your thinking to

much on the past. You are worrying about things you cant change. but you know what you need to start looking at the future. You need to stop looking backwards and look at the future. You need to start making these changes Now to handle the changes that are coming your way. Nancy they are coming fast.

The first card is the three of swords. The card of sorrow. (Say it quickly) Nancy the card usually means there is some type of disruption in your life at this moment. Something that is weighing on your mind. Something is causing anxiety and stress. (pause, they will say something like your not kidding) Nancy, we are going to work on this. Nancy your next card is the 4 of swords of interference. Which is telling me that someone is going to interfere and change it for the better and forever. Its also telling me that success is likely involving a long term project. This sometimes means a change in romance, but usually means a change in money situation. You are about to find a pass. We are going to find closure and answers. The cards are telling me to tell you not to give up on something yet. Nancy if you believe more in yourself you will find success around the corner. (assume they have nobody to talk to, why else are they calling us .. lol)

Nancy your also finding your self spending time alone. You need this time alone to think things over. Good things are on the horizon. DON'T GIVE UP, NANCY this is a good card, I have not seen this card in a long time. (say it) this will give them a lot of hope..

The next card you drew I have not seen in a long time, its the card of start the card of hope. It announces that good news is on its way, that better situations are about to occur. You are about to be rewarded for your pain and efforts.. that your about to enter the begging of a positive cycle of your life and the end of turmoil. You are about to experience the resolution of problems of past events. you do know your having a lot of changes coming your way quickly. and this last year has been kind of bumpy for you hasn't it? they will say yes**

Actually Nancy I see where the last three years has been kind of bumpy for you. say: what I actually see is that it started around the winter around 97. But Nancy you know what happens is this thing moved in to your life, this gloom is just a bad phase. its just hung in there and its cause bad luck, disappointment, separation and no matter what you seem to plan it always seems to fall thru. But I'll tell you what Nancy, this thing that is hanging in your life is on its way out. in fact maybe you have noticed it. but actually its gone. its finally has moved out of your life do to the changes in your life.. and 2000 is probably going to be one of your best years of your life. (this is about 30 minutes now)

Ok, go back to the 23rd of December, by the way Nancy I don't know why this is coming to me, but you make a big deal of x-mas? Well because, next x-mas, the x-mas of 2000 is going to be the best x-mas you ever had. If its money, say you are going to be spending more money this year. If its moving, you are going to spend x-

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 292 of 418

EXHIBIT 3.10 PAGE 34

mas in your new house. Boyfriend its going to be a ring.

Ok, back to the cards. Ok Nancy this is the card 12 of Trumps. This card tells us there is a change in a money situation coming to you. This is the card of destiny and opportunity. Something good is going to happen during the next three weeks... or three months etc.. you need to take advantage of an opportunity that is about to come your way. The card indicates progress and luck and promotion. or sudden changes associated with money.

the next card you pulled is the nine of coins. this card indicates that things are about to begin to go according to plan. (use your own judgment) that by the end of summer, you will be feeling content and happy, safe and secure. All of what you have been working for is about to show success. that an opportunity is about to present itself to you. that you must sincerely consider. you must keep your eyes open for any opportunity that comes your way.

by the way Nancy, someone has been thinking about you lately, someone from your past. someone you have not seen in a long time. in fact they were just thinking about you this evening. do you know who that could be, (yeah I have an idea) you say who.. let them talk....they almost called you tonight, they changed there mind for some reason. if they say no I cant think of anyone, say well you will find out who it is. If someone is looking for romance: use it different ways.

Oh Nancy, well I saw this card earlier but I kind of put it to the side, cause I didn't know what it meant at the time. The card of Temperance says that someone who is very kind, very understanding and very strong is about to come into your life. Do not fear this person. They will have your best interest at heart this person will be a good listener. This person will be easy talk to. This person is going to offer you an opportunity and good advice. Take this person up on there offers. (use carefully) this is going to start out as a very good partnership, which will become a friendship very quickly and can grow into something serious very quickly.

---

# THE ENDING

Wow _____ you had 6 cards that are very positive and that is pretty rare.
And you did not have any reversed cards which are upside down and that is pretty rare too.
So you definitely have a lot of good fortune coming your way.

Is there anything specific that you want me to look into the cards at?

Would you like me to do a quick reading on someone else?

Now, let me make sure I have address correct because the network is running a promotion where they will send you a free deck of tarot cards just for calling.

If you would ever like another reading or have any more concerns just give me a call and I would love to hear from you.

It has been great speaking with you today and doing your reading (s). I will look forward to hearing from you real soon. Call me at 1-900-288-____ to let me know how things have worked out regarding _____. And also as soon as we hang up, call 1-800-33_-____ for your FREE recorded Horoscope. Call the 800 # every day- remember-- it's absolutely free.

You can always reach me at 1-900-288-____ ext XXXXX

..............if you hear the disconnect beep................

I'm sorry, _____, but I just heard the signal that tells me that we have less than one minute left to talk. I'm really concerned about you, and I hope you call me back on my personal "900" number that I gave you. If I'm not on the line when you call back - I'm usually on between ------- and ------

I want to know that whatever psychic you might connect with will be

highly qualified. They will be very capable of answering any questions

you might have. So, don't hesitate to call back. Our entire staff is

here to help you at any time.

**Thank you for calling the network.**

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 295 of 418



- Download MP3s
- Sports Scores & News!
- Meet Somebody New

**JOHN LEGUIZAMO**

Hosted by *Angelfire*

| e-mail this page | notify me of updates |

EXHIBIT 2.10 PAGE 27

**Good Morning/Evening.**

**Thank you for calling the Network. This is Corri at extension 1234.**

**If you like the reading that I provide for you today, you can call me back at 1-900-288-____.**

**Now, what is your name? (Get first and last w/ spelling)**

**And what is your date of birth? (Tell them things about their birthday using "The Secret Language of Birthdays.)**

**(Can go to script- Here are some things that I use. I do not always say everything that is here- sometimes I use pieces of it in my readings. I have it posted by my desk.)**

**I want to begin by saying that everything that is happening to you at this time is a result of the choices you have made in the past. Your future is being generated by the choices you are making today.**

**Accept people and events as they occur. Nothing happens without a reason.**

**Do not struggle against the moment. Understand that the moment is as it should be. You must relinquish the need to convince or persuade others of your point of view. This will free up enormous amounts of energy that you have previously been wasting. You must stop defending your own point of view, for with no point to defend, there can be no argument.**

**Stop fighting and resisting and you will fully experience the present.**

**Life is not a destination, it is a journey. If you have not enjoyed the journey, you will not be happy with the**

destination.

(Name) you have many lessons yet to be learned.

You have a tendency to soar to the heavens emotionally, or plummet to the depths of despair. There is a need for balance in your life at this time as I feel that to many times you find yourself flying off to never-never land and losing sight of your goals.

You are basically a very strong person, but, too often, you doubt your own abilities and judgments.

You need to work on your self-confidence and trust that you are perfect just the way God made you.

Your focus has been on your hurts from the past, but I'm here today to help you shift that focus to your joy in the present and future.

Stop waiting for the perfect time to follow your dreams; the perfect time is now.

The only person who can hold you back is yourself. Know that the only one who can place limits on your life is yourself. No one else can have this power unless you give it to them. Refuse to give this power away.

Trust in your ability to make your own dreams come true and then move forward with the strength of your convictions.

You have the ability to move mountains when it is done with unselfish love and not at the expense of others.

No one else is responsible for giving you personal power. You must find and claim it for yourself. This is not a path for the timid or faint of heart, because many times you must walk it alone. The rewards, though, are permanent and far reaching.

The only thing holding you back from all that you seek is yourself. Know that God has already given you permission to do this. You only need to give yourself this same permission.

You must not expect others to fulfill your dreams; you must fulfill them yourself.

(Name) Have you ever spoken to a psychic before? I am going to do a tarot card reading for you today. I want

you to close your eyes, take a deep breath, and relax. I will begin shuffling the cards now. When you are ready, I want you to tell me when to stop and open your eyes.

Ok (Name), Do you have a question in mind today?

(Begin the reading....I use "The Secret Language of Relationships" when they have questions about their relationships- whether it is with a spouse, boyfriend, girlfriend, parent, in-law, sibling, child, co-worker, boss, etc...)

---

## THE ENDING

Wow _____ you had 6 cards that are very positive and that is pretty rare.
And you did not have any reversed cards which are upside down and that is pretty rare too.
So you definitely have a lot of good fortune coming your way.
Is there anything specific that you want me to look into the cards at?
Would you like me to do a quick reading on someone else?
Now, let me make sure I have address correct because the network is running a promotion where they will send you a free deck of tarot cards just for calling.
If you would ever like another reading or have any more concerns just give me a call and I would love to hear from you.
It has been great speaking with you today and doing your reading (s). I will look forward to hearing from you real soon. Call me at 1-900-288-___ to let me know how things have worked out regarding _____. And also as soon as we hang up, call 1-800-33_-___ for your FREE recorded Horoscope. Call the 800 # every day-remember-- it's absolutely free.
You can always reach me at 1-900-288-____ ext XXXXX

.............if you hear the disconnect beep...............
I'm sorry, _____, but I just heard the signal that tells me that we have less than one minute left to talk.
I'm really concerned about you, and I hope you call me back on my personal "900" number that I gave you. If I'm not on the line when you call back - I'm usually on between ------- and ------
I want to know that whatever psychic you might connect with will be
highly qualified. They will be very capable of answering any questions
you might have. So, don't hesitate to call back. Our entire staff is
here to help you at any time.

· Download MP3s
· Sports Scores & News!
· Meet Somebody New

Hosted by **Angelfire**

| e-mail this page | notify me of updates |



## Recruiting is where the BIG MONEy is!

---

**Referral Bonus:** Currently, you are eligible for a Bonus for every reader that you recommend to work with Blue Lotus Counseling. To qualify, you must be on-line for a minimum of 600 minutes for the pay period. ( I always make sure I do at least 700 minutes so I do not cut myself short). There are no exceptions! Please don't ask! For every person you recommend, you'll receive a four-cents per minute bonus for every minute that he or she is paid for. Refer as many readers as you wish! This Bonus is included with your regular bi-monthly paycheck.

For example, if you refer one person, and she works part-time (20 hours a week) or 40 hours for the pay period (2,400 minutes), you will receive a Referral Bonus of Ninety-six dollars ($96) on your pay check for that period. If you refer four people, and they each are paid for the same amount of minutes as in the above example (2,400 minutes), you will receive an Referral Bonus of Three Hundred, Eighty-four dollars ($384) on your pay check for that period as a bonus. This would give you almost an additional Eight Hundred dollars ($800.00) per month in Referral Bonuses.

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 299 of 418

I currently sponsor 200 readers and if everyone of them worked 10 hours a pay period that would be 600 minutes x 4 cents a minute = $24.00 x 200 = $4,800 a pay period or $9,600 a month.

You will find that if you keep in touch with the people that you sponsor, if you encourage and help them, they will do much better. This is called mutual support. It pays off on many levels and in many ways.



Many of you have asked about how to recruit and I hope that this information I provide will be helpful. If any questions please feel free to contact me.

Feel free to refer your readers to my website or copy anything from my website that will help you with the people you sponsor.

Important: Make sure that your extension number is on the contract so that you get credit for the new reader.

This is where you can find a copy of the This is where you can find a copy of the **contract** & **W-9**.

**:o)**

Corri

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 300 of 418



# PLACE AN AD ON THE INTERNET



# PLACE AN AD IN THE NEWSPAPER



# INITIAL LETTER & APPLICATION



EXHIBIT 2.10 PAGE 32

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 301 of 418

EXHIBIT 8.10 PAGE 33

# APPLICATION RECEIVED



# YOUR EXTENSION NUMBER

# FOLLOW - UP

# FAQ'S

NM



*Guiding Light Network*

**SEEKING**

## PSYCHICS ~ INTUITIVE COUNSELORS ~ TAROT READERS

**Nations busiest phone line. Work at home your own hours.
Managers and recruiters welcome.**

**(909) 308-0090 ~ Fax (909) 308-1980**

**e-mail: guidinglight@pe.net**

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 302 of 418

EXHIBIT 2.11 PAGE 1

N/M

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 303 of 418

## Click here to request
## a brief phone interview!

(or click the links below for more information.)

Home   Welcome Letter   Positive Affirmations   Request for Proposal (Application)

Contract   Important Phone Numbers   Company Policies & Guidelines

This site redesigned by Quantum Line.

**32,160** People have visited this site since May 17, 1997

**01-16-2002** **07:33** Current date and time in San Diego, CA

EXHIBIT 2.14 PAGE 2

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 304 of 418

Home    Welcome Letter    Positive Affirmations    Request for Proposal (Application)

Contract    Important Phone Numbers    Company Policies & Guidelines

*Guiding Light Network*

EXHIBIT 2.11   PAGE 3

## POLICIES AND PROCEDURES

Welcome to Guiding Light (GL). GL provides psychic operator services through interactive psychic telephone lines. GL is part of a psychic network of approximately 4000 qualified psychic advisors. GL contracts with psychics on an individual basis. Each psychic is an independent contractor and not an employee of GL. Each psychic determines when he or she will respond to calls and determines how many referrals to accept each day, week or month. GL allows you as an independent contractor to work from the comfort of your own home or office, at whatever flexible hours fit your schedule. It is an excellent way to supplement your current business, and earn extra dependable income during hours that you have not scheduled for your other clients. You are free to continue your private practice, if any.

This information sheet sets forth certain information important to the independent contractor psychics of GL and contains certain suggestions that you may consider as an independent contractor psychic of GL.

### 1. Compensation

GL compensates its independent contractors on a per call per minute basis. See the compensation schedule attached to the Independent Contractor Agreement for specific information. The total dollars paid to you during each calendar year will be reported annually to the IRS on Form 1099. You are solely responsible for the payment of any income and employment-related taxes. As an

independent contractor, you will not be entitled to any employee benefits or workers' compensation or unemployment compensation.

## 2. Phone Requirements

For optimum success you will need a separate phone line with <u>no call waiting, or voice mail</u>. These features create an open line and are incompatible with out computer system sending two calls at once.

## 3. Independent Contractor Agreement

GL requires its independent contractors to enter a written Independent Contractor Agreement with GL. That agreement is attached hereto and must be completed, signed and returned to GL before any referrals will be made. Therefore, we strongly suggest that you promptly return to us by fax, mail or e-mail the last 10 pages with a copy of your Social Security card and copies of any Resume, Business cards, Certifications, Degrees, or Licenses.

## 4. Logging On to Receive Referrals

When you are ready to respond, call 1-800-848-4587 and listen to the prompts, enter your assigned number and password, which is the last 5 digits of your system phone number. Once you have accessed the system, simply follow the prompts for accepting referrals. For systems reasons, it is important that you only be logged on the system while you are accepting calls or responding to referral calls. If you do not log on the system, you will not receive any calls.

## 5. Answering a Call

When you receive a call, first you will hear a voice message letting you know the type and maximum length of the call, which is normally 60 minutes. (Some calls will go 80 minutes.) You will be automatically cut off by the computer at the maximum length of each call. We suggest that you answer by saying: "Thank you for calling the Network, this is (your name) at extension (your extension)., "What is your full name & date of birth?" You can then ask them what city and state they are calling from, and then get their street address and zip code. Please write down the information and the time the call began, using Eastern time. At this point our most successful contractors have a dynamic preamble that tells what, how, and why they are doing the reading. This is where you develop a bond with the caller and let them know that you can give them tools to live

their dreams. (For customer fulfillment please fax these to 909-695-0540 or e-mail to guidinglight@pe.net daily, as this helps generate future business for you by increasing call-backs). The psychics that are most successful give uplifting, in-depth readings that help the caller see gifts that they aren't using and give them tools to empower their lives. They usually address the caller's specific questions or problems that weren't already answered at the end of the call.

## 6. Concluding a Call

Give out the 900 number: 1-900-288-0901 (for them to call you back another time)

## 7. Suggested Reading

Tarot Plain and Simple by Anthony Louis
The Secret Language of Birthdays by Gary Goldschneider and Joost Elfffers
The Magic of Thinking Big by Anthony Robbins
anything by Deepak Chopra

Home    Welcome Letter    Positive Affirmations    Request for Proposal (Application)

Contract    Important Phone Numbers    Company Policies & Guidelines

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 307 of 418

*Home*   *Welcome Letter*   *Positive Affirmations*   *Request for Proposal (Application)*

*Contract*   *Important Phone Numbers*   *Company Policies & Guidelines*

*Guiding Light Network*

## INDEPENDENT CONTRACTOR AGREEMENT

This agreement (the "Agreement") is made and entered into by and between Guiding Light Network, L.L.C. ("GL"), a California, Limited Liability Corporation with its principal place of business located at P.O. Box 1226 Temecula, California 92593-1226 (hereinafter referred to as "Company") and _____ whose address is:

(hereinafter referred to as 'Contractor,).

WHEREAS, the Company is in the business of providing information and psychic operator services through interactive psychic telephone lines for PSYCHIC READERS NETWORK, INC. ("the Network"); and

WHEREAS, the Contractor is a metaphysically advanced individual having special skills, training and expertise in providing psychic readings by telephone to callers contacting the Network (the "Callers"); and

WHEREAS, in connection with its provision of services to the Network, the Company is willing to refer Callers to the Contractor as an independent contractor, and the Contractor as an independent contractor is willing to provide psychic readings to Callers so referred.

NOW, THEREFORE, in consideration of the foregoing and other good and valuable considerations, the receipt and adequacy of which are acknowledged, the parties agree as follows:

## 1. The Services.

The Contractor shall provide psychic readings by telephone to Callers whose calls are referred to, and accepted by, the Contractor. The Contractor shall provide such psychic readings (the "Services") consistent with the Contractor's particular specialized skills, training and experience in providing the same as set forth in the Verification of Experience form attached hereto and incorporated herein, with results reasonably satisfactory to the Company.

## 2. No Training.

The Contractor represents and warrants, and the Company recognizes and acknowledges, that the Contractor has unique and specialized skills, training and experience in providing psychic readings, and therefore the Company has not provided and will not provide any training or instructions to the Contractor.

## 3. Compensation and Payment.

The Company shall compensate the Contractor for the Services solely in accordance with the Compensation Schedule attached hereto and incorporated herein based on the actual telephone connect time for each call with a Caller during which the Services are performed by the Contractor. Payments to the Contractor shall be mailed twice monthly and will be sent within twenty days following receipt by the Company of its monthly telephone report from either the Company's service bureau or the long distance carrier, and the actual telephone connect time for each such call shall be as set forth therein. GL will not be responsible for any delay in payment that is a result of network server problems. Accordingly, the Contractor is not required to submit time records to the Company. The Contractor shall not participate in any benefit plan or program of the Company, including, but not limited to, health insurance, life insurance, disability insurance, pension or profit sharing, workers' compensation, paid vacation, unemployment, or sick pay.

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 309 of 418

## 4. Equipment and Expenses:

At all times during the term of this Agreement, the Contractor shall provide, at the Contractor's sole cost and expense, all of the equipment, materials, supplies and premises necessary to the performance of the Services, including, but not limited to a separate, designated, touch-tone telephone line (without call waiting or voice mail), office supplies and any persons engaged or services contracted for.

## 5. Service Location.

The Services to be provided by Contractor under this Agreement shall be performed at the Contractor's place of business.

## 6. No Hours or Schedule.

The Contractor shall have no obligation to perform or be available to perform the Services during any particular hours, or according to any particular routine or schedule, or to render Services for any particular amount of time, all of which shall be determined by the Contractor in his or her sole discretion.

## 7. Method and Manner.

The Company is interested only in the results achieved by the Contractor. The Contractor shall have sole and exclusive control of the manner and means by which the Services are performed and shall do so according to the Contractor's own means and methods of work. The Company shall have no right to, and shall not, control, direct, approve or change the details, manner or means by which the Contractor performs the Services

## 8. No Supervision or Reporting

The Company shall not monitor, supervise, direct or control the Contractor in his or her performance of the Service. The Company shall not require the Contractor to submit any reports concerning the Services performed by the Contractor.

## 9. Services for Third Parties.

Subject to the compliance by the Contractor with the provisions of Section 15 of this Agreement, the

Contractor retains the right to provide services similar to the Services to other individuals, businesses or the general public.

## 10. Licenses.

The Contractor shall, at his or her sole cost and expense, secure and maintain in effect continuously throughout the term hereof any licenses necessary in connection with the performance by the Contractor of the Services.

## 11. Compliance with Laws.

The Contractor shall provide the Services in accordance with all applicable laws, regulations, ordinances and contracts applicable thereto. The Company has assembled certain guidelines to assist the Contractor in ensuring compliance with certain of the foregoing requirements which are contained in the Company's Legal Compliance Manual, receipt of a copy of which is in effect on the date hereof Contractor acknowledges.

## 12. No Violation.

The Contractor represents, warrants and agrees that the performance of the Services will not violate any contractual rights, trade secrets or other rights of any third party.

## 13. Assignment.

The Contractor may delegate the performance of any of the Services to other metaphysically advanced individuals having specialized skills, training and expertise in providing psychic readings.

## 14. Term and Termination.

Each party may terminate this Agreement without cause upon written notice to the other party. Provided, however, that each party may terminate the Agreement immediately without prior notice in the event of a breach of this Agreement by the other party. In the event of termination or expiration, the Contractor shall be paid Contractor's usual compensation up to the effective date of termination or expiration except in the case of fraud.

## 15. Nondisclosure and Non Solicitation.

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 310 of 418

EXHIBIT 2.11 PAGE 9

The Contractor shall not directly or indirectly disclose to any person other than a representative of the Company at any time either during the term of this Agreement or following the termination or expiration thereof, any confidential or proprietary information pertaining to the Company, including but not limited to customer lists, contacts, financial data, sales data, supply sources, business opportunities for new or developing business, plans and models, or trade secrets. Furthermore, the Contractor agrees that during the term of this Agreement and for a period of one year following the termination or expiration of this Agreement, the Contractor shall not directly or indirectly solicit or attempt to solicit any Callers, customers or suppliers of the Company other than on behalf of Company.

**16. Independent Contractor Status.**

The Contractor and the Company agree that the Contractor shall at all times be an independent contractor and that no relationship of employer and employee, partners or other relationship is created or intended to be created by this Agreement for any purpose. The Contractor shall be treated as an independent contractor for all purposes, including without limitation for federal and state tax and other state and federal purposes. The Contractor assumes full responsibility for payment for all federal, state and local taxes imposed or required under unemployment insurance, self employment, social security and income tax laws upon compensation paid to the Contractor. The Contractor shall not hold himself or herself as an employee, partner or agent of the Company and shall have no authority to bind the Company in any manner whatsoever. The Contractor acknowledges that he or she has duly signed and returned to the Company Form W-9 and all compensation paid to Contractor under this Agreement will be reported annually to the Internal Revenue Service on Form 1099, of which the Contractor shall receive a copy.

**17. Indemnification of Company.**

The Contractor shall indemnify the Company against all liability, loss or damages, including consequential and incidental damages, and against all claims or actions based on or arising out of damage or injury (including death) caused by or sustained in connection with the performance by the Contractor of the Service, or based on any violation of any statute, ordinance, regulation or contract, and the defense of any such claims or actions including attorneys fees. The Contractor shall also indemnify the Company against all liability and loss in connection with, and shall assume full responsibility for, payment of all federal, state and local taxes or contributions imposed or required under unemployment insurance, social security and income tax laws, with respect to the Contractor's performance of this Agreement.

**18. Miscellaneous.**

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 312 of 418

This Agreement contains the entire understanding of the parties with respect to all matters referred to here in and may not be changed, amended, modified or waived orally but only by a written agreement signed by the party against whom enforcement of any waiver, change, modification, or amendment is sought. This Agreement shall be construed under the laws of the State of California and Riverside County, California and supercedes all previous agreements held between the parties herein. If any provision in this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remaining provisions shall nevertheless continue in full force and effect. The headings to the sections of this Agreement are for reference only and shall not affect its construction or interpretation.

## 19. Remedies for Breach.

In the event of a breach of this Agreement by the Contractor, the Contractor agrees that the Company may exercise any remedy available at law or in equity, each of which shall be cumulative and may be exercised at any time. For any breach of the restrictions contained in Section 15 of this Agreement, money damages would not be a sufficient remedy and that the Company shall be entitled to specific performance and injunctive relief as a remedy for the Contractor's breach thereof, in addition to all other remedies available at law or in equity.

## 20. Notices.

Any notice, request, demand, consent, waiver or other communication which either party may wish to serve or, may be required to serve on the other party, shall be in writing and shall be served by facsimile, by prepaid recognized overnight air express delivery, or by e-mail at the address set forth at the beginning of this Agreement, and if to the Company, a copy of any such communication shall be sent to Guiding Light Network, P.O. Box 1226 Temecula, California 92593-1226.

IN WITNESS WHEREOF, the parties have executed this Agreement on this _____ day of _____ 199__

CONTRACTOR                                    GUIDING LIGHT NETWORK, L.L.C.


_____                     _____
                                              DIRECTOR

Case 0:02-cv-6026-ASG    Document 12    Entered on FLSD Docket 02/13/2002    Page 313 of 418

## CONTRACTOR INFORMATION

Address:

System Phone #: _____ .25/ 20 w/2500 min.

Home Phone #: _____ .20/ 15

Fax # _____

Social Security #: _____

**YOU MUST SEND A COPY OF YOUR SOCIAL SECURITY CARD & PHOTO I.D.**

**Click on the link below to download Form W-9 in PDF format**

1296 Form W-9 Request for Taxpayer Identification Number and Certification ( 34K) Adobe PDF

## CONTRACTOR EXPERIENCE FORM

Name: _____

Address: _____

_____

_____

Telephone #: _____

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 314 of 418

Experience & _____

Psychic Abilities

_____

I understand that I am retained to provide psychic services. It is my personal feeling or understanding that I possess psychic or clairvoyant abilities.

I have read the foregoing and swear under penalty of perjury that it is true to the best of my knowledge.

Dated: _____

Extension:_____

_____

Signature of Contractor

## Guiding Light Network, LLC

PLEASE USE THE FOLLOWING FORMAT WHEN TAKING CALLER INFORMATION. MAKE SURE THAT ALL BLANKS ARE FILLED IN CORRECTLY AND NEATLY

Page _____ of _____

NAME: _____ EXTENSION: _____ DATE: ____/____/____

TIME CALL BEGAN (E.S.T.): _____ ENDED: _____ MINUTES: _____

FIRST NAME:_____ LAST NAME: _____

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 315 of 418

STREET
ADDRESS:_____

CITY: _____STATE: _____ ZIP CODE: _____
D.O.B._____

TIME CALL BEGAN (E.S.T.): _____ ENDED: _____ MINUTES: _____

FIRST NAME:_____ LAST NAME: _____

STREET
ADDRESS:_____

CITY: _____STATE: _____ ZIP CODE: _____
D.O.B._____

TIME CALL BEGAN (E.S.T.): _____ ENDED: _____ MINUTES: _____

FIRST NAME:_____ LAST NAME: _____

STREET
ADDRESS:_____

CITY: _____STATE: _____ ZIP CODE: _____
D.O.B._____

TIME CALL BEGAN (E.S.T.): _____ ENDED: _____ MINUTES: _____

FIRST NAME:_____ LAST NAME: _____

STREET

ADDRESS:_____

CITY: _____STATE: _____ ZIP CODE: _____
D.O.B._____

TIME CALL BEGAN (E.S.T.): _____ ENDED: _____ MINUTES: _____

FIRST NAME:_____ LAST NAME: _____

STREET
ADDRESS:_____

CITY: _____STATE: _____ ZIP CODE: _____
D.O.B._____

TIME CALL BEGAN (E.S.T.): _____ ENDED: _____ MINUTES: _____

FIRST NAME:_____ LAST NAME: _____

STREET
ADDRESS:_____

CITY: _____STATE: _____ ZIP CODE: _____
D.O.B._____

**TOTALS**: CALLS: _____ MINUTES: _____ ADDRESSES: _____ FAX TO: (909) 695-0540

## Compensation Schedule

Case 0:02-cv-60226-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 316 of 418

Case 0:02-cv-6026-ASG   Document 12   Entered on FLSD Docket 02/13/2002   Page 317 of 418

GL pays its independent contractors according to the data downloaded directly from AT&T via its service bureau. Independent contractors are only paid for the number of minutes (and calls) shown in this data for each extension. GL does NOT compensate any contractor according to the independent contractor's calculations. GL compensates its independent contractors according to the following structure:

If an Independent Contractor maintains an 20 minute call average + 62% address capture + 2500 minutes per pay period, the base rate of pay is 25 cents per minute. Independent Contractor with less than an 20 minute average, or under 62% address capture or under 2500 minutes per pay period will be paid 20 cents per minute. If your average drops below 15 minutes the rate of compensation will drop to 15 cents per minute. If a contractor works under 300 minutes in a pay period the rate will be 15 cents per minute.

An additional amount equal to 25 cents will be paid for each complete customer record (correct name, address, date of birth) that is reported to GL. Each of the additional amounts for customer records may from time to time be changed or discontinued in the sole discretion of GL without prior notice effective on the first or fifteenth day of any month.

The pay periods are the 1st – 15th and the 16th to the end of the month. Checks for the first pay period are mailed by the 5th of the following month and the 2nd pay period by the 20th of the following month

Real Communications will be compensating psychics who don't log on and take a call during either of the 2 days at the beginning of the pay period, ( 1st or 2nd, & 16th or 17th of any month ) will receive 5 cents less per minute, per pay period .

_____          _____

**CONTRACTORS SIGNATURE**                              **DATE**

*Home*     *Welcome Letter*     *Positive Affirmations*     *Request for Proposal (Application)*

*Contract    Important Phone Numbers    Company Policies & Guidelines*

Case 0:02-cv-6226-ASG    Document 12    Entered on FLSD Docket 02/13/2002    Page 318 of 418

Case 0:02-cv-60226-ASG  Document 12  Entered on FLSD Docket 02/13/2002  Page 319 of 418

Telephone Psychic Readers Wanted, learn before you        How not to be scammed.        wysiwyg://11        //www.angelfire.com/amiga/expose/index.htm

## TELEPHONE PSYCHIC READERS WANTED

- Download MP3s
- Sports Scores & News!
- Meet Somebody New

Hosted t

e-mail
this page

## **TELEPHONE PSYCHIC READERS WANTED**



# IT SOUNDS GREAT!

- o WORK FROM HOME
- o SET YOUR OWN HOURS
- o A FARILY DECENT WAGE (about $12/hour)

However, if the term "work from home" caused you to feel a pang of suspicion, you are paying attention. If you are considering working with one of these services, you need to know your rights and protect yourself before you ever sign up.

Unlike most work from home jobs, telephone psychic reading requires no start up costs save a dedicated phone line and a tarot deck, if you need these items.

The services that will connect you to the largest network in the nation also seem very legitimate. They ask for no start up fee (I feel you letting your guard down...don't) and require a tax payer identification form W-9. So far, this seems pretty legitimate!

So why have thousands upon thousands of readers for this network not been paid? The Psychic Readers Network (PRN) that runs the infomercials at all hours of the day and night and advertises free readings! How can this be?! If you read the fine print on the screen or actually phone, you will notice that the free reading consists of 3, count 'em, 3 minutes of a free reading. Not long enough for the speediest, most gifted psychic to tell anyone much. If you don't know this going in, you may be in for a really unpleasant surprise when you see your phone bill where you were charged $4.99/minute for your "free reading".

So why is this important? You're supposed to be telling us about working for these lines, not calling them. Fair enough! It's important because just as if you fail to understand the fine print in calling this company you will be scammed, you will also be scammed (or at least very disappointed) if you fail to understand the finer points of how working for these services is run.

PRN is the largest telephone psychic network in North America. Five years ago, they used to handle the hiring and management of readers in-house.

For one reason or another, they decided to farm this duty out to management companies (called "bookstores") to do this for them. Some of these bookstores are ethical and some are not. When they are not, PRN cares not a whit and will not help a reader to obtain his or her pay in any way. You cannot find a way to contact them on the internet or telephone directory in Fort Lauderdale, Florida and the customer service number they provide only for disgruntled callers, not workers, is simply a recording and has

EXHIBIT 2.12 PAGE 1

provided no satisfactory results for the more than 300 readers surveyed to date. Therefore, it is solely the responsibility of the reader to research the management company that he or she plans to work with **thoroughly** before singing to work with them.

## QUESTIONS TO ASK BEFORE YOU START

LEARN BEFORE YOU EARN, NOT AFTER IT'S TOO LATE...

1) How long has this management company ("bookstore"--use this word when you talk to them, they'll think you're hip to their tricks if indeed they have any up their sleeve) been operating? If they say less than a year, beware. Ask to speak to readers working with them for 12 weeks or longer to verify--<u>do not take them at their word.</u>

2) What is the full name and physical address of the manager who has offered you the position? Don't be shy about asking this. Remember, you are about to turn your Social Security number over to this person along with your address and full name. People are more reluctant to refuse to pay people who know where they reside or conduct business, not just for exciting gangster reasons but for the purpose of filing suit in the event they breach the contract with you and fail to pay as promised.

3) Ask them if you find a better deal or change your mind after you work with them for a while if they will mind if you move on. This sounds like an astonishing and perhaps off-putting thing to say to a potential employer but guess what? <u>They are not going to be your employers!</u> You will be hired at Independent Contractor status and are free to come and go as you please. <u>Click here for a full explanation of Independent Contractor status</u> as defined by the Internal Revenue Service. They provide no benefits and cannot require you to work any certain number of minutes nor at any specific times. A number of the unscrupulous bookstores have tried to threaten to withhold final checks from readers who wished to move on. Look for an employer that actually has some professionalism about their work him/herself who will be free with you and understand if your life takes you elsewhere.

4) Ask if the pay rate they are offering is tied to any specific minimum number of minutes or not. Many bookstores offer higher pay rates that one can only earn if one works 10-40 hours a week and by the way, only about 1 in 50 people surveyed claim to do this work for more than 600 minutes a week. It is a very demanding job from all accounts. Top managers who have been in this line of business say that they figure 300 minutes (5 hours) per week to be the average.

YOU MUST GET THE EXACT PAY RATE AND TERMS IN WRITING ON YOUR CONTRACT BEFORE YOU SIGN ON!

5) Ask if they pay you for addresses. They should pay you 25 cents per verifiable address that you get from a caller. Some of the unscrupulous bookstores promise to pay this but then do not. Again, you have to ask to speak with readers already with the company for more than 12 weeks to verify. Be savvy about this too. You would not believe the kind of tactics we have heard about from readers where one of the manager's family members posed as an "actual psychic readers" that worked for them and was happy to talk to them about how happy the were so, heads up!

6) Once you have the actual physical address of the bookstore, call the local Better Business Bureau to see if there are any complaints on file about the company.

EXHIBIT 2-12 PAGE 2



**THINGS TO BEaWARE OF:** 1) Some bookstores pay readers not at all if they complete less than 60 minutes in a week. Of course, any place who would do this is not ethical so it should come as no surprise that they will not tell you this until _after_ you have begun working with them and have done less than 60 minutes in a week and have not received a check. Two bookstores that we have found from our research who practice this non payment are ones that promise weekly pay and daily pay.

2) Weekly pay looks good! Unfortunately we did not find one scrupulous company that offered weekly pay in our research. Pay comes from PRN four weeks after it is earned and is paid to your bookstore for you every two weeks after that. This is a long wait and you should be aware of this before you consider relying on this as a sole income right off the bat.

3) So how about relying on telephone psychic reading work as a sole income at all? Besides the fact that your first pay will take some time in coming, you need to be aware of how calls are routed to your home number. Calls do not just come to your number all day and night 24/7 whenever you log on. They come to you most frequently if you log on after 12 am EST and then only if you have a talk time average above 20 minutes. Hey, you have an hour for each call, limited to that by the FCC, so why is a 20 minute average so difficult? Well, for one thing, imagine all of the callers all over the US and Canada who are calling for their fascinating "free" reading. Once they learn that the "free reading" is really only 3 free minutes of reading time, they will hang up after 3 minutes unless you are REALLY very engaging and talented with this.

Another reason that it is very difficult to accomplish anything in the free 3 minutes is that you are required at the beginning of each call to:

a) give your name and extension
b) give a 900 call back number
c) give an 800 horoscope number
d) ask for the caller's birth date and verify that they are at least 18--if not you must immediately terminate the call
e) ask for the callers complete mailing address

If all of that doesn't take 3 minutes to accomplish, then I'm not sure what would.

4) Do not try to arrange for this to be your only source of income right off the bat. You owe it to yourself to try it first and see if you can stand to do this enough to make that happen for you and to see if you can work the rotation system described above by having a talk time average above 20 minutes and signing on after midnight EST.

THESE RESULTS WERE COMPILED FROM INTERVIEWS WITH AT LEAST 25 READERS FROM EACH OF THE FOLLOWING BOOKSTORES WHERE THE CRITERIA WERE:

1) RATE OF PAY

EXHIBIT 2.12 PAGE 3

Telephone Psychic Readers Wanted, learn before y[...]m. How not to be scammed.           wysiwyg:/.      .tp://www.angelfire.com/amiga/expose/index.htm

2) RELIABILITY OF PAY
3) OVERALL PROFESSIONALISM
4) PROMPTNESS OF PAY
5) PROMPTNESS OF MANAGER RESPONSE
6) AVERAGE LENGTH OF STAY WITH COMPANY FOR READERS
7) SATISFACTORY ANSWERS TO ALL QUESTIONS ASKED
8) RESOLUTION TO PROBLEMS READERS ENCOUNTERED
9) MANAGEMENT UNDERSTANDING OF AND RESPECT FOR THE WORK BEING
PERFORMED
10)INSTANCE OF ILLEGAL DEMANDS ACCORDING TO LAWS GOVERNING THE STATUS
OF INDEPENDENT CONTRACTORS

THE DATA FOR THE VARIOUS CATEGORIES WAS THEN AVERAGED PRODUCING THE
FOLLOWING RATINGS:

(10 = HIGHEST, 1=LOWEST)

KENNY KINGSTON (not affiliated with PRN).....................9
PSYCHIC RESOURCES, SAN DIEGO...................................8
BLUE LOTUS, HOLLYWOOD, FL.........................................9
BUCKWOOD COMMUNICATIONS, LAS VEGAS, NV.......1
WE CARE, FT. LAUDERDALE, FL........................................3
VISIONARY RESOURCES....(data incomplete as of 8/23/00)
WAID ENTERPRISES..............................................................2

Often times, you will not know which of these bookstores you are singing up with until you see a copy
of the contract. Read your contract very carefully. Be sure the rate of pay is stipulated on it in writing.

Print this page and have it on hand when you speak with a representative from the bookstore!

Once you are signed with one of them, it is rather cumbersome to change companies. If you sign with
one and see signs of trouble, no pay or slow pay and want to change, you will need a new phone number
as PRN will not issue an extension on a number that has been used before with them, even years in the
past! Remember, nearly every bookstore recruits for PRN, whatever name the may hold as brokers and
bookstores in their own right. Find out up front what is best for you.

We offer survey forms by e-mail attachment if you have experience with telephone psychic work with a
major company and would like to contribute data.

Also, if you have any questions about any of the material in this site, please contact me, Rea Pearson, at
my e-mail address ReaPearson@yahoo.com.

EXHIBIT 2.12 PAGE 4                                           NM

# The Consumer
## Information & Protection
# Webring

### Dale O. Feinstein

| Ring Homepage | List All Sites in Ring |
|---|---|
| Skip Previous Site | Skip Next Site |
| List Previous 5 Sites | List Next 5 Sites |
| Previous Site | Next Site |
| Random Site | |

EXHIBIT 2.12 PAGE 5

12/4/2001 10:53 AM

2

FEDERAL TRADE COMMISSION

In the Matter of:                    )

Access Resource Services            )   Matter No. 0123084

                                     )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )

                                         October 25, 2000

The following transcript was produced from a live tape provided to For The Record, Inc. on August 30, 2001.

EXHIBIT 2.13 PAGE 1

3

**P R O C E E D I N G S**

-   -   -   -   -

**BUCKWOOD TRAINING TAPE**

ED:  Are you here for the meeting?  Hello?

CHARLOTTE:  Hi.

MIKE:  Come on in.

ED:  You are?

CHARLOTTE:  Charlotte.  Are you Ed?

ED:  I'm Ed.

CHARLOTTE:  Hi, Ed.  Hi, everybody else.

GROUP OF PEOPLE:  Hi.

ED:  Charlotte, were you referred by somebody or you called on the ad?

CHARLOTTE:  Ad.

ED:  You called on the ad, okay.  Sign in and take a seat.  Somebody give her the yellow pad.

Hi, you are?

PATRICIA:  Patricia.

ED:  Hi, Patricia.

PATRICIA:  (Inaudible) see you made it.

UNIDENTIFIED FEMALE:  Hi, Patricia.

ED:  You --

PATRICIA:  I have someone else coming, too. Janet.  Yeah, Janet's here.

ED:  Okay.  Sign in and take a seat.  Mike, if

EXHIBIT 2.13 PAGE 3



4

we run out of folding chairs, there's two rolling chairs in there, okay?

MIKE:  All right.

ED:  And after that, they sit on your lap. That's just the women.

(Laughter).

ED:  Because I get my pick of the litter.

(Laughter).

MIKE:  It took eight minutes to have his first joke.  I mean, (inaudible).

(Laughter).

ED:  (Inaudible).

MIKE:  (Inaudible) today.

UNIDENTIFIED FEMALE:  That's not a joke, though.  He's serious.

ED:  We're being taped tonight and recorded. So, I'm going to have to keep the jokes down, okay?

UNIDENTIFIED MALE:  Oh, come on.

UNIDENTIFIED FEMALE:  I told him that it was everything but the shoot 'em up stuff tonight.

ED:  But since we're all adults here, I like the one about the women that says -- the man said to his wife, honey, how come you never tell me when you have an orgasm?  She said, well, darling, you're never there.

(Laughter).

5

UNIDENTIFIED MALE:   (Inaudible) Ed.

(Laughter).

ED:   I'm sorry, I'm sorry.  This is a fun business.  When the meeting gets started, you're going to (inaudible) this is a fun business.  You're going to look at it that way.  It's the easiest job you'll ever have. I don't say it's the most money because --

**(Break in tape)**

ED:   -- I don't know what you made before. It's the easiest money you'll ever make.  We'll talk about that.

I guess everybody's here?  Okay.

Let me start off by saying my name is Ed Sider (phonetic), I'm the national broker for the company.  My son, Scott, is co-broker with me.  Together we're known as Buckwood Communications.

I want to start off by first telling you a little bit about the industry in general, our network within the industry, and then our group within that network.  Okay?

Interrupt me at any time you have any questions.  There's no such thing as a foolish question. Okay?  If you look like you're going to itch, scratch something, I'm going to call on you.

Yes?

EXHIBIT  2.13  PAGE  4

6

UNIDENTIFIED FEMALE:  Are you taping this, too?

ED:  Yeah.

UNIDENTIFIED FEMALE:  (Inaudible).

ED:  Yes.

UNIDENTIFIED FEMALE:  Oh, oh, okay.

ED:  She's doing an audiotape, he's doing a videotape.

UNIDENTIFIED FEMALE:  Okay.

ED:  And I strip after the meeting, so --

UNIDENTIFIED FEMALE:  Oh, okay.

ED:  Okay?  You're going to want to stay for that.

(Laughter).

ED:  Okay.

UNIDENTIFIED FEMALE:  But keep the camera rolling.

(Laughter).

ED:  The psychic industry is a real phenomenon. When I started about five years ago, the industry was doing about $50 million of business a year.  Last year, they did $800 million, and this year, they're already at (inaudible).  So, you're in a business that's growing and will continue to grow.

There are several reasons for this.  I'm going to mention a couple of them.  One is our society is

EXHIBIT  2-13  PAGE  5

7

structured very differently today.  You don't have the grandparents, parents, children and grandchildren all in the same household having three meals a day discussing things anymore.  People are spread out, they're lonely, they want to talk.  They want to reinforce their own opinion.  They also want to ask advice.  We get a lot of calls in these categories.

Also, we don't treat the elderly too kindly in this country, okay?  Many societies, such as the Asian society, they revere them.

Are you here for the meeting?

RAWLEY:  Yes.

ED:  Good.  Give him some rolling chairs.  Your name, sir?  Your name?

RAWLEY:  My name is Rawley (phonetic).

ED:  You're buying dinner for everybody tonight, it looks like, right?

RAWLEY:  Everyone ready?

(Laughter).

ED:  Okay.  We'll get you some rolling chairs in there.  Did you bring somebody with you?

RAWLEY:  Yes.

ED:  Is that -- does this person have the same telephone number as you?

RAWLEY:  She does.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 2.13 PAGE 6

8

ED: Okay. Now, only you have to sign in, okay? Because we (inaudible). Okay, we'll get you a seat.

Okay. As I said, we don't treat the elderly too kindly. We think (inaudible) they walk slow, talk slow, act slow, drive slow because they do. Is that for me?

And as a result, these people are shunned in society. The economics of our society today are such that they generally have their own household, and as a result, they're alone and they're lonely, for the reasons I mentioned before, they will be calling our line.

Finally, there's a hard core of people, about 30 percent, that really believe in the psychic phenomenon. They don't make a move without checking their horoscope or astrological sign. Two first ladies, as you know, are very much involved. I understand there might be a third one.

So, as a result of these reasons, and I'm sure there are others, you're in a business that's growing and that will continue to grow. Okay?

Now, let's talk a little bit about the network. The main name of the network is the Psychic Readers Network. However, we go under a lot of different names, and that's not for purposes of subterfuge, but we're the

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 2·13 PAGE 7

9

only ones virtually that's advertising on TV.  Our network does 85 percent of the business I just mentioned to you.  Okay?  And there's about another three or four networks scrambling for the other 15 percent.  Most of those are in and out of business in six months or so.

We're virtually the only ones advertising on TV.  We're on 22 to 24 stations.  If you see an ad, it's us.

The reason we use different names is if they -- somebody calls and they get what they consider an unsatisfactory reading, they won't call that number again.  They'll call another number.  They may still end up getting that same person again, because it all funnels back into us.  Okay?

The network is listed on the Stock Exchange.  We're governed by the FCC.  We're the oldest network, also, since the inception of the business, which was about nine years ago.

There are lots of reasons for the network's success.  Our home office is in Florida.  So, one of the first things you really want to get to know is that everything we're going to be talking about when we talk about time is going to be Eastern time.  Okay?  Our computer centers are data'd around the country and these are not, you know, the kind of computers we're using at

2·/3   8

10

the house, these are multi-million dollar computers.
They do things, I don't even know how they do it.  I'm
still having trouble with the push button phone.  But I
get amazed at the kind of things that these computers can
do.

As a result of my son and myself, our effort,
the center of this business has really moved to Las
Vegas.  So, our payroll right now is done right here in
Las Vegas.  The data processing is done right here in Las
Vegas.  The access codes that you would need to log on
with is given out right here in Las Vegas within hours.
It doesn't mean too much to some of you new people, but
believe me, that's a big, big advantage.  Okay?

The main reason for the network's success is
back-to-back calls.  Nobody would do this business if
they had to wait four or five hours for a call.  Okay?
Everybody here is going to start out with back-to-back
calls, and I mean back-to-back calls.  If you want to
tinkle, you better tinkle first before you log on.  You
can carry a jar with you, but you really have to be very
careful because the calls come (clapping hands) so fast.
I'm going to show you in a few moments how fast they
come.

Thereafter, your call frequency is determined
by your average call-in.  Now, average call-in is a term

EXHIBIT 2.13 PAGE 9

11

you're going to hear throughout your career.  Average call-in is very important and let me tell you why it's important.

Most of these calls come in on some free minutes.  You get paid for the first minute to stay ahead.  I get paid for the first minute.  I'm sure there's another joker someplace getting paid for the first minute, too.  You get paid whether or not they pay their bill.  I don't know of any other business where if the product or service is not paid for, you still get your commission.  Believe me -- believe it or not, about 30 percent of the people do not pay their 900 bill.  That's why our rates are so high.

If they call and they get to somebody before they get to you, if they call and they put it on a credit card, the rates are like half because we know they've already paid.

So, the company has, of course, the advertising and the computers and the data processing and all this other stuff.  It takes the company about a 15-minute average to break even.  So, therefore -- I'm going to start with names now.  What is your name, ma'am?

JEANNIE:  Jeannie.

ED:  If Jeannie has a 10-minute average and Paige -- I remembered -- has a 20-minute average, where

EXHIBIT 2.13 PAGE 10

12

do you think the computer's going to start throwing the calls?

JEANNIE:  Paige is going to get them.

ED:  Paige is going to get the higher frequency of calls.  Now, the beauty of our system, if Jeannie, the next day, turns around with a higher average call-in for that day, it changes every day.  You follow?  Then she can get right back-to-back-to-back calls.  Okay?

So, average call-in is going to be -- is very important.  We're going to always be talking about that.  Okay?

That pretty much covers our network.  Now, I want to tell you about Buckwood Communications.  That's myself and my son.  We're the largest group within the network.  As I already told you, we do the payroll right here in Las Vegas, and that's a big advantage for you, because if the checks are cut on Monday, you'll have them in your hands Tuesday.

We also have courier service if you want it. You pay for that.  And I'll tell you a cute little story about that.  If you want courier service, the checks are cut Monday, you'll have it Monday.  These are local checks, Bank of America.  Also, any of the major casinos are very happy to take our checks, which is not necessarily doing you a favor, do you understand?

13

Because you're walking through a casino with a fist full of cash. That's why they have the (inaudible).

The only thing about courier service, I had a gal about -- oh, it's been about six months now -- who was really up against it. She was a young gal, no family in town, she was about to be evicted. She had $20 in her pocket. She heard about us, heard about the fact that we had daily pay. That's one of the advantages (inaudible). And so, she started working the line. And she wanted courier service because the landlord wanted her out. She said, well, I'll have a check tomorrow.

And she went online and, sure enough, the job required -- you have to do seven hours minimum to get a daily check, which she did a lot more than that. Her checks came out, the courier delivered her checks that day, the next day, the day after. On the third or fourth day the courier said, what are these checks that you keep getting from Buckwood? So, she showed him the stubs, $172 something, whatever. To make a long story short, the courier came to our next meeting and is now one of our managers.

(Laughter).

ED: And, by the way, there's a cute end to this story, this girl is still with us. I just got a call about three weeks ago from someplace where she was

EXHIBIT 2.13 PAGE 12

14

buying a car.  She puts us down as a credit reference.

It makes me feel good that she's now in a position not

only to pay her rent, but she's able to get a car.  I

feel very good about that.  Whenever I see people get

helped in our business, we help an awful lot of people,

that makes me feel good.

Let's talk about -- more about Buckwood.  We're

the only ones with an office.  I require that you come to

the meetings.  Some groups would say, I'll mail you a

package.  I find that doesn't work.  It lessens your

chance of success.  Beside my bad jokes or whatever, I

hope you're going to get something out of the meeting.

In addition, as I said, doing the payroll here

is a big advantage for you, because not only are you

going to get the checks fast, but if you have any

questions, you call me, I do a payroll inquiry and I'll

have an answer for you within hours.  You know, if your

check is lost or something like that, which does

occasionally happen.

Also, we're the oldest and largest group.  We

have the highest call-in average.  Our average call-in is

25, for example.

So, if you get off to a slow start, which

happens occasionally, we can carry you through the

(inaudible).  And because we do the extensions right here

EXHIBIT 2·13 PAGE 13

15

-- as I said, my son's the computer whiz.  As I said, I'm still fighting the push button phone.  He could get you an extension within ours.  So, we can start rolling in the back-to-back calls.  In other words, we're going to really try to help you succeed.  We don't make a dime unless you make a dime, okay?  We don't make the same dime, but we do all right.  Okay?

Also, the -- we give you a lot of TLC.  You can call me 24 hours a day, 7 days a week.  You won't get me 24 hours a day, 7 days a week.  I shut my phones off at 11:00.  And, unfortunately, at the present time, I sleep alone, but my son sleeps with a pager, and therefore, if you have a particular problem and it's an emergency, you can't reach me -- I'm trying to talk him out of it, you understand, but he's a lot more ambitious than I am.  You can call him and he'll be able to help you, perhaps.

Are you here for the meeting?

TIMOTHY:  (Inaudible).

UNIDENTIFIED FEMALE:  Come on in.

ED:  And your name is?

TIMOTHY:  Timothy.

ED:  Are you buying breakfast tomorrow?  We already have somebody buying dinner.

(Laughter).

ED:  Is there a folding chair out there?

EXHIBIT 2·13 PAGE 14

16

UNIDENTIFIED FEMALE:  All the people are gone from the building now.

ED:  I'm sorry?

UNIDENTIFIED FEMALE:  The doctor is going from the building now.

ED:  Okay.  When you call me, you're going to be leaving your name and your extension number, which we'll talk about in a moment, and your telephone number, and I'm pretty good about getting back.

What is your name, please?

TIMOTHY:  She is my guest, Sylvia.

ED:  Oh, okay.

TIMOTHY:  And I'm Timothy.

ED:  Do you have separate telephone numbers or just one?

TIMOTHY:  The same telephone number.

ED:  Okay.  Only you have to sign in, because we only issue one extension to each telephone number, okay?

TIMOTHY:  Okay.

ED:  (Inaudible).  Do you know how many referrals we get?  This is an amazing business.  People are dying to get in.  And the reason is, there's no investment, you can pick and choose your hours, money's pretty good.  You follow?

EXHIBIT 2.13 PAGE 15

17

I've got one gal that does it in her backyard nude (inaudible)?  I, of course, would like to deliver her checks, but she won't let me.

(Laughter).

ED:  So, these are the main reasons why Buckwood has succeeded and why you should know you're with the largest and oldest group, and we're here to try to help you succeed.

Any questions on what I've covered, the industry, the network?

(No response.)

ED:  No?  Okay.

The first form I'm going to give you, you won't make any money on, which is a nice way to start a meeting, right?  Take one and pass it, please.

UNIDENTIFIED FEMALE:  Did you sign in?

TIMOTHY:  I haven't signed in.  I don't know where to sign.

UNIDENTIFIED FEMALE:  Yeah, I don't either.

ED:  Where's the yellow pad?

UNIDENTIFIED FEMALE:  Oh, there it is.  Thank you.

ED:  Okay.  I'm going to start some down this end, but when you get to the end, please give me the extras.

EXHIBIT 2.13 PAGE 16



18

One of the first things -- one of the first things I want you to understand about this business is that you're here to do good.  This is not a rip-off of the public, this is not a scam.  If you don't have that attitude, you're not going to succeed.  You're here to do good for the people.

Once in a while you're going to get somebody call you that thinks bad things about themselves. Generally, by talking to them, you can bring them around. That's really why they're calling, you understand, right?

However, sometimes you're going to feel that it's getting out of hand.  That generally applies to domestic abuse or it may be hysterical (inaudible) or something like that.  If you feel this is something that you can't control, then I want you to turn them over to one of these crisis hotlines that I provide for my people.  You won't make any money on it.  Of course, you get paid for the call, you understand, but you won't get paid for turning them over, even though there has been exception to that.  You'll feel better about it.

I'll tell you a little story about that.  I had somebody about -- this was about three years ago now.  A male reader of mine was talking to a woman and she said her ex-husband, a convicted murderer, had just escaped from jail.  While she's talking to my reader she goes, my

EXHIBIT 2.13 PAGE 17

19

God, he's trying to break in the window.  So, my reader used his head, he hung up, called the local police department.  This was in another state, but apparently they had (inaudible) lines.  The police came down and arrested him.  My reader got a $10,000 reward.

Now, that's the only one I know of, so I'm not promising you you're going to get a reward.  But more important than the money, he may have saved her life, and that's the attitude I want you to have.  Okay?

Now, when the psychic industry started, it had a negative connotation, because the 900 numbers were primarily used for sex lines.  So, let me say right now, this is not a sex line.  You'd get guys (inaudible) but nobody did.  Once in a while, you're going to get somebody cute who's going to say, what are you wearing, do you mind taking your blouse off while you talk to me.  You tell them, this is not that kind of service, there are services like that.  Let me show what I do do.  Some you'll save, some you won't.  If it gets too graphic and too obnoxious, hang up.  You'll have no problem with me, okay?

You're not asked to do anything that makes you uncomfortable.  It's really up to your level of tolerance.  Everybody has their own personal level of tolerance.

EXHIBIT 2.13 PAGE 18

20

I had a black guy here about a month ago.  He said, if I'm talking to somebody and he wants to talk and I'm making money, I don't -- I'll talk to a member of the Ku Klux Klan.

(Laughter).

ED:  That was his level of tolerance.  When I worked the line, I wouldn't speak to anybody who made any racial, ethnic or religious slurs.  That's my level of tolerance.  I embarrassed many an ex-wife by jumping in at a social gathering and saying, what did you say, you know?  Why did you say that, she said, you embarrassed me.  Well, that's my level of tolerance.

We get a lot of girls over from the adult line.  They come here -- first of all, it's more money.  They don't have to keep the phone to their ear all night, and you get a little tired of (inaudible) all night and they burn out.  They, perhaps, are in the position that if somebody gets a little cute, to handle that better than some of you.  Okay?

However, again, it's your level of tolerance.  I don't want to scare you and say that you're going to get a lot of obnoxious calls, you're not.  But once in a while, like in any other walk of life, you're going to get somebody that's going to be a pain.  Okay?

Okay.  Now, we covered that.  I know everybody

EXHIBIT 2.13 PAGE 19

21

except Paige came to do good, so now we'll talk about money.

UNIDENTIFIED FEMALE:  You want me to send some down this way?

ED:  Why not.  Take one of these and pass it, please.

You decided to stop filming, huh?

UNIDENTIFIED FEMALE:  (Inaudible).

ED:  Oh.

UNIDENTIFIED FEMALE:  Smile.

ED:  I thought you should let me know, I would have worn a tuxedo.

UNIDENTIFIED FEMALE:  I should have (inaudible).

ED:  By the way, I have three new managers here tonight.  Why don't you say hello.  Susan, say hello. Susan's a new manager.

SUSAN:  Hi, everyone.

UNIDENTIFIED MALE:  Hi, Susan.

ED:  We have Marilyn, who's a new manager.

MARILYN:  Hi, everyone.

ED:  And Mike.  Mike --

MARILYN:  (Inaudible).

ED:  Marilyn and Mike.

MARILYN:  (Inaudible).

EXHIBIT 2.13 PAGE 20



22

ED:  Okay.  That's all your new managers.  And my assistant, by the way, is Diane.  So, if you -- if you can't reach me or there's something you need particular help on, she'll be there to help you as well.  We really try to give you back-up, okay?

By the way, all three of these managers have been with us less than a month.  So, if management is your bent, we want to talk to you about it, okay?  We're always interested in managers.  We have 30 or 40 around the country, and these particular people have a good background in that area.  So, we moved them along kind of fast.  Okay?  But we usually do move them along within a month or so.

Okay, let's get back to compensation.  You were told that our full-timers earn about $3,000 a month and our part-timers around $1,500 and that is true.  And let me explain how it works.

We'd like to see everybody do 20 hours a week.  That's what we consider part-time.  We're not going to terminate you if you do under 20 hours a week.  You're an independent contractor.

If you do at least one hour in the pay period -- again, let me define the term -- the 1st through the 15th, the 16th through the end of the month.  If you do at least one hour, we're going to pay you, even

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025            EXHIBIT 2.13 PAGE 21

23

if we have to track you down.  And believe me, we have people that do an hour, they forget all about it, they lose (inaudible).  We find them and pay them.  It costs us a lot more to pay them for that hour than you would think it might, but we have a good reputation and we want to keep it that way.  Okay?

So, if you do at least 10 hours in the pay period or 20 hours a -- excuse me, 10 hours a week or 20 hours in a pay period, your base pay would be $10.  In other words, 1,250 minutes in a pay period, 20 hours a week would be 1,200 minutes, right?  If it's a little over -- it's a little under 21 hours any pay period, your base pay is $10.

In addition, you get 25 cents for each name and address that you capture.  I'm going to show you how you do that in a little while.  And a new thing we have, which we're still sorting out, you get 10 cents for each e-mail that you capture.  However, that's the only inaccurate part of our compensation.

So, I'm going to tell you that I was told don't count on that because if you capture an address and the computer already has it, it won't pay you.  If you write in script instead of printing and it goes to a $5 an hour data processor, they won't pay you.  If you write in red ink instead of black ink, they won't pay you.  You follow?

EXHIBIT 2.13  PAGE 22

24

So, every pay period I've got somebody calling me up and saying, Ed, I got a check for 822, it's supposed to be 824.  I can't help you.  I'll fight to the death for your minutes, but I can't help you on name and addresses or e-mails because I really don't know the condition of your address that you sent in.  Okay?  But you will get something.

So, if you do 20 hours a pay period, that's 10 hours a week, that's about an hour and a half a day, your base pay will be 10, you should earn around 50 cents for names and addresses, somewhere in the general area.  You'll be earning 10.50 an hour with us.

As I've told some of you, we do not withhold taxes.  You're an independent contractor, you get a 1099 at the end of the year.  If you earn 10.50, 10.50 is what the check's going to show, okay?

Now, some of you want to do at least 20 hours, which is what we'd like to see as a minimum for part-time.  If you do slightly more than 20 hours -- 20 hours a week would be 2,400 minutes in a pay period.  If you do 2,500 minutes in a pay period, you're eligible for your first bonus, and let's take a look at it.  You can see if you do 2,500 minutes in a pay period, you get a $25 bonus.  That's about 20 hours a week.  That's worth 65 cents an hour.  Trust me, we've done the division.

25

So, 20 hours a week, you get a $10 base, 65 cents for that bonus, your names and addresses will certainly bring you in a little over $11.  That's what you'd be earning with us.  Okay?

Now, some of you want to do more than 20 hours a week, but not yet full-time.  So, if you look at the top paragraph here, we have a category for 3,500 minutes.  That actually is less than 30 hours a week.  This time is less.  Thirty hours a week would be 3,600 minutes in a pay period, right?  At 3,500 minutes, your base pay, retroactive to your first dollar, for your first hour, goes up a dollar.  So, now you're going to be earning $11 an hour with us.  The bonus goes up real slightly, like a nickel, 70 cents for your bonus, bonuses, there will be several of them in there, and your name and address money will bring that up to somewhere in the $12 and change area.  Okay?

Questions?

(No response.)

ED:  Okay.  Now, some of you will want to do full-time.  How many hours a week is generally considered to be full-time, anybody?  Forty hours, you're definitely considered full-time.

However, our full-time is different than anybody else's full-time.  Correct me if you think I'm

EXHIBIT 2.13 PAGE 24
AGE

26

wrong.  Most full-time jobs, you get up, shower, shave, make-up, sometimes you girls shave and make-up, drive to work -- we don't have to do that right now.

(Laughter).

ED:  Drive to work, lunch, drive home from work.  Correct me if you think I'm wrong, but most full-time jobs, you put 10, 11 hours in and get paid for 8.  Is that true?

Okay.  With us, you get up, put on your trusty robe.  I've worn three of them out when I worked the line.  Have your coffee, tea or scotch, whatever you like in the morning, dial an 800 number, and the money comes out of the phone.

Now, I always have said that, and then somebody said to me the other week or two weeks ago, I did this and no money came out of the phone.  It really doesn't come out of the phone, you understand.  That's figuratively, not literally, okay?  He took me at my word.

So, if you put the same full-time effort in with us as you do on most full-time jobs, you'll be eligible for these extra bonuses, and let's take a look at them.

If you do 6,000 minutes in the pay period, still less than you do in most full-time jobs, you get a

Exhibit 2.13  PAGE 25

27

$100 bonus.  See that?  And if you do 7,000 minutes in a pay period, which I did regularly, you get a $200 bonus. That will bring your pay into the $14 and change area. Okay?

Now, do I have everybody doing that kind of job?  No.  Do I have a high percentage of people doing it?  No.  But you got to remember, that kind of effort, that kind of job is going to give you somewhere between $35,000 and $40,000 a year.  And I don't know of too many jobs -- because it's pretty damn hard for you to invest more than $50 a year in this business, work from the house, pick and choose your hours -- my blonds tell me they don't have to do their roots, whatever that means -- where you can make that kind of money.  Isn't that true?

Okay.  And there's another thing to remember, which is one of the early things I want you to remember. This is your business.  I'm not your boss.  The computer's your boss.  This is your business.  If you want to close your store at 2:00 in the afternoon, close it.  If you want to keep it open till 4:00 a.m., keep it open.

I can always tell when people need money.  They go along at a certain level of production and, boom, they spike up.  We get a lot of that around this place.

(Laughter).

EXHIBIT 2.13  PAGE 76



28

ED:  We get a lot of that about this time of year, because Christmas is coming, people need money.

This is the only time we'll meet.  Unless you go into management or you're single and like older men, this is the only time we're going to meet.  But I do talk to my people on the phone a lot.  I have people that have been with me four or five years.  I get to know a lot about them.  I can see their production spike up.  I'm like, what's going on, Mary?  Well, it's (inaudible) or I'm saving for a boob job or something.  Whatever it is, they need the money, they can put forth the effort.  Very few businesses you can do that.

The girl that runs this office out here, she leaves at 5:00.  If she needs more money, she can't go to the boss and say, you know, I'd like to stay till 10:00 tonight.  He'd say, what are you, crazy, we close at 5:00.  If you think you need more money, log on more often and stay on longer.  Our lines are busy 24 hours a day, 7 days a week.  Okay?

Let's go on.  There are two or three instances where we get less than $10 an hour as a base, let me tell you.  It shouldn't apply to anybody here.  Let me tell you what they are.  If you start at the end of the pay period, with a day or two left, you may not have a chance to do the 20 hours, even though, believe it or not, we

EXHIBIT 2.13 PAGE 27

29

have people do that in a day or two.  Or what if you're sick during most of the pay period, we don't pay for sick time.  Or if you're vacationing most of the pay period, we don't pay for vacation time.

But everybody here has six, seven days, about a week left of the pay period, you should have no problem doing 20 hours, okay?

The other thing I wanted to mention is that -- well, I think I mentioned that already.  So, you know about when we don't pay.  We do pay -- 95 percent -- this is what I wanted to go over.  Ninety-five percent of the people have at least a $10 base, unless you start with one or two days in the pay period or you're sick during most of the pay period.  Everybody understand that?

Okay, let's go on.  You must take at least one call the first or second day of each pay period.  That means the 1st or 2nd of the month or the 16th or 17th of the month.  Let me tell you -- or you'll be docked.  Let me repeat that.  You must take at least one call lasting at least one minute the 1st or 2nd day of each pay period or you'll be docked five cents a minute for that pay period.

Now, I have never had anybody penalized for this.  It's real simple, but first let me tell you why it's there.  As you probably can see, a lot of our

EXHIBIT 2.13 PAGE 28



30

incentives and money come from bonuses and incentives type thing, right?  And human nature being what it is, most people go along and the last two days of the pay period, they bust their fanny to make their incentives and bonuses.  You follow?

I get stats once a week, but you know each day what you've done, and it's very important that you keep your records.  Every pay period, I have somebody who has 2,490 minutes or 3,490.  Remember, if you have 3,400 minutes and you don't work that last hour in that pay period, do you know how much that last hour's worth to you?  Anybody have any idea?  How's $71?  Because you get a dollar an hour retroactive on all 60 hours, plus $11 for that hour.  So, that's why it's important for you to keep your records.  We don't want you to miss any of these bonuses, okay?

So, human nature being what it is, everybody fights at the end of the pay period.  Our lines are well covered because they have certain barriers (inaudible).  This is whichever level they're shooting for.  And then the first or second day of the pay period, we don't hear from them.  Why?  Because they're conked out.  If you do 10, 15 hours in a day, that's a lot of work, okay?

As a result, the lines aren't covered and we've missed out -- we used to miss thousands of calls.  So,

EXHIBIT 2.13 PAGE 29

31

we're asking you to take at least one call lasting at least one minute the first or second day of each pay period.  Now, you're exempt for the 16th and 17th of October, but you will have to take a call the 1st or 2nd day of November.  Everybody understand that?

Now, as I said, I've never had anybody penalized.  It's real easy to do.  Anybody here have any young children?  Okay.  If you have laryngitis on the 1st and 2nd of November and you can't talk, dial an 800 number, put the kid on the phone, let the kid say ga-ga, hang up, you've qualified.

(Laughter).

ED:  Okay?  That's a little exaggeration.  The kid has to say ga-ga for a minute.

(Laughter).

ED:  But you understand what I'm saying.  It's really -- now, obviously, we'd like to see you take more than one call.  Obviously, we'd like to see you stay on more than a minute.  What we're at least going to get you to do is to log on during that time when most people are recuperating --

**(END OF SIDE A, TAPE 1)**

ED:  -- it's so easy, okay?

Let's go on.  Let's talk about advances.  This is very important.  We're the only ones that do this, so



32

take advantage of it.  If you do 7 hours in a day with an 18 average, you can pick up your check the next day for that full amount.  Remember I just explained about this girl about to be evicted?  I can tell you other situations, maybe not as dire as that, where people need money right away, we can get them the money right away.  We wait for our money, we don't care.  We know it's coming.  Money's not a problem with us.

If you do 20 hours in a week, Monday through Sunday, we cut your check the end of the following week for that full amount.  No, excuse me, 75 percent of that amount.  You always get the other money, but you don't get it advanced, because we have a little incentive.  If you do 30 hours a week, Monday through Sunday, again an 18 average, we cut your check at the end of the following week for the full amount.  Those checks are always over 300 and some odd dollars, minimum.  Okay?

More than half our people are on weekly.  We want you to be on weekly.  Why?  Well, several reasons.  Well, you're happier, you're getting a check every week.  Because if you don't do daily or weekly, your first check takes a while in coming.  It takes three weeks after the pay period ends to get the download from AT&T.  The checks go out in the following week.  But that's a long time to wait.  You follow?  So, you want to get on daily

EXHIBIT 2.13 PAGE 31

33

or weekly.

Then, thereafter that, by the way, if you do wait, the checks come out every two weeks. Okay? And we have some people that don't want daily or weekly. They'd rather get a check twice a month, because they say one of them goes to the rent or something, so they want it that way. That's up to you.

Daily, you must notify me. We must break into the computer to cut you a daily. Weekly, you do not. We assume, unless you notify us differently, that everybody wants weekly. I want to be clear on this. Does everybody understand this?

Okay. The other thing about this is that -- well, I've covered that, okay. So, that's taken care of.

The pay periods -- normal pay periods are the 15th and 30th of the month. Now, if you are weekly with us -- and this is going to sound confusing -- you're going to get six checks a month from us. You're going to get four weeklies and two, what we call, clean-up checks. Because we don't advance on the quarters, we don't advance on the extra dollar an hour, we don't advance on bonuses. Why? We don't -- obviously, we don't know what it is until the end of the pay period, so we can't advance on that.

But you are -- when the pay period's over, we

EXHIBIT 2.13 PAGE 32

34

will give -- when your regular pay is due, we will give you that, what we call a clean-up check.  Those checks sometimes can be a couple hundred dollars.  Okay?  That picks up the dollar an hour.  If you did over 3,500, it picks up the bonuses, if any.  It picks up the 25 percent that you didn't get if you did only 20 hours.  You follow?  Except the names, addresses and e-mails.  Everybody understand that?

Okay, let's go on.  Did I miss anything?

UNIDENTIFIED FEMALE:  No, you're just absolutely perfect.

ED:  I don't mind.  Flattery will get you everywhere.  Yes, ma'am?

UNIDENTIFIED FEMALE:  Okay.  With us having small children, there's certain times when we don't have quiet time.  Can you log on and log off and log back on the same day?

ED:  Isn't that a wonderful question?  She sounds like I planted her.  You can log on from your home phone 24 hours a day, 7 days a week, right around the clock whenever you wish.  If you get up at 2:30 in the morning and you can't sleep, log on, and figuratively, the money comes out of the phone.  Okay?

UNIDENTIFIED FEMALE:  Um-hum.  (Inaudible).

ED:  Maybe -- you're right.  Very good -- very

EXHIBIT 2.13  PAGE 33

35

good (inaudible).  Maybe they'll have that someday.  I wish they would.

UNIDENTIFIED MALE:  So, what's prime time in this business, Ed?

ED:  Okay.  Now, here again, you've got to get used to what I talked about when I said average call-in.  I use an example.  If somebody dropped a nuclear bomb on New York City, pretty big news, right?  And you had a 25, 30-minute average, you would still get back-to-back calls.  Everything is based on your average call-in.  If you have an average call-in of the high teens or better, you're going to get back-to-back calls right around the clock.  If you're about 15, 16, then you might be a little slow around 5:00, 6:00 a.m. or 5:00, 6:00 p.m.

The longer calls come at night.  That's obvious.  Why?  We have a big advantage here on the Pacific Coast.  When it's 9:00 our time, it's midnight Eastern.  Most of our calls come from the Eastern time zone.  People call you 12:00, 1:00 in the morning, they want to talk.  You follow?

During the day, there's interruptions at the door, the kids, cooking, work, whatever.  You follow?  That -- you know that, right?  That's why evening hours are the best for average call-ins.  But I have a lot of people that work during the day.  The best people -- I

EXHIBIT 13  PAGE 34



36

don't mean best people, but the best earners seem to work like this.  They work three or four hours at night.  They go on at 9:00 for three or four hours.  They still go to bed at a decent hour.  Their husband is upstairs watching TV anyway.  And they do two, three hours during the day.  That will give you a nice, fat check.  You follow?  You break it up.

You can break it up as often as you wish.  You can log on and log off as often as you wish during the day.  There's no cost for that.

Many of you will have just the one line, and a personal call can sneak in.  If a personal call sneaks in, you want to get rid of it.  You want to say, Mary, I can't talk to you now, I expect to be off in another two hours, I'll call you back.  She says, you got to talk to me now, I found out I'm pregnant today or I got engaged or whatever important reason it is.  Then you say, Mary, all right, let me log off and then I'll call you back. You can log off and log on as often as you wish.

UNIDENTIFIED MALE:  Why can't we give her the psychic number?

(Laughter).

UNIDENTIFIED FEMALE:  Yeah, that's a good idea.

UNIDENTIFIED MALE:  You want to talk, call me on this number.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 2.13 PAGE 35

37

ED:  Okay, you'll make money because somebody else is going to call.

(Laughter).

UNIDENTIFIED MALE:  If you can't make money off your friends, who can you make money off of?

ED:  The point is that you don't want to take -- the computer tries to reach you while you're on a personal call, we will know that and they'll put you in the penalty box and delay your next call for at least five, ten minutes or longer.  Okay?  So, you do want to get rid of those calls.

You want to pick up the ring between the first and second ring.  If you wait too long, the computer's so fast, you'll pick up dead air.  It's gone to somebody else and rang.

Yes, sir?

UNIDENTIFIED MALE:  Are the checks mailed to us?  Do we have --

ED:  Mailed to you.

UNIDENTIFIED MALE:  Okay.  (Inaudible).

ED:  They're mailed to you.  Or we do have courier service, as I mentioned.  Did everybody hear that?

UNIDENTIFIED MALE:  No.

ED:  You pay for it.  If you want the courier

EXHIBIT 2.13 PAGE 36

38

service with the money -- I'm not saying you do, you look very wealthy to me -- we can cut you a check that day and you'll have it in your hands that day.  You pay for that way.  It used to be 8 bucks.  Now, it's 12.  I guess there's a surcharge.  Okay?

UNIDENTIFIED FEMALE:  What if (inaudible) can you forward it?

ED:  Good question.  Boy, we've got planted questions.  Our maximum call-in, governed by the FTC, is 60 minutes.  You'll hear a buzz about 56 minutes, telling you the call is about to end.  Only you will hear the buzz, they won't.  You want to exit the call gracefully.  Make sure they have what we call the callback numbers, which you'll know about in a little while, because you're going to have new clientele over a period of time.

We are experimenting now with 80-minute calls.  So, you never stop the call.  You go as long as you can.  Because remember, by credit card, they could buy sometimes for two hours.  You follow?  You just go as long as you can.  You'll hear a prompter before they get to you, and they'll generally say a maximum of 60 minutes.  That doesn't mean it's going to be 60.  That means it can be 60.  Okay?

You never stop a call.  If you want to talk more, fine.  Sometimes you're going to get into it with

EXHIBIT 2-13  PAGE 37

39

somebody and it stops at 60 minutes and they'll call you right back and they get you. I've had people that have three 60-minutes back to back with that person.

UNIDENTIFIED FEMALE: Me.

ED: You've had that?

UNIDENTIFIED FEMALE: I've had that.

UNIDENTIFIED FEMALE: So, they have to hang up and call you back?

ED: Yes, they do.

UNIDENTIFIED FEMALE: Call me back. And she was using a credit card, so she had to go through the whole credit card thing. But she got me three times in a row.

UNIDENTIFIED FEMALE: So, if they know who you are, they can get back to you.

ED: Because of your extension.

UNIDENTIFIED FEMALE: Because of your extension number.

ED: Because (inaudible).

UNIDENTIFIED FEMALE: Okay.

UNIDENTIFIED MALE: Yeah, I was wondering that. I thought it was luck of the draw.

ED: Nobody knows -- nobody knows where you are or who you are, name, telephone number. I know. The company doesn't know. The company knows you by extension

EXHIBIT 2.13 PAGE 38

40

number.  Only payroll, my son and myself know.

You got to remember something, that's why they're going to open up to you.  They're going to open up to you, a lot more to you, a lot more than they would to a parish priest, because they know who he is even though he's behind the counter.  They're going to tell you things that you would be amazed about.

(Laughter).

ED:  I mean, this is not a sex line where (inaudible) with sex.  The bottom line, you're going to hear it from the woman who's chairman of the PTA and president of this charity and a pillar of respectability in her community, but when she talks to you on the phone, she's going to say, Mary, or whatever your name is, she's going to say, I've got a husband and he's working till 8:00, I got a boyfriend I see at noon, I got another boyfriend I see at night.  I'm calling you because I need somebody to tell (inaudible) what happened.

(Laughter).

ED:  You're going to find that.  Yes, you have a question, Susan?

SUSAN:  No, I just wanted to say that I had a minister call me the other night.  I mean, I could tell (inaudible) but he and his wife were not getting in their relationship, and so, he was talking to me about that and

EXHIBIT 2.13 PAGE 39

41

then he started talking to me about his church (inaudible) whatever, you know.  And I was like shocked, you know, that he -- a minister is calling (inaudible), you know.  But hey, everybody needs to talk to somebody.

ED:  Oh, we get calls --

SUSAN:  He's probably got no one to talk to (inaudible).

ED:  You're going to get calls from celebrities.  You're going to get calls from celebrities.  A lot of the rock and roll people call us, you know.

UNIDENTIFIED MALE:  It must have been Jimmy Swaggart.

(Laughter).

ED:  All right, let's go on.  I promised some of you I'd show you actual figures, and I will.  Listen, you want to keep your own records.  I'm going to show you how I kept my records when I worked the line, okay?  You can see I smoke.

UNIDENTIFIED MALE:  Excuse me, can I have one second?

ED:  Yes.

UNIDENTIFIED MALE:  How do you keep track of your minutes?

ED:  We're going to get to that.  (Inaudible).  You want to keep track of your minutes on this -- any

EXHIBIT 2.13 PAGE 40

42

sheet you like, but this is the way I did it.  You see, this is the period 12/1 to 12/15.  As you can see, I wrote down 40 calls for 580 minutes, 50 calls for 702, 30 for 630 and so on.  At the end of the pay period, I did 420 calls for 7,335.  You see that?  Correct me if I'm wrong, okay?

That's why I put the 7,000 bonus in.  If I could do it, you could do it.  I expected a check for $1,200 and some odd dollars, okay?

Now, I'm going to tell you what I was told.  Don't count the extra money.  Let that come in as a surprise.  Certainly, you don't want to count the name and address money or things of that nature, because that's a little uncertain, as I mentioned.  Here we are, 12/1 to 12/15 pay period.  I expected a check for 12 something.  How much was that check?

UNIDENTIFIED FEMALE:  1,424.

ED:  That's correct.  Now, the following pay period, I did not earn -- this is 12/16 to 12/31, and the end of the pay period, I ended up with still, again, with 416 calls for 7,100 minutes.  I expected a check for 1,270 and that check was -- 12/16 to 12/31 --

UNIDENTIFIED FEMALE:  Oh, 1,624.

ED:  Which gave me for the month?

UNIDENTIFIED FEMALE:  3,048.

43

ED:  Now, that's almost $40,000 a year, $36,000 to $40,000 a year.  Does everybody do this?  No.  But it's there to do it if you want to do it.  You follow?

I have to explain that -- I think I want to spend a minute on this.  Remember, I keep saying this is your business and I keep saying it's the easiest work you'll do, the easiest money you'll make, not necessarily the most because I don't know what you made.  But this is the hardest job you're ever going to have.  Why?  Because some of you that have been in business before, being your own boss is a blessing and a curse.  It's the hardest thing to do to be your own boss.

Ed's not calling you up at 8:00 in the morning and saying, let's go to work.  I build strong people.  They have to be self-assertive, they have to be self-starters, they have to be disciplined.  I have a group in New Jersey, three people, a husband, wife and daughter, that work the line 24 hours a day.  They each work an eight-hour shift.  They do it like most people go to work.  You want to be to work at 8:00, you want to be to work at 4:00.  They work (inaudible).  I've seen their stubs.  They get between $9,000 and $10,000 a month, one line.  You can do (inaudible) those three people working it.  You follow?

If you live in Vegas, you'll never be lonely,

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 2.13 PAGE 43

44

there will always be people visiting us.  They'll call you up.  If you worked at the bank, they'll say come meet us.  You say, look, I get through about 5:30, I'll meet you in New York, New York.  About 11:00, 11:30 say, I got to go now because I get up at 6:30 in the morning to go to work, and if I don't go to work, I don't get paid.  You follow?

So, you leave them.  They want to party after three or four days.  Well, now that you're reading with us, because now that you don't have to go home, you can stay out all night with them.  Why not?  Nobody's going to call you in the morning and say, go to work.  But your pay will be reflected the same way.

So, I can't emphasize this too much.  Being your own boss is a blessing and a curse.  If you want to let your personal life interfere with your business life, it's going to be affected in your paycheck.  And once in a while somebody calls and says, I didn't work the last two weeks.  Why?  Because my girlfriend in California is getting a divorce, and it unnerved me.  What the hell does that got to do with it?  If she worked at a bank, she'd go to work, wouldn't she, or she wouldn't get paid.

So, it's the same thing.  Some of you won't be able to handle that.  Being your own boss is hard, because you've got to help yourself out.  I'll try, but I

EXHIBIT 2.13 PAGE 43

45

-- I build strong people.  You've got to be self-assertive.

Let's go on.  I got a gal -- I showed you the way I keep my records.  It's nothing to brag about.  I got a gal, this is the way she keeps her records, you know.  She sent me a copy of this, and there's an interesting story about this gal.  This is the -- this is January now.  She started with us the end of last year.  This was her first full pay period.  January 1st to January 15th, she did 718 minutes, 360 calls, 22.2 average.  January 16th to the 31st -- her name is Wendy, by the way -- she did 7,211 minutes, 284 calls, 25-minute average.  This girl earned over $4,000 a month her first four months in this business.

And I've got to tell you something -- and I don't mean this disparagingly -- I took her out of Wendy's and she wasn't earning six bucks an hour there.  Okay?  Is she happy?  She loves talking on the phone.  She's a lovely girl, don't misunderstand me, I don't want to talk disparagingly.  She could never earn anywhere near this kind of money in any other business with no investment on her part.  She loves talking on the phone and I gave her that opportunity.  Okay?

Okay, next, when I told you there's no investment on your part, I lied to you.  The nerve,

EXHIBIT 2.13 PAGE 44

46

you're such a big liar. Take one of these and pass them, please. Don't write on this because this is your master sheet.

Let me tell you what my lie is. You're responsible for keeping this in supply. You can go to an Office Depot or an OfficeMax, they'll charge you between two and three and a half cents a copy, okay? You can get 100 copies for $2 or $3, 3 and a half dollars, okay? That will last you more than a month. That's the extent of my life.

I've also lied to you a second time with my last lie. If you don't already have a clock that's set for Eastern time, go out and buy one. That will cost you another $3 or $4, if you go to an office -- Save-On or one of those drugstore type things.

I'll take those back when you have them, please.

Now, there are three mandatory things you must do for me, and they're all to be done tomorrow. Some of you will want to go on tomorrow night. The three mandatory things are this: One, you must make copies of this sheet. It's very disheartening for me to call you up or speak to you tomorrow and say, I got your numbers for you, congratulations, and you say, now I've got to go out and make copies. That's like the bank president

EXHIBIT 2/3 PAGE 45

47

saying, you've got the job, and you go, well, now I've got to go out and buy shoes. You follow? So, the first mandatory thing, make copies of this tomorrow.

The second mandatory thing is to get a clock and set it for Eastern time. If you already have one, you don't have to buy one. There's not even a lie. Just go out and get a clock and set it for Eastern time. I'm going to show you in a minute, when these calls start coming in back-to-back, you're never going to be able to interpolate the three-hour difference. You'll go batty and you don't know what the hell you did yesterday, and I won't know for a week. Okay?

The third mandatory thing is I'm going to give you a lot of material here, I'm going to skim some of the important parts, but it's important for you to read it over thoroughly before tomorrow or during tomorrow.

Okay? That's it. That's the only three mandatory things you have to do for me. Simple? Okay, let's go on.

Let's take a copy (inaudible), okay? On the top, you put your extension number. Everybody's going to be known -- you're going to get two sets of numbers from me. One is going to be an extension number. You're known by your extension number. The company doesn't know anything about you other than your extension number,

EXHIBIT 2.13 PAGE 46

48

okay?  I know and payroll knows, that's my son.  Okay?  That's the way you're known.

Whenever you call me, you're going to say -- what is your name, young lady?

PATRICIA:  Patricia.

ED:  Patricia, that's a nice name.  Patricia, if you call me -- I haven't had lots of Patricias, so you want to say, this is Patricia, Extension 2467.  Okay?  That way, I know who I'm talking to.  If you want me to call you back, you want to leave your telephone number.  I know I have it somewhere, but it's faster for me to get back to you if you leave your number, okay?  So, you're known now by your extension number.

The date, if you go on tomorrow night, what's the date, anybody?  Tomorrow night at 9:00 our time, what's the date?

UNIDENTIFIED FEMALE:  The 26th.

ED:  What's the date?

UNIDENTIFIED FEMALE:  The 26th.

ED:  What's the date?

UNIDENTIFIED FEMALE:  The 27th.

ED:  The 27th.

UNIDENTIFIED FEMALE:  Because -- yeah.  He said our time.

ED:  That's why we need that clock.  When it

EXHIBIT 2.13 PAGE 47

49

turns midnight, like it turns everywhere else in the world, when it turns midnight, it's a new day, okay?  You want to get used to that.  So, you'll put the date according to the Eastern time date.

Page one of three, if you have three sheets, it's one of three, two of three, three of three.  Sounds simple, right?  It took me two weeks to figure that out.

(Laughter).

UNIDENTIFIED MALE:  Question, Ed.

ED:  Yes?

UNIDENTIFIED MALE:  Page two -- let's say page three of four goes under Eastern time midnight.  Do you just change the date on that page or do you just follow out through that same date?

ED:  If a call starts before midnight, it's that day that you put down on the sheet, even if it lasts past midnight.  If a call starts after midnight, it's a new sheet and a date.

UNIDENTIFIED MALE:  Okay.

ED:  Okay?

UNIDENTIFIED FEMALE:  What if somebody calls at 11:30 and go past 12:00?

ED:  What did I say?  Anybody want to answer that?

UNIDENTIFIED FEMALE:  It's the same date.

EXHIBIT 2.13 PAGE 48

50

ED: The same date. It doesn't matter how long it lasts as long as it started before midnight.

UNIDENTIFIED MALE: Okay.

ED: Okay? Let's go on.

There are three mandatory things to do for the company. One is the opening statement. You're going to get this in your material. You're going to say -- the opening statement goes like this, thank you for calling our network, my name is Ed, I'll be your psychic advisor tonight. My PIN number is. May I have your name and date of birth, please? Please, it's tried and true over millions -- tens of millions of calls, try to stick to it, okay? It's going to be in the script.

Get out of the retail mentality like you're working behind a counter. Hello, can I help you? You're out of that. They're calling you. You take control. Okay?

The second mandatory thing to do for the company is to give out -- which I'm going to give you in a few minutes -- a special number, the 900 number for callbacks. And that, you just say, Mary, in case we get cut off, I want you to have this 900 number to call me back together with some free minutes. We get 70 percent of our calls from our TV advertisements. We're virtually the only ones on TV, but we get 30 percent from the name

EXHIBIT 2.13 PAGE 49

51

and addresses and from the callback numbers, okay?  That keeps the calls flowing back-to-back.

When the call starts, the prompter is going to get on and say 60-minute calls.  The minute that you start saying, thank you for calling the network, you put the starting time down.  You see it?  Everybody see it on the sheet?  When the call ends, you put the ending time down.  Then you put the minutes in here.  You may not have time to figure out the minutes now.  As long as you've got the starting and ending time, after you log off, you'll figure it out.  Okay?

There's also a spot for e-mail.  You ask if they have an e-mail address.  You send them a lot of promotional material and, of course, the promotional material is to give them some free minutes to get them to call back.  That keeps the calls flowing, too.  Okay?

So, you have the name, the address, completely in print, dark ink, and the date of birth.  You say may I -- thank you for calling, Everett, my name is Ed, I'll be your psychic advisor today.  My PIN number is.  May I have your name and date of birth, please?  If the date of birth reflects under the age of 18, you cannot give a reading.

But you will give readings to adolescents under age of 18.  It sounds contradictory and I guess it is.

EXHIBIT 2.13 PAGE 50



52

You'll be amazed how many parents want their adolescent child to speak to somebody on a non-judgmental basis about things that the child does not want to discuss with their parents.  So, you say, is there an adult in the house, is there a parent in the house whose name and date of birth I can have?  And you get that down.  You're going to have plenty of that.

Now, let me give you an example.  A young girl, I was out with Billy last night.  He had his hands all over me.  He wants me to do it or else.  I don't want to do it, but I don't want to lose Billy.  Well, if she tells that to her father, that's the end of Billy, right?

(Laughter).

ED:  Hopefully, you're going to give her the right advice.  She better not get me because I'll tell her to go ahead.

(Laughter).

ED:  No, I'm only kidding.

(Laughter).

UNIDENTIFIED MALE:  (Inaudible).

ED:  Okay, let's go on.  So, you understand about getting the name and date of birth, please, right?

These sheets must be faxed, e-mailed or mailed in on a daily or every other day basis.  How many people in here have faxes?  Okay.  If you have a fax, it's a

EXHIBIT 2.13 PAGE 51

53

local number, no charge, 24 hours a day, 7 days a week, a dedicated line.  In fact, it's a whole bank of faxes, because we get so many.  So, you just fax them in whenever you finish with your day's work, okay?

Anybody want to use e-mail, I'll give you the e-mail site.  That's coming up soon.

UNIDENTIFIED FEMALE:  Cut and paste.

ED:  I'm sorry?

UNIDENTIFIED FEMALE:  Cut and paste.

ED:  Cut and paste, whatever that means.  Also, if you want to mail it, I'll give you the mailing address.  That happens to be right here in our office, okay?

Any questions on that?

(No response.)

ED:  These are your log sheets.  I want to show you how the log sheets work.  I have an ex-wife that works the line.  As a matter of fact, I have two ex-wives that work the line.  I could damn near make a living from my ex-wives.  Okay, let me show you her records, how she kept it.  She went on at 12:00 midnight.  The first call ended -- that's after 9:00 our time, as everybody's going to start because I want to start you with a high average call-in and let them lock into the computer so we can go back, if we need it, and use that.  You follow?

EXHIBIT 2.13 PAGE 52



54

12:01, ended 1:01.  The first call was 60 minutes.  What time did it end?

UNIDENTIFIED FEMALE:  1:01.

ED:  Yeah, let me use you.  What time did the next call start?

UNIDENTIFIED FEMALE:  1:03.

ED:  Ended when?

UNIDENTIFIED FEMALE:  1:20.

ED:  What time did the next call start?

UNIDENTIFIED FEMALE:  1:21.

ED:  Ended when?

UNIDENTIFIED FEMALE:  1:51.

ED:  What time did the next call start?

UNIDENTIFIED FEMALE:  1:53.

ED:  Ended when?

UNIDENTIFIED FEMALE:  2:07.

ED:  The next call started when?

UNIDENTIFIED FEMALE:  2:08.

ED:  Ended when?

UNIDENTIFIED FEMALE:  2:13.

ED:  Next call started when?

UNIDENTIFIED FEMALE:  2:13.

ED:  That's why you need that clock.

UNIDENTIFIED MALE:  You need a headset, too.

ED:  Some people like headsets.  Let's go on.

EXHIBIT 2.13 PAGE 53



55

I don't get this -- the log sheets.  That goes to our data processors.  There's a number for that -- there's a number for that you'll see in a moment.  But one of my new readers, that first night, decided to send me her log sheets, and as a result, I brought it to the meeting, because I want to show you what a brand new reader did.  This is last month, September.

She went on at 12:17.  The call ended -- the first call ended at 12:47.  The next call started at 12:49, ended 12:55.  The next call started at 12:57, ended 1:57.  That's her first -- the third call was an hour call.  The next call started at 2:00, ended at 2:15.  The next call started at 2:15, the clock didn't even get a chance to change, it ended at 3:15.  Another hour call.  The next call started at 3:15 again, ended at 3:32, and the next call started at 3:33.

This woman, she kept records that she did 238 minutes in 7 calls, a 34-minute average her first night on the job.  She happened to put down something, which you don't have to put, but she wanted to see.  She put worked 405 hours.  In other words, she put down the number of minutes, the number of hours she was logged on.  She worked 405 hours.  She got paid for 238 minutes.  405 hours is 245 minutes, right?  She got paid for 238 minutes.  The night's work cost her 7 minutes downtime

EXHIBIT 2.13 PAGE 54

56

waiting for calls.  Okay?

You see why you need that clock set for Eastern.  Okay, let's go on.

Take one of these and pass it, please.  Here, take one and pass it.  When you get this, turn to the last page, please.  Okay.  These are a bunch of numbers that you're going to need.  Give me back the extras, please.

You ready?  First, Ed Sider, that's me.  Call me any time you want, 24 hours a day, 7 days a week as I mentioned, okay?  Scott, that's my son, that's an emergency number to call only.  Ed's fax, that's mine.  You will not need that fax number unless you go into management.  Then you will need it.

Scott's fax, that's the log sheet -- that's where the log sheets go.  Everybody see that?  I don't get the faxes, they go here, 395-1613.  It's a whole bank of faxes he has.

Log on and log off number, very important number, log on and log off number.  That's -- you'll be calling that very often, okay?

Customer service number.  That's the only non-800 number in our system.  However, you won't be calling it.  Once in a while you're going to get somebody calling up with a problem.  Listen to their problem and then turn

EXHIBIT 2.13 PAGE 55

57

them over to customer service.  Hopefully, it will last an hour.

Number to give out twice.  Remember I said there's a second mandatory thing to do for the company.  Within the first two minutes, Mary, in case I forget, I want you to jot down my extension number together with this 900 number so you can call me back and get some free minutes.  Don't tell them how many free minutes, because that sounds like a scam.  Okay?

There are some scam artists that get into our system.  They tell them there's an hour free or you have to -- I'm meditating for a half hour or listen to this tape for a half hour.  We find them out and we get rid of them and they never work in the 900 numbers, again.  Okay?  That is against the law and we don't want any scams.  There's enough good money to be made in this business by doing it the right way.

**(Break in tape)**

ED:  No, you cannot.

UNIDENTIFIED FEMALE:  You have to (inaudible).

ED:  You have to mail them.  See, it breaks into our day.  If we have hundreds of paperwork come in, even dozens of people, it breaks up our day.  You've got to mail them.  E-mail address, that's the e-mail address.  If you don't have a fax, mail them.  I don't want anybody

EXHIBIT 2.13 PAGE 56



58

spending money for faxes because you're going to have a lot of sheets. I present this as no investment, so I don't want you to spend money on faxing unless you have a fax and it's free, or maybe you know somebody who has a free fax. That (inaudible).

Any questions on this?

(No response.)

ED: Okay, let's -- okay. I am now going to show you the log on procedure. Now, here's what I'm going to do, I'm going to have (inaudible) show you how to log on. I'm going to use this phone, which I use for training purposes. Can I have the yellow pad, please?

UNIDENTIFIED FEMALE: Can I have it first? Thank you. (Inaudible).

UNIDENTIFIED FEMALE: She's prettier.

ED: Yeah, she really is.

UNIDENTIFIED FEMALE: I needed that, thank you.

ED: I've never seen -- I have seen her in the morning, but I've never seen her in terms of real early in the morning, unfortunately. I'm still working on that.

(Laughter).

ED: So, I don't know what she looks like in the morning. Probably terrible.

UNIDENTIFIED FEMALE: You better stay away from

EXHIBIT 2.13 PAGE 57



59

me in the morning.  You have to stay away from me in the mornings.

ED:  Ah, let's go on, please.

UNIDENTIFIED FEMALE:  He knows (inaudible).

ED:  Let's go on.  Hold it.

UNIDENTIFIED FEMALE:  I'll be out of here in one second.

ED:  Please do.

UNIDENTIFIED FEMALE:  Okay, sir.

ED:  I'm going to call the 800 number.  They're going to ask for a PIN number that I use for training purposes.

UNIDENTIFIED FEMALE:  Thank you.

ED:  Everybody's going to have that by tomorrow, the PIN number.  Then they're going to ask for a password.  The password will always be the last five digits of your phone number.  I'm using the last five digits of this phone number.  It makes it easy, okay?  Then you're forced to listen to two messages.  The first is from the home office in Florida.  It's from a guy who's going to tell you to work 20 hours and get 100 percent e-mail and get everything like that.  He's a little exaggerative, but he means well, you know.  He's helping try to pump you up.

The second is Scott.  He's going to say a lot



60

of the things that I've already told you because, obviously, there's some people that don't do meetings, okay?

Then it's going to ask do I want to log on. And you'll hear it. I'm going to press one to log on, it's going to tell me I'm logged on, and then I'm going to immediately log off by pressing two. So, it will tell me that, too. So, if I want to log off, press two. Okay? Everybody understand?

Okay, now, Patricia, what number do I call to get into the system?

PATRICIA: The one you (inaudible).

ED: Good girl, good girl. Everybody listen, please.

(Logging on to line)

COMPUTERIZED VOICE: Welcome to the Network Psychic Line. You must be calling from a touchtone phone to interact with this service. Please enter your personal identification number.

ED: If it's wrong, you can start all over again by pressing two. It's going to ask you.

COMPUTERIZED VOICE: The number you have entered is 8397. If this is correct, press one. If incorrect, press two.

ED: It's correct, so I'm pressing one.

61

COMPUTERIZED VOICE:  Now, enter your password.

ED:  Last five digits of this number --

**(END OF SIDE B, TAPE 1)**

COMPUTERIZED VOICE:  -- entered 06022.  If this is correct, press one.  If incorrect, press two.

ED:  That's going to tell you your status.

COMPUTERIZED VOICE:  Our system shows that you are currently logged on at phone number --

ED:  Your phone number.

COMPUTERIZED VOICE:  -- 702-320-6022.

RECORDED VOICE OF STEVE:  Good afternoon, everybody (inaudible) this is Steve and it is Monday, the 23rd of October at 7:00 p.m. Eastern time.  I want to thank you all for being here this weekend except we did not have coverage Saturday morning, again, (inaudible) 1:00, 2:00, 3:00, 4:00, 5:00 a.m. and then 9:00, 10:00, 11:00, 12:00 p.m.  But next Saturday morning, Sunday morning and Monday morning, we need you very badly.

You guys are doing a wonderful job of capturing name and address.  We had a 70 percent name and address capture this week overall.  And you're doing a wonderful job giving out the 900 number in the most part.  But don't forget, you must give out the 900 number on each and every call.

But your e-mail capture is atrocious.  Now,

EXHIBIT 2.13 PAGE 60

62

listen, guys, this is the 21st Century, half of the people, at least, have e-mail addresses. I need for you to capture the e-mail address on every call. We logged off 63 psychics today because on the 10th call that we made, they didn't ask for the e-mail address. We will continue to log you off if you do not attempt to get the e-mail address on each and every call. We need the e-mail addresses to build our business on the e-mail side.

It's the up and coming way of doing business, and we really need to do that. So, on every call, at some point in the call, please ask, by the way, we give special offers on our e-mail. We can send you an e-mail with a very, very special offer. Can I please have your e-mail address? Miss Cleo will send you a tarot reading and Miss Cleo will send you a horoscope, and we will send you special offers every week for much better rates than you're now paying for the psychic now. Please capture their e-mail address and turn it in on your forms to your manager so they can data entry that (inaudible) into the input system.

We need e-mail addresses, guys. You must ask for an e-mail address on each and every call. We've got to have that.

Also, don't forget that it's going to be exceedingly busy tonight, midnight to 6:00 a.m. and all

63

day tomorrow.  Also, I've got some great calls from about 20 of you today who are interested in being (inaudible).  I still need to get some more calls.  We're going to be using a lot of you.  We've decided that since you're so wonderful, we're going to put you on TV.

So, we would like to have you call tomorrow if you think you're charismatic and your readings are absolutely accurate, you're terrific at what you do, you have a great photogenic personality so we can see you on TV.  So, please call me tomorrow at 954-568-3308.  Ask for me.  If I'm not there, the secretary will take a message and I will get back to you.  So, please, make sure that you give me a call if you want to be on the infomercial.

Once again, thank you for being here.  Have a very pleasant evening.  And don't forget those e-mail captures.

RECORDED VOICE OF SCOTT:  Hello, everyone, it's Scott.  We're going to announce the five winners of the most addresses at the end in a timely fashion for the pay period, I think, October 15th --

ED:  (Talking over recording.)  These are other ways to make money.  I don't mention this because it's only for the leaders.  Not everybody can make it.  Whatever I tell you, everybody can make it.

64

RECORDED VOICE OF SCOTT:  -- in Rochester, New York, Brandon of Chicago, and Marsha P. in St. Louis, Missouri.  Congratulations to each of you from Fran and myself, you've just won a $50 bonus.

I'd like to remind you about the network's new request that you all ask the callers for their e-mail address in addition to getting their names, complete mailing address and birth dates.  Asking callers for their e-mail address will help bring even more calls to you.

When you ask for their e-mail address, don't forget that it's necessary to write down the name of the Internet server as well.  In other words, if their screen name was Angel, you would write angel@aol.com, or whatever their Internet provider is.  That at sign must appear in order to receive credit for the e-mail address, and it's important that you ask them to say each letter carefully and that you read it back to them.

As always, make sure that you give out the 900 number at the beginning and the end of the call.  Our special 900 number is 1-900-288-0899.  Make sure the caller writes the number down, reads it back to you.  It's very important to build up repeat business on that 900 number, and the more callbacks you generate, the better your rating is with the network.

EXHIBIT 2.13 PAGE 63

65

As always, please strive to maintain a 20-minute average or better, because this is a network requirement.  Also, any log sheets that you're holding at this time, please send them in at once by mail, e-mail or fax to the appropriate numbers.  Again, this is another network requirement.

Finally, don't forget to give out that special 800 number around 10 minutes into the call.  It's 1-800-335-5215.  This is a free daily prerecorded horoscope that the network provides.  Tell the callers to call that number each and every day to get their free horoscope.

By the way, if you're listening to this message, you are associated with the largest group in the network.  We're very proud of you.  We appreciate your efforts and your compliance with network policies.  Thank you.

COMPUTERIZED VOICE:  To log on, press one.  To log off, press two.

ED:  (Inaudible) we're going to log on.

COMPUTERIZED VOICE:  You are now logged on to the system and will be receiving calls at phone number --

ED:  (Talking over recording.)  Once you hear that, you hang up.

COMPUTERIZED VOICE:  -- 02320602 --

ED:  (Talking over recording.)  Calls come in.

66

And now I'm going to log right off again.

COMPUTERIZED VOICE:  If this is correct, press one.  If incorrect, press two.

ED:  I'll press incorrect.

COMPUTERIZED VOICE:  You are now logged off the system and will not be receiving any further calls until you log on again.

ED:  Simple?  A couple of caveats.  Ed, I logged on, it's been four hours, I haven't gotten a call.  Did you check your ringer?  You see, you've got a ringer that's got to be on.

Ed, I've been logged on for four hours and I haven't gotten a call.  Check the plug.  Yeah, these are little things, but believe me, it happens.

Ed, it keeps telling me I'm logged off.  I'm trying to log on.  You're always logged off until you log on.  It's telling you the status at the time you enter the system, okay?

It keeps telling me I'm logged on.  Well, you're always logged on when you go to log off.  It tells you the status.  You follow?

Once you do it a few times, it's really simple.  There's not really a lot of things to -- I mean, it's really simple.  Even I got it in six months.  No, I'm just kidding.  It's very simple.

67

Okay, get out your telephone presentation guide. Turn to the top of the second page, please. This is your opening statement. Everybody see it? Thank you for calling the Network, right?

Okay. On the bottom of the page -- I want to make this point. Now, I know some guys do this real well, but you women are fantastic at this. Have two women get together, after two minutes, they're complete strangers, and they're already talking where did you get that hairdo, where did you get that dress? They're bonding. That's what you guys do very easily.

If you're speaking to somebody and they're from New Orleans, tell them, that's a great town, I've never visited there, is it as nice as they say it is? She'll want to tell you about it. Or if you have visited there, say, that's wonderful, I haven't been there for a while. Is Cafe Demonne's still there or Antoinne's or whatever you want to talk about. You follow? That helps.

You want to do some bonding with them to try to make some connection. Let's go on.

Go to page four, please. Now, you're going to read all of this. I'm just skimming. This is the most important part of your telephone presentation guide, the most important part of your telephone presentation. Ask questions, ask questions, ask questions. Do not be

EXHIBIT 2.13 PAGE 66



68

afraid to ask questions.  Most new readers think that they have to know that this guy, let's see, has a '97 Taurus, he's going to have a flat tomorrow afternoon on Freemont Street at 3:00 in his left rear tire.  That's baloney.

You want to -- consider yourself a radio station.  They must send radio waves out to you in order for you to send radio waves out to them.

So, for example, if you get a call like this, make believe you're talking to a girlfriend or boyfriend.  Do you think my husband Bill is -- do you think my husband is cheating on me?  What would you say?  Anybody?  Come on.

UNIDENTIFIED MALE:  Do you think your husband is cheating on you?

ED:  Anybody else?

UNIDENTIFIED FEMALE:  What makes you think that?

ED:  What makes you think so?

UNIDENTIFIED MALE:  Yeah.

ED:  What makes you think so?  Wouldn't you say that to your girlfriend or boyfriend?  What makes you think so, Mary?  Is he coming home late at night, is there lipstick on his shirt?  Is money missing?  Has you sex life halted?  Aren't these the kind of questions

EXHIBIT 2.13 PAGE 67

69

you'd ask your girlfriend?  Aren't these the kind of tell-tale signs you want to know?

You've got to remember something.  You want to draw on your life experiences.

When I worked the line, a woman called me frantically and she said, you've got to help me, I lost my wedding ring in the house.  Now, I've been married enough times to know if a woman loses her wedding ring in the house, it's the bedroom, the kitchen or the bathroom.  I said, go to the bedroom, pull down the sheets, pull down the pillows.  She comes back to the phone a few minutes later, you are the most amazing psychic in the world.

(Laughter).

ED:  Using your common sense, draw on your life experiences.

Do you think my son Billy is on drugs?  What makes you think so?  Has his schoolwork suffered?  Does he lay around all day?  A personality change?  Is money missing?  Aren't these the tell-tale signs?  Aren't these what you'd ask your girlfriend?  That's what you're going to ask them.  Okay?

I already told you about the woman, the pillar of the community.  It's not a sex line, but you're going to get calls along these lines.  You're also going to get

Exhibit 2.13  68

70

calls about people wanting to know where to go with this new relationship.  Try to help them with it.

A little method that I use, which you may or may not want to use, I would say, Mary, let's see, let's list the positives and negatives of this situation with this guy.  What's his positives?  She goes, well, he's a good dancer.  Well, what's his negatives?  Well, he beats me regularly, he's drunk all the time, he steals my money, and he's flirting with my girlfriend.  Other than that, he's perfect in every way.

(Laughter).

ED:  Say, Mary, on the basis of what you told me, most people would -- they give you lies to reconsider this relationship.  You don't want to be too dogmatic.  You don't want to be too dogmatic about anything.  If you love Clinton, don't tell them that.  They may hate him or vice versa.  You follow?  Try to be a little looser.

Religion is a taboo subject.  That's a can of worms for anybody.  You know that.  You don't have to discuss that.  The best way is, some people think yes, some people think no, you know, that kind of thing, or the other way around.

It would be like a social gathering.  You wouldn't go up to somebody and start knocking their religion or knocking (inaudible) Clinton (inaudible).

71

Okay?

Ask questions, ask questions, ask questions. Let's go on. Let's go to page six.

Now, I take this very seriously, and I want you to take it seriously. The older I get, the more I realize that young people are the future of this country. I know it sounds Pollyanna-ish, but it's true. If you get a call from a young person, I want you to especially try to help them. If they're floundering about, they haven't finished school, encourage them to go back and get their GED.

If they're floundering about, they would want to get ahead in their job, tell them to go up to the boss and say, what can I do to make myself more valuable to this company? Are there any special courses I can take? Things of that nature. They don't know to ask those questions. You follow? You really want to try to help young people.

If they're really floundering about, you may want to encourage them to go into the service. You follow? That applies to women today, too. I'll tell you a little personal story. I was raised in the ghetto in Newark, New Jersey, and when I was growing up, friends of mine, my age, 15, 16, they were either in jail or headed down that way and I was headed down that way. And



72

somebody got a hold of me who I respected.  He said, why don't you join the Marine Corps for three years?  And I did, and boy, that straightened me right out.  I joined the Marine Corps for three years.  I got out and went to school on the GI Bill.  I don't know how I turned out, but I can tell you this, I'm not in jail.

You may be helping a young person by encouraging them.  And today, that applies to women as well as men.  Okay?  Let's go on.  Let's go to page seven.

I present this as no investment on your part.  Besides the kidding around, I think you see I've kept my word, okay.  However, there are things you can do to help yourself.  Remember, this is your business.  If you have a corded phone, you may want to buy a longer cord.  If you have a corded phone, you may want to buy a cordless phone.  It gives you a lot of mobility.  Some people like the headset.  With the headset, I always say you can make pasta while you're online.  I always say you can do everything but one thing when you use a headset.  And somebody said a couple months ago said you could do that, too.

(Laughter).

ED:  I said, I'll buy tickets to see that.

(Laughter).

73

ED:   In any event, there are things you can do. If you're not using tarot cards, I encourage you strongly to go out and get them.  You can't spend more than $15 -- you can't spend more than $10 or $15 for them.  You don't want to spend the money, go to a library.  There's a book called Tarot Made Easy.  It's very helpful for you. Tarot cards are good.  A lot of the people calling want to know about tarot.  How many people do tarot here?

That's good.  But I encourage most of you to do that.  I'm giving you a lot of material.  But it's your business.  You see you like it and you see you can make money on it, then I have no compunction in suggesting that you go out and spend 10, 15 bucks and get some tarot cards.  Okay?

I forgot to tell you before when I talked about the name and address how you get that.  Patricia, am I putting you to sleep?  No?

PATRICIA:  (Inaudible).

ED:   It's what?

PATRICIA:  It's these readings (inaudible) get so involved.

ED:   What's your last name?

PATRICIA:  Shaw.  Patricia Shaw.

ED:   You're Patricia Shaw.  Oh, I didn't know. This is one of our new people who's fantastic.  Why

EXHIBIT 2.13 PAGE 72



74

didn't you tell me that?  I didn't know your last name.

PATRICIA:  Yeah, and I really care about my readings.  So, I get very involved.

ED:  Yeah, she's done fantastic.  She got a check the first day she worked for us, didn't you?  She got a daily the first day she worked with us.  Oh, Patricia, now I know who you are.  Okay.  Yes, you do work hard.  Okay, that's good.  That's wonderful.  I'm glad to -- I'm glad to speak to you.  I'm glad to meet you at last.  As I said, I don't meet a lot of the readers, you know.  But I might meet her more often.  Let's go on.  I'm just kidding.

You want to invest in your business.  As I said before, there are things that you can do to help yourself.  Tarot is very, very important.  Most people should do tarot, okay?  Any questions on that?  Yes?

UNIDENTIFIED MALE:  I do horoscopes, too.

ED:  Good.

UNIDENTIFIED MALE:  Am I allowed to incorporate that into that (inaudible)?

ED:  As a matter of fact, again, these are -- now I'm going to give you an astrological kit and horoscopes.  Take one and pass it, please.

When Patricia started without coming to a meeting, she promised me she'd come to a meeting.  Are

75

you glad you came?

PATRICIA:  (Inaudible).

ED:  We're almost over.  Then you can go back to work and make some money.

PATRICIA:  (Inaudible).

ED:  You're a friend of the Flames, right?

PATRICIA:  (Inaudible).

ED:  She was recommended by somebody who's with us now a couple years, I guess.

Okay, turn to the last page when you get the horoscope and astrological kit.  You're going to read this.  I'm passing it out, but you're going to read this.  This is going to tell you a lot of things, okay?

The last page, remember that ex-wife I told you -- I showed you her records.  This is all she used, these four cards.  And here's how you use cards, and I encourage you to get cards, preferably tarot cards.

Here's how you use cards.  Mary, I need you -- I want to give you a good reading today, but I want -- I need your help.  I want you to concentrate your energy while I shuffle my cards and please tell me when to stop. In the beginning, she used to shuffle.  I said, what the hell are you shuffling for?  You always start out with the same card anyway.  She always started out with the six card.  And she would say something like, Mary, I see

EXHIBIT 2.13 PAGE 74

76

you're going to have a problem in this area.  Well, if it's a woman, she doesn't.  If it's a man, he's not going to tell you.

But I see that others in your life, either now or in the past, have had problems in this area.  Well, what woman doesn't think that some guy in her life didn't want too much, they wanted too little, is cheating (inaudible) into something.  It's going to open up a whole area of discussion, believe me.

If you run out of steam say, Mary, I want to reshuffle, please concentrate again, and stop and pick another card out.  You follow?  This is on your 4 of a set of 32 that costs about 15 bucks.  So, I encourage you to use cards, tarot cards preferably.

Any questions on this?

(No response.)

ED:  Okay.  Finally, this is your contract. This means we're coming for your car tomorrow.  Some people say to me, please do, but bring a tow truck.

UNIDENTIFIED FEMALE:  Go for it.

UNIDENTIFIED MALE:  Me, too.

ED:  Take one and pass it.  If you have the same telephone number as somebody you came with, you do not need one of these.  You can keep the other material, but you don't need one of these.  We have one contract

EXHIBIT 2, 13 PAGE 75

77

for each telephone number.  Okay?  Everybody understand that?

          Okay, let's go.  Everybody have a pen?  Well, you don't have to --

          PATRICIA:  (Inaudible).

          ED:  You just came to meet me, that's all.

          PATRICIA:  That's correct.

          ED:  Let's go on.

          UNIDENTIFIED FEMALE:  I need a pen.

          ED:  Here they are.  Pass them down.

          Okay, on the top, print your name.  Guys, print it real carefully.  It's very important.  We've got to be able to read it.  I hope you have dark ink.

          Now, here is a married couple -- excuse me -- whoever you want the check to, that's who's filling it out.  Do you want the check to him or to you?

          UNIDENTIFIED MALE:  It doesn't matter.

          ED:  Okay, if it doesn't matter, fine.

          UNIDENTIFIED MALE:  I want the check.  She can (inaudible).

          UNIDENTIFIED MALE:  That's a good wife.

          (Laughter).

          ED:  What?

          UNIDENTIFIED MALE:  That's a good wife.

          UNIDENTIFIED MALE:  That's a good wife.

78

ED:   (Inaudible).  Print your name.  Now, hold it, guys, you've got to bear with me on this.  You've got to bear with me on this.  If you were referred by somebody and you have another different phone number, then put that person's name in the upper right hand corner, please.  In other words, Patricia you brought somebody tonight.

PATRICIA:  Dennis.

ED:   Dennis, you put Patricia's name in the upper right hand corner.

Okay, now, I know I covered this in detail, but I'm kind of fussy so I'm going to go over it again.  These four paragraphs.  Listen carefully.  Remember I said we do not withhold taxes, you're an independent contractor, you get a 1099 at the end of the year.

Two -- you've got to listen to me, sorry.  Two, you agree to provide whatever material you need for the job.  That's basically a phone and your log sheets.

Three, we agree to contract with a major telephone company, and you can see we've done that.

And four, we will compensate you in accordance with the compensation schedule I've given you and explained.

If you know that to be correct, then put your name down again, today's date, which is the 25th, sign it

EXHIBIT 2.13  PAGE 77

79

and stop.  Please don't get ahead of me on this form.

Next, everybody has a street address.  You want to print real carefully your street address.  Please be thorough.  This goes to payroll.  This is where they're going to send your checks.  If you have a box number, put it down.  If you have an apartment number, put it down.  If you have a trailer park number, put it down.  Make sure you put the correct zip code.  Print carefully.  Payroll has to read this.

UNIDENTIFIED FEMALE:  Are we putting today's date or Eastern --

ED:  Today's date for this, I'm sorry.  Good question, by the way.  What's your name?

BRENDA:  Brenda.

ED:  Thank you.  Brenna?

BRENDA:  Brenda.

ED:  Oh, Brenda.

BRENNA:  I'm Brenna.

ED:  You're Brenna, okay.  Let's go on.

Now, you want to listen real carefully here.  Home phone.  The home phone is the number you left when you called the ad, or if you're a referral, your home phone.  Leave system phone blank.

UNIDENTIFIED FEMALE:  My regular telephone (inaudible).

80

ED:  Put your home phone down, the number you called when you called the ad -- the number you left when you called the ad.  Leave system phone blank.  There are four options to that.  I'll come to that in a moment.

And then, of course, your Social Security number.

UNIDENTIFIED MALE:  Should the area code --

ED:  Good question.  If you have other than 702, put the area code down.  Otherwise, we assume everybody is 702.

Okay.  Now, the system -- the only thing you should have blank on this page or not filled out on this page is a system phone.  You've got to listen real carefully for this, guys.  If you want to use your home phone and it does not have call-waiting or voicemail on it now, put same.  You cannot have call-waiting or voicemail to work the line.  Don't tell me you can take it off by pressing star something.  That's only for one caller.  It will not work with our system.

You can have an answering machine, because that you can shut off when you work the line.  If you want to use your home phone and it does not have call-waiting or voicemail on it now, put same.

Do you have a question?  You want to wait till I get through with the (inaudible)?

EXHIBIT 2.13 PAGE 79

81

Two, if you want to use your home phone and it does have call-waiting or voicemail on it and you're calling tomorrow real forcefully -- or preferably go down there if you want to get it off in a day, then put same, C/W. In other words, you want to use your home phone, it has call-waiting or voicemail, you're going to call tomorrow or go down there to get them to take it off, put C -- same C/W.

And by the way, you've got to be forceful with them. Many people get it off in one day. Some people have to go three days because they're a little meek about talking to the operator. Ask for a supervisor. Tell her you're on the house arrest and you've got to get it off and you have to get it off then. There are lots of ways to get it off. Get it off.

Three -- wait till I finish with the numbers in case it's a question with numbers. If you already have another line in your house without call-waiting or voicemail, that could be a fax line or a computer line, some other number without call-waiting or voicemail, put that number down.

And finally, the fourth option is obvious. None of the first three apply. That means you've got to -- if you want to work with us, you've got to put another phone line in. So, then you're going to put awaiting

82

phone.

UNIDENTIFIED MALE:  Await?

ED:  Awaiting phone.  Now, I'll hold your papers, so in case it takes a while to wait, you won't have that first and second day penalty.

Now, anybody with questions about the numbers? You had a question?  Did I answer your question?

UNIDENTIFIED FEMALE:  No, you answered it.

ED:  Anybody else have questions?  Yes, sir?

UNIDENTIFIED MALE:  I have multiple phone lines, but (inaudible) same place or whatever.  The first line does have call-waiting, but I want to get another phone line put in.  But can I temporarily use -- can we both use the phone line that I have that doesn't have it on it currently?

ED:  Sure.

UNIDENTIFIED MALE:  Can I (inaudible)?

ED:  Except we issue one check for that number. You guys are going to have to keep track of the things.

UNIDENTIFIED MALE:  Okay.

ED:  A couple of things about this, let me mention, one, you can go anywhere in the country.  If you go anywhere in the country, you call me within one day and I'll get you right back online, just give me the new number.  That goes for referring anybody anywhere in the

83

country.  I'll give you my 800 number if you have somebody to refer to me.

Two, I'll give you some instances.  I already told you about the family I have in New Jersey.  If you have a -- I have a girl that was doing real well with us.  She stopped producing.  What happened?  She met a boyfriend, and as a result, she's always over his house.  Even while he's working, it's too far to go back to her place, she stays there.  So, you know what, I said, very simply, get an extension for his house.  So, she can work it when she's there and work it when she's home.

I got a woman -- a very wealthy woman that lives in Sadona -- not lives in Sadona -- lives here, goes to Sadona every summer.  She hates it.  Her husband golfs.  She hates golf.  She doesn't really need the money.  I told her to take off (inaudible) for a couple of months.  She likes to work.  I got her an extension for Sadona.  When she's in Sadona, she works the line.  When she comes back to Vegas, she works the line here.  There's all kinds of things we can do.  You follow?

Okay.  Everybody have that completed?  Let's turn to the next page.  This is an independent contractor experience form.  We need this for our records.  Your name, address, telephone number.  Any psychic abilities that you think you have, put down here.  If you don't

84

have any abilities that you can think of, like tarot or astrological or clairvoyance or anything, put relationships.  Everybody has relationships.

Even though I had a meeting here a couple of weeks ago, I said to a girl, put this down, put relationships.  She said, I don't have any relationships.  I said, how many kids do you have?  She said three.  I said, honey, you must have had some relationships.

(Laughter).

ED:  I had a girl, I said relationships and she listed the name of every guy she ever knew.

(Laughter).

ED:  That's not what I was looking for, believe me.  Okay, all right.

You don't know your extension number yet.  I'll fill that out.  Date it and sign it.

Finally, the last form is an IRS form.  That's where you put -- there are four things to fill out.  Your name, your address, your Social Security number and your signature.  When you finish these forms, you're going to turn them over to Diane.  She's going to give you some brief instructions on it.

Everybody who wants to go on tomorrow night is to call me tomorrow night around 7:30.  Hello, listen carefully.  Because everybody is going to start at night

85

the first time.  You're going to get back-to-back calls. Everybody that's going to go on tomorrow night or when their call-waiting is off -- wait a minute -- calls me at 7:30 at night.

I'm going to give you the standard following opening instructions.  You go on after midnight Eastern the first time.  I want to try to lock in high average call-in on your first day on the line, right, Patricia?

PATRICIA:  So, at 9:00, it will be 12:00 Eastern time?

ED:  Right, the next day, right.

PATRICIA:  And that's what you'll put on it?

ED:  Right, exactly.

PATRICIA:  (Inaudible).

ED:  It will be midnight Eastern.  9:00 our time is midnight Eastern, okay?  Yeah, 24 hours.

If you have less than a 15-minute average on your first ten calls, you must stay off till the next night at 9:00.  I don't want more than ten calls, short calls, which means under a 15-minute average in your first 24 hours.  I do this to protect your line.  If it's 15 minutes or more, like Susan's were, she continued to go.  She went as long as she wanted to.  She earned a daily.  On her first day online, the guy cut her a check the next day, and I didn't even know who she was.  So,

86

she's not a plant for that reason.  She'll tell you that. Okay?

Hold it.  Let me finish on the starting instructions.  You want to call me the next day -- two bits of information which I'll always need when you call me, your name, extension number, and -- well, more than two bits -- total number of calls, total number of minutes.  Now, I'll always need that to evaluate. There's five on a sheet, get three sheets, that's 15 calls.  Ed, I got 15 calls for 300 minutes or whatever. Okay?

Any questions on that?  Everybody is to call me at 7:30 at night (inaudible).  Yes, ma'am?

UNIDENTIFIED FEMALE:  I'll be in school.

ED:  Okay.  We'll talk about the starting time for you tomorrow night.  What, are you in school every night?

UNIDENTIFIED FEMALE:  (Inaudible) days, I can go when I want to go.

ED:  Okay.  You want to go at night.  A lot of our people work only during the day.  I'm not saying you always have to work night, but I'm trying to get the higher average call-in blocked in early.  Because if you have an 18, 19 at night and then you get a 14 the next day, you'll still get back-to-back calls.  It will

2.13 PAGE 85

87

average it out.

UNIDENTIFIED FEMALE:  (Inaudible).

ED:  That's fine, too.  Then is a good time. It's a 30-day moving average.  Yes, ma'am?

UNIDENTIFIED FEMALE:  I get home at midnight.

ED:  Well, then you can go on for a couple hours then and go on during the day, if you'd like.  Your average is --

UNIDENTIFIED FEMALE:  What I was thinking is buzz on in the middle of the night.

ED:  Right.  If your average is high teens or better, I don't care.  Yes, ma'am?

UNIDENTIFIED FEMALE:  We call you at this number here?

ED:  I'm sorry?

UNIDENTIFIED FEMALE:  Do we call you at this number?

ED:  No.  You call me with the number that says Ed Sider, right on the last sheet of your (inaudible) page you got.

UNIDENTIFIED FEMALE:  Okay, all right.

UNIDENTIFIED FEMALE:  That's 7:30 our time, right?

ED:  7:30 our time.  Whose is this?  Who's Dwayne?

88

Okay.  Diane's going to take over.  I'm going to go out.  The meeting is over.

**(The taping was concluded.)**

EXHIBIT 2.13 PAGE 87

89

# C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER: 0123084

CASE TITLE: ACCESS RESOURCE SERVICES

TAPING DATE: OCTOBER 25, 2000

TRANSCRIPTION DATE: SEPTEMBER 6, 2001

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:   SEPTEMBER 6, 2001

*Elizabeth M. Farrell*

ELIZABETH M. FARRELL

# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

KATHY J. DE MENT

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

2

FEDERAL TRADE COMMISSION

In the Matter of:                    )

Access Resource Services            )    Matter No. 0123084

                                    )

-------------------------------)

                                        Date Unknown

            The following transcript was produced from a
live tape provided to For The Record, Inc. on September
10, 2001.

EXHIBIT 2.14  PAGE 1

3

**P R O C E E D I N G S**

-    -    -    -    -

**MESSAGE FROM MS. CLEO ON ANSWERING MACHINE OF JOHN GROVOM**

MS. CLEO:   -- preview of your future. Congratulations.  You have been chosen to receive two free five-minute tarot card readings.  By calling today, you've chosen a path that could improve your life. You've taken the first step.  Now, with the help of the tarot cards, we will guide you the rest of the way.

To receive your free readings, the number to call is 1-800-987-4178.  Once again, that number is 1-800-987-4178.  Let our psychics have five minutes to demonstrate their incredible accuracy.  Just get a pen and paper and write down this important phone number. Call 1-800-987-4178.  That's 1-800-987-4178.

This very special number is only given to our best customers.  Call now and get a preview of your future.  Grab a pen and paper to write down this new, free phone number.  Call 1-800-987-4178.  That's 1-800-987-4178.

You must be 18.  For entertainment purposes only.  We are sponsored by Mind and Spirit, Fort Lauderdale, Florida.  Have a wonderful reading.

If you wish to remove yourself from our telemarketing file, call (402)572-5485.

EXHIBIT 2.14  PAGE 2

4

(The message was concluded.)

_____

ANSWERING MACHINE:   Thursday, 9:34 a.m.

_____

**MESSAGE FROM MS. CLEO ON ANSWERING MACHINE OF JOHN GROVOM**

MS. CLEO:  Congratulations.  You have been chosen to receive two free five-minute tarot card readings.  Today, you can personally experience the incredible power of the tarot cards.

To receive your free readings, the number to call is 1-800-872-3592.  Once again, that number is 1-800-872-3592.  My friends and I are ready to bring a little magic into your life.  Call 1-800-872-3592. That's 1-800-872-3592.  This is our best free reading offer ever.  This special number is only given to our best customers.

Call now and change your life with one single phone call.  Grab a pen and paper to write down this new, free phone number.  Call 1-800-872-3592.  That's 1-800-872-3592.  We are standing by and waiting for your phone call.

You must be 18.  For entertainment purposes only.  We are sponsored by Mind and Spirit, Fort Lauderdale, Florida.  Have a wonderful reading.

If you wish to remove yourself from our

EXHIBIT 2.14 PAGE 3

5

telemarketing file, call (402)572-5485.

**(The message was concluded.)**

_____

ANSWERING MACHINE:  Monday, 10:40 a.m.

_____

**MESSAGE FROM MS. CLEO ON ANSWERING MACHINE OF JOHN GROVOM**

MS. CLEO:  -- preview of your future. Congratulations.  You have been chosen to receive two free five-minute tarot card readings.  By calling today, you've chosen a path that could improve your life. You've taken the first step.  Now, with the help of the tarot cards, we will guide you the rest of the way.

To receive your free readings, the number to call is 1-800-704-3908.  Once again, that number is 1-800-704-3908.  Let our psychics have five minutes to demonstrate their incredible accuracy.  Just get a pen and paper and write down this important phone number. Call 1-800-704-3908.  That's 1-800-704-3908.

This very special number is only given to our best customers.  Call now and get a preview of your future.  Grab a pen and paper to write down this new, free phone number.  Call 1-800-704-3908.  That's 1-800-704-3908.

You must be 18.  For entertainment purposes only.  We are sponsored by Mind and Spirit, Fort

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 2.14 PAGE 4

6

Lauderdale, Florida.  Have a wonderful reading.

If you wish to remove yourself from our telemarketing file, call (402)572-5485.

**(The message was concluded.)**

_____

ANSWERING MACHINE:  Friday, 10:41 a.m.

_____

**MESSAGE FROM MS. CLEO ON ANSWERING MACHINE OF JOHN GROVOM**

MS. CLEO:  -- preview of your future. Congratulations.  You have been chosen to receive two free five-minute tarot card readings.  By calling today, you've chosen a path that could improve your life. You've taken the first step.  Now, with the help of the tarot cards, we will guide you the rest of the way.

To receive your free readings, the number to call is 1-800-704-3908.  Once again, that number is 1-800-704-3908.  Let our psychics have five minutes to demonstrate their incredible accuracy.  Just get a pen and paper and write down this important phone number. Call 1-800-704-3908.  That's 1-800-704-3908.

This very special number is only given to our best customers.  Call now and get a preview of your future.  Grab a pen and paper to write down this new, free phone number.  Call 1-800-704-3908.  That's 1-800-704-3908.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 2.14 PAGE 5



7

You must be 18.  For entertainment purposes only.  We are sponsored by Mind and Spirit, Fort Lauderdale, Florida.  Have a wonderful reading.

If you wish to remove yourself from our telemarketing file, call (402)572-5485.

**(The message was concluded.)**

ANSWERING MACHINE:  Friday, 10:46 a.m.

**(Beep)**

ANSWERING MACHINE:  End of final message.

**(The taping was concluded.)**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 2.14 PAGE 6

8

**C E R T I F I C A T I O N   O F   T Y P I S T**

MATTER NUMBER: <u>0123084</u>

CASE TITLE: <u>ACCESS RESOURCE SERVICES</u>

TAPING DATE: <u>DATE UNKNOWN</u>

TRANSCRIPTION DATE: <u>SEPTEMBER 17, 2001</u>

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:   SEPTEMBER 17, 2001

_Elizabeth M. Farrell_

ELIZABETH M. FARRELL

**C E R T I F I C A T I O N   O F   P R O O F R E A D E R**

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

KATHY J. DE MENT

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 2.14 PAGE 7