**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

02 - 60226

Case No. _____-CIV

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACCESS RESOURCE SERVICES, | ) |
| INC., dba | ) |
| Aura Communications; | ) |
| Circle of Light; | ) |
| Mind and Spirit; and | ) |
| Psychic Readers Network, | ) |
| | ) |
| PSYCHIC READERS NETWORK, | ) |
| INC., | ) |
| | ) |
| STEVEN L. FEDER, | ) |
| | ) |
| and | ) |
| | ) |
| PETER STOLZ | ) |
| | ) |
| Defendants. | ) |
| | ) |

**EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER**

**VOLUME III**

Elizabeth M. Grant, Or. Bar No. 90277
Robert G. Schoshinski, DC Bar No. 429736
Attorneys for Plaintiff
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C.  20580
Tel:  (202) 326-3299; - 3219
Facsimile:  (202) 326-3395

# EXHIBIT LIST

## FTC v. ACCESS RESOURCE SERVICES, INC. et al.

## VOLUME III

| EXHIBIT NO. | NAME |
|---|---|
| 3.1 | Story Boards for Short Advertisements offering Free Readings |
| 3.2 | Transcript of Nov. 9, 2000 Infomercial |
| 3.3 | Transcript of January 3, 2001 Infomercial |
| 3.4 | Transcript of February 27, 2001 Infomercial |
| 3.5 | Declaration of Sherry L. Ingles, Investigator Wisconsin Dept. of Justice re ARS telephone calls |
| 3.6 | Declaration of Teresa A. Salts, Special Agent, Kansas Attorney General re telephone calls |
| 3.7 | Testimony of former ARS readers Barbara Melit and Barbara Weil before the Florida Office of Attorney General |
| 3.8 | Declaration of former ARS reader Barbara Melit |
| 3.9 | Declaration of former ARS reader Kathy Swan |



| | | |
|---|---|---|
| **PRODUCT** Circle Of Light Psychics | **LENGTH** 60 | |
| **MARKET** Los Angeles, CA | **STATION** KCOP | |
| **PROGRAM** Blind Date | **DATE** 06/29/2000 | |
| **CODE #** 000608811 | **TIME** 11:23 PM | |
| **TITLE** Various Women Describe Psychic Abilities | | |

330 W. 42nd Street
New York, NY 10036
(212) 736-2010
www.vidmon.com



(MUSIC IN)



CARRIE: When I was little, I dreamed mom was in a car accident. The next morning, dad told me she had died.



After that, I began to know things about people, I mean, total strangers. I guess this was a gift my mother left me. She was psychic too.



MELINDA: When I was in high school, I drowned. I could see them giving me



CPR like I was floating above. And all of a sudden, I was back on the bed. It brought me back.



From that moment on, I saw visions all around me.



And when I hear my callers' voices, that's what happens too.



RUTH: When I was little, I use to go to my grandmother's house a lot, and she use to tell her clients visions about things she use to see.



I use to try to sit as far away as possible so I couldn't hear them,



but I could still hear her thoughts, like, in my mind.



My psychic ability increased when my grandmother died. It was like a gift that she'd given to me to help people.

MALE ANNCR: Meet your own Circle of Light Psychic. Call now. (GRFX: CALL NOW)

FTC0000974

EXHIBIT _3.1_ PAGE _1_

ALSO AVAILABLE ON VIDEO CASSETTE

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.
NEW YORK . LOS ANGELES . CHICAGO . PHILADELPHIA . SAN FRANCISCO . DETROIT . BOSTON . DALLAS . WASHINGTON . HOUSTON . MIAMI . DENVER . HARTFORD . SAN DIEGO . CLEVELAND . PHOENIX



330 W. 42nd Street
New York, NY 10036
(212) 736-2010
www.vidmon.com

**PRODUCT** Psychic Network
**MARKET** Network
**PROGRAM** The Black View
**CODE #** 010103844
**TITLE** Miss Cleo Is Keepin' It Real--She Knows

**LENGTH** 60
**STATION** BET
**DATE** 01/10/2001
**TIME** 08:17 PM



(MUSIC IN)



WOMAN: People ask you such personal things. Do you always tell them everything, both negative and positive, or do you kind of hold back some things?



CLEO: I am obligated by what I believe in to be honest.



CLEO: You passed up a good one. You know what? You passed him up about 6 months or so ago, because he was taking a bus. (SFX: LAUGHTER IN & OUT) CLEO: You know what I am



talking about, don't you? FEMALE (VO): Yes.



CLEO: You give a lot of money to this man, a lot of money. (SFX: LAUGHTER IN & OUT) You laugh, but you know I'm telling you the truth, don't you? FEMALE (VO): Yes.



CLEO: And he likes to be a very well dressed man, doesn't he?



FEMALE (VO): Yes. CLEO: You run around looking like a pauper, and he runs around looking GQ.



(MUSIC)



WOMAN: Are you ever afraid that you're going to say something that may offend somebody or hurt somebody or?



CLEO: And for all of my young ones, they say, you keep it real, Miss Cleo? And that is the key: I keep it real. No reason not to.



MALE ANNCR: Hear 1-800-987-9678. (MUSIC OUT)

FTC0000980

EXHIBIT _3.1_ PAGE _2_

ALSO AVAILABLE ON VIDEO CASSETTE

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.
NEW YORK . LOS ANGELES . CHICAGO . PHILADELPHIA . SAN FRANCISCO . DETROIT . BOSTON . DALLAS . WASHINGTON . HOUSTON . MIAMI . DENVER . HARTFORD . SAN DIEGO . CLEVELAND . PHOENIX



330 W. 42nd Street
New York, NY 10036
(212) 736-2010
www.vidmon.com

| | |
|---|---|
| **PRODUCT** | Psychic Readers Network |
| **MARKET** | New York, NY |
| **PROGRAM** | Sex Wars |
| **CODE #** | 010302396 |
| **TITLE** | Miss Cleo Reveals Woman's Secrets |

| | |
|---|---|
| **LENGTH** | 60 |
| **STATION** | WCBS |
| **DATE** | 03/09/2001 |
| **TIME** | 01:53 AM |



(MUSIC IN) MISS CLEO: There is a full moon approaching next week, and it is a lunar eclipse as well. And let me tell you something, (SFX: CARD SHUFFLING IN & OUT)



when that a go on, every secret that lay upon the dark gonna get a whole heap of light shine upon it, you hear me?



FEMALE (VO): Oh, wow. MISS CLEO: You see this? The High Priestess card. (GRFX: UNCOVER SECRETS FOR FREE!)



Nothing but secret ma--ma, and around the secret, let me count,



1, 2-- 3 men. FEMALE (VO): Yeah.



MISS CLEO: You hear me? 1, 2, 3-- FEMALE (VO): Yeah.



MISS CLEO: --and right sit there the secret card mommie, all right?



FEMALE (VO): Yeah. MISS CLEO: So let me tell you something, mind yourself. The High Priestess is a very impatient woman.



And within the next couple of days, next couple of weeks, somebody's going to get busted, and it looks like you. FEMALE (VO): Okay.



MISS CLEO: I'm serious, because on the next level, comes the hermit card, which means that you're by yourself.



What secret will the High Priestess uncover in your reading?



MALE ANNCR: 1-800-808-6105. (MUSIC OUT)

FTC0000992

EXHIBIT 3.1 PAGE 3

ALSO AVAILABLE ON VIDEO CASSETTE

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.
NEW YORK . LOS ANGELES . CHICAGO . PHILADELPHIA . SAN FRANCISCO . DETROIT . BOSTON . DALLAS . WASHINGTON . HOUSTON . MIAMI . DENVER . HARTFORD . SAN DIEGO . CLEVELAND . PHOENIX



330 W. 42nd Street
New York, NY 10036
(212) 736-2010
www.vidmon.com

**PRODUCT** Psychic Readers Network
**MARKET** New York, NY
**PROGRAM** The Maury Povich Show
**CODE #** 010303798
**TITLE** Miss Cleo Has The Answers, Call Free

**LENGTH** 60
**STATION** WPIX
**DATE** 03/14/2001
**TIME** 08:17 AM



(MUSIC IN) MISS CLEO: With matters of the heart, the tarot cards are where I start.



FEMALE (VO): You know, I'm engaged to be married, but can I live the rest of my life with this man?



MISS CLEO: As I cut the deck, I pull the marriage card. FEMALE (VO): Ahh!



MISS CLEO: But, there's always a but. FEMALE (VO): Uh-oh! MISS CLEO: You don't always trust him--you don't, honey.



FEMALE (VO): Oh. MISS CLEO: You know that. FEMALE (VO): Man, I was hoping it wouldn't be.



MISS CLEO: Sometimes he's at the house with you, and sometimes he's not. Those nights when he is not, you're usually thinking that he is



doing something-- you know what I'm saying? FEMALE (VO): I hear what you're saying.



MISS CLEO: You were feeling as if she was cheating on you, weren't you? MALE (VO): Yeah, I did. MISS CLEO: That's because she was. MALE (VO): Was?



MISS CLEO: Uh-huh, you tried to check her alibi, didn't you? MALE (VO): Yeah. MISS CLEO: She was suppose to be there, correct? (GRFX: YOUR ANSWERS ARE IN THE CARDS)



MALE (VO): Yeah, 'cause I stopped by and her friend said she was sleeping.



MISS CLEO: Do you really know your lover? Call me now for a free reading to be sure you're right.



MALE ANNCR: Call 1-800-949-6893. (MUSIC OUT)

FTC0000986

EXHIBIT 3.1 PAGE 4

ALSO AVAILABLE ON VIDEO CASSETTE

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.
NEW YORK . LOS ANGELES . CHICAGO . PHILADELPHIA . SAN FRANCISCO . DETROIT . BOSTON . DALLAS . WASHINGTON . HOUSTON . MIAMI . DENVER . HARTFORD . SAN DIEGO . CLEVELAND . PHOENIX



330 W. 42nd Street
New York, NY 10036
(212) 736-2010
www.vidmon.com

| | |
|---|---|
| **PRODUCT** | Psychic Readers Network |
| **MARKET** | Greenville, SC |
| **PROGRAM** | Dr. Laura |
| **CODE #** | 010708369 |
| **TITLE** | Caller Asks If Boyfriend Is Faithful |

| | |
|---|---|
| **LENGTH** | 30 |
| **STATION** | WLOS |
| **DATE** | 07/23/2001 |
| **TIME** | 09:09 AM |



(MUSIC IN) FEMALE (VO): I just wanted to know if, hm,



he's faithful, I guess, because he brings up other female names



in awkward moments.



MISS CLEO: Well, not that he brought it up and kind of slip out--



Um, at what point in time in the nine months were you happy? FEMALE (VO): Uh-- MISS CLEO: For the first three weeks, right? And then he started to show his behind on the fourth week.



(SFX: WOMAN LAUGHS IN & OUT) FEMALE (VO): Yeah. MISS CLEO: Am I telling you the truth or not? FEMALE (VO): Yeah.



MISS CLEO: He doesn't have any job, either. FEMALE (VO): Yeah, he doesn't.



MISS CLEO: And mind yourself, because he brings too many people in and out of your crib. Do you understand me? FEMALE (VO): Um-hm. MISS CLEO: Because I'm telling you, unless



you haven't missed it already, I would count your jewelry. FEMALE (VO): Um, my necklace. I was looking for a necklace.



WOMAN #1: It made the hair in the back of my neck raise, just spike up. It was incredible. WOMAN #2: She will shock you. She will shock you.



MALE ANNCR: Call Cleo now for your own tarot reading.



Call 1-800-226-5937. (MUSIC OUT)

**FTC 2960**

ALSO AVAILABLE ON VIDEO CASSETTE

EXHIBIT 3.1 PAGE 5

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.
NEW YORK . LOS ANGELES . CHICAGO . PHILADELPHIA . SAN FRANCISCO . DETROIT . BOSTON . DALLAS . WASHINGTON . HOUSTON . MIAMI . DENVER . HARTFORD . SAN DIEGO . CLEVELAND . PHOENIX

1

FEDERAL TRADE COMMISSION

I N D E X

VIDEO:                                      PAGE:

MIND AND SPIRIT                               3

EXHIBIT **3.2** PAGE **1**

FTC 0000804

2

FEDERAL TRADE COMMISSION

In the Matter of:                )

Access Resource Services         )   Matter No. 0123084

------------------------------)

November 9, 2000

The following transcript was produced from a live videotape provided to For The Record, Inc. on March 15, 2001.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2  PAGE 2

FTC 0000805

3

P R O C E E D I N G S

-    -    -    -    -

MIND AND SPIRIT VIDEOTAPE

-    -    -    -    -

ON SCREEN:

The following is a paid presentation of

Mind and Spirit

*    *    *    *    *

ON SCREEN:

TO ORDER CALL

1-800-321-3771

*    *    *    *    *

ON SCREEN:

Adelphia TV GUIDE

UNIDENTIFIED MALE:  The following is a paid presentation of Mind and Spirit.

Welcome to Mind and Spirit where you can listen into real Tarot readings with Miss Cleo, who encourages you to call in for your own free reading.

MISS CLEO:  Welcome to Mind and Spirit.  I am Miss Cleo.  My mission in life is to share the mystical powers of the ancient Tarot and help you guide your future.

ON SCREEN:

1-800-321-3771

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.2*  PAGE *3*

FTC 0000806

4

MISS CLEO:  As an experienced shaman, I use the Tarot cards as a medium to tap into the divine source of our knowledge.  The cards help provide the answers to all your questions.

Please join me today and experience your own free Tarot card reading.  This is your opportunity to open the doors to your future.  It is an experience you will never forget.

**ON SCREEN:**

**TO ORDER CALL**

**1-800-321-3771**

**www.mindandspirt.com**

UNIDENTIFIED FEMALE:  Nice to talk to you, to get through.

MISS CLEO:  (Laughter.)

UNIDENTIFIED FEMALE:  I've been waiting a long time to get a hold of you.  I watch you on TV -- it is just amazing how you can know all these things.

MISS CLEO:  Bless your heart, sweet pea.

TONYA:  Basically, I got --

MISS CLEO:  Well, slow down.

TONYA:  (Laughter.)  I'm excited.

MISS CLEO:  Give me -- that's all right.  Just breathe, mommy, just breath.

TONYA:  Okay.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.2 PAGE 4

FTC 0000807

5

**ON SCREEN:**

**CALL MISS CLEO NOW**

**1-800-321-3771**

MISS CLEO:  Give me your name -- first name only -- and the city you are calling from, darling.

TONYA:  Tonya.

MISS CLEO:  All right.

TONYA:  And I'm calling from Vienna.

MISS CLEO:  All right, Tonya.  And what is your birth date, baby?

TONYA:  Pardon?

MISS CLEO:  Your birth date.

TONYA:  8-7-68.

MISS CLEO:  All right.  Now, you have questions?  Go ahead.  Now you can rush in.

TONYA:  Okay.  First off, can you tell me where my love life is going?

MISS CLEO:  Oh, always with the heart.  Your love life should be celebrating right now, honey.  Right off the top, because there's a man that you've -- there must be a man that you've meet recently, correct?

TONYA:  Correct.

MISS CLEO:  Yeah, yeah.  Oh -- you got a cutie pie --

TONYA:  Yes, he is, I think.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT **3.2** PAGE **5**

FTC 0000808

6

MISS CLEO: Okay -- breath.  Stop it -- you're starting to hyperventilate.  Calm down.

TONYA:  (Laughter.)

MISS CLEO:  Let me look upon the cards and see what'll go on, but I see him very recently.  What is his birthday, baby?

TONYA:  It's May 20th, 1968.

MISS CLEO:  I like him.  I like him a lot.  His numbers are good numbers.  I'm just looking here and I'm looking to see the romance, because there's a lot of passion.

**ON SCREEN:**

**Your Reading is FREE!**

**1-800-321-3771**

You are struggling as often as about 10 months ago -- well, actually, 10 weeks ago.  You were really having a hard time.  So, this man, when you met him, he came in at a very pivotal time in your life, didn't he?

TONYA:  Yes, yes.

MISS CLEO:  Because I'm looking at you frustrated -- you were also supposed to be going out of town a while back and that seemed to get stopped, didn't it?

**ON SCREEN:**

**Don't hesitate - Call Cleo now**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.2* PAGE *6*

FTC 0000809

7

**1-800-321-3771**

TONYA: Uh -- yeah.

MISS CLEO: Yeah. Because I'm looking at that. The reason I know that I'm looking at the Six of Swords and there was a trip, but the trip get delayed up, right?

TONYA: Yes.

MISS CLEO: Did you get sick or something around the time and that's why you didn't go?

TONYA: Yeah, I did.

MISS CLEO: You know why I know that? And I will tell you, because at the end of that is the Magician card which usually tells me about health.

But you are feeling better now, though?

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

TONYA: Yes, a little bit, yeah. Well --

MISS CLEO: You are sleep depravation -- you not sleep, mommy.

TONYA: No.

MISS CLEO: All right. Instead of being up watching me, you should be sleeping.

TONYA: (Laughter.)

MISS CLEO: Okay?

TONYA: Okay.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 7

FTC 0000810

8

MISS CLEO:  He is a good one.  I have one piece of advice for you --

TONYA:  Okay.

MISS CLEO:  -- slow down.  You're going to scare him away.

TONYA:  Okay.

ON SCREEN:

**Your cards are waiting!**

**1-800-321-3771**

MISS CLEO:  You got very slow, methodical man, all right?  In many areas of the -- he does not rush through anything, mommy.

TONYA:  Right -- that's -- that's true.

MISS CLEO:  Yes, it is, all right?  So, on many levels, then.  So, just because --

TONYA:  I need slowing down, because I have a -- it's -- that's a habit that's hard to break, you know.  I -- that's the way I am.  I just try to --

ON SCREEN:

**Call for your FREE reading!**

**1-800-321-3771**

MISS CLEO:   Well, but, just because that is the way you are, does not mean you cannot change.

TONYA:  Okay.

MISS CLEO:  All right?  So, I want you to slow

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.2 PAGE 8

FTC 0000811

9

it down and especially as far as your health is concerned, all right?  Because you are looking a little bit -- you're not eating your veggies and things because you're looking a little bit anemic because even when you do wake up, you're waking up very tired, very sluggish, then, correct?

TONYA:  That's right.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  Yeah, yeah.  And you are crying a couple of days ago, mommy.  What were you crying about?

TONYA:  Ah -- just depressed with everything.

MISS CLEO:  Oh, no.  Stop being so depressed, mommy, the tears soon go away.  You'll feel better today and you were feeling better yesterday.

TONYA:  Yeah.

MISS CLEO:  Find that peace.  Do not be bugged by his ex-girlfriend.  She stills lives in the area, doesn't she?

TONYA:  Yes, she does.

**ON SCREEN:**

**Call Miss Cleo Now!**

**1-800-321-3771**

MISS CLEO:   I see her.  She's a real witch.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 9

FTC 0000812

10

TONYA:  Oh, yeah?

MISS CLEO:  I have to catch myself now I'm going to say something else then.

TONYA:  (Laughter.)

MISS CLEO:  But she only a witch, but she is no concern of your's, all right?

TONYA:  Okay.

MISS CLEO:  Take care, honey, enjoy.

TONYA:  Thank you so much, Cleo.

MISS CLEO:  You're welcome, sweet pea.  Bye-bye.

TONYA:  Bye.

MISS CLEO:  The spirits and the Tarot cards have the power to deliver the truth.  Call me now for your free reading and find out what the Tarot cards will reveal about your life.

**ON SCREEN:**

**Make the Right Choice!**

**(Illegible 15153)**

**1-800-321-3771**

UNIDENTIFIED MALE:  Life's journey is filled with many choices.  Choose the correct path in your life by calling Miss Cleo for your free reading now.

**ON SCREEN:**

**Free Tarot Reading!**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 10

FTC 0000813

11

1-800-321-3771

MISS CLEO:  Caller?

MINNIE:  Yes.

MISS CLEO:  How are you, dear?

MINNIE:  I'm fine, Miss Cleo, how are you?

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  I am doing just fine today, darling.  Can I get your first name and the city you're calling me from?

MINNIE:  My first name is Minnie.

MISS CLEO:  All right, Minnie.

MINNIE:  And the city is Pine Bluff.

**ON SCREEN:**

**MINNIE PINE BLUFF**

MISS CLEO:  All right, sweet pea.  And what is your birth date, Minnie?

MINNIE:  7-4-52.

**ON SCREEN:**

**Begin your psychic journey now!**

**1-800-321-3771**

MISS CLEO:  7-4-52 -- you know what?  My mother-in-law's name is Minnie.  Her name is Minnie Lee.

MINNIE:  Yes (laughter.)

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 11

FTC 0000814

12

MISS CLEO:  And if she knew I was telling that on TV-land, she would choke me to death.

MINNIE:  (Laughter.)

MISS CLEO:  What can I do for you today, Minnie?

MINNIE:  Miss Cleo, I am interested to know about the young man I'm dating know --

MISS CLEO:  You're not kidding when you say young, either, Minnie (laughter.)

MINNIE:  Well, I'm not kidding, Miss Cleo, but not young, young.

**ON SCREEN:**

**Tap into the power of the Tarot!**

**1-800-321-3771**

MISS CLEO:  No, no, no, but he is younger than you, dear.

MINNIE:  Yes, he is.

MISS CLEO:  Um-hmmmm, but you are --

MINNIE:  I'm just interesting in knowing about him.  He seem true and he seem okay.

MISS CLEO:  When's his birth date, mommy?

MINNIE:  Ma'am?

MISS CLEO:  When's his birthday?

MINNIE:  His birthday -- uh -- the 3rd and the 16th '57.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.2 PAGE 12

FTC 0000815

13   *13*

MISS CLEO:  He is what I call a good provider.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MINNIE:  Yeah.

MISS CLEO:  All right?

MINNIE:  Good, yes.

MISS CLEO:  He is a good provider and you have actually catched him at a very, very good point in time in his life.

MINNIE:  Yes, yes.

MISS CLEO:  About 20 years or so ago, he was a pistol and a half.

MINNIE:  Yes (laughter.)

**ON SCREEN:**

**Your Reading is FREE!**

**1-800-321-3771**

MISS CLEO:  He used to drink up and you could count the ladies on a list.  But now he seems to be a bit of a church-going man, isn't he?

MINNIE:  Yes, Miss Cleo.

MISS CLEO:  Yeah, he is very founded in the church.  He seems to be very stable then.  You get him at a good time, honey.  He's a very neat man, isn't he?

MINNIE:  Yes.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT **3.2** PAGE **13**

FTC 0000816

14

MISS CLEO: I mean, he likes -- you know what? I get a hold of a smell -- you've been to his house, right?

MINNIE: Yes (laughter.)

ON SCREEN:

**What will the cards tell you?**

**1-800-321-3771**

MISS CLEO: His house smell like bleach.

MINNIE: (Laughter.) Yes.

MISS CLEO: What is this about bleach? Does he use bleach all the while to clean things?

MINNIE: Yes (laughter.)

MISS CLEO: My goodness, tell him to back off of it. He's going to give himself a headache.

MINNIE: (Laughter.)

MISS CLEO: His mother did that to him. Because he come from a fairly large family. I'm looking at eight or nine kids in his family, right?

ON SCREEN:

**www.mindandspirit.com**

**1-800-321-3771**

MINNIE: Yes.

MISS CLEO: Yeah, yeah. And he can cook some things.

MINNIE: Very good -- very good.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 14

FTC 0000817

15

MISS CLEO:  Um-hmm, um-hmm.

MINNIE:  Yes.

MISS CLEO:  And he's a very -- and you know what?  He can keep up with you, too, Minnie.  You know what I'm talking about.

MINNIE:  Yes (laughter.)

MISS CLEO:  Yeah, yeah.

MINNIE:  Yes.

MISS CLEO:  Yeah, yeah.  Uh-huh.  Look at you are blushing, I can tell.

ON SCREEN:

**Call Miss Cleo Now!**

**1-800-321-3771**

MINNIE:  Yes (laughter.)  Miss Cleo, can you -- can you tell me anything about money -- I'm interested in knowing about moneywise -- financialwise.  I don't spend all the time wisely, but I'm not one that just gobble up money.  I work very hard --

MISS CLEO:  But you know what?  I mean, but when you do spend, Minnie, you have a good time, honey.

ON SCREEN:

**Your cards are waiting**

**1-800-321-3771**

MINNIE:  Yes.

MISS CLEO:  All right?  So, I mean, because I

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

3.2  PAGE 15

FTC 0000818

16

am looking in your closet and none pair of shoes do I see in there under $60.

MINNIE:  (Laughter.)  You're looking.

MISS CLEO:  Yeah, yeah.  You know I am looking. I am seeing snakeskin over here and fancy shoes -- and a whole lot of names in the shoes then.  And there are --

MINNIE:  You're looking.


**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  -- wait a second -- but, Minnie, look here.  You tell me that you do not spend up a whole of money.  Why am I looking at one, two, three boxes of shoes that you have never even had on?

MINNIE:  (Laughter), but I will wear them -- I will -- I truly will wear them, and everything.  But I -- the foolishness is sometimes they think I spend it on other people.  I like giving.

**ON SCREEN:**

**Call now for your FREE reading!**

**1-800-321-3771**

**.....illegible.....**

MISS CLEO:  Well, and there is nothing wrong with that.  But, honey, you are old enough now you can do

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.2 PAGE 16

FTC 0000819

17

whatever the heck you want to do with your money, not let nobody tell you what to do with your money.

MINNIE:  Right, right, right.

MISS CLEO:  You understand me?   And your gentleman friend -- he is a good one, honey.   Go ahead and enjoy your life with him.  He is a sweet one.

MINNIE:  All right, then.

MISS CLEO:  Take care of yourself, baby, you make me smile today.

MINNIE:  All right.  Thank you, Miss Cleo.

MISS CLEO:  Bye-bye, Minnie.

MINNIE:  Bye-bye.

**ON SCREEN:**

**Don't hesitate -- Call Cleo now!**

**1-800-321-3771**

MISS CLEO:  From my own experience, I know that the Tarot cards reveal information you can't get anywhere else.  Call me now for your free reading.

**ON SCREEN:**

**Personal, Accurate Readings!**

**1-800-321-3771**

**www.mindandspirit.com**

UNIDENTIFIED MALE:  Now have your own personal experience with an authentic shaman who can tap into the mystical powers of the universe.  Call Miss Cleo today

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.2* PAGE *17*

FTC 0000820

EXHIBIT **3.2**   18

for your free reading.

ON SCREEN:

**Free Tarot Reading!**

**1-800-321-3771**

MISS CLEO:  Caller?

TYRESHA:  Hello.

MISS CLEO:  Hello, how are you?

TYRESHA:  Hi!  Fine, and you?  I've been dying to speak with you.

MISS CLEO:  Bless your heart.  Well, now you no have to die, we are here.

TYRESHA:  (Laughter.)

ON SCREEN:

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  Give me your first name, baby. What is your first name?

TYRESHA:  Tyresha.

ON SCREEN:

**CALLER:  TYRESHA**

MISS CLEO:  Tyresha.  What a beautiful name, momo.  And when is your birth date, Tyresha?

TYRESHA:  It's March 7th.

MISS CLEO:  All right, sweet pea, what year?

TYRESHA:  19 -- (inaudible).

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.2** PAGE **18**

FTC 0000821

19

MISS CLEO:  19 what?

TYRESHA:  76.

**ON SCREEN:**

**Your cards are waiting**

**1-800-321-3771**

MISS CLEO:  Oh, I thought you said 26 -- I said, you lie.  All right, Tyresha.  What is your question, sweet pea?

TYRESHA:  I want to know about career and love life.

MISS CLEO:  Career and love life, then.  Those are two solid areas.  Let's take a look.  Well, let's see, you are in love right now.  Who is the man you are in love with?

**ON SCREEN:**

**Begin your psychic journey now!**

**1-800-321-3771**

TYRESHA:  Well, it has to be my son's father.

MISS CLEO:  All right, because I see him here. Nine of Pentacles; the High Priestess shows me a lot of passion; and then the Eight of Pentacles here is money and job.  So, the job soon come, all right?

TYRESHA:  I'm unemployed, so you do -- obviously, you know that.

MISS CLEO:  Yeah, yeah.  The job soon come.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 19

FTC 0000822

20

TYRESHA:  Okay.

ON SCREEN:

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  All right?  Now, the relationship, though, between you and the baby's daddy, that has gone through more ups and downs than a roller coaster.

TYRESHA:  (Laughter) -- you telling me.

MISS CLEO:  (Laughter.)  You are a funny one. And it continues to be a struggle.

TYRESHA:  It continues to be a struggle -- oh, my goodness, like you'll never know.

ON SCREEN:

**Your Reading is FREE!**

**1-800-321-3771**

**.....Illegible.....**

MISS CLEO:  Well, I'm looking at a couple of things.  I'm trying to figure out why you are putting up with such a player.

TYRESHA:  I've been with him for eight years -- I love him to death.  We have a child and I'm trying to make it work, but, I mean, love is blind.

MISS CLEO:  Yeah.  I am looking at a couple of women in his past that he was still with you when he was

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.2** PAGE **20**

FTC 0000823

21

doing all of this.  Why are you dealing with this man?
You don't have any trust in him.

                    ON SCREEN:

                **Call Miss Cleo Now!**

                **1-800-321-3771**

          TYRESHA:  No, I don't.

          MISS CLEO:  If the man told you that the sky
was blue, you would have to look up and take a look see.

          TYRESHA:  I would.

          MISS CLEO:  You understand me?  Why are you not
moving on?  And if the man asked you to marry him
tomorrow, you would.  What kind of -- what kind of stuff
is that?

                    ON SCREEN:

                **www.mindandspirit.com**

                **1-800-321-3771**

          TYRESHA:  I don't know.  But we all know that
won't happen if a man asked me to marry him tomorrow.
(Laughter.)

          MISS CLEO:  I'm saying if your boyfriend asked
you to marry him tomorrow, you lie -- if that man put a
ring on your finger, you would be dancing from the
rooftop.

          TYRESHA:  (Laughter.)

          TYESHA:  Yes, she would.

EXHIBIT 3.2 PAGE 21

FTC 0000824

22

MISS CLEO:  Oh, Lord, there's another voice. Who is that?

TYRESHA:  That's my twin sister.

**ON SCREEN:**

**Tap into the Power of the Tarot!**

**1-800-321-3771**

MISS CLEO:  Oh, Father, Jesus, oh, my goodness. Look a hear.  Hello, sister, what is your name?

TYESHA:  Tyesha.

MISS CLEO:  Okay, so there is Tyesha and Tyresha?

TYRESHA:  Yep.

MISS CLEO:  Oh, father, you all not make it easy for someone, do you?

TYRESHA:  No, we don't --

MISS CLEO:  I don't even know -- okay, me going to call it sister number one and sister number two. Sister number two, you know it to be so that if that man ask her, she would be on her way, huh?

**ON SCREEN:**

**WHAT WILL THE CARDS TELL YOU?**

**1-800-321-3771**

TYESHA:  I think she would.

MISS CLEO:  Yeah, yeah.  You know that.  That is your sister and she is your twin, so you know it to be

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2  PAGE 22

FTC 0000825



23

so, don't you?

TYESHA:  Yes, because I know that's what my sister wants.

MISS CLEO:  Yeah, she wants so badly for him to do right, but you know that he is no good, don't you?

TYESHA:  Yes.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  You have had words with him, too, sister number two.  You have told him off on more than one occasion, haven't you?

TYESHA:  Yes.

MISS CLEO:  I know you have -- I think if you thought you could beat his behind you would try.

TYESHA:  Um-hmm.

MISS CLEO:  But you cannot, because you guys are both kind of a little bit on the petite side.  You are short, aren't you.

TYESHA:  Yes.

TYRESHA:  Yes.

MISS CLEO:  Oh, boy, together, unison, I love this.

TYESHA:  (Laughter.)

TYRESHA:  (Laughter.)

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT *3.2* PAGE **23**

FTC 0000826

24

ON SCREEN:

**Don't hesitate -- Call Cleo Now!**

**1-800-321-3771**

MISS CLEO:  Bless your heart -- oh, you two are too precious -- too precious, then.  All right, baby, much love, all right?

TYRESHA:  Un-huh.

MISS CLEO:  Bye-bye.

TYRESHA:  Bye.

MISS CLEO:  The wisdom of the Tarot cards can give you the courage to make the changes you have always wanted to make.

Call me now for your free reading.

ON SCREEN:

**Reach Your Potential**

**1-800-321-3771**

UNIDENTIFIED MALE:  The Tarot cards can inspire you to reach your full potential.  Call today for your free reading and let Miss Cleo guide you to your future.

ON SCREEN:

**Free Tarot Reading!**

**1-800-321-3771**

**CLEO....ILLEGIBLE**

MISS CLEO:  Caller?

JACKIE:  Hello.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 24

FTC 0000827

25

ON SCREEN:

www.mindandspirit.com

1-800-321-3771

MISS CLEO:  Hello, dear, how are you?

JACKIE:  Pretty good -- I hope.

MISS CLEO:  Oh (laughter) --

JACKIE:  You will tell me.

MISS CLEO:  I will, okay, baby.  First let's start with your name and I want you to talk up just a little bit for me, all right?

JACKIE:  Okay.

MISS CLEO:  All right.  And your first name only and the city you are calling me from.

JACKIE:  Jackie in St. Johnsberry.

ON SCREEN:

CALLER:  JACKIE FROM ST. JOHNSBERRY

MISS CLEO:  All right.  What a great name for a city.  I like that.  All right, Jackie, what is your birth date, honey?

JACKIE:  10-16-69.

ON SCREEN:

The deck is cut -- call now

1-800-321-3771

MISS CLEO:  All right, let's see what are going

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.2** PAGE **25**

FTC 0000828

26

here.  Uh -- I'm getting a lot of pressures on some kind of decision and some kind of deadline then.  Do you understand me?

JACKIE:  Yes.

**ON SCREEN:**

**Call Miss Cleo Now!**

**1-800-321-3771**

MISS CLEO:  All right.  What is the deadline in reference to?

JACKIE:  On our trailer.

MISS CLEO:  All right.  All right, because that is -- that is also where the pressure is coming.

JACKIE:  Yes.

**ON SCREEN:**

**Call for your FREE reading!**

**1-800-321-3771**

.....Illegible.....

MISS CLEO:  The Moon card concerns me and the flip side of it is the Five of Swords, all right?  And there are people that you have walked away from -- family members and such --

JACKIE:  Yes.

MISS CLEO:  -- that are talking about you and your family like dogs right now.

JACKIE:  Yes.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 26

FTC 0000829

MISS CLEO:  All right?  And these are family?

JACKIE:  Yes.

MISS CLEO:  My goodness, why are they vexing you so?  I am looking -- I mean, the things that they are saying are very hateful and I not use that word very often.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

JACKIE:  Yeah.  It's --

MISS CLEO:  Do they not get along with your -- with your husband?

JACKIE:  Oh, gosh, no.

MISS CLEO:  Yeah, I didn't think so.  I didn't think that they did, because it seems to be some very passionate things that they are saying, and they are now -- even when you have gone to -- you went to them for help at one point, did you not?

JACKIE:  Yes.

MISS CLEO:  About three weeks ago, correct?

**ON SCREEN:**

**Your Reading is FREE!**

**1-800-321-3771**

JACKIE:  Yes, about that, yes.

MISS CLEO:  And they -- and they basically

EXHIBIT 3.2 PAGE 27

FTC 0000830

28

turned you -- told you they would only help you if you got rid of him.

JACKIE:  Yep.

MISS CLEO:  Yeah.

JACKIE:  Exactly.

MISS CLEO:  They gave you an ultimatum and you know what?  You cannot live under other people's ultimatums, then.  And he is actually even exchanged some pretty strong words with a brother or a male in this family, correct?

JACKIE:  Yes.

**ON SCREEN:**

**Tap into the power of the Tarot!**

**1-800-321-3771**

MISS CLEO:  Who is that, your brother that he exchanged words with?

JACKIE:  Yes.

MISS CLEO:  Yeah.  Honey --

JACKIE:  Yes.

MISS CLEO:  -- are you still there?

JACKIE:  Yes.

MISS CLEO:  Don't cry, mommy -- it's okay, no need to cry.  Come now, no cry, all right?  Everything going to be all right.  I promise you.  You understand me?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 28

FTC 0000831

29

JACKIE:  Yes.

ON SCREEN:

www.mindandspirit.com

1-800-321-3771

MISS CLEO:  And your family, then, they will just have -- sometime -- we cannot choose our family, baby.  All right?  And sometimes -- you know what?  The whole of the time, them not want, them not like.  You understand me?

So, not worry about that.  You hear what I am saying to you?

JACKIE:  Um-hmm.

MISS CLEO:  Good.  But you are going to be okay, mommy, all right?

ON SCREEN:

Call Miss Cleo Now!

1-800-321-3771

JACKIE:  All right.

MISS CLEO:  Take care of yourself, baby.

JACKIE:  Thank you very much.

MISS CLEO:  You are welcome very much, darling.  Bye-bye.

JACKIE:  Bye-bye.

MISS CLEO:  Let me show you how the Tarot cards can paint a truer picture than the human eye can see.

EXHIBIT 5.2 PAGE 29

FTC 0000832

30

Call me now for your free reading.

**ON SCREEN:**

**Begin Your Journey!**

**1-800-321-3771**

.....Illegible.....

*     *     *     *     *

**ON SCREEN:**

**Free Tarot Reading!**

**1-800-321-3771**

.....Illegible.....

UNIDENTIFIED MALE:  Begin your own amazing psychic journey today, call Miss Cleo now for your free reading and she'll guide you on an exciting journey into your future.

MISS CLEO:  Caller?  Caller?

TINA:  Hello?

MISS CLEO:  Hello.

TINA:  Hi, Miss Cleo, how are you?

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  I am fine, baby, how are you doing?

TINA: Okay.  I watch you every day.

MISS CLEO:  Oh (laughter) bless your heart. And I will pray for your eyes as well, because I imagine

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 30

FTC 0000833

31

that must be a little bit hard.

TINA:  Yes.

**ON SCREEN:**

**Begin your psychic journey now!**

**1-800-321-3771**

MISS CLEO:  (Laughter.)  Come and give me your first name only and the city and state that you are calling me from --

TINA:  Okay.

MISS CLEO:  -- I mean the city only, I'm sorry, go ahead.

TINA:  Tina.

MISS CLEO:  Um-hmm.

TINA:  My name is Tina and I'm calling from Bridgeton, New Jersey.

**ON SCREEN:**

**CALLED:  TINA FROM BRIDGETON**

MISS CLEO:  All right, Tina, and what is your birth date, mommy?

TINA:  9-2-72.

MISS CLEO:  All right.  Ohhh -- those are some mighty powerful numbers, young lady.

TINA:  (Laughter.)

MISS CLEO:  What questions do you want to ask me?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.2** PAGE **31**



FTC 0000834

32

TINA:  I want to know if I will have my own business one day.

                    ON SCREEN:

        **Do not hesitate -- Call Cleo now!**

                **1-800-321-3771**

MISS CLEO:  That is a nice yah/yah, because you like to make money, mommy.

TINA:  (Laughter.)

MISS CLEO:  I mean, you worry, uh-oh, a card will jump out, so I'm going to turn it up.  Oh, look a hear -- you have a good card jump out for you.  All right?

                    ON SCREEN:

            **www.mindandspirit.com**

                **1-800-321-3771**

MISS CLEO:  So, I'm going to cut the cards, then, but you might -- but you see, you know what?  I am going to tell you something, Tina --

TINA:  Okay.

MISS CLEO:  You put too much emphasis on money, honey.

TINA:  Okay.

MISS CLEO:  All right?  And you know that --

TINA:  Right.

MISS CLEO:  -- because even the requirements

                For The Record, Inc.
                 Waldorf, Maryland
                  (301)870-8025

EXHIBIT 3.2  PAGE 32

FTC 0000835

33  33

that I see around the men that you are interested in --
if they look poor, you're not wanting nothing to do with
them.

TINA:  Right.

ON SCREEN:

**The deck is cut -- Call now!**

**1-800-321-3771**

MISS CLEO:  You understand me?  You pass up a
good one -- you know what?  You pass him up about six
months or so ago --

TINA:  Um-hmm.

MISS CLEO:  -- because he was taking a bus.

TINA:  Oh --

MISS CLEO:  You know the one I am talking
about, don't you?

TINA:  Yes.

MISS CLEO:  Un-huh.  He was a good one -- you
mess up --

TINA:  (Laughter.)

MISS CLEO:  -- money not make anybody happy.

TINA:  Right.

MISS CLEO:  All right.  So, I am telling you.
I need for you to know that you mess up --

TINA:  Okay.

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.2** PAGE **33**

FTC 0000836

34

**What will the cards tell you?**

**1-800-321-3771**

MISS CLEO:  -- he was a good one.  Go and try and find him now.  Let me tell you something, him is driving now and you are sick because I am telling you. He is doing just fine --

TINA:  Okay.

MISS CLEO:  -- let that be a lesson to your behind.  You understand me?

TINA:  Right.  I'll listen -- (laughter.)

MISS CLEO:  And there is one now that you are talking to --

TINA:  Yes.

MISS CLEO:  -- and he is older than you, because he must be, because there is too much established money around him.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

TINA:  Yes.

MISS CLEO:  Un-huh.  He is not a bad one but he is a liar --

TINA:  Oh -- I'm starting to realize that.

MISS CLEO:  Yeah, yeah.  Because I see the money there by the Wheel of Fortune here, and then I see

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBI **3.2** PAGE **34**

FTC 0000837

35

him -- he is the King of Cups -- and he is very charming --

TINA: Um-hmm.

MISS CLEO: -- he has a very good looking then --

TINA: Right.

MISS CLEO: And, then, I see the Ten of Pentacles in a reverse position. He is a liar.

TINA: Oh, okay.

**ON SCREEN:**

**Call Miss Cleo Now!**

**1-800-321-3771**

MISS CLEO: You understand me?

TINA: Yes.

MISS CLEO: And you -- part of you -- you not like to be alone. You put one out and one come right back in behind the other.

TINA: (Laughter.) Right.

MISS CLEO: It's like a turnstile. You know the old-fashioned turnstile they used to have in the markets? Or you are too young for that.

TINA: (Laughter.)

**ON SCREEN:**

**Your cards are waiting!**

**1-800-321-3771**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 35

FTC 0000838

36

MISS CLEO:  But there -- you know, like a revolving door, then.

TINA:  Yes.

MISS CLEO:  Because you don't like to be alone.

TINA:  Right.

MISS CLEO:  All right?  But you got to stop that, too, mamma.

TINA:  Okay.

MISS CLEO:  You understand me?  I know you asked me about business, but your love life is the first thing that come up, all right?

TINA:  Right.

MISS CLEO:  I'm trying to see look what the business is.  Don't tell me just yet.  But it is one that you would not have to work very hard, either, because you are a little bit on the lazy side.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

TINA:  (Laughter.)  Right.

MISS CLEO:  Um-hmm.  All right, mommy?

TINA:  All right.

MISS CLEO:  And go ahead and work from the business.  It will -- it will bring you money in time, but you need to re-evaluate where you are sitting.  You

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

3.2  PAGE 36

FTC 0000839

37

understand me?

TINA:  Okay.

MISS CLEO:  All right, mamma, take care of yourself.

TINA:  All right, thank you.

MISS CLEO:  Bye-bye.

TINA:  Bye-bye.

ON SCREEN:

**Call for your FREE reading!**

**1-800-321-3771**

.....Illegible.....

MISS CLEO:  Like pages from the book of life, the ancient Tarot uncovers your past, creates awareness of your presence, and shows alternatives in your future.

Call me now for your free reading.

ON SCREEN:

**Call Cleo now**

**1-800-321-3771**

.....Illegible.....

*    *    *    *    *

ON SCREEN:

**Free Tarot Reading!**

**1-800-321-3771**

UNIDENTIFIED MALE:  Don't be afraid of the truth, call Miss Cleo for a free reading and embrace the

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

XHIBI **3.2** PAGE **37**

FTC 0000840

38

truth that could change your life.

MISS CLEO:  Caller?

KATHY:  Yes.

MISS CLEO:  How are you, dear?

KATHY:  Oh -- I don't know.  I'm needing to talk to you and find out some things.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  All right, sweet pea.  Let me get your first name only and the city you are calling me from.

KATHY:  Kathy from Lothian, Maryland.

MISS CLEO:  And what is your birth date, Kathy?

KATHY:  March 26th 1965.

**ON SCREEN:**

**Tap into the Power of the Tarot**

**1-800-321-3771**

MISS CLEO:  All right, sweety.  What is your question, honey?

KATHY:  I'd like to know who my ten-year-old son's father is.

MISS CLEO:  Um-hmm.  All right.  And what is the second question?

KATHY:  Uh -- well, it's kind of a double-edged

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.2** PAGE **38**

39

sword.  And these two have to go together.  I'm engaged now, but I feel that my husband that died is haunting me.  Is he haunting me and does the man I'm with -- does he love me?  Because Don said he would only haunt me if I was with the wrong man.  So, that's the same question.  Does that work?

ON SCREEN:

**Begin your psychic journey now!**

**1-800-321-3771**

MISS CLEO:  Yeah, no -- I am hearing you, I'm just trying to look at what I am seeing here in the cards.  I don't see anyone haunting you --

ON SCREEN:

**www.mindandspirit.com**

**1-800-321-3771**

KATHY:  Okay.

MISS CLEO:  -- when is the current fiance or the current husband's birthday?

KATHY:  Well, my current fiance, his name is Jamie.

MISS CLEO:  And when is his birthday, honey?

KATHY:  His birthday is October 5th, 1969.

MISS CLEO:  Um-hmm.  Is he -- are you aware that he drinks a lot?

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000842

EXHIBIT 3.2 PAGE 39

40

**Call for your FREE reading!**

**1-800-321-3771**

.....Illegible.....

KATHY:  Yes, I am aware he drinks a lot.

MISS CLEO:  Um-hmm.  And I'm looking here at the Five of Cups -- you know what I'm saying to you -- and for a man with the numbers that he has around him, he's also a little bit on the violent side.

KATHY:  Yes, he is a little bit on the violent side, yes, ma'am.

MISS CLEO:  And from what I am looking at, I am saying that the man is not a good man.  Because I don't see --

**ON SCREEN:**

**Don't hesitate -- Call Cleo now!**

**1-800-321-3771**

KATHY:  Does he love me?

MISS CLEO:  Uh -- he loves you as much as he possibly can.  There is a lot of fighting, there's a lot of lying with the drinking and such.  I mean, there are bruises that I am looking at -- five weeks or six weeks old.  What are those -- on your upper arm here.  Did he push you?

KATHY:  No, I did -- I had to climb through my window because our lock on our door broke.  No, he did

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000843

EXHIBIT **3.2** PAGE **40**

41

not cause those bruises.

MISS CLEO: Oh, okay, so those are not -- those bruises are from something else.

ON SCREEN:

www.mindandspirit.com

1-800-321-3771

KATHY: No, those are not his, no way, no ma'am.

MISS CLEO: All right, okay, all right. But that is not something that he is above, though, and you need to understand that. Do you understand me?

KATHY: Yes, that's the truth, but he does swear that he loves me very much and that I do believe. I mean, he --

MISS CLEO: Well, but, and I hear what you are saying, but a man that verbally abuses you, emotionally abuses you --

ON SCREEN:

Your Reading is FREE!

1-800-321-3771

KATHY: How did you pin that one?

MISS CLEO: Because I am listening to you and I am telling you what I am hearing and what I am seeing upon the cards, honey.

KATHY: And the cards are telling you that that

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2 PAGE 41

42

MISS CLEO: Well, the cards and the spirits then. The cards are nothing without the spirits. But I am hearing all of this. Do you understand me? And I am telling you, how can you say that that is a love that you are wanting to receive when all the while so much hurt comes along with it, sweetheart. All right?

**ON SCREEN:**

**Call Miss Cleo Now!**

**1-800-321-3771**

KATHY: All right. And about my son. Who is the father of my son.

MISS CLEO: Oh, the father. The father of the ten-year-old son. Who is the military man? Was his father a military man?

KATHY: I had a one-night stand with a military man the night before I got -- I left town with the man that I'm scared of. It was -- was it the Marine?

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO: Yeah, mon, it was the military man is his daddy.

KATHY: It was the one-night stand?

MISS CLEO: Yeah, yeah.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000845                                    3.2 PAGE 42

43

KATHY:  It wasn't my ex-husband?

MISS CLEO:  No.

KATHY:  Oh, God -- that's his father?

MISS CLEO:  Yeah, yeah.

KATHY:  That's -- that's a relief.

MISS CLEO:  Well, good, I'm glad, then. (Laughter).  I am happy for you.   All right, baby, take care of yourself, now.

KATHY:  Thank you.

MISS CLEO:  Tarot cards can lead you to discover answers to all your questions.  Call me for now for your free reading.

**ON SCREEN:**

**Free the Power**

**1-800-321-3771**

**.....Illegible.....**

*     *     *     *     *

**ON SCREEN:**

**Free Tarot Reading!**

**1-800-321-3771**

UNIDENTIFIED MALE:  Feel the power of your own spirit guides today.  Call Miss Cleo for your free reading right now.

MISS CLEO:  Caller?  Caller?

LANNA:  Yes.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000846

EXHIBIT 3.2 PAGE 43

44

MISS CLEO:  Hello, how are you, dear?

LANNA:  Fine, how are you?

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  I am doing okay, darling.  Can I get your first name only and the city you are calling me from?

LANNA:  Yes, ma'am.  My name is Lanna, L A N N A.

MISS CLEO:  All right, baby.

LANNA:  From Arkansas.

**ON SCREEN:**

**CALLED:  LANNA FROM ARKANSAS**

MISS CLEO:  All right, Lanna, first of all, honey, take a deep breath.  Calm yourself down.

**ON SCREEN:**

**Your cards are waiting!**

**1-800-321-3771**

LANNA:  Okay.

MISS CLEO:  All right?  Because you are fretting up, all right?  Calm down, give me your birth date.

LANNA:  6-24-65.

MISS CLEO:  All right, sweetie, what is -- what

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

-XHIBIT **3.2** PAGE **44**

FTC 0000847

45

are your so concerned about?   What do you want to ask me.

LANNA:  About my -- whether or not I should go to work, because I'm on disability.

ON SCREEN:

**Tap into the Power of the Tarot**

**1-800-321-3771**

MISS CLEO:  Right.  All right, let's take a look.  That was -- already you have been told that would not be a good idea.  But I know that it is now down to a matter of -- of survival, then, right?

LANNA:  Exactly.

MISS CLEO:  Yeah, yeah, all right.

LANNA:  Exactly.

MISS CLEO:  It's okay.  Well, just, come on, now, let's breath.  We're going to be okay.

LANNA:  Okay.

MISS CLEO:  Now, all of this is causing you a whole lot of physical pain, honey.

ON SCREEN:

**www.mindandspirit.com**

**1-800-321-3771**

LANNA:  Yes.

MISS CLEO:  All right?

LANNA:  Oh, a lot.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000848

EXHIBIT 3.2 PAGE 45

46

MISS CLEO:  You have a back -- either you have sustained a back injury prior when you were in -- you were younger then.

LANNA:  Yeah, I just had surgery.

MISS CLEO:  All right.  In your back?

LANNA:  Yeah, and I have rheumatoid arthritis.

MISS CLEO:  Yeah, yeah.  And the surgery was -- they were -- what they told you they were doing they were cleaning your disc or something.  It was the third and fourth lumbar --

LANNA:  Yeah.

MISS CLEO:  -- and then they went down to the fifth as well.

LANNA:  I can't believe it.  You're exactly right -- exactly.

ON SCREEN:

**What will the cards tell you?**

**1-800-321-3771**

MISS CLEO:  There is money coming in about four weeks, though, the Ace of Pentacle is in a good position. You are going to get assistance from somebody, from a very unlikely place.  All right?

LANNA:  Oh, great.

ON SCREEN:

**Call for your FREE reading!**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000849

EXHIBIT *3.2* PAGE *46*

47

1-800-321-3771

.....Illegible.....

MISS CLEO:  God works in many way, then, all right?

LANNA:  Yeah.

MISS CLEO:  And the Two of Wands confirms what I just tell you, because the Two of Wands in a reverse position is a surprise.  You understand me?

LANNA:  Un-huh.

MISS CLEO:  And you have never imagined it. All right, baby, take care of yourself, it's going to be fine.  I don't want you back at work yet -- you're not ready and you know this.

LANNA:  Okay.  Well, thank you so very, very much (crying).

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-321-3771**

MISS CLEO:  You're welcome, sweetheart, and it's okay because let the tears come because the crying will over in the night time and when the sun come up, mommy, things will be brighter.  They say back home, big things will go on.  You understand?

LANNA:  Yes (crying).

MISS CLEO:  And robins will sing tomorrow.  I

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000850

3.2  PAGE 47

48

promise.  You hear me?

LANNA:  Thank you (crying).

MISS CLEO:  Bye-bye, baby.

LANNA:  Bye-bye (crying).

ON SCREEN:

**Don't hesitate -- Call Cleo now!**

**1-800-321-3771**

MISS CLEO:  This is the moment to change your life.  Don't wait, do it right now.  Call me for your free reading and embrace this unique opportunity.

ON SCREEN:

**Make the Right Choice!**

**1-800-321-3771**

**Cleo.....Illegible**

*     *     *     *     *

ON SCREEN:

**Free Tarot Reading!**

**1-800-321-3771**

**.....Illegible.....**

UNIDENTIFIED MALE:  Life's journey is filled with many choices.  Choose the correct path in your life by calling Miss Cleo for your free reading now.

MISS CLEO:  Well, my friends, the readings on this edition of Mind and Spirit are over.  But the

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.2* PAGE *48*

FTC 0000851

49

emotions that were revealed have touched my heart.  You have just witnessed how the Tarot cards can uplift people's spirits and give them the answers to all their questions.

ON SCREEN:

Call for your FREE reading!

1-800-321-3771

.....Illegible.....

MISS CLEO:  Now, it's your turn to experience your own free Tarot card reading.  This is your opportunity to take a spiritual journey into the powerful world of the Tarot cards.

Don't wait a minute longer.  Call me right now for your free reading.  And we will start a journey that will last a lifetime.

ON SCREEN:

Call Miss Cleo Now!

1-800-321-3771

2000 All Rights Reserved Psychic Reader's Network

MISS CLEO:  Until the next time, this is Miss Cleo saying bye-bye, babies.

ON SCREEN:

The preceding has been

a paid presentation of

Mind and Spirit

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.2  PAGE 49

FTC 0000852

50

(Whereupon, the videotape concluded.)



For The Record, Inc.
Waldorf, Maryland
(301)870-8025

XHIBI **3.2** ᴾAGE **50**

FTC 0000853

51

# CERTIFICATION OF TYPIST

MATTER NUMBER: 0123084

CASE TITLE: ACCESS RESOURCE SERVICES

TAPING DATE: NOVEMBER 9, 2000

TRANSCRIPTION DATE: MARCH 26, 2001

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:   MARCH 26, 2001

DIANE QUADE

# CERTIFICATION OF PROOFREADER

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

ELIZABETH M. FARRELL

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC 0000854

EXHIBIT 3.2 PAGE 51

1

FEDERAL TRADE COMMISSION

I N D E X

VIDEO:                                    PAGE:

MIND AND SPIRIT                              3

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.3**  PAGE **1**

FTC 0000856

EXHIBIT *3.3* PAGE *2*

FEDERAL TRADE COMMISSION

In the Matter of:                    )

Access Resource Services        )   Matter No. 0123084

------------------------------)

January 3, 2001

The following transcript was produced from a live videotape provided to For The Record, Inc. on March 15, 2001.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE *2*

FTC 0000857

3

P R O C E E D I N G S

-    -    -    -    -

**MIND AND SPIRIT VIDEOTAPE**

-    -    -    -    -

**ON SCREEN:**

**THE FOLLOWING IS A PAID PRESENTATION OF**

**MIND AND SPIRIT**

**ACTUAL CALLERS**

**REAL QUESTIONS WITH MISS CLEO**

**FREE TAROT READING**

**MIND AND SPIRIT**

UNIDENTIFIED MALE:  The following is a paid presentation of Mind and Spirit.

You're about to witness actual callers with real questions about their lives.  We invite you to listen in as they talk with Miss Cleo and to call in for your free reading on Mind and Spirit.

**ON SCREEN:**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only.**

DENISE CARROLL:  If you haven't seen her on television, you haven't been watching.  If you haven't been mesmerized by her personality, you're missing out on something very special.

**ON SCREEN:**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.3** PAGE **3**

FTC 0000858

4

Denise Carroll

www.mindandspirit.com

1-800-241-8459

DENISE CARROLL:  Host of her own national psychic call-in show, Miss Cleo is taking America by storm.  An authentic Shango Shaman, she is outspoken, brass, yet deeply compassionate and has a keen desire to share her gifts with you.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

*     *     *     *     *

ON SCREEN:

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

DENISE CARROLL:  Recently I sat down with Miss Cleo and we talked about her readings, her gifts and some of the adversities she's had to overcome in her own life.

ON SCREEN:

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

*     *     *     *     *

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE *4*

FTC 0000859

5

**Knowing the truth can change your life.**

**1-800-241-8459**

DENISE CARROLL:  You are enlightened by your spirits --

MISS CLEO:  Um-hmm.

DENISE CARROLL:  -- your father and your late husband, but you also -- you're master of the Tarot cards.

MISS CLEO:  Um-hmm.

**ON SCREEN:**

**See into your future with a free Tarot Reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only.**

DENISE CARROLL:  How do the two correlate?  How do they come together to help you help other people.

MISS CLEO:  The spirit -- some of them -- when people come to me, there are spirits that sit with them, but if they have an opportunity to talk, the Tarot makes it an easier way.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-241-8459**

DENISE CARROLL:  Um-hmm.

MISS CLEO:  And, so, the Tarot narrows down

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.3**  PAGE **5**

FTC 0000860

6

time constraints -- people I see around, different dilemmas, whatever they need to tell me through the cards, but each time each reading is going to be different because their spirits are different.

ON SCREEN:

**Get guidance & inspiration from the Tarot**

**1-800-241-8459**

DENISE CARROLL:  So, the Tarot cards kind of point you in the right direction?

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

MISS CLEO:  No, they just give me specifics.

**(Music playing.)**

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

MISS CLEO:  Hello, babies, and welcome back to Mind and Spirit.  Many of you have written in asking me, How do I do this?  How I am so accurate?  The truth is, it is not I, the spirits speak to me through the Tarot cards, and I must tell you this:  The cards are never wrong.

ON SCREEN:

**Find out what secrets the cards hold for you.**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.3** PAGE **6**

FTC 0000861

7

1-800-241-8459

*   *   *   *   *

ON SCREEN:

**Ease your mind with knowledge from the Tarot**

**1-800-241-8459**

MISS CLEO:  So, don't pass up this opportunity to hear what the spirits have to tell you during your free Tarot card reading.

ON SCREEN:

**A simple phone call can reveal the answers**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only.**

MISS CLEO:  The phones are starting to ring, so let's get to my favorite part -- the readings.

Kendra?

KENDRA:  Yes.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  Hi, sweetie, how are you?

KENDRA:  Good.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE 7

FTC 0000862

8

MISS CLEO:  And what is your question, baby?

ON SCREEN:

CALLER:  Kendra

Call this number now for a free reading

1-800-241-8459

Must be 18.  For Entertainment Only

KENDRA:  I am with a guy; I've been with him for a year and I'm not sure if he's the one.

MISS CLEO:  You know what, sweetie?

ON SCREEN:

Miss Cleo can help you listen to your heart

1-800-241-8459

KENDRA:  What?

MISS CLEO:  You all do so much bickering, honey --

KENDRA:  Um-hmm.

ON SCREEN:

Call her now at extension 16153

1-800-241-8459

MISS CLEO:  -- over stupid stuff!

KENDRA:  (Laughing.)

MISS CLEO:  You guys almost broke up at one point at the beginning of the summer, did you not?

KENDRA:  Yes, we did.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.3  PAGE 8

FTC 0000863

9

**ON SCREEN:**

**It's easy, just call this number**

**1-800-241-8459**

MISS CLEO:  Yeah.  The reason I know that, the Three of Wands here takes me three months back a little bit.  Because there was some issues about his behavior --

**ON SCREEN:**

**Call her now at extension 16153**

**1-800-241-8459**

KENDRA:  Yes.

**ON SCREEN:**

**It's easy, just call this number**

**1-800-241-8459**

MISS CLEO:  -- but he's a little bit on the wild side.

KENDRA:  (Laughter.)

MISS CLEO:  Isn't he?

**ON SCREEN:**

**Knowing the truth can change your life**

**1-800-241-8459**

KENDRA:  Yep.

MISS CLEO:  Yeah, man.  And he was hanging out with his best friend or something here.  There's a Ninth of Swords and a Five of Cups, and they were hanging out a

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT *3.3* PAGE *9*

FTC 0000864

10

lot, weren't they?

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

KENDRA:  Yes.

MISS CLEO:  Yeah.  And the friend must -- is he the boozer one?

KENDRA:  Yes.

MISS CLEO:  Yeah.  Because I see him here.  Was there some kind of accident that they had?

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

KENDRA:  They got in a huge fight.

MISS CLEO:  Oh, and someone had to go to emergency or something, didn't they?

ON SCREEN:

**Find our the truth about your situation**

**1-800-241-8459**

KENDRA:  Yes.

MISS CLEO:  Yeah, right here is the magician card.

KENDRA:  Um-hmm.

MISS CLEO:  All right here in your top line. Because someone went to the doctor.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC 0000865

EXHIBIT *3.3* PAGE *10*

11

KENDRA:  Yeah.

MISS CLEO:  But, now, the friend is gone.
Where did he go?

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minute of Each Call FREE!**

**Must be 18.  For Entertainment Only.**

KENDRA:  He left.

MISS CLEO:  He went -- I mean, he left --
problem left.  I am looking at that.

KENDRA:  Yep.

MISS CLEO:  The Six of Swords.  He is gone, he
is finished.

ON SCREEN:

**Find out what secrets the cards hold for you**

**1-800-241-8459**

KENDRA:  Um-hmm.

MISS CLEO:  Boy, that made you happier than
a --

KENDRA:  Yes.

MISS CLEO:  Yeah, mon.

KENDRA:  (Laughter.)

ON SCREEN:

**The answers are just a phone call away**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE *11*

FTC 0000866

EXHIBIT 3.3                                                    12

1-800-241-8459

MISS CLEO:  Anyway -- and actually after he left, things started to get much better for the boyfriend, didn't it?

KENDRA:  Yes.

MISS CLEO:  Because he got a new job, correct?

KENDRA:  Yes.

**ON SCREEN:**

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

MISS CLEO:  Yeah.  The eight of pentacles shows me something here.  But, then, now he is starting to slept on the job.  What is up with him?

KENDRA:  Yep, he called in sick twice this week.

MISS CLEO:  And he is not ill?

KENDRA:  No.

MISS CLEO:  He is perfectly fine.

KENDRA:  Um-hmm.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  And I see that by the strength card.  My goodness, someone has a lot of information.  Well, I'll be doggone, though, you know what?  Careful,

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.3  PAGE 12

FTC 0000867

13

mommy.  There is something creeping around the corner for you.  All right?  With him.

ON SCREEN:

**See into your future with a free Tarot reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

KENDRA:  Okay.

MISS CLEO:  You have also been suspicious of his behavior of late.

KENDRA:  Yes.

ON SCREEN:

**Get guidance & inspiration from the Tarot**

**1-800-241-8459**

MISS CLEO:  Now, I'm going to ask you -- someone is telling me something very specific.  And I'm going to ask you a direct question.

KENDRA:  Okay.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  I am trying to understand how you can ignore what you found on his shirt and then listen to

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC 0000868

EXHIBIT 3.3  PAGE 13

14

him when he tell you he was not with another woman.  Is that not enough evidence for you?

KENDRA:  Yeah, it is.

ON SCREEN:

**A simple phone call can reveal the answers**

**1-800-241-8459**

MISS CLEO:  All right.  So, then, why are you -- I mean, you just wanted to know if I see it too?

KENDRA:  Yes.

MISS CLEO:  I see it -- the whole of that.  Do you know what I am saying -- that is madness.

KENDRA:  Right.

ON SCREEN:

**Let Miss Cleo guide you, Call ext. 16153**

**1-800-241-8459**

MISS CLEO:  You don't get that much makeup and stuff, man, on your shirt just hugging somebody hello, because that was his story, correct?

KENDRA:  Right.

MISS CLEO:  It is time for you to come away from that.  I know you're not want to be by yourself --

KENDRA:  Right.

ON SCREEN:

**Knowing the truth can change your life**

**1-800-241-8459**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE *14*

FTC 0000869

15

MISS CLEO:  -- but, actually, listen here, because you have an invitation this weekend -- not this weekend, next weekend -- where are you supposed to be going next weekend?

KENDRA:  Next weekend I'm supposed to go to Augusta.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  Un-huh.  Are you going?

KENDRA:  I don't know, I haven't made up my mind.

MISS CLEO:  I want you to go.

KENDRA:  Okay.

MISS CLEO:  You will have a good time, you hear, Mommy?

ON SCREEN:

**Tarot cards can offer hope & insight**

**1-800-241-8459**

KENDRA:  Okay.

MISS CLEO:  You are also probably going to be moving.  You have been thinking about it but you haven't done it yet.

KENDRA:  Yes, I have.

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.3  PAGE 15

FTC 0000870

16

**Plan a better future with insight from the Tarot**

**1-800-241-8459**

MISS CLEO:  Yeah, I see it here by the Ninth of Wands.  The money will be there in about nine weeks for the move.  You understand me?

KENDRA:  Okay.

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

MISS CLEO:  And stop listening to that silly friend of yours, the one with the bad perm.

KENDRA:  Yeah (laughter.)

MISS CLEO:  You know what I'm talking about?

KENDRA:  Yes, I do.

MISS CLEO:  Stop listening to her.  She's ditzier that all get-out.

ON SCREEN:

**It's easy, just call this number**

**1-800-241-8459**

KENDRA:  Okay.

MISS CLEO:  And she is also giving you advice problem, advice on relationship problem and her relationship is in bigger shards than your's is.

KENDRA:  That's true.

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT **3.3**  PAGE *16*

FTC 0000871

17

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

MISS CLEO:  So, just take care of yourself, all right?  There's also -- oh, look at you -- you have your eyes on another man.  What am I talking about.

KENDRA:  (Laughter.)

**ON SCREEN:**

**www.mindandspirit.com**

**1-888-241-8459**

MISS CLEO:  He is shorter than the one you have now, isn't he?

KENDRA:  Yes, he is.

MISS CLEO:  Yeah, mon.  You know what, he's not that good either.

KENDRA:  (Laughter.)

MISS CLEO:  You can pass the time, but I am telling you true.  And he has, you know what?

**ON SCREEN:**

**Remove doubts about people in your life**

**1-800-241-8459**

KENDRA:  What.

MISS CLEO:  I'm going to -- don't get too attached to him.  He just had a baby.

**ON SCREEN:**

**Get guidance & inspiration from the Tarot**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT _3.3_ PAGE _17_

FTC 0000872

18

1-800-241-8459

KENDRA:  Okay.

MISS CLEO:  Did he tell you about that?

KENDRA:  No.

MISS CLEO:  He just had a baby by some other woman.  So, watch yourself, all right?

KENDRA:  Okay.

ON SCREEN:

**East your mind with knowledge from the Tarot**

**1-800-241-8459**

MISS CLEO:  All right, Mommo, you're going to be fine.  I want you more to focus on your career in business and things and directions and the move.

KENDRA:  Okay.

ON SCREEN:

**Miss Cleo can help you listen to your heart**

**1-800-241-8459**

MISS CLEO:  Your heart is still searching, mommy, to see the love.  So, I had them leave that alone, it will come and find you, all right?

KENDRA:  Okay.

MISS CLEO:  All right, baby, take care.

KENDRA:  Okay.

MISS CLEO:  Bye-bye.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT *3.3*  PAGE *18*

FTC 0000873

19

KENDRA:  Bye.

UNIDENTIFIED MALE:  Like this young woman, you, too, can take advantage of Miss Cleo's ability to look into your life and see problems that you might not recognize.  Call now for a free Tarot reading.

**ON SCREEN:**

**Take advantage of Miss Cleo's ability**

**www.mindandspirit.com**

**1-800-241-8459**

*     *     *     *     *

**ON SCREEN:**

**Call Now**

**Free Tarot Reading**

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  Tarot cards are for any good that can inspire us and guide your future.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

Call me now for your free reading.

**ON SCREEN:**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE *19*

FTC 0000874

20

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

DENISE CARROLL:  Let's talk about some of the phone calls that you get --

MISS CLEO:  Um-hmm.

DENISE CARROLL:  -- and that you take on your show.  Now, I'm going to ask you this, because I know a lot of people are wondering.

MISS CLEO:  Right.

**ON SCREEN:**

**Find our what secrets the cards hold for you**

**1-800-241-8459**

DENISE CARROLL:  Are they live phone calls?

MISS CLEO:  They are live phone calls -- they are live.

DENISE CARROLL:  From people you don't know?

MISS CLEO:  I don't know these people; they are live phone calls at the time that we take them. People have been embracing them, though, and I want to say to all of them that I love them so much.  I mean, because they come -- and I easily cry, because so much love comes from so many people on those phones.  And sometimes they just not know -- they just don't know and

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE 20

FTC 0000875

21

so that will always move your heart.  And it always causes me to count my blessings.

                    ON SCREEN:

         **Call this number now for a free reading.**

                 **1-800-241-8459**

          **First 3 Minutes of Each Call FREE!**

          **Must be 18.  For Entertainment Only**

                  *     *     *     *     *

                    ON SCREEN:

         **Get the answers to important questions**

                 **1-800-241-8459**

MISS CLEO:  Pauline?

                    ON SCREEN:

                **CALLER:  Pauline**

         **Get the answers to important questions**

                 **1-800-241-8459**

PAULINE:  Yes.

MISS CLEO:  Hello, darling, how are you?

PAULINE:  I'm fine, thank you.

MISS CLEO:  All right, sweetness.  Did you have questions -- you had career questions, right?

                    ON SCREEN:

                **www.mindandspirit.com**

                 **1-800-241-8459**

PAULINE:  Yes.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.3**  PAGE **21**

FTC 0000876

22

MISS CLEO:  All right.  I'm going to take a look.  I'm going to shuffle and cut the cards for you.  Understand, though, that sometimes the spirits them give me other information, all right?

ON SCREEN:

**Knowing the truth can change your life**

**1-800-241-8459**

PAULINE:  Okay.

MISS CLEO:  All right, Pauline, dear.  Let's take a look here.  Now there should have been some changes in career back in May or so.  Were there not some changes that took place then?

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

PAULINE:  Yes.

MISS CLEO:  All right.  And those should be all positive ones, correct?

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

PAULINE:  Yes.

MISS CLEO:  All right.  Now, again, though,

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC 0000877

EXHIBIT 3.3   PAGE 22

23

there seems to be some concern.  Has work slowed down a little bit?   You seem to be worrying about that.

ON SCREEN:

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

PAULINE:  Yeah.  I'm wondering if I'm going in the right direction, because, like, I'm not connecting with my job.

MISS CLEO:  Right.  The reason I know that it is -- you are feeling uncertain about it is it's the Eight of Pentacles is in a reverse position, all right? It is telling me that is your way of your money, that is what employs you.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:   Now, the cards next to it, though, are interesting because there is something new to start. Have you heard about another position elsewhere?

ON SCREEN:

**Get guidance & inspiration from the Tarot**

**1-800-241-8459**

PAULINE:  Yes.

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE *23*

FTC 0000878

24

                          1-800-241-8459

MISS CLEO:  Yes, mon, go there.

PAULINE:  Go there?

MISS CLEO:  Go there.  You know that is where you are supposed to be going.

PAULINE:  (Laughter.)

MISS CLEO:  Because you are not comfortable where you are presently.  Ah!  Have you gotten the offer letter from the other position yet?

                          ON SCREEN:

          **Ease your mind with knowledge from the Tarot**

                          **1-800-241-8459**

PAULINE:  Yeah, I did, the other day.

MISS CLEO:  Yeah, mon, I see it here -- the -- Two of Pentacles and they mentioned your salary in it, did they not?

                          ON SCREEN:

          **Find our what secrets the cards hold for you**

                          **1-800-241-8459**

PAULINE:  Yes.

MISS CLEO:  And it was a pretty one.

PAULINE:  Un-huh.

MISS CLEO:  Um-hmm, we not have to talk numbers.

                          ON SCREEN:


                     For The Record, Inc.
                      Waldorf, Maryland
                       (301)870-8025

EXHIBIT **3.3** PAGE **24**

FTC 0000879

25

Call this number now for a free reading

1-800-241-8459

First 3 Minutes of Each Call FREE!

Must be 18.  For Entertainment Only

PAULINE:  (Laughter.)

MISS CLEO:  This is a good one for you, honey, because your Ace of Pentacles is at a birth -- new enterprise, new beginning.  Go ahead, stop worrying, Pauline.  The last two years were nightmarish, correct?

ON SCREEN:

A simple phone call can reveal the answers

1-800-241-8459

PAULINE:  Oh, yeah.

MISS CLEO:  It's over, baby.

PAULINE:  (Laughter.)

ON SCREEN:

Plan a better future with insight from the Tarot

1-800-241-8459

MISS CLEO:  You should be dancing from the table tops, all right?  Honey, you are in a good position, everything is open to you.  The next year is going to be a piece of cake, sweetness.  Just stay focused, all right?

ON SCREEN:

Tarot cards can offer hope & insight

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT *3.3* PAGE *25*

FTC0000880

26

1-800-241-8459

PAULINE:  Okay, great.  That's -- oh, that's what I wanted to hear.

MISS CLEO:  Well, I would not tell you this just to blow smoke up your backside, that is what I see, honey.

PAULINE:  Well, wonderful.

ON SCREEN:

**You can reach Miss Cleo at extension 16153**

**1-800-241-8459**

MISS CLEO:  Take care, Pauline, keep smiling, baby.  It only gets easier from here.

PAULINE:  All right, thank you.

MISS CLEO:  Bye-bye.

PAULINE:  Bye-bye.

ON SCREEN:

**Important Decision**

**www.mindandspirit.com**

**1-800-241-8459**

UNIDENTIFIED MALE:  Career choices can have long-term consequences.  If you're worried about your own decisions, a talk with Miss Cleo can assure you're making the right choice.

ON SCREEN:

**Make the Right Choice**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000881

EXHIBIT *3.3* PAGE *26*

27

www.mindandspirit.com

1-800-241-8459

UNIDENTIFIED MALE:   Call now for a free reading.

ON SCREEN:

Free Tarot Reading

www.mindandspirit.com

1-800-241-8459

First 3 Minutes of Each Call FREE!

Must be 18.  For Entertainment Only

MISS CLEO:  Journey with me into your future. Call me now for a free Tarot card reading.

ON SCREEN:

www.mindandspirit.com

1-800-241-8459

First 3 Minutes of Each Call FREE!

Must be 18.  For Entertainment Only

MISS CLEO:  Ann?

ON SCREEN:

CALLER:  Ann

Find out the truth about your situation

1-800-241-8459

ANN:  Yes.

MISS CLEO:  Hello, dear, how are you?

ANN:  Fine, how are you?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000882

EXHIBIT *3.3* PAGE *27*

28

MISS CLEO:  I am good, darling.  And you had questions about what?

ANN:  Uh -- relationships and healthwise.

ON SCREEN:

**See into your future with a free Tarot reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  All right.  Now, the health reason that you are asking about, because you are not a sickly one, necessarily, honey.

ANN:  No.

ON SCREEN:

**Miss Cleo can help you listen to your heat**

**1-800-241-8459**

MISS CLEO:  Yeah.  So, we know what your health question is, don't we?

ANN:  Um-hmm.

MISS CLEO:  So, who is this other man?

ANN:  Another man?

MISS CLEO:  Un-huh.

ON SCREEN:

**Call her now at extension 16153**

**1-800-241-8459**

ANN:  Uh -- yeah, I have a friend --

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000883

EXHIBIT *3.3*  PAGE *28*

29

MISS CLEO:  Um-hmm.

ANN:  -- in New York --

MISS CLEO:  Um-hmm.

ANN:  -- who recently came to help me out and there was a conflict between the other relationship.

ON SCREEN:

www.mindandspirit.com

1-800-241-8459

MISS CLEO:  Which one did you sleep with, because you are concerned -- the reason you are talking about health, dear, is just being polite here, correct?

ANN:  Yeah.

ON SCREEN:

Get the answers to important questions

1-800-241-8459

MISS CLEO:  Because you want to know if you are pregnant.

ANN:  No, no.

MISS CLEO:  Yes, yes.

ANN:  I know.

ON SCREEN:

Call this number now for a free reading

1-800-241-8459

First 3 Minutes of Each Call FREE!

Must be 18.  For Entertainment Only

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000884

EXHIBIT 3.3   PAGE 29

30

MISS CLEO:  The only reason I say that so, so clearly is that you have two pregnancy cards right up here in the very beginning.  You have Ace of Wands and you have the Empress.   The Empress never lies to me about the pregnancy, honey.

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

ANN:  Well, I have two kids already.

MISS CLEO:  No, no, no -- this is one that is not there.

ANN:  No?

MISS CLEO:  And while you are -- let's be honest with each other:  You are in denial and not really wanting to make that an option, correct?

ON SCREEN:

**A simple phone call can reveal the answers**

**1-800-241-8459**

ANN:  Correct.

MISS CLEO:  Yeah.  So, let's not say to Miss Cleo, no, that is not possible, because that is not accurate.

ANN:  Okay.

MISS CLEO:  All right?

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000885

EXHIBIT *3.3* PAGE *30*

31

ANN:  Okay.

ON SCREEN:

www.mindandspirit.com

1-800-241-8459

MISS CLEO:  Because Miss Cleo gets her nerves all in a bunch -- you understand me?

ANN:  Okay.

MISS CLEO:  I know you want to stay together for the babies and all of that --

ANN:  Um-hmm.

MISS CLEO:  -- and you are waiting for the magic question to get married.

ON SCREEN:

**Plan a better future with insight from the Tarot**

1-800-241-8459

ANN:  Yes.

MISS CLEO:  And he is not coming with it --

ANN:  No, he's not.

MISS CLEO:  -- and he is not going to be coming with it anytime soon.

ON SCREEN:

**Remove doubts about people in your life**

1-800-241-8459

ANN:  No.  Well, what are you saying to do? Should I just forget him, he's not doing anything for me,

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000886

EXHIBIT *3.3* PAGE *31*

32

or what?

MISS CLEO:  No -- and you know he's not doing anything for you.

ANN:  Yeah, I know.

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

MISS CLEO:  I think that you should go ahead and move forward.  I'm not saying run to the man in New York.  While he would accept your children gladly, all right?  And he has talked to you about moving there, hasn't he?

ON SCREEN:

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

ANN:  Yes, he has.

MISS CLEO:  Yeah, mon.  I mean, he genuinely cares about you, without a doubt.  Do you understand me?

ANN:  Yes.

MISS CLEO:  Because you all apparently have some kind of history to your relationship -- the Six of Cups is telling me that.

ON SCREEN:

**Tarot cards can put the past in perspective**

**1-800-241-8459**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000887

EXHIBIT *3.3*  PAGE *32*

33

ANN:  Yeah, I have known him for about 10 years.

MISS CLEO:  Yeah.  And he's really nice -- he is the one that would like to marry you.

ANN:  Yeah, that's true, um-hmm.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  You will be moving in the next three months, mommy.

ANN:  Moving?

MISS CLEO:  Yeah, mon.

ANN:  Okay.  I mean, anywhere?

MISS CLEO:  Up to New York.

ON SCREEN:

**Tarot cards can offer hope & insight**

**1-800-241-8459**

ANN:  Up to New York?

MISS CLEO:  Um-hmm.

ANN:  Wow!

MISS CLEO:  But, again, I want you to think long and hard before you get married.

ON SCREEN:

**You can reach Miss Cleo at extension 16135**

**1-800-241-8459**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000888

EXHIBIT **3.3** PAGE **33**

34

ANN:  Okay.

MISS CLEO:  Okay, sweetness?

ANN:  Yes.

MISS CLEO:  And take care of yourself, huh?

ANN:  Thank you very much.

MISS CLEO:  Bye-bye, baby.

ANN:  Bye.

**ON SCREEN:**

**See into your future with a free Tarot reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

DENISE CARROLL:  Wonderful advice.  Speaking of advice, let's talk about some of your callers.  What advice would you give them to better prepare for a reading?

**ON SCREEN:**

**It's easy, just call this number**

**1-800-241-8459**

MISS CLEO:  Uh -- you know, I -- that sounds interesting, but I don't tell mine to do anything.  I really don't.

They come to me and I just say, now come to me and see.  Because I will always know because the spirits are offended by they.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000889

EXHIBIT *3.3* PAGE *34*

35

ON SCREEN:

**Knowing the truth can change your life**

**1-800-241-8459**

DENISE CARROLL:  So, there's nothing that you do in advance?

MISS CLEO:  Never, never.  They come in and what to hear, they come in and what to listen and that's the whole of it.

ON SCREEN:

**Letting Go**

**www.mindandspirit.com**

**1-800-241-8459**

UNIDENTIFIED MALE:  Letting go of old relationships and finding new love can be confusing.  The Tarot card can help to clarify your situation.  Call now for a free reading.

ON SCREEN:

**Finding new Love**

**Clarify your Situation**

**Free Tarot Reading**

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  Open up your heart and embrace your soul with a free Tarot card reading.

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000890

EXHIBIT 3.3 PAGE 35

36

www.mindandspirit.com

1-800-241-8459

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  Hi, how are you?

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

NORMA:  Well, I'm a little nervous, this is my first reading.

MISS CLEO:  All right, baby, I promise it won't -- I won't bite.  I won't promise it won't hurt, but I won't bite.

ON SCREEN:

**CALLER:  Norma**

**Find out what secrets the cards hold for you**

**1-800-241-8459**

NORMA:  Okay.

MISS CLEO:  All right.  Give me your first name only and the city you are calling me from.

NORMA:  Norma and it's Perry, New Hampshire.

MISS CLEO:  All right.  What is your question, dear?

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000891

EXHIBIT *3.3*   PAGE *36*

37

ON SCREEN:

**Ease your mind with knowledge from the Tarot**

**1-800-241-8459**

NORMA:  I have a question about my career change.  I'm thinking of changing careers.

MISS CLEO:  Um-hmm.

NORMA:  And I wanted to know if it's the right choice or not.

MISS CLEO:  All right.  Let's cut the cards and take a look.  Give me just a moment, all right?

ON SCREEN:

**A simple phone call can reveal the answers**

**1-800-241-8459**

MISS CLEO:  There is a woman that I see around you, all right?  I would imagine -- I would say that she is around the workplace where you are at now.  I don't think that you get on with she anymore -- you all don't get along any more.  But, initially, when you are there, the two of you got along.

ON SCREEN:

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

NORMA:  Yeah.

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3*  PAGE *37*

FTC0000892

38

www.mindandspirit.com

1-800-241-8459

MISS CLEO:  All right.  You know the one I am talking about?  She kind of reddish in her face -- she's very pale-complected woman with very red cheeks?

NORMA:  Yep.

ON SCREEN:

Get guidance & inspiration from the Tarot

1-800-241-8459

MISS CLEO:  Okay.  You know she is not your friend.  You know that now, right?

NORMA:  Um-hmm.

MISS CLEO:  Okay.  She is the one -- and you will be able to get away from she.  All right?

ON SCREEN:

Remove doubts about people in your life

1-800-241-8459

NORMA:  Okay.

MISS CLEO:  Interesting.  You know she was thieving -- she was stealing.  You know that, right?

NORMA:  Oh, my God.

ON SCREEN:

Tarot cards can help to clarify your situation

1-800-241-8459

MISS CLEO:  Do you know that?

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000893

EXHIBIT 3.3  PAGE 38

39

NORMA:  I just found that out a couple of months ago.

MISS CLEO:  Yeah, mon, she was stealing.  You know, I know that -- the Ace of Swords here and the Nine of Pentacles here, which told me about the money.  But then someone came and told me that she was stealing.

ON SCREEN:

**A Tarot reading can offer reassurance**

**1-800-241-8459**

NORMA:  Oh, my God.

MISS CLEO:  All right?  She was stealing. Matter of fact, she was so very worried -- they should be trying to prosecute.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

NORMA:  They are.

MISS CLEO:  Yeah, mon.  And she did, but see those Pentacles right next to the Six of Wands, nothing but thievery.  You understand me?  Nothing but thievery.

ON SCREEN:

**www.mindandspirit.com**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

3.3  PAGE 39

40

1-800-241-8459

MISS CLEO:  There was also someone else involved with this.  I think he was on the outside of the company, though.

NORMA:  Um-hmm.

MISS CLEO:  And it was a male -- it may have been her boyfriend or something like that.

ON SCREEN:

**You can reach Miss Cleo at extension 16153**

**1-800-241-8459**

NORMA:  Um-hmm.

MISS CLEO:  Is that who it was?

NORMA:  Yeah, that's right.

MISS CLEO:  And you know what?  He has left her high and dry!

NORMA:  Oh, my God.

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

MISS CLEO:  He has left her to handle the whole of it by herself.  So, she is in a bad place.  The best card here -- she is going to get some probation and some time.

ON SCREEN:

**Find our the truth about your situation**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000895

EXHIBIT *3.3*  PAGE *40*

41

1-800-241-8459

MISS CLEO:  So, you will continue to hear about it --

NORMA:  Un-huh.

MISS CLEO:  -- and there's a reason that you are hearing about it, because they want you to settle yourself and rest, because one of your concerns was -- is that there was no fairness.  You were very angry about this, weren't you?

                    **ON SCREEN:**

   **Tarot cards can put the past in perspective**

                    **1-800-241-8459**

NORMA:  Um-hmm.

MISS CLEO:  Yeah.  Now, you know that your fairness is there.  They came back and told you that she gets in trouble.  You hear that?

                    **ON SCREEN:**

      **Tarot cards can offer hope & insight**

                    **1-800-241-8459**

NORMA:  Okay.

MISS CLEO:  Because she tried to get you caught up in it, didn't she?

NORMA:  Yes.

MISS CLEO:  Un-huh.  Good girl, you said, no.  Very good for you.  All right?


                    For The Record, Inc.
                     Waldorf, Maryland
                      (301)870-8025

FTC0000896                              EXHIBIT **3.3**  PAGE **41**

42

**ON SCREEN:**

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

NORMA:  Um-hmm.

MISS CLEO:  Don't worry, sweetness.  But I do not want you to overwhelm yourself, okay?

NORMA:  Okay.

MISS CLEO:  Take your time.  You will be fine.

NORMA:  All right.

MISS CLEO:  Bye-bye, dear.

NORMA:  Bye-bye.

**ON SCREEN:**

**Its's Easy**

**www.mindandspirit.com**

**1-800-241-8459**

UNIDENTIFIED MALE:  This Tuesday, all you need is a question that needs to be answered and an open mind to hear the hidden messages revealed by the Tarot cards. Call now for a free reading.

**ON SCREEN:**

**Ask Questions**

**Get Answers**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT **3.3**   PAGE **42**

43

www.mindandspirit.com

1-800-241-8459

*     *     *     *     *

ON SCREEN:

Call Now

www.mindandspirit.com

1-800-241-8459

First 3 Minutes of Each Call FREE!

Must be 18.  For Entertainment Only

MISS CLEO:  Get in touch with your soul, call me now for a free Tarot card reading and have a spiritual experience you will never forget.

ON SCREEN:

www.mindandspirit.com

1-800-241-8459

DENISE CARROLL:  And do you find that some people look to you as almost be-all, end-all and that you're supposed to change their entire life for them?

ON SCREEN:

You can talk to Cleo yourself at ext. 16153

1-800-241-8459

MISS CLEO:  Yeah, mon; yeah, mon. Yeah.

DENISE CARROLL:  Let's talk about that a bit, because --

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000898

EXHIBIT *3.3*  PAGE *43*

MISS CLEO:  That is overwhelming.

DENISE CARROLL:  Um-hmm.

ON SCREEN:

**Find our what secrets the cards hold for you**

**1-800-241-8459**

MISS CLEO:  That is actually their responsibility, because that is not my purpose.  I say to anyone, I am like a roadmap guide.  You understand me?  I can say to you, all right, you just keep walking that direction, there are holes and you're going to fall in the hole.

ON SCREEN:

**It's easy, just call this number**

**1-800-241-8459**

DENISE CARROLL:  Um-hmm.

ON SCREEN:

**Knowing the truth can change your life**

**1-800-241-8459**

MISS CLEO:  Or I can say, you can go this way and avoid the hole altogether.  That is what I am here for.  The Father, him give us choice.  A gift of choice.

ON SCREEN:

**1-800-241-8459**

DENISE CARROLL:  And when you're talking to these people, can you tell when certain people are really

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000899

EXHIBIT *3.3*  PAGE 44

45

not going to listen to the choice you give them?

                              ON SCREEN:

                    **Remove doubts about life decisions**

                              **1-800-241-8459**

MISS CLEO:  Absolutely, absolutely.  I instantly know.  I will tell them, too, you are not listening.  I have many of them who do not listen and I laugh, because I love to say, I told you so.

                              ON SCREEN:

                    **www.mindandspirit.com**

                              **1-800-241-8459**

DENISE CARROLL:  (Laughter.)

MISS CLEO:  I live to say I told you so.  So, I am probably -- should be a little more diplomatic, but they know me.

MISS CLEO:  Betty?

                              ON SCREEN:

                    **CALLER:  Betty**

                **Get the answers to important questions**

                              **1-800-241-8459**

BETTY:  Betty.  Hi, how are you?

MISS CLEO:  I'm fine, darling, how are you?

BETTY:  Oh, I hope I'm fine.

MISS CLEO:  (Laughter.)  Bless your heart, sweetness.

FTC0000900

EXHIBIT **3.3**  PAGE **45**

46

ON SCREEN:

**Miss Cleo can help you listen to your heart**

**1-800-241-8459**

BETTY:  I have talked to you before and you're fantastic, that's what I want to tell you -- just fantastic.

MISS CLEO:  Well, when did you talk to me before?

BETTY:  Uh -- it was in July and I was in -- I have marital problems.

ON SCREEN:

**Call her now at extension 16135**

**1-800-241-8459**

MISS CLEO:  So, we are still dealing with marital problems?

BETTY:  Yes, we are.

MISS CLEO:  All right.  Give me -- that's soon to be your ex-husband's birthday?

BETTY:  Oh, soon to be ex-husband?

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  Um-hmm.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000901

EXHIBIT **3.3**   PAGE **46**

47

BETTY:  Really.

MISS CLEO:  Um-hmm.

BETTY:  December 16th.  I don't like that soon to be ex-husband.

MISS CLEO:  I know.  Because you do not want to let go of him.

ON SCREEN:

**Remove doubts about people in your life**

**1-800-241-8459**

BETTY:  No, uh-huh.  Well, I filed for divorce, but I stopped it.

MISS CLEO:  There has been an issue -- now, did you get confirmation from him -- did he finally admit to the infidelity?

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

BETTY:  There -- he's got a woman living with him, yes.

MISS CLEO:  Um-hmm.

BETTY:  Yes, I've met -- she's been there since -- well, last of June.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000902

EXHIBIT *3.3* PAGE *47*

48

MISS CLEO:  Um-hmm.  I fear here -- she's represented by the Eight of Swords.  She does not love him, but I don't see her going away from him either.

ON SCREEN:

**Tarot cards can help to clarify your situation**

**1-800-241-8459**

BETTY:  You don't see her leaving?

MISS CLEO:  No, mon.  The Two of Cups is there for them.

BETTY:  I don't know -- I still love him, and we've been together nine years.

ON SCREEN:

**A simple phone call can reveal the answers**

**1-800-241-8459**

MISS CLEO:  I understand that, honey.  Also understand nine is a number of completion.  I know that you love him.  I am not negating your emotions for him.

BETTY:  Yeah.

ON SCREEN:

**Get guidance & inspiration from the Tarot**

**1-800-241-8459**

MISS CLEO:  You understand I?   But you have a great deal of respect for yourself, Betty.

BETTY:  Yeah.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000903

EXHIBIT *3.3* PAGE *48*

49

MISS CLEO: Why would you chase after a man that is living in a house with another woman?

ON SCREEN:

**You can reach Miss Cleo at extension 16153**

**1-800-241-8459**

BETTY: Uh -- he's -- I mean, all these nine years he's had other women.

MISS CLEO: I know this. You are saying nine years he always had other woman, all right? Then why are you still there through the nines?

ON SCREEN:

**Tarot cards can put the past in perspective**

**1-800-241-8459**

BETTY: You don't see no breaking up?

MISS CLEO: Not at this point in time. I don't see it any time soon, honey.

BETTY: Okay.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

MISS CLEO: All right, Betty. Take care.

BETTY: Thank you very much.

MISS CLEO: You're welcome, sweetness.

ON SCREEN:

**Make the Right Choices**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000904

EXHIBIT 3.3 PAGE 49

50

www.mindandspirit.com

1-800-241-8459

UNIDENTIFIED MALE:  The right choices can be difficult ones to make, but you don't have to do it alone.  Let Miss Cleo guide you and give you the support you need with a free Tarot reading.

ON SCREEN:

**Let Cleo Guide You**

**www.mindandspirit.com**

**1-800-241-8459**

*     *     *     *     *

ON SCREEN:

**Free Tarot Reading**

**www.mindandspirit.com**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  Tarot cards are for images that can inspire us and guide your future.  Call me for your free reading.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3*  PAGE *50*

51

**Call me now for your free reading.**

DENISE CARROLL:  When people ask you such personal things --

MISS CLEO:  Um-hmm.

DENISE CARROLL:  -- do you always tell them everything, both negative and positive, or do you kind of hold back some things?

                    ON SCREEN:

**Get honest answers.  Call Cleo at ext. 16153**

                  **1-800-241-8459**

MISS CLEO:  I am obligated by what I believe in to be honest.  Truth is neither brutal or soft -- it simply is.

                    ON SCREEN:

**Find out what secrets the cards hold for you?**

                  **1-800-241-8459**

DENISE CARROLL:  Are you afraid that you're going to say something that may offend somebody or hurt somebody or just people think you're out there?

                    ON SCREEN:

        **It's easy, just call this number**

                  **1-800-241-8459**

MISS CLEO:  People for the most part -- and this is interesting, because I am very outspoken, but what I find that people respond to the most is if I look

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000906

EXHIBIT *3.3*   PAGE *51*

52

and tell you something -- if I look and tell you, your hair looks fabulous, you know I am not lie to you. Because if your hair not look fabulous, I'm going to tell you, if you ask me.

ON SCREEN:

**Knowing the truth can change your life**

**1-800-241-8459**

\*     \*     \*     \*     \*

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

MISS CLEO:   No one has come to me and said, you know, Cleo, you have hurt me because they think they understand it.  And, so, all of my young ones -- you know, they, mon, they say keep it real, Miss Cleo.

ON SCREEN:

**You can talk to Cleo yourself at et. 16135**

**1-800-241-8459**

MISS CLEO:  And that is the key.  I keep it real.  No reason not to.

DENISE CARROLL:  How does my hair look?

MISS CLEO:  Your hair looks fabulous, really.

(Laughter.)

ON SCREEN:

**www.mindandspirit.com**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000907

**3.3**  PAGE **52**

53

1-800-241-8459

MISS CLEO:  Hello, dear, how are you?

ON SCREEN:

CALLER:  Sarah

**Get the answers to important questions**

1-800-241-8459

SARAH:  Good, how are you?

MISS CLEO:  I am fine, sweetness.  I want you to go ahead and tell me your name and the city you are calling from, all right?

ON SCREEN:

**Call this number now for a free reading**

1-800-241-8459

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

SARAH:  My name is Sarah and I am calling from Samma, Minnesota.

MISS CLEO:  What were your questions regarding?

SARAH:  Well, I'm thinking of making like a huge decision in my career coming up --

ON SCREEN

**Remove doubts about life decisions**

1-800-241-8459

MISS CLEO:  All right.

SARAH:  -- and I'm thinking of joining the

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000908

EXHIBIT *3.3* PAGE *53*

54

Peace Corps.

MISS CLEO:  Watcha, mon, that is a big one, baby.

SARAH:  Yeah.

ON SCREEN:

**Let Miss Cleo guide you, Call ext. 16135**

**1-800-241-8459**

MISS CLEO:  You are -- you know what?  You are a very good-hearted person, but Sarah, honey, me going to be honest with you.

SARAH:  Yeah.

MISS CLEO:  But I don't think it going to work for you, mommy.  I'm not seeing that in -- you are running away from other stuff, Sarah.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

SARAH:  Well, I -- like what, though?

MISS CLEO:  Oh, oh, oh -- you sound like you had something bad to eat last night, honey.

SARAH:  (Laughter.)

ON SCREEN:

**Ease your mind with knowledge from the Tarot**

**1-800-241-8459**

MISS CLEO:  I'm going to look at the -- I mean,

FTC0000909

EXHIBIT **3.3**  PAGE **54**

55

the only reason I say that is because it would be a wonderful lesson for you -- it is going to be very difficult for you, though.  You understand what I'm saying to you?

ON SCREEN:

**Get compassionate advice, call Miss Cleo**

**1-800-241-8459**

SARAH:  Yeah.

MISS CLEO:  The Seven of Wands is your first card, but it is a card of struggle.

ON SCREEN:

**Call now at extension 16153**

**1-800-241-8459**

SARAH:  Yeah.  I mean, I -- I've been thinking about doing it because I don't want to have to face getting a real job.

MISS CLEO:   So, what do you call that? Running or is that running or not?

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

SARAH:  Yeah, I guess so.

MISS CLEO:  So, say, I know I am going because I want to avoid getting a real job.

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000910                                    EXHIBIT **3.3**  PAGE **55**

56

**Find out the truth about your situation**

**1-800-241-8459**

SARAH:  (Laughter.)

MISS CLEO:  And own that man -- that is your honesty --

SARAH:  Okay.

MISS CLEO:  -- you are trying to prove a point to somebody --

**ON SCREEN:**

**Tarot cards can offer hope & insight**

**1-800-241-8459**

SARAH:  My sister -- she's my twin.  She just left for the Army for like four years.

MISS CLEO:  And, so, you are trying to go out and do something as noble as well, are you not?

SARAH:  Yeah (crying) --

**ON SCREEN:**

**A Tarot reading can offer reassurance**

**1-800-241-8459**

MISS CLEO:  No, no, no, calm down, it's all right, baby.

SARAH:  I know, I just --

MISS CLEO:  You know what?  And you and your sister are different, no matter that you are born at the same time from the same womb.  You hear me?  You not need

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000911

EXHIBIT *3.3*   PAGE *56*

57

to be like she.  You always feel like you are chasing after she.  Let her go to the Army.  Army not going to work for she either.

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

SARAH:  (Laughter/crying.)  Yeah, everybody in my family does something like that though, and, you know, I'm just the only one that hasn't yet.

ON SCREEN:

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  So -- and maybe you never will.  No matter.

SARAH:  Yeah.

MISS CLEO:  You are always trying to please other people.  Stop it.  Please Sarah.

ON SCREEN:

**Miss Cleo can help you listen to your heart**

**1-800-241-8459**

SARAH:  You know what would please me is just get up and drive to California and live off my savings for the rest of my life.

MISS CLEO:  Your savings not that big, Sarah.

SARAH:  I know.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000912

EXHIBIT *3.3* PAGE *57*

58

MISS CLEO:  (Laughter.)  You would be living for about two weeks, baby, not the rest of your life.

ON SCREEN:

**Plan a better future with insight from the Tarot**

**1-800-241-8459**

SARAH:  (Laughter.)

MISS CLEO:  But you know what?  You are nomad. Think about what you want to do.  If that's what you want to do, go and do it, sweetness.

ON SCREEN:

**It's easy, just call this number**

**1-800-241-8459**

SARAH:  Okay.

MISS CLEO:  All right?  No Peace Corp, for real, all right?

SARAH:  Okay.

MISS CLEO:  Bye-bye, baby.

SARAH:  Thank you.

MISS CLEO:  Take care of yourself, Sarah.

SARAH:  Okay.

MISS CLEO:  Bye-bye.

SARAH:  Bye.

MISS CLEO:  The Tarot cards can inspire you to unleash your emotions and live a healthier life.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000913

EXHIBIT 3.3   PAGE 58

59

ON SCREEN:

www.mindandspirit.com

1-800-241-8459

MISS CLEO:   Call me now for your free reading.

ON SCREEN:

Honest, Direct, Compassionate

www.mindandspirit.com

1-800-241-8459

UNIDENTIFIED MALE:  If you're looking for honest, direct, compassionate advice, talk to Miss Cleo. Call her now for a free Tarot card reading.

ON SCREEN:

Talk to Miss Cleo

www.mindandspirit.com

1-800-241-8459

*     *     *     *     *

ON SCREEN:

Free Tarot Reading

www.mindandspirit.com

1-800-241-8459

First 3 Minutes of Each Call FREE!

Must be 18.  For Entertainment Only

MISS CLEO:  Give me your first name to the camera.

JOHN:  My name is John.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000914

EXHIBIT 3.3  PAGE 59

60

**ON SCREEN:**

**The answers are just a phone call away**

**1-800-241-8459**

MISS CLEO:  All right and what city are you calling me from, John?

JOHN:  I'm in Nashua.

MISS CLEO:  All right, sweetie, and what is your question?

JOHN:  Uh -- it's about romance (giggle.)

MISS CLEO:  Let's take a look here at romance -- but there's already a woman, John.  Who is she?

**ON SCREEN:**

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

JOHN:  Uh -- Annette.

MISS CLEO:  All right.  Now, an ex -- which you are still carrying a bit of a torch for her?

**ON SCREEN:**

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

JOHN:  Yes.

**ON SCREEN:**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT *3.3* PAGE *60*

61

**Find out what secrets the cards hold for you**

**1-800-241-8459**

MISS CLEO:  Um -- right off the top, I have to tell you, if you are concerned -- while this is a side concern and your heart certainly gets away from you, money is getting ready to be very happy for you right now.  Are you aware of that?

**ON SCREEN:**

**Get guidance & inspiration from the Tarot**

**1-800-241-8459**

JOHN:  Okay -- not really.  That's a good thing.

MISS CLEO:  Yeah, mon, there's four weeks here -- Eight of Pentacles, there's money coming in. There is also a secret around you, honey.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-241-8459**

JOHN:  Yes.

MISS CLEO:  Oh -- you know the secret, then?

JOHN:  (Laughter.)

MISS CLEO:  Okay.  But to the High Priestess here, she always talks about secrets, so... I am seeing a whole lot of other people involved in this secret, but I'm not seeing what I thought I would see.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000916

EXHIBIT **3.3**  PAGE **61**

62

ON SCREEN:

**Tarot cards can help to clarify your situation**

**1-800-241-8459**

JOHN:   Okay.

MISS CLEO:   But, then, I am putting ego into it at this point, because now I am wanting to be nosy.

JOHN:   (Laughter.)

ON SCREEN:

**Get honest answers, Call Cleo at ext. 16153**

**1-800-241-8459**

MISS CLEO:   But I will tell you exactly what I do see, John.   Under the secret, there is a -- there is a child -- under the secret there is a child and it is your's.

ON SCREEN:

**Find out the truth about your life**

**1-800-241-8459**

JOHN:   Okay.

MISS CLEO:   It is your's.   Is that the secret?

JOHN:   Uh -- it could be mine.

MISS CLEO:   Un-huh.

JOHN:   Or it could be other friends.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT *3.3*   PAGE *62*

63

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  Oh, that's why I saw all the men around the baby.  Oh, okay, hold on.  Let me go back and check something here.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  That is why -- one of the friends -- you have a friend that used to do drugs a lot. He is not doing it -- he's a possibility to be the father.

**ON SCREEN:**

**You can talk to Cleo yourself at ext. 16153**

**1-800-241-8459**

MISS CLEO:   There is another one that is taller than you -- a little bit more strapping -- maybe a sports player.  He is a possibility to be the father as well.  Correct?

**ON SCREEN:**

**1-800-241-8459**

JOHN:  Oh, my God.

MISS CLEO:  Are you okay?

**ON SCREEN:**

**Remove doubts about people in your life**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000918

EXHIBIT **3.3**  PAGE **63**

64

1-800-241-8459

JOHN:  Okay.

MISS CLEO:  That is true, right?

JOHN:  It could be, yeah.

MISS CLEO:  Yeah.  So, no, but it is you.  You know why?  It is sitting right up under you.

ON SCREEN:

**Get the answers to important questions**

1-800-241-8459

MISS CLEO:  But at one point in time -- what -- you are quite a busy one, aren't you?  I'm not even sure I want to put this much of your business out here.

ON SCREEN:

**www.mindandspirit.com**

1-800-241-8459

JOHN:  Well, no, the reason X is the same sex as me.

MISS CLEO:  All right.  That is -- and you know what?  That is not of anybody's business.  You hear what I say to you and I'm glad I did not put it out there.  All right?

JOHN:  That's okay, I mean, it's my life and I'm comfortable with myself.

ON SCREEN:

**Miss Cleo can help you listen to your heart**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000919

EXHIBIT *3.3*  PAGE *64*

65

1-800-241-8459

MISS CLEO:  Yeah, but you know what?  I am a private person.  It is not everybody's damn business what everybody do.  You hear me?

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

JOHN:  Okay.

MISS CLEO:  All right.  There is a new lover right now.  All right?  And this is someone you could not have met more than about six weeks ago, correct?

ON SCREEN:

**A Tarot reading can offer reassurance**

**1-800-241-8459**

JOHN:  It could have been, yeah.

MISS CLEO:  Yeah.  But you are a popular one. You just can't seem to make up your mind, but there is nothing wrong with that, you know.  I'm just telling you to mind yourself, because you've got some pretty inconsistency pulling your world and you need to fix that, all right?

ON SCREEN:

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000920

EXHIBIT *3.3*  PAGE *65*

66

**Plan a better future with insight from the Tarot**

**1-800-241-8459**

JOHN:  Definitely.

MISS CLEO:  All right, baby, take care of yourself and the baby is your's and I'm sure you will be a good father.

**ON SCREEN:**

**It's easy, just call this number**

**1-800-241-8459**

JOHN:  Thank you so much.

MISS CLEO:  Bye-bye sweetness.

JOHN:  Bye-bye.

DENISE CARROLL:  Miss Cleo, I wanted to talk a little bit more personal with you.

**ON SCREEN:**

**www.mindandspirit.com**

**1-800-241-8459**

MISS CLEO:  Um-hmm.

DENISE CARROLL:  I know you've had a lot of adversity in your life.

MISS CLEO:  Um-hmm.

DENISE CARROLL:  And I'm wondering if not only can you expand upon that but tell us how this adversity has maybe, perhaps, changed you in a way and how your spirituality has helped you overcome the adversity.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000921

EXHIBIT *3.3* PAGE *66*

67

ON SCREEN:

**See into your future with a free Tarot reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

MISS CLEO:  I wish I could have answered the question 15 year ago, it probably would have been different.  But now where am I at?  Life is a lesson -- life is a journey.  And sometime you're going to have smooth road; sometime you're going to have bumpy road. Because every good moment there is going to be one that is not so good.

ON SCREEN:

**Let Miss Cleo guide you.  Call ext. 16153**

**1-800-241-8459**

*     *     *     *     *

ON SCREEN:

**Tarot cards can put the past in perspective**

**1-800-241-8459**

MISS CLEO:  And life is simply that.  But we are trained somehow to focus on the bad moments.  So we milk the bad moments for everything that it is worth.

ON SCREEN:

**Get honest answers.  Call Cleo at ext. 16153**

**1-800-241-8459**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000922

EXHIBIT **3.3**  PAGE **67**

68

MISS CLEO:  And the good moment come to pass and it come and it fly away quickly, mon.  We not spending any time on the good moments.

ON SCREEN:

**Get compassionate advice, call Miss Cleo**

**1-800-241-8459**

DENISE CARROLL:  If I can walk away from this interview and everybody watching could, what would you want them to leave with?

ON SCREEN:

**The answers are just a phone call away**

**1-800-241-8459**

MISS CLEO:  That is a good question.  Trust yourself -- listen -- stop chasing after something that is not real.  You know, chase after the things that mean something to your soul.

ON SCREEN:

**Call this number now for a free reading**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

DENISE CARROLL:  Miss Cleo, it's been an absolute pleasure.

MISS CLEO:  Thank you, sweetness.  Take care of yourself, all right?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.3* PAGE 68

69

DENISE CARROLL:  Thank you.

MISS CLEO:  All right.

ON SCREEN:

**Clarify your Situation**

**www.mindandspirit.com**

**1-800-241-8459**

UNIDENTIFIED MALE:  You've just seen how Tarot readings with Miss Cleo help these people to clarify their situations.  Our phone lines are open.  We invite you to call now for your free reading.

ON SCREEN:

**Call Now**

**www.mindandspirit.com**

**1-800-241-8459**

**2000, All rights reserved, Psychic Readers Network, Inc.**

**Free Tarot Reading**

**www.mindandspirit.com**

**1-800-241-8459**

**First 3 Minutes of Each Call FREE!**

**Must be 18.  For Entertainment Only**

UNIDENTIFIED MALE:  If you'd like to be part of our live, studio audience, call the number of your screen.

ON SCREEN:

**Be part of our Live Studio audience**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000924

EXHIBIT *3.3* PAGE *69*

70

1-800-266-9102

UNIDENTIFIED MALE:  If you'd like to participate as a caller during our next taping, call this number.

ON SCREEN:

**Participate as a Caller during our next taping**

**1-800-266-9102**

UNIDENTIFIED MALE:  The preceding has been a paid presentation of Mind and Spirit.

ON SCREEN:

**The preceding has been**

**a paid presentation of**

**Mind and Spirit**

**(Whereupon, the videotape concluded.)**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000925

EXHIBIT 3.3   PAGE 70

71

# CERTIFICATION OF TYPIST

MATTER NUMBER: <u>0123084</u>

CASE TITLE: <u>ACCESS RESOURCE SERVICES</u>

TAPING DATE: <u>JANUARY 3, 2001</u>

TRANSCRIPTION DATE: <u>MARCH 22, 2001</u>

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:  MARCH 22, 2001

DIANE QUADE

# CERTIFICATION OF PROOFREADER

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

ELIZABETH M. FARRELL

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000926

EXHIBIT *3.3* PAGE *71*

1

FEDERAL TRADE COMMISSION

I N D E X

VIDEO:                                    PAGE:

MIND AND SPIRIT                              3

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000928

EXHIBIT 3.4 PAGE 1

2

FEDERAL TRADE COMMISSION

In the Matter of:                    )

Access Resource Services             )   Matter No. 0123084

-------------------------------)

February 27, 2001

                    The following transcript was produced from a
live videotape provided to For The Record, Inc. on March
15, 2001.

EXHIBIT *3.4* PAGE *2*

FTC0000929

3

**P R O C E E D I N G S**

-    -    -    -    -

**MIND AND SPIRIT VIDEOTAPE**

-    -    -    -    -

**ON SCREEN:**

**The following is a paid presentation of**

**Mind and Spirit**

**(Music)**

UNIDENTIFIED MALE:  The following is a paid presentation of Mind and Spirit.

MISS CLEO:  We are going to have a good time today, you hear me?  So, I'm going to count on you all and all of the spirits that sit with all of you.  Do you understand me?  Because each and everyone of you have at least one.

(UNINTELLIGIBLE)

You may ask a direct question -- that may not be the question the spirit want to answer.

I want you to really -- we are going to have a good time because I am counting on you all, too.  We are going to rock and roll and we don't know what's going to come out of my mouth.

**(Applause.)**

MISS CLEO:  I love you.

**ON SCREEN:   ON AIR**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

Exhibit **3.4** Print **3**

**Mind & Spirit**

**1-800-788-2369**

DENISE CARROLL:  Hello and thanks for being here with us today everybody, I'm Denise Carroll.

Now all of us seek answers to everyday questions.  As a proven psychic, shaman, and Tarot reader with over 22 years of experience, Miss Cleo has an amazing ability to see through the shadows to the truth and to understand what's really happening to us.

And guess what?  She's here with us today.  She's here to give our studio audience, and all of you at home, personal readings.

So, it is my pleasure to welcome the one and only, Miss Cleo.

**ON SCREEN:**

**1-800-788-2369**

**(Audience applause/screaming.)**

DENISE CARROLL:  She looks better in person, doesn't she?  Absolutely.

MISS CLEO:  How are you doing, sweetness?

DENISE CARROLL:  I'm doing fine.  The question is how are you?  I can't go anywhere without hearing your name or seeing you.

MISS CLEO:  Yeah, it's a little bit -- (inaudible) -- huh?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000931

EXHIBIT 3.4   PAGE 4

5

DENISE CARROLL:  How has all this exposure been?

MISS CLEO:  A little bit overwhelming.

DENISE CARROLL:  Yeah?

MISS CLEO:  But the people are so wonderful and them love me so much, so I think it is something I can get used to.

DENISE CARROLL:  It's a lot of more managing, that's for certain.

MISS CLEO:  Yeah, mon, they are fabulous.  I look at those faces -- those are beautiful faces -- all smiling and I think so.

DENISE CARROLL:  A lot of people want some readings.  Let me ask you about readings.  When you have a caller on the phone --

MISS CLEO:  Um-hmm.

DENISE CARROLL:  -- versus somebody sitting right here --

MISS CLEO:  Um-hmm.

DENISE CARROLL:  -- is there a difference?

MISS CLEO:  Not, necessarily.  The only difference is I cannot see into their eyes -- that is the whole of it.  Over the phone, I can see into their hearts, I can see into their past and into their future. The only thing I miss is their eyes.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000932

EXHIBIT 3.4  PAGE 5

6

DENISE CARROLL:  So, there's no real difference in --

MISS CLEO:  No difference at all.  The energy comes, the spirits still talk the same levels, still give me the same information.

DENISE CARROLL:  And you have them all here with you today?

MISS CLEO:  Constantly.  I mean, me don't go nowhere without it, you know.

(Laughter.)

MISS CLEO:  So, them always with us.

DENISE CARROLL:  I'm sure this audience has some questions for you.  What do you think?

(Audience applause.)

MISS CLEO:  Oh, good.

DENISE CARROLL:  Who has questions for Miss Cleo?  Anybody?

MISS CLEO:  I'm sure.  Question?  Your name?

ON SCREEN:

1-800-788-2369

LESLIE:  My name is Leslie.  Hello.

MISS CLEO:  Hi, baby, how you doing?

LESLIE:  Hi.  My question is this:  A lot of us feel with your energy and your compassion and your personality and we want to call, but I know there's a lot

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000933

EXHIBI 3.4  PAGE 6

7

of people outside of myself, and they've said this to me, that have a fear that something negative is going to be brought up or something devastating or, God forbid, an illness or a death of someone they love.

How would you -- what would you say to those people so that they can finally pick that phone up and call you?

DENISE CARROLL:  Good question.

MISS CLEO:  Yeah.  Tough question.  You know, people do have fear, and there are people who come to me that are very afraid -- bad news, good news, in between news -- if you come sit down with me, me going to tell you.

But my opinion, my personal opinion, if you know it coming, a little bit easier to deal with.  If it blindsides you, that's when you get knocked on your backside.

DENISE CARROLL:  I'm sure there's people in this room that would like to have a reading by you.

MISS CLEO:  That's why you're here, isn't it?

(Audience applause.)

DENISE CARROLL:  Who would like a reading by Miss Cleo?  Raise your hand.  Let's see your hand Okay.  You know what, Cleo?  Your choice.

MISS CLEO:  There's a young lady to the back

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000934

EXHIBIT 3.4  PAGE 7

8

row there with a smile that make mine look dim just so.

DENISE CARROLL:  All right.

MISS CLEO:  All right.

**(Audience applause.)**

MISS CLEO:  Come and sit.  Now, my friend John wants to come in.  He is our audio person.  This is John. He will keep everything rolling.  Say hi to John.

AUDIENCE:  Hi, John (applause.)

MISS CLEO:  Hi, baby, how are you?

BOBBI:  I'm fine.

MISS CLEO:  Tell me your name.

BOBBI:  Bobbi.

MISS CLEO:  What's your birth date, baby?

BOBBI:  1-17-48.

MISS CLEO:  All right, well, let's take a look here.  Me got to shuffle the cards for she.  All right? Breath, mommy, I hear -- good girl -- she's breathing. She's trying.

You have questions, baby?

BOBBI:  Uh, yes.  I'd like to know what's in my near future for my children.

MISS CLEO:  Okay.  Well, there was a lot of time spent at the hospital, obviously, here.  Is this a male that pass over?

BOBBI:  My husband.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000935

EXHIBIT 3.4 PAGE 8

9

MISS CLEO:  Okay.  All right.

BOBBI:  Three weeks ago.

MISS CLEO:  I'm so sorry, mama.

BOBBI:  Okay.

MISS CLEO:  I am so, so, sorry.  But you know what's in my reading?

BOBBI:  My husband?

MISS CLEO:  That's right -- that's why I hear you call.  I didn't believe you could not see and hear so, because, I mean, the marriage was a good one.

BOBBI:  Yes.

MISS CLEO:  And I know that there seems to be someone else that, I'm assuming that it's a relative of his, it's a woman -- a sister-in-law -- was she very, very close?

BOBBI:  Yes.

MISS CLEO:  Well, me will be honest, because you know I cannot fudge about it.  But you and your sister sometimes not totally seeing --

BOBBI:  How true.

MISS CLEO:  -- eye to eye?

BOBBI:  Yes.

MISS CLEO:  And that is as polite as we will make it.

BOBBI:  Oh --

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000936

EXHIBIT **3 4** PAGE **9**

10

MISS CLEO:  We'll leave it at that, because we are on TV -- so -- and we don't want to cause any more problems -- I'm just trying to fix some things.

Well, mama, you know what?  I'm going to tell your something, bless your heart, you -- this fight -- you really, really, loved your husband.  You hear me?

BOBBI:  Un-huh.

MISS CLEO:  I know you did.  And, I mean, you had your moments --

BOBBI:  Oh, yes.

MISS CLEO:  -- you had your moments, because I'm looking at some stuff here that looking a little bit interesting --

BOBBI:  (Laughter.)

MISS CLEO:  -- you know and the man not here and him talking in my ear --

BOBBI:  (Laughter.)

MISS CLEO:  Oh -- but I appreciate the fact that he has been honest enough, because he still wants you to love -- the bottom line -- he was a good man and I know there was a period of so -- I don't know -- I'm looking at the number 9 here, so was there a number -- how many years were you all married?

BOBBI:  Nineteen years.

MISS CLEO:  Okay.  Number 9 here, so --

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000937

EXHIBIT *3.4*  PAGE *10*

11

apparently though at one point you were watching him like a hawk.

BOBBI:  Um-hmm -- yes.

MISS CLEO:   Yes you were -- I'm looking because you were watching.  Ah, Jesus!  You were on him like a cheap boot --

**(Audience laughter.)**

MISS CLEO:  -- that had been in the dryer for too long, right?  And that was a struggle for you all -- and there's a son?

BOBBI:  Step-sons.

MISS CLEO:  Um-hmm.  Okay, because yeah, one of them -- oh, there's one that has given you the blues.

BOBBI:  That's his nickname, Blue.

MISS CLEO:  Oh, dear Jesus.

BOBBI:  Because he has blue eyes.

MISS CLEO:  You see, you see what'll go on?  Them'll talk, me don't know what me will say -- you understand me?  But that is -- there is still going to be struggle there.

BOBBI:  Okay.

MISS CLEO:  Especially hear me, with him gone -- disrupting him more than I think anybody knows, because he's one of those people that puts a front to him fears --

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000938

EXHIBIT 3.4  PAGE 11

12

BOBBI: Oh, yes.

MISS CLEO: -- and will not let you see what behind the soul, correct?

BOBBI: Right.

MISS CLEO: Yeah. So, he is not going. I see him here in the Page of Cups and there's a lot of struggle around him, as well as the other brother.

There's another one, so, but there seems to be a separation of space, so he must not be right around you. There's the other one there -- yeah, because he is further -- I feel him further away.

They're both going to have a lot of difficulty with this. However, the one that is further away must have -- he's the one that has a temper.

BOBBI: Yeah, that's Chuckie.

MISS CLEO: Wow -- is that Chuck -- woo, child, what a name. God love him. That boy does not respect husband -- we're also thinking. I mean, you've got a lot of things that are going through your head, but you're also thinking you don't want to live in the house anymore, either.

BOBBI: True.

MISS CLEO: Yeah. Because I'm looking at the Six of Cups, which means new place, new residence, new area that they're getting used to and I'm seeing that.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000939

EXHIBIT 3.4 PAGE 12

13

All right?

BOBBI:  Yeah.

MISS CLEO:  Give yourself permission, because you must still feel the cry, all right? You know that.  You turn them on and you turn them right back off.

BOBBI:  Right.

MISS CLEO:  Give yourself permission.

BOBBI:  Um-hmm -- thank you so much, Cleo.

(Audience applause.)

DENISE CARROLL:  If all of you at home feel as we do here in the studio, we have goosebumps.  As you can see, Miss Cleo keeps it real.  The Tarot cards allow her to gaze into our hearts and our lives.

We'll be right back with live calls for Miss Cleo.

(Audience applause/screaming.)

ON SCREEN:

DON'T WAIT, CALL RIGHT NOW

Mind & Spirit

1-800-788-2369

*     *     *     *     *

FREE Tarot Reading

1-800-788-2369

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000940

EXHIBIT 3.4   PAGE 13

14

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

UNIDENTIFIED MALE:  We'll be taking your calls in the next segment of the show when Cleo will give free Tarot readings to our callers.  Don't miss this chance to call for your free reading with Miss Cleo now.

**ON SCREEN:**

**Call Cleo Now**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

**(Audience applause/screaming.)**

DENISE CARROLL:  Welcome back to Mind and Spirit with Miss Cleo.  We're taking your calls, so get on the phone, give us a call.

Miss Cleo's breaking through the barriers and revealing the most important answers right before your very eyes.  We've all seen it here, haven't we?

AUDIENCE:  Yes.

DENISE CARROLL:  Absolutely.

**(Audience applause.)**

DENISE CARROLL:  Right now I believe we have Terry from Michigan on the phone.  Terry?

TERRY:  Yes.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000941

EXHIBIT *3.4* PAGE *14*

15

MISS CLEO:  How are you doing, sweetness?

TERRY:  I'm doing all right.

MISS CLEO:  All right, give me your birth date, Terry.

TERRY:  It's -- the whole thing?  Year and all?

MISS CLEO:  (Laughter.)  Aren't you precious? I'm sure you're beautiful.  Yes, the whole thing, year and all.

TERRY:  Okay.  6-17-60.

MISS CLEO:  So, what's your question today for me, baby?

TERRY:  Well, I just recently ended a three-year relationship --

MISS CLEO:  Um-hmm.

TERRY:  -- and I'm thinking it was the right decision, but want to know what you think.

MISS CLEO:  You know what?  May I tell you right off the top?  I do -- for where you two were at at this point in time in your relationship --

TERRY:  Um-hmm.

MISS CLEO:  -- it was a good thing.

TERRY:  Um-hmm.

MISS CLEO:  Because it was nothing but pure power struggle, correct?

TERRY:  Absolutely.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000942

EXHIBIT 3.4   PAGE 15

16

MISS CLEO:  You know?  You say up; he say down; you say left; him say right.  Correct?

TERRY:  That is correct.

MISS CLEO:  Yeah.  You know, but, Terry, honey, I love you and you're wonderful, but you're not easy to live with.

TERRY:  (Laughter.)  Okay.

MISS CLEO:  What's this, okay, I'll buy that.  Honey, because your mouth -- you not need sword -- you understand me?

TERRY:  (Laughter.)  Yeah.

MISS CLEO:  Because you know -- you're laughing -- that's how me know she knows.

TERRY:  That's correct.

MISS CLEO:  Drive you up, mon, you bleeding upon the floor and she never even touch a weapon.

TERRY:  (Laughter.)

MISS CLEO:  With her mouth alone.  I think it was a good decision.  We'll leave it at that.

TERRY:  Okay.

MISS CLEO:  All right?

TERRY:  All right.

MISS CLEO:  And give yourself just a little bit of a breather, because I already see you shopping, all right?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000943

3.4   PAGE 16

17

TERRY:  (Laughter.)

MISS CLEO:  There's nothing wrong with window shopping, there's even nothing wrong with taking it up and deciding you want to return it three days later --

TERRY:  (Laughter.)

MISS CLEO:  -- but, I want you to take your time, honey, all right?

TERRY:  All right.

MISS CLEO:  Take your time and find one that is not quite as argumentative as you.  You understand me?  There was no balance in that relationship, honey.

TERRY:  That's a fact.

MISS CLEO:  But the sex was outstanding.

TERRY:  Yes, it was.

**(Audience laughter.)**

MISS CLEO:  (Laughter.)  And a lot of times it was that that kept you there as long as it did.  Now, I looks on your shelf -- I'm looking at a bookcase -- you read all them books?

TERRY:  Uh -- not a whole lot.

MISS CLEO:  So, you just have them there for decoration?

TERRY:  Right.  That's it.

MISS CLEO:  So, you dust them every once in awhile, huh?

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000944

EXHIBIT 3.4  PAGE 17

18

TERRY:  That's a fact.

MISS CLEO:  I'm going to tell you something, you know, and it's a remedy.  Although, you need to clean out your closet.

TERRY:  Literally?

MISS CLEO:  Yes, ma'am.

TERRY:  It is a mess.

MISS CLEO:  Yeah, they are a mess and there's a lot of stuff in there you haven't seen or worn for six months.

TERRY:  That is so true.

MISS CLEO:  Uh -- especially them turned up shoes in the back.  Woo, how long have you had those?

TERRY:  (Laughter.)

MISS CLEO:  No, they're like a hiking boot or something, them get turned up from wear and tear.  You know which me talk about, Terry?

TERRY:  I think so.

MISS CLEO:  Yeah, I know you do.  Them you need to get rid of.  And then go buy yourself something nice, mama, okay?

TERRY:  Okay.

MISS CLEO:  Take care, baby.

TERRY:  Okay.

**(Audience applause/screaming.)**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000945

EXHIBIT 3.4  PAGE 18

19

DENISE CARROLL: Another example of Miss Cleo knows. For those of you watching at home, you can call in right now for a free reading. Just pick up your phone. We'll be right back with more of Miss Cleo.

ON SCREEN:

**Call now for FREE!**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18. For Entertainment Only**

(Audience applause/screaming.)

ON SCREEN:

**Mind & Spirit**

**1-800-788-2369**

*     *     *     *     *

ON SCREEN:

**FREE Tarot Reading**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18. For Entertainment Only**

UNIDENTIFIED MALE: We'll be right back to watch Cleo give readings to our studio audience and Cleo will be taking calls from viewers like you. So, call in to get your free reading with Miss Cleo right now.

ON SCREEN:

**Call Cleo Now**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000946

EXHIBIT **3.4** PAGE **19**

20

1-800-788-2369

First 3 Minutes of Each Call FREE

Must be 18.  For Entertainment Only

(Audience applause/screaming.)

ON SCREEN:

1-800-788-2369

DENISE CARROLL:  We're here with the one and only Miss Cleo, master Tarot card reader.  And I know the audience, we've been talking during the break, and you'll have some questions for Miss Cleo.  Raise your hand. Stand up, please.  Your name?

DENELL GREEN:  Denell Green.

DENISE CARROLL:  And what's your question?

DENELL GREEN:  I was just wondering -- there's a lot of skeptics in the audience and we don't see or feel that you really have this compassion for us, like she was saying.  I was wondering how you do explain to somebody, even after they're read, they're still skeptic about it --

MISS CLEO:  Um-hmm.

DENELL GREEN:  -- how do you tell them that you're really telling them the truth.

MISS CLEO:  You know what's funny?  I never have to.  Because you know what?  They come back a day later, two days later, two weeks later and tell me

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000947

EXHIBIT 3.4  PAGE 20

21

everything.

So, skeptics not worry me because me know what I know.  They don't know what I believe.  You understand me?

They're the ones that get nervous after me have pulled everything out of their closet.  And that me enjoy -- that's probably not a good thing, but I enjoy that.

DENELL GREEN:  Yeah.

DENISE CARROLL:  I need to say that you are very good at cleaning people's closets.

**(Audience laughter.)**

MISS CLEO:  I won't leave my day job, though.

DENISE CARROLL:  Okay, we're here because a few of you really want a reading.  So, let me see who would like a reading from Miss Cleo.  Oooh -- it's up to you.

MISS CLEO:  You know what?  I'm going to be a bad girl.  The young lady there asked about skeptics. All the skeptics raise your hands.  The real ones -- I will know who's lying.  Come on, put them up.  Ya, ya.

DENISE CARROLL:  She won't put it up now. Okay, here you go.

For all of you at home, I need to let you know that this woman -- I don't know her name yet -- what is your name?

SURREAL:  Surreal.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.4  PAGE 21

FTC0000948

22

DENISE CARROLL:  I know she was a skeptic during the break.

MISS CLEO:  Surreal, what a wonderful name. Come down here and we'll have an experience together.

SURREAL:  Okay.

MISS CLEO:  Ooohhh -- see, you are agreeing. That is your skeptic.  See, now, that is interesting to me.  How you be skeptic -- skeptics just -- come sit, baby.

SURREAL:  Does that mean I can go back?

MISS CLEO:  No, oh, no.  Look, she running. That's what happens -- them run.

I will protect your privacy.  I will talk to you in ways that you will understand what I am saying, if I see anything that is too -- don't worry, I won't pick on you because you are a skeptic.

SURREAL:  Okay.

MISS CLEO:  All right, sweetness, and Surreal is your name.  What is your birth date, baby, including year.

SURREAL:  11-6-56.

MISS CLEO:  Ooohhha -- that makes sense.  You see, interesting.  I find that hard to believe that you are a skeptic.  Because you get too much information. You are a soft young lady.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.4  PAGE 22

23

SURREAL:  Yeah.  You know, I can tell things.

MISS CLEO:  Yes, you do.  So, I mean, then how do you stay a skeptic?  You just clearly not believe in?  Is that what it is?

SURREAL:  Pretty close.

MISS CLEO:  Yeah, that's good enough.  That's good enough.  You going to be willing to hold my hand?

SURREAL:  Yeah.

MISS CLEO:  Okay, let me just put them down so for you.  Oh, your first one -- my goodness.  Your first line is interesting.  See, because you know what I'm looking at here, there's a different -- there's an elevation and an employment of some nature because here this is a card of money, the Ace of Pentacles, all right?

SURREAL:  Yeah.

MISS CLEO:  I'm looking here -- these are all tree, tree and tree -- that's three right there in front of you, because the Empress card is also represented by the tree -- it's worn off, but I know so.

SURREAL:  It's time for a new pack of cards.

MISS CLEO:  Yes -- no -- why you talk about me and then come over here and talk about my cards?

SURREAL:  (Laughter.)

AUDIENCE:  (Laughter.)

MISS CLEO:  Where did we get she from?  And

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.4  PAGE 23

FTC0000950

24

these are all very positive cards, okay?   So, there's a new beginning here by the Empress, all right, which you need to be aware of because -- and that sometimes gets you, ahha.   Well, we just kicked somebody to the curb not too long ago, didn't we?

SURREAL:   (Laugher.)

MISS CLEO:   Huh?

SURREAL:   Yeah.

MISS CLEO:   Yes, and she's struggling --

**(Audience applause/screaming.)**

MISS CLEO:   -- she's struggling.   I'm getting that there was a struggle.   Do you understand me?

SURREAL:   Un-huh.

MISS CLEO:   Right here and, so, and even with a struggle with dealing and communicating with women.

SURREAL:   Un-huh.

MISS CLEO:   You understand me?   And that was a problem -- very specifically, not communicating with people in general --

SURREAL:   Right.

MISS CLEO:   -- communicating with women.   And I really feel from these -- the position of these three cards, that struggle was instituted by his mother.

SURREAL:   Hmm --

MISS CLEO:   All right?   Boy, you no waste no

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000951

3.4   Alex 24

25

time, though.

(Audience laughter.)

MISS CLEO: You don't waste no time. I'm being nice. You hear me? I'm being very polite.

SURREAL: Thank you.

MISS CLEO: Very polite. Because I'm trying to be compassionate.

(Audience laughter.)

MISS CLEO: But you know that, you understand what I'm saying, right?

SURREAL: Yes.

MISS CLEO: And I want you to go back -- and you still have some stuff, baby, that is old. You understand me? Age seven is screaming in my head. All right? Age seven, there is a huge change in your life. It may not have been directly -- because at seven years old you are a child, but there was huge change that affected you. You know? And those are the things, baby, that while you set up all of these wonderful men, because sometimes not all of them have been bad.

SURREAL: Um-hmm.

MISS CLEO: Not all of them have been bad, but you have gotten very used to doing it your way, on your own and you just want everybody else there for window dressing --

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000952

EXHIBIT 3 4   PAGE 25

26

SURREAL:  Um-hmm.

MISS CLEO:  -- come when they call you and go away when they send you.  You understand what -- yeah, I wish we could get a man like that, don't we?

SURREAL:  (Laughter.)

MISS CLEO:  Come when we call and go away when we send.  See -- and she also doesn't like to get attached.  She won't attach, because there's that damn fear that something may not go on and the attachment broken.  You understand me?  And that's what you do, sweetness.  All right?

SURREAL:  Okay.

MISS CLEO:  I love you.

SURREAL:  Thank you.

MISS CLEO:  Thank you.  All right?

**ON SCREEN:**

**Become a believer**

**1-800-788-2369**

DENISE CARROLL:  All of you at home just witnessed something extraordinary.  During the break Surreal said that she really didn't believe that Cleo really had this power, although she did believe that the power existed.  Well, you just saw what happened.

Call now for your chance to speak with Miss Cleo.  We're going to be right back with more readings.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT *3.4*  PAGE *26*

FTC0000953

27

ON SCREEN:

Speak to Miss Cleo Now!

1-800-788-2369

\*     \*     \*     \*     \*

ON SCREEN:

Mind & Spirit

1-800-788-2369

\*     \*     \*     \*     \*

ON SCREEN:

FREE Tarot Reading

1-800-788-2369

First 3 Minutes of Each Call FREE

Must be 18.  For Entertainment Only

UNIDENTIFIED MALE:  Our operators are standing by right now to receive your call.  Our phone lines are open.  Call Miss Cleo now for your free reading.

ON SCREEN:

Call Cleo Now

1-800-788-2369

First 3 Minutes of Each Call FREE

Must be 18.  For Entertainment Only

(Audience applause/screaming.)

DENISE CARROLL:  Okay, listen up.  We're taking live phone calls for Miss Cleo.  For those of you at home, you can call in, too.  Just pick up the phone right

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.4   PAGE 27

FTC0000954

28

now.  We have Pat on the line, I believe, from Houston.

Hi, Pat.

PAT:  Hi.

DENISE CARROLL:  How are you doing?

PAT:  Okay.

DENISE CARROLL:  So, you have some questions for Miss Cleo, do you?

PAT:  Oh, most definitely.

MISS CLEO:  Pat, darling, give me your birth date, baby.

PAT:  October 1st, 1949.

MISS CLEO:  All right, sweetness.  Do you have specific questions, Pat?

PAT:  Yes, Miss Cleo, I would like to know where my husband is this weekend --

MISS CLEO:  Um-hmm.

PAT:  -- seeing as he emailed me at my business to ask me for a divorce, after being married to him for 29 years.

MISS CLEO:  You're a good one.  I don't want you to give up, I want you to hold on, because you are a survivor, okay?

PAT:  Yes.

MISS CLEO:  Oh, dear God, oh, boy.  You've actually been concerned about him being unfaithful or not

FTC0000955

EXHIBIT 34  PAGE 28

29

faithful, however you want to say it, for about the last six months, correct?

PAT: Correct.

MISS CLEO: Yeah. Six of Wands here, so next to the marriage card, which is your Four of Wands. But, Pat, are you -- you see an increase in the amount of drinking that you husband does, haven't you?

PAT: Absolutely.

MISS CLEO: Yeah. Five of Cups here, so --

PAT: Within the past, oh, six or nine months, but I've only known about the other woman since November.

MISS CLEO: Yeah, I see her right here. Because she is only about 5'3", 5'4" -- she has hair about to her shoulders, a little bit longer in the back, right?

PAT: Correct.

MISS CLEO: Yeah.

PAT: Did you see him with a future with this woman?

MISS CLEO: No, I do not see a long future, but she's in -- she's in there right now.

PAT: Yes.

MISS CLEO: She's in there right now and you need to stop lurking, Pat.

PAT: (Laughter.)

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000956

EXHIBIT 3.4 PAGE 29

30

MISS CLEO:  Yeah -- you didn't think I was going to see that, did you?

PAT:  (Laughter.)   Correct.

MISS CLEO:   You need to stop lurking.  You know how I know she is lurking?  The Eight of Swords. Whenever an Eight of Swords around so, in that position, someone lurking -- peeking, carrying on.   Whatever -- stop that.

PAT:  That's because he's lying all the time. So, I lurked to find out the truth.

MISS CLEO:  Um-hmm.

PAT:  So, I mean, does he hate me that much, Miss Cleo?

MISS CLEO:  He hates himself, honey.  Your husband -- well, you don't know the secrets of that family -- he comes from a very destructive place, from a long time ago, so -- you understand?

PAT:  Well, his -- his own father took his life.

MISS CLEO:  Um-hmm.  Because he has a -- you have a sister-in-law, do you not?

PAT:  Yes.

MISS CLEO:  He told you about a particular situation that occurred to his sister, right?

PAT:  Yeah.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 34   PAGE 30

FTC0000957

31

MISS CLEO:  Um-hmm.  Did he also tell you that the father was a -- (inaudible)?

PAT:  No.

MISS CLEO:  Same situation that happened to the sister, similarly happened to him.

PAT:  When they were younger?

MISS CLEO:  Yes.

PAT:  Okay.

MISS CLEO:  And that problem was resonant throughout the marriage, was it not?  As far as him being affectionate, honey.

PAT:  Oh, yes.

MISS CLEO:  Okay.

PAT:  Oh, yes.  So, what is going to happen, Miss Cleo, with us in court and with this divorce?

MISS CLEO:  Well, you know, you are sitting in a better position.  He is really not going to fight you, honey.  I don't think you need to worry about that.  Do you understand me?

PAT:  Okay.

MISS CLEO:  Sweetness, you are going to be fine.  I want you to believe that.  I have walked with many a woman and many a man, as well, at the end of situations like this and I guarantee you, only because I

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000958

EXHIBIT 3.4   PAGE 31

32

know what our heart is capable of, you will be fine.  All right, baby?

PAT:  Okay.

MISS CLEO:  I love you.

PAT:  Thank you, Miss Cleo.

(Audience applause/screaming.)

DENISE CARROLL:  Well, you heard it, she said it herself, Miss Cleo knows.  She doesn't think it, she knows.

ON SCREEN:

Phone lines are open now!

1-800-788-2369

DENISE CARROLL:  Listen, we have a few lines that are open right now, so get on the phone.  What are you waiting for?  Give Miss Cleo a call.  It's free.

We'll be right back.

ON SCREEN:

Mind & Spirit

1-800-788-2369

(Audience applause/screaming.)

ON SCREEN:

FREE Tarot Reading

1-800-788-2369

First 3 Minutes of Each Call FREE

Must be 18.  For Entertainment Only

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.4  PAGE 32

FTC0000959

33

UNIDENTIFIED MALE:  This is your chance to experience a reading from Miss Cleo yourself.  Call in to us now, phone lines are open and we're waiting to give you a free reading with Miss Cleo.

**ON SCREEN:**

**Call Cleo Now**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

(Audience applause/screaming.)

DENISE CARROLL:  We're back with live phone calls for Miss Cleo.  We've got Ava on the line from Washington, D.C.  Ava, are you there?

AVA:  Yes, I am.

DENISE CARROLL:  Buckle up your seat belt, you're on the line.

MISS CLEO:  Ava, come give me your birth date, sweetness.

AVA:  12-15-57.

MISS CLEO:  All right.  And did you have a particular question for Cleo today?

AVA:  Well, yes.  I wanted to know about my love life but I also wanted to ask you, I really want to go back to school.  I think that I need some direction on that.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

EXHIBIT 3.4  PAGE 33

FTC0000960

34

MISS CLEO:  All right.

AVA:  But also, Miss Cleo, I had a dream -- you came to me in a dream.

MISS CLEO:  When was this?

AVA:  Well, you fussed at me.

MISS CLEO:  That sounds about right, because that is what I was getting ready to do.

First off, you've been procrastinating to go back to school for three years.  What are you waiting on?

AVA:  Uh -- I think money.

MISS CLEO:  Oh, no, no, no.  Ah -- me not going to let you get away with that, Ava.  Ava like to have fun.

AVA:  (Laughter.)

MISS CLEO:  Do you understand?  Ava likes to look good, honey.

AVA:  (Laughter.)

MISS CLEO:  Ava be dressed down every day, don't you, baby?

AVA:  (Laughter.)  Yes.

MISS CLEO:  All right, then.  I would recommend it in spring as opposed to right now, because your depression levels are wobbling, correct?

AVA:  Uh -- yes.

MISS CLEO:  Yeah.  You know, because I'm seeing

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000961

EXHIBIT 3.4   PAGE 34

35

tears -- you were weepy-eyed last night.

AVA:  Well, I was kind of exhausted last night. I may have been -- yes, yes, yes.

MISS CLEO:  Isn't she cute?

AVA:  (Laughter.)

MISS CLEO:  But, now, sweety, the other thing that concerns me is there's still a death that is passing through you.

AVA:  My father passed in June.

MISS CLEO:  Um-hmm.  And it is still passing through.  A very quiet man and a good man, you know that about your daddy, right?

AVA:  Yes.

MISS CLEO:  Good man.  You see him sit here, King of Cups -- very, very good man.

Yeah, baby, see -- and your front card, next to a relationship card -- the Two of Swords -- and you're just not ready yet.

AVA:  Well, there's someone that I have a lot of feelings for --

MISS CLEO:  Um-hmm.  Is that the short one?

AVA:  Yes.

MISS CLEO:  He is not a bad one.  He is very, very genuine in his affection.  You understand me?  The stubbornness is part of who he is.  You cannot fix that.

EXHIBIT 3.4   PAGE 35

FTC0000962

36

AVA:  Right.

MISS CLEO:  You see what I'm saying to you? But you know he can keep up with you, you know that?

AVA:  Okay.

MISS CLEO:  Ava?

AVA:  Yes, ma'am.

MISS CLEO:  Yeah, you understand?

AVA:  Yes.

MISS CLEO:  All right, now --

AVA:  Okay.

MISS CLEO:  -- it hard to find good ones.

AVA:  Okay.

MISS CLEO:  You hear me?

AVA:  Yes, ma'am.

MISS CLEO:  All right, baby, I want you to smile.  Love yourself.

AVA:  Okay.

MISS CLEO:  All right, baby, I love you.  I'll come see you next week in your dreams if you're not doing what I told you to do.

AVA:  Okay.

**(Audience laughter.)**

MISS CLEO:  Bye-bye, baby.

**(Audience applause/screaming.)**

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000963

EXHIBIT **3.4** PAGE **36**

37

ON SCREEN:

**Don't wait!  Call right now!**

**1-800-788-2369**

DENISE CARROLL:  Wow!  You know by tapping directly into the spirits, Miss Cleo is proving that she is able to clearly see answers that we are always seeking.

ON SCREEN:

**FREE Tarot Reading**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

DENISE CARROLL:  For those of you at home, our lines are wide open.  Call in now for a free reading. Stay tuned.

ON SCREEN:

**Mind & Spirit**

**1-800-788-2369**

**(Audience applause/screaming.)**

ON SCREEN:

**FREE Tarot Reading**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

UNIDENTIFIED MALE:  Our operators are taking

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000964

EXHIBIT **3.4** PAGE **37**

38

calls for Miss Cleo.  The next caller could be you.  Call right away for your free Tarot reading with Miss Cleo.

**ON SCREEN:**

**Call Cleo Now**

**1-800-788-2369**

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

DENISE CARROLL:  What a day, huh?  What a day. You know, Cleo, through the course of this show we've all watched you just guide people to the truth.  You are truly amazing.

MISS CLEO:  Thank you very much, thank you, baby.

DENISE CARROLL:  It's been an unbelievable day. What do you say audience?

AUDIENCE:  Yes!!!  (Applause.)

DENISE CARROLL:  We want to thank the audience. Yeah, they've been fabulous, too.

MISS CLEO:  You are absolutely outstanding, unbelievable and now me a spoil up, right?  I know I'll never get another one like you, so I thank you so much, babies, you've brought me through the whole of this and I love you so much, all right?

**(Audience applause/screaming.)**

DENISE CARROLL:  We also want to thank you,

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 34  PAGE 38

39

Cleo, for your just astonishing psychic ability -- you are a wonder.  Absolutely fabulous.

MISS CLEO:  I want to thank you.  You coming in, walking me through this and staying nearby, I really appreciate it.

DENISE CARROLL:  Oh, I wouldn't miss it for the world.  Until next time everybody, thank you so much.  We'll see you on Mind and Spirit.

**(Audience applause/screaming.)**

**ON SCREEN:**

**Don't Wait**

**1-800-788-2369**

UNIDENTIFIED MALE:  You've watched Cleo make believers of the people in our studio audience just as she has with millions of viewers nationwide.  Now, this is your opportunity to have Cleo make a believer out of you.

**ON SCREEN:**

**Call Cleo Now**

**1-800-788-2369**

UNIDENTIFIED MALE:  Call Miss Cleo now for your own personal free Tarot reading.

**ON SCREEN:**

**FREE Tarot Reading**

**1-800-788-2369**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

FTC0000966

EXHIBI 3.4   PAGE 39

40

**First 3 Minutes of Each Call FREE**

**Must be 18.  For Entertainment Only**

UNIDENTIFIED MALE:  When I first watched the show, I was very skeptical, but it made me believe that there is something to life like that and you could miss a prime opportunity.

Thank you very much and I'll be calling you soon.

UNIDENTIFIED FEMALE:  And I'm getting the Miss Cleo tatoo tomorrow.  Thank you.

UNIDENTIFIED FEMALE:  She just tells it like it is.

UNIDENTIFIED FEMALE:  I came here and I was really skeptical and I was, like, I don't think she knows what she's talking about but she actually does, and I've changed my mind -- she's totally true -- and fun.

UNIDENTIFIED FEMALE GROUP:  We love you, Cleo.

UNIDENTIFIED MALE:  It's amazing.  I've never seen anything quite like it.

UNIDENTIFIED FEMALE:  She real.

**ON SCREEN:**

**The preceding has been a paid presentation of**

**Mind and Spirit**

UNIDENTIFIED MALE:  The preceding has been a paid presentation of Mind and Spirit.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000967

EXHIBIT 3.4  PAGE 40

41

(Whereupon, the videotape concluded.)

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

FTC0000968

EXHIBIT 3.4   PAGE 41

42

# C E R T I F I C A T I O N   O F   T Y P I S T

MATTER NUMBER: 0123084

CASE TITLE: ACCESS RESOURCE SERVICES

TAPING DATE: FEBRUARY 27, 2001

TRANSCRIPTION DATE: MARCH 27, 2001

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED: MARCH 22, 2001

DIANE QUADE

# C E R T I F I C A T I O N   O F   P R O O F R E A D E R

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

ELIZABETH M. FARRELL

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.4   PAGE 42

FTC0000969

DECLARATION OF SHERRY L. INGLES
PURSUANT TO 28 U.S.C. § 1746

1.      My name is Sherry Ingles. I am an Investigator in the Consumer Protection Unit of the Wisconsin Department of Justice (DOJ), Office of the Attorney General, State of Wisconsin. My work address is 123 West Washington Avenue, Madison, Wisconsin 53707-7857.

2.      On August 7, 2001, I called the Miss Cleo Hotline at 1-800-814-6736 and reached a recorded message from Miss Cleo. When this call concluded, I immediately called 1-900-933-0113, the number provided by Miss Cleo in her 800 number hotline . I tape-recorded both telephone calls on the same tape.    Also present while I  placed these calls was DOJ Special Agent Amy Blackwood.  During these telephone conversations, I posed as consumer Deedra Fuller.   After concluding both conversations, I played back the tape to confirm that the conversations had been recorded properly. After recording the last conversation, I observed Agent Blackwood remove the plastic tabs at the rear edge of the tape cassette to prevent erasure or further recording.

3.      As tape custodian, I then observed Agent Blackwood duplicate the tape. I placed the original tape in a sealed envelope. Premium Business Services, an independent reporting company prepared a transcription from the duplicate tape.

4.      After I received a transcript of the tape, I verified the accuracy of the transcript by comparing it with the original recording, made necessary revisions, and then concluded that the transcript was a true and accurate report of my telephone conversations.   Attached to this

EXHIBIT  3.5  PAGE  1

Declaration as Attachment 1 is a true and correct copy of the transcript of the recordings I made on August 7, 2001.

5.    During the first call to the Miss Cleo hotline at 1-800-814-6736, the recorded preamble stated five different times that the caller would receive a "free three-minute reading" and an additional three separate times that they would receive a "free reading." The recorded preamble also stated two times that: "The first three minutes of your reading are free. Additional minutes are optional at $4.99 per minute."

6.    During the preamble to 1-900-933-0113, Miss Cleo's recorded message tells callers to, "Get ready for the best tarot reading of your life. . ." . . . "First three minutes free. Additional time is optional at $4.99. To avoid charges, disconnect within three seconds of hearing the tone after your free time. Hold for your free reading."

7.    During the recorded preamble of my call to the 900 number, I heard a tone which directed me to "speak" my first and last name. I was confused about when my free time began and ended. The preamble indicated I would hear a tone when my free time was up; however, during my conversation with the psychic, I did not hear the tone signaling the end of the free time. When I asked the psychic if my free time had expired, she stated that she did not know when the free time ended.

8.    As I listened to the tape recording while reviewing the transcript, I heard a very fast, faint beep on the tape, which occurred at 3 minutes and 30 seconds from the beginning of the call to the 900 number. As noted above, I did not hear this tone during the actual telephone call. At 3 minutes and 30 seconds, the psychic was still gathering personal information from me and had not yet begun my psychic reading. The first three minutes of my call to the 900 number contained no psychic reading whatsoever.

EXHIBIT **3.5**   PAGE **2**

9.     I received an invoice from AT&T, dated August 24, 2001, for the call I placed to 900-933-0113 on August 7, 2001. The bill indicated that the call was 14 minutes long. I was billed for eleven of those minutes at a rate of $4.99 per minute, for a total of $54.89. Attached to this Declaration as Attachment 2 is a true and correct copy of the invoice I received from AT&T.

10.     I mailed a copy of the tape, together with a transcript of the telephone recordings to Martha Vera at the Federal Trade Commission.

11.     On December 5, 2001, the Attorney General for the State of Wisconsin filed a complaint against Access Resource Services, Inc., Psychic Readers Network, Inc., Stephen Feder and Peter Stolz in the Circuit Court for Milwaukee County.

I state under penalty of perjury that the foregoing statement is true and correct.

Date:   1-3-02

Sherry L. Ingles

EXHIBIT 3.5   PAGE 3

Department of Justice

Investigative Call to Miss Cleo

Document Number One

**SHERRY:** . . . A Consumer Protection Division of the Wisconsin Department of Justice. It's Tuesday, August 8th, at approximately 2:10 p.m. The 7th, August 7th, I'm sorry. And I'm calling Miss Cleo hotline at 1-800-814-6736.

**CLEO:** Hello, this is Cleo, and welcome to Mind and Spirit, where you will find the most gifted most accurate psychic predictors in America. Please have a pen and paper handy to write down a very special phone number that will allow you to get free time with our psychics. Here at Mind and Spirit we make certain that only the best and most qualified astrologers, numerologists, and psychic predictors are chosen for our positions on our staff. There is a reason we are the number one psychic network in the country. We hire only top quality talent because by being the best, we know you'll continue to call us and rely on us every time you need psychic guidance. In fact, we have so much confidence in the outstanding abilities of our psychic predictors that we're willing to prove it to you. Here's how.

First, we'll give you a three-minute reading absolutely free. Then try a reading with some other psychic line. We're confident that you will find our psychics to be far superior to the others. However, there could be a rare exception when you feel that the other psychic line did a better job. If that were to happen, all we ask is that you give us another chance to prove we are the best. So we'll give you a free reading every time you call during this psychic challenge promotion. Please write this number down. Your free readings can only be obtained through this number. It's 1-900-933-0113. The first three minutes of your reading are free. Additional minutes are optional at $4.99 per minute. That's 1-900-933-0113.

So you get a free three-minute reading just to try us out. Then, if you think our competition did just as well, we'll give you a free three-minute reading every time you call for as long as this offer lasts. That's a $15.00 value every time you call. The number again for your free reading is 1-900-933-0113. We feel sure that over time our psychic predictors will be shown to be the best you'll ever find. Prove it to yourself with a free

1

**ATTACHMENT** 1 ℓ1

WI 0000002

EXHIBIT *3.5* PAGE *4*

three-minute reading every time you call. But this offer will end soon. Get started now by calling 1-900-933-0113.

The accuracy of our psychic predictors will astound you. If you need advice about lottery numbers, romance, career, or finances, don't waste another minute. Call right now, 1-900-933-0113. The best psychic predictors in the country are standing by to guide you to a better life. Remember, call 1-900-933-0113 and get a free three-minute reading every time you call during this special promotional period so that you can be absolutely sure we're the best. Check the number to make sure you've written it correctly. It's 1-900-933-0113. The first three minutes of your reading are free. Additional minutes are optional at $4.99 per minute. Call now and have a great reading. Must be 18. For entertainment purposes only. Sponsored by Mind and Spirit.

**SHERRY:** They hung up on me. Should I call the 900 number?

2

EXHIBIT 3.5  PAGE 5

ATTACHMENT 1 p2

WI 0000003

EXHIBIT 3.5   PAGE 6

Department of Justice

Investigative Call to Miss Cleo

Document Number Two

**SHERRY:** This is Sherry Ingles again. This is August 7th at about 2:15 p.m., and I'm calling Miss Cleo at the number she gave me on the first part of the call, at 1-900-933-0113. I can't wait to hear my future.

**CLEO:** Hi, this is Miss Cleo. Get ready for the best tarot reading of your life, sponsored by Mind and Spirit. Must be 18. For entertainment only. First three minutes free. Additional time is optional at $4.99 per minute. To avoid charges, disconnect within three seconds of hearing the tone after your free time. Hold for your free reading.

Prior to being transferred to a psychic, please speak your first and last name at the tone. This recording may be used for billing inquiries. [beep]

**DEEDRA:** Deedra Fuller.

**CLEO:** If you know the extension number of the psychic you wish to speak to, press one now. Please write down this tarot reader's extension that you've been transferred to, extension 83202. If you're put on hold by the tarot reader or by an operator or even by a recording, and are told that you won't be charged while on hold, immediately press *911. This electronically reports to us the tarot reader who put you on hold, which is never allowed. After pressing *911, hang up and call back and you'll speak to a different tarot reader.

Every single caller gets the first three minutes free. So if you are told that you have more free minutes, immediately press *911 then hang up and call back. Stay on the line. We know you will enjoy your reading.

[music]

1

**ATTACHMENT 1.3**

WI 0000004

EXHIBIT *3.5* PAGE *7*

**ANNIE:** . . . Calling the Network. Thank you for calling the Network. My name is Annie. May I have your name, please?

**DEEDRA:** Deedra Fuller.

**ANNIE:** D-i-e-d-r-e, dear?

**DEEDRA:** D-e-e-d-r-a.

**ANNIE:** And it's F-u-l-l-e-r?

**DEEDRA:** Yes.

**ANNIE:** Okay. And your date of birth, please, dear.

**DEEDRA:** It's 1-10-55.

**ANNIE:** Boy, do you sound young.

**DEEDRA:** Well, thank you.

**ANNIE:** Oh, honey, I would have sworn you were like in your early '20s.

**DEEDRA:** Oh, wow. That's nice to hear.

**ANNIE:** Boy, I'll say. I wish I had your voice.

**DEEDRA:** Thanks.

2

ATTACHMENT 1 P 4

WI 0000005

EXHIBIT *3.5* PAGE *7*

EXHIBIT *3.5* PAGE *8*

**ANNIE:** Amazing. I have to ask you before we get started, okay, it's part of my job before we get on with the reading, if you have an e-mail address or an address because they send out all kinds of neat promotional stuff, and Miss Cleo is having the contest to meet her if you have an e-mail address.

**DEEDRA:** Oh, I wish I could, but I don't.

**ANNIE:** Do you have an address?

**DEEDRA:** Well, right now I just have a PO box.

**ANNIE:** That's great.

**DEEDRA:** . . . In between places.

**ANNIE:** Okay, that's great.

**DEEDRA:** Do you need that?

**ANNIE:** Oh, sure. That will help.

**DEEDRA:** Okay. It's PO Box 786, Madison.

**ANNIE:** Is that the name of the city?

**DEEDRA:** Yeah.

**ANNIE:** Madison. And the state, please, dear?

3

WI 0000006     ATTACHMENT 125

**DEEDRA:** Wisconsin.

**ANNIE:** And your zip code, and then we can get started.

**DEEDRA:** Okay. It's 53701-0786.

**ANNIE:** 86. I got you. Do you have a pencil handy?

**DEEDRA:** Yes, I do.

**ANNIE:** Because the first thing, before we get started, I'm going to give you my callback number in the event we get cut off, or if you want to call me again.

**DEEDRA:** Okay.

**ANNIE:** Okay. And so my callback num [beep] ber is, the extension is 83202. And the callback number is 1-900-288-0956.

**DEEDRA:** Oh, slow down. 288, what was that?

**ANNIE:** 0956.

**DEEDRA:** Oh, okay, 56. Gotcha.

**ANNIE:** Yeah, and I like the sound of your voice. You got a mind of your own, haven't you?

**DEEDRA:** Well, you know, I'm an Aries.

4

WI 0000007   ATTACHMENT 1 p6

EXHIBIT 3.5   PAGE 9

ANNIE:  Oh, yeah.

DEEDRA:  Yeah.

ANNIE:  Oh, you were born the first of January 10th I thought you said.  Then that's Capricorn.

DEEDRA:  Oh, is it?

ANNIE:  Yeah.

DEEDRA:  Oh, isn't that the ram?

ANNIE:  No, honey.  You were born January 10th, 1955?

DEEDRA:  Yeah.

ANNIE:  Yeah.  No, that's Capricorn.

DEEDRA:  Oh, okay.

ANNIE:  You thought you were . . .

DEEDRA:  . . . Know more about it than I did.

ANNIE:  Well, I don't know a whole lot about astrology, but I do know some things.  You know, I know general astrology.

5

ATTACHMENT 127

WI 0000008

EXHIBIT 3.5 PAGE 10

**DEEDRA:** Oh, okay.

**ANNIE:** But how can I help you this afternoon?

**DEEDRA:** Well, I was kind of wondering if I could find out what my baby is going to be, if it's going to be all right, and ...

**ANNIE:** If you're baby is going to be okay?

**DEEDRA:** If my baby is going to be okay and whether it will be a girl or a boy, if you have any idea.

**ANNIE:** You're having a baby at age 46?

**DEEDRA:** Yeah, I am.

**ANNIE:** That's amazing. How did you ...

**DEEDRA:** ... Nowadays.

**ANNIE:** I know they do, but, I mean, it's just I always really really admire women who do that.

**DEEDRA:** Well.

**ANNIE:** You know, I really really do. Let me take a look at how your baby is going to be doing, darling. When is it due?

**DEEDRA:** It's due in November.

6

WI 0000009     ATTACHMENT 1 ⊃ 8

EXHIBIT 3.5   PAGE 11

EXHIBIT *3.5* PAGE *12*

**ANNIE:** Let us take a look at what is going to happen with this baby of yours. I mean, why do I have a, I mean, I've got a really really, first of all, I think it's going to be a boy.

**DEEDRA:** Okay.

**ANNIE:** Does that make sense?

**DEEDRA:** I don't know.

**ANNIE:** That's the feeling I'm getting, right off the top, it's a boy. You know, because, I mean, I was looking for girl. What I do with something like that I let my mind float back and forth between the two of them, okay.

**DEEDRA:** Uh-huh.

**ANNIE:** That's exactly how I handle that. And then whatever feeling I get the strongest one on is the one that I go with, and I mean, I know for a fact it's going to be a boy.

**DEEDRA:** You do?

**ANNIE:** Oh, it just feels like it, yeah.

**DEEDRA:** Is he going to be healthy?

**ANNIE:** That's what we're going to look at right now, sweetie. I've got a feeling, though, that you're going to be. Who in your family has got a really really kind of a great laugh or something like that? Because this little boy resembles someone in your family. He's going to resemble someone in your family, someone who's got just a really really great smile.

7

ATTACHMENT 129

WI 0000010

EXHIBIT *3.5* PAGE *13*

**DEEDRA:** A great smile?

**ANNIE:** Yeah.

**DEEDRA:** Oh, gee, my mom has a really good smile.

**ANNIE:** Yeah, because there's something about this little guy that is going to be smiling all the time, all the time.

**DEEDRA:** Oh, that's good.

**ANNIE:** Yeah. Let's take a look. I just can't believe it because, you know, when I was your age, I was thinking no more kids. Jeez, I admire . . .

**DEEDRA:** I know a lot of people.

**ANNIE:** No. I really admire you for that.

**DEEDRA:** Oh, thank you.

**ANNIE:** Gee.

**DEEDRA:** Thank you.

**ANNIE:** Let's see here. Are you excited?

**DEEDRA:** Yeah, I am. I'm really ecstatic. A little bit worried, though.

8

EXHIBIT *3.5* PAGE *13*

ATTACHMENT 1 p10

WI 0000011

EXHIBIT 3.5   PAGE 14

**ANNIE:** Why are you worried, honey? Because it looks like the baby is going to be fine.

**DEEDRA:** Uh-huh.

**ANNIE:** It looks, it looks, and the only person who is worried about this, you're really worried about it.

**DEEDRA:** Uh-huh.

**ANNIE:** You know. I mean, there's some kind of concern. I'm actually not seeing a pregnancy card; I'm seeing a lot of worry cards around you.

**DEEDRA:** Yeah.

**ANNIE:** You know, and somebody else around you is worried about whether it's going to be okay, too. Is this the father?

**DEEDRA:** Yeah. I didn't know he was worried, though.

**ANNIE:** Well, it's a man who seems to be a little bit worried.

**DEEDRA:** Oh. Oh.

**ANNIE:** You know, who would that be?

**DEEDRA:** Maybe my father.

**ANNIE:** Yeah, it could be because this is an older man, and what's your boyfriend's name or your husband's name rather?

9

WI 0000012     **ATTACHMENT**

EXHIBIT 3.5   PAGE 14

10

DEEDRA: Richard.

ANNIE: And what's his date of birth?

DEEDRA: It's December 20, 1954.

ANNIE: Ah, he's a man, he's a man that's a bit emotional. Is that not true?

DEEDRA: ...

ANNIE: Pardon me?

DEEDRA: Well, he's sensitive.

ANNIE: He's sensitive. And he's sensitive. If not emotional, he is sensitive. And he's got a good heart, too.

DEEDRA: Yeah, he does.

ANNIE: Very very good heart. And let me tell you something else about this guy. Right now he has been through a lot of stuff in his life.

DEEDRA: Yeah.

ANNIE: You know, and for the first, and why do I get the feeling, all the sudden, he's feeling very very, probably for the first time, he's gone through a rough time in the past few years, and feeling very very secure all of the sudden.

10

ATTACHMENT 1212

WI 0000013

EXHIBIT 3.5   PAGE 15

EXHIBIT 3.5  PAGE 16

**DEEDRA:** Oh, that's good to hear.

**ANNIE:** Yeah. I like this guy, whoever he is. I really like him. A lot of new financial responsibilities have come up, which makes perfect sense to me. It makes perfect sense to you, too, you know.

**DEEDRA:** Yeah.

**ANNIE:** And the other thing that I'm looking at, both of you have had actually, it looks to me as though both of you had some kind of rough times. You've had to struggle quite a bit.

**DEEDRA:** Yeah.

**ANNIE:** Is that right?

**DEEDRA:** Right.

**ANNIE:** Yeah, and it seems to me, but, you know something? You've got some dynamite cards here. Is one or both of you divorced or something?

**DEEDRA:** We both are.

**ANNIE:** Okay, because you've got a couple legal cards around there, so. I mean, and I do, I wind up knowing a lot of women who are single 'til they're 50, I do know that.

**DEEDRA:** Uh-huh.

11

ATTACHMENT 12 13

WI 0000014

12

ANNIE: You know, I mean, I've seen that lots and lots. So women are really changing. It's just that sometimes it kind of surprises me. Let's see here. Oh, there's that pregnancy card right there. Healthy pregnancy so far.

DEEDRA: Okay.

ANNIE: Is that right?

DEEDRA: Uh-huh.

ANNIE: Are you feeling good?

DEEDRA: Oh, yeah, real good.

ANNIE: I'm getting a feeling of euphoria. I'm getting a feeling of, you're basically pretty healthy, too, aren't you?

DEEDRA: Oh, yeah.

ANNIE: Yeah, that's the feeling I'm getting. I'm getting the feeling of someone who is healthy whether somebody thinks they are or not. You just bounce back, don't you?

DEEDRA: Right. Right.

ANNIE: Now you know that you're a Capricorn, too, darling.

DEEDRA: Yes.

12

WI 0000015   ATTACHMENT 12 14

EXHIBIT 3.5 PAGE 17

**ANNIE:** You know, it looks like a lot of financial security around this baby. Does...does...What does Richard do for a living because I know that, I mean, he's just grown to a point where what he does and a lot of the things around him will affect a lot of people. By the way, you're very emotional, too, or very sensitive.

**DEEDRA:** Uh-huh.

**ANNIE:** You are.

**DEEDRA:** I am. Yes.

**ANNIE:** I know that. But what does Richard do for a living?

**DEEDRA:** He's a garbage man.

**ANNIE:** You know something about Richard right now? There's something about him. I mean, he's had to struggle through a whole lot of things in his life, and it feels to me like there's sort of deep kind of a, an almost a profound joy inside of him.

**DEEDRA:** Uh-huh.

**ANNIE:** Do you know what I mean?

**DEEDRA:** I know.

**ANNIE:** There's ... It's like something he's always wanted and it's something he's feeling good about and something that, you know, he's kind of a private man and he's very intuitive.

**DEEDRA:** Yes, he is.

13

WI 0000016   ATTACHMENT 1 ⊃15

EXHIBIT 3.5  PAGE 18

EXHIBIT 3.5   PAGE 19

ANNIE: Well, so are you, darling.

DEEDRA: Uh-huh.

ANNIE: So how did you guys happen to meet? This is amazing. You two are a lot alike.

DEEDRA: Through a friend.

ANNIE: Really?

DEEDRA: Yeah, a friend.

ANNIE: Well, you are ... Well, what makes you so surprised that it's a boy because I know very well I'm seeing a boy, and here's a little boy right here . . . pentacles.

DEEDRA: Oh, really?

ANNIE: Well, that's what it looks like, darling.

DEEDRA: Oh, good.

ANNIE: And I feel so strongly. Is there an older lady around you who is kind of fussing about you a bit? Is that a mother or somebody?

DEEDRA: My mom, yeah.

ANNIE: Is your mother being really fussy and worried about this whole thing?

14

ATTACHMENT 1 p16

WI 0000017

EXHIBIT *3.5*  PAGE *20*

**DEEDRA:** Yeah.

**ANNIE:** You know, what's her name?

**DEEDRA:** Cathy.

**ANNIE:** And what's her date of birth?

**DEEDRA:** May 11th, 1933.

**ANNIE:** You know something, there's something around her. She's going to be like, is she planning on being in the labor room with you? Because I don't think you're going to be able to hold her back. This lady is a fussbudget.

**DEEDRA:** Well, I know she wants to be, but I don't want her. I really don't want her there.

**ANNIE:** Well, yeah. Because me, I just knew that she wanted to be. You know, and is it because she is fussy or going to be fussing around?

**DEEDRA:** Yeah, kind of fussy and, you know, just kind of, she'll make a scene.

**ANNIE:** Yeah. Well, yeah. And she does, she ... I'll tell you one thing about your mother right now. She may give good advice, but she doesn't, she may be a bit . . . but she's not overall a bad person. You know what I mean? She's had her own share of garbage in her life, too.

**DEEDRA:** Yeah.

15

ANNIE: And I think you're right because you know what you're going to need is you're going to need, for some strange reason, around the labor room I'll tell you what I'm getting here. And this is a good feeling . . . peace, and I don't think you're going to have a really really long labor either.

DEEDRA: Oh, that's wonderful.

ANNIE: No, honey. I don't see a long labor at all.

DEEDRA: That's wonderful.

ANNIE: Between about, well, I wouldn't say two hours, but four to six hours, and they're going to do everything possible to make you comfortable.

DEEDRA: That's it?

ANNIE: Yeah.

DEEDRA: Well, all right.

ANNIE: Yeah and ... Yeah, well, if it was going to be a long labor, I'd find a way to tell you, okay.

DEEDRA: Uh-huh.

ANNIE: I'd find a way to tell you, but there's no such garbage going on. You know all I'm looking at right now is I'm looking at, I don't know. I don't know how they, I haven't had a baby in 30 years, so all I know is that it seems like a peaceful room. It seems like they're taking awfully good care of you. It seems like the labor is kind of short. Now, whether they're, I don't think they're going to induce or anything. I just, for some

16

WI 0000019 ATTACHMENT 1218

EXHIBIT 3.5 PAGE 14

strange reason, I just have a feeling that this ... this ... labor is going to go really really well, and a healthy baby. Indeed, it's going to be a healthy baby. The doctors aren't worried about it, are they?

DEEDRA: No. They don't seem to be, no. No.

ANNIE: Didn't think so, you know, because I'm not getting a lot of worry cards around medical personnel.

DEEDRA: Yeah.

ANNIE: At all.

DEEDRA: That's good.

ANNIE: And let me see what else I can find here? Are you planning on, let me see here. Are you planning on . . .

DEEDRA: Oh, you know, I think, probably my three minutes has probably gone by.

ANNIE: Honey, I didn't notice that at all.

DEEDRA: I think I should probably get going.

ANNIE: Oh, okay. Well, then good luck to you, dear. And, oh, listen. If you, do you have a pencil handy? I'm going to give you, if you ever want a $.99 a minute call.

DEEDRA: What was that?

ANNIE: It's a $.99 a minute call.

17

WI 0000020      ATTACHMENT 1 ⊃19

EXHIBIT 3.5      22

**DEEDRA:** $.99 a minute?

**ANNIE:** Yeah. And I'll give you the 800 number for that.

**DEEDRA:** Okay.

**ANNIE:** It's 1-800-457-9213.

**DEEDRA:** 9213?

**ANNIE:** Yeah.

**DEEDRA:** Now, is this call free?

**ANNIE:** Well, this is a toll free number, and that's where you get information on that $.99 a minute number.

**DEEDRA:** But I mean right now while you and I are talking.

**ANNIE:** I beg your pardon?

**DEEDRA:** This call where I'm talking to you right now, has this been free?

**ANNIE:** No. Well, no, no, honey. I don't know. I don't know anything about it. I mean, the only thing I do is I do the calls.

**DEEDRA:** Oh.

18

WI 0000021   ATTACHMENT 1320

EXHIBIT 3.5   PAGE 23

EXHIBIT 3.5 PAGE 24

**ANNIE:** You know, I don't keep track of minutes or anything else. I just know that I take the calls and they pay me for it. You know, that's all . . .

**DEEDRA:** Oh, I see. So then someone's keeping track of our minutes then?

**ANNIE:** Well, yeah. Yeah, well . . . I . . .

**DEEDRA:** Because I kind of lost track of the time.

**ANNIE:** Well, hopefully so. I mean, I don't know. You're going to have to, you're just going to have to check with them on that. I wish I could help you in that area, you know, but I honestly don't know.

**DEEDRA:** Okay.

**ANNIE:** Because I just take the calls. But I do wish you every happiness.

**DEEDRA:** Okay, well, thank you very much.

**ANNIE:** You're welcome, dear.

**DEEDRA:** Okay. And you, too.

**ANNIE:** Okay. Thank you, honey.

**DEEDRA:** All right.

**ANNIE:** Okay, bye bye.

19

WI 0000022   ATTACHMENT 1 p21

EXHIBIT 3.5 PAGE 24

EXHIBIT 3.5 PAGE 25

**DEEDRA:** Bye bye.


**SHERRY:** Sherry Ingles.  That was the end of the phone call, and it's 2:30 p.m. on August 7th.

20

EXHIBIT 3.5 PAGE 25

WI 0000023   **ATTACHMENT 1 p22**

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 053 206 7647 001 | 8/24/01 | 9/24/01 |

Page 1

 **AT&T**

**JAMES A HAMILTON** REF # 608 251 1582

**AT&T Business Service**

For Billing Inquiries 1 800 847-3595
To Place an Order 1 800 222-0400
For Repair Service 1 800 222-3000

| Total Current Charges | | Account Status | |
|---|---|---|---|
| LONG DISTANCE CHARGES | | PREVIOUS BALANCE | 33.44 |
| 900 PAY PER CALL SERVICES | 54.89 | PAYMENT RECEIVED 07/27/01 | 16.72Cr |
| TOTAL LONG DISTANCE CHARGES | $54.89 | PAYMENT RECEIVED 08/13/01 | 16.72Cr |
| TOTAL REGULATORY FEES | 4.51 | TOTAL CURRENT CHARGES | $59.83 |
| TAXES AND SURCHARGES | .43 | TOTAL AMOUNT DUE | $59.83 |
| TOTAL CURRENT CHARGES | $59.83 | | |

## ****IMPORTANT MESSAGES ABOUT YOUR ACCOUNT****

**Account Status**

Please submit all telephone line or calling card additions, deletions or changes directly to AT&T, by calling the billing inquiry number on the first page of your bill.

---

**Just For Your Business**

Choose the right mix of High-Speed Internet and Data Connections from AT&T. Are slow communications strangling your business? High-speed Internet connectivity and secure data transport can be the solution. Visit our small business center website to learn more at: www.att.com/smallbusiness.
*****
Find out how a super fast DSL connection from AT&T can make a difference for your business. Learn about DSL or order online at: www.ipservices.att.com/dsl4.

*See next page for more news!*

PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
MAKE SURE THAT THE AT&T P.O. BOX ADDRESS SHOWS THROUGH THE ENVELOPE WINDOW.
AT&T WILL NO LONGER REPLY TO COMMENTS ON THIS DOCUMENT. SUBMIT ALL CORRESPONDENCE TO www.att.com/customercare

---

076838 2 AB .51 F19

JAMES A HAMILTON
PO BOX 786
MADISON, WI 53701-0786

TO ENSURE PROPER CREDIT, PLEASE DETACH AND RETURN WITH REMITTANCE.

 **AT&T**

Account Number: **053 206-7647 001**
Bill Close Date: **8/24/01**
Payment Due: **9/24/01**

AT&T
P O BOX 2971
OMAHA NE 68103-2971

☐ Check here for name/ address/telephone number corrections only. See reverse side.

| Total Amount Due: | $59.83 |
|---|---|
| Amount Enclosed: | $ |

053206764700106700000000005983000000059830000000000001

SC#00-06 ATTACHMENT 2 p 1

EXHIBIT 3.5 PAGE 26

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 053 206 7647 001 | 8/24/01 | 9/24/01 |

Page 2


AT&T

## JAMES A HAMILTON

REF # 608 251 1582

**Just For Your Business**

Did you know.....By paying your bills electronically, your business could save valuable time and money!  AT&T offers several automatic payment methods to assist businesses like yours.  To find out which one is right for your business and to receive an application, please call 1 800 892-1951.

_____

**Regulatory News**

The terms, conditions and charges that apply to all your detariffed AT&T services can be viewed at the AT&T web site:  http://www.att.com/business/agreement.  Important limits of liability apply, including:  AT&T is not liable for indirect or consequential damages (such as your lost profits or other economic loss), and direct damages during any 12 months cannot exceed one month of your payments for affected service.

Additional terms, conditions, charges and price change information for all detariffed business services can be viewed at http://www.att.com/serviceguide/business.  Price changes will be posted at this AT&T web site before they apply to your bill.  If you do not have access to the Internet, please contact your AT&T Sales Representative or Customer Care Center for information.

*Thank you for using AT&T where every customer counts*

## Regulatory Fees

| ITEM | EXPLANATION | CHARGES |
|---|---|---|
| | FEES BILLED TO: 0532067647001 | |
| | LONG DISTANCE | |
| 1 | UNIVERSAL CONNECTIVITY CHARGE | .33 |
| | CARRIER LINE CHARGE | |
| | FEDERAL | |
| 2 | 1 MULTI LINE(S) AT 3.40 | 3.40 |
| | STATE - WISCONSIN | |
| 3 | 1 MULTI LINE(S) AT .78 | .78 |
| | TOTAL LONG DISTANCE FEES: | $4.51 |
| | TOTAL BILLED TO: 0532067647001 | $4.51 |
| | TOTAL REGULATORY FEES: | $4.51 |

## Taxes and Surcharges

| ITEM | EXPLANATION | CHARGES |
|---|---|---|
| | CHARGES BILLED TO: 0532067647001 | |
| | LONG DISTANCE | |
| 4 | FEDERAL TAX | .14 |
| 5 | STATE TAX | .23 |
| 6 | LOCAL TAX | .02 |
| 7 | PROPERTY TAX ALLOTMENT | .04 |
| | TOTAL LONG DISTANCE TAXES: | $.43 |
| | TOTAL BILLED TO: 0532067647001 | $.43 |

Continued

ATTACHMENT 2 p2

EXHIBIT 3.5   PAGE 27

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 053 206 7647 001 | 8/24/01 | 9/24/01 |

 **AT&T**

Page   3

**JAMES A HAMILTON**                                    REF # 608 251 1582

**Taxes and Surcharges**

| ITEM | EXPLANATION | CHARGES |
|---|---|---|
| TOTAL TAXES AND SURCHARGES: | | $.43 |

ATTACHMENT 2 p3

EXHIBIT 3.5   PAGE 28

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 053 206 7647 001 | 8/24/01 | 9/24/01 |

 **AT&T**

Page   4

## JAMES A HAMILTON

REF # 608 251 1582

### Call Detail

| No | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|

CHARGES BILLED TO: 053 206 7647 001
CALLS BILLED TO: 608 251-1582
PAY PER CALL SERVICES
NON-TELECOMMUNICATION CHARGES

| 1. | AUG 07 | 2:12P | PSYCHIC 00 | 900 933-0113 | 14 | DDC | MFLA | 54.89 |

TOTAL CHARGES                                                     $54.89

END OF MULTIQUEST SECTION

TOTAL AT&T CALL CHARGES                                           $54.89

**For 900 billing disputes or inquiries, please call 1 800 847-3595**

You have 60 days from the date of this bill to dispute a 900 billing charge.  You have
the right to withhold payment of the disputed 900 charges during the billing review.  No
collection activity for disputed 900 charges will occur while charges are under investi-
gation.  After the investigation, if it is  determined that the disputed 900 charges are
legitimate and the charges remain unpaid, AT&T or the information provider may proceed
with outside collections against your account.  Your local and long distance service
cannot be disconnected for non-payment of 900 charges.  Failure to pay legitimate 900
charges may result in involuntary blocking of access to 900 service.  Voluntary blocking
access to 900 service is available upon request from your local carrier.

**ATTACHMENT** 2 p4

EXHIBIT 3.5   PAGE 29

DECLARATION OF TERESA A. SALTS
PURSUANT TO 28 U.S.C. § 1746

1.     My name is Teresa A. Salts.  I am a Special Agent in the Consumer Protection Division

of the Office of the Attorney General, State of Kansas.  My work address is 120 S.W. 10th

Avenue, 2nd Floor, Topeka, Kansas 66612-1597.

2.     The Kansas Attorney General's office has received numerous complaints filed against

Psychic Readers Network and/or Access Resource Services, based in Fort Lauderdale, Florida.

Because of the volume of complaints received, the Consumer Protection Division began

investigating the business practices of Psychic Readers Network and Access Resource Services

(ARS).  The Kansas Attorney General's office started receiving complaints against Access

Resources in late December 1997.  As of  November  2001, we had approximately 135 closed

complaints and 43 that remain open pending resolution.

3.     During the time period June through July 2000, and as part of my investigation, I called

several 800  and  900 numbers relating to psychic audiotext services that appeared to be affiliated

with ARS.  I tape recorded these telephone calls on a single tape.  During these conversations, I

posed as consumer Teresa Smith.   After concluding the recordings, I played back the tape to

confirm that the conversations had been recorded properly and placed the tape securely in my

desk.

4.     After recording the last conversation,  I removed the plastic tabs at the rear edge of the tape

cassette to prevent erasure or further recording.  As tape custodian, I duplicated the tape and then

EXHIBIT 3.6  PAGE 1

placed the original tape in secure location.  I mailed a copy of the duplicate tape to investigator,

Martha Vera at the Federal Trade Commission for transcription by  For The Record, Inc., a

private reporting company.

5.    After I received a transcript of the tape, I verified the accuracy of the transcript by

comparing it with the original recording, and concluded that the transcript was a true and

accurate transcription of my telephone conversations.   Attached to this Declaration as

Attachment 1, is a true and correct copy of the transcript of the recordings I made during June

and July 2000.

### ARS's Free Reading Offers

6.    ARS operators tell consumers who call them that they will receive a free reading.   The

following quotes appear in the transcript at the pages noted, emphasis added.

Page 4          "By using this special number, you will receive a <u>free tarot reading</u> with

                America's most trusted master tarot card reader, <u>without having to make any</u>

                <u>commitment  at all</u>."

                "Call right now for your <u>free trial reading</u>."

Page 6          "If you get a pen and a piece of paper, I'll give you a prepaid 900 number and

                some <u>free time to get a tarot card reading done</u>."

Page 8          "Hello, this is Tamika, thanks for calling for your <u>free tarot card reading</u>."

Page 9-10       "Yes, I'm glad you called to get a <u>free psychic reading</u>."

Page 11         "Your <u>free reading</u> is about to begin."

Page 34         "Your <u>free reading</u> is about to begin."

Page 47         "Simply dial 1-900-933-3065 for your <u>free reading</u>.

EXHIBIT 3. 6   PAGE 2

Page 55          "I'm glad you called today for your <u>free tarot reading</u>.

                 "Okay.  Write this pre-paid number down.  It's 1-900 . . ."

Page 57          "Your <u>free reading</u> is about to begin."

**Calls to 900 Numbers**

7.     I made a total of five calls to ARS's 900 numbers.  In four of the calls, I stayed on the line past the advertised free time, and  listened carefully for the tone signaling the end of the free portion of the call.  However, as described in more detail below, during my actual telephone calls to ARS's 900 numbers I did not hear a clear tone signalling the end of the free portion of the call.

8.     In the first ARS 900 number call to 900 288 1199, the transcript of which begins on page 11, I heard a faint noise during my conversation but did not know if it was the tone signaling the end of the free time.  When I asked the reader about the noise I had  heard and whether I should disconnect, she assured me I would hear the tone.   I ended the call approximately 8 minutes after initiating it.  Later, while listening to the tape and reviewing the transcript, I heard a faint beep on the tape approximately 5 minutes into the call, as noted on page 15 of the transcript.

9.     In the second ARS 900 number call to 900 407 6021, the transcript of which begins on page 20, I did not hear the tone signaling the end of the free time during the conversation portion of the call; nor did I hear the tone while listening to the tape and reviewing the transcript.  The call lasted approximately 10 minutes.

10.    In the third ARS 900 number call, the transcript of which begins at page 34,  I did not hear the tone signaling the end of the free time.  As demonstrated on pages 39 - 40 of the attached transcript, when I told the reader I had not yet heard a beep, the reader provided an unclear response as to whether she could hear the warning beep.  However, as shown on page 42 of the transcript, the reader later told me that we will both hear the beep when the time is up.

EXHIBIT **3.6**    PAGE **3**

Similarly, as shown on page 44 of the transcript and approximately 10 minutes into the call, the reader told me, ". . .we'll hear something with the time, a message or something." This call lasted approximately 11 minutes. While listening to the tape and reviewing the transcript, I heard a very light, fast beep at approximately 3 minutes into the call which could have been the signal that the free time was up. However, this tone was not identified and included in the transcript by the stenographer. The transcript is marked by hand where this sound appears. (line 11, page 37)

11. In the fourth ARS 900 call to 900 933 3065, the transcript of which begins on page 47, I was to receive the first five minutes free. When approximately five minutes had elapsed from the time the call began and I had not heard the tone signaling the end of my free time, I disconnected the call. I did not hear the tone while listening to the tape and reviewing the transcript.

12. I discontinued the last 900 number call to 900 896 4899, the transcript of which begins on page 57, because the tape ran out.

13. I have redacted portions of the transcript starting on page 52 and ending on page 55, because the calls reflected in this portion of the transcript do not appear to relate to ARS.

14. After making these telephone calls to ARS's 900 numbers, I received numerous mail solicitations for psychic services to the name and address I provided to ARS when I called. Attached to this Declaration as Attachment 2, are true and correct copies of these solicitations.

I state under penalty of perjury that the foregoing statement is true and correct.

Date: 2-5-02

Teresa A. Salts

EXHIBIT 3.6 PAGE 4



2

FEDERAL TRADE COMMISSION

In the Matter of:                )

Access Resource Services         )   Matter No. 0123084

                                 )

-------------------------------)

                                         April 23, 2001

        The following transcript was produced from a live tape provided to For The Record, Inc. on April 23, 2001.

APPEARANCES:

ON BEHALF OF THE FEDERAL TRADE COMMISSION:

        **ELIZABETH GRANT**

        Federal Trade Commission



**ATTACHMENT　1**

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025





3

**P R O C E E D I N G S**

-   -   -   -   -

Testing, testing, 1, 2, 3.

_____

OPERATOR:  Hello, hello?

TERESA SMITH:  Yes, what did you say?

OPERATOR:  Number 1-800 --

TERESA SMITH:  Uh-huh.

OPERATOR:  221 --

TERESA SMITH:  Uh-huh.

OPERATOR:  1292.

TERESA SMITH:  And what was this for, I'm sorry?

OPERATOR:  The Psychic Network.  You have two free five minute psychic readings.

TERESA SMITH:  Okay.  Could you repeat the number for me?  I'm sorry, I didn't write it down.

OPERATOR:  Okay.  I'll hold while you get a pen and paper to write down the number.

TERESA SMITH:  Okay.  I've got it.  I'm sorry.

OPERATOR:  It's 1-800 --

TERESA SMITH:  Uh-huh.

OPERATOR:  221 --

TERESA SMITH:  Uh-huh.

OPERATOR:  1292.  Could you please repeat it

EXHIBIT *3.6* PAGE *6*



4

for me?

TERESA SMITH:  1-800-221-1292.

OPERATOR:  Okay.  Our psychics are standing by. You must be 18 years of age or older.  We are sponsored by ARI.  Can I count on you to call within the next five minutes?

TERESA SMITH:  Yeah.

OPERATOR:  Okay.  Thank you.  You have a great reading.

TERESA SMITH:  Uh-huh.

OPERATOR:  Bye-bye.

TERESA SMITH:  Bye.

_____

UNIDENTIFIED FEMALE:  Testing, testing, one, two, three, testing, testing, one, two, three.

OPERATOR:  After one of our incredible tarot guides immediately, just write down the following phone number.  By using the special number, you will receive a free tarot reading with America's most trusted master tarot card reader, without having to make any commitment at all.

Call right now for your free trial reading. Call 1-900-288-1199.  The first five minutes of every call is absolutely free.  Optional additional time is $4.99 a minute.  That's 1-900-288-1199.  One of our

XHIBIT 3.6   PAGE 7

5

gifted tarot experts needs to talk you about something very important right away.

I can't tell you too much here, but I'll say you were contacted for a reason. We have important information regarding money or love that may happen within the next ten days. But you must call 1-900-288-1199, now.

With this special limited offer, you will receive free time with each call. Call 1-900-288-1199. This way you can see for yourself that our tarot psychics can give you accurate answers and actually solve your problems, just like we say they can. So, call and try it out now.

Get a pen and paper, if you don't already have one. Call 1-900-288-1199. That's 1-900-288-1199. The first five minutes of every call is absolutely free. Optional additional time is $4.99 a minute. We will be expecting your call, and have a great reading. Sponsored by Access Resources, Incorporated, 2545 Fort Lauderdale, Florida. For entertainment only. You must be at least 18 or over.

TERESA SMITH:  Okay.  Tape recording done on June 28th.  Started at 11:05, concluded at 11:07.

_____

OPERATOR:  Hello, this is William.  You've

EXHIBIT 3.6  PAGE 8



6

called for your free psychic reading.  May I have your first name, please?

TERESA SMITH:  Teresa.

OPERATOR:  Teresa.  Have you ever had a reading done before?

TERESA SMITH:  No.

OPERATOR:  Well, by following me, you'll be able to speak to some of the top tarot card readers in the country, for free.

TERESA SMITH:  Oh, that's great.

OPERATOR:  If you get a pen and a piece of paper, I'll give you a prepaid 900 number and some free time to get a tarot card reading done.

TERESA SMITH:  Okay.

OPERATOR:  Tell me when you're ready.

TERESA SMITH:  How much time do I get?

OPERATOR:  Let's see, what's that, the call is -- the 900 call is paid for and the first three minutes of every call, every time you call, is free.

TERESA SMITH:  Okay.

OPERATOR:  You ready?

TERESA SMITH:  Yeah.

OPERATOR:  1-900-407-6021.

TERESA SMITH:  Okay.

OPERATOR:  Now, if you want, Teresa, you can

EXHIBIT 3.6  PAGE 9



7

read that number back to me and make sure I gave it to you correctly.

TERESA SMITH:  1-900-407-6021.

OPERATOR:  Very good.

TERESA SMITH:  There's no way you can switch me or anything?

OPERATOR:  You've got a 900 block, Teresa?

TERESA SMITH:  Yeah.

OPERATOR:  That's what I thought.  Nope, I don't have it.  I tell you what, Teresa, I speak to about 500 people a day.

TERESA SMITH:  Uh-huh.

OPERATOR:  If I had a relay system, I'd spend all my time relaying people instead of taking calls.

TERESA SMITH:  Okay.

OPERATOR:  The only way around this 900 block is by credit card or checking account, which is 60 percent cheaper.  Other than that, we're lost.

TERESA SMITH:  Okay.

OPERATOR:  Sorry.

TERESA SMITH:  What company is this?

OPERATOR:  Psychic News Network.

TERESA SMITH:  Okay.

OPERATOR:  Okay?

TERESA SMITH:  All right.



EXHIBIT 3.6 PAGE 10



8

OPERATOR:  Thanks for calling.

TERESA SMITH:  Uh-huh.

OPERATOR:  Bye.

UNIDENTIFIED FEMALE:  This call was commenced on June 28th at 11:11 and was concluded at 11:14.

---

OPERATOR:  Hello, this is Tamika, thanks for calling for your free tarot card reading.  May I have your first name, please?

TERESA SMITH:  Teresa.

OPERATOR:  Teresa, is this your first time calling to speak with a psychic?

TERESA SMITH:  Yes, ma'am.

OPERATOR:  All right, great, Teresa.  I'm glad you called and I do hope you enjoy your reading.  We do have some of the world's most gifted master tarot card experts waiting to talk to you right now.  Do you have a pen and paper available, so I can give you that phone number to call?

TERESA SMITH:  Yeah.

OPERATOR:  Okay.  That number to dial will be 1-900-288-4304.  And the first three minutes of this phone call will be free.  Optional time will be available to you at $4.99 a minute.  And, just to be sure I gave you that number correctly, can you repeat it back to me,

EXHIBIT 3.6  PAGE 11



9

please?

TERESA SMITH:  1-900-288-4304.

OPERATOR:  Thank you.  And, as a special promotion, we're sending out free horoscopes and feature offers over the Internet.  Do you have an e-mail address?

TERESA SMITH:  No.

OPERATOR:  No problem.  It is for entertainment purposes only.  You must be at least 18.  And we're sponsored by ARI, 2455 East Sunrise Boulevard, Fort Lauderdale, Florida.  Are you going to make that phone call today?

TERESA SMITH:  Yeah, I am.

OPERATOR:  Okay.  Well, you have a great reading and thank you for calling.

TERESA SMITH:  All right.

OPERATOR:  Bye-bye.

TERESA SMITH:  Bye.

UNIDENTIFIED FEMALE:  This call was commenced at 11:18 on June 28th and concluded at 11:19 on June 28th.

_____

RECORDED MESSAGE:  Thank you.  Please hold while we transfer you to a live operator.

**(Music playing.)**

OPERATOR:  Yes, I'm glad you called to get a

EXHIBIT *3.6* PAGE *12*



10

free psychic reading.  May I have your first name, please?

TERESA SMITH:  Teresa.

OPERATOR:  Who?

TERESA SMITH:  Teresa.

OPERATOR:  Hello?

TERESA SMITH:  Hello.

OPERATOR:  Can I get your first name?

TERESA SMITH:  Teresa.

OPERATOR:  Okay.  We have some of the world's most gifted master tarot card readers waiting to speak with you right now.  Do you have a pen and paper handy?

TERESA SMITH:  Yes.

OPERATOR:  Do you have a paper and pen handy?

TERESA SMITH:  Yes.

OPERATOR:  Okay.  Write this number down.  It's 1-900-288-1199.

TERESA SMITH:  Okay.

OPERATOR:  The first five minutes of every call you make are free.  Additional time is only $4.99 per minute.  And, to make sure I have given you that number correctly, can you repeat it back to me?

TERESA SMITH:  1-900-288-1199.

OPERATOR:  The master psychic is now waiting for your call.  Will you be calling in the next five

11

minutes?

TERESA SMITH:  Yes.

OPERATOR:  Okay.  Just to let you know, we are sponsored by ARI, that's 2455 East Sunrise Boulevard, Fort Lauderdale, Florida.  For entertainment only.  You must be at least 18.  And I hope you have a great reading.

TERESA SMITH:  Why did you want to know if I was calling within five minutes?

OPERATOR:  So I can activate your free time.

TERESA SMITH:  Oh, okay.

OPERATOR:  Okay.

TERESA SMITH:  All right.

OPERATOR:  Thank you.

TERESA SMITH:  Bye.

UNIDENTIFIED FEMALE:  That call started at 8:46 and ended at 8:48.

_____

UNIDENTIFIED FEMALE:  We're now calling 1-900-288-1199.

RECORDED MESSAGE:  Get ready for the best psychic reading of your life.  Sponsored by Access Resource Services.  Must be 18.  For entertainment only.  The first five minutes are free.  Additional time is optional at $4.99 per minute.  To avoid charges,



12

disconnect within three seconds of hearing the tone after your free time.  Stay on the line.  Your free reading is about to begin.

Prior to being transferred to a psychic, please speak your first and last name at the tone.  This recording may be used for billing inquiries.

TERESA SMITH:  Teresa Smith.

RECORDED MESSAGE:  If you know the extension number and the psychic you wish to speak to, press one now.  Otherwise, we will connect you to the next available master psychic.

You're being transferred to psychic extension 15392.  If you are put on hold for any reason, or told that you have reached an operator instead of a psychic, are told to have won some prize or that this entire call is free, please press *9 to report this violation, and then hang up and try your call again, immediately, to speak to another psychic.  All of our customers receive the same offer.  The first five minutes free.  And thank you very much for using our service.  We hope you enjoy your reading.

(Music playing.)

ANGIE:  Hi, thanks for calling.  My name is Angie.  Can I get your name?

TERESA SMITH:  Teresa.

EXHIBIT 3.6   PAGE 15





13

ANGIE:  How are you doing, Teresa.

TERESA SMITH:  Fine.

ANGIE:  Your last name?

TERESA SMITH:  Smith.

ANGIE:  Okay.  And your birthday?

TERESA SMITH:  11/21/59.

ANGIE:  Okay.  And as a special gift for you today, Teresa, if you'd like to give me your address, I can send you some free minutes in the mail.

TERESA SMITH:  It's P.O. Box 2093.

ANGIE:  Okay.

TERESA SMITH:  Topeka.

ANGIE:  Uh-huh.

TERESA SMITH:  Kansas.

ANGIE:  Okay.

TERESA SMITH:  66601.

ANGIE:  Now, can you spell Topeka for me, please?

TERESA SMITH:  T O P E K A.

ANGIE:  Okay, great.  Now, what I would like for you to do, Teresa, is relax and concentrate on the color blue.  And I shuffled my cards for your reading. And any time during the reading that you have a question, feel free to ask.  And I'll go ahead and begin, unless you have a question for me now.

EXHIBIT 3.6   PAGE 16



14

TERESA SMITH:  No.

ANGIE:  Okay.  Okay, Teresa.  I see in the past, which really wasn't too long ago, that you lost something that was very important to you.  And that caused some sadness in your heart, but also a little bit of anger.  Do you remember what that was?

TERESA SMITH:  Yeah.

ANGIE:  Okay.  I also see, Teresa, that in your past you had a lot of plans for your future that you didn't get to fulfill.  And one of the plans is getting ready to come to reality.  And what I mean by that is, your heart's desire is getting ready to happen.  And this has something to do with love and success.  Now, have you been thinking about a new job?

TERESA SMITH:  No.

ANGIE:  Okay.  I see that it was either a promotion or possibly some type of opportunity coming your way.  Now, have you been thinking about taking a trip?

TERESA SMITH:  No.

ANGIE:  Okay.  I see some type of change of scenery getting ready to occur for you.  And that's going to be within three days.  Have you had anything at all going on with the justice system, Teresa?

TERESA SMITH:  No.

EXHIBIT 3.6  PAGE 17

15

ANGIE:  You haven't recently signed a contract or had anything going on with court?

TERESA SMITH:  No.

ANGIE:  Okay.  Well, the opportunity for a contract will come your way then, because the present -- actually the present is right now, but it's the next ten days, also.  Some people say that's the future.  It is the future, but it's also the present.

TERESA SMITH:  What do you mean by an opportunity?

ANGIE:  Someone is going to come along to you with some type of a contract they're wanting you to fulfill with them.  Now, do you have a special gift creating floral arrangements or creating something that's very beautiful, making --

TERESA SMITH:  Yeah.

ANGIE:  Okay.  That's showing that it's something to do with that.  Someone is going to ask you to go into some type of commitment with them, along with them, possibly a little business.  And that's what it is.

Now, also, are you expecting --

**(Beep)**

ANGIE:  -- money from an insurance company or someone?

TERESA SMITH:  Am I what?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

EXHIBIT 3.6  PAGE 18





16

ANGIE:  Expecting money from an insurance company?

TERESA SMITH:  No.

ANGIE:  Okay.  Because I was showing that you're going to be getting some money within ten days.  And it's a pretty big amount.  And I just assumed it was possibly an insurance company.  Are you expecting some money in the next ten days?

TERESA SMITH:  No.

ANGIE:  Okay.  Now --

TERESA SMITH:  Am I supposed to disconnect?  Was that a noise?

ANGIE:  I don't hear the beep, but you will, hon.  Teresa --

TERESA SMITH:  Yes.

ANGIE:  What question do you have within yourself about love?

TERESA SMITH:  I don't know.  That's why I'm calling you.

ANGIE:  Okay.  Are you in a relationship right now?

TERESA SMITH:  Yes, I'm married.

ANGIE:  Okay.  Because I was seeing that there was some type of question in your mind, or possibly your heart, dealing with a gentleman.  And you were a little

EXHIBIT 36  PAGE 19



17

worried about something.  But you don't have anything to worry about.  Everything is going to be fine.  Have you been having questions about your husband?

TERESA SMITH:  No, not really.

ANGIE:  Okay.  Because I was going to tell you everything is the way it's seen.  Now, have you been worried about your health at all?

TERESA SMITH:  Yes.

ANGIE:  Okay.  Because I see that everything is going to be fine there, also.  And you're going to be getting some good news in the mail within ten days.  Are you having some relatives that are far enough away from you that they can write you a letter?

TERESA SMITH:  No.

ANGIE:  Okay.  So, you don't know who this good news could be coming from?

TERESA SMITH:  No.

ANGIE:  Okay.  Teresa, think back when you were a small child.  What type of thing did you like to design?  Was that draw buildings or your own clothes or something like that?

TERESA SMITH:  No, I didn't have time for that.

ANGIE:  Okay.  The reason I asked, Teresa, is, I laid some cards out for your future.  And I see marriage, and children, and love and loyalty.  I see you

EXHIBIT 3.6   PAGE 20



18

own your own home.  And I see that you will have a very good success at creating something of your own.  And that, possibly, is something to do with crafts or something in that nature.

TERESA SMITH:  Well, I haven't heard the beep and I'm -- I don't want to be charged for this call.  So, I'm going to have to hang up.

ANGIE:  Okay.  Well, thank you.

TERESA SMITH:  Uh-huh.  Bye.

ANGIE:  Bye-bye.

UNIDENTIFIED FEMALE:  Fifty-seven.  It rang, five minutes.

TERESA SMITH:  That wasn't a very disguisable --

UNIDENTIFIED FEMALE:  Yeah.

TERESA SMITH:  I mean, it was probably someone that --

_____

OPERATOR:  This is Amiliam.  I'm glad you called for your free psychic time.  May I have your first name, please?

TERESA SMITH:  Teresa.

OPERATOR:  How are you doing today, Teresa?

TERESA SMITH:  Fine.

OPERATOR:  Oh, that's great.  It's your first

EXHIBIT 3.6  PAGE 21

19

time calling in?

TERESA SMITH:  Yes.

OPERATOR:  Well, Teresa, if you want to find out about your future finances from a real live master psychic, they have to call at the perfect time.  Today, it is possible for you to receive free psychic time.  And I have a master psychic advisor standing by right now waiting to speak to you.  Do you have a pen and paper handy?

TERESA SMITH:  Yeah.

OPERATOR:  Great.  Now, write this number down, call 1-900-407-6021.  The first three minutes of every call are absolutely free.  $4.99 per minute thereafter.  And, Teresa, remember, these psychics are some of the top highly talented psychics in the country.  Many are famous throughout the country, and they are available to you. Should I repeat that number for you?

TERESA SMITH:  No, can you transfer me?

OPERATOR:  No, you have to call that number out.

TERESA SMITH:  Oh, okay.

OPERATOR:  And, Teresa, as a special promotion, we are sending out free horoscope and future offers over the Internet.  May I have your e-mail address?

TERESA SMITH:  I don't have one.



20

OPERATOR:  That's not a problem.  Now, Teresa, just to make sure I've given you that number correctly, could you please repeat it back to me?

TERESA SMITH:  900-407-6021.

OPERATOR:  Great.  Now, Teresa, I have activated your free time.  And a master psychic is now waiting for your call.  Will you call within the next five minutes?

TERESA SMITH:  Yeah.

OPERATOR:  Great.  Do you have any questions regarding this offer?

TERESA SMITH:  No.

OPERATOR:  Okay.  This is for entertainment only.  You must be 18.  Now, Teresa, you have a great reading.

TERESA SMITH:  Thank you.

OPERATOR:  Bye-bye.

TERESA SMITH:  Bye.

That call lasted from 8:59 to 9:00.

_____

TERESA SMITH:  We're now dialing 900-407-6021. The first three minutes are free.  $4.99 per minute after that.

RECORDED MESSAGE:  The best psychic reading of your life is about to begin.  Sponsored by Access



21

Resources.  Must be 18.  For entertainment only.  First three minutes free.  Optional minutes are $4.99.  To avoid charges, disconnect within three seconds of hearing the tone after your free time.  Stay on the line.  Your free reading is about to begin.

Prior to being transferred to a psychic, please speak your first and last name at the tone.  This recording may be used for billing inquiries.

(Tone)

RECORDED MESSAGE:  If you know the extension number and the psychic you wish to speak to, press one now.  Otherwise, we will connect you to the next available master psychic.

You are being transferred to psychic extension 21819.  If you are put on hold for any reason, or told that you have reached an operator instead of a psychic, are told to have won some prize, or that this entire call is free, please press *9 to report this violation and then hang up and try your call again, immediately, to speak to another psychic.  All of our customers receive the same offer.  The first three minutes free.  And thank you very much for using our service.  We hope you enjoy your reading.

(Music playing.)

CRYSTAL:  Good morning.

EXHIBIT 3.6 PAGE 24



22

TERESA SMITH:  Good morning.

CRYSTAL:  Hi.  Thanks for calling the network. My name is Crystal at extension 21819.  How are you today?

TERESA SMITH:  Fine.

CRYSTAL:  Can I have your name, please?

TERESA SMITH:  Teresa.

CRYSTAL:  Teresa, that's a beautiful name.  Do you write it with T H or with just T E?

TERESA SMITH:  Just T E.

CRYSTAL:  Okay.  T E R E S A, right?

TERESA SMITH:  Uh-huh.

CRYSTAL:  And your last name, Teresa?

TERESA SMITH:  Smith.

CRYSTAL:  How do you spell that?

TERESA SMITH:  S M I T H.

CRYSTAL:  S --

TERESA SMITH:  S M --

CRYSTAL:  Oh, Smith.

TERESA SMITH:  Uh-huh.

CRYSTAL:  Okay.  And your date of birth?

TERESA SMITH:  11/21/59.

CRYSTAL:  11/21 --

TERESA SMITH:  59.

CRYSTAL:  59?

3.6  PAGE 25



23

TERESA SMITH:  Uh-huh.

CRYSTAL:  You sound like a little girl.  I guess I'm not the first one to tell you that.  You really are -- your voice is so, so, so, so young.  And you are one of my favorite signs, you are Scorpio.

TERESA SMITH:  Yes.

CRYSTAL:  That's a beautiful sign.  Now, Teresa, do you have a pen and a paper handy?

TERESA SMITH:  Yes.

CRYSTAL:  Okay.  Just in case we get disconnected, and also for the future, I would like you to write down the telephone number so you can call me again, okay?

TERESA SMITH:  Okay.

CRYSTAL:  It is 1-900 --

TERESA SMITH:  Uh-huh.

CRYSTAL:  -- 88-0934.  And my extension is 21819.  And my name is Crystal.

TERESA SMITH:  That's not enough numbers.

CRYSTAL:  Pardon me?

TERESA SMITH:  That's not enough numbers.

CRYSTAL:  What do you mean?

TERESA SMITH:  800934.

CRYSTAL:  Wait a second, wait a second.  1-900-288-0934.

For The Record, Inc.
Waldorf, Maryland

EXHIBIT 3.6   PAGE 26


24

TERESA SMITH:  Okay.

CRYSTAL:  And my extension is 21819.

TERESA SMITH:  Okay.

CRYSTAL:  And my name is Crystal, okay?

TERESA SMITH:  All right.

CRYSTAL:  Now, Teresa, would you like to give me your address, please?  It will help me a lot with my reading.

TERESA SMITH:  P.O. Box 2093 --

CRYSTAL:  2093.

TERESA SMITH:  Topeka, T O P E K A --

CRYSTAL:  T O P -- T O --

TERESA SMITH:  T O P E K A.

CRYSTAL:  Just a minute.  T like Tom?

TERESA SMITH:  Uh-huh.

CRYSTAL:  O P --

TERESA SMITH:  E.

CRYSTAL:  E.

TERESA SMITH:  K.

CRYSTAL:  K.

TERESA SMITH:  A.

CRYSTAL:  A, okay.

TERESA SMITH:  Kansas.

CRYSTAL:  Kansas.

TERESA SMITH:  66601.

EXHIBIT 3.6  PAGE 27



25

CRYSTAL:  Okay.  Now, I'm going to ask you only one more question, okay?

TERESA SMITH:  Okay.

CRYSTAL:  Have you spoke to a psychic before?

TERESA SMITH:  No.

CRYSTAL:  Never?

TERESA SMITH:  No.

CRYSTAL:  What made you call today?

TERESA SMITH:  Just curious.

CRYSTAL:  Just curious, okay, wonderful.  So, what I'm going to do, I'm going to start you off with the tarot cards, okay?  And I want you to think about everything when I'm doing it, and I want you to tell me, when do you want me to stop.  Okay, Teresa?

TERESA SMITH:  Okay.  Will you tell me when my three minutes are up?

CRYSTAL:  You will hear it.

TERESA SMITH:  Okay.

CRYSTAL:  Okay.

UNIDENTIFIED FEMALE:  It's about that time.

CRYSTAL:  Are you ready?

TERESA SMITH:  Yes.

CRYSTAL:  Okay.  Now, I'm going to set them in three.  I have one to the left, one in the middle and one to the right.  Which one do you want me to begin for you?

EXHIBIT 3.6   PAGE 28



26

TERESA SMITH:  The middle one.

CRYSTAL:  The middle one, okay.  Let me tell you that you have good things coming your way, okay?

TERESA SMITH:  Uh-huh.

CRYSTAL:  I see -- are you married?

TERESA SMITH:  Yes.

CRYSTAL:  Okay.  What is bothering you at this moment, because I see the card this is talking about that is here.  Something is stressing you out.

TERESA SMITH:  Oh --

CRYSTAL:  Pardon me?

TERESA SMITH:  Not really.

CRYSTAL:  Not really.  Something is bothering you.  It doesn't necessarily have to do with your marriage.  But something is bothering you.  It's here, okay?

TERESA SMITH:  Mm-hmm.

CRYSTAL:  I see a family get-together.  I see your kids.

TERESA SMITH:  I only have one.

CRYSTAL:  Okay.  The kids that you have, let me ask a question.  There is somebody who is pregnant?

TERESA SMITH:  No.

CRYSTAL:  Nobody close to you is pregnant?

TERESA SMITH:  No.

EXHIBIT *3.6* PAGE *29*

27

CRYSTAL:  I see somebody is getting pregnant and you will know about it, very, very soon.  Okay?

TERESA SMITH:  Okay.

CRYSTAL:  I see somebody from the past that is coming.  Somebody you haven't seen in quite a while, okay?

TERESA SMITH:  Okay.

CRYSTAL:  I see somebody that you are very close to, a friend that's there all the time for you.  Okay?  And I see somebody that passed away, who loved you very much and protecting you.

TERESA SMITH:  I had a death in the family in April.

CRYSTAL:  Yeah.  And it affected you very much.  It was somebody very close to you, somebody you loved very much, right?

TERESA SMITH:  Yes.

CRYSTAL:  That person is protecting you.  Let me ask a question, Teresa.  When this person passed away, did you see this person in a shadow, or you dreamed about it?

TERESA SMITH:  No.

CRYSTAL:  Neither one?

TERESA SMITH:  Well, I didn't hear you.

CRYSTAL:  I said, this person that passed away,

EXHIBIT 3.6   PAGE 36

28

did you see that person's shadow after, or you dreamed about that person?

TERESA SMITH: No.

CRYSTAL: Neither one of them?

TERESA SMITH: No.

CRYSTAL: Well, the only dreams that you can remember are the ones that are close to the waking hour. Okay?

TERESA SMITH: Mm-hmm.

CRYSTAL: That person is watching over you.

TERESA SMITH: Okay.

CRYSTAL: You don't see it.

TERESA SMITH: All right.

CRYSTAL: But it's there.

TERESA SMITH: Okay.

CRYSTAL: And that's very good.  For nothing bad is going to happen to you, okay?

TERESA SMITH: Okay.

CRYSTAL: Now, listen, there is somebody close to you who gets pregnant, okay?  And also something is very, very important.  There's a family get-together very soon.  Are you planning on going on a trip?

TERESA SMITH: No.

CRYSTAL: But you are.  You are going on a trip.  You're not planning to go nowhere?

EXHIBIT 36  PAGE 31



29

TERESA SMITH:  Where am I going?

CRYSTAL:  To a place there is some kind of water.  I don't know what it is.  But you are going on a trip.

TERESA SMITH:  Okay.

CRYSTAL:  And it's going to be very good for you.

TERESA SMITH:  Okay.

CRYSTAL:  You're going to relax a lot.

TERESA SMITH:  All right.

CRYSTAL:  And there is definitely -- there's going to be something that bothers you a lot, even though you don't want to tell me what it is.  The cops came all by itself.  And it's your transmission or pump that comes to the car.  That's what I see.

TERESA SMITH:  Okay.

CRYSTAL:  Do you understand, Teresa?

TERESA SMITH:  No, but all right.

CRYSTAL:  That's all right?  Okay.  Well, you will realize what it is.  You will know what I'm talking about, okay?

TERESA SMITH:  Okay.

CRYSTAL:  Now, Teresa, I don't see that you're working.  Do you work?

TERESA SMITH:  Yes.

EXHIBIT  3.6  PAGE 32

30

CRYSTAL:  What do you do?

TERESA SMITH:  I work in an office.

CRYSTAL:  Uh-huh.  I don't see -- are you working like -- since when?

TERESA SMITH:  Since forever.

CRYSTAL:  Forever?

TERESA SMITH:  Forever.

CRYSTAL:  How often do you get a raise?

TERESA SMITH:  Never.

CRYSTAL:  Well, I see more money coming.

TERESA SMITH:  Okay.

CRYSTAL:  And I see the wheel of fortune, and it doesn't -- it's close to the job.  But it has to be, because the money is coming very soon.  It looks to me like next month.

TERESA SMITH:  How much?

CRYSTAL:  It doesn't say.  They don't talk about how much money, but there is more money coming in July.

TERESA SMITH:  Okay.

CRYSTAL:  Okay.  And you will see it.  It's coming, okay?

TERESA SMITH:  Okay.

CRYSTAL:  Now, it also says that your husband, in his job -- what kind of a job does he have?

EXHIBIT 3.6   PAGE 33

For The Record, Inc.
Waldorf, Maryland

31

TERESA SMITH:  He's a brick mason.

CRYSTAL:  Uh-huh.  And he's also going to make more money.  But not next month, it's going to be like two to three months from now.

TERESA SMITH:  Okay.

CRYSTAL:  Okay.  There is a question you want to ask me.  What is it?

TERESA SMITH:  How much time do I have left in my free reading?

CRYSTAL:  I don't know.

TERESA SMITH:  Okay.

CRYSTAL:  I don't know.  You should hear the ring when the time comes.  I don't know.

TERESA SMITH:  Okay.

CRYSTAL:  Okay.  I'm the psychic.  I don't hear it, you understand?

TERESA SMITH:  Okay.

CRYSTAL:  Now, the company is giving a free horoscope reading.  You can call every day and write down the number, okay?

TERESA SMITH:  Okay.

CRYSTAL:  It is 1-800-331-7528.

TERESA SMITH:  Okay.

CRYSTAL:  So, the horoscope, you can find out what is good for love or for money and all that.  There



32

was a question you wanted to ask me.  What is it, Teresa?

TERESA SMITH:  What's the biggest fear that I have to think about?

CRYSTAL:  The biggest fear?

TERESA SMITH:  Uh-huh.

CRYSTAL:  Do you have nightmares?

TERESA SMITH:  No.

CRYSTAL:  So, why do you ask that question?

TERESA SMITH:  I just want to know what's going to happen to my life.

CRYSTAL:  Nothing bad, nothing bad.  Why are you so afraid?

TERESA SMITH:  I don't know.

CRYSTAL:  You should not be.  I don't see nothing that can hurt you.  Don't forget that you have somebody who is watching over you.  And I'm going to shuffle the cards again.  I'm going to see the closest future, okay?

TERESA SMITH:  Okay.

CRYSTAL:  Okay.  And let's see if I catch the fear that you have inside you.  Okay.  Now, I want to separate them.  I have one to the left and one to the right.  Which one do you want me to pick up for you?

TERESA SMITH:  The left.

CRYSTAL:  The left.  I was right when I said

EXHIBIT 3.6   PAGE 35



33

there is a raise in your -- there is money coming, okay?

TERESA SMITH:  Okay.

CRYSTAL:  I'll tell you that there is no problem in your future at all.  No problems.

TERESA SMITH:  Well, I haven't heard the noise to hang up and I'm afraid I'm going to get charged for this call.

CRYSTAL:  Okay.  So, in that case, I'm not going to keep you.

TERESA SMITH:  Okay.

CRYSTAL:  Okay.  I wish you all the best.  You have my number.  Call me and let me know if things are working for you.  Are you taking a course?

TERESA SMITH:  Am I what?

CRYSTAL:  Are you going to study something?

TERESA SMITH:  No.

CRYSTAL:  Well, it looks like you're going to study something or take a course of something.

TERESA SMITH:  No.

CRYSTAL:  It is in the future, not now.

TERESA SMITH:  Okay.

CRYSTAL:  Okay.

TERESA SMITH:  Thank you.

CRYSTAL:  You're very welcome.

TERESA SMITH:  This call ended at 9:12.  We did

EXHIBIT 3.6  PAGE 36



34

not hear any indication or bell.  And Christy Hiebert is here and did not hear any indication, or ringing, or the bell to end the call.

_____

TERESA SMITH:  It's 9:15 and we're calling 1-800-711-1745.

OPERATOR:  -- Boulevard, Fort Lauderdale, Florida.  For entertainment only.  You must be at least 18.  Do you have any questions about the offer before you call?

TERESA SMITH:  No.

OPERATOR:  And will you be calling right now for your free reading?

TERESA SMITH:  Yeah, I think so.

OPERATOR:  Great.  I'm going to go ahead and activate your free, pre-paid time for you so you can call right away.  And have a great reading today.

TERESA SMITH:  Thank you.

OPERATOR:  You're welcome.  Bye-bye.

_____

RECORDED MESSAGE:  The best psychic reading of your life is about to begin.  Sponsored by Access Resources.  Must be 18.  For entertainment only.  First three minutes free.  Optional minutes are $4.99.  To avoid charges, disconnect within three seconds of hearing

EXHIBIT 36   PAGE 37

35

the tone after your free time.  Stay on the line.  Your free reading is about to begin.

Prior to being transferred to a psychic, please speak your first and last name at the tone.  This recording may be used for billing inquiries.

**(Tone)**

TERESA SMITH:  Teresa Smith.

RECORDED MESSAGE:  If you know the extension number and the psychic you wish to speak to, press one now.  Otherwise, we will connect you to the next available master psychic.

You are being transferred to psychic extension 25660.  If you are put on hold for any reason, or told that you have reached an operator instead of a psychic, or told you have won some prize or that this entire call is free, please press *9 to report this violation and then hang up and try your call again, immediately, to speak to another psychic.  All of our customers receive the same offer.  The first three minutes free.  And thank you very much for using our service.  We hope you enjoy your reading.

**(Music playing.)**

OPERATOR:  Hello?

TERESA SMITH:  Hello.

OPERATOR:  Hi, thank you for calling the

EXHIBIT 3.6   PAGE 38

36

network.  My name is Ramona and my extension number is 25667.  Can I have your name, please?

TERESA SMITH:  Teresa.

RAMONA:  And your last name?

TERESA SMITH:  Smith.

RAMONA:  Smith?

TERESA SMITH:  Uh-huh.

RAMONA:  Can I have your date of birth?

TERESA SMITH:  11/21/59.

RAMONA:  And your address?

TERESA SMITH:  P.O. Box 2093, Topeka, T O P E K A, Kansas, 66601.

RAMONA:  66601.  Say that again.

TERESA SMITH:  66601.

RAMONA:  Okay.  Wonderful.  Do you have a pen or a piece of paper?

TERESA SMITH:  Yes.

RAMONA:  You can take down my callback number.  It's 1-900-288-0899.  Okay?

TERESA SMITH:  Okay.

RAMONA:  And you have my extension number, it's 25660.  Have you had a tarot card reading before?

TERESA SMITH:  Yes, I have.

RAMONA:  Okay, wonderful.

TERESA SMITH:  I'm going to start shuffling the



37

cards.  Okay.  And I need for you to focus your attention on these cards, okay?  I need you to think about your past, and your present and the future, okay?

TERESA SMITH:  Uh-huh.

RAMONA:  And as I shuffle these cards, I need you to tell me when to stop, and then we can begin our reading.  Okay?  Okay.  I'm going to shuffle the cards right now.

TERESA SMITH:  Okay, stop.

RAMONA:  Okay.  I'm going to divide the cards and I'm going to lay them out on the table. **BEEP** Okay, Teresa?

TERESA SMITH:  Okay.

RAMONA:  When was your last reading?

TERESA SMITH:  About a month ago.

RAMONA:  Okay.  Okay.  Right away, Teresa, the cards are telling me that you are worrying about something.  I see a lot of changes for you, okay?  I see a lot of things -- changes within your money, your jobwork opportunity, okay?  I see some type of -- something that you're worrying about, okay?  Okay, Teresa.  The first card I have here is the Three of Swords, okay?

TERESA SMITH:  Uh-huh.

RAMONA:  And this card is a card to follow.

EXHIBIT 3.6  PAGE 40



38

And this card indicates some type of loss of a possession or something, or perhaps a friendship or something in your life.  This card represents something that you have on your mind that you're thinking about, something very heavily, okay?  Do you see some type of -- is there something like that?  Are you worried about something?

TERESA SMITH:  I lost my father-in-law.

RAMONA:  I see some type of loss, okay.  And is this on your mind a lot or --

TERESA SMITH:  No, I'm getting over it.

RAMONA:  Okay.  Was that recently?

TERESA SMITH:  Yes.

RAMONA:  Okay.  I see some type of loss, okay?  I also see some type of delay, okay, or some type of appointment for you, okay?  I see some type of delay, a delay in progress or something, okay?  I also see, Teresa, that you're going to be surprised by an appearance by someone.  Someone that you haven't seen in a while, maybe.  Someone that you didn't expect to see, actually.  But it's going to be a good thing for you, too.  Okay.  Are you angry or hurt with someone?

TERESA SMITH:  No.

RAMONA:  I see that you're either angry or hurt with someone, perhaps a friend or someone, or you're going to be angry with someone.  It sounds like you're

EXHIBIT 3.6 PAGE 41

39

upset about something.  Okay?  Do you live by yourself?

TERESA SMITH:  No.

RAMONA:  No.  Do you live with a lot of people or something, because I see some type of rearranging, something like that.  I see some type of improvement in your environment.  Are you rearranging your household?

TERESA SMITH:  No.

RAMONA:  I see some type of rearranging.  I also see something with papers, a lot of papers.  I see some type of setback for you.  Okay.  Do you know anything about papers, dealing with a lot of paperwork or something like that?  Do you know?

TERESA SMITH:  No.  How did you get to be a master psychic?

RAMONA:  How did I become one?

TERESA SMITH:  Yeah.

RAMONA:  Well, actually I'm gifted and talented and I've known that I was a psychic for actually a while.  Do you want to continue with your reading?

TERESA SMITH:  Where are you from?  Yeah.

RAMONA:  I also see some type of -- something with papers for you.  I also see setbacks for you, but I'm not really too sure if this is going to be something -- probably something negative or positive for you, okay?

TERESA SMITH:  I haven't heard the recording or

EXHIBIT 3.6  PAGE 42



40

the bell to stop yet.

RAMONA:  Oh, I haven't either.

TERESA SMITH:  Do you hear them?

RAMONA:  No, I cannot.

TERESA SMITH:  Well, how do you know when we're -- the time --

RAMONA:  It will come.  It will come.

TERESA SMITH:  Will I hear it?

RAMONA:  Yes, you will hear it, too.  But I don't hear anything yet.

TERESA SMITH:  What time did you start, do you know?

RAMONA:  Actually, we've only been on here for not too long, actually.  Are you worried about something?

TERESA SMITH:  Well, I'm just trying to get my free minutes and I don't want to have to pay for it.

RAMONA:  Well, Teresa, I see some positive things for you.  And I know there's something that you would want to hear, okay?  I see a lot of things for you, okay?

TERESA SMITH:  Okay.  Like what?

RAMONA:  Well, are you working right now?

TERESA SMITH:  Yes.  But you should know that.

RAMONA:  Okay.  Well, are you looking for something different?

EXHIBIT 3.6   PAGE 43



41

TERESA SMITH:  No.

RAMONA:  I see something different for you, okay?  Are you in a relationship?

TERESA SMITH:  Yes.

RAMONA:  Are you happy in your relationship?

TERESA SMITH:  Yes.

RAMONA:  I also see something with some type of situation, some type of turmoil for you.

TERESA SMITH:  I think I better end this call, because I think we're over.

RAMONA:  Excuse me?

TERESA SMITH:  I think I better end this call because I don't want to pay for more than the first three minutes free.

RAMONA:  When you had your last tarot reading, how long was your reading?

TERESA SMITH:  I don't know, five minutes maybe.

RAMONA:  Aren't you interested in seeing some of the things that are happening in your life?

TERESA SMITH:  Well, I need to terminate this so I don't have to pay for it.

RAMONA:  Are you expecting some type of money?

TERESA SMITH:  No.

RAMONA:  I see something for you for money.

42

TERESA SMITH:  Can you tell me when my time is up?

RAMONA:  I think we will hear it.

TERESA SMITH:  You will hear it, too?

RAMONA:  Yes, both of us will hear it.

TERESA SMITH:  Okay.

RAMONA:  Okay?

TERESA SMITH:  All right.

RAMONA:  Are you expecting any type of money?

TERESA SMITH:  No.

RAMONA:  Well, I see some money for you.

TERESA SMITH:  Like, a lot of money?

RAMONA:  I see some money coming to you soon, okay?

TERESA SMITH:  A lot of money, or just a couple dollars?

RAMONA:  Yeah, a great amount.  I see some money for you, maybe through some type of -- did you make some kind of investment or something?

TERESA SMITH:  No.

RAMONA:  I see some type of money for you.  I also see something with some type of -- trying to establish some kind of foundation that you're trying to go after some new things.  Are you trying to do something like that?

EXHIBIT 3.6  PAGE 45

43

TERESA SMITH: No.

RAMONA: Well, I also see something that you'll have a confrontation with someone, some type of conflict with someone. Are you in a situation where you have to confront someone, because I see some type of confrontation for you.

TERESA SMITH: My boss.

RAMONA: I see some type of confrontation, okay? Is there some type of thing within your job about you that -- are you worried about something in your job that you have to confront your boss?

TERESA SMITH: No.

RAMONA: I see some type of confrontation, okay? I also see that you're going to receive something in the mail. Are you expecting anything?

TERESA SMITH: Like what?

RAMONA: Some type of letter or package?

TERESA SMITH: No.

RAMONA: I do. I see something like that. I also see something that you're hurt about, some type of separation from a loved one.

TERESA SMITH: Yeah, we already talked about that.

RAMONA: I see some type of separation, though. That's still on the same card. I see some type of

44

separation for you with a loved one.  I also see some type of -- you feel that you need a break, or you feel like you need to break away from something.

TERESA SMITH:  I'm worried that this call is going to start costing me.  I think I better hang up.

RAMONA:  Well, usually we'll hear something with the time, a message or something.

TERESA SMITH:  Do you have a clock that you're watching?

RAMONA:  Are you -- exactly when you called, you will hear a message or something in your call.  Okay? Do you have the callback number, Teresa?

TERESA SMITH:  Yes, I do.

RAMONA:  Can you repeat it to me, please?

TERESA SMITH:  900-288-0899.

RAMONA:  Okay.

TERESA SMITH:  When I call you back, do I get a call free?

RAMONA:  Excuse me?

TERESA SMITH:  When I call you back, do I get a call free?

RAMONA:  I think you have to ask the network.

TERESA SMITH:  Oh, okay.

RAMONA:  Okay.

TERESA SMITH:  Well, I better -- I better hang

EXHIBIT *3.6*  PAGE *47*

45

up.

RAMONA:  Okay, Teresa.

TERESA SMITH:  All right.

RAMONA:  All right.

TERESA SMITH:  Bye.

The call began at 9:18 and I hung up at 9:30. At no time did we hear a --

_____

TERESA SMITH:  This is July 6th at 9:31.  We're going to make some calls from TV advertisements.  This is going to be a return call as a result of a telemarketing call that I had made.  The number I'm calling -- it's 9:35 -- 1-800-221-1292.

RECORDED MESSAGE:  Congratulations.  We've designed something new so that you can choose what type of reading you want.  When we ask you a question like, we offer a variety of types of readings, like psychic, tarot or spiritual readings, what type of reading would you like today?  All you need to do is say what you want, like, spiritual.  This way you will get a customized reading of your choice every time you call.  Enjoy.

Thank you for calling today to speak to your own personal psychic and spiritual guide.  Nothing in life happens by accident.  It was no mistake for you to call us today.  When you felt the need to pick up the

EXHIBIT 3.6   PAGE 48

46

phone and call, you took an important step in gaining control of your future and creating your destiny.

We believe that your personal psychic can guide you to a great future and provide you with the answers you need. Please answer the following question, so that we can match you with the psychic who can help you the most. We offer a variety of types of readings, like psychic, tarot card and spiritual readings. What type of reading would you like today?

TERESA SMITH: Psychic.

RECORDED MESSAGE: Great choice. We have your perfect personal psychic reader standing by. The simple truth is that our specialized clairvoyance can make a sudden and dramatic change in your life in a matter of moments. You are in total control, and we want you to feel comfortable, safe and relaxed at all times.

Grab a pen and write this special pre-paid number down. 1-900-933-3065. The first five minutes of every call absolutely free. Optional additional minutes are only $4.99. This free, no obligation offer is for a limited time. Please do not wait to call.

Our psychic prediction experts are standing by right now waiting for your call. Call 1-900-933-3065. That's 1-900-933-3065. There are times in life when we all need guidance from others. Our goal is to help you

EXHIBIT 3.6   PAGE 49

47

resolve any questions or concerns that you may have. Many of our callers have love and romance questions, or questions concerning money and business issues that they want solved. Love, romance, business or money. Which of these are you interested in today?

TERESA SMITH: Love and money.

RECORDED MESSAGE: One simple call can quickly and accurately answer all your love questions. Your love psychic expert is standing by now to take your call. Simply dial 1-900-933-3065 for your free reading. We know that your questions are important. They're important to you and they're important to us. So, pick up the phone and dial 1-900-933-3065. The first five minutes of every call are absolutely free. Optional additional minutes are only $4.99.

Grab a pen and write this pre-paid number down. This is a free, no obligation offer. Call 1-900-933-3065. The first five minutes of every call are absolutely free. Optional additional minutes are only $4.99. Your love psychic expert is waiting for your call.

_____

TERESA SMITH: It's 9:38. I'm calling 1-900-933-3065.

RECORDED MESSAGE: Get ready for the best

EXHIBIT *3.6* PAGE *50*

48

psychic reading of your life.  Sponsored by Access Resource Services.  Must be 18.  For entertainment only. First five minutes free.  Additional time is optional at $4.99 per minute.  To avoid charges, disconnect within three seconds of hearing the tone after your free time. Stay on the line.  Your free reading is about to begin.

Prior to being transferred to a psychic, please speak your first and last name at the tone.  This recording may be used for billing inquiries.

TERESA SMITH:  Teresa Smith.

RECORDED MESSAGE:  If you know the extension number and the psychic you wish to speak to, press one now.  Otherwise, we will connect you to the next available master psychic.

You are being transferred to psychic extension 88296.  If you are put on hold for any reason or told that you have reached an operator instead of a psychic, are told to have won some prize or that this entire call is free, please press *9 to report this violation and then hang up and try your call again immediately to speak to another psychic.

All of our customers receive the same offer. The first five minutes free.  And thank you very much for using our service.  We hope you enjoy your reading.  You are being transferred to psychic extension 15912.

EXHIBIT 3.6   PAGE 51



49

**(Music playing.)**

RECORDED MESSAGE:  You are being transferred to psychic extension 2063.

**(Music playing.)**

JAN:  Good morning.  Thank you for calling the Psychic Network.  My name is Jan and your name is?

TERESA SMITH:  Teresa.

JAN:  Teresa, how are you today?

TERESA SMITH:  Fine.

JAN:  Okay.  Have you called the network before, Teresa?

TERESA SMITH:  Well, I got a call on my phone and I was told to call back, so I was doing that and wondered how they were able to get my phone number.

JAN:  Oh, I don't know.  My job is just to do the readings, Teresa.

TERESA SMITH:  Okay.

JAN:  There isn't a -- well, we're having some problems with the phone system today, Teresa, so I would like to give you a callback number just in case you should happen to get cut off.

TERESA SMITH:  Okay.

JAN:  That callback number is 900-288-0895.

TERESA SMITH:  Okay.

JAN:  And my extension is 2063.

EXHIBIT 3.6  PAGE 52

50

TERESA SMITH:  Okay.

JAN:  Now, Teresa, I'm going to ask you to do a couple of things so that I can give you the best reading that I possibly can.  Would you please cross your arms and legs and take a couple of really deep breaths.

TERESA SMITH:  Okay.

JAN:  Okay, good.  And now I'm going to ask you some general questions just to begin getting the energy flowing between us.  What's your last name, Teresa?

TERESA SMITH:  Smith.

JAN:  Okay.  And your address, Teresa?

TERESA SMITH:  P.O. Box 2093, Topeka --

JAN:  Okay.  That's Kansas or --

TERESA SMITH:  Yes.

JAN:  Okay.  And the zip?

TERESA SMITH:  66601.

JAN:  And what's your birthday, Teresa?

TERESA SMITH:  11/29/59.

JAN:  Oh, okay.  Has it been a little tough for you here recently, Teresa?

TERESA SMITH:  I'm sorry?

JAN:  Has it been a little tough for you here recently?

TERESA SMITH:  Yeah.

JAN:  A lot of things going on in your life?

51

TERESA SMITH:  Yes.

JAN:  Okay.  You are normal under the sign of Sagittarius.  And people who were born under that birth sign have been having a lot of things going on.  Have you -- you make a really great friend, right?  People really depend on you when you're their friend?

TERESA SMITH:  I don't know.

JAN:  Okay.  Huh.  Are you working now, Teresa?

TERESA SMITH:  Yes.

JAN:  Okay.  What kind of work do you do?

TERESA SMITH:  Office work.

JAN:  Okay.  And you don't sound real proud about that.  Is that true?

TERESA SMITH:  No.

JAN:  No, that isn't true or, no, you're not thrilled?

TERESA SMITH:  No, that's not true.

JAN:  Oh, okay.  You really love what you do?

TERESA SMITH:  Yes.

JAN:  Okay, okay.  I didn't hear any and didn't feel any enthusiasm before I asked.  And is there somebody special in your life?

TERESA SMITH:  I'm married.

JAN:  Okay.  I'm going to ask you to focus on your questions.  I'm shuffling a deck of tarot cards.

3.6  PAGE 54

EXHIBIT 3.6   PAGE 55



52

And the energy from your --

TERESA SMITH:  We disconnected at 9:45.

_____

EXHIBIT 3.6   PAGE 55

53

EXHIBIT 3.6 PAGE 56



EXHIBIT 3. 6 PAGE 57

54

55

TERESA SMITH:  We're calling 1-800-376-8224. It was advertised on the Weather Channel on July 5th, 2000.  It's 9:55.

OPERATOR:  This is Anne June, I'm glad you called today for your free tarot card reading.  Can I have your first name?

TERESA SMITH:  Teresa.

OPERATOR:  Teresa, how are you today?

TERESA SMITH:  Fine.

OPERATOR:  That's good.  I'm glad to hear that. Teresa, I'm glad you called today.  I deal with some of the world's most gifted master tarot card experts who are waiting to speak with you right now.  Do you have a pen and paper handy?

TERESA SMITH:  Yes.

OPERATOR:  Okay.  Write this pre-paid number down.  It's 1-900 --

For The Record, Inc.
Waldorf, Maryland

56

TERESA SMITH: Uh-huh.

OPERATOR: 896 --

TERESA SMITH: Uh-huh.

OPERATOR: 4899. And the first three minutes of this call are pre-paid for you, so it's absolutely free. If you'd like to purchase any additional time, it's available for you at $4.99 a minute thereafter. Just to make sure I've given you the number properly, could you please repeat it for me?

TERESA SMITH: 1-900-896-4899.

OPERATOR: Thank you. As a special bonus, we're sending out free horoscopes and future offers over the Internet. Do you have an e-mail address?

TERESA SMITH: No, I don't.

OPERATOR: No. That's no problem. Our master tarot card experts are now waiting for your call. Do you think you'll be able to call within the next five minutes?

TERESA SMITH: Yes.

OPERATOR: For entertainment only. You must be at least 18. Teresa, do you have any questions?

TERESA SMITH: No.

OPERATOR: I hope you enjoy your psychic reading, and enjoy your day. You say you will call within the next five minutes?

EXHIBIT 3.6   PAGE 59

60

**C E R T I F I C A T I O N   O F   T Y P I S T**

MATTER NUMBER: 0123084

CASE TITLE: ACCESS RESOURCE SERVICES

TAPING DATE: JUNE TO JULY 2000

TRANSCRIPTION DATE: APRIL 23, 2001

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:   APRIL 23, 2001

_George L Quade_

GEORGE QUADE

**C E R T I F I C A T I O N   O F   P R O O F R E A D E R**

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

_Wanda Raver_

WANDA RAVER

EXHIBIT 3.6 PAGE 60

For The Record, Inc.
Waldorf, Maryland

PRN

```
PRE-SORTED
FIRST CLASS MAIL
U.S. POSTAGE
P A I D
SIOUX FALLS, SD
57101
PERMIT NO. 7624
```

PLEASE DON'T IGNORE THIS MESSAGE!  PLEASE READ THE
BACK OF THIS CARD -- IT COULD CHANGE EVERYTHING!

**ONE CALLER CLAIMS TO HAVE WON $27,000 WITH
HER PSYCHIC'S ADVICE!  COULD <u>YOU</u> BE NEXT?**

URGENT:  CALL 1-800-799-5385 RIGHT AWAY. PLEASE
DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

EXHIBIT **3.6**   PAGE

ATTACHMENT Z P.1

Dear Theresa:

This message is private and vitally important!  The information I will give you during your **reading can bring astonishing changes to your life**! But you must call **1-800-799-5385** right away! **THIS CALL IS FREE!**

**Theresa, I want great things for you, so please understand the importance that this message may bring.  Could something important concerning MONEY or LOVE happen within the next few days?**  If so, you'll need to know what to do about **your situation** and possibly a **certain person in your life!  What we reveal may shock you, amaze you and make a huge impact upon your future!**

Theresa, I am dedicated to helping deserving people like you, so please learn how to take advantage BY CALLING OUR FREE NUMBER. I sincerely want you to hear the news about your future!  Call 1-800-799-5385 right now. This call is Free!  Take control now!  Make the call before this opportunity passes you by.

**All my love, Michelle**

"Visit me at WWW.MASTERPREDICTIONS.COM"
For entertainment purposes only.  18+

EXHIBIT **3.6**   PAGE **62**

**ATTACHMENT Z P 2**

```
PRE-SORTED
FIRST CLASS MAIL
U.S. POSTAGE
P A I D
SIOUX FALLS, SD
57101
PERMIT NO. 7824
```

*"I know there's likely an important decision you've been struggling with recently...and some issues could be resolved sooner than you think!*
*Possibly in the next 14 days."*
*Call our Free number today:  1-800-441-7425*

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

EXHIBIT **3.6**   PAGE **63**

ATTACHMENT **2** P **3**

Theresa,

As you likely realized, the connection we enjoyed during your last reading was more intense than what we usually experience with most clients, I felt I needed to speak with you again ... to share information that could completely change your life.

Since time is so critical, it's important that you
call within the next 14 days—
Call 1-800-441-7425   This call is FREE!

So, please call before August 9th.  Theresa, I don't offer this special invitation to all my clients!  But because your circumstances are so urgent, I encourage you to call now!

Don't struggle through this alone, Theresa!  Let me use my natural powers to likely guide you away from what could be the biggest mistake of your life – and towards the right choices that will finally bring you the rewards you deserve.

**Love, Michelle**

"Visit me at WWW.MASTERPREDICTIONS.COM"

For entertainment purposes only.  18+

Artist: **3.6**   PAGE **64**

ATTACHMENT 2 P 4

**Preferred Client Benefits**
2545 E. Sunrise Blvd., #211
Ft. Lauderdale, FL 33304

```
PRE-SORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
SIOUX FALLS, SD
57101
PERMIT NO. 7624
```

*"I know there's likely an important decision you've been*
*struggling with recently...and some issues could be*
*resolved sooner than you think!*
*Possibly in the next 14 days."*
*Call our Free number today:  1-800-426-8914*

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

XHIBI **3·6**   PAGE **65**

ATTACHMENT 2 ⊃5

Theresa,

As you likely realized, the connection we enjoyed during your last reading was more intense than what we usually experience with most clients, I felt I needed to speak with you again ... to share information that could completely change your life.

Since time is so critical, it's important that you call within the next 14 days— Call 1-800-426-8914   This call is FREE!

So, please call before July 26th.  Theresa, I don't offer this special invitation to all my clients!  But because your circumstances are so urgent, I encourage you to call now!

Don't struggle through this alone, Theresa!  Let me use my natural powers to likely guide you away from what could be the biggest mistake of your life – and towards the right choices that will finally bring you the rewards you deserve.

Love, Michelle

"Visit me at WWW.MASTERPREDICTIONS.COM"

P003640819

For entertainment purposes only. 18+

EXHIBIT 3.6   PAGE 66

ATTACHMENT 2 p.6

XHIBIT **3.6** PAGE **67**



**PESA**
**Message Center**

**Notice**

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SIOUX FALLS, SD
PERMIT NO. 7624

Theresa, you have been sent this notice and
we suggest you act quickly.

There is important information you
should know at once.

Joyce Jillson

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

ԼllԼ..lll..lll..lll..ll.....ll..l.llll..l.l..ll..ll.l.l..ll.l.l.l

**ATTACHMENT** Z p 7

**MESSAGE CENTER**

Theresa, as soon as you receive this notice, please – call this FREE number at once: 1-800-463-7009

Theresa, I have an important message for you – about your future. You must hear the news.

I repeat: this is time sensitive. Especially if you are concerned about love, money or career.

July 25 is rapidly approaching – and I want you to have the news before that date. (You have very little time!)

I implore you, call this FREE number right now! To find out how, call 1-800-463-7009. (You can call anytime – 24 hours a day.)

You must hear your information. In fact, it's so important, I've arranged for you to speak person-to-person with a specially-gifted Master Psychic. So you can learn everything.

Theresa, I want you to be helped, right now.

Here is what you MUST do:
Call this special number **1-800-463-7009**
When you call give these special codes I've set up for you:
I.D.#100     PIN# 454029786

This call is FREE, so don't hesitate. Call 1-800-463-7009  You can't lose!

P003640819

Visit us at www.masterpredictions.com

Must be 18+. For entertainment purposes only.

NAME: Theresa Smith
I.D. NUMBER: 100.
PIN NUMBER: 454029786

FROM Joyce Jillson
Psychic Director

EXHIBIT **3.6**     PAGE **68**

ATTACHMENT **Z.28**

PRN

```
┌─────────────────────┐
│     PRE-SORTED      │
│ FIRST CLASS MAIL    │
│   U.S. POSTAGE      │
│      P A I D        │
│  SIOUX FALLS, SD    │
│       57101         │
│  PERMIT NO. 7624    │
└─────────────────────┘
```

PLEASE DON'T IGNORE THIS MESSAGE!   PLEASE READ THE
BACK OF THIS CARD -- IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH
HER PSYCHIC'S ADVICE!   COULD YOU BE NEXT?

URGENT:   CALL 1-800-494-3098 RIGHT AWAY. PLEASE
DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

ATTACHMENT 2 p9

EXHIBIT 3.6   PAGE 69

Dear Theresa:

This message is private and vitally important! The information I will give you during your reading can bring astonishing changes to your life! But you must call 1-800-494-3098 right away! THIS CALL IS FREE!

Theresa, I want great things for you, so please understand the importance that this message may bring. Could something important concerning MONEY or LOVE happen within the next few days? If so, you'll need to know what to do about your situation and possibly a certain person in your life! What we reveal may shock you, amaze you and make a huge impact upon your future!

Theresa, I am dedicated to helping deserving people like you, so please learn how to take advantage BY CALLING OUR FREE NUMBER. I sincerely want you to hear the news about your future! Call 1-800-494-3098 right now. This call is Free! Take control now! Make the call before this opportunity passes you by.

All my love, Michelle

"Visit me at WWW.MASTERPREDICTIONS.COM"
For entertainment purposes only. 18+

EXHIBIT 3.6 PAGE 70

ATTACHMENT 2 P 10

PRIOR TO SENDING: [ **VALIDATED** ]

**OPEN AT ONCE!**
**VERY PRIVATE AND CONFIDENTIAL**

```
PRESORTED
STANDARD
U.S. POSTAGE
PAID
SIOUX FALLS, SD
57101
PERMIT NO. 7624
```

**PRIVATE**
**INFORMATION FOR THE**
**RECEIVER ONLY**

**CONTACT,**
**CONTACT NUMBER**
**AND ENVELOPE**
**ARE**
**ENCLOSED**

EXHIBIT 36   PAGE 71

1138-OE

ATTACHMENT 2 P

ATTACHMENT 2 p 12

**THE OFFICE OF
PERSONAL ENRICHMENT
SOCIETY OF AMERICA**

---

SUMMARY: Message from
Joyce, Psychic Director
Personal Enrichment Society.
Dear Friend, this may be a
crucial time.
Call 1-800-463-0404 right away. Please don't wait, your opportunity
may peak very soon.

**RESPONSE REQUIRED BY:**

July 31, 2000

PRIORITY CORRESPONDENCE FROM:

JOYCE JILLSON,
PSYCHIC DIRECTOR

EXHIBIT 3.6    PAGE 72



Three of Pentacles - 06



The Fool - 15



Ten of Swords - 03



The King of Wands - 02

EXHIBIT 3.6   PAGE 73

ATTACHMENT 2 p 13

**Tarot Card
Number 06**

**Tarot Card
Number 15**

**Tarot Card
Number 03**

**Tarot Card
Number 02**

EXHIBIT 3.6    PAGE 74

ATTACHMENT 2 p.14

This file has been prepared for completion of your personal advisement and all related information provided by and through our office.  Please do not alter or change any of the information until you have spoken with an advisor of whom will make any necessary changes and/or alterations.  This information is confidential and will be added to your file.

FILE NUMBER: **0330672-01**

EVALUATION OF: **Theresa Smith**

LOCATION: **PO Box 2093**
**Topeka KS 66601-2093**



CONTACT: **Joyce Jillson**

CONTACT NUMBER: **1-800-421-4509**

CARDS: **ISSUED**

STATUS: **\*\*CONFIRMED\*\***

1138 - LTR

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

My Dear Theresa Smith:

It's a lucky thing I'm able to reach you.

Theresa, I have some important Tarot information for you.  It's about the future and the cards dealt in your enclosed envelope.

Yes -- could money, love or career be involved?

As a psychic, I want to hear from you as soon as possible.  In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

CALL THIS NUMBER NOW: -- 1-800-421-4509 -- this call is free!

Listen.  Because I want to be in contact with you regarding your Tarot Cards, be sure to call now.  Don't miss this opportunity.  Time is passing quickly.

Here's what I ask you to do right now:

CALL THIS NUMBER: -- 1-800-421-4509 -- THIS call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes:
    --LIST ID# 100
    --PERSONAL PIN# 462048323

(Do not let anyone have these numbers -- they are _for you_.)

Call right now.  We'll guide you to revelations regarding the future.

Remember -- take action fast.  Call right now, 1-800-421-4509 -- THIS CALL IS FREE!

With the power of love,

Joyce Jillson
Psychic Director

\*If you decide not to call, I wouldn't advise you opening the envelope to look at your Cards.  This would tend to confuse you -- and being an amateur Tarot reader at best -- you'd get the wrong idea for what you thought you " saw" in each Tarot picture, possibly causing ill-informed life decisions.  (" A little knowledge is a dangerous thing" , observed a famed philosopher.)

Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.
Visit us at www.masterpredictions.com                Must be 18+. For Entertainment Only.

ATTACHMENT 2 p.15

EXHIBIT 3.6   PAGE 75   KS AG0000015



_Jenni Sinclair_



PRESORTED
STANDARD
U.S. POSTAGE
PAID
SIOUX FALLS, SD
PERMIT NO. 7824

**ATTACHMENT** 2 p16

EXHIBIT 3.6   PAGE 76



EXHIBIT 3. 6 PAGE 77

ATTACHMENT 2 ρ 17



*Don't let True Romance pass you by...*

*If you're an old-fashioned romantic...someone who believes in lasting and meaningful love...then it's time you found your mate!  As your Psychic Love Expert, I'll use my powers to guide you toward the sweet romance you've been waiting for.  Call me today at 1-800-419-4917 and I'll guide you to FREE Love Advice!  You're under no obligation. This call won't cost you a penny. You have nothing to lose. Don't let the love of your life pass you by. You deserve to experience the love so many other people have. Pick up the phone today!*

*-With Love and Light,  Ms. Alycia*

*Call within 15 Days... Don't let love pass you by.*

For entertainment purposes only. Must be 18 +

EXHIBIT 36 PAGE 78

**Worried?**          **Stressed Out?**          **Lonely?**

Theresa, if you answered YES to even one of these questions you must read on...

Theresa Smith
PO Box 2093
Topeka KS 66601-2093
||ll||||l|||ll|||ll|||||ll|l|lll||l|l|||ll|l|l|||ll|l|l|l|

Living in these modern times, most people have come to accept their way of life, including all the worry, stress, and loneliness that come with it. Most people don't realize they have the power to take control of their life and help direct their future. YOU DO!

Theresa, I want to help you do it.

My name is Jenni and I am a world famous psychic astrologer. You may have seen me on Jerry, Montel or Sally Jesse's show. Maybe you have read my predictions in Cosmo, Glamour or other magazines. I've assisted numerous police departments solve missing persons cases. I've taught seminars and workshops. My life's work has been to use my divine-given talent to assist people just like you Theresa.

*Theresa I am begging you, if you feel overwhelmed by stress, worry, loneliness or just plain exasperation, please call. I, or one of my peers, will listen to you, discuss your life, and with your assistance, advise you how you can change what may occur in the future. But, the first step is up to you Theresa.*

Call 1-800-223-1664 now. This toll-free number will provide you with information, and without obligation, about how you can talk to us any time – day or night.

Thousands of people, regard myself and my fellow psychics, astrologers and tarot card readers as the most accurate experts of our time. We take our profession seriously and realize that only a few people are given the miracle of clairvoyance. We dedicate ourselves to counseling every person who makes an effort to reach out to us. We help everyone, Theresa, to fulfill his or her potential.

Theresa to help organize your thoughts, it will be helpful to make a list of questions before you call. Be prepared to tell us about the stress, worry or loneliness in your life. Then feel free to ask us about opportunities involving romance, money, relationships, travel, or anything else that's on your mind.

Why suffer with stress and worry alone, call us toll-free at 1-800-223-1664 today and let's start the process that may lead to a stronger well being for Theresa.

My Heartfelt Wishes,

*Jenni Sinclair*

P.S. Theresa remember, we are here for you 24 hours a day – 7 days a week.

For entertainment purposes only. Must be at least 18. Visit us at www.masterpredictions.com
Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.

ATTACHMENT

EXHIBIT *3.6* PAGE *79*



PRESORTED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
57101
PERMIT NO. 7624

PERSONAL AND CONFIDENTIAL

FOR SPECIAL INTERNAL USE ONLY

APPROVED ON: TUE. 12:22 PM   BY:

RELEASED ON: THUR. 9:45 AM   BY: JB

[√] CONFIDENTIAL SELECTION   [√] AFFIDAVIT OF ELIGIBILITY

WARNING: $2,000.00 FINE AND/
OR 5 YEARS IMPRISONMENT
for any person who tampers with or
obstructs delivery of mail intended
for addressee, or violates U.S. Code
Title 18, Sec. 1702

ATTACHMENT 2 p20

EXHIBIT 3.6   PAGE 80

## COULD SOMETHING IMPORTANT
## CONCERNING MONEY OR LOVE HAPPEN
## WITHIN THE NEXT 10 – 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE!   PLEASE READ THE
BACK OF THIS CARD – IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER
PSYCHIC'S ADVICE!   COULD <u>YOU</u> BE NEXT?

URGENT:   CALL 1-800-554-2490 RIGHT AWAY.   PLEASE
DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

ATTACHMENT 2 p 21

EXHIBIT 3.6 PAGE 81

EXHIBIT **3.6**   PAGE **82**

Dear Friend:

      This message is private and vitally important! The information I will give you during your **reading can bring astonishing changes to your life!** But you must call **1-800-554-2490** right away!  **THIS CALL IS FREE!**

      **I want great things for you, so please understand the urgency of this message.  Could something important concerning MONEY or LOVE happen within the next 10 to 15 days?  What we reveal may shock you, amaze you and make a huge impact upon your future!**

      I sincerely want you to hear the news about your future!  Call 1-800-554-2490 right now.  This call is Free!

                             **All my love, Michelle**

"Visit me at WWW.MASTERPREDICTIONS.COM"        For entertainment only. Must be 18+.



# CONFIDENTIAL MEMO

## DEPARTMENT OF CLAIRVOYANTS
### MEMO FROM THE DESK OF JOYCE JILLSON

**CONFIDENTIAL MEMO**
FROM THE DESK OF

*Joyce Jillson*

CHIEF PSYCHIC

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

## MON. 10:43 AM

**Dear Theresa:** I may have <u>very important news</u> concerning your future.

You may or may not know me, Theresa. My name is Joyce Jillson, and I'm a world famous master psychic. And right now, instincts are telling us three very important things that may likely have a major impact for Theresa Smith PO Box 2093 in KS. These may include:

**#1. Theresa Smith's Financial Situation May Change Very Soon:**
Theresa, your financial future may be about to change in a big way. Because there are so many big lottery and sweepstakes prizes being won every day, we can't help but wonder if you're about to win a big lottery prize? Perhaps our psychic ability can help you win?

The figures $102,000.00 and $357,500.00 is very interesting to me. It keeps popping into my head. Is that the amount of a check that may be about to be written, possibly to Theresa Smith PO Box 2093 in KS???. We'd definitely like to look into this further when we speak with you.

**#2. Theresa Smith May Have a Secret Admirer:**
We definitely think there's a possibility that you may have a secret admirer right there in KS who you don't even know about. This person may be very close to you and you have no idea how they really feel about you.

Theresa, no matter what, we definitely feel there's a big potential. It is even possible to have a very, very, active romantic life in the next few months.

And by the way, if you do have a secret admirer, I'm sure you'll be very surprised when you find out who it is!!! (I recommend that if you're married now, you may not want to tell your spouse about this letter!!!).

**#3 Theresa Smith, Someone May Be Talking About You Behind Your Back:**
Theresa, this part is not such good news. We think the possibility exists that someone very close to you may be talking behind your back. Theresa, we believe that if this is happening to you, we can find out who it is and we can likely get that person to stop. Theresa, you don't deserve to have people talk behind your back and we want to put a stop to it as quickly as possible.

Theresa, we want to talk to you about all these things right away. If you want to know if we can help you win a lottery, possibly $102,000.00 or more, if you want to know about a possible secret admirer, or ATTACHMENT alking behind your back, then you must contact us now.

EXHIBIT 3.6  PAGE 83

ATTACHMENT 2 p 24



**OFFICIAL NOTIFICATION CENTER**
2645 East Sunrise Boulevard / Suite 211
Ft. Lauderdale, Florida 33304

Main Information Office
Prepared Redemption Voucher For Receiver
File and Record I.D. 0551402

**URGENT**

**URGENT TO REPLY WITHIN 30 DAYS**

The Confidential Affair of

PERSONAL/INTERNAL
SELECTION LIMIT
URGENT YOU REPLY
WITHIN 30 DAYS FOR
MAXIMUM BENEFITS

EXHIBIT 36 PAGE 84



ATTACHMENT 2 p25

EXHIBIT 3-6   PAGE 85



EXHIBIT 3.6   PAGE 86

ATTACHMENT 2 p 26

KS AG0000026

**OFFICIAL GIFT CENTER**
2545 East Sunrise Boulevard, Suite 211
Ft. Lauderdale, Florida 33304

# GIFT CERTIFICATE

**REDEMPTION NUMBER**
**0551401**

VALID ONLY IN NETWORK
TALK-TIME

July 7, 2000

**SUM OF TWENTY FOUR DOLLARS AND SEVENTY FIVE CENTS.....$24.75**

**Reserved Gift for:**
Theresa Smith
PO Box 2093
Topeka KS 66601-2093

Authorized Signature

Ibl-Ub2-59.88:-ou812:-0551402.

▲ Please Detach Here ▲

Ibl-Ub2-59.88:-ou812:-0551402.

Dear Theresa:

An astonishing breakthrough has taken place that few people know about.

As a part of a huge, national publicity campaign, Psychic Talk USA is offering the best FREE psychic offer in history. Only a select few have been given the opportunity to speak to a master psychic—for almost $25.00 worth of free time without ever having to pay a cent! It is a little-known secret that these "special" Psychic Talk USA numbers tell people how to speak directly to some of the most experienced and talented psychics in the world but what is even more amazing is that you are also granted the ability to try almost $25 worth of Free Time all in one call.

**It has never been so easy to speak to a powerful master psychic.**

Theresa, right now, there is nothing preventing you from taking advantage of this incredible "FREE" offer. This means that if you dial one of these special numbers *you too* will immediately be told how to receive almost $25.00 worth of time TOTALLY FREE OF CHARGE – Psychic Talk USA will pay the cost.

**Many have been fortunate enough to experience The Psychic Talk USA phenomenon:**

"It brought tears to my eyes!"… "...the best in the world"… "I won $1,600.00!"… "Finally someone found the right people"… "it changed my entire life"…and "She knew everything about me and all I told her was my name and date of birth". Now you too, Theresa, have an EXCLUSIVE opportunity to enjoy the same benefits from Psychic Talk USA.

Theresa, to find out how easy it is for you to speak directly with a Psychic Talk USA master psychic and redeem your specially reserved Gift Certificate, call the following FREE number and you will be guided – *QUICKLY!!!*

ATTACHMENT 2>27

## 1-800-799-2615
## This is a FREE call.

It is as simple as dialing the "special" number above. We want to make sure that you receive the kind of ⸻ ⸻ guidance you deserve and desire so we have given you a HUGE amount of FREE time so

EXHIBIT 3.6 PAGE 87





PRESORTED
STANDARD
U.S. POSTAGE
PAID
SIOUX FALLS, SD
PERMIT NO. 7624

ATTACHMENT 2,28

EXHIBIT 3.6 PAGE 88



ATTACHMENT 2 ⊃ 29

EXHIBIT 3.6   PAGE 89

**Jenni Sinclair**

MASTER PSYCHIC
NUMEROLOGIST
TAROT READER
CLAIRVOYANT

28 YEARS OF
PSYCHIC
EXPERIENCE

SEEN ON TV
DURING:
Sally Jesse Raphael
Montel Williams
Jerry Springer
NBC
ABC
CBS

APPEARED IN
MAGAZINES:
Cosmopolitan
Dell Horoscope
Horoscope Magazine
Glamour
Soap Opera Digest

COUNSELOR TO:
Well known lawyers
Executives
Politicians

PSYCHIC
CRIMINOLOGIST:
Helped police solve
homicide & missing
person cases.

TEACHER AND
WORKSHOP LEADER

WRITER OF
PREDICTIONS:
For several national
Magazines.

*Dear Theresa, everything is about to "click" for you.*

Based on my vast experience in clairvoyant affairs I believe beginning on July 21, 2000 could mark a new beginning in your life. Yes 45 days of Good Fortune could be ready to begin.

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

Be prepared to sense a rush of energy soon after this date..July 21, 2000

*Please contact us for details about a free reading that will get you prepared for this major opportunity!*

Please write down this date:  July 21, 2000. This could be the beginning of a new start that could be so stunning that you will not recognize your old life.

Dear Theresa;

I'm so excited that I am having trouble sleeping. Last night I was up to 3:30AM literally shaking with anticipation. This date, I feel, may be extremely rare and could be the best opportunity for change that may ever exist. I'm certain you know the feeling of such anticipation.

Please listen very closely since it is so important, love, money matters, and security may be about to enter your life in a very big way. I can't say much more now..but I can reveal much more when you call. Call my free number to learn more without any obligation. 1-800-444-9547.

I'm writing quickly so I do not leave anything out. The planets, destiny, the intense nature of the last reading, everything is all coming together. This may be bigger than anything I have experienced before..it may be more like a miracle of clairvoyant opportunity.

I am so happy about this. But you must be asking how I could know all this. My name is Jenni and I am a psychic numerologist to the stars. I have been seen on NBC, ABC, CBS and countless magazines. Thousands of people bear testimony to the power of predictions. I attribute my gift to God and I love to help people attain happiness and money. Many people claim I, and my associates are the most accurate prediction specialists of our time. Please call my free number 1-800-444-9547 for details on a free reading without any obligation.

EXHIBIT 3.6  PAGE 90

ATTACHMENT 2 P30

Pay as little as $1.99 per minute.  Special credit card offers: call 1-800-859-2880
For entertainment purposes only.  Must be at least 18.  Visit us at www.masterpredictions.com

I am not bragging, I just want you to know my past so you will believe, and make the most of your 45 days of good fortune.

### It all could start on July 21, 2000

I have had over 25 years experience in psychic prediction and my strong vision about the future figuratively, not literally, jumped off the sheet. I know something grand could be about to happen. Be prepared. The great news is that you will likely love what I saw. But what concerns me is that you may not know how to benefit from this remarkable time in your life.

*How lucky I was to see this!*

Theresa, it's as if God painted a picture of future happiness. People filled with happy thoughts, enjoying life to its fullest. I see the center of this marvelous scene.

But I'm not trying to convince you of anything-you either believe me_or you don't. I was put on this earth to help. Because I want you to benefit I have provided you with my toll free phone number. Please call. There is no obligation. When you call you will be given a number to receive a free introductory reading. Please call right now to learn more. Call 1-800-444-9547. This number is free to call.

I have also helped many others. My clients include professionals and famous personalities from all over the world.

Theresa, please believe me. This occurrence may be about to begin. We must prepare.

Call today!

*Jenni Sinclair*

Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880
For entertainment purposes only. Must be at least 18. Visit us at www.masterpredictions.com

ATTACHMENT Z p 31

EXHIBIT *3.6* PAGE *91*

PRESORTED
STANDARD
U.S. POSTAGE
PAID
SIOUX FALLS, SD
PERMIT NO. 7624

Very private and confidential!

**ATTACHMENT** 2.232

3.6   PAGE 92

Dear Friend:

This message is private and vitally important! The information I will give you during your **reading can bring astonishing changes to your life!** But you must call 1-800-421-3865 right away! **THIS CALL IS FREE!**

**I want great things for you, so please understand the urgency of this message.** Could something important concerning MONEY or LOVE happen within the next 10 to 15 days? **What we reveal may shock you, amaze you and make a huge impact upon your future!**

I sincerely want you to hear the news about your future! Call 1-800-421-3865 right now. This call is Free!

**All my love, Michelle**

"Visit me at WWW.MASTERPREDICTIONS.COM"                    For entertainment only. Must be 18+.

ATTACHMENT 2 p33

EXHIBIT 3.6   PAGE 93

## COULD SOMETHING IMPORTANT
## CONCERNING MONEY OR LOVE HAPPEN
## WITHIN THE NEXT 10 — 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE!   PLEASE READ THE
BACK OF THIS CARD — IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER
PSYCHIC'S ADVICE!   COULD YOU BE NEXT?

URGENT:   CALL 1-800-421-3865 RIGHT AWAY.   PLEASE
DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

EXHIBIT 3. 6   PAGE 94

ATTACHMENT 2 ≳ 34









EXHIBIT **3.6** PAGE **25**

ATTACHMENT Z p35

Tarot Card
Number 10

Tarot Card
Number 25

Tarot Card
Number 14

Tarot Card
Number 01

EXHIBIT 3.6 PAGE 96

ATTACHMENT Z-236



Friday
July 7, 2000

|.ll...ll...ll.,ll.....ll.,l.lll...l.l....ll.l.l....ll.l.l.l
Theresa Smith
PO Box 2093
Topeka KS 66601-2093

My Dear Theresa Smith:

It's a lucky thing I'm able to reach you.
Theresa Smith, I've got some important Tarot information for you. It's about the future and the cards dealt in your enclosed envelope.

Yes – could love, money or career be involved?

As a psychic, I want to hear from you as soon as possible. In fact, I believe it's so important that I'm going to give you the chance to find out about your Psychic Tarot Cards, anytime day or night.

I'm going to give you an 800 number you can call right now to get you started.

Call this number now: 1-800-421-0895 – This call is FREE!

Listen. Because I want to be in contact with you regarding your Tarot Cards, be sure to call now. Don't miss this opportunity. Time is passing quickly.

Here's what I ask you to do right now:
Call this number: 1-800-421-0895 – This call is FREE!

(Since your Tarot information is so private and important, it should be revealed to you only on your home phone.)

When you call, give your birth date and these special codes I've set up for you.

-Theresa Smith, LIST ID# 100
-Personal PIN# 440710580

(Do not let anyone have these numbers – they are for you.)

Call right now. We'll guide you to revelations regarding the future.

Remember – take action fast.

Call right now!  1-800-421-0895 – THIS CALL IS FREE!

With the power of love,

*Joyce Jillson*

Joyce Jillson
Psychic Director

* If you decide not to call, I wouldn't advise opening the envelope to
look at your Cards. This would tend to confuse you – and being an amateur
Tarot reader at best – you'd get the wrong idea for what you thought you "saw"
in each Tarot picture, possibly causing ill-informed life decisions. ("A little
knowledge is a dangerous thing", observed a famed philosopher.)

Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.

Visit us at www.masterpredictions.com.          Must be 18+. For entertainment purposes only.

EXHIBIT 3.6  PAGE 97

ATTACHMENT



Circle Of Light
2545 East Sunrise Blvd. # 211
Ft. Lauderdale, Fl 33304

A Very personal and private message enclosed!

PRESORTED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
PERMIT NO. 7624

EXHIBIT 3.6   PAGE 98

ATTACHMENT 2438

Dear Friend:

This message is private and vitally important! The information I will give you during **your reading can bring astonishing changes to your life!** But you must call 1-800-233-1446 right away! **THIS CALL IS FREE!**

**I want great things for you, so please understand the urgency of this message.  Could something important concerning MONEY or LOVE happen within the next 10 to 15 days?  What we reveal may shock you, amaze you and make a huge impact upon your future!**

I sincerely want you to hear the news about your future!  Call 1-800-233-1446 right now.  This call is Free!

**All my love, Michelle**

"Visit me at WWW.MASTERPREDICTIONS.COM"                     For entertainment only. Must be 18+.

EXHIBIT **3.6**   PAGE **99**

ATTACHMENT 2 >39

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 – 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE!  PLEASE READ THE BACK OF THIS CARD – IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE!  COULD YOU BE NEXT?

URGENT:  CALL 1-800-233-1446 RIGHT AWAY.  PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

ATTACHMENT 2,340

EXHIBIT 3.6   PAGE 100









3.6   PAGE 101

ATTACHMENT 2 p 41









ATTACHMENT 2 p. 42

EXHIBIT 3.6 PAGE 102

KS AG0000043



**Circle Of Light**

Dear Theresa,

I need to speak to you at once! I may have information regarding a situation that could significantly change your life!

Enclosed in the sealed envelope are four randomly selected cards from a very powerful Tarot Deck. **These cards are for you exclusively - they are your cards, Friend!**

*These cards must be interpreted. Theresa, please do not open them until you call.*

With more than 22 years of Tarot experience, I have witnessed amazing changes. I want to see these cards and their message bring light to your life today – right now.

> ## Call this special toll-free number now!
> ## 1-800-239-5659

Theresa, please protect these cards and only share them with a qualified Tarot reader. Do not underestimate their powers – they can help in producing an extremely clear vision of what lies ahead for you.

I want an opportunity to make these cards work for you, to answer questions, predict your future, and change your life. As an expert in this Ancient Oracle, I will tell you everything you should know and what your cards will reveal:



**WARNING DO NOT OPEN THE SEALED ENVELOPE ★ UNTIL YOU CALL ME ★**

★ **Money Matters and Financial Gains.**
★ **Your Romantic Encounters.**
★ **Your Happiness and Well Being.**
★ **How to Avoid Costly Mistakes.**

Friend, call us toll-free at **1-800-239-5659**.
Please don't hesitate to call. We're here for you – days, nights, and weekends.

With My Very Best
Wishes For You Always,

*Michelle A. Barry*

For entertainment purposes only. Must be 18+  "Visit me at WWW.MASTERPREDICTIONS.COM"
Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.

ATTACHMENT 2 p-43

EXHIBIT 3.6  PAGE 103

KS-AG0000043





DO NOT OPEN THE
SEALED ENVELOPE
UNTIL YOU CALL ME

A Very personal and private message enclosed!

Circle Of Light
Seal



Theresa Smith
PO Box 2093
Topeka KS 66601-2093

EXHIBIT 3.6   PAGE 104

ATTACHMENT 2 p45



*Spiritual Mission Group*

2545 East Sunrise Boulevard, Suite 211
Ft. Lauderdale, Florida 33304

PRESORTED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
PERMIT NO.7624

**The Confidential Affair of:**

EXHIBIT 3.6 PAGE 105

**THE OFFICE OF
PERSONAL ENRICHMENT
SOCIETY OF AMERICA**

**RESPONSE REQUIRED BY:**

August 9, 2000

SUMMARY: Message from
Joyce, Psychic Director
Personal Enrichment Society.
Dear Friend, this may be a
crucial time.
Call 1-800-469-2833 right away. Please don't wait, your
opportunity may peak very soon.

**PRIORITY CORRESPONDENCE FROM:**

JOYCE JILLSON,
PSYCHIC DIRECTOR

EXHIBIT **3.6** PAGE **106**

ATTACHMENT 2 p46

**Dear friend, as soon as you receive this notice,
please call this FREE number at once:
1-800-469-2833**

I have an important message for you – about your future.  You must hear the news.

I repeat: this is time sensitive.  Especially if you are concerned about love, money or career.

August 9 is rapidly approaching – and I want you to have the news before that date.  (You have very little time!)

I implore you, call this FREE number right now!  To find out how, call 1-800-469-2833.  (You can call anytime – 24 hours a day.)

You must hear your information.  In fact, it's so important, I've arranged for you to speak person-to-person with a specially-gifted Master Psychic.  So you can learn everything.  Call 1-800-469-2833.  This call is **FREE!**

Visit us at www.masterpredictions.com   Must be 18+.  For entertainment purposes only.

ATTACHMENT 2 p47

EXHIBIT 3.6   PAGE 107

KS AG0000047

# The Spiritual Mission Group



Dear Theresa,

I am among a humble group of people who have been blessed by the good Lord with a very RARE and strong gift of psychic ability. I feel God has called me to help lead lonely people to love.

Imagine what your life could be like if you always felt the magic power of True Love. As if you were constantly surrounded by a warm white light. Safe. Protected. Totally happy. Free of all anxieties that right now may be wearing you down. Child, I promise I can help you embrace this warm and wondrous light.

How do you know I am not a fake? Theresa Smith, I want you to give me just one chance. ONE. All you have to do is take a deep breath, relax and call my FREE number.

1-800-799-3765. If you reach a busy signal, please be patient. We are only a very small group and there are so many people in need.

I will tell you everything you wish to know without you asking any questions. Theresa Smith, very quickly, I will tap into the energy of your aura, capture a vision and guide you step-by-step to all you so deserve. And, My Child, I have never been known to fail!

Please, I believe this one totally FREE phone call could change your whole entire life! I will explain your past and convince you of the future.

Again, Theresa, I ask only that you allow me ONE chance! Make this ONE FREE PHONE CALL and find out how easy it is to speak directly to one who truly cares and has the God-given ability to help.

Blessings To You My Child!
Now and Always,

Angela

Theresa Smith
PO Box 2093
Topeka KS 66601-2093
|..||...||...||...||.....||..|.|||..|.|...||.|.|....||.|.|.|

Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.

Visit us at www.masterpredictions.com

For entertainment purposes only. Must be 18 +.

ATTACHMENT Z048

EXHIBIT 3.6 PAGE 108



OFFICIAL NOTIFICATION CENTER
2240 East Sunrise Boulevard, Suite 411
Ft Lauderdale, Florida 33304

Main Information Office
Prepared Redemption Voucher For Receiver
File and Record I.D. 0551402

**URGENT**

**URGENT TO REPLY WITHIN 30 DAYS**

The Confidential Affair of:

PERSONAL INTERNAL
SELECTION LIMIT
URGENT YOU REPLY
WITHIN 30 DAYS FOR
MAXIMUM BENEFITS

PERSONALIZED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
PERMIT NO. 724

EXHIBIT 3.6 PAGE 109

KS AG0000049

ATTACHMENT 2 p46

ATTACHMENT 2 pg 3

KS AG0000050

EXHIBIT 3.6   PAGE 110



Case 0:02-cv-6026-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 311 of 432

# Don't let True Romance pass you by...

*If you're an old-fashioned romantic...someone who believes in lasting and meaningful love...then it's time you found your mate! As your Psychic Love Expert, I'll use my powers to guide you toward the sweet romance you've been waiting for. Call me today at 1-800-799-2688 and I'll guide you to FREE Love Advice! You're under no obligation. This call won't cost you a penny. You have nothing to lose. Don't let the love of your life pass you by. You deserve to experience the love so many other people have. Pick up the phone today!*

*-With Love and Light, Ms. Alycia*

**Call within 15 Days... Don't let love pass you by.**

For entertainment purposes only. Must be 18 +.

KS AG0000051

ATTACHMENT 2051



**OFFICIAL GIFT CENTER**
2545 East Sunrise Boulevard, Suite 211
Ft. Lauderdale, Florida 33304

# GIFT CERTIFICATE

**REDEMPTION NUMBER**
**0551401**

VALID ONLY IN NETWORK
TALK TIME

July 21, 2000

**SUM OF TWENTY FOUR DOLLARS AND SEVENTY FIVE CENTS.....$24.75**

Reserved Gift for :
Theresa Smith
PO Box 2093
Topeka KS 66601-2093

*Authorized Signature*

Ib1-Ub2-59.88:-0u8i2:-0551402•

▲ Please Detach Here ▲

Ib1-Ub2-59.88:-0u8i2:-0551402•

Dear Theresa:

An astonishing breakthrough has taken place that few people know about.

As a part of a huge, national publicity campaign, Psychic Talk USA is offering the best FREE psychic offer in history. Only a select few have been given the opportunity to speak to a master psychic—for almost $25.00 worth of free time without ever having to pay a cent! It is a little-known secret that these "special" Psychic Talk USA numbers tell people how to speak directly to some of the most experienced and talented psychics in the world but what is even more amazing is that you are also granted the ability to try almost $25 worth of Free Time all in one call.

**It has never been so easy to speak to a powerful master psychic.**

Theresa, right now, there is nothing preventing you from taking advantage of this incredible "FREE" offer. This means that if you dial one of these special numbers *you too* will immediately be told how to receive almost $25.00 worth of time TOTALLY FREE OF CHARGE – Psychic Talk USA will pay the cost.

**Many have been fortunate enough to experience The Psychic Talk USA phenomenon:**

"It brought tears to my eyes!"... "...the best in the world"... "I won $1,600.00!"... "Finally someone found the right people"... "it changed my entire life"...and "She knew everything about me and all I told her was my name and date of birth". Now you too, Theresa, have an EXCLUSIVE opportunity to enjoy the same benefits from Psychic Talk USA.

Theresa, to find out how easy it is for you to speak directly with a Psychic Talk USA master psychic and redeem your specially reserved Gift Certificate, call the following FREE number and you will be guided – *QUICKLY!!!*

# 1-800-832-0953
# This is a FREE call.

It is as simple as dialing the "special" number above. We want to make sure that you receive the kind of detailed, deep guidance you deserve and desire so we have given you a HUGE amount of FREE time so that you can take full advantage, but I must advise you to act fast – this breakthrough offer may only be offered for a very limited time.

**This has never been done before!** Psychic Talk USA wants to offer you a chance to get nearly $25.00 worth of FREE Psychic Talk Time. You are under no obligation at all!!!

Some who have taken advantage of this incredible FREE offer have noted life-changing experiences.

**Remember, Psychic Talk is America's most incredible group of Psychics. Every caller will get almost $25.00 worth of totally FREE Psychic Talk time without ever having to pay anything to anyone!!**

Theresa, everything depends on you now. This offer was made with you in mind – please don't let this opportunity pass you by!

Sincerely,

NANCY ROONEY
Master Psychic

Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.
Visit me at www.masterpredictions.com
For entertainment purposes only. Must be 18 +

KS AG0000052

ATTACHMENT 2

3.6 PAGE 1/2



Circle Of Light
2545 East Sunrise Blvd. # 211
Ft. Lauderdale, Fl 33304

A Very personal and private message enclosed!

PRESORTED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
PERMIT NO. 7624

EXHIBIT 3.6   PAGE 113

ATTACHMENT 2053

KS AG0000053

## SOMETHING EXTREMELY IMPORTANT COULD HAPPEN
## WITHIN THE NEXT 7 TO 14 DAYS!
### Will you be prepared?

**Please <u>don't ignore this message!</u>**  You must read the other side of
This card – **NOW.**  It could change everything.

*One caller claims to have won $27,000 after talking with her psychic.
It could be you next time.  Why wait?*

I urge you to call **1-800-382-4885** immediately so you'll be ready for
this exciting possible opportunity.

For entertainment only.  Must be 18+.  Visit us at <u>www.masterprediction.com</u>

EXHIBIT **3.6**   PAGE **114**

ATTACHMENT 2 p54

KS AG0000054

Dear Friend:

**This message could be vitally important for you!**
The information you'll receive during your reading could bring astounding changes to your life.  But the only way you'll be ready for these events is by calling **toll-free 1-800-382-4885** today.

We want great things for you, so please understand why your immediate response is so urgent.  **Something concerning MONEY or RELATIONSHIPS could occur shortly, in fact in the next 7 to 14 days.**  I need for you to be prepared to face what your future may hold.

*PLEASE*, make this **FREE** call 1-800-382-4885 right now!

My very best Wishes,

Michelle

**ATTACHMENT 2 p55**

EXHIBIT **3.6**   PAGE **115**

KS AG0000055



**Circle Of Light**

Dear Theresa,

I need to speak to you at once! I may have information regarding a situation that could significantly change your life!

Enclosed in the sealed envelope are four randomly selected cards from a very powerful Tarot Deck. **These cards are for you exclusively - they are your cards, Theresa!**

*These cards must be interpreted. Theresa, please do not open them until you call.*

With more than 22 years of Tarot experience, I have witnessed amazing changes. I want to see these cards and their message bring light to your life today – right now.

> # Call this special toll-free number now!
> # 1-800-224-2458

Theresa, please protect these cards and only share them with a qualified Tarot reader. Do not underestimate their powers – they can help in producing an extremely clear vision of what lies ahead for you.

I want an opportunity to make these cards work for you, to answer questions, predict your future, and change your life. As an expert in this Ancient Oracle, I will tell you everything you should know and what your cards will reveal:



**WARNING DO NOT OPEN THE SEALED ENVELOPE ★ UNTIL YOU CALL ME ★**

★ **Money Matters and Financial Gains.**
★ **Your Romantic Encounters.**
★ **Your Happiness and Well Being.**
★ **How to Avoid Costly Mistakes.**

Theresa, call us toll-free at **1-800-224-2458.**
Please don't hesitate to call. We're here for you – days, nights, and weekends.

With My Very Best
Wishes For You Always,

*Michelle A. Berry*

For entertainment purposes only. Must be 18+  "Visit me at WWW.MASTERPREDICTIONS.COM"
Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.

ATTACHMENT 2 p 56

EXHIBIT 3.6   PAGE 116

KS AG0000056





A Very personal and private message enclosed!

Circle Of Light
Seal



ATTACHMENT 2 p 57

Theresa Smith
PO Box 2093
Topeka KS 66601-2093          3.6    PAGE 117

KS AG0000057



**The Tower**



**The Fool**



**The Emperor**



**Temperance**

3.6   PAGE 118









EXHIBIT 3.6    PAGE 119

ATTACHMENT 2 p59

From The Desk Of
Bo Griffin

May all your Hopes and Dreams come true! — Bo Griffin

PRESORTED
STANDARD
U.S. POSTAGE PAID
SIOUX FALLS, SD
57101
PERMIT NO. 7624

3.6   120

ATTACHMENT 2 p 60

KS AG0000060

## COULD SOMETHING IMPORTANT CONCERNING MONEY OR LOVE HAPPEN WITHIN THE NEXT 10 – 15 DAYS?

PLEASE DON'T IGNORE THIS MESSAGE! PLEASE READ THE BACK OF THIS CARD – IT COULD CHANGE EVERYTHING!

ONE CALLER CLAIMS TO HAVE WON $27,000 WITH HER PSYCHIC'S ADVICE! COULD YOU BE NEXT?

URGENT: CALL 1-800-511-7132 RIGHT AWAY. PLEASE DON'T WAIT, YOUR OPPORTUNITY MAY PEAK VERY SOON!

EXHIBIT 3.6 PAGE 121

ATTACHMENT 2 p 61

KS AG0000061

EXHIBIT 3.6   PAGE 122

Dear Friend:

This message is private and vitally important! The information I will give you during your reading can bring astonishing changes to your life! But you must call 1-800-511-7132 right away! **THIS CALL IS FREE!**

I want great things for you, so please understand the urgency of this message. Could something important concerning **MONEY** or **LOVE** happen within the next 10 to 15 days? What we reveal may shock you, amaze you and make a huge impact upon your future!

I sincerely want you to hear the news about your future! Call 1-800-511-7132 right now. This call is Free!

**All my love, Michelle**

"Visit me at WWW.MASTERPREDICTIONS.COM"         For entertainment only. Must be 18+.

ATTACHMENT 2 p 62

KS AG0000062



*From The Desk Of*
*Bo Griffin*



URGENT:    THE INFORMATION BELOW IS PERSONAL AND CONFIDENTIAL –
PLEASE READ ON

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

**BO GRIFFIN –
NATIONALLY ACCLAIMED,
HOST OF THE PSYCHIC
READERS NETWORK**

Bo Griffin is a living legend.
By far the most popular
and most trusted Psychic host
in America.

Bo Griffin's television appearances
as a psychic arbitrator are virtually
on every major broadcast network
every single day.

I am so glad I was able to contact you.

I am writing to you because Jenni Sinclair, one of America's very best
psychics, just called my studio to tell me about a dream she had last
night. The incredible thing is that the dream she had last night was all
about YOU!!!

She asked me to contact you immediately and tell you that she needs to
talk to you right away about something very important. She says that in
the next 14 days something very major could happen in your life!!!

THERESA, PLEASE CALL RIGHT NOW:  1-800-587-9162.  THIS CALL IS 100% FREE.

THERE IS NO RISK AND NO OBLIGATION AT ALL.

I can't tell you too much here, but I will say that the things she told me
About you literally amazed me. There may be so many wonderful things coming
into your life very soon. I wish I could be in your shoes. You are a very
lucky person!!!

Her long list of TV appearances
on Major Networks include: **ABC,
CBS, NBC, UPN, FOX, THE W.B.**
and many Cable Access Networks.
including countless other televised
broadcasts.

Theresa, I have never heard Jenni so excited. She was literally overwhelmed
By the information she received about YOU during her dream. There is no doubt
in my mind.You need to call her right now!!! Your life may never be the same
if you don't!!! Please call right now:  Dial **1-800-587-9162.**

It is because her representation of
amazingly accurate Psychics,
that millions of people,
including hundreds of Celebrities,
eagerly watch and absorb her
televised presence.

I will personally tell Jenni that I wrote you and that she should expect your
call in the next couple of days. She was so excited that she started to cry.
I have never seen a connection like this before!!! This type of accuracy and
clarity are a once in a lifetime thing. I am just lucky to be a witness.

I HAVE GONE AHEAD AND SET UP A FREE READING FOR YOU WHEN YOU CALL.

SIMPLY DIAL **1-800-587-9162.**  THIS CALL IS TOTALLY FREE!!!

But what few people know
is this: Bo Griffin represents
a special network of Incredible
Psychics, where you can get
personal and important Psychic
information about yourself
and your future, anytime,
day or night.

*And it doesn't cost you a
cent to discover this Hotline.*

With Love and Hope



ATTACHMENT 2 p 63

EXHIBIT 3.6  PAGE 123

KS-AG0000063



3.6      124

ATTACHMENT 2 p 64

KS AG0000064

## SOMETHING EXTREMELY IMPORTANT COULD HAPPEN WITHIN THE NEXT 7 TO 14 DAYS!
### Will you be prepared?

**Please don't ignore this message!** You must read the other side of This card – NOW. It could change everything.

*One caller claims to have won $27,000 after talking with her psychic. It could be you next time. Why wait?*

I urge you to call 1-800-851-5704 immediately so you'll be ready for this exciting possible opportunity.

For entertainment only. Must be 18+. Visit us at www.masterprediction.com

EXHIBIT **3.6** PAGE **125**

ATTACHMENT **2 p 65**

ATTACHMENT 2 p66

Dear Friend:

*This message could be vitally important for you!*
The information you'll receive during your reading could
bring astounding changes to your life.  But the only way
you'll be ready for these events is by calling **toll-free
1-800-851-5704** today.

We want great things for you, so please understand
why your immediate response is so urgent.  **Something
concerning MONEY or RELATIONSHIPS could occur shortly,
in fact in the next 7 to 14 days.**  I need for you to be
prepared to face what your future may hold.

*PLEASE*, make this **FREE** call **1-800-851-5704** right
now!

My very best Wishes,
Michelle

EXHIBIT 3.6  PAGE 126

KS AG0000066



# WELCOME TO YOUR TAROT

Dear Theresa,

Right now powers exist that we cannot even begin to perceive. Theresa, these forces are waiting to be unleashed. Because these forces are of such a great magnitude, they can burden and weigh heavily upon you. I was beckoned to help you tap into their positive energies, but you must call now!

I have dealt you random picture cards from a very powerful Tarot Deck. These cards contain the wisdom of the ages. Theresa, these cards are for you exclusively.

These extraordinary cards embody paranormal phenomena. They radiate metaphysical powers that promote self-improvement and ward off the negative energies that may surround you.

These cards are protected in a sealed envelope and surrounded by a mysterious aura. Be very careful with these cards and do not underestimate their powers. They can help in producing an extremely accurate vision of what lies ahead for you. Theresa, please protect these cards and only share them with a qualified Tarot Reader.

The whole direction of your life may be affected by a clear and accurate Tarot Reading. Kings, Presidents, Dignitaries – people from all walks of life have sought the sound advice of the Tarot. Please, before you contemplate another thought, or make any decision, you must contact me at once.

As an expert in this Ancient Oracle, I will tell you everything you should know. How these mystical cards may reveal a crystal clear picture of the future, generate wealth and keep you from harms way.

These cards must be interpreted. Remember, the forces are still looming. They pose what may be a very real and definitive challenge. Call me today and I will provide you with the necessary Tarot knowledge to face the challenges before you.

My Best Wishes For You Always,

**Michelle Barry**

Tarot Master

## WARNING

A TAROT CARD READING MAY BE VERY PERSONAL, EXACT AND INTENSE. DO NOT OPEN YOUR SEALED ENVELOPE UNTIL YOU ARE READY TO CALL ME. BE PREPARED FOR AMAZING REVELATIONS!

Visit me at WWW.MASTERPREDICTIONS.COM

---

| Call this special **FREE** number: |
| :---: |
| **1-800-561-7183** |

Theresa Smith
PO Box 2093
Topeka KS 66601-2093







ATTACHMENT 2p68

EXHIBIT 3.6   PAGE 128

KS AG0000068







ATTACHMENT 2 ρ69

EXHIBIT 3.6   PAGE 129

KS AG0000069



ATTACHMENT 2 p10

EXHIBIT 3.6   PAGE 130

## SOMETHING EXTREMELY IMPORTANT COULD HAPPEN WITHIN THE NEXT 7 TO 14 DAYS!
### Will you be prepared?

**Please** **don't** **ignore** **this** **message!**  You must read the other side of
This card – **NOW.** It could change everything.

*One caller claims to have won $27,000 after talking with her psychic.*
*It could be you next time.  Why wait?*

I urge you to call **1-800-513-4824** immediately so you'll be ready for
this exciting possible opportunity.

For entertainment only.  Must be 18+.  Visit us at www.masterprediction.com

ATTACHMENT 2, 71

EXHIBIT **3.6**   PAGE **131**

Dear Friend:

*This message could be vitally important for you!*
The information you'll receive during your reading could bring astounding changes to your life. But the only way you'll be ready for these events is by calling **toll-free** 1-800-513-4824 today.

We want great things for you, so please understand why your immediate response is so urgent. **Something concerning MONEY or RELATIONSHIPS could occur shortly, in fact in the next 7 to 14 days.** I need for you to be prepared to face what your future may hold.

*PLEASE*, make this **FREE** call 1-800-513-4824 right now!

My very best Wishes,

Michelle

EXHIBIT **3.6**   PAGE **132**

ATTACHMENT **2ρ72**



# WELCOME TO YOUR TAROT

Dear Theresa,

Right now powers exist that we cannot even begin to perceive. Theresa, these forces are waiting to be unleashed. Because these forces are of such a great magnitude, they can burden and weigh heavily upon you. I was beckoned to help you tap into their positive energies, but you must call now!

I have dealt you random picture cards from a very powerful Tarot Deck. These cards contain the wisdom of the ages. Theresa, these cards are for you exclusively.

These extraordinary cards embody paranormal phenomena. They radiate metaphysical powers that promote self-improvement and ward off the negative energies that may surround you.

These cards are protected in a sealed envelope and surrounded by a mysterious aura. Be very careful with these cards and do not underestimate their powers. They can help in producing an extremely accurate vision of what lies ahead for you. Theresa, please protect these cards and only share them with a qualified Tarot Reader.

The whole direction of your life may be affected by a clear and accurate Tarot Reading. Kings, Presidents, Dignitaries – people from all walks of life have sought the sound advice of the Tarot. Please, before you contemplate another thought, or make any decision, you must contact me at once.

As an expert in this Ancient Oracle, I will tell you everything you should know. How these mystical cards may reveal a crystal clear picture of the future, generate wealth and keep you from harms way.

These cards must be interpreted. Remember, the forces are still looming. They pose what may be a very real and definitive challenge. Call me today and I will provide you with the necessary Tarot knowledge to face the challenges before you.

My Best Wishes For You Always,

**Michelle Barry**

Tarot Master



> **WARNING**
> A TAROT CARD READING MAY BE VERY PERSONAL, EXACT AND INTENSE. DO NOT OPEN YOUR SEALED ENVELOPE UNTIL YOU ARE READY TO CALL ME. BE PREPARED FOR AMAZING REVELATIONS!

| **Call this special FREE number:** |
| **1-800-214-7248** |

Visit me at WWW.MASTERPREDICTIONS.COM

Theresa Smith
PO Box 2093
Topeka KS 66601-2093

ATTACHMENT 2 p. 73

EXHIBIT 3.6   PAGE 133







ATTACHMENT 2 p74

EXHIBIT 3-6   PAGE 134







ATTACHMENT 2 p 75

EXHIBIT 3.6   PAGE 135

PERSONAL

BULK RATE
U. S. POSTAGE
**PAID**
SIOUX FALLS, SD
PERMIT NO. 7624

ATTACHMENT 2 ρ 76

EXHIBIT 3.6   PAGE 136

Priority Correspondence from

DIRECTOR: JOYCE JILLSON
Required by: August 3, 2000

## FREE URGENT MESSAGE FOR THERESA FROM JOYCE, PSYCHIC DIRECTOR – PERSONAL ENRICHMENT SOCIETY REGARDING A <u>TOTALLY FREE PSYCHIC READING</u>

URGENT NEWS FOR:

Theresa Smith
PO Box 2093
Topeka KS 66601-2093
Illiollioillioilliminilloilillinilliinilliinillinilliinilliilili

Theresa:
It's a lucky thing I'm able to reach you.

Theresa, I've got some very, very important FREE information for you.

It's about your future.  Could money or love be involved?

As a psychic, I want to hear from you at once.  In fact, I believe it's so important I'm going to give you the chance to speak to one of my gifted associates anytime, day or night for a special FREE psychic reading.

Call this FREE number at once:  **1-800-664-8490**

Listen, I want to be in contact with you so badly, because I believe there may be important information for you.  Be sure to call at once to find out how you can speak to one of my amazing psychics for a FREE sample reading.

Call this FREE number:  **1-800-664-8490**

(This is a FREE call – and the information I have for you is so important.)

When you call, give your birthdate and these special codes I've set up for you:

--Theresa, List I.D. #: 999
--Personal **Astro Pin** #: 011278529.

(Do not let anyone have these numbers – they are <u>for you.</u>)

Call for FREE right now.  I want you to hear the news regarding your future and a totally Free psychic reading.
Call right away.

Joyce

*Joce Jillson*



Psychic Director

Pay as little as $1.99 per minute. Special credit card offers: call 1-800-859-2880.
Visit us at <u>www.masterpredictions.com</u>          Must be over 18. For entertainment purposes only.

EXHIBIT **3.6**  PAGE **137**

Page 1

IN RE:  INVESTIGATION OF ACCESS RESOURCES

SERVICES, INC.

COPY

SWORN STATEMENT OF: BARBARA MELIT and BARBARA WEIL

- - - - - - - - - - - - - - - - - - - - - -

The sworn examination of BARBARA MELIT and BARBARA WEIL, taken on July 18, 2000, beginning at 9:45 a.m. and concluding at 12:00 p.m. at the Comptroller's office, 111 S. Sapodilla Ave., Suite 211, West Palm Beach, Palm Beach County, Florida, before Jennifer D. DeShong, Notary Public, State of Florida at Large, and Certified Reporter.

APPEARANCES:

OFFICE OF THE ATTORNEY GENERAL

ECONOMIC CRIMES DIVISION

BY: DAVID ARONBERG, ESQ., and

    ROBERT J. BUCHNER, ESQ.,

ALSO PRESENT:

    Bryan T. Mayhew,

    Financial Investigator,

    Economics Crimes Division

---

Page 2

### EXHIBITS

| EXHIBITS | IDENTIFICATION | PAGE |
|---|---|---|
| A | The Palm Beach Post, dated May 21, 2000, Page 5G. | 10 |
| B | The Palm Beach Post, dated June 4, 2000, Page 4G. | 10 |
| C | The Palm Beach Post, dated June 10, 2000, Page 3E. | 10 |
| D | The Palm Beach Post, dated May 28, 2000, Page 4G. | 11 |
| E | Photocopy of newspaper ad entitled "Operators Needed." | 11 |
| F | Three-page document entitled "Call Center Testing Day." | 15 |
| G | One-page document dated, 2/17/00, Thursday. | 27 |

---

Page 3

### EXHIBITS

| EXHIBITS | IDENTIFICATION | PAGE |
|---|---|---|
| H | One-page document entitled "Bookstore Manager Options." | 30 |
| I | One-page document entitled "Payroll Summary Report" dated 4/1/00 - 4/15/00. | 36 |
| J | Twelve-page document entitled "Introduction." | 38 |
| K | Six-page document "While The Phone Rings Write The Time On Log Sheet." | 63 |
| L | One-page letter from Lori and Tom, dated April 7, 2000. | 65 |
| | Two-page memo from Penny Hall. | |
| | Two-page document entitled "Bookstore Manager Options." | |

---

Page 4

Thereupon:

BARBARA MELIT and BARBARA WEIL, being by me first duly sworn to tell the truth, the whole truth and nothing but the truth in their answers to the questions to be to them propounded, testified on their oath as follows:

EXAMINATION

MR. ARONBERG:  Please state your name for the record.

MS. WEIL:  Barbara Weil.

MS. MELIT:  Barbara Melit.

MR. ARONBERG:  How do you spell your last name?

MS. MELIT:  M-E-L-I-T.

MR. ARONBERG:  Ms. Weil, how do you spell your last name?

MS. WEIL:  W-E-I-L.

MR. ARONBERG:  Where do you all live? You don't have to give home addresses.

MS. WEIL:  Jupiter.

MS. MELIT:  Jupiter, that's in Florida.

MR. ARONBERG:  What is your occupation.

MS. WEIL:  Currently unemployed.

MS. MELIT:  Same, currently

EXHIBIT 3.7  PAGE 1          FL AG0000140

Page 5

unemployed. What was our occupation?

MR. ARONBERG: That was going to be my next question, what was your occupation?

MS. MELIT: I used to work for a call center psychic line, and that has been my semi occupation for the past 25, 30 years, doing psychic readings for people.

MR. ARONBERG: What was the name of that call center?

MS. MELIT: Talk Communications, run by - owned by Lori and Tom Karras.

MR. ARONBERG: How do you spell Karras?

MS. MELIT: K-A-R-R-A-S.

MR. ARONBERG: Is Lori Karras also known as Lori Applebaum?

MS. MELIT: Yes, that is her maiden name.

MR. ARONBERG: Does she have any other names?

MS. MELIT: I do not know, it's quite possible.

MR. ARONBERG: How long have you worked for Talk Communications?

MS. MELIT: Approximately four months.

Page 6

MR. ARONBERG: Where'd you work before that?

MS. MELIT: I worked for - my other occupation is accounting bookkeeping. I worked for a company called Florida Flower Shippers, they were importers of flowers.

MR. ARONBERG: Do you still or work for them?

MS. MELIT: No, they went out of business.

MR. ARONBERG: Barbara, what is your profession?

MS. WEIL: I guess currently unemployed.

MR. ARONBERG: What was your last profession? I worked for a psychic phone line, call center owned by Lori and Tom Karras.

MR. ARONBERG: You worked with Barbara Melit?

MS. WEIL: Yes, I got her the job.

MR. ARONBERG: What is the name of the call center?

MS. WEIL: Talk Communications.

MR. ARONBERG: How long did you work there for?

Page 7

MS. WEIL: A little over five months.

MR. ARONBERG: Before that where did you work?

MS. WEIL: Retail.

MR. ARONBERG: Had you ever worked in telemarketing prior to working for Talk Communications?

MS. WEIL: No.

MR. ARONBERG: Barbara Melit, have you ever worked in telemarking prior to working for Talk Communications?

MS. MELIT: Would you explain exactly what you mean by telemarketing?

MR. ARONBERG: Sure, and for the record, if you all have a question, feel free to ask it. If you don't understand my question, let me know because if you answer the question, I'll assume you understood it. If you don't know an answer, I don't know is a perfectly acceptable answer.

What I mean by telemarketing is any service whereby products or services are sold over the telephone.

MS. MELIT: No.

MR. ARONBERG: You, did you ever work

Page 8

in the clairvoyant profession before taking a job with Talk Communications?

MS. MELIT: Where I got paid for it by a third party?

MR. ARONBERG: Yes.

MS. MELIT: No.

MR. ARONBERG: Barbara Weil, did you ever work in the clairvoyant - in a clairvoyant profession before taking the job with Talk Communications?

MS. WEIL: No.

MR. ARONBERG: We left off with when you began with Talk Communications, both of you began at different periods. We're going to start with Barbara Melit, how long ago did you start at Talk Communications?

MS. MELIT: Approximately the middle of January.

MR. ARONBERG: Barbara Weil, when did you begin?

MS. WEIL: Beginning of December.

MR. ARONBERG: Let's start with you because you were there first. How did you get the job with Talk Communications?

MS. WEIL: I answered an ad.

EXHIBIT 3.7   PAGE 2

FL AG0000141

**Page 9**

MR. ARONBERG: What kind of ad?

MS. WEIL: Well, I have several copies.

MR. MAYHEW: For the record, was it December of '99?

MS. WEIL: Yes, sir.

MR. MAYHEW: And January of 2000 for you Barbara Melit?

MS. MELIT: Yes, sir.

MS. WEIL: These are their ads so you kind of sort of know what it looked like.

MR. ARONBERG: This is not the ad you answered, is it?

MS. WEIL: No, but it was the same type of thing. This is another one, there's another one, and there's another one on here too.

MS. MELIT: Excuse me, may I say something?

MR. ARONBERG: Sure. We're going to introduce this as exhibits for the record, so let's - we're going to introduce this as Exhibit A, this is an advertisement produced by Barbara Weil, The Palm Beach Post, Sunday, May 21, 2000, Page 5G.

MS. MELIT: May I say something, sir?

MR. ARONBERG: Sure, sure, go ahead.

**Page 10**

MS. MELIT: The Sunday Post, Page 2G, under clerical, same ad. The reason I'm saying that, a friend of mine called me up and read it to me. She said, Doesn't this sound like the same place you used to work for?

I said, Yes, it does.

She said, I called them, it is a psychic call center. She gave the address, approximately where it is, whom she spoke to.

I told her to hold on to the ad. It appeared again in this past Sunday's Post.

MS. WEIL: These are two ads that they're running up in Volusa County.

MR. ARONBERG: We'll get the stuff tagged and identified as exhibits.

(Whereupon Exhibit A was so marked.)

MR. ARONBERG: We'll go back on. Exhibit B will be an advertisement produced by Barbara Weil, The Palm Beach Post, Sunday June 4, 2000, Page 4G.

(Whereupon Exhibit B was so marked.).

MR. ARONBERG: Exhibit C will be an advertisement produced by Barbara Weil, The Palm Beach Post, Saturday, June 10, 2000, Page 3E.

(Whereupon Exhibit C was so marked.)

**Page 11**

MR. ARONBERG: Let me for the record leave that out. Exit D will be an advertisement produced by Barbara Weil from the Palm Beach Post, Sunday, May 28, 2000, Page 4G.

(Whereupon Exhibit D was so marked.)

MR. ARONBERG: Exhibit E is a copy of an advertisement produced by Barbara Weil from the New Smyrna, S-M-Y-R-N-A, penny saver, May 3, 2000.

(Whereupon Exhibit E was so marked.)

MR. ARONBERG: Let's start with Exhibit A. Ms. Weil, it says: Phone operators. Inbound calls. No experience. We train. This is not telemarketing. Pick your shift. Call today, start tomorrow. Open 24 hours, and there's a phone number.

Do you know who is responsible this advertisement?

MS. WEIL: Talk Communications.

MR. ARONBERG: How do you know that?

MS. WEIL: I answered the ad and that's their phone number and that's how they advertise.

MR. ARONBERG: Your job duties included answering callers, these advertisements? You said, oh, you answered the ad yourself?

**Page 12**

MS. WEIL: To get the job, yeah.

MR. ARONBERG: You answered the ad just like this, not this one though?

MS. WEIL: Not this one, but they run basically the same ad if you read all of them, they're pretty - that's basically how you can find them, even if they change their phone number.

MR. ARONBERG: This phone number is 561-630-7298, how do you know that's owned by Talk Communications?

MS. WEIL: Because that's their phone number. I have it on one of their pens.

MR. ARONBERG: When you work at Talk Communications, was that their phone number for Talk Communications?

MS. WEIL: Uh-huh.

MR. ARONBERG: You have to say yes or no.

MS. WEIL: Yes.

MR. ARONBERG: It's for the benefit of the court reporter.

It says phone operators, it doesn't say psychics, why not?

MS. WEIL: Because they don't hire psychics, they hire phone operators, that's why.

EXHIBIT 17 PAGE 3    FL AG0000142

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 341 of 432

## Page 13

MR. ARONBERG: Did they ask you --

MR. MAYHEW: You can talk whenever you want to.

MR. ARONBERG: Yeah, if you want to pipe in on that.

MS. MELIT: Excuse me a minute, some of the people that work there came from the Salvation Army.

MS. WEIL: Yep.

MS. MELIT: They came in off the street, they were alcoholics. They had no experience whatsoever as being a psychic. They were given a book, here, you've got a job, and I will not go into some of the details that happened with some of the people that work there, but it was like --

MS. WEIL: In a way, yeah, we're going to be because it's important.

MS. MELIT: Very, shall me say, very, not the highest --

MS. WEIL: Caliber.

MS. MELIT: Highest part of society is the way to put it. People that just, they had hit bottom and they basically needed a job to keep them supplied in alcohol and drugs.

## Page 14

MR. ARONBERG: How do you know they weren't trained to be psychics?

MS. WEIL: Because we were there at the training. Okay, there's a room about the size of this and a little doorway that opened and closed, of course you could hear, and there was another table, and that's when the training session came in.

The training session consisted of filling out one of these stupid papers, just basically saying that you don't work for any other call center, blah, blah, blah and when your breaks are going to be, blah, blah, blah. Then they put you on the phone and said, Pick up the phone, here's the script, talk to these people.

MR. ARONBERG: How soon after you were there did they put you on the phones?

MS. WEIL: Within -- Okay, you filled out this piece of paper, this is the call center, this is your training, this is your training.

MR. ARONBERG: We'll introduce this as Exhibit --

MR. BUCHNER: F.

MR. ARONBERG: It's entitled "Call Center Testing Day" with letterhead from Talk

## Page 15

Communications, Inc.

(Whereupon Exhibit F was so marked.)

MR. ARONBERG: I want to take a look at this for a second.

(Short break.)

MR. ARONBERG: So we'll go back on record. After -- Well, are any employees ever rejected?

MS. WEIL: No.

MR. ARONBERG: Have you ever seen an employee rejected?

MS. WEIL: No, no, as long as -- You don't understand, as long as you can breathe and pick up the phone who cares.

MR. ARONBERG: Barbara Melit, you're laughing at the question: Has any employee been rejected for a job, why is that?

MS. MELIT: They never rejected anybody. The only time they got rid of people, well, that's a different story, but if you didn't keep up your average, if you came in very, very late, didn't come in for days in a row then they fired you, other than that you had a job.

MS. WEIL: Even if you didn't show up for like four days, you come in, they say they're

## Page 16

going to fire you, the person comes in, and they keep you. It wasn't, you know what I'm saying, it's not like working for the Pentagon.

MS. MELIT: Nobody was ever rejected.

MS. WEIL: No.

MR. ARONBERG: Was there a questionnaire you had to fill out before you can get the job?

MS. WEIL: That --

MR. ARONBERG: Exhibit F?

MS. WEIL: Yes. All they did was they read it to you real fast and you initialed it.

MR. ARONBERG: How long was the training session to go over Exhibit F?

MS. WEIL: They handed you the paper and said, okay, first thing we are, blah, blah, blah, blah, blah, and that was it.

MR. ARONBERG: How long did the meeting take?

MS. WEIL: 15 minutes.

MR. MELIT: Excuse me, off the record.

(Discussion off the record.)

MR. ARONBERG: So this was the only application to get a job with Talk Communications?

EXHIBIT 3.7   PAGE 4     FL AG0000143

Page 17

MS. WEIL: Yes. You had an application to put your name and where you had worked, but that was just a formality.

MR. ARONBERG: When did you have to fill that out?

MS. WEIL: As soon as you walked in the door.

MR. ARONBERG: Do you have a copy of that form?

THE WITNESS: No, it was a standard application.

MR. ARONBERG: Did the application ever ask you if you had any psychic abilities, Barbara Melit?

MS. MELIT: Never.

MR. ARONBERG: At any time before you started working for Talk Communications, did anyone ever ask you if you had any psychic abilities?

MS. WEIL: Yes.

MR. ARONBERG: Who asked you that?

MS. WEIL: Oh, ever since high school.

MR. ARONBERG: Let me clarify.

MS. WEIL: It wasn't a job.

MR. ARONBERG: Did anyone affiliated

Page 18

with Talk Communications or Psychic Reader's Network or Access Resource Services ever ask you if you had psychic abilities?

MS. WEIL: When I called up for the interview, it was Lori, and I have that paper somewhere, when I talked to Lori on the phone she said it was a psychic line and I said I was not a phone psychic and she said, It don't matter, come on in.

MR. ARONBERG: Now you, Barbara Melit, same question.

MS. MELIT: The answer is yes. The reason the answer is yes is because Barbara Weil told Lori about me. Lori asked me to come in. She asked me if I had ever done psychic work and the answer was yes.

MR. ARONBERG: What do you mean by psychic work?

MS. MELIT: I have been doing readings, not only readings, but I've been doing almost the whole gamut of psychic things since I was a child.

So in that regard have I ever done it before, have I ever read cards, have I ever told people where to find things that were lost even

Page 19

though I've never met them, et cetera, et cetera, yes, I had done it. She asked me had I done it before, I said, yes, but never working for a company.

MR. ARONBERG: Was that a requirement to get the job, that you had psychic abilities?

MS. MELIT: No.

MR. ARONBERG: So why did she ask you?

MS. MELIT: Because she had been told that I had them by Barbara Weil.

MS. WEIL: Yes. I basically told them, You have to higher this lady. Because the people that we worked with -- At that time I was the only one that did tarot cards and did not read from the script. I was the only one that was allowed not to read from the script because I was their top employee. I had the best average, the most minutes, so they let me alone.

MR. ARONBERG: How many employees did they have?

MS. WEIL: About twenty.

MR. ARONBERG: Who worked inside the building or worked from home?

MS. WEIL: That's inside the building.

MR. ARONBERG: How many employees did

Page 20

they have working from home?

MS. WEIL: From what I heard it could be as high as one hundred.

MR. ARONBERG: Is that still true today?

MS. WEIL: It could very well be.

MS. MELIT: May I interrupt for a minute? You're assuming that this is the only call center and everybody else is working home, but there were other call centers that were run by Lori and Tom, so if you factor in those we have no idea how many employees they have.

MR. ARONBERG: What are the names of the other call centers?

MS. WEIL: There was a Talk Communication call center in Deerfield Beach, that's all I know, run by a woman named Penny. There's another call center in Deerfield Beach and also one up in --

MS. MELIT: Volusa County.

MS. WEIL: Volusa County. I think that woman's name was Penny, but I mean they do have a bunch of employees.

MR. ARONBERG: Just for the record, I want to make clear, when I refer to Psychic

EXHIBIT 3.7 PAGE 5          FL AG0000144

**Page 21**

Reader's Network or Access Resource Services I'm referring to the same company.

The first line on this call center testing day form says: We answer the psychic lines that you see advertised on TV, magazines, et cetera, we are not telemarking.

Why did they say we not telemarking, do you know?

MS. WEIL: Because a lot people don't want to work telemarketing because they get paid strictly on commission, that's what Lori says.

MR. ARONBERG: To your knowledge, did anyone from Psychic Reader's Network or Talk Communications ever ask the phone operators whether they had psychic abilities?

MS. WEIL: No, they knew they didn't.

MR. ARONBERG: They knew they what?

MS. WEIL: They knew they didn't. You have to remember, and this I know for a fact because Lori herself told me, and I'm sure Lori told everyone she was talking to in the room, what she would do is she would go to like Burger King for lunch, I'm serious, and there would be a girl behind the counter and she would be like, How much are you making an hour?

**Page 22**

I make $6, whatever.

Come work for me.

You mean to tell me that the girl at Burger King has psychic abilities? No. Lori hands out cards wherever they go. They go to the Salvation Army and hand out cards there. Most of the night employees are from the Salvation Army.

These people fell asleep under the desk, okay, fell asleep on the phone while they were talking to somebody, and the customer almost had a heart attack and called up the manager and said they thought a person was getting attacked by a wild animal because they heard snoring on the phone, people filing their nails while they were talking on the phone. I mean, it was unbelievable.

She and I would sit there in the back and laugh because all you ever heard was: I've been doing this for, it says on the thing blank, ten years now, and your first card is the 3 of swords, and me and her would be laughing because you would hear the same script over and over and over again.

MR. ARONBERG: You would be laughing with whom?

**Page 23**

MS. WEIL: Barbara.

MR. ARONBERG: Barbara Melit?

MS. WEIL: Yes.

MR. ARONBERG: Do you have something to add?

MS. MELIT: They also had on occasion a habit of putting people on hold, going to the bathroom, coming back, oh, yes, I'm back now.

MR. ARONBERG: And charging them while they're on hold?

MS. WEIL: And that's illegal.

MR. ARONBERG: Yeah, but it says Exhibit F: Never place a caller on hold for any reason. Was that enforced?

MS. MELIT: No.

MS. WEIL: No. I have many examples of that.

MR. ARONBERG: Did Lori tell you to put a caller on hold?

MS. WEIL: She never said put a caller on hold. Everybody knew that Felix, in the middle of his call, there was a room full of people and Andrea can vouch for this one, I think you were there too, Felix was talking on the phone, all of a sudden put down his headset, walked over, went

**Page 24**

to the rest room, got back after he went to the rest room, sat down, put his headphones on and started talking.

Me and Andrea were like, You put that person on hold when you went to the bathroom?

He was like, Yeah.

Andrea as like, Oh, my God, you can't do that, but it was done.

MR. ARONBERG: Did Lori know that was going on?

MS. WEIL: Lori knew everything.

MR. ARONBERG: How do you know Lori knew people were being put on hold?

MS. WEIL: Let's put it this way, there's two sets of rules, for PRN you had to have - the call center itself had to have a 20 minute average or the phone would not ring the next day.

MR. ARONBERG: PRN is Psychic Reader's Network?

MS. WEIL: Yes. This line - she didn't care. She even told us, and she was there and Andrea was there and Ray was there, she told us if a minor called that you had to talk to that person because that minor could be having some sort of

EXHIBIT 5.7  PAGE 6   FL AG0000145

Page 25

problem, so you need to find out what the problem is.

I don't know who it was said it, but one of them said something like, We're not supposed to talk to minors.

She's like, You never know, this minor could be having some sort of problems at home and you're the only one that can help them, so you have to make take call and make that judgment, and that's illegal.

That and, okay, there was one call that this guy Ray had. The woman called up and she was being a real bitch on the phone, real bitch, and he had her on for like five minutes, told her her first card was the card of death, she was going to die.

I was sitting in the room laughing hysterical. She clicked over on the call waiting. She's like, I don't need to spend the money on this, and clicked over and he just sat there with the phone like this because she was talking to somebody else. She got charged for a sixty minute reading. She talked to him for five minutes.

MR. ARONBERG: How do you know she was

Page 26

charged for sixty minutes?

MS. WEIL: Because at the end of --
First of all, he didn't hang up the phone. She was on call waiting and you know you can hold on forever if the other person's talking.

When he closed out at the end of the night, you have the record of all your calls, and it was a 59 minute call.

MR. ARONBERG: Was it clear it didn't matter what you did, you had to maintain your 20 minute average?

MS. WEIL: Maintaining your 20 minute average was crucial, the key, that was their big, big thing.

MR. ARONBERG: How do you know that?

MS. WEIL: Bonus Number 3, pay bonus for 2/17, $50.

MR. ARONBERG: You're referring to a document dated 2/17/2000?

MS. WEIL: Uh-huh.

MR. ARONBERG: From Talk Communications, Inc., and it has bonus schedules. It says: Bonus Number 3, $50, 20 minutes call average, name goes into a jar every other week, on Monday we'll pull a name.

Page 27

MS. WEIL: If you didn't have a 20 minute average you got in big trouble.

MR. ARONBERG: What would happen if you didn't have a 20 minute average?

MS. WEIL: You got yelled at.

MR. ARONBERG: Barbara Melit?

MS. MELIT: You get yelled at big time.

MR. ARONBERG: By whom?

MS. WEIL: By Lori in front of everybody.

MR. ARONBERG: You had to have a 20 minute average every day or every week?

MS. WEIL: They wanted you to have it every day, but that was next to impossible.

MR. ARONBERG: We're to introduce this document as Exhibit G.

(Whereupon Exhibit G was so marked.)

MR. ARONBERG: Who gave you Exhibit G?

MS. WEIL: Either Lori or Tom Karras.

MR. ARONBERG: When did you get this?

MS. WEIL: Tuesday, the day of the meeting, we were all there. It was a mandatory meeting for every employee.

MR. ARONBERG: It says on this corner: Don't forget!! Gypsy teaches classes every

Page 28

Tuesday from 7:00 p.m. to 8:00 p.m.
Who's Gypsy?

MS. WEIL: Gypsy is I think Shirley something or other, she's the other one in the commercial with the red hair. She was supposed to be giving classes if you wanted to learn the tarot cards. In the five-and-a-half months that I was there there was one class, it was me, Glenda, and Milton, that was it.

MR. ARONBERG: It wasn't mandatory to attend the class?

MS. WEIL: No. We didn't get paid for it. It was to learn on your own.

MR. ARONBERG: It says: Next class, how to make your calls longer without having a hard time doing it.
Did you go to the class?

MS. WEIL: No.

MR. ARONBERG: Did anyone go to the class?

MS. WEIL: No.

MR. ARONBERG: Why would they have that kind of class?

MS. WEIL: It was all about minutes, minutes and averages. I was one of the only

EXHIBIT 3.7 PAGE 7        FL AG0000146

Page 29

employees that never got yelled at because my average was so high. They left me alone in my little corner and let me do what I wanted.

MR. ARONBERG: It says on this form: Number 1, quote, "I don't know anything about that I am just here to give you a reading."

MS. WEIL: If somebody asked you: Are my free three minutes up? Are my free five minutes up? How much is the call?

You're supposed to say: I don't know anything about that. I'm here to give you a reading. We're not allowed to tell them something like that.

MR. ARONBERG: Did you know anything about that?

MS. WEIL: No, I really didn't. I had no idea. I had no clue.

MR. ARONBERG: Barbara Melit, do you want to add anything?

MS. MELIT: No, I just would agree with everything she said. Number one, if anybody asked about the free time we were supposed to say we know nothing about it, which we didn't. How much is it costing me? We don't know. I'm just here to give you a reading, that's it.

Page 30

MS. WEIL: Just to show you about keeping the calls long, this is a Bookstore Manager Options, it's a printout of people she had working for her, I think these are from home possibly, but it's showing "This needs to be brought up ASAP or the phones will not ring for them," that's their averages.

MR. ARONBERG: There's handwriting on this, who wrote this?

MS. WEIL: That's Lori Karras, Applebaum.

MR. ARONBERG: I'm going to introduce this as Exhibit H, Bookstore Manager Options given to Barbara Weil from Lori Applebaum.

MS. WEIL: It wasn't given to me.

MR. ARONBERG: How'd you get it?

MS. WEIL: Somebody gave it to me.

(Whereupon Exhibit H was so marked.)

MR. ARONBERG: What is this? Do you know what this is, this Bookstore Manager Options? I don't understand this.

MS. WEIL: What that is, she has different managers, the managers at the call center in Palm Beach, there's one in Deerfield, there's one in Volusa County. This was sent to

Page 31

the manager of Volusa County showing what the people did, what their averages were, what their minutes were, so this is like a manager's report.

MR. ARONBERG: How do you know these are Lori's extensions, 14428?

MS. WEIL: Because I know the managers. The managers are the ones that gave me that paper, and I know that's Lori's handwriting.

MR. ARONBERG: Before we continue with Exhibit F, I wanted to ask both of you what kind of conversations did you have directly with Lori or you heard Lori say about hiring psychics or just hiring anyone, that's what I'm trying to find out, what Lori exactly or Lori actually said about the people's qualifications whom she has hired?

MS. MELIT: Lori never said anything about the qualifications about the people she hired. All she kept on saying was, You have to bring your averages up, you have to have your minutes up, we're losing lines and is your fault. As far as qualifications, there were no qualifications.

MR. ARONBERG: Did the other employees ever talk about their psychic abilities or lack thereof?

Page 32

MS. WEIL: Yes.

MR. ARONBERG: All right, what is that, describe.

MS. WEIL: It was like a big joke. I mean, it was a big joke. Okay, for instance, let's say I talk to Joe Schmo and he told me that him and his wife were having problems and blah, blah, blah, that kind of stuff, then he would hang up with me, the call would run out, I would take it the next caller and hang up.

And guess what, Barb's phone would ring. Guess who it was, Joe Schmo, and I just hand her the paper of my notes and then she would be talking to Joe Schmo because he called back. He thinks he's calling some other psychic somewhere on the planet and he's talking to the girl next to me. All day long people would be passing back and forth, Oh, you're talking to so-and-so, writing down the notes and passing back and forth. They knew they weren't pyschics.

Nobody had tarot cards except the managers, and they would sometimes sit there and read them. I did not see anybody other than the two of us actually put out the cards. They would sit there with the script on their lap just

EXHIBIT 3.7 PAGE 8   FL AG0000147

## Page 33

reading and reading.

A lot of people quit because they felt like they were lying to people and they felt like we were helping running a big scam and they had a hard time with it. Most people did not tell their family, friends, anybody what they did for a living. They told them that they were working at an office.

MS. MELIT: On occasion a call would come in because people would get three or five tarot cards in the mail, and when that happened it was, Barbara, come over here.

I asked them, Okay, what are the cards? And I told the quote "psychics" that were talking to these people what each card meant because they had no idea what they were, and I would explain what the cards meant to them and that would be the only way that they would be able to answer the calls.

MS. WEIL: That's what PRN did. They would get the addresses from us, which on this here, it also tells you about you have to get the complete names and addresses, and I have a bunch of pages that show the addresses were excruciatingly important.

## Page 34

MR. ARONBERG: You're pointing to Exhibit G where it says: Bonuses to complete names and addresses.

Why did you have to get complete names and addresses?

MS. WEIL: We had to get complete names and addresses for 80 percent of our calls or you were screamed at, I mean big time.

MR. ARONBERG: Why?

MR. WEIL: Because they got paid by PRN for getting the addresses.

MR. ARONBERG: So you're referring to the payroll summary report?

MS. WEIL: Yes.

MR. ARONBERG: Barbara Melit?

MS. MELIT: It did not necessarily mean only PRN calls. Every single call, whether it was Galaxy, Dialtronix, Kenny Kingston, whatever it was, you had to get complete names and accurate addresses on at least 80 percent of your calls because those calls, those names and addresses were then turned into PRN even though they weren't from PRN lines.

MR. ARONBERG: You were working for a call center who handled PRN phone calls, but did

## Page 35

you handle any calls from other companies?

MS. WEIL: Yes.

MR. ARONBERG: So Talk Communications handled lots of different company's calls including PRN?

MS. MELIT: Correct.

MR. ARONBERG: What percentage of your business would you say was created by PRN?

MS. WEIL: You have to remember we were all different operators, and she and I were good. I have a whole bunch of stuff.

Now remember how I told you if the PRN average was not high the phone wouldn't ring, only the qualified people and only the people that had good call averages were allowed to answer PRN.

I would get a little notes when I get into work from the manager, I need you to work my PRN line, and I was basically sitting there and I could only answer the PRN lines. The phone could be ringing and if it wasn't PRN I couldn't answer the phone. I was strictly PRN when the PRN went on. Most of my experience was with the PRN lines.

MR. ARONBERG: These advertisements you've shown, that's for PRN or Talk Communications or any psychic, which is it? Like

## Page 36

the advertisements you've shown us, these advertisements are from Talk Communications?

MS. WEIL: Uh-huh.

MR. ARONBERG: Is that yes?

MS. WEIL: Yes.

MR. ARONBERG: So if you were hired as a phone operator you would answer PRN calls in addition to other calls?

MS. WEIL: Yes.

MR. ARONBERG: You handed that payroll summary report 4/1/00 to 4/15/00, that will be Exhibit I.

(Whereupon Exhibit I was so marked.)

MR. ARONBERG: Barbara Melit?

MS. MELIT: In affect that shows Lori was getting paid for turning in other psychic line callers to PRN, giving their names and addresses to PRN so PRN could then send them out other, you know --

MS. WEIL: Mail.

MS. MELIT: Mail, and to try to get them to call PRN again even though they hadn't called PRN in the first place.

MS. WEIL: One of the biggest things that PRN would do is they would take the

EXHIBIT 3.7 PAGE 9     FL AG0000148

Page 37

addresses, take like four tarot cards, always tarot cards like the death card and it was always something alarming, and they would put these four cards in an envelope, send them to the people who we gave them the addresses.

You know, We picked these cards for you, you have to call us, it's very important.

These people would be calling us half hysterical, I got these four cards in the mail. What do they mean? Seriously, that was one of their mailing schemes.

MS. MELIT: That's when I told the other people there exactly what the cards meant because they had no idea what they were.

MS. WEIL: It was basically the same four cards over again.

MR. ARONBERG: You couldn't be everywhere. What about the people who had to read the people to the consumers when you weren't there, what did they tell the consumers?

MS. MELIT: I have no idea, but they lied quite well.

MR. ARONBERG: What if you didn't get complete names and addresses, did Lori tell you how you were supposed to convince the consumer to

Page 38

give the complete name and addresses?

MS. WEIL: Yes. It should say on the script here: City, state, and ZIP code, please? And your address?

If they ask or say no say this: I use your numbers in my numerology.

MR. ARONBERG: This is from a script you're reading from?

MS. WEIL: Yes.

MR. ARONBERG: We'll introduce as Exhibit J, it's a script entitled "Introduction".

(Whereupon Exhibit J was so marked.)

MR. ARONBERG: We'll return to Exhibit J later. Right now I just want to get through Exhibit F, this is the call center testing.

It says, you have to check, it says: I am not affiliated with Billy (William), Bradley Tide or his affiliates. Am I not working for any other Psychic line nor am I involved with any other Psychic phone service.

Who is Billy Tide?

MS. WEIL: That's the first I heard of him, when I signed up that day. They asked me if I worked for Billy Tide and I said, no, because I didn't know who Billy Tide was.

Page 39

MR. ARONBERG: Barbara Melit?

MS. MELIT: I had no idea who he was. I asked them who is he because I had never heard of him before. I had never heard of Billy Tide before starting to work for Talk Communications, and I still had no idea basically who he was until I left Talk Communications.

MR. ARONBERG: Do you all know Billy Tide now?

MS. WEIL: Yes.

MR. ARONBERG: Barbara Weil, what is your relationship with Billy Tide?

MS. WEIL: Well, when we were fired for no good reason and we weren't getting our paychecks and all this, I mean, I was livid.

MR. ARONBERG: When was this?

MS. WEIL: The beginning of May, beginning of May, May 7, well, that's when we left. I mean after that month, by June nobody was receiving the paychecks. I was angry.

I was talking to another girl who had worked for Talk Communications, her name is Glenda, These people are so evil. I said, you know, I wonder if Billy Tide really did do all the things they said.

Page 40

She said, Oh, I know Billy Tide. Would you like to talk to him?

I said, Well, maybe he would like give me some information, so yeah.

MR. ARONBERG: You never spoke to Billy Tide until after you were fired from Talk Communications?

MS. WEIL: At least a month.

MR. ARONBERG: Barbara Melit?

MS. MELIT: That is correct.

MR. ARONBERG: After you were fired from Talk Communications you spoke to Billy Tide.

MS. MELIT: Yes.

MS. WEIL: Yes.

MR. ARONBERG: What conversations did you have with Billy Tide?

MS. WEIL: He basically told me that Lori had done this to a lot of people, which is what we observed. Everybody was coming to us giving us this information about it and he gave us some information.

We asked him, because we also needed jobs and we figured does anybody know how to get in touch with these - we didn't know how to get in touch with the psychic companies themselves. We

EXHIBIT 3.7 PAGE 10     FL AG0000149

Page 41

asked him and he said basically he didn't know. He wasn't really -- We didn't become best friends or anything. We never had any working relationship or anything like that. It was just the common bond that we all had was that we all felt we had been screwed over by Tom and Lori.

MR. ARONBERG: What kind of information did he tell you?

MS. WEIL: He told us about his problems with Lori, what had really happened, well, in his opinion, and he told us, you know, that there was a call center that had closed up in Volusa County. There was nothing of really substance, and he referred us to you and that was about as far as he got.

MR. ARONBERG: Did he ever tell you to lie to us?

MS. WEIL: No.

MR. ARONBERG: Did he ever tell you to lie to anyone about your experience at Psychic Reader's Network?

MS. WEIL: No.

MR. ARONBERG: Barbara Melit, did Billy Tide ever tell you to lie to anyone about your experience?

Page 42

MS. MELIT: Never. Excuse me, first of all, let me say this, I wouldn't lie for anybody. Maybe if my sons were really in trouble I would think about it, but other than that, no, and certainly not for somebody I just met.

I have no connection with Billy Tide. The relationship is so tenuous that if it broke off tomorrow it wouldn't break my heart, and I certainly would never lie for him because why bother.

(Whereupon Mr. Buchner entered.)

MR. ARONBERG: Did Billy Tide pay you for any reason?

MS. MELIT: Never.

MS. WEIL: No.

(Discussion off the record.)

MR. ARONBERG: Back on the record.

The materials you're producing here today, did Billy Tide give you any of these materials?

MS. WEIL: No.

MR. ARONBERG: Barbara Melit?

MS. MELIT: Indirectly there is somebody that works for Billy Tide. She does work for Billy Tide, her name is Destiny. She was one

Page 43

of the managers up in Volusa County. She had all of these records.

MR. ARONBERG: Which records are you talking about?

MS. MELIT: Everything that says Volusa County.

MR. ARONBERG: All the Volusa County records you received from someone that works for Billy Tide.

MS. MELIT: Whose name is Destiny. We met Destiny because she started working for Billy. Other than that I've spoken to her a few times on phone. She was supposed to have a tape, and it's very doubtful that she does, of when she went into Lori and said, You owe all these people money.

Lori said, Yes, I know it, but I'm not paying it, so it doesn't matter.

MS. WEIL: The thing with Destiny, just to clarify, she was a manager for Talk Communications, then they just all of a sudden closed it down, so she didn't have a job anymore. She came down to Palm Beach County and met up with Billy Tide.

MR. ARONBERG: But none of the other

Page 44

documents you produced today, and I'm referring to all the documents that are not Volusa County documents, none of those documents was given to you by Billy Tide?

MS. WEIL: No. Like I said, even those I -- Destiny gave them to us. I mean, she had just gotten them. Billy Tide hasn't seen all these documents.

MR. ARONBERG: Volusa County --

MS. WEIL: Even the Volusa County documents.

MR. ARONBERG: You received no documents from Billy Tide?

MS. WEIL: No.

MR. ARONBERG: You only received some document from an employee of Billy Tide and those are the Volusa County documents?

MS. WEIL: At that time I don't even know if she was working with Billy Tide when we first got them, they had just met too.

MR. ARONBERG: The other documents you produced have nothing to do with Billy Tide or his employees?

MS. WEIL: No.

MR. ARONBERG: In Exhibit F it says: I

FL AG0000150

Page 45

understand whisper tones. What are whisper tones?

MS. WEIL: When you pick up the phone you hear: Galaxy, PRN, 60 minutes reading, 30 minute reading, that way you would know which company you were reading for.

MR. ARONBERG: Who told you that? Whose voice is that?

MS. WEIL: Whichever phone company put it out.

MR. ARONBERG: It's an automatic voice?

MS. WEIL: Uh-huh.

MR. ARONBERG: Say yes.

MS. WEIL: Yes.

MR. ARONBERG: It then says: I understand the policy regarding American Star. What's American Star?

MS. WEIL: Another psychic company.

MR. ARONBERG: What's the policy regarding that?

MS. WEIL: When they called up and said, American Star, 38 minute reading, you would have to sit there and watch the clock and hang up on 38 minutes.

Page 46

(Whereupon Mr. Buchner entered.)

MR. ARONBERG: Why is that?

MS. WEIL: Because that's all they paid for.

MR. ARONBERG: I understand Dialtronix calls, what does that mean?

MS. WEIL: Dialtronix is another psychic company. I don't know what they mean by understanding. You pick up the phone and talk to them.

MR. ARONBERG: Do they go over this stuff with you before you sign off on it?

MS. WEIL: No. You sat there, okay, da, da, da, da, da, da. Well, they just did it really, really fast and you just initialed it.

MR. ARONBERG: So they said, I understand Dialtronix calls, check that, I understand American Star calls - they didn't tell you what they were about at the time you were signing this form?

MS. WEIL: No. Let's say for instance, when I first got the job I filled out the application, they gave me this piece of paper, we went over it in like five minutes flat, Yeah, signature, initial it, go, go, go, do it really

Page 47

fast. I went and sat in the back room.

They said, Okay, sit next to that girl so you can see what she does.

The girl picked up two hang-up phone calls, then they put me on the phone and I was working, that was my training, nothing, that's how I was trained.

MR. ARONBERG: On no application or any form did you ever say that you had psychic abilities?

MS. WEIL: No.

MR. ARONBERG: You were never asked?

MS. WEIL: No.

MR. ARONBERG: On Exhibit -- And Barbara Melit, well, we already asked you this question, but on no form were you asked if you had psychic abilities?

MR. MELIT: No.

MR. ARONBERG: On Exhibit F it says: I understand the phone lines are monitored and tested 24 hours a day; is that true?

MS. WEIL: I doubt it.

MR. ARONBERG: Barbara Melit?

MS. MELIT: I believe that at the beginning when you first start they do sometimes

Page 48

monitor the calls because I do remember I would be, when I first started, I would be talking to somebody and I could hear echoes in the background, then I know somebody else was on the line, but that's the extent of being monitored.

MR. ARONBERG: Was the consumer notified that call was being monitored?

MS. MELIT: Never.

MS. WEIL: Never.

MR. ARONBERG: So Talk Communications would monitor telephone calls without informing the consumer?

MS. WEIL: Not only that, if we had a real interesting phone call the manager would hit the button so everyone in the room could hear. Do you remember?

MR. ARONBERG: Were those calls ever taped?

MS. MELIT: Not that I know of.

MS. WEIL: One other thing, they had star 69 on that phone so you could get the caller's phone number.

MR. ARONBERG: To your knowledge, were any of your calls taped without the consumer's consent?

EXHIBIT 37  PAGE 12   FL AG0000151

**Page 49**

MS. WEIL: It's possible, it's possible.  .

MR. ARONBERG: You know for sure other people were listening in on your phone calls without the consumer being notified?

MS. WEIL: Yes, that I'm sure of. The managers used to pop through just to hear who you were on with, you know, how the call was going.

MR. ARONBERG: There was never a recording saying: To serve you better we occasionally monitor the phone calls, or something to that effect?

MS. WEIL: Not that I know of.

MS. MELIT: Not that I have any knowledge of.

(Whereupon Mr. Mayhew exited.)

MR. ARONBERG: Let's take a few minute break.

(Short break.)

MR. ARONBERG: We'll go back on record. I'm going to review some of these ads that you produced. We already talked about Exhibit A.

Exhibit B says something very similar to Exhibit A: Phone operators, no experience, we

**Page 50**

train. This is not telemarking. Call 561-630-8018.

Do you know who owns that phone number?

MS. WEIL: Lori and Tom Karras, Talk Communications.

MR. ARONBERG: How do you know that's their phone number?

MS. WEIL: If you call it they answer the phone.

MR. ARONBERG: How do you know that, have you called that?

MS. WEIL: When you worked there they have pens, says Talk Communication on it and has list of phone numbers on it, so we do know their phone numbers because we have to call if we're going to be late or something, whatever, blah, blah, blah.

MR. ARONBERG: Exhibit C, similar ad, it says: Call 561-630-0818, that's slightly different from Exhibit B's phone number. Is that also a Talk Communication phone number?

MS. WEIL: Yes.

MR. ARONBERG: How do you know that?

MS. WEIL: Like I said, I'm familiar

**Page 51**

with all the numbers. They have more than one phone number.

MR. ARONBERG: Exhibit D, similar ad, 561-630-7298, is that a Talk Communication phone number?

MS. WEIL: Yes.

MR. ARONBERG: In fact, it is the same number as Exhibit A.

MS. WEIL: Uh-huh.

MR. ARONBERG: Exhibit E phone number is 904-756-8797. Do you know who operator that phone number?

MS. WEIL: Hold on, I'll tell you in a second. What was the number?

MR. ARONBERG: 904-756-9879.

MS. WEIL: No, but I do know it's an affiliate, it's an "ex" or now employee again of the people that work for Talk Communication, Tom and Lori in Volusa County.

MR. ARONBERG: Because the number changed to 904-258-9963.

MS. WEIL: It's an affiliate of Tom and Lori. They're having somebody else set up a call have in Volusa County.

MR. ARONBERG: How do you know that?

**Page 52**

MS. WEIL: We had somebody call the number.

MR. ARONBERG: How do you know? How'd you get your information?

MS. WEIL: The person called up and asked and they said, you know, they talked to Tom and it was Talk Communications.

MR. ARONBERG: That number rings in New Smyrna?

MS. WEIL: Uh-huh, yes.

MR. ARONBERG: So talk Communications has an office in New Smyrna or an affiliate?

MS. WEIL: No. They have somebody right now getting employees ready to open up the call center.

MR. ARONBERG: Do you know if they have call centers throughout the state?

MS. WEIL: I know they have another one in Deerfield, and like I said, they're opening up the other one. They had one in Volusa County, closed it down, and I guess they're opening it up. The address of the old one, this is the lease, yeah, there's the, yeah, this is the lease for their call center in Volusa County.

MR. MAYHEW: How'd you get that?

EXHIBI 3.7  PAGE 13  FL AG0000152

Page 53

MS. WEIL: It was in a stack of papers.

MR. MAYHEW: Where'd you get the stack of papers from?

MS. WEIL: They were given to me by a Talk Communications employee. That's the address in case you needed it.

MR. ARONBERG: Previously we were discussing Exhibit J, which you produced, this is a script. You produced different copies of Exhibit J. Who gave you the script?

MS. WEIL: Who gave me the script?

MR. ARONBERG: Yes.

MS. WEIL: That particular one or the scripts in general?

MR. ARONBERG: Well, start with this one.

MS. WEIL: That one, that was -- I mean, so many employees gave me copies of the script. I can't say who gave me that one in particular.

MR. ARONBERG: Is this a script, to your knowledge, created by Talk Communications?

MS. WEIL: Yes.

MR. ARONBERG: Does Lori Applebaum know about this script?

Page 54

MS. WEIL: Yes, Lori Applebaum wrote that script.

MR. ARONBERG: How do you know she wrote this script?

MS. WEIL: Because she tells us.

MR. ARONBERG: Is this script used for callers who call into your call center?

MS. WEIL: It's mandatory, yes.

MR. ARONBERG: You can't stray from the script?

MS. WEIL: No. There are only two employees that were allowed to stray from the script and that was myself and Barbara.

MR. ARONBERG: On the bottom of Page 1, Exhibit J: Before I forget let me give you my personal number just in case we get disconnected. Got a pencil? It's 1-900-288-0994.

Who's personal number is that?

MS. WEIL: Lori and Tom Karras's PRN number.

MR. ARONBERG: Why would you give that out?

MS. WEIL: So they would call back on the PRN line and Lori would get credit for it.

MR. ARONBERG: If they called in in

Page 55

response to the TV commercial and got to you, you would still get credit for that?

MS. WEIL: You would get more credit for calling back on your personal number.

MR. ARONBERG: How would you advertise the personal number?

MS. WEIL: The way it works, Steve Feeder's PRN company puts out the commercial, 1-800 or 1-900, whatever. When the person calls me in my call center and I give out that 1-900 number, it doesn't go to Steve and then to us, it goes directly to us, so Steve gives us a credit of more, well, not me in particular, Lori and Tom Karras, they get more.

Let's say for me answering the call they got paid a dollar a minute. If I gave them back this 1-900 number, they called me back again, instead of getting paid a dollar a minute they would get paid a dollar fifty, a dollar forty. They would get paid more per minutes to call back on this line.

MR. ARONBERG: Did Talk Communications advertise this number?

MS. WEIL: Not to my knowledge. I don't know, but it could very well be because they

Page 56

advertised on the internet.

MR. ARONBERG: Were any consumers disconnected just so they would call back on the private numbers?

MS. WEIL: Yes, yes.

MR. ARONBERG: How do you know that?

MS. WEIL: Because for a while, you've got to remember this, for a while when anybody called in on the PRN number we were supposed to immediately give them this 1-900 number and hang up immediately.

MR. ARONBERG: Who told you to hang up?

MS. WEIL: Lori and Tom Karras. That was mandatory. There were big signs for everybody, get PRN - well, there's different whisper prompts, but PRN is 60 minute, 90 minute and I think toro toro, right? Was that PRN also?

One of them, but there were three prompts for PRN.

MR. ARONBERG: Was that used as a way to circumvent the three minute free promotion?

MS. WEIL: They never really told us why. We were just told this is what you have to do. If a PRN call comes in, ask them what number they dialed in and tell them to call you back on

EXHIBIT **3.7** ... **14**          FL AG0000153

Page 57

that number, and that went for a good at least a month, and for a while people continued to do it afterwards because they never really told us when to stop.

MR. ARONBERG: The script says: Remember the first two minutes of your call is free always free and were sponsored by New Lauderdale, Florida; is that true?

MS. WEIL: I knew nothing. I know nothing.

MR. ARONBERG: You don't know if consumers got their free minutes?

MS. WEIL: I have no idea.

MR. ARONBERG: It says: And of course you know that all callers have to be at least 18 years or older.

If you have to say that then how would you talk to minors?

MS. WEIL: That was also towards -- You have to remember, if you're asking my personal experience I never used the script. I just did what I did, but I heard all that mumbo jumbo where I could probably recite the script to you if I had from hearing it in the back of my ear all day long.

Page 58

As far as the minors go, everybody was talking to minors, because with PRN it was so important that you had the 20 minute average. They didn't care if you were talking to Jesus, talk to him for 20 minutes at least, you know, you had to because the phone wouldn't ring the next day. You can talk to Charles Manson, who cares, make him talk.

MR. ARONBERG: In handwriting on one of the pages it says: I'm picking up some lucky numbers for you, and then it lists numbers.

MS. WEIL: Yes.

MR. ARONBERG: Who wrote that?

MS. WEIL: That's Lori Karras's handwriting.

MR. ARONBERG: It was the same numbers for every single caller?

MS. WEIL: Yes.

MS. MELIT: Yes.

MR. ARONBERG: Ms. Melit?

MS. MELIT: You could very, on occasion give them their birthday, their address, give them any number that pops into your head. When they ask for the lottery numbers you could say, I give them the lottery number, you can say it may not be

Page 59

for your state, so it may not work, it would be that simple.

The book, it's was a lot thicker than this.

MS. WEIL: There was a bunch of books, but they were basically standard. The ones that were thicker, I'm sure you got copies, in the back were dream interpretations that were so far off it wasn't even funny.

MR. ARONBERG: These scripts were just used by Talk Communications employees?

MS. WEIL: Yes.

MR. ARONBERG: They weren't used by any other bookstore to your knowledge?

MS. WEIL: I never worked for one. I couldn't tell you.

MS. MELIT: I don't believe so. On the front it says: Property of Talk Communications. It must stay there.

MS. WEIL: It would cost you a hundred bucks if you did anything wrong to the book.

MR. ARONBERG: Did PRN know about this book, to your knowledge?

MS. WEIL: Yeah.

MR. ARONBERG: How do you know that?

Page 60

MS. WEIL: Because remember at the meeting, Tom and Lori were talking about it they said they had talked about the companies, and it was like a proven fact that the callers that got the people with the scripts were kept on longer than the callers without the scripts.

MR. ARONBERG: Lori was saying this?

MS. WEIL: Lori and Tom.

MR. ARONBERG: They talked about the company? I'm trying to find out the relationship between Talk Communication and PRN, if PRN knew about the scripts.

MS. WEIL: Steve Feeder called on like a daily basis talking to Tom and Lori, always talking on the phone.

MR. ARONBERG: How do you know that?

MS. WEIL: Because they said so and managers picked up the phone and said, It's Steve, and we all knew it was Steve Feeder or they said it was Steve Feeder. You always knew he was calling.

As far as she said that, I mean, she was like adamant about this, everybody had to use the script especially for the PRN calls because with the Galaxy calls or Dialtronix, the average

EXHIBIT 3.7  PAGE 15    FL AG0000154

Page 61

wasn't so important. It didn't really matter if you had a 20 minute average because the phone would still ring the next day.

With the PRN, you had to have a 20 minute average. They were like psychotic about that line. They said for that especially you have to read the script.

MR. ARONBERG: I'm trying to find out if PRN had anything to do with the script.

MS. WEIL: They said they talked it over with the company, the PRN company, that if, you know, let's say this bunch of people didn't use the script they would have a 15 average connectivity. The people that use the script, the bookstores had a much higher average, so you had to use the script.

MS. MELIT: May I say something? There were two times I got in trouble with the company. One was time was because somebody called up on the PRN line and the girl was very, very obnoxious and abusive, and I didn't like the language and I hung up on her. I got screamed at for daring to hang up on a PRN line.

I said, So I'm supposed to sit there and take this abuse and listen to what she has to

Page 62

say so we can keep her on the phone longer?

The answer was, yes, for the PRN line keep them on as long as possible. It doesn't matter if she was cursing me, my mother, my father, and all relatives, doesn't matter, I was supposed to stay on that phone. I got screamed at.

MR. ARONBERG: By whom?

MS. MELIT: Lori and Tom for hanging up on this PRN call.

MS. WEIL: I remember that, and you got sent home.

MS. MELIT: And that bothered me a lot. It was like, yeah, right.

MR. ARONBERG: Do you have other documents to introduce?

MS. WEIL: Let's see, just talking about the script, like I said, there's two copies of it here of that, the Talk Communication that was sent over on a fax machine.

MR. ARONBERG: We're going to look through this.

MR. ARONBERG: Go off the record.

(Discussion off the record.)

MR. ARONBERG: We are going to

Page 63

introduce this into the record as Exhibit K. This is a script produced by Barbara Weil, Talk Communications, Inc., and it starts in bold letters at the top and parentheses, "While the phone rings write the time on log sheet."

(Whereupon Exhibit K was so marked.)

MR. ARONBERG: Who produced this script?

MS. WEIL: Tom and Lori Karras.

MR. ARONBERG: How do you know that?

MS. WEIL: Because she was so proud of herself, look at her wonderful script.

MR. ARONBERG: She told you that?

MS. WEIL: Of course, she told everybody that would listen.

MR. ARONBERG: Why would she produce this script if there was a prior script in existence, that being Exhibit F?

MS. WEIL: Oh, no, that was one she sent to people in, what do you call it.

MS. MELIT: Volusa.

MS. WEIL: Volusa County.

MR. ARONBERG: Exhibit K?

MS. WEIL: Right.

MR. ARONBERG: Why didn't they just use

Page 64

the same script as the call center in Palm Beach County?

MS. WEIL: Because it was easier to send those copies of the script rather than getting a whole bunch of books and putting them in a box and mailing them up.

MR. ARONBERG: She created a new one just for Volusa County?

MS. WEIL: Yeah. Well, all she had to do basically was feed it through the fax machine.

MR. ARONBERG: She wrote an entire knew script for Volusa County?

MS. WEIL: No. If you really read through it it's basically the same damn thing, it doesn't really defer too much.

MR. ARONBERG: Exhibit L will be a correspondence from Lori and Tom of Talk Communications, Inc. to everyone dated April 7, 2000. It refers to an attached letter written by one of the managers, Penny, who has been in the psychic business a long time and really understands the business like we do.

MS. WEIL: For you information, Penny is a manager in the Deerfield office, if that helps.

EXHIBIT 3.7  PAGE 16   FL AG0000155

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 354 of 432

**Page 65**

MR. ARONBERG: Is she still there?

MS. WEIL: Yes.

MR. MAYHEW: Do you know her last name?

MS. WEIL: I can find it out.

(Whereupon Exhibit L was so marked.)

MR. ARONBERG: Yes, Barbara Melit?

MS. MELIT: I like the idea where Lori says she understands the psychic business as well as we do. Three years ago Lori was a hairdresser and her husband was fixing garage doors, and then they quote "got into the psychic business."

MR. ARONBERG: Are they making good money at it?

MS. MELIT: I think they're making a fortune at it. I know they have a house in Abaco and they put another house, vacation home, and they drive around in Mercedes. They are making a fortune for a hairdresser and a garage door fixer three years ago.

MS. WEIL: Let's put it this way, I work -- When I lost this job I was working for Kenny Kingston at home by myself, I did it for one week. I was on the phone ten hours, that's it, I made three dollars, 30 bucks an hour. If I'm

**Page 66**

making 30 bucks an hour, can you imagine how much the people above me are, and I was just one of their employees. Think about that. The amount of money they're making is phenomenal.

They used to tell them that I was paid salary. I wasn't paid by the minute. They used to say, we don't want her to leave, we don't want to get rid of her, don't change her pay schedule because she's making us a fortune.

MR. ARONBERG: Are the employees at Talk Communication paid salary or by the hour?

MS. WEIL: There's two different ways, per minute, 19 cents per minute, or hourly, an hourly wage.

MR. ARONBERG: Who decides whether you're paid by minute or hourly?

MS. WEIL: When I first started I had the option of what I wanted. Most people hired after me were not, they had to be paid by the minute. A lot of times people were hired by the hour and then all of a sudden halfway through it they would say, We're changing you to be paid by the minute whether you like it or not, or you could leave.

MS. MELIT: When I started I was given

**Page 67**

the option of making $6.50 an hour or getting paid 19 cents a minute. I took the option of the minutes as long as taxes were taken out.

MR. ARONBERG: Are the employees of Talk Communications employees or independent contractors?

MS. WEIL: They're employees because everyone has a paycheck with taxes taken out.

MR. ARONBERG: Who pays the salaries, Talk Communications?

MS. WEIL: They get the money from Steve and they pay us.

MR. ARONBERG: Who gets the money from Steve?

MS. WEIL: Tom and Lori pay us. That's a copy of my pay check.

MR. ARONBERG: Do you ever get any money from PRN?

MS. WEIL: The only thing I heard was she would have to wait for the checks from the companies, like PRN or Galaxy or whatever, to pay us.

MR. ARONBERG: You never got any direct remuneration from PRN?

MS. WEIL: No.

**Page 68**

MR. ARONBERG: Can you describe the relationship between PRN and Talk Communications?

MS. WEIL: They are their main call center for Florida. Lori and Tom are both very paranoid, psychotic, and greedy.

(Whereupon Mr. Mayhew exited.)

MS. WEIL: And from what I heard, so is Steve Feeder. She's in the commercials. Like I said, they were on the phone constantly. She has the exclusive rights to PRN in the 561 area code.

MR. ARONBERG: How do you know that?

MS. WEIL: Because after I left I went to go get a job working or PRN. I mean, I've done a great job for them. I was told that there was a block on 561. I'm thinking, why is there a block? Maybe something happened with the phone company. I talked to the people at the phone company, they said, no, they had nothing to do it.

Finally I kept answering ads over the internet for phone psychics and I finally asked them, why is there a block? They said Talk Communications has an exclusively right to PRN in the 561 area code, so nobody in the 561 area code can get a job unless they work for Tom and Lori.

MR. ARONBERG: Did you ever see Steve

EXHIBIT 3.7 PAGE 17    FL AG0000156

Page 69

Feeder in your offices?

MS. WEIL: I know he had come to the offices, but did I personally see him, no.

MR. ARONBERG: How do you know he went to the offices?

MS. WEIL: Because they would tell me was here.

MR. ARONBERG: Who would tell you?

MS. WEIL: The managers, other employees or something. I never saw him myself.

MR. ARONBERG: You know he had called in frequently to Talk Communications?

MS. WEIL:

MR. ARONBERG: Off the record for a minute.

(Discussion off the record.)

MR. ARONBERG: We'll go on the record again. Have you ever seen television commercials for Psychic Reader's Network?

MS. WEIL: Yes.

MR. ARONBERG: Has Lori ever been in a commercial?

MS. WEIL: Several.

MR. ARONBERG: How does she get those commercials?

Page 70

MS. WEIL: She knows Steve, they're good friends.

MR. ARONBERG: Have you ever been on the set for one of the commercials?

MS. WEIL: No.

MR. ARONBERG: Have you ever heard Lori talking about the commercials?

MS. WEIL: Yes.

MR. ARONBERG: What did you hear?

MS. WEIL: Oh, it was just to her it was fun. There were three people in the commercial with Lori. It goes Lori first, then her hairdresser friend, and then Gypsy, which is like I said, the woman Shirley, whatever her last name is. They thought it was fun, they got to go and on TV, and it was all a goof.

MR. ARONBERG: Are they psychics?

MS. WEIL: Psychotic, yes, psychic, no.

MR. ARONBERG: Lori is not a psychic?

MS. WEIL: No.

MR. ARONBERG: Has she ever held herself out to be a psychic?

MS. MELIT: Yes.

MS. WEIL: She never tried to pull that bull on me.

Page 71

MR. ARONBERG: Did she ever tell you that she was not psychic?

MS. WEIL: She said she was a business woman.

MR. ARONBERG: Barbara, you said she did tell you she was psychic?

MS. MELIT: No. She didn't tell me she was a psychic. She gave the impression that she was a psychic and she studied astrology. She knew when her signs were rising, that meant that she was a psychic because she understood astrology.

MS. WEIL: Astrology and psychics are two different things.

MR. ARONBERG: Has she ever held herself out to be a psychic?

MS. MELIT: No. She said she was psychic because she understood astrology.

MR. ARONBERG: What other things were said about the television commercials?

MS. WEIL: They were excited, she was getting out for the day. She was going to be on TV with her friends. She said it was a goof and it wasn't to be taken seriously.

MR. ARONBERG: She told you not to take it seriously?

Page 72

MS. WEIL: She said it's just a goof. It wasn't like hard work or anything. They were having fun.

MR. ARONBERG: They have on the commercial callers calling in, are those real callers?

MS. WEIL: No.

MR. ARONBERG: How do you know that?

MS. WEIL: Because she told us.

MR. ARONBERG: What did she say?

MS. WEIL: She would tell us it was a script. They knew who the person was. It was somebody sitting in the studio making the call. They knew what they were going to say, it was a script, it was a script.

MR. ARONBERG: I saw one commercial that says: Lori's Love Answers. Did you ever see that commercial?

MS. WEIL: No, but I would love to. Is that the one where she's like the main star and it goes on for like 20 minutes?

MR. ARONBERG: Yes. Have you seen that?

MS. WEIL: Yes.

MR. ARONBERG: Did you talk to her

EXHIBIT 3.7 PAGE 18          FL AG0000157

Page 73

about that?

MS. WEIL: No. I think that one was before my time.

MR. ARONBERG: Who paid Lori for doing the commercials?

MS. WEIL: I'm not sure if she did it for free or Steve Feeder.

MR. ARONBERG: The commercials referred to the PRN number or the Talk Communications number?

MS. WEIL: That's the main - remember you were wondering what the main number was? That was the main PRN number.

MR. ARONBERG: Who does the billing for PRN, PRN to Talk Communications.

(Whereupon Mr. Mayhew entered.)

MS. WEIL: Rephrase the question.

MR. ARONBERG: Who does the billing?

MS. WEIL: Meaning which way?

MR. ARONBERG: Who sends out the bills for calls made into Talk Communications?

MS. WEIL: Are you saying does Lori then send in her log of all that calls she's received?

MR. ARONBERG: Is that what happens?

Page 74

MS. WEIL: Yes.

MR. ARONBERG: So the bills come from PRN and not Talk Communications?

MS. WEIL: Yes.

MR. ARONBERG: Barbara?

MS. MELIT: If you're talking about the bills to the consumers, yes.

MR. ARONBERG: How do you know that?

MS. WEIL: Because that's not what Lori does. Lori answers the phone for Steve, that's all she does and acts in his commercials, but the billing is his department, that's not something we ever did.

MR. ARONBERG: If someone has a complaint -- Why are you laughing about that?

MS. WEIL: Because this is funny, okay, first of all, did you know there was a - you had to maintain an average on the help line too.

MR. ARONBERG: On the help line?

MS. WEIL: Yes.

MR. ARONBERG: The help line was not free?

MS. WEIL: I don't know if it's free, but you had to keep them on X amount of minutes.

MR. ARONBERG: The help line is filling

Page 75

out complaints?

MS. WEIL: Yes.

MR. ARONBERG: Do you know if that's a 900 or 800 number?

MS. WEIL: You have to ask Andrea, the woman I told you that's going to be home in a week, but she used to have to answer that.

The other cool thing about that is, do you know how many times I would get someone on the phone and say, I'm calling to complaint about you guys are either calling me too much or sending me too much paraphernalia in the mail or there's something wrong with my bill, and the manager would just bounce the call around just to keep them on the phone.

MR. ARONBERG: If you had a minute requirement on the help line calls that would seem like those calls were being charged to the consumer?

MS. WEIL: Well, you got paid by PRN for answering those calls, but you had to maintain an average. It wasn't like 20 or anything like that, I think it was like four or five. You to ask Andrea.

MR. ARONBERG: Barbara, you're shaking

Page 76

your head on that.

MS. MELIT: I found it amusing that people were calling back on a 900 number to complain about the charges and getting charged for it, and it was getting ridiculous. The complaints that did come into the quote "office" that we got, they were gathered at the end of the night and then tossed.

MR. ARONBERG: You had complaints that were tossed in the garbage can?

MS. MELIT: Yes.

MR. ARONBERG: No one would address the complaints?

MS. MELIT: That's why we're laughing.

MR. ARONBERG: Would complaints be referred to PRN?

MS. MELIT: Never as far as I know, and you can double check with Andrea.

MS. WEIL: Andrea will tell you they tossed them.

MR. ARONBERG: What about the putting people on hold, was that a directive that come from anyone?

MS. MELIT: Not that I know of.

MR. BUCHNER: They already answered

EXHIBIT 3.7 PAGE 19      FL AG0000158

**Page 77**

that.

MS. WEIL: Not directly, but like I said, she would say things like - like I said, that caller was put on hold was like - well, you can hold on, but don't hold on for like sixty minutes. Give them enough time to get back on the phone. If you see like after a while they haven't gotten back on, then you can hang up.

It was never as soon as the caller clicks over off on the caller ID, call waiting, hang up immediately, no.

MR. ARONBERG: Let me ask you this: All the things we discussed today, all the alleged allegations of deception we've discussed today, do you know if PRN or Steve feeder had knowledge about this?

MS. WEIL: Had knowledge about what?

MR. ARONBERG: Any of the stuff we talked about.

MR. BUCHNER: The psychic ability.

MR. ARONBERG: The fact that employees of Talk Communications didn't even claim to have psychic abilities and were never asked.

MS. WEIL: Let me tell you something, first of all, on the internet you can apply for a

**Page 78**

job at PRN. I guarantee when I go to Illinois I can go and call up and tell these people I am not a psychic and they will give me a job, there is no requirement. You can call it up, I want to work at home as a psychic. You do, how many hours? Nobody ever asks you.

MR. ARONBERG: How do you know that Steve Feeder at PRN knows about this whole practice?

MS. WEIL: Let's put it this way, unless he's a complete and total imbecile. I mean, he supposedly owns a million dollar industry. What do you think the chances are having a call center in one place, that is it psychic capital of the universe, I mean, that's just stupid. That just makes no sense. He would have to be a compete and total moron not to know the employees are not psychics.

MR. ARONBERG: Does he know about the advertisements placed in the newspapers that you produced?

MS. WEIL: Let's put it this way, Lori is very, very tight with Steve Feeder. She wouldn't do anything without his knowledge, she just wouldn't, because she would not want to get

**Page 79**

on his bad side.

Because he is the type of person, he has fired people in Jersey, wiped out - you can't get a phone line in Washington State. If he gets mad at you you're done, then basically you're screwed. She tries to stay on his good side and not do anything he would have a problem with.

MR. ARONBERG: Do you know a woman named Dorise Lang?

MS. WEIL: No, I've never heard of that.

MR. ARONBERG: Do you know anyone involved with the television commercials?

MS. WEIL: Just Lori and Gypsy.

MR. ARONBERG: Do you know has Lori written for the television commercials?

MS. WEIL: I'm sure her and Gypsy collaborated on the script. As a matter of fact, I can probably guarantee that.

MR. ARONBERG: How do you know that?

MS. WEIL: Because Lori wrote all these scripts. She thinks she knows everything about everything, so I'm sure she wrote the script.

MR. ARONBERG: Let's take a minute because that's my main questions and then we'll

**Page 80**

finish up. We'll go off.

(Short break.)

MR. ARONBERG: Go on the record.

Can you work directly for PRN without having to go through a bookstore?

MS. WEIL: Yeah.

MR. ARONBERG: How do you know that?

MS. WEIL: Because there's all the advertisements on the internet to do so.

MR. ARONBERG: Why, have you seen those advertisements?

MS. WEIL: Yes.

MR. ARONBERG: Please describe them.

MS. WEIL: It would say, you know, hiring to answer, you know, the PRN line, the biggest psychic network, blah, blah, blah, and the phone number of how to get in touch with them, no experience necessary, but I knew I couldn't because of the 561 block. I couldn't do 561.

MR. BUCHNER: Do you know whose phone number that is you call?

MS. WEIL: It's a Florida number, it's a Florida number.

MR. BUCHNER: Do you know who's putting out those internet advertisements?

EXHIBIT 3-7 PAGE 20     FL AG0000159

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 358 of 432

Page 81

MS. WEIL: No, but I can go back and look because I bookmarked every single one of them.

MR. MAYHEW: You can call me if you get the addresses.

MR. ARONBERG: Did you ever see the disclaimer "For Entertainment Purposes Only"?

MS. MELIT: Yes, I see it all the time. It doesn't mean anything.

MR. ARONBERG: Have you ever discussed that in your office?

MS. WEIL: What? Regardless, people over 18 only, and it doesn't matter because we were told in affect even if it's somebody under 18 to talk them, so the disclaimer is, I imagine, for a legal purposes only but doesn't really mean anything.

MR. WEIL: I'll be honest with you, when those people call, what they're calling about is extremely important for them, they're not calling for entertainment purposes.

MR. ARONBERG: Did you ever discuss that disclaimer with anyone in your office? Did Lori tell you about for entertainment purposes only, anyone raise it in the office?

Page 82

MS. WEIL: No, that was never discussed. She always told us how we have so much power by answering those phone calls. If you told this woman that her card says the woman's husband's cheating, nine times out of ten it doesn't matter what the man said, so you have to be really careful.

MS. MELIT: Excuse me one minute.

MR. ARONBERG: Barbara?

MS. MELIT: I don't remember this phone call because it happened when I first got there, but she does. Remember Ray with the woman who told her in affect she was going to die, remember that one?

MS. WEIL: Yeah.

MS. MELIT: Would you tell them about that? This woman was very serious and this is what quote "a psychic" told her.

MS. WEIL: He told her the card was card of death and if she was lucky she had three months maximum, that the second card, I don't remember exactly what card he pulled, that card showed despair, misfortune, that no matter what she tried, no matter what she did she was going to pay.

Page 83

Her next card after that showed somebody entering her life, but it didn't make a different because she was going to be dead in three months.

MR. ARONBERG: Why would he do that?

MS. WEIL: Because she wouldn't give him her address.

MR. ARONBERG: What happened after that?

MS. WEIL: She got pissed off and hung up. Actually, got another call and clicked over and he sat there like this with his head on the desk holding the phone and waited 60 minutes until the call maxed out, so not only a really nice reading, but got charged for 60 minutes.

MR. ARONBERG: Do you know if she called to complain?

MS. WEIL: I would hope she did, but I never heard anything about that.

MS. MELIT: These people do call, a lot of them are very serious, emotionally upset, and if you get somebody that tells you, oh, I see you're dead in three months, this is not a good thing to tell people.

MR. ARONBERG: Have you ever heard

Page 84

anyone referred to the suicide prevention hot line?

MS. MELIT: Well, we had a number for them, but I never heard anyone refer them.

MR. ARONBERG: No.

MS. MELIT: I never heard anybody refer to any other number. The only number that was ever referred was 1-900-288-0994, and I have it memorized because I had to say it constantly.

MR. ARONBERG: I think that's it. We really appreciate you coming in. We'll end the statement right now.

(Whereupon the statement concluded at 12:00 p.m.)

EXHIBIT 3.7 PAGE 21      FL AG0000160

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 359 of 432

July 18, 2000

Page 85

CERTIFICATE

I, JENNIFER D. DESHONG, Certified Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that the foregoing transcript, Pages 1 to and including 85, is a true and correct transcription of my stenographic notes of the statement given by BARBARA WEIL and BARBARA MELIT at the Comptroller's Office, 111 S. Sapodilla Ave., Suite 211, West Palm Beach, Florida, on the 18th day of July, 2000 commencing at 9:45 o'clock a.m.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this statement is taken; and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal this 2nd day of August, 2000.

JENNIFER D. DESHONG
Certified Professional Reporter and
Notary Public, State of Florida at Large

My Commission expires: March 7, 2004

JENNIFER D. DESHONG
MY COMMISSION # CC 886626
EXPIRES: March 7, 2004
Bonded Thru Pichard Insurance Agency

EXHIBIT 3.7 PAGE 22  FL AG0000161

**-$-**

$50 [2]　26:17　26:23
$6 [1]　22:1
$6.50 [1]　67:1

**-'-**

'99 [1]　9:4

**-1-**

1 [3]　29:5　54:14　85:5
1-800 [1]　55:9
1-900 [4]　55:9　55:10　55:17　56:10
1-900-288-0994 [2]　54:17　84:8
10 [5]　2:5　2:8　2:11　2:12　10:24
11 [2]　2:14　2:17
111 [2]　1:10　85:8
12:00 [2]　1:9　84:14
14 [1]　2:20
14428 [1]　31:5
15 [2]　16:20　61:13
18 [4]　1:8　57:15　81:13　81:14
18th [1]　85:10
19 [2]　66:13　67:2

**-2-**

2/17 [1]　26:17
2/17/00 [1]　2:23
2/17/2000 [1]　26:19
20 [13]　24:16　26:10　26:12　26:23　27:1　27:4　27:11　58:3　58:5　61:2　61:4　72:21　75:22
2000 [15]　1:8　2:6　2:9　2:12　2:15　3:19　9:6　9:22　10:20　10:24　11:4　11:9　64:19　85:10　85:21
2004 [1]　85:25
21 [2]　2:6　9:22
211 [2]　1:11　85:9
24 [2]　11:15　47:21
25 [1]　5:6
27 [1]　2:23
28 [2]　2:15　11:4
2G [1]　10:1
2nd [1]　85:20

**-3-**

3 [4]　11:8　22:20　26:16　26:23
30 [5]　3:5　5:6

45:4　65:25　66:1
36 [1]　3:8
38 [3]　3:12　45:23　45:25
3E [2]　2:12　10:24

**-4-**

4 [2]　2:9　10:19
4/1/00 [2]　3:10　36:11
4/15/00 [2]　3:10　36:11
4G [4]　2:9　2:15　10:20　11:4

**-5-**

561 [6]　68:10　68:15　68:23　68:23　80:19　80:19
561-630-0818 [1]　50:20
561-630-7298 [2]　12:9　51:4
561-630-8018 [1]　50:2
59 [1]　26:8
5G [2]　2:6　9:23

**-6-**

60 [4]　45:4　56:17　83:13　83:15
63 [1]　3:15
65 [1]　3:18
69 [1]　48:21

**-7-**

7 [4]　3:19　39:18　64:18　85:25
7:00 [1]　28:1

**-8-**

80 [2]　34:7　34:20
800 [1]　75:4
85 [1]　85:5
8:00 [1]　28:1

**-9-**

90 [1]　56:17
900 [2]　75:4　76:3
904-258-9963 [1]　51:21
904-756-8797 [1]　51:11
904-756-9879 [1]　51:15
9:45 [2]　1:9　85:11

**-A-**

a.m [2]　1:9　85:11

Abaco [1]　65:16
abilities [10]　17:13　17:19　18:3　19:6　21:15　22:4　31:24　47:10　47:17　77:23
ability [1]　77:20
able [1]　33:18
above [1]　66:2
abuse [1]　61:25
abusive [1]　61:21
acceptable [1]　7:19
Access [3]　1:2　18:2　21:1
accounting [1]　6:4
accurate [1]　34:19
action [2]　85:14　85:18
acts [1]　74:11
ad [12]　2:17　8:25　9:1　9:11　10:2　10:10　11:21　11:25　12:2　12:5　50:19　51:3
adamant [1]　60:23
add [2]　23:5　29:19
addition [1]　36:8
address [7]　10:8　38:4　52:22　53:5　58:22　76:12　83:7
addresses [16]　4:19　33:21　33:23　33:24　34:3　34:5　34:7　34:11　34:20　34:21　36:17　37:1　37:5　37:24　38:1　81:5
ads [4]　9:9　10:12　49:21　68:19
advertise [3]　11:22　55:5　55:23
advertised [2]　21:5　56:1
advertisement [6]　9:21　10:18　10:23　11:2　11:7　11:18
advertisements [8]　11:24　35:23　36:1　36:2　78:20　80:9　80:11　80:25
affect [3]　36:15　81:14　82:13
affiliate [3]　51:17　51:22　52:12
affiliated [2]　17:25　38:17
affiliates [1]　38:18
affixed [1]　85:20
afterwards [1]　57:3
again [7]　10:11　22:23　36:22　37:16　51:17　55:17　69:18
ago [3]　8:15　65:10　65:20
agree [1]　29:20

ahead [1]　9:25
alarming [1]　37:3
alcohol [1]　13:25
alcoholics [1]　13:11
allegations [1]　77:14
alleged [1]　77:13
allowed [4]　19:15　29:12　35:15　54:12
almost [2]　18:20　22:10
alone [2]　19:18　29:2
always [6]　37:1　37:2　57:7　60:14　60:20　82:2
American [4]　45:17　45:18　45:23　46:18
amount [2]　66:3　74:24
amusing [1]　76:2
Andrea [8]　23:23　24:4　24:7　24:23　75:5　75:24　76:18　76:19
angry [1]　39:20
animal [1]　22:13
answer [16]　7:17　7:19　7:20　18:12　18:13　18:16　21:4　33:19　35:15　35:19　35:20　36:7　50:9　62:2　75:7　80:15
answered [6]　8:25　9:12　11:21　11:25　12:2　76:25
answering [5]　11:24　55:15　68:19　75:21　82:3
answers [3]　4:5　72:17　74:10
APPEARANCES [1]　1:15
appeared [1]　10:11
Applebaum [5]　5:16　30:11　30:14　53:24　54:1
application [6]　16:24　17:1　17:11　17:12　46:23　47:8
apply [1]　77:25
appreciate [1]　84:11
April [2]　3:19　64:18
area [3]　68:10　68:23　68:23
Army [3]　13:8　22:6　22:7
ARONBERG [320]　1:19　4:8　4:12　4:15　4:18　4:23　5:2　5:8　5:12　5:15　5:19　5:23　6:1　6:7　6:11　6:15　6:18　6:21

6:24　7:2　7:5
7:9　7:14　7:25
8:5　8:7　8:12
8:19　8:22　9:1
9:11　9:18　9:25
10:14　10:17　10:22
11:1　11:6　11:11
11:20　11:23　12:2
12:8　12:13　12:17
12:20　13:1　13:4
14:1　14:16　14:21
14:24　15:3　15:6
15:10　15:15　16:6
16:10　16:13　16:18
16:23　17:4　17:8
17:12　17:16　17:21
17:23　17:25　18:10
18:17　19:5　19:8
19:19　19:22　19:25
20:4　20:13　20:24
21:12　21:17　22:24
23:2　23:4　23:9
23:12　23:18　24:9
24:12　24:19　25:25
26:9　26:15　26:18
26:21　27:3　27:6
27:8　27:11　27:15
27:18　27:20　27:24
28:10　28:14　28:19
28:22　29:4　29:14
29:18　30:8　30:12
30:16　30:19　31:4
31:9　31:23　32:2
34:1　34:9　34:12
34:15　34:24　35:3
35:7　35:23　36:4
36:6　36:10　36:14
37:17　37:23　38:7
38:10　38:13　39:1
39:8　39:11　39:16
40:5　40:9　40:11
40:15　41:7　41:16
41:19　41:23　42:12
42:17　42:22　43:3
43:7　43:25　44:9
44:12　44:15　44:21
44:25　45:7　45:11
45:14　45:16　45:20
46:2　46:5　46:11
46:16　47:8　47:12
47:14　47:19　47:23
48:6　48:10　48:17
48:23　49:3　49:9
49:17　49:20　50:7
50:11　50:19　50:24
51:3　51:7　51:10
51:15　51:20　51:25
52:3　52:8　52:11
52:16　53:7　53:12
53:15　53:21　53:24
54:3　54:6　54:9
54:14　54:21　54:25
55:5　55:22　56:2
56:6　56:12　56:20
57:5　57:11　57:14
58:9　58:13　58:16
58:20　59:10　59:13
59:22　59:25　60:7
60:9　60:16　61:8
62:8　62:15　62:21
62:23　62:25　63:7
63:10　63:13　63:16

EXHIBIT 3.7　PAGE 23　FL AG0000162

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63:23 | 63:25 | 64:7 | **Barbara** [49] | | 1:4 | 32:7 | 32:8 | 32:8 | **caller** [8] | | 23:13 | 26:1 | 75:18 | 76:4 |

(index reproduced as text below)

**63:23** 63:25 64:7
**64:11** 64:16 65:1
**65:7** 65:13 66:10
**66:15** 67:4 67:9
**67:13** 67:17 67:23
**68:1** 68:11 68:25
**69:4** 69:8 69:11
**69:14** 69:17 69:21
**69:24** 70:3 70:6
**70:9** 70:17 70:19
**70:21** 71:1 71:5
**71:14** 71:18 71:24
**72:4** 72:8 72:10
**72:16** 72:22 72:25
**73:4** 73:8 73:14
**73:18** 73:20 73:25
**74:2** 74:5 74:8
**74:14** 74:19 74:21
**74:25** 75:3 75:16
**75:25** 76:9 76:12
**76:15** 76:21 77:12
**77:18** 77:21 78:7
**78:19** 79:8 79:12
**79:15** 79:20 79:24
**80:3** 80:7 80:10
**80:13** 81:6 81:10
**81:22** 82:9 83:5
**83:8** 83:16 83:25
**84:5** 84:10

**ASAP** [1] 30:6
**asks** [1] 78:6
**asleep** [2] 22:8
22:9
**assume** [1] 7:18
**assuming** [1] 20:8
**astrology** [4] 71:9
71:11 71:12 71:17
**attached** [1] 64:19
**attack** [1] 22:11
**attacked** [1] 22:12
**attend** [1] 28:11
**attorney** [3] 1:17
85:13 85:16
**August** [1] 85:21
**automatic** [1] 45:11
**Ave** [2] 1:10 85:9
**average** [19] 15:21
19:17 24:17 26:11
26:13 26:24 27:2
27:4 27:12 29:2
35:13 58:3 60:25
61:2 61:5 61:13
61:15 74:18 75:22
**averages** [5] 28:25
30:7 31:2 31:19
35:15

**-B-**

**B** [6] 2:1 2:8
3:1 10:18 10:21
49:24
**B's** [1] 50:21
**background** [1] 48:4
**bad** [1] 79:1
**Barb's** [1] 32:11

**Barbara** [49] 1:4
1:4 1:7 1:8
4:2 4:2 4:10
4:11 6:11 6:18
7:9 8:7 8:15
8:19 9:7 9:21
10:19 10:23 11:3
11:7 15:15 17:13
18:10 18:13 19:10
23:1 23:2 27:6
29:18 30:14 33:12
34:15 36:14 39:1
39:11 40:9 41:23
42:22 47:15 47:23
54:13 63:2 65:7
71:5 74:5 75:25
82:9 85:7 85:7
**basis** [1] 60:14
**bathroom** [2] 23:8
24:5
**Beach** [16] 1:11
1:11 2:5 2:8
2:11 2:14 9:22
10:19 10:24 11:3
20:16 20:18 30:24
43:23 64:1 85:9
**become** [1] 41:2
**began** [2] 8:13
8:14
**begin** [1] 8:20
**beginning** [5] 1:8
8:21 39:17 39:18
47:25
**behind** [1] 21:24
**benefit** [1] 12:20
**best** [2] 19:17 41:2
**better** [1] 49:10
**between** [2] 60:11
68:2
**big** [9] 26:13 26:14
27:2 27:7 32:4
32:5 33:4 34:8
56:15
**biggest** [2] 36:24
80:16
**bill** [1] 75:13
**billing** [3] 73:14
73:18 74:12
**bills** [3] 73:20 74:2
74:7
**Billy** [27] 38:17
38:21 38:24 38:25
39:4 39:8 39:12
39:24 40:1 40:5
40:12 40:16 41:23
42:6 42:12 42:19
42:24 42:25 43:9
43:12 43:24 44:4
44:7 44:13 44:16
44:19 44:22
**birthday** [1] 58:22
**bitch** [2] 25:13 25:13
**blah** [20] 14:12 14:12
14:12 14:13 14:13
14:13 16:16 16:16
16:17 16:17 16:17

**32:7** 32:8 32:8
**50:17** 50:18 50:18
**80:16** 80:16 80:16
**blank** [1] 22:19
**block** [4] 68:15
68:15 68:21 80:19
**bold** [1] 63:3
**bond** [1] 41:5
**bonus** [4] 26:16
26:16 26:22 26:23
**Bonuses** [1] 34:2
**book** [4] 13:13 59:3
59:21 59:23
**bookkeeping** [1]
6:4
**bookmarked** [1]
81:2
**books** [2] 59:5
64:5
**bookstore** [7] 3:6
3:23 30:2 30:13
30:20 59:14 80:5
**bookstores** [1] 61:15
**bother** [1] 42:10
**bothered** [1] 62:13
**bottom** [2] 13:24
54:14
**bounce** [1] 75:14
**box** [1] 64:6
**Bradley** [1] 38:17
**break** [5] 15:5
42:8 49:18 49:19
80:2
**breaks** [1] 14:12
**breathe** [1] 15:13
**bring** [1] 31:19
**broke** [1] 42:7
**brought** [1] 30:6
**Bryan** [1] 1:23
**Buchner** [8] 1:20
14:23 42:11 46:1
76:25 77:20 80:20
80:24
**bucks** [3] 59:21
65:25 66:1
**building** [2] 19:23
19:24
**bull** [1] 70:25
**bunch** [6] 20:23
33:23 35:11 59:5
61:12 64:5
**Burger** [2] 21:22
22:4
**business** [7] 6:10
35:8 64:21 64:22
65:9 65:12 71:3
**button** [1] 48:15

**-C-**

**C** [4] 2:11 10:22
10:25 50:19
**Caliber** [1] 13:21

**caller** [8] 23:13
23:19 23:20 32:10
58:17 77:4 77:9
77:10
**caller's** [1] 48:22
**callers** [8] 11:24
36:17 54:7 57:15
60:4 60:6 72:5
72:6
**calls** [33] 11:13
26:7 28:15 30:2
33:19 34:7 34:17
34:20 34:21 34:25
35:1 35:4 36:7
36:8 46:6 46:17
46:18 47:5 48:1
48:11 48:17 48:24
49:4 49:11 55:9
60:24 60:25 73:21
73:23 75:17 75:18
75:21 82:3
**capital** [1] 78:15
**card** [12] 22:20 25:15
25:15 33:15 37:2
82:4 82:19 82:20
82:21 82:22 82:22
83:1
**cards** [17] 18:24
19:14 22:5 22:6
28:7 32:21 32:24
33:11 33:14 33:17
37:1 37:2 37:4
37:6 37:9 37:13
37:16
**care** [2] 24:22 58:4
**careful** [1] 82:7
**cares** [2] 15:14 58:7
**case** [2] 53:6 54:16
**center** [25] 2:21
5:5 5:9 6:17
6:22 10:8 14:12
14:19 14:25 20:9
20:16 20:18 21:3
24:16 30:24 34:25
38:15 41:12 52:15
52:24 54:7 55:10
64:1 68:4 78:14
**centers** [3] 20:10
20:14 52:17
**cents** [2] 66:13 67:2
**certainly** [2] 42:5
42:9
**CERTIFICATE** [1]
85:1
**Certified** [3] 1:13
85:2 85:24
**certify** [2] 85:4
85:12
**cetera** [3] 19:1
19:1 21:6
**chances** [1] 78:13
**change** [2] 12:7
66:8
**changed** [1] 51:21
**changing** [1] 66:22
**charged** [5] 25:22

**26:1** 75:18 76:4
83:15
**charges** [1] 76:4
**charging** [1] 23:9
**Charles** [1] 58:7
**cheating** [1] 82:5
**check** [4] 38:16
46:17 67:16 76:18
**checks** [1] 67:20
**child** [1] 18:22
**circumvent** [1] 56:21
**City** [1] 38:3
**claim** [1] 77:22
**clairvoyant** [3] 8:1
8:8 8:8
**clarify** [2] 17:23
43:20
**class** [6] 28:8 28:11
28:14 28:17 28:20
28:23
**classes** [2] 27:25
28:6
**clear** [2] 20:25 26:9
**clerical** [1] 10:2
**clicked** [3] 25:18
25:20 83:11
**clicks** [1] 77:10
**clock** [1] 45:24
**closed** [5] 14:5
26:6 41:12 43:22
52:21
**clue** [1] 29:17
**code** [4] 38:3 68:10
68:23 68:23
**collaborated** [1]
79:18
**coming** [3] 23:8
40:19 84:11
**commencing** [1]
85:10
**commercial** [8] 28:5
55:1 55:8 69:22
70:12 72:5 72:16
72:18
**commercials** [11]
68:8 69:18 69:25
70:4 70:7 71:19
73:5 73:8 74:11
79:13 79:16
**commission** [2] 21:11
85:25
**common** [1] 41:5
**Communication** [8]
20:16 50:14 50:22
51:4 51:18 60:11
62:19 66:11
**Communications** [50]
5:10 5:24 6:23
7:7 7:11 8:2
8:10 8:13 8:16
8:24 11:19 12:10
12:14 12:15 15:1
16:25 17:17 18:1
21:14 26:22 35:3

EXHIBIT 3.7  PAGE 24          FL AG0000163

35:25   36:2   39:5
39:7   39:22   40:7
40:12   43:21   48:10
50:6   52:7   52:11
53:5   53:22   55:22
59:11   59:18   63:3
64:18   67:5   67:10
68:2   68:22   69:12
73:9   73:15   73:21
74:3   77:22
companies [4]   35:1
40:25   60:3   67:21
company [14]   6:5
19:4   21:2   45:6
45:9   45:19   46:8
55:8   60:10   61:11
61:11   61:18   68:16
68:17
company's [1]   35:4
compete [1]   78:17
complain [2]   76:4
83:17
complaint [2]   74:15
75:10
complaints [5]   75:1
76:5   76:9   76:13
76:15
complete [8]   33:23
34:2   34:4   34:6
34:19   37:24   38:1
78:11
Comptroller's [2]
1:10   85:8
concluded [1]   84:14
concluding [1]   1:9
connection [1]   42:6
connectivity [1]
61:14
consent [1]   48:25
consisted [1]   14:9
constantly [2]   68:9
84:9
consumer [5]   37:25
48:6   48:12   49:5
75:19
consumer's [1]   48:24
consumers [5]   37:19
37:20   56:2   57:12
74:7
continue [1]   31:9
continued [1]   57:2
contractors [1]   67:6
conversations [2]
31:11   40:15
convince [1]   37:25
cool [1]   75:8
copies [6]   9:2
53:9   53:18   59:7
62:18   64:4
copy [3]   11:6   17:8
67:16
corner [2]   27:24
29:3
correct [3]   35:6

40:10   85:6
correspondence [1]
64:17
cost [1]   59:20
costing [1]   29:24
counsel [2]   85:13
85:17
counter [1]   21:24
County [23]   1:11
10:13   20:20   20:21
30:25   31:1   41:13
43:1   43:6   43:7
43:23   44:2   44:9
44:10   44:17   51:19
51:24   52:20   52:24
63:22   64:2   64:8
64:12
course [3]   14:6
57:14   63:14
court [1] 12:21
created [3]   35:8
53:22   64:7
credit [4]   54:24
55:2   55:3   55:12
Crimes [2]   1:18
1:25
crucial [1]   26:13
cursing [1]   62:4
customer [1]   22:10

-D-

D [7]   1:12   2:14
11:2   11:5   51:3
85:2   85:23
da [6]   46:14   46:14
46:14   46:14   46:14
46:14
daily [1] 60:14
damn [1]   64:14
daring [1]   61:22
dated [9]   2:5
2:8   2:11   2:14
2:23   3:9   3:19
26:19   64:18
DAVID [1]   1:19
days [2]   15:22   15:25
dead [2]   83:3   83:23
death [3]   25:15
37:2   82:20
December [2]   8:21
9:4
deception [1]   77:14
decides [1]   66:15
Deerfield [5]   20:16
20:18   30:24   52:19
64:24
defer [1] 64:15
department [1]   74:12
describe [3]   32:3
68:1   80:13
DeShong [3]   1:12
85:2   85:23
desk [2]   22:9   83:13

despair [1]   82:23
Destiny [5]   42:25
43:10   43:11   43:19
44:6
details [1]   13:14
dialed [1]   56:25
Dialtronix [5]   34:18
46:5   46:7   46:17
60:25
die [2]   25:16   82:13
different [11]   8:14
15:20   30:23   35:4
35:10   50:21   53:9
56:16   66:12   71:13
83:3
direct [1]   67:23
directive [1]   76:22
directly [4]   31:11
55:12   77:2   80:4
disclaimer [3]   81:7
81:15   81:23
disconnected [2]
54:16   56:3
discuss [1]   81:22
discussed [4]   77:13
77:14   81:10   82:2
discussing [1]   53:8
Discussion [4]   16:22
42:16   62:24   69:16
Division [2]   1:18
1:25
document [10]   2:20
2:23   3:5   3:8
3:12   3:15   3:23
26:19   27:16   44:16
documents [10]   44:1
44:2   44:3   44:3
44:8   44:11   44:13
44:17   44:21   62:16
doesn't [11]   10:4
12:22   43:18   55:11
62:3   62:5   64:15
81:9   81:13   81:16
82:6
dollar [5]   55:16
55:18   55:19   55:19
78:12
dollars [1]   65:25
done [8]   18:15   18:23
19:2   19:2   24:8
40:18   68:13   79:5
door [2]   17:7   65:19
doors [1]   65:11
doorway [1]   14:5
Dorise [1]   79:9
double [1]   76:18
doubt [1]   47:22
doubtful [1]   43:14
down [6]   23:25
24:2   32:19   43:22
43:23   52:21
dream [1]   59:8
drive [1] 65:18

drugs [1]   13:25
duly [1]  4:3
duties [1]   11:23

-E-

E [6]   2:1   2:17
3:1   11:6   11:10
51:10
ear [1]   57:24
easier [1]   64:3
echoes [1]   48:3
ECONOMIC [1]
1:18
Economics [1]   1:25
effect [1]   49:12
either [2]   27:19
75:11
emotionally [1] 83:21
employed [2]   85:14
85:17
employee [8]   15:11
15:16   19:17   27:23
44:16   51:17   53:5
85:16
employees [21]   15:7
19:19   19:25   20:12
20:23   22:7   29:1
31:23   44:23   52:14
53:18   54:12   59:11
66:3   66:10   67:4
67:5   67:7   69:10
77:21   78:18
end [4]   26:2   26:6
76:7   84:11
enforced [1]   23:14
entered [3]   42:11
46:1   73:16
entering [1]   83:2
entertainment [3]
81:7   81:21   81:24
entire [1]   64:11
entitled [8]   2:17
2:20   3:5   3:8
3:12   3:23   14:24
38:11
envelope [1]   37:4
especially [2]   60:24
61:6
ESQ [2] 1:19   1:20
et [3]   19:1   19:1
21:5
everybody [8]   20:9
23:21   27:10   40:19
56:16   58:1   60:23
63:15
everywhere [1]   37:18
evil [1]   39:23
ex [1]   51:17
exactly [4]   7:12
31:14   37:13   82:22
examination [2]
1:7   4:7
examples [1]   23:16

except [1]   32:21
excited [1]   71:20
exclusive [1]   68:10
exclusively [1] 68:22
excruciatingly [1]
33:25
Excuse [5]   9:16
13:6   16:21   42:1
82:8
Exhibit [48]   9:20
10:16   10:18   10:21
10:22   10:25   11:5
11:6   11:10   11:11
14:22   15:2   16:10
16:14   23:13   27:16
27:17   27:18   30:13
30:18   31:10   34:2
36:12   36:13   38:11
38:12   38:13   38:15
44:25   47:14   47:19
49:23   49:24   49:25
50:19   50:21   51:3
51:8   51:10   53:8
53:10   54:15   63:1
63:6   63:18   63:23
64:16   65:6
exhibits [4]   2:3
3:3   9:19   10:15
existence [1]   63:18
Exit [1]  11:2
exited [2]   49:16
68:6
experience [8]   11:13
13:12   35:22   41:20
41:25   49:25   57:21
80:18
expires [1]   85:25
explain [2]   7:12
33:17
extensions [1]   31:5
extent [1]   48:5
extremely [1]   81:20

-F-

F [11]   2:20   14:23
15:2   16:10   16:14
23:13   31:10   38:15
44:25   47:19   63:18
fact [5]   21:19   51:7
60:4   77:21   79:18
factor [1]   20:11
familiar [1]   50:25
family [1]   33:6
far [6]   31:21   41:15
58:1   59:8   60:22
76:17
fast [3]   16:12   46:15
47:1
father [1]   62:5
fault [1] 31:20
fax [2]   62:20   64:10
feed [1] 64:10
feeder [9]   60:13
60:19   60:20   68:8

EXHIBIT 3.7   PAGE 25   FL AG0000164

| | | |
|---|---|---|
| 69:1 | 73:7 | 77:15 |
| 78:8 | 78:23 | |

**Feeder's** [1] 55:8
**Felix** [2] 23:21  23:24
**fell** [2]  22:8  22:9
**felt** [3]  33:2  33:3  41:6
**few** [2]  43:12  49:17
**fifty** [1]  55:19
**figured** [1]  40:23
**filing** [1]  22:14
**fill** [2]  16:7  17:5
**filled** [2]  14:18  46:22
**filling** [2]  14:10  74:25
**finally** [2]  68:19  68:20
**Financial** [1]  1:24
**financially** [1]  85:18
**finish** [1]  80:1
**fire** [1]  16:1
**fired** [5]  15:23  39:13  40:6  40:11  79:3
**first** [20] 4:3  8:23  16:16  21:3  22:20  25:15  26:3  36:23  38:22  42:1  44:20  46:22  47:25  48:2  57:6  66:17  70:12  74:17  77:25  82:11
**five** [7]  7:1  25:14  25:23  29:8  33:10  46:24  75:23
**five-and-a-half** [1]  28:7
**fixer** [1] 65:19
**fixing** [1]  65:11
**flat** [1]  46:24
**Florida** [11]  1:11  1:13  4:22  6:5  57:8  68:4  80:22  80:23  85:3  85:10  85:24
**Flower** [1]  6:5
**flowers** [1]  6:6
**follows** [1]  4:6
**foregoing** [1]  85:4
**forever** [1]  26:5
**forget** [2]  27:25  54:15
**form** [6] 17:9  21:4  29:4  46:20  47:9  47:16
**formality** [1]  17:3
**forth** [2] 32:18  32:20
**fortune** [3]  65:16  65:19  66:9
**forty** [1] 55:19
**found** [1]  76:2
**four** [7]  5:25  15:25  37:1  37:3  37:9

| | | |
|---|---|---|
| 37:16 | 75:23 | |

**free** [11] 7:15  29:8  29:8  29:22  56:21  57:7  57:7  57:12  73:7  74:22  74:23
**frequently** [1]  69:12
**friend** [2]  10:3  70:13
**friends** [4]  33:6  41:2  70:2  71:22
**front** [2] 27:9  59:18
**full** [1]  23:22
**fun** [3]  70:11  70:15  72:3
**funny** [2]  59:9  74:16

### -G-

**G** [5]  2:23  27:16  27:17  27:18  34:2
**Galaxy** [4]  34:18  45:4  60:25  67:21
**gamut** [1]  18:21
**garage** [2]  65:11  65:19
**garbage** [1]  76:10
**gathered** [1]  76:7
**general** [2]  1:17  53:14
**girl** [7]  21:23  22:3  32:17  39:21  47:2  47:4  61:20
**given** [7]  13:13  30:13  30:15  44:3  53:4  66:25  85:7
**giving** [3]  28:6  36:17  40:20
**Glenda** [2]  28:8  39:23
**God** [1]  24:7
**goes** [4]  26:24  55:12  70:12  72:21
**good** [8] 35:10  35:15  39:14  57:1  65:13  70:2  79:6  83:23
**goof** [3]  70:16  71:22  72:1
**great** [1] 68:14
**greedy** [1]  68:5
**guarantee** [2]  78:1  79:19
**guess** [4]  6:13  32:11  32:12  52:21
**guy** [1]  25:12
**guys** [1] 75:11
**Gypsy** [6]  27:25  28:2  28:3  70:13  79:14  79:17

### -H-

**H** [5]  2:1  3:1  3:5  30:13  30:18

**habit** [1] 23:7
**hair** [1]  28:5
**hairdresser** [3]  65:10  65:19  70:13
**half** [1]  37:8
**halfway** [1]  66:21
**Hall** [1]  3:21
**hand** [3] 22:6  32:13  85:20
**handed** [2]  16:15  36:10
**handle** [1]  35:1
**handled** [2]  34:25  35:4
**hands** [1]  22:5
**handwriting** [4]  30:8  31:8  58:9  58:15
**hang** [9] 26:3  32:8  32:10  45:24  56:10  56:12  61:22  77:8  77:11
**hang-up** [1]  47:4
**hanging** [1]  62:9
**hard** [3] 28:16  33:5  72:2
**head** [3] 58:23  76:1  83:12
**headphones** [1] 24:2
**headset** [1]  23:25
**hear** [7]  14:6  22:22  45:4  48:3  48:15  49:7  70:9
**heard** [16]  20:2  22:13  22:18  31:12  38:22  39:3  39:4  57:22  67:19  68:7  70:6  79:10  83:19  83:25  84:4  84:6
**hearing** [1]  57:24
**heart** [2] 22:11  42:8
**held** [2]  70:21  71:14
**help** [6]  25:8  74:18  74:19  74:21  74:25  75:17
**helping** [1]  33:4
**helps** [1]  64:25
**hereby** [1]  85:4
**hereto** [1]  85:17
**hereunto** [1]  85:19
**herself** [4]  21:20  63:12  70:22  71:15
**high** [4]  17:22  20:3  29:2  35:13
**higher** [2]  19:12  61:15
**highest** [2]  13:20  13:22
**hire** [2]  12:24  12:25
**hired** [5] 31:15  31:18  36:6  66:18  66:20
**hiring** [3]  31:12  31:13  80:15

**hit** [2]  13:23  48:14
**hold** [14] 10:10  23:7  23:10  23:13  23:19  23:21  24:5  24:13  26:4  51:13  76:22  77:4  77:5  77:5
**holding** [1]  83:13
**home** [11]  4:19  19:23  20:1  20:9  25:7  30:4  62:12  65:17  65:23  75:6  78:5
**honest** [1]  81:18
**hope** [1] 83:18
**hot** [1]  84:1
**hour** [6]  21:25  65:25  66:1  66:11  66:21  67:1
**hourly** [3]  66:13  66:14  66:16
**hours** [4]  11:15  47:21  65:24  78:5
**house** [2]  65:16  65:17
**How'd** [3]  30:16  52:3  52:25
**hundred** [2]  20:3  59:20
**hung** [2] 61:21  83:10
**husband** [1]  65:11
**husband's** [1]  82:5
**hysterical** [2]  25:18  37:9

### -I-

**ID** [1]  77:10
**idea** [9]  20:12  29:17  33:16  37:14  37:21  39:2  39:6  57:13  65:8
**IDENTIFICATION** [2]  2:3  3:3
**identified** [1]  10:15
**illegal** [2]  23:11  25:10
**Illinois** [1]  78:1
**imagine** [2]  66:1  81:15
**imbecile** [1]  78:11
**immediately** [3]  56:10  56:11  77:11
**important** [6]  13:18  33:25  37:7  58:3  61:1  81:20
**importers** [1]  6:6
**impossible** [1]  27:14
**impression** [1]  71:8
**Inbound** [1]  11:12
**Inc** [5]  1:2  15:1  26:22  63:3  64:18
**included** [1]  11:23
**including** [2]  35:5  85:5

**independent** [1]  67:5
**Indirectly** [1]  42:23
**industry** [1]  78:13
**information** [6] 40:4  40:20  40:21  41:7  52:4  64:23
**informing** [1]  48:11
**initial** [1]  46:25
**initialed** [2]  16:12  46:15
**inside** [2]  19:22  19:24
**instance** [2]  32:5  46:21
**instead** [1]  55:18
**interested** [1]  85:18
**interesting** [1]  48:14
**internet** [5]  56:1  68:20  77:25  80:9  80:25
**interpretations** [1]  59:8
**interrupt** [1]  20:7
**interview** [1]  18:5
**introduce** [8]  9:19  9:20  14:21  27:15  30:12  38:10  62:16  63:1
**Introduction** [2]  3:13  38:11
**INVESTIGATION** [1]  1:2
**Investigator** [1] 1:24
**involved** [2]  38:19  79:13
**itself** [1] 24:16

### -J-

**J** [8]  1:20  3:12  38:11  38:12  38:14  53:8  53:10  54:15
**January** [2]  8:18  9:6
**jar** [1]  26:24
**Jennifer** [3]  1:12  85:2  85:23
**Jersey** [1]  79:3
**Jesus** [1]  58:4
**job** [22]  6:20  8:1  8:9  8:24  11:23  12:1  13:13  13:24  15:17  15:23  16:8  16:24  17:24  19:6  43:22  46:22  65:22  68:13  68:14  68:24  78:1  78:3
**jobs** [1]  40:23
**Joe** [3]  32:6  32:12  32:14
**joke** [2]  32:4  32:5
**judgment** [1]  25:9
**July** [2]  1:8  85:10

EXHIBIT 3.7   PAGE 26          FL AG0000165

**jumbo** [1] 57:22

**June** [5] 2:9 2:12 10:19 10:24 39:19

**Jupiter** [2] 4:20 4:21

### -K-

**K** [4] 3:15 63:1 63:6 63:23

**K-A-R-R-A-S** [1] 5:14

**Karras** [10] 5:11 5:13 5:15 6:17 27:19 30:10 50:5 55:14 56:14 63:9

**Karras's** [2] 54:19 58:14

**keep** [7] 13:24 15:21 16:2 62:1 62:3 74:24 75:14

**keeping** [1] 30:2

**Kenny** [2] 34:18 65:23

**kept** [3] 31:18 60:5 68:19

**key** [1] 26:13

**kind** [6] 9:1 9:10 28:23 31:10 32:8 41:7

**King** [2] 21:22 22:4

**Kingston** [2] 34:18 65:23

**knew** [16] 21:16 21:17 21:18 23:21 24:11 24:13 32:20 57:9 60:11 60:19 60:20 64:11 71:9 72:12 72:14 80:18

**knowledge** [10] 21:12 48:23 49:15 53:22 55:24 59:14 59:23 77:15 77:17 78:24

**known** [1] 5:16

**knows** [3] 70:1 78:8 79:22

### -L-

**L** [3] 3:18 64:16 65:6

**lack** [1] 31:24

**lady** [1] 19:12

**Lang** [1] 79:9

**language** [1] 61:21

**lap** [1] 32:25

**Large** [3] 1:13 85:4 85:24

**last** [5] 4:13 4:16 6:15 65:3 70:14

**late** [2] 15:22 50:17

**Lauderdale** [1] 57:8

**laugh** [1] 22:18

**laughing** [6] 15:16 22:21 22:24 25:17

74:15 76:14

**learn** [2] 28:6 28:13

**lease** [2] 52:23 52:23

**least** [5] 34:20 40:8 57:1 57:15 58:5

**leave** [3] 11:2 66:7 66:24

**left** [5] 8:12 29:2 39:7 39:19 68:12

**legal** [1] 81:16

**letter** [2] 3:18 64:19

**letterhead** [1] 14:25

**letters** [1] 63:4

**lie** [5] 41:17 41:20 41:24 42:2 42:9

**lied** [1] 37:22

**life** [1] 83:2

**line** [23] 5:5 6:16 18:7 21:3 24:21 35:18 36:16 38:19 48:5 54:24 55:21 61:6 61:20 61:23 62:2 74:18 74:19 74:21 74:25 75:17 79:4 80:15 84:2

**lines** [6] 21:5 31:20 34:23 35:19 35:22 47:20

**list** [1] 50:15

**listen** [2] 61:25 63:15

**listening** [1] 49:4

**lists** [1] 58:11

**live** [1] 4:18

**livid** [1] 39:15

**living** [1] 33:7

**log** [3] 3:16 63:5 73:23

**longer** [3] 28:15 60:5 62:1

**look** [4] 15:3 62:21 63:12 81:2

**looked** [1] 9:10

**Lori** [70] 3:18 5:11 5:15 5:16 6:17 18:5 18:6 18:14 18:14 20:11 21:11 21:20 21:20 22:4 23:18 24:9 24:11 24:12 27:9 27:19 30:10 30:14 31:11 31:12 31:14 31:14 31:16 36:15 37:24 40:18 41:6 41:10 43:15 43:17 50:5 51:19 51:23 53:24 54:1 54:19 54:24 55:13 56:14 58:14 60:2 60:7 60:8 60:14 62:9 63:9 64:17 65:8 65:10 67:15 68:4 68:24 69:21 70:6 70:12 70:12 70:19 73:4 73:22 74:9 74:10

78:22 79:14 79:15 79:21 81:24

**Lori's** [3] 31:5 31:8 72:17

**losing** [1] 31:20

**lost** [2] 18:25 65:22

**lots** [1] 35:4

**lottery** [2] 58:24 58:25

**love** [2] 72:17 72:19

**lucky** [2] 58:10 82:20

**lunch** [1] 21:23

**lying** [1] 33:3

### -M-

**M-E-L-I-T** [1] 4:14

**machine** [2] 62:20 64:10

**mad** [1] 79:5

**magazines** [1] 21:5

**maiden** [1] 5:17

**mail** [5] 33:11 36:20 36:21 37:9 75:12

**mailing** [2] 37:11 64:6

**main** [6] 68:3 72:20 73:11 73:12 73:13 79:25

**maintain** [3] 26:10 74:18 75:21

**Maintaining** [1] 26:12

**makes** [1] 78:16

**man** [1] 82:6

**manager** [12] 3:6 3:24 22:11 30:3 30:13 30:20 31:1 35:17 43:20 48:14 64:24 75:13

**manager's** [1] 31:3

**managers** [10] 30:23 30:23 31:7 31:7 32:22 43:1 49:7 60:18 64:20 69:9

**mandatory** [4] 27:22 28:10 54:8 56:15

**Manson** [1] 58:7

**March** [1] 85:25

**marked** [12] 10:16 10:21 10:25 11:5 11:10 15:2 27:17 30:18 36:13 38:12 63:6 65:6

**materials** [2] 42:18 42:20

**matter** [11] 18:8 26:10 43:18 61:1 62:4 62:5 79:18 81:13 82:6 82:23 82:24

**maxed** [1] 83:14

**maximum** [1] 82:21

**may** [14] 2:6 2:15 9:16 9:22 9:24 11:4 11:8 20:7 39:17 39:18 39:18 58:25 59:1 61:17

**Mayhew** [11] 1:23 9:3 9:6 13:2 49:16 52:25 53:2 65:3 68:6 73:16 81:4

**mean** [22] 7:13 7:21 18:17 20:22 22:3 22:15 32:5 34:8 34:16 37:10 39:15 39:19 44:6 46:6 46:8 53:18 60:22 68:13 78:12 78:15 81:9 81:16

**Meaning** [1] 73:19

**meant** [4] 33:15 33:17 37:13 71:10

**meeting** [4] 16:18 27:22 27:23 60:2

**Melit** [111] 1:4 1:7 4:2 4:11 4:11 4:14 4:21 4:25 5:4 5:10 5:14 5:17 5:21 5:25 6:3 6:9 6:19 7:9 7:12 7:24 8:3 8:6 8:15 8:17 9:7 9:8 9:16 9:24 10:1 13:6 13:10 13:19 13:22 15:15 15:18 16:4 16:21 17:14 17:15 18:10 18:12 18:19 19:7 19:9 20:7 20:20 23:2 23:6 23:15 27:6 27:7 29:18 29:20 31:16 33:9 34:15 34:16 35:6 36:14 36:15 36:21 37:12 37:21 39:1 39:2 40:9 40:10 40:13 41:23 42:1 42:14 42:22 42:23 43:5 43:10 47:15 47:18 47:23 47:24 48:8 48:19 49:14 58:19 58:20 58:21 59:17 61:17 62:9 62:13 63:21 65:7 65:8 65:15 66:25 70:23 71:7 71:16 74:6 76:2 76:11 76:14 76:17 76:24 81:8 82:8 82:10 82:16 83:20 84:3 84:6 85:8

**memo** [1] 3:21

**memorized** [1] 84:9

**Mercedes** [1] 65:18

**met** [5] 19:1 42:5 43:11 43:23 44:20

**middle** [2] 8:17 23:21

**million** [1] 78:12

**Milton** [1] 28:9

**mine** [1] 10:3

**minor** [3] 24:24 24:25 25:6

**minors** [4] 25:5 57:18 58:1 58:2

**minute** [32] 13:6 20:8 24:17 25:23 26:8 26:11 26:12 27:2 27:4 27:12 45:5 45:23 49:17 55:16 55:18 56:17 56:17 56:21 58:3 61:2 61:5 66:6 66:13 66:13 66:16 66:20 66:23 67:2 69:15 75:16 79:24 82:8

**minutes** [25] 16:20 19:18 25:14 25:24 26:1 26:23 28:24 28:25 29:8 29:9 31:3 31:20 45:4 45:25 46:24 55:20 57:6 57:12 58:5 67:3 72:21 74:24 77:6 83:13 83:15

**misfortune** [1] 82:23

**Monday** [1] 26:25

**money** [7] 25:20 43:16 65:14 66:4 67:11 67:13 67:18

**monitor** [3] 48:1 48:11 49:11

**monitored** [3] 47:20 48:5 48:7

**month** [3] 39:19 40:8 57:2

**months** [6] 5:25 7:1 28:7 82:21 83:4 83:23

**moron** [1] 78:17

**most** [5] 19:17 22:6 33:5 35:22 66:18

**mother** [1] 62:4

**Ms** [360] 4:10 4:11 4:14 4:15 4:17 4:20 4:21 4:24 4:25 5:4 5:10 5:14 5:17 5:21 5:25 6:3 6:9 6:13 6:20 6:23 7:1 7:4 7:8 7:12 7:24 8:3 8:6 8:11 8:17 8:21 8:25 9:2 9:5 9:8 9:9 9:13 9:16 9:24 10:1 10:12 11:12 11:19 11:21 12:1 12:4 12:11 12:16 12:19 12:24 13:6 13:9 13:10 13:17 13:19 13:21 13:22 14:3 14:18 15:9 15:12 15:18 15:24 16:4 16:5 16:9 16:11 16:15 16:20

EXHIBIT **3.7**   PAGE **27**        FL AG0000166

| 17:1 | 17:6 | 17:15 |
| 17:20 | 17:22 | 17:24 |
| 18:4 | 18:12 | 18:19 |
| 19:7 | 19:9 | 19:11 |
| 19:21 | 19:24 | 20:2 |
| 20:6 | 20:7 | 20:15 |
| 20:20 | 20:21 | 21:9 |
| 21:16 | 21:18 | 23:1 |
| 23:3 | 23:6 | 23:11 |
| 23:15 | 23:16 | 23:20 |
| 24:11 | 24:14 | 24:21 |
| 26:2 | 26:12 | 26:16 |
| 26:20 | 27:1 | 27:5 |
| 27:7 | 27:9 | 27:13 |
| 27:19 | 27:21 | 28:3 |
| 28:12 | 28:18 | 28:21 |
| 28:24 | 29:7 | 29:16 |
| 29:20 | 30:1 | 30:10 |
| 30:15 | 30:17 | 30:22 |
| 31:6 | 31:16 | 32:1 |
| 32:4 | 33:9 | 33:20 |
| 34:6 | 34:14 | 34:16 |
| 35:2 | 35:6 | 35:9 |
| 36:3 | 36:5 | 36:9 |
| 36:15 | 36:20 | 36:21 |
| 36:24 | 37:12 | 37:15 |
| 37:21 | 38:2 | 38:9 |
| 38:22 | 39:2 | 39:10 |
| 39:13 | 39:17 | 40:8 |
| 40:10 | 40:13 | 40:14 |
| 40:17 | 41:9 | 41:18 |
| 41:22 | 42:1 | 42:14 |
| 42:15 | 42:21 | 42:23 |
| 43:5 | 43:10 | 43:19 |
| 44:5 | 44:10 | 44:14 |
| 44:18 | 44:24 | 45:3 |
| 45:9 | 45:13 | 45:15 |
| 45:19 | 45:22 | 46:3 |
| 46:7 | 46:13 | 46:21 |
| 47:11 | 47:13 | 47:22 |
| 47:24 | 48:8 | 48:9 |
| 48:13 | 48:19 | 48:20 |
| 49:1 | 49:6 | 49:13 |
| 49:14 | 50:5 | 50:9 |
| 50:13 | 50:23 | 50:25 |
| 51:6 | 51:9 | 51:13 |
| 51:16 | 51:22 | 52:1 |
| 52:5 | 52:10 | 52:13 |
| 52:18 | 53:1 | 53:4 |
| 53:11 | 53:13 | 53:17 |
| 53:23 | 54:1 | 54:5 |
| 54:8 | 54:11 | 54:19 |
| 54:23 | 55:3 | 55:7 |
| 55:24 | 56:5 | 56:7 |
| 56:14 | 56:22 | 57:9 |
| 57:13 | 57:19 | 58:12 |
| 58:14 | 58:18 | 58:19 |
| 58:20 | 58:21 | 59:5 |
| 59:12 | 59:15 | 59:17 |
| 59:20 | 59:24 | 60:1 |
| 60:8 | 60:13 | 60:17 |
| 61:10 | 61:17 | 62:9 |
| 62:11 | 62:13 | 62:17 |
| 63:9 | 63:11 | 63:14 |
| 63:19 | 63:21 | 63:22 |
| 63:24 | 64:3 | 64:9 |
| 64:13 | 64:23 | 65:2 |
| 65:5 | 65:8 | 65:15 |
| 65:21 | 66:12 | 66:17 |
| 66:25 | 67:7 | 67:11 |
| 67:15 | 67:19 | 67:25 |
| 68:3 | 68:7 | 68:12 |

| 69:2 | 69:6 | 69:9 |
| 69:13 | 69:20 | 69:23 |
| 70:1 | 70:5 | 70:8 |
| 70:10 | 70:18 | 70:20 |
| 70:23 | 70:24 | 71:3 |
| 71:7 | 71:12 | 71:16 |
| 71:20 | 72:1 | 72:7 |
| 72:9 | 72:11 | 72:19 |
| 72:24 | 73:2 | 73:6 |
| 73:11 | 73:17 | 73:19 |
| 73:22 | 74:1 | 74:4 |
| 74:6 | 74:9 | 74:16 |
| 74:20 | 74:23 | 75:2 |
| 75:5 | 75:20 | 76:2 |
| 76:11 | 76:14 | 76:17 |
| 76:19 | 76:24 | 77:2 |
| 77:17 | 77:24 | 78:10 |
| 78:22 | 79:10 | 79:14 |
| 79:17 | 79:21 | 80:6 |
| 80:8 | 80:12 | 80:14 |
| 80:22 | 81:1 | 81:8 |
| 81:12 | 82:1 | 82:8 |
| 82:10 | 82:15 | 82:16 |
| 82:19 | 83:6 | 83:10 |
| 83:18 | 83:20 | 84:3 |
| 84:6 | | |

mumbo [1] 57:22

must [1] 59:19

**-N-**

nails [1] 22:14

name [16] 4:8
4:13   4:16   5:8
5:18   6:21   17:2
20:22   26:24   26:25
38:1   39:22   42:25
43:10   65:4   70:15

named [2] 20:17
79:8

names [10] 5:20
20:13   33:23   34:3
34:4   34:6   34:19
34:21   36:17   37:24

necessarily [1] 34:16

necessary [1] 80:18

need [3] 25:1   25:19
35:17

needed [4] 2:18
13:24   40:22   53:6

needs [1] 30:5

neither [1] 85:12

network [7] 18:2
21:1   21:13   24:20
41:21   69:19   80:16

never [35] 15:18
17:15   19:1   19:3
23:13   23:20   25:6
29:1   31:16   39:3
39:4   40:5   41:3
42:1   42:9   42:14
47:12   48:8   48:9
49:9   56:22   57:3
57:21   59:15   67:23
69:10   70:24   76:17
77:9   77:23   79:10
82:1   83:19   84:4
84:6

new [5] 11:8   52:8
52:12   57:7   64:7

newspaper [1] 2:17

newspapers [1] 78:20

next [10] 5:3   24:18
27:14   28:14   32:10
32:17   47:2   58:6
61:3   83:1

nice [1] 83:14

night [3] 22:7   26:7
76:7

nine [1] 82:5

nobody [5] 16:4
32:21   39:19   68:23
78:6

none [2] 43:25   44:3

nor [2] 38:19   85:13

Notary [3] 1:12
85:3   85:24

notes [4] 32:13
32:19   35:16   85:6

nothing [8] 4:4
29:23   41:13   44:22
47:6   57:9   57:10
68:18

notified [2] 48:7
49:5

now [9] 18:10   22:20
23:8   35:12   38:14
39:9   51:17   52:14
84:12

number [51] 11:16
11:22   12:7   12:8
12:12   12:14   26:16
26:23   29:5   29:21
48:22   50:4   50:8
50:21   50:22   51:2
51:5   51:8   51:10
51:12   51:14   51:20
52:2   52:8   54:16
54:18   54:20   55:4
55:6   55:11   55:17
55:23   56:9   56:10
56:24   57:1   58:23
58:25   73:9   73:10
73:12   73:13   75:4
76:3   80:17   80:21
80:22   80:23   84:3
84:7   84:7

numbers [9] 38:6
50:15   50:16   51:1
56:4   58:11   58:11
58:16   58:24

numerology [1] 38:6

**-O-**

o'clock [1] 85:11

oath [1] 4:6

obnoxious [1] 61:20

observed [1] 40:19

occasion [3] 23:6
33:9   58:21

occasionally [1]
49:11

occupation [5] 4:23

| 5:1 | 5:3 | 5:6 |
| 6:4 | | |

off [15] 8:12   13:10
16:21   16:22   42:8
42:16   46:12   59:8
62:23   62:24   69:14
69:16   77:10   80:1
83:10

office [10] 1:10
1:17   33:8   52:12
64:24   76:6   81:11
81:23   81:25   85:8

offices [3] 69:1
69:3   69:5

official [1] 85:20

old [1] 52:22

older [1] 57:16

one [52] 9:14   9:15
9:15   12:3   12:4
12:12   14:10   19:14
19:15   20:3   20:19
23:23   25:4   25:8
25:11   28:4   28:8
28:25   29:21   30:24
30:25   36:24   37:10
42:25   48:20   51:1
52:18   52:20   52:20
52:22   53:13   53:16
53:17   53:19   56:19
58:9   59:15   61:19
63:19   64:7   64:20
65:23   66:2   70:4
72:16   72:20   73:2
76:12   78:14   81:2
82:8   82:14

One-page [4] 2:23
3:5   3:8   3:18

ones [2] 31:7   59:6

open [2] 11:15   52:14

opened [1] 14:5

opening [2] 52:19
52:21

operator [2] 36:7
51:11

operators [7] 2:18
11:12   12:22   12:25
21:14   35:10   49:25

opinion [1] 41:11

option [3] 66:18
67:1   67:2

Options [5] 3:6
3:24   30:3   30:13
30:21

owe [1] 43:15

own [1] 28:13

owned [3] 5:11
6:17   12:9

owns [2] 50:3   78:12

**-P-**

p.m [4] 1:9   28:1
28:1   84:14

Page [12] 2:3
2:6   2:9   2:12
2:15   3:3   9:23

| 10:1 | 10:20 | 10:24 |
| 11:4 | 54:14 | |

pages [3] 33:24
58:10   85:5

paid [19] 8:3   21:10
28:12   34:10   36:16
46:3   55:16   55:18
55:19   55:20   66:5
66:6   66:11   66:16
66:19   66:22   67:1
73:4   75:20

Palm [14] 1:11
1:11   2:5   2:8
2:11   2:14   9:22
10:19   10:23   11:3
30:24   43:23   64:1
85:9

paper [6] 14:19
16:15   18:5   31:8
32:13   46:23

papers [3] 14:10
53:1   53:3

paranoid [1] 68:5

paraphernalia [1]
75:12

parentheses [1] 63:4

part [1] 13:22

particular [3] 53:13
53:20   55:13

parties [2] 85:14
85:17

party [1] 8:4

passing [2] 32:18
32:19

past [2] 5:6   10:11

pay [8] 26:16   42:12
66:8   67:12   67:15
67:16   67:21   82:25

paycheck [1] 67:8

paychecks [2] 39:15
39:20

paying [1] 43:18

payroll [3] 3:9
34:13   36:10

pays [1] 67:9

pencil [1] 54:17

penny [6] 3:21
11:8   20:17   20:22
64:20   64:23

pens [2] 12:12   50:14

Pentagon [1] 16:3

people [53] 5:7
13:7   13:15   13:23
14:15   15:19   18:25
19:12   21:9   22:8
22:14   23:7   23:22
24:13   30:3   31:2
31:17   32:17   33:2
33:3   33:5   33:10
33:15   35:14   35:14
37:4   37:8   37:13
37:18   37:19   39:23
40:18   43:15   49:4
51:18   57:2   60:5
61:12   61:14   63:20

EXHIBIT 3.7   PAGE 28          FL AG0000167

66:2  66:18  66:20
68:17  70:11  76:3
76:22  78:2  79:3
81:12  81:19  83:20
83:24
people's [1]  31:15
per [3]  55:20  66:13
66:13
percent [2]  34:7
34:20
percentage [1]  35:7
perfectly [1]  7:19
periods [1]  8:14
person [8]  16:1
22:12  24:5  24:24
52:5  55:9  72:12
79:2
person's [1]  26:5
personal [5]  54:16
54:18  55:4  55:6
57:20
personally [1]  69:3
phenomenal [1] 66:4
phone [78]  3:15
6:16  11:12  11:16
11:22  12:7  12:8
12:11  12:14  12:22
12:25  14:14  14:14
15:14  18:6  18:8
21:14  22:9  22:14
22:15  23:24  24:17
25:13  25:21  26:3
32:11  34:25  35:13
35:19  35:21  36:7
38:20  43:13  45:3
45:9  46:9  47:4
47:5  47:20  48:14
48:21  48:22  49:4
49:11  49:25  50:3
50:8  50:10  50:15
50:16  50:21  50:22
51:2  51:4  51:10
51:12  58:6  60:15
60:18  61:2  62:1
62:6  63:5  65:24
68:9  68:16  68:17
68:20  74:10  75:10
75:15  77:7  79:4
80:17  80:20  82:3
82:10  83:13
phones [2]  14:17
30:6
Photocopy [1]  2:17
pick [5]  11:14  14:14
15:14  45:3  46:9
picked [3]  37:6
47:4  60:18
picking [1]  58:10
piece [2] 14:19  46:23
pipe [1]  13:5
pissed [1]  83:10
place [4]  10:5
23:13  36:23  78:14
placed [1]  78:20
planet [1]  32:16
pointing [1]  34:1

policy [2]  45:17
45:20
pop [1]  49:7
pops [1]  58:23
possible [4]  5:22
49:1  49:2  62:3
possibly [1]  30:5
Post [10] 2:5  2:8
2:11  2:14  9:22
10:1  10:11  10:19
10:24  11:3
power [1]  82:3
practice [1]  78:9
PRESENT [1]  1:22
pretty [1]  12:6
prevention [1]  84:1
Previously [1]  53:7
printout [1]  30:3
private [1]  56:4
PRN [67]  24:15
24:19  33:20  34:10
34:17  34:22  34:23
34:25  35:5  35:8
35:12  35:15  35:18
35:19  35:20  35:21
35:21  35:22  35:24
36:7  36:17  36:18
36:18  36:22  36:23
36:25  45:4  54:19
54:24  55:8  56:9
56:16  56:17  56:18
56:19  56:24  58:2
59:22  60:11  60:11
60:24  61:4  61:9
61:11  61:20  61:23
62:2  62:10  67:18
67:21  67:24  68:2
68:10  68:13  68:22
73:9  73:13  73:15
73:15  74:3  75:20
76:16  77:15  78:1
78:8  80:4  80:15
problem [3]  25:1
25:1  79:7
problems [3]  25:7
32:7  41:10
produce [1]  63:16
produced [13]  9:21
10:18  10:23  11:3
11:7  44:1  44:22
49:22  53:8  53:9
63:2  63:7  78:21
producing [1]  42:18
products [1]  7:22
profession [4]  6:12
6:16  8:1  8:9
Professional [1]
85:24
promotion [1]  56:21
prompts [2]  56:17
56:19
Property [1]  59:18
propounded [1] 4:5
proud [1]  63:11
proven [1]  60:4

psychic [54]  5:5
5:7  6:16  10:8
13:12  17:13  17:18
18:1  18:3  18:7
18:8  18:15  18:18
18:21  19:6  20:25
21:4  21:13  21:15
22:4  24:19  31:24
32:15  35:25  36:16
38:19  38:20  40:25
41:20  45:19  46:8
47:9  47:17  64:21
65:9  65:12  69:19
70:18  70:19  70:22
71:2  71:6  71:8
71:9  71:11  71:15
71:17  77:20  77:23
78:3  78:5  78:15
80:16  82:18
psychics [9]  12:23
12:25  14:2  31:12
33:14  68:20  70:17
71:12  78:18
psychotic [3]  61:5
68:5  70:18
Public [3]  1:12
85:3  85:24
pull [2]  26:25  70:24
pulled [1]  82:22
purposes [4]  81:7
81:16  81:21  81:24
put [20]  13:23  14:13
14:17  17:2  23:18
23:20  23:25  24:2
24:4  24:13  24:14
32:24  37:3  45:9
47:5  65:17  65:21
77:4  78:10  78:22
puts [1]  55:8
putting [4]  23:7
64:5  76:21  80:24
pyschics [1]  32:20

-Q-

qualifications [4]
31:15  31:17  31:21
31:22
qualified [1]  35:14
questionnaire [1]
16:7
questions [2]  4:5
79:25
quit [1]  33:2
quite [2] 5:21  37:22
quote [5]  29:5
33:14  65:12  76:6
82:18

-R-

raise [1] 81:25
rather [1]  64:4
Ray [3]  24:23  25:12
82:12
RE [1]  1:2
read [10] 10:3  12:5

16:12  18:24  19:14
19:16  32:23  37:18
61:7  64:13
Reader's [6]  18:1
21:1  21:13  24:19
41:21  69:19
reading [12]  25:23
29:6  29:12  29:25
33:1  33:1  38:8
45:4  45:5  45:6
45:23  83:15
readings [3]  5:7
18:19  18:20
ready [1]  52:14
real [5]  16:12  25:13
25:13  48:14  72:5
really [19]  29:16
39:24  41:2  41:10
41:13  42:3  46:15
46:15  46:25  56:22
57:3  61:1  64:13
64:15  64:21  81:16
82:7  83:14  84:11
reason [5]  10:2
18:13  23:14  39:14
42:13
received [4]  43:8
44:12  44:15  73:24
receiving [1]  39:20
recite [1]  57:23
record [20]  4:9
7:15  9:3  9:19
11:1  15:7  16:21
16:22  20:24  26:7
42:16  42:17  49:21
62:23  62:24  63:1
69:14  69:16  69:17
80:3
recording [1]  49:10
records [3]  43:2
43:3  43:8
red [1]  28:5
refer [3] 20:25  84:4
84:6
referred [5]  41:14
73:8  76:16  84:1
84:8
referring [4]  21:2
26:18  34:12  44:1
refers [1]  64:19
regard [1]  18:23
regarding [2]  45:17
45:21
Regardless [1]  81:12
rejected [5]  15:8
15:11  15:17  15:18
16:4
related [1]  85:13
relationship [5] 39:12
41:4  42:7  60:10
68:2
relative [1]  85:16
relatives [1]  62:5
remember [15]  21:19
35:9  35:12  48:1

48:16  56:8  57:6
57:20  60:1  62:11
73:11  82:10  82:12
82:13  82:22
remuneration [1]
67:24
Rephrase [1]  73:17
report [4]  3:9
31:3  34:13  36:11
reporter [4]  1:13
12:21  85:2  85:24
requirement [3] 19:5
75:17  78:4
Resource [2]  18:2
21:1
RESOURCES [1]
1:2
response [1]  55:1
responsible [1] 11:17
rest [2]  24:1  24:2
Retail [1]  7:4
return [1]  38:13
review [1]  49:21
rid [2]  15:19  66:8
ridiculous [1]  76:5
right [8] 32:2  38:14
52:14  56:18  62:14
63:24  68:22  84:12
rights [1]  68:10
ring [6]  24:17  30:6
32:12  35:13  58:6
61:3
ringing [1]  35:20
rings [3] 3:16  52:8
63:5
rising [1]  71:10
ROBERT [1]  1:20
room [8] 14:4  21:21
23:22  24:1  24:2
25:17  47:1  48:15
row [1]  15:22
rules [1] 24:15
run [5]  5:10  12:4
20:10  20:17  32:9
running [2]  10:13
33:4

-S-

S [4]  1:10  2:1
3:1  85:8
S-M-Y-R-N-A [1]
11:8
salaries [1]  67:9
salary [2]  66:6
66:11
Salvation [3]  13:7
22:6  22:7
Sapodilla [2]  1:10
85:9
sat [5]  24:2  25:20
46:13  47:1  83:12
Saturday [1]  10:24

EXHIBIT 3.7  PAGE 29          FL AG0000168

ACCESS RESOURCE SERV   ES                Condenselt!™                                saver – truth
July 18, 2000

saver [1]          11:8
saw [2] 69:10      72:16
says [27] 11:12    12:22
21:4     21:11     22:19
23:12    26:23     27:24
28:14    29:4      34:2
38:16    38:16     43:5
44:25    45:16     47:19
49:24    50:14     50:20
57:5     57:14     58:10
59:18    65:9      72:17
82:4
scam [1] 33:4
schedule [1]       66:8
schedules [1]      26:22
schemes [1]        37:11
Schmo [3]          32:6
32:12    32:14
school [1]         17:22
screamed [3]       34:8
61:22    62:6
screwed [2]        41:6
79:6
script [42]        14:15
19:15    19:16     22:22
32:25    38:3      38:7
38:11    53:9      53:10
53:11    53:19     53:21
53:25    54:2      54:4
54:6     54:10     54:13
57:5     57:21     57:23
60:24    61:7      61:9
61:13    61:14     61:16
62:18    63:2      63:8
63:12    63:17     63:17
64:1     64:4      64:12
72:12    72:15     72:15
79:18    79:23
scripts [6]        53:14
59:10    60:5      60:6
60:12    79:22
seal [1]  85:20
second [3]         15:4
51:14    82:21
see [11]  21:5     32:23
47:3     62:17     68:25
69:3     72:17     77:7
81:6     81:8      83:22
seem [1] 75:17
semi [1] 5:5
send [4] 36:18     37:4
64:4     73:23
sending [1]        75:11
sends [1]          73:20
sense [1]          78:16
sent [4]  30:25    62:12
62:20    63:20
serious [3]        21:23
82:17    83:21
seriously [3]      37:10
71:23    71:25
serve [1] 49:10
service [2]        7:22
38:20
services [3]       7:22

18:2     21:1
session [3]        14:7
14:9     16:14
set [3]   51:23    70:4
85:19
sets [1]  24:15
several [2]        9:2
69:23
shaking [1]        75:25
shall [1] 13:19
sheet [2] 3:16     63:5
shift [1] 11:14
Shippers [1]       6:5
Shirley [2]        28:3
70:14
Short [3]          15:5
49:19    80:2
show [3] 15:24     30:1
33:24
showed [2]         82:23
83:1
showing [2]        30:5
31:1
shown [2]          35:24
36:1
shows [1]          36:15
side [2]  79:1     79:6
sign [1]  46:12
signature [1]      46:25
signed [1]         38:23
signing [1]        46:20
signs [2] 56:15    71:10
similar [3]        49:24
50:19    51:3
simple [1]         59:2
single [3]         34:17
58:17    81:2
sit [6]   22:17    32:22
32:25    45:24     47:2
61:24
sitting [3]        25:17
35:18    72:13
Six-page [1]       3:15
sixty [3] 25:23    26:1
77:5
size [1]  14:4
slightly [1]       50:20
Smyrna [3]         11:8
52:9     52:12
snoring [1]        22:13
so-and-so [1]      32:19
society [1]        13:22
sold [1]  7:22
someone [3]        43:8
74:14    75:9
sometimes [2]      32:22
47:25
somewhere [2]      18:6
32:16
sons [1]  42:3
soon [3]  14:16    17:6

77:9
sort [3]  9:10     24:25
25:7
sound [1]          10:4
spell [3] 4:12     4:16
5:12
spend [1]          25:19
spoke [3]          10:9
40:5     40:12
spoken [1]         43:12
sponsored [1]      57:7
stack [2] 53:1     53:2
standard [2]       17:10
59:6
star [6]  45:17    45:18
45:23    46:18     48:21
72:20
start [7] 8:14     8:15
8:22     11:11     11:15
47:25    53:15
started [6]        17:17
24:3     43:11     48:2
66:17    66:25
starting [1]       39:5
starts [1]         63:3
state [8] 1:12     4:8
38:3     52:17     59:1
79:4     85:3      85:24
statement [5]      1:4
84:12    84:14     85:7
85:15
stay [3]  59:19    62:6
79:6
stenographic [1]
85:6
Steve [17]         55:7
55:11    55:12     60:13
60:18    60:19     60:20
67:12    67:14     68:8
68:25    70:1      73:7
74:10    77:15     78:8
78:23
still [6] 6:7      20:4
39:6     55:2      61:3
65:1
stop [1]  57:4
story [1] 15:20
stray [2] 54:9     54:12
street [1]         13:11
strictly [2]       21:11
35:21
studied [1]        71:9
studio [1]         72:13
stuff [5] 10:14    32:8
35:11    46:12     77:18
stupid [2]         14:10
78:16
substance [1]      41:14
sudden [3]         23:25
43:21    66:21
suicide [1]        84:1
Suite [2] 1:10     85:9
summary [3]        3:9

34:13    36:11
Sunday [4]         9:22
10:1     10:19     11:4
Sunday's [1]       10:11
supplied [1]       13:25
supposed [9]       25:5
28:5     29:10     29:22
37:25    43:13     56:9
61:24    62:6
supposedly [1]     78:12
swords [1]         22:21
sworn [3]          1:4
1:7      4:3

-T-

T [3]     1:23     2:1
3:1
table [1] 14:7
tagged [1]         10:15
taking [2]         8:1
8:9
tape [1]  43:13
taped [2]          48:18
48:24
tarot [6] 19:14    28:6
32:21    33:11     37:1
37:2
taxes [2] 67:3     67:8
teaches [1]        27:25
telemarketing [5]
7:6      7:13      7:21
11:14    21:10
telemarking [4] 7:10
21:6     21:7      50:1
telephone [2]      7:23
48:11
television [4]     69:18
71:19    79:13     79:16
tells [3] 33:22    54:5
83:22
ten [3]   22:20    65:24
82:5
tenuous [1]        42:7
tested [1]         47:21
testified [1]      4:6
testing [4]        2:21
14:25    21:4      38:15
themselves [1]     40:25
thereof [1]        31:25
Thereupon [1]      4:1
thicker [2]        59:3
59:7
thinking [1]       68:15
thinks [2]         32:15
79:22
third [1] 8:4
thought [2]        22:12
70:15
three [11]         29:8
33:10    56:19     56:21
65:10    65:20     65:25
70:11    82:20     83:4

83:23
Three-page [1] 2:20
through [7]        38:14
49:7     62:22     64:10
64:14    66:21     80:5
throughout [1]     52:17
Thursday [1]       2:24
Tide [26]          38:18
38:21    38:24     38:25
39:4     39:9      39:12
39:24    40:1      40:6
40:12    40:16     41:24
42:6     42:12     42:19
42:24    42:25     43:9
43:24    44:4      44:7
44:13    44:16     44:19
44:22
tight [1] 78:23
times [5]          43:13
61:18    66:20     75:9
82:5
today [6]          11:14
20:5     42:19     44:1
77:13    77:14
Tom [22]           3:18
5:11     6:17      20:11
27:19    41:6      50:5
51:18    51:22     52:6
54:19    55:13     56:14
60:2     60:8      60:14
62:9     63:9      64:17
67:15    68:4      68:24
tomorrow [2]       11:15
42:8
tones [2]          45:1
45:2
too [7]   9:15     23:24
44:20    64:15     74:18
75:11    75:12
took [1]  67:2
top [2]   19:16    63:4
toro [2]  56:18    56:18
tossed [3]         76:8
76:10    76:20
total [2] 78:11    78:17
touch [3]          40:24
40:25    80:17
towards [1]        57:19
train [2] 11:13    50:1
trained [2]        14:2
47:7
training [7]       14:4
14:7     14:9      14:20
14:20    16:14     47:6
transcript [1]     85:5
transcription [1]
85:6
tried [2] 70:24    82:24
tries [1] 79:6
trouble [3]        27:2
42:3     61:18
true [4]  20:4     47:21
57:8     85:5
truth [3] 4:3      4:4

EXHIBIT 3.7  PAGE 30                            FL AG0000169

| 4:4 | | |
|---|---|---|
| try [1] 36:21 | | |
| trying [3] | | 31:13 |
| 60:10 | 61:8 | |
| Tuesday [2] | | 27:21 |
| 28:1 | | |
| turned [1] | | 34:22 |
| turning [1] | | 36:16 |
| TV [4] 21:5 | | 55:1 |
| 70:16 | 71:22 | |
| Twelve-page [1] | | |
| 3:12 | | |
| twenty [1] | | 19:21 |
| two [10] 10:12 | | 24:15 |
| 32:24 | 47:4 | 54:11 |
| 57:6 | 61:18 | 62:18 |
| 66:12 | 71:13 | |
| Two-page [2] | | 3:21 |
| 3:23 | | |
| type [2] 9:13 | | 79:2 |

**-U-**

| unbelievable [1] | | |
|---|---|---|
| 22:16 | | |
| under [3] | | 10:2 |
| 22:8 | 81:14 | |
| understand [9] 7:16 | | |
| 15:13 | 30:21 | 45:1 |
| 45:17 | 46:5 | 46:17 |
| 46:18 | 47:20 | |
| understands [2] | | |
| 64:22 | 65:9 | |
| understood [3] 7:18 | | |
| 71:11 | 71:17 | |
| unemployed [3] | | |
| 4:24 | 5:1 | 6:14 |
| universe [1] | | 78:15 |
| unless [2] | | 68:24 |
| 78:11 | | |
| up [47] 10:3 | | 10:13 |
| 14:14 | 15:14 | 15:21 |
| 15:24 | 18:4 | 20:19 |
| 22:11 | 25:12 | 26:3 |
| 29:8 | 29:9 | 30:6 |
| 31:19 | 31:20 | 32:9 |
| 32:10 | 38:23 | 41:12 |
| 43:1 | 43:23 | 45:3 |
| 45:22 | 45:24 | 46:9 |
| 47:4 | 51:23 | 52:5 |
| 52:14 | 52:19 | 52:22 |
| 56:11 | 56:13 | 58:10 |
| 60:18 | 61:19 | 61:22 |
| 61:23 | 62:9 | 64:6 |
| 77:8 | 77:11 | 78:2 |
| 78:4 | 80:1 | 83:11 |
| upset [1] | | 83:21 |
| used [11] | | 5:4 |
| 10:5 | 49:7 | 54:6 |
| 56:20 | 57:21 | 59:11 |
| 59:13 | 66:5 | 66:6 |
| 75:7 | | |

**-V-**

| vacation [1] | | 65:17 |
|---|---|---|

| voice [2] | | 45:8 |
|---|---|---|
| 45:12 | | |
| Volusa [21] | | 10:13 |
| 20:20 | 20:21 | 30:25 |
| 31:1 | 41:13 | 43:1 |
| 43:5 | 43:7 | 44:2 |
| 44:9 | 44:10 | 44:17 |
| 51:19 | 51:24 | 52:20 |
| 52:24 | 63:21 | 63:22 |
| 64:8 | 64:12 | |
| vouch [1] | | 23:23 |

**-W-**

| W-E-I-L [1] | | 4:17 |
|---|---|---|
| wage [1] 66:14 | | |
| wait [1] 67:20 | | |
| waited [1] | | 83:13 |
| waiting [3] | | 25:19 |
| 26:4 | 77:10 | |
| walked [2] | | 17:6 |
| 23:25 | | |
| Washington [1] 79:4 | | |
| watch [1] | | 45:24 |
| ways [1] 66:12 | | |
| week [4] 26:24 | | 27:12 |
| 65:24 | 75:7 | |
| Weil [294] | | 1:4 |
| 1:8 | 4:2 | 4:10 |
| 4:10 | 4:15 | 4:17 |
| 4:20 | 4:24 | 6:13 |
| 6:20 | 6:23 | 7:1 |
| 7:4 | 7:8 | 8:7 |
| 8:11 | 8:19 | 8:21 |
| 8:25 | 9:2 | 9:5 |
| 9:9 | 9:13 | 9:22 |
| 10:12 | 10:19 | 10:23 |
| 11:3 | 11:7 | 11:12 |
| 11:19 | 11:21 | 12:1 |
| 12:4 | 12:11 | 12:16 |
| 12:19 | 12:24 | 13:9 |
| 13:17 | 13:21 | 14:3 |
| 14:18 | 15:9 | 15:12 |
| 15:24 | 16:5 | 16:9 |
| 16:11 | 16:15 | 16:20 |
| 17:1 | 17:6 | 17:20 |
| 17:22 | 17:24 | 18:4 |
| 18:13 | 19:10 | 19:11 |
| 19:21 | 19:24 | 20:2 |
| 20:6 | 20:15 | 20:21 |
| 21:9 | 21:16 | 21:18 |
| 23:1 | 23:3 | 23:11 |
| 23:16 | 23:20 | 24:11 |
| 24:14 | 24:21 | 26:2 |
| 26:12 | 26:16 | 26:20 |
| 27:1 | 27:5 | 27:9 |
| 27:13 | 27:19 | 27:21 |
| 28:3 | 28:12 | 28:18 |
| 28:21 | 28:24 | 29:7 |
| 29:16 | 30:1 | 30:10 |
| 30:14 | 30:15 | 30:17 |
| 30:22 | 31:6 | 32:1 |
| 32:4 | 33:20 | 34:6 |
| 34:10 | 34:14 | 35:2 |
| 35:9 | 36:3 | 36:5 |
| 36:9 | 36:20 | 36:24 |
| 37:15 | 38:2 | 38:9 |
| 38:22 | 39:10 | 39:11 |
| 39:13 | 39:17 | 40:8 |

| 40:14 | 40:17 | 41:9 |
|---|---|---|
| 41:18 | 41:22 | 42:15 |
| 42:21 | 43:19 | 44:5 |
| 44:10 | 44:14 | 44:18 |
| 44:24 | 45:3 | 45:9 |
| 45:13 | 45:15 | 45:19 |
| 45:22 | 46:3 | 46:7 |
| 46:13 | 46:21 | 47:11 |
| 47:13 | 47:22 | 48:9 |
| 48:13 | 48:20 | 49:1 |
| 49:6 | 49:13 | 50:5 |
| 50:9 | 50:13 | 50:23 |
| 50:25 | 51:6 | 51:9 |
| 51:13 | 51:16 | 51:22 |
| 52:1 | 52:5 | 52:10 |
| 52:13 | 52:18 | 53:1 |
| 53:4 | 53:11 | 53:13 |
| 53:17 | 53:23 | 54:1 |
| 54:5 | 54:8 | 54:11 |
| 54:19 | 54:23 | 55:3 |
| 55:7 | 55:24 | 56:5 |
| 56:7 | 56:14 | 56:22 |
| 57:9 | 57:13 | 57:19 |
| 58:12 | 58:14 | 58:18 |
| 59:5 | 59:12 | 59:15 |
| 59:20 | 59:24 | 60:1 |
| 60:8 | 60:13 | 60:17 |
| 61:10 | 62:11 | 62:17 |
| 63:2 | 63:9 | 63:11 |
| 63:14 | 63:19 | 63:22 |
| 63:24 | 64:3 | 64:9 |
| 64:13 | 64:23 | 65:2 |
| 65:5 | 65:21 | 66:12 |
| 66:17 | 67:7 | 67:11 |
| 67:15 | 67:19 | 67:25 |
| 68:3 | 68:7 | 68:12 |
| 69:2 | 69:6 | 69:9 |
| 69:13 | 69:20 | 69:23 |
| 70:1 | 70:5 | 70:8 |
| 70:10 | 70:18 | 70:20 |
| 70:24 | 71:3 | 71:12 |
| 71:20 | 72:1 | 72:7 |
| 72:9 | 72:11 | 72:19 |
| 72:24 | 73:2 | 73:6 |
| 73:11 | 73:17 | 73:19 |
| 73:22 | 74:1 | 74:4 |
| 74:9 | 74:16 | 74:20 |
| 74:23 | 75:2 | 75:5 |
| 75:20 | 76:19 | 77:2 |
| 77:17 | 77:24 | 78:10 |
| 78:22 | 79:10 | 79:14 |
| 79:17 | 79:21 | 80:6 |
| 80:8 | 80:12 | 80:14 |
| 80:22 | 81:1 | 81:12 |
| 81:18 | 82:1 | 82:15 |
| 82:19 | 83:6 | 83:10 |
| 83:18 | 85:7 | |
| West [2] 1:11 | | 85:9 |
| whatsoever [1] | | 13:12 |
| Where'd [2] | | 6:1 |
| 53:2 | | |
| whereby [1] | | 7:22 |
| WHEREOF [1] 85:19 | | |
| wherever [1] | | 22:5 |
| Whichever [1] | | 45:9 |
| whisper [3] | | 45:1 |
| 45:1 | 56:17 | |
| whole [5] | | 4:4 |
| 18:21 | 35:11 | 64:5 |

| 78:8 | | |
|---|---|---|
| wife [1] 32:7 | | |
| wild [1] 22:13 | | |
| William [1] | | 38:17 |
| wiped [1] | | 79:3 |
| Within [1] | | 14:18 |
| without [7] | | 28:15 |
| 48:11 | 48:24 | 49:5 |
| 60:6 | 78:24 | 80:4 |
| WITNESS [2] | | 17:10 |
| 85:19 | | |
| woman [9] | | 20:17 |
| 25:12 | 70:14 | 71:4 |
| 75:6 | 79:8 | 82:4 |
| 82:12 | 82:17 | |
| woman's [2] | | 20:22 |
| 82:4 | | |
| wonder [1] | | 39:24 |
| wonderful [1] | | 63:12 |
| wondering [1] | | 73:12 |
| worked [15] | | 5:23 |
| 6:3 | 6:4 | 6:16 |
| 6:18 | 7:5 | 7:10 |
| 17:2 | 19:13 | 19:22 |
| 19:23 | 38:24 | 39:22 |
| 50:13 | 59:15 | |
| works [3] | | 42:24 |
| 43:8 | 55:7 | |
| write [2] 3:16 | | 63:5 |
| writing [1] | | 32:19 |
| written [2] | | 64:19 |
| 79:16 | | |
| wrong [2] | | 59:21 |
| 75:13 | | |
| wrote [7] | | 30:9 |
| 54:1 | 54:4 | 58:13 |
| 64:11 | 79:21 | 79:23 |

**-X-**

| X [3] | 2:1 | 3:1 |
|---|---|---|
| 74:24 | | |

**-Y-**

| years [5] | | 5:6 |
|---|---|---|
| 22:20 | 57:16 | 65:10 |
| 65:20 | | |
| yelled [3] | | 27:5 |
| 27:7 | 29:1 | |
| Yep [1] 13:9 | | |
| yourself [1] | | 11:25 |

**-Z-**

| ZIP [1] 38:3 | | |
|---|---|---|

EXHIBIT 3·7  PAGE 31          FL AG0000170

## OPEN HOUSE

**ADECCO Partners With THE MARK GROUP**

A growing, dynamic Boca Raton Retail Catalog Company
Monday May 22nd, 9a-12 Noon
● Flexible Schedules
● Days & Evenings
● Full and Part Time

Bring a Friend!

6400 Park of Commerce Blvd. NW, Boca Raton Yamato to Congress, north, right onto Park of Commerce Blvd NW, building is ½ mile on right. Or call Adecco 561-338-7804



**Operations Office Clerk**
Dispatch, phone, & data entry skills. 30-40 hours.
Call 795-0736 for appt.

### OPS Clerk/Typist
(#999033).
$8/hr, 40 hrs/wk. Previous office experience & ability to use standard computer programs is required. General clerical skills exp is preferred. Submit a State of Florida application to: Department of Elder Affairs, Personnel Office, 4040 Esplanade Way, Tallahassee, FL 32399-7000. If you have questions call Personnel at (850) 414-2041. EOE/AA. CLOSES: 5/26/00.

**Passenger Services** See our ad under Hotel/Motel category. The Palm Beach Casino Line rward@pbcasino.com

**PAYROLL - experienced**
Employer needs you to pay our employees. If you are detail oriented & a team player
Fax resume to: 694-6767

**PERMIT COORDINATOR**
Lennar Homes of Palm Beach, looking for permit person. Put together permit plans & submit to county agencies. Must have vehicle & willing to travel within the county. Excellent benefits. Fax res: 790-4825

**PHONE OPERATORS**
Inbound calls. No exper. We train. This is NOT telemarketing. Pick your shift. Call today, start tomorrow. Open 24 hours ● 561-630-7298 ●

**Purchasing Asst** Jupiter, exc nec. 624-30K. permanent
Cary Personnel ★ 744-7144

### Real Estate Asst.
Asst. for busy team. Computer, phone & people skills a must. EMail resume/sal req: SBJ01@sprvnet.com Or mail: 6542 Hypoluxo Rd #118, LW, FL 33467

**RECEPT.** - busy venture capital firm. Professional, dependable. Experienced telephone, typing. Excellent Dntwn WPB location. Salary & benes. Send resume &/or letter to Box B54, Palm Beach Post

**RECEPT/FRONT DESK**
Bilingual, exp req. F/T. To answer phones. Computer skills. Call for interview 615-9622

**Receptionist/Office Asst.**
Must have excellent phone skills. A working computer knowledge in Microsoft-Word, Excel, & Outlook is a plus. Assist in daily duties of a three manager office. Salary plus Benefits package. Fax resume to 561-496-0695.

**Receptionist**
Microsoft Word & Excel exp. reqd. Fax resume w/ wage reqs to: 561-682-9796 Beverly Health Care, WPB.

### RECEPTIONIST
$9-11/HOUR
BILINGUAL A +
Busy phones, customer svc, fax, file, photocopy. Call Ali 561-330-2525, fax 561-330-9961.

**RECEPTIONIST** Answer phones, filing, bilingual for WPB law firm. 561-965-8550

---

Suzanne Springer @ 561-844-4109 or fax resume to 561-... acctg firm. Phones, fil NP exp: pref. Free parking, full benefits. Call (561) 689-6000.

**RECEPT** needed for busy Veterinary clinic, exp preferred, drug test required. 848-4302.

**RECEPT** NPB. Word, Excel, Spanish a +, $10-11hr, perm/no fee Cary Personnel 744-7144

### Recept/Ofc Assist
Nat'l optical company seeks professional individual to answer 23 incoming lines and assist clerical staff with light typing requirements. Must have excel verbal communication skills. Full time/days, competitive salary and benefits pkg. Pls fax res:
561 953-8002   EEO

**RECEPT/SECT'Y**
Small informal Boca office seeks energetic team player w/ initiative to handle multi tasks incl light phones, research & secty duties; typing 50 wpm+ & Word a must, dictation & comm'l real est exp a +. Fax resume 561-394-6122.

**RECEPT/SECRETARY** Experienced, Full-time needed. Call 561-869-3322

**RECEPT TO $10/HR**
Busy car dealership. Switchboard. 954-968-0336. Apply @ ejobforyou.com

**RECP'T/BOCA**
Strong phone, light clerical. TSS, Inc. 954-423-3093

**RECPT/CHIRO ASST F/T**
Must be outgoing & organized. Apply: 4276 Okeechobee Blvd., W.P.B. 640-9999

**RESEARCH ASST FT/PT**
Assists Executive Recruiter 624-7550 or Fax 624-7551

**RUNNER/FILE CLERK** For downtown WPB law firm. Must have car. Call Jean 659-7300

---

## Secretary Opportunities
### (Full-Time and Temporary)

FOSTER WHEELER ENVIRONMENTAL, a leader in engineering and remediation services, has immediate full-time and temporary secretarial opportunities available at our regional office in Stuart, Florida. Responsibilities include copying, filing, faxing and word processing. Must have strong working knowledge of Microsoft Word, Excel and PowerPoint.

For immediate consideration, please send resume with salary requirements to: Foster Wheeler Environmental Corporation, Attn: Human Resources, 8 Peach Tree Hill Road, Livingston, New Jersey 07039. Fax: 520-396-5094. E-mail: jrollins@fwenc.com. An Equal Opportunity Employer M/F/D/V. Please visit our website at: www.fwenc.com

**Secretary** Energetic, well organized, for fast paced eng. dept. Phone & computer skills a must. Call: 561-747-6797

**SECRETARY** For Lentana R.E. & Property Mgmt office. Typing, computer & bookkeeping exp req'd. Small staff, non-smoker. Joseph A. Capella, Inc., Rltr. 585-5512.

**Secretary** F/T. Mature, dependable individual for landscape nursery in Jupiter area. Must have general office experience with some computer skills. Fax resume to: 561-747-1114 or Call: 561-747-1747

**GARAGE SALE**
LET A PROFESSIONAL HELP
PLACE A CLASSIFIED AD
AND CALL
# 930-SELL



First National Bank & Trust Co. Florida's largest Supercommunity Bank, is seeking candidates for Branch Managers and HR Services Manager. Located in key markets, this provides an excellent opportunity for the person wishing to become part of Florida's best banking success story.

## PRIVATE BANKING BRANCH MANAGER

First National Bank & Trust Company, Indian River Country's fastest growing Supercommunity Bank, is seeking a dynamic business development driven individual to manage our private banking branch in Vero Beach. Located in a key upscale market, with tremendous growth potential, it provides an excellent opportunity for the person wishing to become part of Florida's best banking success story. (See our website: fnbtc.net)

Qualified candidate must have a minimum of 5 years commercial bank branch management experience. Should have demonstrated an innovative approach to sales management, business development as well as trust/investment, referrals and proven lending background. First National Bank offers an outstanding compensation package including performance incentives, 401K and profit sharing.

Qualified candidates should mail resume along with salary requirements to: First National Bank, HR Director, P.O. Box 9012, Stuart, FL 34995, fax to: (561) 221-2876, or email to: hr@fnbtc.net.

### First National
**BANK AND TRUST COMPANY**
THE SUPERCOMMUNITY BANK

## Start a new career.

American Express Financial Advisors, one of America's leading financial planning companies, is looking for special people with diverse talents. We offer opportunity that gives you choice and flexibility to shape your career now and give you options for the future. If you're a dynamic person who can bring wealth of ideas and experience to our business, we welcome you to consider growing with us. To get started:

MAIL/FAX resume to:
AMERICAN EXPRESS FINANCIAL ADVISORS, INC.
ATTN: Scott M. Miller, FL, 2650 Military Trail Boca Raton, FL 33431 or 561-997-9603. EOE M/F

### Financial Advisor

**BEAT THE RUSH** Call 4343 and beat the week telephone jam. Your classified advertising Monday to Tuesday, Wednesday when Classified Sales Representatives have more time to give you best service possible, do call later in the ... Please hang on until a representative is able to answer your call. We will handle your call as quickly as possible. You may fax your ad 24 hours a day to 561-4340. Please see all our ads on the Web at The BeachClassifieds.com



## Proceed With Confidence

### To Our NEWEST BRANCH
### 603 Village Blvd. • West Palm Beach

You can have confidence in AmTrust Bank, a financial institution founded on sound and prudent judgment. A division of Ohio Savings Bank. We offer today's professionals the experience and growth opportunities of one of the most profitable banks in the nation. When you're seeking a challenging and stimulating atmosphere where the rewards for achievement lay a stable foundation for success, make the confident choice, make it AmTrust.

**ACCEPTING APPLICATIONS FOR:**

- **ASSISTANT BRANCH MANAGER**
- **TELLER SUPERVISOR**
- **NEW ACCOUNT REPS**
- **TELLERS**

We provide our associates with competitive salaries and benefits that include 401k, tuition reimbursement, profit sharing, medical/dental, paid vacation and more! For immediate consideration, please forward your resume and salary requirements to: 5550 Glades Road, Suite 206, Boca Raton, FL 33431. FAX: 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. Or call our jobline for more information: 1-877-819-5627. Equal Opportunity Employer

## AMTRUST
opportunities await at www.amtrust.com

JD 1-18-00
**EXHIBIT**
**A**

EXHIBIT 3.7 PAGE 32

FL AG0000171

File Clerk/Medical Records F/T. Busy 6 physician Cardiology practice. Prefer... 732-8005

FILE CLERK, PT Needed in doctor's office in Boynton area. Experience preferred. 732-8005

FRONT DESK RECP'T Outgoing person needed to answer phones in busy RPB ofc. Basic computer & multi line exp nec., good org./cpmm. skills needed. Immed. opening for local candidates only. Exc sal. & bene. Fax resumes: 561-790-8804

FRONT OFFICE
FINE ARTS  $22,000
Relish the luxurious setting of NY Auction Co. as key member of friendly team. Benefits! No Fee. Call Lori 688-4571. David Wood Personnel. Career Division. 1897 Palm Beach Lakes Blvd (at 1-95)

General Cashier FT w/some exp, A/P & Payroll.DFWP. Apply in person: Best Western, 1800 PB Lks Blvd, WPB

General Cashier/Office
♥TO $10 HOUR! ♥
Lg Corp hiring immed! Disc/Fee Action Employment 964-8800

GENERAL OFFICE Beautiful office. Great oppty. if re-entering workforce or sharp t entry level person. $8.69/hr. + BENS. & bonus. WPB 696-9308 PGA 691-0202
STAFFING NOW, INC.

Human Resources
Transaction
CSR America, a major international company based in WPB has an opening for a person to work on our HR Transaction Team. Primary duties involve input of employee status changes. Successful candidate must be a team player with problem solving abilities and excellent communication skills. Interested applicants should e-mail resume in Word format to:
THAYS@CSRA.COM
or Fax to (561) 820-8359

INS. INSPECTORS
PT individual needed to measure, phone & inspect homes for various insurance companies in Martin & surrounding counties. 1 800 476-0195

Insurance Coordinator F/T, exp private non-profit, fax resume to Janice 561-616-1234.

Inventory Control Assistant Shipping Fedex, UPS, credit refs. Detailed. 742-4220 BB

Mail/File Clerk
Stand & Deliver-23K
You will be the person who organizes and runs the mail and file rooms, including off-site archives! You will maintain archives, handle all incoming and outgoing mail and faxes, track the postage and handle all express packages. You know MS Word & Excel. Do you already have experience performing these duties? Call Lauren at 691-8575 or fax resumes to 691-8585
OASIS STAFFING

Manager Equip rental co. looking for Office desk. Needed Manager, Asst Mgr, & Salesperson. Exp helpful. Fax resume to 561-792-4613

Medical Driver Will train! To $9.50 an HOUR! Disc/Fee. Action Employment 964-8800

MED REC CLERKS Delray Beach. HS or GED equiv. 10a-7p, M-F. 6mths medical filing exp. Fax resume to 561-637-1017 EOE/DFWP

GARAGE SALE
LET A
PROFESSIONAL
HELP
PLACE A
CLASSIFIED
AD
AND
CALL
930-SELL

filing records, faxing and copying. Entry level salary $15,386. All applications/re... must... PCBHCD, 324 ... Street, #401, WPB, FL ..., EOE, DFWP, Vet Pref.

OFFICE ASST. Central area design firm requires great skill with phone, computers, typing, filing and general office. Good language skills & grammar a must. Fax resume to 561-650-7000

OFFICE ASST. Full-time. General office duties. Must be computer literate. Construction/prop. mgmt background helpful. Non-smkr. Start pay $9-$10/hr. Fax resume 561-776-1571 or mail Commonwealth Mgmt, 4139 Burns Rd, PBG, FL 33410.

Office Clerk P/T M-F 11am to 3pm. General office exp. Dependable. $8.00 per hour. Fax resume to 561-997-5468 or call 561-989-5064.

OFFICE MANAGER Local branch of nationwide plastics distr. Phone contact. A/R, typing, bookkeeping, filing. Growth opportunity. Fax resume: 844-8804

OFFICE PERSON
4 days per week.
Call 561-963-8821

On-site office person for Delray Beach condo to do Customer Service & Bookkeeping. Computer experience necessary. Approximately 30-40 hours per week. Fax resume to 561-997-5468

Phone Operators
In Bound Calls, no exp, we train. All shifts-NITE SHIFT a+ Start Now-Great $ This is not Telemktg. Call 561 630-8018

RECEPT for busy pvt school in WPB, perm, excel salary. Benes. 954 680-8779 am

Recept · Immed F/T Perm, w/bnfts, Delray. Operate a multi-line phone system in a friendly professional manner. Must be a team player, organized, great comm skills & basic MS Word & Excel. Oppt for advancement. Fax Res. 561-454-3675 attn Office Mgr.

RECEPT Immediate opening for F/T, bilingual, multi-task oriented. M-F, 8-5, competitive salary & good benefits. Fax resume 561-582-8076.

Receptionist WPB law firm. Phone skills, lite typing. Oppt'y for advancement for right person. Call 433-4200

RECEPTIONIST for statewide ins. defense law firm in WPB. Busy phones with other duties. Pleasant office, good bnfts. Fax resume to Administrator. 954-382-1988

Receptionist Boca Raton based TV production company, now hiring experienced Receptionist. Strong phone skills/data entry a must. Call Suzy at 561-368-2300

RECEPTIONIST FT, multi-line phone system. Must be friendly, organized & computer literate. M-F, 8-5, $8/hr. Fax resume to A. Marino 561-999-9606

Receptionist/Office Asst. Growing mfg. co. Good phone skills, Microsoft literate. Exclnt health benefits. Start $10.50 hr. N. WPB 848-7272

Receptionist /Secretary for downtown WPB consulting firm. Must be well organized, energetic, reliable, multi-tasking prof'l. Exp w/multi line phones, MS Word, Outlook & dictation. Salary commensurates w/exp., opportunity for advancement. Exc benefits. Fax resume to 804-9416

RECEPTIONIST Boca Ad Agency. Busy professional ofc with heavy phone duty. Admin exp + computer/internet knowledge needed. Fax resume to 561 989-9515

RECEPTIONIST.
$8-10/HOUR
Busy phones, customer svc, fax, file, photocopy. Call Bill, 561-330-2525. Eden.

Receptionist Boca. Great atmosphere. Good phone manner. Light clerical. TSS, Inc. 954-423-3093

★ RECEPTIONIST ★ BRIGHTON GARDENS BY MARRIOTT is looking for friendly person. Apply in person at: 2090 Congress Ave., WPB.  EOE DFWP.

Receptionist/Secretary Established const co. near Lake Park. Busy, multi-tasked position. Must have good computer skills & phone etiquette. Excellent benefits. DFWP. Reply to Box B80, Palm Beach Post P.O. BOX 24700, WPB, FL 33416

Receptionist/Secretary Immediate opening for individual with strong organizational and clerical skills for multiple tasks in a fast paced national distribution/sales office located in WPB. Position requires excellent telephone and verbal skills, competency essential in handling busy telephones. Proficiency in Excel spreadsheets and Microsoft Office a must. Hours 8a to 4p. Competitive salary and benefits. Please send salary requirements and resume to: 561-540-1086. EOE. m/f/v/d

RECEPTIONISTS FT (40 hrs) & PT (20-25 hr/wk), for an expanding Accountant firm located in Palm Beach Gardens. Responsibilities incl phone, filing, computer knowledge of Excel & Word. 9-5, Mon-Fri. Call for an interview: 561 891-1100 or Fax resume to: 561 626-3040

RECEPTIONIST Singer Isl. Comp/Tel Skills 653-7257

Receptionists Needed! Boca area needs recep/office assts. to answer phones, file, basic word. $9/hr. No Fee. 561-392-0202 or fax 561-392-6448 or email boca@staffing.now.com
Staffing Now

RECEPTIONISTS
Prestigious Law firms in Boca & WPB areas are seeking mature, stable Receptionists. Great benefits & salary. PHASE II PERSONNEL  NO FEE 561-881-9915  FAX 561-9637 Email: phase2agcy@aol.com

RECEPTIONIST/ SWITCHBOARD OPERATORS Immed openings. Must have prof'l image & excellent phone voice. Fax resume to (561)683-1777 or call W. Palm Beach (561) 681-1800 Boca Raton (561) 912-9405 Sunrise (954) 749-4699 Apply online www.staffforce.com

RECEPTIONIST WPB Mfg. co. seeks experienced professional to answer 6 line system. Accurate data entry, general office, and communication skills a must. Call 561-683-6868, Fax 561-683-6862

Recept Lake Park, exp nec. Word. $10/hr perm/ no fee Cary Personnel 744-7144

Recept Lake Worth, exp nec. WP. $10-12/hr perm/ no fee Cary Personnel 744-7144

RECEPT needed for busy Veterinary clinic, exp preferred, drug test required. 848-4392.

RECEPT NPB. Word, Excel, Spanish a +. $10-11hr. perm/ no fee Cary Personnel 744-7144

RECEPT/SECTY For fast paced Nat'l constrator. Exc benefits. Fax 848-3605 or Call 848-7946.

RECP'T/GREETER Builder in Boynton/Lk Worth seeks P/T Recp'l/Greeter. Must be prof., polished, energetic with neat appearance, computer skills a plus. Fax resume to: 305-577-0927.

Sales Assistant support for Mortgage Specialists in fast paced, growing, prof'l company. Windows proficient. Exp pref'd. $25-30K. FULL Benefits. e-mail: hr@homesourcecapital.com or fax 561-748-9354

SECRETARY For construction desk for plumbing co. Exp. organized individual wanted. Non smoker DFWP 561-737-9650 or Fax 561-737-1693

RECEPT/SEC'Y for small Lantana Prop. Mgmt/Real Estate Office. $8/hr. starting salary w/advancement & possible profit sharing. Computer, phone & typing skills required. Some bookkeeping helpful. Call anytime, Joseph A. Cappella, Rhr, Inc. 585-5512.

Secty/Dispatcher for towing service in Boynton Bch. Good pay, benes, 561-737-1212.

at the following locations:
800 S. Fed. Hwy., Boca Raton
• Palm Beach Gardens Branch 4500 PGA Blvd., Palm Beach Gardens
• West Palm Beach Branch 501 S. Flagler Dr., West Palm Beach

FINANCIAL SERVICES ASSOCIATES

A $500 Signing Bonus will be paid 30 days after successful completion of teller school.

Responsible for opening and servicing customer accounts, teller transactions and cross-selling various bank products and services. Requires strong customer service skills and cash handling capabilities. If qualified and unable to attend our Open House, please call our automated interactive service at 1-800-786-3505.

For additional opportunities, contact our Employment Information Lines: Broward County: 954-765-7100; Palm Beach County: 561-838-5128 or visit our Web site: www.suntrust.com

SunTrust Bank, South Florida is an equal opportunity employer, m/f/d/v.

SUNTRUST

WALL STREET CAR...

If you're an experienced sales professional challenging career with a growing compar attend OLDE's Open House for financial Jupiter area.

Stop by and learn how our extensive traini contact management system, customized ... software and strategic marketing services successful career in the financial services in

OLDE, an H&R Block company, is expa We provide a base salary, excellent benefit commission structure. The H&R Block ... offers a comprehensive suite of services th planning, investments, tax services and m... you'll have access to a greater number of ... full-service solution to their financial need

Don't miss this dynamic opportunity to t integrated financial services and maximiz potential. Join us at the local office belov Resume and business attire are recomme

Minimum qualifications include: bachel license, or two years in commission sales, in a trading capacity with an NASD firm

Wednesday, June 7,
Wednesday, June 14,
6:00 pm - 7:00 p
351 U.S. Hwy.
Suite 106
Jupiter, FL 334...
RSVP: (561) 747-...

H&R BLOCK
America's Tax & Finan...

AN EQUAL OPPORTUNITY ©2000 OLDE Discount Corporation H&R Block Inc. is not a registered mortgage services provided by...

JD 7-18-00
EXHIBIT B

EXHIBIT 3.7  PAGE 33

FL AG0000172

**DANIELS/PEARL JAM**
● VI/MC/DI/AX ● DELIVERY
**840-8499**
www.total-tickets.com
LICENSED & BONDED NATB
FL Seller Of Travel #21704

**FRONTROWUSA.COM**
MARC ANTHONY
STING
SANTANA
R. WATERS
MOODY BLUES
PEARL JAM
DAVE MATTHEWS
Ricky Martin
Chilli Peppers
Poison
Yes
Kansas
Ozz Fest

**800-446-8499**
wwwfrontrowusa.com
FSOT #25555  BUY & SELL
★ ★ ★ ★ ★ ★ ★ ★ ★



★ ★ ★ ★ ★
**All Events**
**N'SYNC**
**800-881-7691**
frontrow.com
★ ★ ★ ★ ★
ALL SPORTS & CONCERTS
★● ALL EVENTS ★●
★● 800-422-6339 ★●
★ ★ ★ ★ ★ ★ ★ ★ ★



**1-55**
**Massage Therapists**

A1A MASSAGE ★ 10073
Friendly female staff
Hrs 10-10 7 days. Now hiring.
Under new management
★ 848-8160 ★

**AAAHH MASSAGE**
"S-P-E-C-I-A-L!!"
4-Hand Massage & OUT-CALLS
Call Kim. 588-8542, MA19605
About Massage #0004348,
De-Stress, Ins. OK, CC. New
location: Belv/Mil. 471-7775

HEALING TOUCH /Swiss
Massage Therapy. Open 9-6
#MM7139 561-848-0600

MAGIC HANDS 7 DAYS
Lake Worth

Under Florida nonlawyers
are permitt sell legal
forms and ki type in the
factual inform ion provided
by their customer. They may
not, however, give legal ad-
vice.

**ATTORNEY AT LAW**
★★ BANKRUPT? ★★
WE FILED 751 CASES
LAST YEAR!
★ $300-$600 ★
★ DIVORCE ★
SIMPLE $200-Most in 30 Days
Corp. $125. Will $60. DUI $400
Eve. & Sat. Appt.
Costs Extra ● Free Consult.
ELKINS & FREEDMAN
561-736-5988 Boynton Beach
561-622-6681 Juno Beach

**Attorney Alternatives**
Fla's Largest Paralegal Firm.
● BANKRUPTCY $125-$349
● CORPORATIONS $90-$285
● DIVORCE $125-$349
● WILLS $60
FILING FEES EXTRA
(561) 731-0092
**BANKRUPTCY/DIVORCE**
FREE Consult, Lo Fee. Pymnt
Plans. Wknds & Eves. Atty
David Goldman. 561-274-7550
**LEGAL SERVICES**
★ BANKRUPTCY $100-$350
★ DIVORCE $150-$200
★ CORPORATION $75-$100
★ WILL $75
★ FILING FEES EXTRA
(561) 734-1815

**1-75**
**Adult Care**

**NOTICE**
Retirement homes offering
room, board & personal ser-
vices must be licensed by the
state as an Adult Congregate
Living Facility. To verify li-
censes within the 5 county
district - Palm Beach, Martin,
St. Lucie, Indian River &
Okeechobee, call the Aging &
Adult Services office:
407-837-5136

**Nursefinders.**

● 561-478-8788 ●
Elderly Care 24 hrs super.
All provided in my lic'd home.
Also: Day care. 684-2879

**1-80**
**Lost & Found**

FOUND 6/5 Small male puppy.
"Jack Russell" look-a-like.
Greenacres. Call 439-6976
FOUND: LHASA APSO
Beige, 10th Ave. & Sherwood
Forest, on 5/30. 439-8811
FOUND Medium size black
dog. Vacinity NW 5th Ave,
Delray Bch. 561-278-0229
LOST: 12 Week Black Female
Pug Puppy, Country Club Dr,
Tequesta wearing red collar.
REWARD. 561-746-1177
LOST CAT. Orange, medium
hair, yellow eyes, Jupiter
Farms. Neut male. 746-7933
Lost Dog Male, Reward, vic of
College Park, mixed reddish
tan. Lost on 6/4 588-0871
LOST DOG Small Male Black
Poodle, answers to "Oliver."
5/4, vicinity Ellison Wilson-
PGA. No I.D. CHILDREN
HEARTBROKEN! REWARD!!
No questions asked.
561-626-6280 or 762-4322
LOST: In Boynton Bch Skylake
area. Male Orange/White cat,
issing part of tail. 732-5262
LOST KEYS on brown key fob
morning of 06-01-00 vicinity
of Prosperity Farms Rd./10th
St./ Old Dixie Hwy. REWARD!
386-3536.
LOST - "Ralph" . Your 28 lbs.
of long fluffy sweetness came
into my life when I needed it
most. Have you gone to make
someone else happy? Are you
wishing your new people
would put up a picture at the
pound or have the microchip
scanned so you can come
home? I miss your smokey
grey back, tan legs & silver
face waking me up every
morning & protecting me at
night. Large Reward. Please
call 965-3187.
LOST: REWARD. Offered for
Corgi. Puppy White.

Gun Club Rd. WPB. 712-8900
Se Habla Espanol

**LEARN TO DRIVE**
**TRACTOR TRAILER**
CDL Class A. Job Placement
1-800-488-Semi (7364)
★ National Training ★

**10-20**
**Instructions/**
**Tutoring**

CERTIFIED TEACHER
To Tutor Reading. $8 per
hour. Call 561-832-0693

**15**
**Employment**

**NOTICE**
THE PALM BEACH POST is
committed to equal
employment opportunity &
does not accept employment
advertising which implies a
preference based on race,
color, religion, sex, national
origin or age.

**15-03**
**Clerical**

**NOTICE**
Employment advertising
offered in this newspaper may
be of several varieties.
Please see notice at begin-
ning of Classification 15-45
Employment Sales.

ADMIN. ASST. Informal, busy
constr office, never boring,
great team. 366-6219, 24 hrs
ANSWER TELEPHONES
F/T, P/T, flexible hours.
Benefits, pd training 697-1001

Gen. Office, well organized,
for fast paced office.
Phone & computer skills a
must. Call: 561-747-4797
Automotive Service Dept.
Operator. Fast paced, full
time. Must have professional
phone etiquette. Good per-
sonality, dependability, and
customer relations skills a
must. Windows skills a+. Ap-
ply in person only at PBLM
Service Dept, 2301 Okeecho-
bee Blvd, WPB. Mon-Fri 10-4.
AUTO TITLE PROCESSOR
Exp'd, computer literate. Busy
nationwide dealer. Excel sala-
ry + benefits. 561-272-3340
fax; 561-266-8702 phone.
CASHIER Experienced. F/T.
Boca area. Call for appt.
561-262-0200/561-289-1106.
CLERICAL/COUNTER some
nights & wkends. Neat, orga-
nized, dependable. Call
Furniture Forum, WPB at
683-3355, ask for Lisette.
CLERICAL/DATA ENTRY
PART TIME Experience
Needed. Call 684-3330
CLERICAL F/T, immed. open-
ing for the right person. Must
have computer skills, willing
to learn, high energy, good
personality. Knowlege of an
interior accounting design
program an asset. (preferred
but not necessary.) Benefits
included. Fax resumes to
561-832-5946
CLERICAL

**JOB FAIR**
**JUNE 14th**
10 a.m - 3 p.m.
★ RECEPTIONISTS
★ SECRETARIAL
★ ADMINISTRATIVE
★ DATA ENTRY
★ BOOKKEEPERS, ETC
Come join us for a snack & a
discussion of job opportuni-
ties. Call Sandra, Dawn or
Marilyn at. LF STAFFING,
1001 W. Jasmine St., Lake
Park. 848-2502
Clerical person for industrial
co.Computer literate a +. Exc
bnfts. Call Bud, 561-833-8801

CUSTOMER Serv/Data Entry.
Nationwide cellular co. seek-
ing responsible individuals
$8-$10/hr. Pier Rick
or Eric, 561-65
DATA ENTRY er. re-
quired. $9.50 hour, benefits.
All shifts. Call 561-735-9499
DISPATCHER - Must be famil-
iar with worker's comp. indus-
try. Know Broward, Palm
Beach & Treasure Coast. Or-
ganized, comp. lit, strong
attention to detail, salary
$26K-$28K. Fax resume to:
H/R, 954-762-7436.
DISPATCH TECHS Computer
input, telemarketing. A/R.
Good benefits. 848-0054
FILE CLERK/RECEPT
For PBG law firm (P/T). Accu-
racy & attention to detail a
must. Call Rebecca or Stacy
775-1770.
FILE CLERK/RUNNER
F/T. Established WPB law
firm has immed opening for a
File Clerk/Runner. Salary
based on exper. Good co.
benefits. EOE. Fax resume to:
Susan (561) 684-7346
GENERAL OFFICE/SALES
Badcock Furniture needs en-
ergetic F/T individual. Bi-lin-
gual needed. Excellent pay &
benefits. 561-243-8393
GEN'L OFFICE Antique
restoration co. immediate
opening. Strong organization-
al, phone, customer service
skills. Must be able to demon-
strate competency w/Win-
dows & Microsoft Office.
Call (561) 833-3367
Gen Office/Data Entry
For busy W. Delray plant
nursery. Must be computer
literate. 496-6442.
HR CLERK - FT Exp. a + but
will train. Reliable & person-
able. Call Kristy, 547-9988
Inventory/Receiving Clerk
in Truss, Trim & Mill Shop.
Duties will incl process
receiving, ticket write up,
processing, answering
phones, & other duties. Excel
required. AS 400 knowledge
helpful. Fax resumes to:
561-622-9203 EOE
Medical Records Clerk for
chemical dependency treat-
ment center in Delray Beach.
Attention to detail, organiza-
tional and computer skills a
must. Entry level with growth
potential. Fax 561-496-4417
Office Administrator with a
great personality and good
phone skills needed immedi-
ately at busy collision center.
Please apply in person to
Dave at Wallace Lincoln-Mer-
cury, 3626 Northlake Blvd
Lake Park. DFWP
OFFICE ASSISTANT Welling-
ton office. looking for great
skill with phone, computer,
typing, filing & general office.
Experience in financial/ac-
counting a+. $10hr + benefits
Fax resume (561) 798-3511
OFFICE ASSISTANT
For Boynton Public Co. Strong
organizational & MS WORD/
EXCEL skills. Self-starter w/
desire to learn. Competitive
salary/benefits pkg. Fax re-
sume: 561 265-2869.
OFFICE ASSIST Entry Level
Only! Filing, light typing,
people person. F/T Mon-Fri.
Apply 854 No Dixie, Lantana
or call 588-2332. EOE.
● SCHMID INDUSTRIES ●
Office Asst. — Scenic office in
Jupiter seeks individual with
Computer exp. Call 743-8001.
OFFICE CLERK for local
propane company. Filing,
phones, some computer exp.
Salary commensurate w/exp.
30 hrs. Call 624-0210 or fax
624-0386. DFWP/EOE
Office Help FT, no exp req'd.
Some computer exp.-Welling-
ton area.763-9700 for appt.

Phone Operators
In Bound Calls, no exp, we
train. All shifts-NITE SHIFT a+
Start Now-Great $ This is not
Telemktg. Call 561 530-0616

Receptionist WPB law firm
Phone skills, lite typing.
Opp'ty for advancement for
right person. Call 433-4200

**RECEPTIONIST**
Professional, articulate front
desk person for an interna-
tional medical corporation
overlooking the intracoastal in
WPB. Phones, filing, MS Word
& general office duties. $9/hr.
Bilingual a plus. Please Fax
resume to 561-366-9905
DFWP/EOE

RECP'T P/T needed imme
Reliable & responsible, good
personality, friendly atmosphere.
RECPT/SECY law ofc.
$300/wk. Will train. Rap
adv. FT. Word Perf & Typ req
M-F. 1615 Forum Pl,683-7177
Secretary F/T. Mature,
dependable individual for
landscape nursery in Jupiter
area. Must have general
office experience with some
computer skills. Fax resume
to: 561-747-1114 or Call:
561-747-1747
SECT'Y/RECP Shopping ctr
mgmt office in S. Delray has
immed opening. Gn'l ofc du-
ties incl A/P coding, bank de-
posit preparation, answer
phones, greet visitors. Must
be proficient in WP, Word, Ex-
cel, 123. Paid bene's (med &
den) + 401k avail. Fax res &
salary rqmt to 561-265-1033.
TYPIST P/T, MS Word - exper.
to create computer workshop
for consultant 561-547-1638
CARPET & FABRIC TRADE
SHOWROOM seeking sharp,
energetic, computer lit person
for varied duties including
switchboard. F/T WPB.
Fax resume 561-659-0668

**15-05**
**Banking/Financial**

**ACCOUNTING CLERK**
for the Village of Palm
Springs Finance Department.
Accounts Payable/Receiva-
ble, Payroll, Fixed Assets and
Excel experience required.
Starting salary ($9.54+ per
hour) Apply at Human Re-
sources, 226 Cypress Lane,
Palm Springs, FL 33461,
between 8:00am and 4:30pm,
M-F. EOE. DFWP

**Agent, Check Cashing**
**NEW CAREER OPPTY**
Check Cashing Agent, with
numerous locations seeking
self-motivated, customer ser-
vice oriented, team players
individuals eager to learn
multi-service business. Bank-
ing experience helpful. Excel-
lent pay and benefits. Includ-
ing 401K. Medical. APPLY AT
4703 S. Military Tr.
L Worth 561-966-2274
BANKCARD MGRS. Supervi-
sors, & Customer Service
Reps, needed for immed hir
in WPB. Exp pref'd. We offer
competitive salaries & bnfts.
Fax resume: 561-684-4972
BRANCH MGR. position
avail. at our Palm Beach of-
fices. Base salary + aggres-
sive bonus & excellent bene-
fits. Experienced candidates
ONLY! Countrywide Home
Loans, Fax 305-279-3666
!!Brokers-Experienced!!
seeking immediate opening
w/estab. corp. $up to 80%
split!! Lorie 888-367-4770
CASHIER/COLLECTOR
needed for growing, local
auto finance co. F/T avail.
Call 684-2002 for appt. or
fax resume, 683-5960
LOAN ORIGINATOR
FT position, 2 yrs sub-prime
exp. $25-$30K + commission
health & dental benefits. Fa
resume 561-844-0406
MORTGAGE BROKER
real estate office needed. Li-
cense required. Leads provid-
ed. High, High Comm. Split
WPB area. Call Miles at
THE MORTGAGE WORKS
561-689-4786
MTG LOAN OFFICER Exp
pref. internal/external origina-
tion, leads provided. Salary
bonus & exc'lt bnfts/401k
Fax resume 561-624-5447
PORTFOLIO MANAGER
/RESEARCH ASSOCIATE
Newly formed Palm Beach
based investment firm, has a
opening for an investment
professional to work with
Sr. manager on portfolio
management, investment re-
search & client contact. Ideal
candidate should have a
MBA, working toward a CFA
several years of investment
experience; strong computer
skills a definite plus. The
candidate would enjoy in th
formative stages of a dynamic
entrepreneurial firm. Pleas
fax resume to 561-802-8801
at Lee-Munder Capital Grou
or mail your resume to 23
Royal Palm Way Palm Beach
FL 33480

JD 7-18-00
**EXHIBIT**
**C**

EXHIBIT 3.7 PAGE 34

FL AG0000173

...oriented self-starter with ex-...cel follow-up. Phone relief, ...small office, filing, data input. ...Excel sal & bnfts. Fax/mail ...your resume & sal info to: ...R. PRO UNLIMITED, 301 ...Yamato Rd. Ste 4160, Boca ...Raton, FL 33431. FAX: (561) 997-2553 EOE

**Administrative Assistant**
needed for art Int'l Interior Decorator Cie. Language required; English + French or English + Spanish. Must be meticulous & well organized. Computer literate. Salary: 24,960.00 Yearly + Benefits Palm Beach 561-833-1083

**Administrative Support**
Investment Advisory Department of National Financial Company is seeking a detailed administrative support person with knowledge of Schwablink and Centerpiece programs. Responsibilities include processing of client paperwork, allocation of client accounts and maintenance of these accounts in Centerpiece. Candidate should have strong communication skills and be comfortable assisting representatives in the field. Knowledge of Microsoft Word and Excel are desired. Fax resume to 561-624-4212.

**Admin**
**LEGAL RECEPTIONIST**
Make a good first impression as you direct key people to the firm's staff in a plush law office environment. Immediate interview by calling Leslie at 802-4186, fx 802-4187 No fee auslin2@juno.com
AUSLIN LEGAL STAFFING

**ADMIN/Personal Asst** Boca Assist owner of co. Lt clerical, various personal duties. TSS, Inc. 954-423-3093

**ADMIN RECEPTION**
**SHOWROOM $24,000**
Enjoy the luxurious setting coordinating auction items in NYC for Fine Arts Company. No Fee. Call Lori 686-4571. David Wood Personnel. Career Division. 1897 Palm Beach Lakes Blvd (at I-95)

**ADMIN SERVICES ASST**
P/T; to assist Coordinator. Must be computer lit. Duties incl data input, billing, light Bkkpg, phones & reception. Contact Dianne 561-498-5552 or fax resume 561-499-5885

**JOB FAIR**
Tuesday, May 30th & Thursday, June 1st; 9am-5pm 2100 Old Germantown Road, Delray Beach

**INBOUND CALL CENTER REPRESENTATIVES**
Full-& Part-Time Opportunities

Unable to attend, but would like to apply, applications will be accepted Mon-Fri, 9am-5pm or you may fax your resume to: (561) 438-3935.

Benefits include: ● Excellent base salary ● Medical/dental/vision/life insurance ● Paid holidays/personal/vacation/sick days ● 401(k) plan/tuition assistance/Store discounts/Stock purchase program ● Rewarding career opportunities at our corporate campus ● Business casual working environment ● Commuter services

For more information about opportunities at our Call Center, contact our Careerline at: 1-800-937-3600, ext 81723. EOE, M/F/D/V. A smoke-/drug free environment. Office Depot is proud to be a sponsor of the Palm Beach County Child Care Partnership Act.

**Office DEPOT.**
www.officedepot.com

Clerical Aldrich Party Rental needs FT or PT. Start $8-9 hr. Apply in person 2744 Hillsboro Rd, WPB or fax 833-8954

**CLERICAL**
Entry Level Position. Must be organized & dependable. Part-time, 8am-12Noon. Call Cindy 561-434-5207. Steve Moore Chevrolet Automation. Drug-Free Workplace. EOE.

**CLERKS** to file HUD/FHA refunds up to $3K/mo ★☆★ 305-460-3343 ★☆★

**CONSULTANT**
**FAME $30,000**
Be community champion as first contact visiting local businesses for Advertising Giant. No fee. Call Lin 626-3100. David Wood Personnel. Career Division. 4440 PGA Blvd (at Military Trail)

**COORDINATOR**
**OCEAN BREEZE $35K**
Prevent destruction, add beauty & promote safety as liaison for Environmental Center. No Fee. Call Madonna 626-3100. David Wood Personnel. Career Division. 4440 PGA Blvd (at Military Tr)

**CUST. SVC./GEN. OFF.**
● $500 a week, F/T
● Full Health & Dental
● Nites/Wkends/3rd shifts Internet firm looking for motivated people. Internet & phones skills a +. P/T also avail. Email resume to: jobs@webpower.com or fax resume to: 561-963-9007. EOE

**Customer Relations**
in Lantana. Ability to resolve problems & handle customer inquiries in high volume call center. Must have excellent letter writing ability, phone skills and MS Word & Excel. Great bene pkg. Call 561-686-3739 x1017 EOE DFWP

**Customer Service** Computer literate and dependable individual to travel from Palm Beach Gardens to Boca. Call (561) 683-1800 or (800) 279-9800 or fax resume to (561) 683-1777. Apply online www.stafforce.com

**CUSTOMER SERVICE**
**REPRESENTATIVES**
Expanding Boynton Beach Co. has immediate openings for reliable, responsible CSRs. Must have good customer service skills & light computer knowledge. We will train! Medical, Dental, 401K and 2 weeks paid vacation. Apply in person at Atlas Services, 3200 S. Congress Ave, #102, Boynton Beach, FL 33426 or fax resume 364-5511

**CUSTOMER SERV REPS**
WPB Premium Finance Co. Heavy phones. Pleasant atmosphere, great benefits. Call 966-9102 Ext. 1102.

Palm Beach Gardens: 561-799-2900 West Palm Beach: 561-697-2510 or fax a resume to: 561-697-2544

To us it means being an industry leader; but it could mean more than that. Office and... and we are looking for individuals who want to work or what taking care of business is all about.

If you have strong customer service skills, a positive attitude and the ambition to grow with a Fortune 500 company, you have just what it takes to be part of our team.

**CLERICAL**

**Temp & Perm**
● ADMIN. ASST.
● BOOKKEEPING
● CUSTOMER SERVICE
● DATA ENTRY
● RECEPTIONIST
● LEGAL SECRETARY
● PROGRAMMER
● SENIOR TELLER

**Lyn Garrett & Co.**
Fax 561 688-0145

**Clerk/Data Processor**
FT, min. 2 yrs college or Data Entry/Sec. Exp. $23,000 + ben. Prof. in MS Word, Excel, Data Bases, Data Entry, Gen. Ofc & Typing. Fax resume to Treasure Coast Health Council 561 844-3310 EOE/DFWP

**COMPUTER CLERKS:** Day or night shifts. Good pay & benefits. Will train. 561-287-7877 Ex 528 or 888-550-9884

**MANPOWER.** We find the best in everyone and put it to work. **CLERICAL** Switchboard back up, misc office duties. Good pay & benes. Apply at ● SASSO A/C ● 2223 2nd Ave No, Lk Worth 561/ 586-7000 fax 586-3548 DFWP/EOE/AAE M/F/D/V


**randstad**
**Clerical Jobs Open**
Temp & Temp to Perm Jobs are available for great people! Day & night hours are available.
Receptionists - $8-10/hr
Adm Asst - $10-12/hr
Order takers-flex hrs to $8:60
Survey takers - call businesses
Customer service - $7-10
Call Boca 392-4468

**ADELPHIA**
**C/E**
Your link to an excellent career opportunity. We have customer service positions available due to rapid growth.
● 100% Inbound Calls
● Upselling Bonuses
● Up to $11.11 per hr.
Contact our staffing partner for more details

**Remedy**
INTELLIGENT STAFFING
561-689-9800; Fax 689-1133
grega@remedystaff.com
No Fee

**CUSTOMER SERV REP**
Excell benefits. Send resume Ellison Graphics Corp., 1400 W. Indiantown Rd, Jupiter, Fl 33458; call 561 746-9256

**Data Entry** MS Word/Excel, strong accuracy/grammatical skills. Fax resume 689-1009

**DATA ENTRY REP**
WEISS Research, PBG financial publisher seeks Data Entry Rep to work 3-11:30 pm. Previous data entry experience, basic computer skills, ability to work independently, $10.50/hr. Good Benefits. Fax resume to: 561-625-6685, tracey@weissinc.com EOE

**DENTAL RECEPT.** - computer skills, typing, filing, heavy phones. Good communication skills, detail oriented, bi-lingual pref. Mon-Fri. 8-5. Call 561-968-7050; fax 968-7068

**ENTRY LEVEL**
**FINANCIAL CLERK**
Growing Palm Beach Gardens investment firm is seeking individual who has experience in customer service to fill an entry-level financial position. Qualifications include data entry and problem solving skills, extensive phone experience and a positive attitude. Training is provided along with a generous benefits package and competive salary. Send resume to: Attn.: Ms. Parker 3920 RCA Blvd., Suite 2004, Palm Bch Gardens, FL 33410 or Fax to (561) 626-6466

**Entry Level Financial**
Employee Benefits Investment team seeks versatile, detail-oriented professional with excellent telephone skills. Position requires working with numbers, data entry and trouble shooting. Competitive salary and benefits package. Please send resume to, Attn: Carolina Digagni, 3920 RCA Blvd., Suite 2004, Palm Beach Gardens, FL 33410 or Fax (561) 626-6466

**EXECUTIVE SECRETARY**
**DREAMY $36,000**
Go island-hopping assisting top Executive of booming Int'l. Development Company. No Fee. Call Kristen (561) 686-4571. David Wood Personnel. Career Division. 1897 Palm Beach Lakes Blvd (at I-95)

**FILE CLERK** needed with outgoing personality for busy construction office in Boynton Bch. Willing to learn other office reasonibilities. F/T, M-F. Starting pay $7.50/hr. 736-3667, DFWP

**F/T Days**
To qualify you must have at least 10,000 keystrokes. HS Diploma/Equivalent required.

**SPECIMEN PROCESSOR**
**F/T Nights**
Will assign specific computer generated identification numbers to requisitions and specimens and perform some data entry. HS diploma/equivalent required.

We offer a competitive compensation package. Interested candidates may apply in person Mon-Fri between 9am & 5pm at: Labcorp, 1800 Forrest Hill Blvd., Suite 13, West Palm Beach. NO PHONE CALLS PLEASE. EOE, M/F/D/V. Pre-employment drug screening is required.

**LABCORP**
**LEGAL RECEPT.** Flex hrs, P/T, N/S, WP, Exc phone skills. Fax resume 735-3964

**OFFICE ASST.** Phone, computer entry, light clerical. Call Ed 561 845-8825

**OFFICE ASS'T** Boca special event co. Phone & comp. skills. Fax 561-451-3595



**OFFICE CLERK-PT** M-F 11am to 3pm. $8/hr. General office exp. Dependable. Fax resume to (561) 997-5465 or call (561) 989-5084.

**OFFICE MGR** Fast paced, high volume WPB ofc. Looking for detail oriented person w/at least 2yrs managerial exp. Fax resumes to: 649-1893

**Office Personnel** needed for appliance delivery service. 561-881-1981. DFWP

**Payroll Assistant**
**Learn the Ropes!**
★ $9-10/hr. Learn payroll! You will be the payroll specialist's right hand person. Duties include data entry, general clerical, employment verifications, maintaining employee records and much more! Interested? Call Lauren at 684-... fax resumes to 684-6666.

**OASIS STAFFING**
**PHONE OPERATORS**
Inbound calls. No exper. We train. This is NOT telemarketing. Pick your shift. Call today, start tomorrow. Open 24 hours ● 561-930-7298 ●

**PO CLERK** Weston Co... ...person proficient in Excel & with good org. Const. exp. a must. Fax resume to Mr. McCoy or Mr. Blair 954-389-0184

**Purchasing Asst** Jupiter. exp nec. $24-30K. perm/no fee Cary Personnel ★ 744-7144

**RECEPT-BILINGUAL**
★
Boca Co. needs friendly, outgoing bilingual recept. Basic computer. Great career potential. $10/hr. No Fee. Call 561-392-0202 or fax 561-392-8448 or email boca@staffing.now.com

**Staffing Now**
**RECEPT/FT** Clematis St. w/comp. skills/lt typing $9-$10/hr. Fax res. 655-4158.

**RECEPT** Greeting customers/cashier reg./phone. Supercuts, W. Boca 561-479-0440

**Receptionist** Needed for national title company in Boynton Beach. Great benefit pkg. Call Jenny at 735-5445 or Fax resume 734-2752



**FLORIDA DEPARTMENT OF CHILDREN & FAMILIES**

**FLORIDA DEPARTMENT OF CHILDREN & FAMILIES**

IS ACCEPTING APPLICATIONS FOR THE FOLLOWING:

**Secretary Specialist**
Delray Beach, Secretary to a Program Operations Administrator. Performs complex and varied typing and clerical work involving independent judgment and initiative in the development of specialized work methods and procedures. 2 yrs of secretarial or office clerical work exp; or H.S. dip. or its equivalent can substitute for 1 yr of the required work experience. Annual salary: $19,412.38/$28,142.92. Closes 5:00pm 6-7-00.

**Staff Assistant (OPS)**
PBC, administrative work assisting an official in the operation of a program unit. Compiles and analyzes data for administrative decisions, reviews, analyzes, and prepares drafts of memoranda and correspondence. Must possess internet skills. 3 yrs of secretarial or clerical work experience. H.S. dip or its equivalent can substitute for 1 yr of the required work experience. Bi-weekly salary: $12.95 hr. Closes 5:00pm 6-7-00.

EXCELLENT BENEFITS AND LEAVE ALLOWANCES
Submit to FL Dept. of Human Resources Office WPB, FL 33401. 561-837-... EEO/AA/Vet. Pref/Sp...

ID 7-18-00
EXHIBIT
D

EXHIBIT 3.7 PAGE 35

FL AG0000174

EXHIBIT 3.7 PAGE 3C

EXHIBIT
7
00-18-00

FROM Case 0:02-cv-60226-ASG Document 413-94 Entered on FLSD Docket 02/13/2002 Page 373 of 432

FL AG0000175

HEADBOARDS ............ $19⁹⁵
ROLLAWAY BEDS ........ $129⁹⁵
BUNK BEDS ............... $169⁹⁵
FUTON BUNKS ........... $249⁹⁵

Twin ........ $69⁹⁵ ea ... $52⁹⁵ pc ea
Full ......... $79⁹⁵ ea ... $54⁹⁵ pc ea
Queen ..... $199⁹⁵ set ... $129⁹⁵ set
King ........ $179⁹⁵ set

**NEW SMYRNA PENNYSAVER · Wednesday, May 3, 2000**

## 16

### CASHIER/ CONVENIENCE STORE CLERK
FLEXIBLE HOURS, full or part time. Permanent position. Salary commensurate with experience. Please apply in person. Tropical Chevron, 2995 SR 44, New Smyrna Beach

### NIGHT WORK
RETAIL Floor Care Route. Excellent wage, truck and equipment provided to experienced Floor Tech. Clean driving record & telephone required. Leave Name & Number. 904-409-0813.

UNIQUE SALON looking for Hair Stylist. Convenient Downtown location. Prefer some clientele. Days 904-424-0195, nights 904-409-3518.

CONSTRUCTION WORKERS NEEDED Full time positions. Please call 904-409-3518.

### GE Is Now Hiring!!!
Many Production workers needed. Monday through Friday 7am-5pm, overtime is time and a half. Offering full benefits plus 401k. NO EXPERIENCE REQUIRED. will train. Call Snelling Personnel to set-up interview. 904-322-3533.

### DRUG-FREE WORK PLACE
**GOVERNMENT POSTAL JOBS** Up to $18.35/hour. Hiring for 2000. Free call for application/examination information. Federal hire. Full benefits. No experience necessary. 1-800-598-4504, extension 1502 18am-6pm C.S.T. 7 days.

### INSTALLERS
Needed for busy cabinet shop. Wage negotiable. Call 788-3480.

### Applicator Trainees - $11hr.
NO EXPERIENCE REQUIRED. Labor Techs & Management. Local Work 1-800-271-2016.

### HOUSEKEEPER/HELPER
FOR ACTIVE MALE quadriplegic. Must live in; salary – room & board, must drive. No experience necessary. Call 904-424-1426/ 904-427-3316.

PERSON TO CLEAN Bathrooms, cabins, laundry and Rec. hall at KOA Kampground. Hours 'Oam-3pm Sunday, Monday & Tuesday, including Holidays. Must be 18yrs or older. Apply in person 1300 Old Mission Rd.

### MEDICAL BILLER
Great Income Potential! No Experience Necessary. Full Training Provided. Computer Required. Call Titan Toll Free! 1-888-968-7793 Ext. 7311.

### NEED MONEY?
Have you made all you want? Me neither! But I'm getting there too with Avon. Call 904-253-0265 or 1-800-554-7586 ext 01

### OFFICE MANAGER
SOUGHT TO COORDINATE THE ADMINISTRATIVE OPERATIONS OF SENIOR HEALTHCARE PRACTICE IN THE PALM COAST AND NEW SMYRNA AREAS. EXPERIENCE WITH PHYSICIAN OFFICE MANAGEMENT, ICD9/CPT CODING, JCAHO, MEDICARE & PRACTICE DEVELOPMENT PREFERRED. RESUME & SALARY HISTORY TO: GERIMEDCOM, 333 WEST HAMPDEN AVENUE, SUITE 200 ENGLEWOOD, CO 80110, FAX 303-781-6462. EOE.

### OPERATORS NEEDED
900-line phone operators needed. Must be 18/older. Call 904-756-8797 or apply in person. 4020A South Nova, Port Orange.

### POSTAL JOBS
Up to $17.21 per hour + benefits. Full-time/part-time. For appointment and exam information. Call 1-877-665-7002 toll free. Ext. 013; 8am-5pm, Monday-Friday.

p changed to 904 258-9963

### CUSTOMER SERVICE No Selling!
NEED career oriented individual for growing company. Will be doing inbound and outbound calls! Will take orders over the phone, research client needs and basic data entry. Must have smile in voice, dependability and willingness to learn. Permanent position. Company will train. $6.50 to start + commission and bonus. Call or apply with CORESTAFF Monday and Tuesday. 9am-11am. Daytona Beach Jobs and Benefits. 702 S. Ridgewood Avenue. Daytona Beach, 32114. 904-547-1829.

### Licensed Real Estate Agents
Needed for growing Century 21 Office. If you are a closer, come be a part of our team and earn $500-$2000 paid weekly. For more information. 1-800-448-6463.

### WANTED OTR/TEAM DRIVERS
Express truckload to Southeast and West out of Atlantic and Florida. Great benefit package and home time. CDL/Class A with HAZMAT required. Minimum 2-years experience or 1-year Driving School. SOUTHERN FREIGHT, INC. 1-800-944-6638, extension 5811.

$11-$33 HOUR!! Government jobs! Hiring now! Paid training. Full benefits. Call 7 days 1-800-230-3390, extension 4060.

### STATE OF FLORIDA VETERANS' NURSING HOME
FULL-TIME POSITIONS:
RN - 10:30pm-7am shift.

### VETERINARY RECEPTIONIST
ASSISTANT FOR local clinic. Full/part time. Salary depends on experience. Please call for appointment. 904-423-7020.

FULL/PART TIME Experienced waitpersons needed to work days/evenings. Also hiring delivery drivers. Apply Edgewater Commons Plaza, Ce-a Luna Italian Restaurant.

### CARPENTERS AND FOREMEN (M/F)
FOR PROJECTS in East and West Volusia. Apply. McMahon Construction Co. 123 E. Indiana Avenue, Deland, or call 904-734-1071 for further information. EOE/DFW.

### PART-TIME O.T.R. DRIVER
CLASS A with 2 years experience. Choose your schedule. Work only when you want. STANSELL TRUCKING. Person. 1-800-347-7422. Ask for Jerry.

### DRIVERS
PART-TIME DRIVERS NEEDED Wednesdays from 3pm until 9pm. Must have valid Florida license and ability to drive a standard shift. Apply in person Monday, Tuesday and Thursday between 9am and 5pm; and Fridays between 9am and 1pm. 1305 Indian Lake Road, Daytona Beach (U.S. 92, 2.5 miles west of I-4). See Bumper in Vehicle Registration. DFW/EOE.

### TRUCK DRIVER CLASS D WAREHOUSE PERSON PLUMBING COUNTER SALES
Drivers license required for all positions. Benefits. 401K advancements. Apply in person: 855 Brentwood Drive, Daytona 255-2200

SERGE OPERATOR
Immediate opening, experienced only need apply. Hours are 9am-4:30pm, Monday-Friday. $8/hour if qualify. Applications accepted at Fabric USA Inc., 15 Sunshine Boulevard, Ormond Beach or fax resume to 904-677-7208.

COUNTERTOP SHOP
★ ★ ★ ★
LOOKING FOR EXPERIENCED HELP. WAGE NEGOTIABLE. CALL
EOE M/F/D/V DFW

# VERTICAL BLINDS
## FREE
WE ARE THE MANUFACTURER - NO MIDDLE MAN
SHOP AT HOME INSTALLATION VALANCE
## VOLUSIA VERTICAL
ORMOND S. DAYTONA PT. ORANGE
EDGEWATER NEW SMYRNA
427-0355

## PREPAID CELL PHONES from $9.95
plus activation and airtime.
* NO CREDIT CHECK
* NO AGE LIMIT
* NO CONTRACT

ACTEL
@ BELLSOUTH Mobility

**Talk Communications, Ii.**

12300 Alternate A1A
Suite 210
Palm Beach Gardens, Florida 33442

Phone 561-630-5869
Fax 561-630-5874

# CALL CENTER TESTING DAY

**Today's Date** _____

**Time In** _____  **TIME OUT** _____

## POLICIES & INFORMATION
### This list is to be check of by YOU:

_____

**First Name      Last Name**

## As we discuss each topic/information, you will initial next to each reference of information stating that you understand and will comply:

_____ We answer the Psychic Lines that you see advertised on TV, magazines, etc...WE ARE NOT TELEMARKETING

_____ We do not own these lines. No information may be given out regarding: Location, people working in rooms, personal phone #'s, or our office numbers.

_____ This is a testing day. You will not be paid for testing but will be paid for all hours worked after testing period. Testing includes taking up to 4 calls in which one must be atleast 15 minutes or better.

_____ If for any reason you are terminated or you should quit working for us, any monies due to you will be paid to you by MAIL. You will be paid according to the regular Pay Schedule. Do not come back to us on Pay Day looking for your check. IT WILL BE MAILED TO YOU!

_____ If you are going to be late or not be able to come in, you need to call and let us know.

_____ Cleanliness: wipe down phones, and please come into work clean and dressed appropriately. No cut-offs, short shorts, or flip flops allowed.

_____ All personal problems need to be dealt with BEFORE entering the premises. Personal phones calls will not be accepted. Pay phone is available during breaks.

_____ 2 fifteen minute breaks are automatically deducted from your work time but are still paid for on any 8 hour work shift.

_____ 3 Incidents or Warnings against you are grounds for Termination...upon 3rd Warning/Incident you may be terminated.



EXHIBIT **3.7** PAGE **37**          FL AG0000176

_____ Bonuses are paid as follows:
18.99 to 19.00 = ~~$10.00~~
19.01 to 24.~~00~~ = $20.00
25.00 & above = $30.00
These bonuses are for full time employees only and you must work atleast 35 hours/week.

_____ Average Calculations:
Divide the number of Talk Minutes by the number of Calls Taken.
This includes DEAD AIRS, HANG-UPS, CUT OFFS, TEST CALLS and ALL COMPLETED CALLS. You MUST record ALL calls you have taken on your Log Sheet.

_____ Work Schedule/OT:
Arriving 15 minutes before your shift gives you ample time to Check-In and get organized for the day. OT is available to you if you have met the shift requirement of atleast 325 minutes in an 8 hour period with atleast a 20.00+ call average or better.

_____ Paychecks are available AFTER 4:00 pm every other FRIDAY. The week ends on Sunday. Payperiod we are in at this time was discussed and understood.

_____ Any problems or complaints is expected to be addressed with the on duty Manager. If you are not satisfied with the results or feel that your isssue is not addressed properly than please speak with Tom or Lori directly. This includes gossip, lying, or any malicious intent to harm Talk Communications, and/or any company representatives or employees.

_____ I am not affiliated with Billy (William) Bradly Tide or his affiliates. I am not working for any other Psychic Line nor am I involved with any other Psychic phone service.

_____ ALL Call Center Material is property of Talk Communications, Inc and ALL material shall remain on our premises. We do not allow any removal of materials from our premises. Any material taken off of premises shall be considered THEFT and we will prosecute to the full extent of the law. All Materials and information provided to you is considered " Confidential Information". Copying and borrowing of any and all Call Center material is strictly prohibited. Any book assigned to you that is destroyed, vandalized, or missing will be charged to you at $100 and will be deducted from your pay check.

_____ Answer all calls on the first ring

_____ Never place a caller "on hold" for ANY reason

_____ Any questions regarding cost of calls or minutes should ONLY be responded to by saying:
" I don't know anything about that, I am just here to give you a reading"

_____ I have said " I don't know anything about that, I am just here to give you a reading" 5x and understand the severity of the situation if I do not respond to questions regarding costs of calls or length of call. I understand that I will be reported to the FCC and the Sponsor Company if I commit fraud or give out any information regarding the cost of a call when answering calls on our premises. Talking about the cost or length of any call to any inbound caller is strictly prohibited by law.

_____ I will never give out any information regarding who I am working for or my location to any caller... This includes to the "PHONE COMPANY" or ANYONE who asks....even if they sound like they know someone personally at the company or in the phone room.

_____ Laying on the tables, slouching/laying in chairs is prohibited at all times. Come to work awake and prepared. Magazines, books and schoolwork is strongly suggested to be brought to work so that during slow times you can be occupied. You should always remain seated in your chair at your station while on the premises, unless you are on a break or checking out.

EXHIBIT **3.7** PAGE **38**

FL AG0000177

\_\_\_\_\_   Painting/Polishing nails at the work station is considered very unprofessional and prohibited.

\_\_\_\_\_   I understand "whisper tones"

\_\_\_\_\_   I understand the policies regarding "American Star"

\_\_\_\_\_   I understand "Dialtronix" calls.

\_\_\_\_\_   I understand "American Star" calls.

\_\_\_\_\_   I understand how to fill out the Log Sheets

\_\_\_\_\_   I understand how to figure out my call Average and that I am expected to shoot for atleast a 20 Avg

\_\_\_\_\_   I understand how to use the time clock and know that if I forget to clock in or clock out I will be paid according to what the computer says my first call was taken and last call was finished.

\_\_\_\_\_   All calls must be answered ": Thank you for calling"...."hello" must never be said.

\_\_\_\_\_   I understand that the phone lines are monitered and tested 24 hours a day.

\_\_\_\_\_   Any incidents to be reported must be made in writing on the proper form.  Forms are provided by the Shift Manage.  Any statements, suggestions, or complaints must be made in writing and can be placed in Tom/Lori's In box or slipped under the door if confidential.  We ask that you allow us a reasonable amount of time to respond.

EXHIBIT 3.7  PAGE 39

FL AG0000178

**2/17/00**
**Thursday**
Our New Office:
Talk Communications, Inc.
8259 North Military Trail #2
Palm Beach Gardens, Florida  33418
OUR PHONE # is still the same:  ( 561) 630-5869
The office is located between Blue Heron & Northlake Blvd. on Military Trail-
Directly accross from "Grove Elementary School".
There is a public Bus Stop directly in front of our new office, too!!

JD 7-18-00
EXHIBIT
6

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. "Thank you for calling"/ "I don't know anything about that I am just here to give you a reading"
2. 3. New Policies
   If you get written up by a Manager you will have 2 chances.  The third time you will be suspended from your job for 1 week...without pay.
   We will mail out your paycheck if it comes out that week.
                              You can and will be written up for the following:
a. leaving work area/breakroom messy
b. not acting properly on the phone
c. late/late with out calling
d. Excessive Calling In
e. less than 2 hours notice on not coming in.
f. Poor Attitude
4. If you call out 2 days or more....bring in a Doctors note.
5. Defacing property/Books
   Cleanliness
   Break Room/Microwave/Cups
   Chairs
6. Breaks
   There are 2 fifteen minute breaks per 8 hour shift.  You can not break them up.
    Cigarette Breaks are at the discretion of the Manager if it is slow.  You must ask for permission
   before going on break.
7. When you leave the Phone Room, you must sign in & sign out...along with swiping in & out on the time clock.
8. Training Table
9.  Transportation Problems/ Excuses

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Bonus #1 | Bonus # 2 | Bonus # 3 |
|---|---|---|
| $25.00 | $50.00 | $50.00 |
| FULL TIME | Complete Names & Addresses | 20.00 Minute Call Average |
| 3500 Minutes for 2 weeks | If you have 80% Complete Names & Addresses, | or better |
| with an 18.00 Average or better | Marilyn will put you in the jar. Every other | your name will go in a jar and every other week |
| That's for 80 hours | week on Monday we will pull a name! | on Monday we will pull a name! |
| PART TIME | The addresses will be | |
| 3000 minutes in a 2 week period | verified and must have zip codes! | |
| with an 18.00 Average or better | | |

**DON'T FORGET!!**
Gypsy teaches classes every Tuesday from 7pm to 8pm NEXT CLASS:
"How to make your calls longer with out having a hard time doing it!!"
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Gypsy will also be conducting
Reviews with
EVERYONE
starting NEXT WEEK.
She will be making sure that you are
following all of the correct procedures!
on't forget: *She is here to help YOU!!*

FL AG0000179

EXHIBIT 3.7   PAGE 40

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 378 of 432

May 05 00 10:11a      Talk Communications, Inc. 561 630 5874                    p.1

Bookstore Manager Options - View Reports                           Page 1 of 1

# Bookstore Manager Options

Number of calls by psychic for group 045 for 05 04 00 sorted by average minutes from low to high is:

| Extension | Calls | Xfer Min | Avg Min | |
|---|---|---|---|---|
| 13580 | 2 | 8 | 4.00 | MAIN |
| 08954 | 2 | 10 | 5.00 | OR |
| 07316 | 4 | 35 | 8.00 | MAIN |
| 55041 | 5 | 44 | 8.00 | MAIN |
| 13973 | 15 | 159 | 10.00 | MAIN |
| 14430 | 3 | 34 | 11.00 | MAIN |
| 38950 | 6 | 69 | 11.00 | MAIN |
| 58745 | 13 | 175 | 13.00 | MAIN |
| 06545 | 3 | 42 | 14.00 | MAIN |
| 06684 | 2 | 28 | 14.00 | MAIN |
| 13989 | 19 | 266 | 14.00 | MAIN |
| 13482 | 7 | 113 | 16.00 | MAIN |
| 32225 | 12 | 194 | 16.00 | MAIN |
| 11616 | 5 | 98 | 19.00 | MAIN |
| 32497 | 21 | 419 | 19.00 | MAIN |
| 08954 | 9 | 184 | 20.00 | MAIN |
| 27129 | 4 | 80 | 20.00 | MAIN |
| 55245 | 7 | 146 | 20.00 | MAIN |
| 66082 | 12 | 257 | 21.00 | MAIN |
| 97245 | 12 | 257 | 21.00 | MAIN |
| 13977 | 3 | 66 | 22.00 | MAIN |
| 13987 | 5 | 114 | 22.00 | MAIN |
| 08955 | 3 | 71 | 23.00 | MAIN |
| 28088 | 30 | 715 | 23.00 | MAIN |
| 13235 | 2 | 49 | 24.00 | MAIN |
| 23043 | 8 | 207 | 25.00 | MAIN |
| 46818 | 3 | 78 | 26.00 | MAIN |
| 09866 | 3 | 82 | 27.00 | MAIN |
| 13478 | 1 | 27 | 27.00 | MAIN |
| 13244 | 3 | 91 | 30.00 | MAIN |
| 07020 | 1 | 31 | 31.00 | MAIN |
| 90007 | 15 | 489 | 32.00 | MAIN |
| 07324 | 2 | 66 | 33.00 | MAIN |
| 23085 | 13 | 438 | 33.00 | MAIN |
| 64944 | 8 | 268 | 33.00 | MAIN |
| 32455 | 2 | 84 | 42.00 | MAIN |
| 09925 | 1 | 47 | 47.00 | MAIN |

Totals

http://...main.cgi                                                    5/5/00

*(handwritten note)* This needs to be brought up ASAP!! Or the Phones will not ring for them!! Help your Operators.. Help our Group! We need more minutes and need everyone to make sure 900 288 0494 being given out!

EXHIBIT 3.7  PAGE 4/



FL AG0000180

4/27

# Payroll Summary Report
4/1/00 - 4/15/00

13 Gai

PRN / Talk Communications, Inc.

| Extension | Line | Actual Talk Minute | Rate Per Min. | Total Minute Pay | Number of Calls | Call Avg | Verified Captured Addresses |
|---|---|---|---|---|---|---|---|
| 08826 | PRE | 463 | 0.25 | 115.75 | 37 | 12.51 | 30 |
| 08827 | PPK | 13 | 0.25 | 3.25 | 2 | 6.50 | 0 |
| 08828 | PRK | 86 | 0.25 | 21.50 | 9 | 9.55 | 0 |
| 08829 | PR- | 161 | 0.15 | 40.25 | 19 | 8.47 | 24 |
| 08830 | PR- | 219 | 0.25 | 54.75 | 18 | 12.17 | 0 |
| 08831 | PR- | 369 | 0.25 | 92.25 | 38 | 9.71 | 0 |
| 08820 | PR- | 376 | 0.25 | 94.00 | 29 | 12.97 | 10 |
| | TOTALS: | 1687 | | 421.75 | 152 | 11.10 | 64 |

ctive Ed: 10. 00

*Not Showing our other ext's* 086 086 sorry?

18-00
T

EXHIBIT 3.7  PAGE 42  FL AG0000181

```
************************************************************************
*                                                                    *
*                    TRANSACTION REPORT                              *
*                               MAY-01-00  MON  01:01 PM             *
*                                                                    *
*        FOR: GAIL>LE              19044090866                       *
*  _____ *
*                                                                    *
*      RECEIVE                                                       *
*                                                                    *
*  DATE  START    SENDER            PAGES     TIME     NOTE          *
*  _____ *
*                                                                    *
*  MAY-01 12:59 PM 561 630 5874       2      1'57"    COM.E-7        *
*  _____ *
************************************************************************
```

May 01 00 01:27p      Talk Communications, Inc.   561 630 5874           p.1



EXHIBIT 3.7   PAGE 43

FL AG0000182

# Payroll Summary Report

110 Cal

PRN / Talk Communications, Inc.

EXHIBIT 3.7 PAGE 44  FL AG0000183

| Extension | Line | Actual Talk Minute | Rate Per Min. | Total Minute Pay | Number of Calls | Call Avg | Verified Captured Addresses | Total Address Payout | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 08626 | PR | 460 | 0.35 | 115.75 | 37 | 12.43 | 30 | 7.50 | 123.25 |
| 08627 | PR | 13 | 0.25 | 3.25 | 2 | 6.50 | 0 | 0.00 | 3.25 |
| 08628 | PR | 86 | 0.25 | 21.50 | 0 | 9.81 | 0 | 0.00 | 21.50 |
| 08629 | PR | 161 | 0.25 | 40.25 | 19 | 8.47 | 24 | 6.00 | 46.25 |
| 08630 | PR | 219 | 0.25 | 54.75 | 18 | 12.17 | 0 | 0.00 | 54.75 |
| 08631 | PR | 360 | 0.25 | 90.25 | 58 | 9.76 | 0 | 0.00 | 90.25 |
| 08926 | PR | 376 | 0.25 | 94.00 | 26 | 12.10 | 10 | 2.50 | 96.50 |
| TOTALS | | 1637 | | 421.75 | 157 | 11.14 | 94 | 16.50 | 438.75 |

Active Ext 10.00

Not Showing our other Ext 08626 08820 any? Direct Work THIs pay Period.

7-18-00 EXHIBIT



JD 7-18-00
EXHIBIT
J

## INTRODUCTION                                    Page 1



Good Morning,

Thank you for calling the network.
My name is _____. At extension# _____.
Good morning, How are you today?
Can I have your name please?
Hi _____! And how do you spell your last name? Can I have your sign? Great Sign!
And if you know it, your time of birth?

*(If the caller says they can't remember or do not know,then say)*
No, it doesn't matter ,but I am sure you do know your date of birth?

Was that day or night?And date of birth?
*(Start looking for their sign while there thinking)*

City, state,and zip code please? And your address?
*(If they ask or say no,say this)*
I use your numbers in my numerology, all your numbers help me to get a better understanding
of you and your enviroment.Plus you receive a free envision newsletter.

Now since I have been doing this for 5 years, I would like to start off your call by giving you a
basic Tarot Card reading combined with Astrology and Numerology. So please be thinking of
any specific questions you may have while I go over your cards.

Have you ever spoken to a psychic before? What made you call today?
*(RECEIVE AN ANSWER)*

Well thank for your honesty!

By the way I just want you to know that I'm not wasting any time, as we talk I'm calculating
your numbers and going over your cards.

Let me reassure you _____ ,that I will not do anything to scare you in anyway.
However, if I see anything , I'll ask you questions for further interpretation.
Just to help guide you and avoid problems.

BEFORE I FORGET LET ME GIVE YOU MY PERSONAL NUMBER JUST IN CASE WE GET

DISCONNECTED (GOT A PENCIL?)  IT'S 1 900 288 0994    EXHIBIT 3.7   PAGE 45
FL AG0000184

Page 2

Well as I look at the set I have placed down for you, I see interesting things arising, some of it deals with love, money and changes. Hopefully there gonna be for the better.

Now your first card represents your situation, maybe some problems your having, and maybe a little bit about yourself.

**(BECOME MORE SINCERE NOW)**

Your first card is the card of Sorrow, this is the 3 of Swords.
This card is just letting us know that there is some disruption in your life, something perhaps weighing on your mind?

There seems to be something confusing you. Not that it's a big deal but this card is giving off a vibe of anxiety which indicates there seems to be something stressing you out. Actually, this card is warm in my hand, what seems to be disturbing you please?

EXHIBIT **3.7** PAGE **46**   FL AG0000185

Your numbers are in and here is what they are saying. Please know, I'm not looking to hurt you in anyway. It's the numbers and cards talking not me.

Without saying another word, I can tell that the numbers and the cards indicate you basically are a sensitive person.

Can I ask you something?
Are you the type of person who is very emotional? You are.
Do you show your feelings or do you hold your feelings in?
Have you always been that way?

*(LET THEM TALK, YOU WANT THEM TO TAKE UP TIME, AND THIS WILL ALSO GIVE YOU A FEEL FOR THE PERSON.)*

For some reason your numbers say you worry too often, and you seem to doubt your abilities and judgments. You don't seem to believe in yourself enough. You don't have the self-confidence you really should have. Why is that please?

Does it stem from your childhood?
What was your childhood like?
Was it good or bad?
Do you have any brothers and sisters? How many?
Did you have friends or where you a loner?
Did your parents get along?
Did you see any violence?
Did someone not make you feel special?
Did someone not make you feel that you would never amount to anything or hurt you in anyway?
Did you feel picked on or lonely?
Did someone say mean things to you?
Who is that please?
What happened?

**Motivation, Determination, and Unselfishness, that's what equals success.
Lack of being aggressive is why we fail!**

EXHIBIT 3.7   PAGE 47.   FL AG0000186

Your next card in this set is the 8 of swords, which is the card of interference.

Do you think there is something you have been putting off for a while now?

Well the card is telling there is something!
Your suppose to be doing something and your not doing it.
What is it?
*(KEEPING ASKING THAT QUESTION)*

Well this card is telling me that your neglecting something else in your life that is much more important.

Can you think of what that is, please?

*(IF THEY SAY NO, THEN SAY)*
In otherwords everything is fine.

Are you eating o.k.?
Sleeping enough? Too much? Exercising enough?
Drinking enough fluids (water)?
Most people don't.
I know you won't understand this, but for the time being, drink 8 glasses a day to get rid of the toxins.

*(IF THEY SAY I DRINK ENOUGH, YOU SAY)*

Good continue to do so!
How are you feeling health wise? Are you fatigued or depressed?
Do you get headaches?
Could it possible that it's you that your neglecting?

Stress and anxiety causes headaches and drinking water can help flush them out which is true, that why doctors tell us to drink 8 glasses of water a day.

Is there something you feel helplessness about our failure . Something you didn't follow through?

Do you put off things for the next day, rather than get them done now?

EXHIBIT 3.7   PAGE 48    FL AG0000187

Your next card is the 17 trumps, this is the star card, this
card tells us that you are going to receive some unexpected
help, this help may be money or anything you really need.
After this help there is going to be a better change in your
life. It's a change you've been waiting for. It's going to put
you on a path that you really want to be on.

EXHIBIT 3.7   PAGE 49   FL AG0000188

Your next card is the card of fortune, the 10 of trumps. This card lets us know that there is a change in money coming for you and its for the better. Because the card indicates good destiny.

Now _____, Could you grab a pen and piece of paper? _____
I want you to jot down my number in case we get disconnected or if you ever want to call me back.
It is:

1-900- 288 0994

Remember the first two minutes of your call is always free and were sponsored by New Lauderdale, Florida. And of course you know that all callers have to be at least 18 years or older.

*I'm picking up some lucky numbers for you.*

13- 11 - 22 - 19 - 29 - 31

1 - 0 - 1

5 - 23 - 28 - 10

18 - 6 - 11 - 2 - 15

EXHIBIT 3.7 PAGE 50

FL AG0000189

Page 8

Your next set will give you some future changes as well as some wonderful events to come. Your next card in this set is the card of lust, which is the 11 of trumps. This card tells us that if you are in a good and happy relationship now and you want things to continue then you have to continue to keep romance and spice in your relationship.

Who's more romantic? You or him/her?
Why is that?
Is your relationship too routine?
Are you happy, bored, anything has changed?

Don't let things become a daily routine. Be spontaneous! Has any kind of romance been going on in your life recently? If not then what would you like to happen? Well maybe you need to stop waiting on your partner to do it. Take matters into your own hands. Plan an evening for just the two of you. Maybe a candle light dinner or going out on the town, or maybe add some spice to your sex life. Have you ever thought to do something sexy but freaky for your mate? What ever you plan to do is fine, just do it and when you do it, be creative and everything will turn out fine.

EXHIBIT **3.7**   PAGE **51**   FL AG0000190

Page 9

Your next card in this set is the card of swiftness, the 8 of wands. Now this card tells us that if you have any goals for yourself to set them now. They will be easily achieved. No matter how large or small. Just start setting yourself some goals and the things you have been putting off for a long time has to get done.

Never give up or quit. Believe you can!
Believe you can and you will!
Tremendous things happen to the believer.

Take the word CAN'T and cross off the T.
What do you have?          _____
That's right. You determine your destiny, which decides in turn your future.

Your next card is very interesting, it is the nine of disks. The card of gain. This card indicates good luck in business ventures. Have you been presented with any business opportunities lately? I see you getting involved in some type of business. You should keep an eye open for any kind of business opportunities that comes your way. It could even be a home-based business or a joint venture. Don't worry I feel it's going to be very profitable for you. And I do see this leading you to financial independence. It's going to be very rewarding!

EXHIBIT 3.7   PAGE 52   FL AG0000191

Page 10

Your next card is the card of abundance, the 3 of cups.
Now this card tells us that you will finally have some of the
good things in life and the things that you deserve. The
card also tells us that success in other aspects of your life
will also be achieved. Such as any long-term goals you -
have been working on. Just by putting forth a little effort all
of your dreams and aspirations will be fulfilled.

This card also deals with relationships. Try to put in a little
effort and communicate more with your mate.
Don't hold anything back. You or him.
Every time your feeling anxiety in your relationship, let
your partner know.

Also, I don't know what type of religion, or even if you
practice a religion, but the card is indicating that you need
to set aside more time for your spiritual awareness.

(IF THEY SAY NO I DO, THEN SAY)

You need to set aside more time.
Continue on this path and it will get even better.

EXHIBIT **3.7** PAGE **53**    FL AG0000192

PAGE 11

This card will assist you in making decisions concerning future events.

Your card in this set is the card of the moon, the 18 of trumps. This card tells us that someone in your life is trying to deceive you. Now it is not someone who is close to you. But keep your eyes open.

---

PAGE 12

Your next card is the card of peace, this is the 2 of swords. This card indicates that someone in your past is going to be coming back in your life. Now when they were in your life before, things were not good between the 2 of you. When they come back, make peace, because they will help you out in some way, in a way that you will need. Peace has to be restored between the 2 of you. Keep in mind it is better to have a friend than an enemy.

EXHIBIT 3.7  PAGE 54    FL AG0000193

PAGE 13

The last is your destiny. These things will affect you forever and for the rest of your life. Your first card is the card of truce, the 4 of swords. Everything in your life will start to fall into place. Obviously you will still have some problems, because everyone does. But the key to handling your problems is to be calm and relaxed.
Take things day by day. Don't let your problems rule your life. They are just one of the many things in your life, don't let it get the best of you. All your major fears and worries will be coming to an end. Things will be getting better.

This will also deal with your health. Your health will be good.

Don't use negative words! Begin using good words.
The word NO or bad things, shuts the door.
But the word No spelled backwards says what? _____. ON
SO PUSH ON!
Get activated. For example the word TEAM. Turn it around and you have MEAT. MEAT each and every problem as it arises. Turn No into On. And TEAM into MEAT.
This is new hope!

EXHIBIT 3·7   PAGE 55   FL AG0000194

Your next card is the 3 of wands, the card of virtue. This card tells us that your success will come, just be patient.

There are some struggles to occur, but these struggles will make you stronger. You'll be able to deal with things more confidently and rationally. The things that are obstacles now will all be overcome and left behind forever. Your going to be a strong minded and happier person.

PAGE 15

Your last card is the card of the hermit, the 9 of trumps. This card tells us that you are definitely on the brink of an important change. A change from your current path onto a much better one. One that you will truly be satisfied with. The things in life you feel you deserve will finally happen.

There is a definite change from your current life coming and it is significantly better .

Remember never talk defeat, for you actually talk yourself into defeat.

You past is history, the future is a mystery and a moment a gift. That is why this moment is called the present. And there is no time like the present.

EXHIBIT **3.7**   PAGE **56**   FL AG0000195

Apr 27 00 01:43p      1a  Communications, Inc.  5e  530 5074       p.1

MIRADAVIS S.020

342 349

JiNifeS NUNN

·7P

**(WHILE THE PHONE RINGS WRITE THE TIME ON LOG SHEET.)**

Hello and thank you for calling the network. My name is
_____ How are you today? Can I have your name please?
Okay _____ and how do you spell your last name?
_____ The city, state and zip code? What is
your birthday _____? Great, now incase
we get disconnected, please write down this
Phone # so you can call me back
1-900-288-0994

I'll be starting off this call by giving you a basic Tarot card, Astrology
and Numerology reading. Please be thinking of any specific question
you may have while I shuffle and cut the cards.
I am going to do a chart for you, can I have your
Street address?
Have you ever spoken to a psychic before? Can you tell me what
made you call today?

**(GO INTO CHARACTERISTICS THEN COME BACK AND SAY)**

Well as I look at the set I have placed down for you, I see a lot of
interesting things arising, some of it deals with love, money and career
changes. Hopefully they're going to be for the better. Now your first
set represents your situation, maybe some problems you're having
and a little bit about yourself.

Your first card in this set is the 3 of swords; this is the card of sorrow
and it indicates that there is some disruption in your life, perhaps
something is confusing you or weighing on your mind? What seems
to be disturbing you, please?

(LET THEM SPEAK)

TD 7-18-00   EvhK                   EXHIBIT 3.7 PAGE 57        FL AG0000196

This disruption is not without hope and it will be ending for you soon. Don't sit back and let things happen to you though. You have to make them happen for you in order to put yourself in a good position. Do you know what I mean?

The cards indicate you are basically a caring and sensitive person. Can I ask you something? Are you the type of person who is very emotional? Do you show your feelings or do you hold your feelings in? Have you always been that way?

For some reason your numbers say you worry too often and you seem to doubt your abilities and judgements. You don't have the self esteem or confidence that is part of your natural make-up. Are you hard on yourself or do you ingnorethat inner voice in you that is quite able to make sound decisions? Trust yourself more often and you'll be surprised by the outcome. It will be great!

What was your childhood like? How was your relationship with family members? Did someone make you feel like you would never amount to anything. Who was your confidant? Are you still close?

(LET THEM ANSWER AND GIVE THEM TIME TO SPEAK.)

The cards indicate the only thing holding you back from all you seek is you. Do you think you're too hard on yourself? Maybe you beat yourself up? I don't mean this in a bad way, but the cards say that sometimes are your own worst enemy. Do you focus on the past rather than the happiness you could have now and in the future? Why is that?

In order to make yourself as well as others happy, you must first find the peace and happiness within yourself.

Your next card in this set is the 8 of swords, which is the card of interference. Do you think there is something you have been putting off for a while now? Well this card is telling me there is something. There is definately something you're supposed to be doing and you are just not doing it. Can you think of what it might be, please?

EXHIBI **3.7** PAGE **58**        FL AG0000197

(IF THEY SAY NO THEN SAY)

Are you eating okay? Sleeping enough? Too much? Exercising enough? Drinking enough fluids (water)? Most people don't. I know you won't understand this, but for the time being, drink 8 glasses of water a day.

(IF THEY SAY I DRINK ENOUGH YOU SAY)

Good, continue to do so! How are you feeling health wise? Are you fatigued or depressed? Do you get headaches?

*(EVERYONE IS FATIGUED, ESPECIALLY IF THEY ARE STRESSED AND EVERY CUSTOMER IS.)*

Your stress and anxiety causes headaches and drinking water can help flush away any impurities that lead to the headaches. That's why doctors tell us to drink 8 glasses of water a day.

Your next card is the card of fortune, the 10 of trumps. This card lets us know that there is a change coming for you and it's for the better, because the card indicates good destiny. Do you play lotteries because I'm picking up some lucky numbers for you. Grab a paper and pencil and jot these numbers down. Your numbers are...

```
1 2 3 4 5 6 7 8 9 0
0 1 2 3 4 5 6 7 8 9
1 2 3 4 5 6 7 8 9 0
0 1 2 3 4 5 6 7 8 9
```

Now the next 3-5 days will be the ideal time to play any game of chance like bingo or sweepstakes you normally would. Don't pass up this lucky time yu have. If you don't normally play lotto just try it. Someone has to win and it can be you especially with your luck at this level of it's high point. At this time your luck is at such a high your chances are greatly enhanced. You'll kick yourself if some of these numbers hit and you didn't play them.

EXHIBIT **3.7** PAGE **57**

FL AG0000198

Do you still have your pencil at hand? I would like to give you my number in the event we get disconnected or if you would ever like to call me back. Ready? The number is 1-900 233 0994 ext. _____ and my name is _____ .

Your next card is the 17 trumps; this is the star card and it is telling us that you are going to receive some unexpected help. This help may be money or anything you really need. After this help there is going to be a distinct change in your life. It's the change you have been waiting for. It is going to put you on the path that you really want to be on.

--------------------------------------------------------------------

Now your next set will give you some future changes as well as some wonderful events to come. Your first card in this set is the card of lust, which is the 11 of trumps. This card tells us that if your are in a good and happy relationship now and you want things to continue then you should keep doing what you are doing. Whatever you plan to do is fine, just do it and when you do everything will turn out fine.

--------------------------------------------------------------------

Your next card is very interesting, it is the nine of disks; the card of gain. This card indicates good luck in business ventures. Have you been presented with any business opportunities lately? I see you getting involved in some type of business. You should keep an eye open for any kind of business opportunities that come your way. It could even be a home-based business or a joint venture. I feel it is going to very profitable for you and I do see this leading you to financial independence. It's going to be very rewarding!!

Your next card in this set is the card of swiftness, the 8 of wands. Now this card tells us that any goals you have for yourself should be addressed now. They will be easily achieved. No matter how large or small. Just start setting yourself some goals and complete the things you have been putting off for a long time, and they will be accomplished successfully. Don't give up or quit; just believe you can and you will. You are the one who determines your destiny, which in turn, decides your future.

Your next card is the card of abundance, the 3 if cups. This card tells us that you will finally have some of the good things in life and the things that you deserve. The card also tells us that success in ot'- --

EXHIBIT 3.7   PAGE 60   FI AG0000199

aspects of your life will also be achieved, such as any long-term goals you have been working on.  Just by putting forth a little effort, all of your dreams and aspirations will be fulfilled.

This card also deals with relationships.  Try to put a little more effort into communications with your mate.  Don't hold anything back.  Anytime you feel some anxiety in your relationship let your partner know.

This next set of cards will assist you in making decisions concerning future events.  Your first card in this set is the card of the moon, the 18 of trumps, the card of deception.  This card tells us that someone in your life is not being totally honest with you.  Now it is not someone who is close to you but you should keep your eyes open.  Can you think of anyone this could be?  Can you think of anyone that is jealous of you?  Perhaps someone who is hypocritical or causing interference, blocking good things for you?

(LET THEM THINK AND ANSWER)

Your next card is the card of peace, this is the 2 of swords.  This card indicates that someone in your past is going to be making a come back in your life.  Now when they were in your life before things were not good between the two of you.  When they come back, make peace because they will help you out in some way; in a way that you will need.  Peace has to be restored between the two of you.  Keep in mind it is better to have a friend than an enemy.  Can you think of someone who may thinking of you?  You are in someones thoughts.

At last we come to your destiny.  These things will affect you forever and for the rest of your life.  Your first card is the card of truce, the 4 of swords.  Everything in your life will start to fall into place.  Obviously you will still have some problems, because everyone does, but the key to handling your problems is to be calm and relaxed.  Take things day by day.  Don't let your problems rule your life.  They are just one of the many things in your life you should not let get the best of you.  All of your major fears and worries will be cominng to an end.  Things will definately be getting better.  This also deals with your health;  your health will be good.

EXHIBIT 3.7    PAGE 61

FL AG0000200

Your next card is the 3 of wands, the card of virtue. This card tells us that your success will come, just be patient. There are some struggles to occur, but these struggles will make you stronger. You'll be able to deal with things more confidently and rationally. The things that are obstacles now will all be overcome and left behind forever. You're going to be a strong minded and happier person.

Your last card is the card of the hermit, the 9 of trumps. This card tells us that you are definitely on the brink of an important change. A change from your current path onto a much better one. One that you will truly be satisfied with. Things in life you feel you deserve will finally happen. There is a definite change from your current life coming and it is significantly better.

YOUR PAST IS HISTORY, THE FUTURE IS A MYSTERY AND THE MOMENT, A GIFT. THAT IS WHY THIS MOMENT IS CALLED THE PRESENT. THERE IS NO TIME LIKE THE PRESENT.

*Sun - positive energies*

*empress - sometimes pregnant; fertility*

*fool - trust; survivor*

*10 wands - hard work ahead*

*two/lovers*

EXHIBIT 3.7   Page 62   FL AG0000201

Apr 10 00 09:38a     Talk Communications, Inc.   561 630 5874          p.1

# Talk Communications, Inc.

1202 Northlake Blvd
#416
Palm Beach Gardens, Florida 33410

Phone 561 630 5809

April 10, 2000

Hi Everyone!

We are forwarding you something that was written by one of our Managers, Penny. She has been in the Psychic industry a long time and she really "understands" the business like we do.

The reason we are forwarding this to you all is because it was so beautifully written. You might want to forward this on to your people. She really explains a lot of the "little", but important questions that your people might be asking. I do know that it helps me answer some of the questions that I get on a daily basis.

This letter is the absolute truth!!

We want to thank Penny for a well written letter, and we hope that everyone can benefit from it!

Thanks.

Lori & Tom
TALK COMMUNICATIONS INC.

JD 7-18-00

**EXHIBIT**

L

EXHIBIT **3.7**  PAGE **63**    **FL AG0000202**

APRIL 7, 2000.

WE ARE APPROACHING THE END OF THIS PAY PERIOD APRIL 1 THRU APRIL 15.

A LOT OF EXTENSIONS HAVE BEEN DELETED FROM THE SYSTEM. THE REASONS ARE FEW:

NOT GIVING OUT THE 1-900-288-0994 CALL BACK NUMBER IN THE FIRST FIVE MINUTES OF THE CALL

TELLING PEOPLE TO *HOLD* ON

NOT HAVING COMPLETE NAMES AND ADDRESSES.
(DO NOT MAKE UP ANY PART OF THE NAME OR ADDRESS, WHEN IT IS PUT INTO THE
COMPUTER IT COMES BACK AS MADE UP. WE KNOW SOME PEOPLE ARE GOING TO
GIVE YOU A FAKE NAME OR ADDRESS BUT NOT MORE THAN ONE OR TWO PER 300
MINUTES)

LEAVING YOUR EXTENSION WITH A LOW AVERAGE FOR THAT DAY.

A FEW PEOPLE HAVE BEEN DELETED FOR HAVING A 14 MINUTE AVERAGE ONE DAY AND THEN THE NEXT DAY
HAVING A 15 MINUTE AVERAGE. YOU MIGHT THINK THIS IS UNFAIR BUT THEY ARE VERY SERIOUS ABOUT HAVING
SERIOUS PSYCHICS ANSWERING THE PHONES. IF THIS IS A PART TIME JOB FOR YOU, THEN YOU NEED TO PUT IN
AT LEAST 500 MINUTES WEEKLY. IF THIS IS A FULL TIME JOB, THEN YOU NEED TO PUT IN MUCH MORE.
WHATEVER YOU DECIDE TO WORK, IT NEEDS TO BE ON A REGULAR BASIS WITH A GOOD AVERAGE. TAKE YOUR
JOB SERIOUSLY. SET YOURSELF UP A QUIET SPACE WITH ALL OF YOUR TOOLS, (PENCILS, LOG SHEETS,
ASTROLOGY CHARTS, ETC.) AND DEDICATE A DESIGNATED TIME. SET A SCHEDULE. YOU CAN NOT EXPECT TO LOG
ON THE 1ST AND THEN NOT LOG ON UNTIL THE NEXT WEEK. TO LOG ON ONE OR TWO DAYS A WEEK AND TAKE A
TOTAL OF 130 MINUTES OR LESS IS BASICALLY A WASTE OF YOUR TIME AND OURS.

THIS DOES NOT APPLY TO EVERYONE. FORTUNATELY, WE HAVE A LOT OF SERIOUS MINDED PSYCHICS WHO
ENJOY WORKING AT HOME AND MAKING AS MUCH MONEY AS POSSIBLE. AND TO THOSE OF YOU WHO HAVE
BEEN THERE, WOULD LIKE TO THANK YOU AND SAY KEEP UP THE GOOD WORK. AND TO THE FEW OF YOU WHO
CAN'T SEEM TO MAKE UP YOUR MIND WHETHER YOU WANT TO WORK DO IT SOON.

**REMEMBER THE AVERAGE MUST BE GOOD BEFORE MIDNIGHT ON THAT
DAY. THE NEW DAY STARTS AT MIDNIGHT.**

DON'T FORGET TO LOG ON AND TAKE CALLS ON THE FOUR MOST IMPORTANT DAYS OF THE
MONTH OR THE PAY DROPS TO .05 CENTS A MINUTE FOR THAT PAY PERIOD. **1, 2, 16, 17**

I GET A LOT OF FEEDBACK FROM THE HOME PSYCHICS, THESE ARE A FEW.

MY PHONE DOESN'T RING - IF YOU LEFT YOUR PHONE WITH AN ABOVE 20 MINUTE AVERAGE
THE DAY BEFORE THEN YOU WILL GET CALLS. THE HIGHER YOUR AVERAGE THE QUICKER THE

EXHIBIT **5.7**   PAGE 64   FL AG0000203

CALLS ARE SENT TO YOU, IT IS NOT FIRST COME FIRST SERVE. THEY BASE IT TOTALLY ON
MINUTES AND AVERAGE.
EXAMPLE: TODAY PSYCHIC #1 HAD 360 MINUTES WITH 10 CALLS. THEIR AVERAGE WAS **36.0**.
PSYCHIC # 2 IN WISCONSIN HAD 452 MINUTES WITH 23 CALLS. THEIR AVERAGE WAS **19.6**.
PSYCHIC # 3 IN MIAMI HAD 130 MINUTES WITH 3 CALLS. THEIR AVERAGE WAS **43.3**.
THE NEXT DAY ALL THREE PSYCHICS LOG ON AT EXACTLY THE SAME TIME TO TAKE CALLS.
WHO IS GOING TO RECEIVE THE FIRST CALL?
PSYCHIC # 3
WHY?
BECAUSE THEIR **AVERAGE** WAS THE HIGHEST.
WHO WILL GET THE 2ND CALL?
PSYCHIC #1
WHY?
THE **AVERAGE**.
DO YOU SEE HOW THIS WORKS?

**I ALSO HEAR THIS: MY PHONE KEEPS GETTING CUT OFF OR MY LINE GETS
DISCONNECTED WHILE I'M TALKING OR THE CLIENT IS TALKING.**

THERE ARE A FEW REASONS WHY THIS HAPPENS:
THE MOST COMMON REASON IS THE CLIENT HANGS UP - YOU SAY I KNOW THEY DIDN'T HANG
UP THEY WERE REALLY INTERESTED OR THEY WERE IN THE MIDDLE OF A SENTENCE. FOR THE
MOST PART MOST PEOPLE DON'T WANT TO SEEM RUDE AND JUST HANG UP ON YOU, SO THEY
WILL START TALKING AND PUSH THE DISCONNECT AT THE SAME TIME. YOU HAVE TO
CONNECT WITH THE CLIENT.
SOME PEOPLE JUST REALIZE HOW MUCH THE CALL IS COSTING THEM AND HANG UP.
SOMEONE JUST WALKED INTO THE ROOM AND SO THEY HANG UP.

THERE PROBABLY IS NOTHING WRONG WITH YOUR PHONE.
ONLY ONCE WAS IT ACTUALLY VERIFIED THAT IT WAS THE PHONE, AND THE NEIGHBOR HAD A
CROSS CONNECTION WITH THIS PERSON'S PHONE.

**ANOTHER IMPORTANT NOTE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!**

IF YOU HAVE NOT LOGGED ON FOR A FEW DAYS AND THEN THE 1ST, 2ND, 16TH OR 17TH
ROLLS AROUND AND YOU LOG ON AND GET NO CALLS OR ONLY 1 OR 2 CALLS. YOU SAY
WELL NOW WHAT? AM I GOING TO GET 15 CENTS A MINUTE WHEN I DIDN'T GET ANY
CALLS. IT'S NOT MY FAULT

WHOSE FAULT IS IT THAT YOU DIDN'T LOG ON THE FEW DAYS LEADING UP TO THOSE
SPECIFIED DAYS. IS IT MINE?
IN ORDER TO RECEIVE CALLS ON THOSE DAYS YOU MUST HAVE A GOOD AVERAGE AND
MINUTES BEFORE THE IMPORTANT DAYS

BE POSITIVE BE PROSPEROUS! LIFE HAS A WAY OF GIVING BACK WHAT YOU GIVE!

THANKS
PENNY HALL

EXHIBIT **3.7** PAGE **65**

FL AG0000204

# Bookstore Manager Options

Number of calls by psychic for group 045 for this week sorted by extension from low to high is:

| Extension | Calls | Xfer Min | Ave Min | |
|---|---|---|---|---|
| 01578 | 11 | 93 | 8.00 | MAIN |
| 01604 | 7 | 75 | 10.00 | MAIN |
| 01687 | 4 | 32 | 3.00 | MAIN |
| 02563 | 2 | 34 | 17.00 | MAIN |
| 03622 | 41 | 750 | 18.00 | MAIN |
| 04088 | 28 | 240 | 8.00 | MAIN |
| 04095 | 21 | 385 | 18.00 | MAIN |
| 04465 | 53 | 719 | 17.00 | MAIN |
| 04719 | 2 | 53 | 26.00 | MAIN |
| 04873 | 8 | 150 | 19.00 | MAIN |
| 06144 | 17 | 175 | 10.00 | MAIN |
| 06145 | 32 | 649 | 20.00 | MAIN |
| 06193 | 13 | 207 | 15.00 | MAIN |
| 06150 | 21 | 194 | 9.00 | MAIN |
| 06529 | 6 | 124 | 16.00 | MAIN |
| 06545 | 5 | 107 | 21.00 | MAIN |
| 06646 | 6 | 72 | 12.00 | MAIN |
| 06604 | 16 | 214 | 1.00 | MAIN |
| 06754 | 6 | 86 | 14.00 | MAIN |
| 07011 | 28 | 499 | 17.00 | MAIN |
| 07020 | 6 | 130 | 20.00 | MAIN |
| 07303 | 11 | 159 | 14.00 | MAIN |
| 07318 | 17 | 208 | 20.00 | MAIN |
| 07328 | 57 | 972 | 17.00 | MAIN |
| 07320 | 63 | 1036 | 19.00 | MAIN |
| 07324 | 13 | 251 | 19.00 | MAIN |
| 07326 | 4 | 119 | 29.00 | MAIN |
| 07730 | 34 | 549 | 16.00 | MAIN |
| 07555 | 4 | 60 | 15.00 | MAIN |
| 08070 | 17 | 142 | 8.00 | MAIN |
| 08073 | 11 | 72 | 7.00 | MAIN |
| 08115 | 6 | 86 | 14.00 | MAIN |
| 08209 | 4 | 72 | 1.00 | MAIN |
| 08211 | 15 | 176 | 11.00 | MAIN |
| 08232 | 1 | 9 | 9.00 | MAIN |
| 08234 | 5 | 47 | 9.00 | MAIN |
| 08235 | 15 | 290 | 16.00 | MAIN |
| 08236 | 19 | 320 | 16.00 | MAIN |
| 08235 | 1 | 35 | 35.00 | MAIN |
| 08281 | 19 | 393 | 22.00 | MAIN |
| 08283 | 22 | 444 | 19.00 | MAIN |
| 08360 | 3 | 52 | 19.00 | MAIN |
| 08362 | 12 | 139 | 11.00 | MAIN |
| 08627 | 2 | 13 | 6.00 | MAIN |
| 08628 | 5 | 68 | 13.00 | MAIN |
| 08629 | 19 | 161 | 8.00 | MAIN |
| 08630 | 4 | 66 | 16.00 | MAIN |
| 08635 | 5 | 13 | 1.00 | MAIN |
| 08641 | 2 | 13 | 2.00 | MAIN |
| 08642 | 9 | 169 | 18.00 | MAIN |
| 08643 | 34 | 668 | 19.00 | MAIN |
| 08732 | 6 | 41 | 5.00 | MAIN |
| 08790 | 13 | 150 | 11.00 | MAIN |

EXHIBIT **3.7** PAGE **66**

FL AG0000205

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2024   Page 404 of 432
P.5

Bookstore Manager Options - View Reports

```
08...    13    554   24.00   MAIN
08579     7    766   24.00   MAIN
009...         08    5.00    MAIN
0895.          326   21.00   MAIN
08956                        MAIN
08982          6     31.00   MAIN
09526          114   11.00   MAIN
09866          62    15.00   MAIN
101...   154   1511  27.00   MAIN
10184    17    3300  19.00   MAIN
10746    55    813   14.00   MAIN
11268          66    9.00    MAIN
11576          52    26.00   MAIN
17452    1     36    36.00   MAIN
18535          742   27.00   MAIN
19038          601   20.00   MAIN
23083          1063  24.00   MAIN
23035          420   16.00   MAIN
23068    6     1416  23.00   MAIN
25038    155   3201  21.00   MAIN
27077          221   20.00   MAIN
78                   0.00    MAIN
.9                   1.00    MAIN
31733    46    738   16.00   MAIN
30225    16    623   38.00   MAIN
32497    21    134   23.00   MAIN
32753    95    2406  25.00   MAIN
32835    26    565   22.00   MAIN
35736    2     57    11.00   MAIN
39659    2     1677  23.00   MAIN
39947    10    247   24.00   MAIN
39949    6     156   26.00   MAIN
45816    5     150   30.00   MAIN
50834    73    1473  20.00   MAIN
55042    21    439   20.00   MAIN
55245    35    1441  18.00   MAIN
59745    52    2014  27.00   MAIN
64944    77    1403  18.00   MAIN
66082    13    601   26.00   MAIN
66273    35    799   21.00   MAIN
67157    65    2196  29.00   MAIN
67513    6     52    16.00   MAIN
9007.    57    57.00         MAIN
90083    14    2610  21.00   MAIN
91045    1     37.00         MAIN
Totals   17    1462  25.00   MAIN
         2475  46260 19.51
(REP:BKMR_2 rpt )
```

EXHIBIT 3.7   PAGE 67

FL AG0000206

## DECLARATION OF BARBARA MELIT
## PURSUANT TO 28 U.S.C. § 1746

I, Barbara Melit, make the following statement:

1.      I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Jupiter, Florida.

2.      I was employed at Talk Communications ("Talk"), which at the time was owned by Tom and Lori Karras, as a psychic reader from approximately January 2000 until May 2000. I worked in a call center located at 12100 North Atlantic Suite A1A in North Palm Beach, Florida from January 2000 until March 2000, when the call center moved. From March until May 2000, I worked at the call center's new location at 8259 North Military Trail in Palm Beach Garden, Florida. While I worked at Talk, it was acting as a contractor for a Florida company and other companies that provided psychic readings over the telephone. Access Resource Services, Inc. ("ARS"), which at the time was also known as the Psychic Readers Network ("PRN"), was one of the companies that hired Talk. PRN is the company that currently advertises the psychic reader Miss Cleo. As a reader with Talk, I took calls that came in response to PRN advertisements.

3.      I learned about Talk from a friend of mine who was also employed by Talk as a psychic reader. Because of my experience in reading tarot cards, my friend suggested to Lori Karras that Lori hire me as a psychic reader. One day in January, I went to Talk's offices to speak with Lori Karras about working as a psychic reader. During the meeting, Lori and I discussed the stock market for approximately 20 minutes. I was a little shocked because Lori only asked if I had done some psychic work before. I thought that, at the very least, she would ask about my ability to read tarot cards and might also ask for a demonstration. The next day, I had to sign a statement swearing that I did not know, work for, or associate with Mr. William Tide. I signed the document because, at the time, I had no idea who Mr. William Tide was. After signing the document, I began working as a psychic reader.

4.      After working at Talk for a while, I cannot say that I was terribly surprised that no one asked about a person's psychic ability. I noticed that many of the new "psychic readers" hired after me were from the Salvation Army or homeless people. I noticed that the turnover of "psychics" was so great that Talk hired people regardless of their skill level or familiarity with tarot cards.

5.      New readers were required to attend a training session. I did not have to attend this session presumably because I had significant experience at giving readings. The training session was not very long and was conducted at Talk. I was told and

1

EXHIBIT 3.8  PAGE 1

observed that new readers attending the training session received a script that told them what to say during a reading. There were few individuals who were allowed to give readings without the use of a script, and I was one of the few. Again, I presume that I had this latitude because of my experience with giving psychic readings. Many times during my employment with Talk, I saw other readers giving callers tarot card readings without having a deck of tarot cards but instead reading the script. Incidentally, many of the new psychic readers, who were hired to give tarot card readings, did not have a deck of tarot cards. Talk would sell the new readers a deck of cards, such as a beginner deck of cards, which explained the meaning of each card, but did not require readers to actually use a tarot deck when performing a tarot reading.

6. My duties included providing tarot card readings and other psychic readings to callers responding to television commercials or direct mail advertising. While working for Talk, Lori Karras told me that I could choose whether I would be paid a certain amount for each minute a caller was on my line or at an hourly rate. I chose to be paid by the minute. Talk agreed to pay me 19 cents per minute.

7. I usually worked five days a week. The number of calls I received on any given day would vary. Sometimes, I would receive long calls which meant that I did not take as many calls. However, some days when I did not receive very long calls, I might receive more calls. I generally took 10 to 15 calls on an average day.

8. Tom and Lori Karras informed me that at the end of each shift, a reader's call length had to average 15 minutes per call. If a psychic reader's daily calling average slipped below 15 minutes, Lori or Tom Karras would verbally warn the psychic reader that they must pick up their daily calling averages. Talk fired readers who consistently maintained a daily calling average below 15 minutes.

9. For a reader to receive calls from PRN, Talk required a reader to have a daily average call length of 20 minutes. If a reader did not maintain a daily average call length of 20 minutes, they would not be allowed to receive call on PRN lines. Even if a reader had a 20 minute daily average call length, there was no guarantee that the reader would be allowed to receive PRN calls.

10. Tom and Lori Karras told me about the priority system used by PRN's computerized telephone system. Readers maintaining a higher daily call average would be given a higher priority in the computer system. This meant that the readers would receive back-to-back calls. If the person with the highest calling average was not available to receive a call, the system would direct the call to the reader with the next highest calling average. If a reader had difficulty maintaining their calling average, they would not receive calls as often as those readers who maintained a higher calling average. If readers who maintained a 20 minute

2

EXHIBIT *3.8*  PAGE *2*

calling average were not available to receive PRN calls, a manager would shut off PRN lines until a reader who could receive those calls were available.

11. At Talk, I worked with other readers in one central location. I am not sure of the specific number of readers who worked for Tom and Lori Karras because I knew that some readers could work from home. At some point during my employment, Lori told me that she had over 400 psychics working for her. While I know that she ran other call centers in Delray Beach, Florida and DeLand, Florida, I was not sure how many readers worked from home. I worked in an office which could fit approximately eight to ten readers. We were able to see each other and were, for the most part, able to hear their telephone conversations. If there were a particularly interesting call, the managers had a way of turning on an intercom so that all of the readers could listen. I am unaware whether Talk taped any of the calls.

12. Once a reader, including myself, received a call, the first thing that we would hear was a whisper tone. The whisper tone would tell the reader the name of the company billing for the call as well as the maximum number of minutes the caller could remain on the line. Several companies allowed for a maximum call length of 40 minutes, but PRN had a maximum time of 60 minutes. It was my understanding that only the reader could hear the whisper tone and the caller could not.

13. After connecting to the caller and hearing the whisper tone, Talk had numerous requirements. First, Talk required the readers to give the caller a 900 number and an extension within the first minute of connecting to the caller. Lori informed me that PRN would conduct test calls. These calls were not to test the accuracy or quality of the reading but instead to test whether the reader gave the caller the 900 number within the first minute of the reading. I was not aware if PRN taped any of these calls. We were instructed to tell the caller that the number and extension made it more convenient to call back in the event the call was disconnected or they wanted to reach the same psychic.

14. Talk also required all readers to collect contact information from the callers. All psychics were to collect the callers first name, last name, address, and date of birth. This information, along with the time the call was connected and terminated, would be written down on a log sheet that was given to us each day by the managers. At the end of a psychic's shift, the psychic had to give the log sheet back to a manager. Talk required all psychics to have contact information for 80% of the calls received during the shift or else they were not eligible for a bonus. At the end of each pay period, the names of the readers who collected 80% of the caller information had their names placed in a bowl, and the person whose name was drawn out received $50. If callers were reluctant to provide their

3

EXHIBIT _3.8_ PAGE _3_

contact information, Lori and Tom Karras instructed us to tell callers that we use this information in our readings. Because several readers merely gave readings according to the script, it was very rare for a reader to use a caller's contact information for anything relating to a reading.

15. Lori told me that the caller's contact information was collected and sold to PRN. It is my understanding that Talk even sold to PRN the contact information of callers who were calling from a different company. At no point were readers instructed to get the caller's permission to sell their contact information or to inform the caller that their information might be sold to a third party.

16. I received some calls where the callers were only interested in a tarot card reading for only as long as they would not incur charges. According to some of the television commercials that I saw, usually a caller would receive three minutes free of charge. Many times, these callers would ask whether their free time expired or how much of their free time was remaining. Talk instructed the readers that we should tell the caller that the reader knows nothing about the free time remaining and that we are only here to do the reading. To my knowledge, readers did not know when a caller would begin incurring charges for a reading. Judging by the questions I sometimes received from callers, callers did not always understand when charges began for the call.

17. Because job security and payment were proportional to average call length, there was an incentive to resort to unscrupulous methods to keep a caller on the line. On one occasion, I witnessed a reader take a call, place the caller on hold, leave the room, and return to the same call. On another occasion, I saw a reader who received a call, place the caller on hold, go outside, and return to the same call. While Talk said that things like that were unacceptable, to my knowledge no reader was ever rebuked or terminated for such practices. In fact, to my knowledge, the only reasons readers were terminated were because of low call averages or failing to show up.

18. On numerous occasions, Lori expressed a desire to increase the time callers were on the line. Additionally, Lori was insistent that readers, excluding me, use the script because, according to her, callers remained on the line longer when readers used the script. Also, Lori told the readers, including me, that if a reader received a call, we had to remain on the line regardless of what the caller said. On one occasion, I received a call from a person who was so obnoxious and rude that I hung up on her. Lori screamed at me and told me that I was never supposed to hang up on a call. When I asked if that meant I was supposed to endure insults just to keep a caller on the phone, Lori told me that for PRN calls we keep the caller on as long as possible regardless of what they say.

4

EXHIBIT 3.8 PAGE 4

19.   Many of the commercials that I observed suggest that a caller can receive a reading within three minutes. Based on my experience, it would be very difficult for a caller to receive a reading within three minutes. After telling the caller the number and extension, having the caller repeat the number and extension, getting the callers' contact information, having the caller repeat or spell their contact information, and explaining how the reading works, there is very little time left of the three minutes. Furthermore, giving a reading in three minutes is inconsistent with the dictates of Talk management, who wanted to increase the call times. I am familiar with the commercials and infomercials of Miss Cleo where she gives callers quick, in-depth readings within minutes. In my experience, it would be impossible for a reader to conduct such a reading while following the requirements that Talk imposed on its readers.

20.   There were also instances where the advertisements were inconsistent with the abilities of the readers. From time to time, Talk would receive calls from people who received a few tarot cards in the mail and a letter instructing them to call a number for the interpretation. On several occasions, I had to tell the readers the meaning of the cards. The readers repeated my exact words to the callers. Also, callers would call for the advertised tarot card reading, but there were only a handful of readers who had tarot cards. Usually, the readers would simply read the script.

21.   I was aware that many the advertisements said that the caller must be over 18. However, in a meeting with readers and managers present, Lori told us that if a minor called that we had to take the call. Lori explained that the minor might be having a serious problem. At some point, someone mentioned that readers are not supposed to talk to minors. In response, Lori simply reiterated that the minor might be in some sort of trouble.

22.   From time to time, Talk would receive complaints from callers. Callers would complain about receiving too many solicitation calls, receiving too many mail solicitations, being charged for time that was supposed to be free, and the like. The manager did this because PRN also paid Talk for handling these calls, but an average had to be maintained. Additionally, whatever complaints we received at Talk were collected and thrown in the garbage at the end of the night. To my knowledge, no one in the office registered or addressed the complaints. On one occasion, a person to whom I had given a reading called me back to complain about the reading. On a piece of paper, I wrote his complaint and then gave it to a manager, who threw the paper into the trash can. I was not aware of any number that addressed caller complaints. It was an office joke that complaints ended up in the trash can.

23.   In May 2001, Lori Karras fired me and several other readers from Talk. She

5

EXHIBIT *3.8*   PAGE *5*

informed us that she fired us because she thought that we were attempting to develop a competing bookstore in Florida.

I state under penalty of perjury that the foregoing statement is true and correct.

Date: 11/26/01

*Barbara Melit*
Barbara Melit

6

EXHIBIT 3.8    Melit 6

## DECLARATION OF KATHY SWANN

### PURSUANT TO 28 U.S.C. § 1746

I, Kathy Swann, make the following statement:

1.      I am a U.S. citizen over the age of 18 who has personal knowledge of the facts stated herein. I am a resident of Nevada.

2.      I was employed by Buckwood Communications ("Buckwood") as a psychic reader from approximately October 2000 to mid-June 2001. During this time, Buckwood acted as a contractor for a Florida company that provided psychic readings over the telephone. I am not sure of the Florida company's exact name, although I know it is the company that features "Miss Cleo" in its advertising. My job was to provide tarot card readings to callers responding to the Florida company's advertising.

3.      I was told by Buckwood that I would act as an independent contractor in providing readings. I signed agreements to that effect, both a contract and an "Independent Contractor Experience Form." These forms are attached as Attachment A.

4.      When I spoke with callers, I indicated that I worked for "the network." I was told never to mention Buckwood Communications to callers. I was also never given an address for the Florida company, although I was provided with the company's customer service number in Florida, (402) 573-9840. Attached as Attachment B is a copy of a list of important numbers that Buckwood provided to me, which includes the Florida customer service number. I was instructed to provide that number to consumers who called with complaints, which I did. The list of important numbers provided to me also includes telephone numbers for Ed Seidner, and his son, Scott Seidner. Scott runs Buckwood. Ed worked in a supervisory capacity under Scott. Just prior to my departure, a Buckwood supervisor named Diane replaced Ed.

5.      I learned of this job via a reference in someone's job application. Having a strong knowledge of how to conduct tarot readings, I thought I would be qualified for the position with Buckwood. Although I believed I was qualified for the position, I discovered that my qualifications did not matter much because Buckwood seemed willing to accept almost anyone who was interested in the position. I was quickly accepted for the job. Buckwood never asked about my psychic abilities, but rather only asked me to fill out an experience form. See Attachment A. I was not asked to provide a sample reading before I was hired. In addition to the Independent Contractor agreement and the experience form mentioned in Paragraph 3, the only other form I had to provide to Buckwood to qualify for this position was an Internal Revenue Service W-9 form for taxpayer identification purposes.

6.      Buckwood provided an orientation session for interested applicants, but I did not attend this session because I reside in a remote area. In lieu of attending this session, Buckwood

1

EXHIBIT 3.9    PAGE 1

provided me with a cassette tape recording of Ed Seidner conducting a training session. I provided this tape to Federal Trade Commission investigator Nicholas Mastrocinque in August 2001. I was also provided with a telephone presentation guide, a copy of which is attached as Attachment C. I also was provided with brief descriptions of each of the zodiac signs: this was basically the extent of the training and instructional materials I received. I was not provided with tarot cards, although I had my own.

7. Based upon this lack of initial training, subsequent conversations with Buckwood's management, and discussions with callers who described previous readings or dealings with the network, it appeared to me that Buckwood was not concerned with the ability of readers to provide tarot readings, as long as they kept callers on the line. For example, Buckwood indicated that it was acceptable to provide readings to callers using just a few cards, even though there are generally 78 cards in a tarot deck. In fact, a reader whom I had recruited had told me that Ed had distributed a photocopy of three tarot cards, urging prospective readers to simply shuffle and read them. Callers also told me things about other readings they received from readers on the network that led me to believe that many readers did not know how to conduct a proper tarot reading.

8. Attached as Attachment D is a copy of the compensation schedule Buckwood provided me when I applied for a position. The hourly salary increased depending upon the amount of time spent talking with callers. We also received a bonus for providing names, addresses, and e-mail addresses not already in the system. Although it is not described in the compensation schedule, I was informed by Diane that it was important to maintain an minimum average call length of approximately 15 minutes or more and that a reader who failed to maintain this minimum average would have long waits between calls and would earn less money and could also lose their extension with the network. Attached as Attachment E is one of my payroll stubs from Buckwood reminding readers to not log off for the day unless their average was at least 16 or 17 minutes.

9. When I was accepted by Buckwood for this position, I was provided with an extension or PIN number to use. I worked from home and in order to receive calls I would place a call into the network at an 800 number provided to me to indicate that I was ready to receive calls. I would then hang up and calls from people who called the network for a reading would be forwarded to me. I would essentially repeat the process to log out for the day.

10. Buckwood told me about the priority system used by the computer that forwarded calls. Readers who maintained longer average call lengths would be given a higher priority in the system and would receive back to back calls. Readers who had lower averages might have long waits between calls. If readers had difficulty maintain their averages, the readers might have to log in during the middle of the night or early morning hours in order to receive calls and bring their averages back up, because there were usually fewer readers logged in during that time and callers often wanted to talk longer.

2

EXHIBIT 3.9   PAGE 2

11.     When I logged on to the network, there were regular postings of recorded messages and instructions for the readers. The first message was from a man at the main company in Florida. The second message was from Scott Seidner at Buckwood. Typically, the messages instructed readers to log in more frequently and to keep up the average length of our calls.

12.     I was told that calls were monitored and that there was a "call center" in Florida that called the company's psychic lines to monitor them. I was told that readers could lose their extension for putting callers on hold or promising them additional free minutes. I had no intention of doing these things, so I did not care whether the company monitored my calls. Even though I did not care about the monitoring, Buckwood told me not to worry too much about the monitoring because it was unlikely that I would be monitored. If my supervisor's statement that there are over 1,000 readers nationally is true, including over 600 just with Buckwood, and given how many calls come into the system, I did not see how they could really monitor that many calls. I have no idea whether any of my calls were actually monitored. I never heard anything about it if they were. Although the company was supposed to be monitoring for things like placing callers on hold, I would still hear callers describe to me that these things had happened.

13.     When I first began working for Buckwood, I earned approximately $10 per hour spent on the telephone with callers. I was required to log in for at least approximately 1,200 minutes per two-week pay period and my average paycheck initially was around $400-$500. The number of calls I handled on any given day would vary. Sometimes, if I was concerned about my call average and I received one or two long calls right away after logging in, I might quit for the day. This would ensure back-to-back calls the next time I logged on to take calls. Other days, I would handle more calls. Typically, I would say that I handled 8 to 15 calls a day, but sometimes 20 or more. I usually worked from 9 p.m. to 2 or 3 a.m., Pacific Standard Time. The cutoff period for one day for payroll purposes was midnight, Eastern Standard Time.

14.     Initially, I was able to keep my call average above the company's minimum requirements. However, the longer I worked for the company, the more uncomfortable I became with redirecting conversations or otherwise attempting to keep callers who called for a free reading on the line longer than the callers indicated they wanted to remain on the telephone. I also became discouraged by callers' complaints and what I perceived as Buckwood's indifference to those complaints and the constant pressure to keep callers on the phone for as long as possible.

15.     Another similar practice that began in approximately December 2000, well after I began working, regarded the acquisition of callers' e-mail addresses. We were initially told that we would receive $.10 for every caller's e-mail address. I later learned that this $.10 bonus would only be paid for new e-mail addresses, not addresses already in the company's system. This practice also applied to mailing addresses.

3

EXHIBIT 3.9 PAGE 3

16.  Between February and June 2001, I did not work very much because I had another job. However, Buckwood encouraged me to try acting as a broker, which I tried in approximately June 2001. As a broker, I was responsible for recruiting other readers to work for the company and I was to be compensated based upon the number of hours my recruits spent on the telephone with callers. However, as a condition of becoming a recruiter, I was told that it was mandatory that I maintained a 15-minute call average or I would not be compensated for the calls I personally handled. It also meant that I would not receive back-to-back calls. I would not be paid for any calls I took past the tenth call if I had not maintained a 15-minute average up to that point. I placed some advertising for the position and a number of people responded. My ad had to be approved by Buckwood. Attached to this declaration as Attachment F is a true and correct copy of the ad that I placed in my local paper, which Buckwood reviewed and approved.

17.  I estimate that while I worked as a reader, approximately one person a day would mention to me some problem they had encountered with either the network or a particular reader on the network. For example, I did receive calls from consumers who complained about repeated telephone solicitations they received from the company and who asked that such calls stop. The only thing I was instructed to do in response to such complaints was to provide the caller with the customer service number. While I attempted to provide such information promptly, it is my understanding that callers who remained on the line with a reader after a certain amount of free time had elapsed were billed for speaking to a reader, even if no reading was actually provided. It is possible that callers who were transferred to me with complaints or questions about how to reach the Florida company were billed for such calls.

18.  Callers for whom I gave reading also complained to me about practices that other network readers used, such as the following: telling callers that the reader was awarding them free minutes; placing the callers on hold; and falsely telling callers that they would be connected with Miss Cleo. A number of callers who were transferred to me told me that they wanted to talk with Miss Cleo. I would explain that Miss Cleo wasn't available at that time and that they could try again later or they could talk with me. I was not provided with any information to provide to callers about when they might be able to reach Miss Cleo, although it was clear to me that many callers contacted the network specifically to talk with Miss Cleo.

19.  While I worked as a reader, I once called the network myself in response to an advertisement so I could better understand what callers were told in advance of reaching me. I called an 800 number listed in a Miss Cleo advertisement to see if I could get through, and timed the call, knowing that I had three free minutes. I spent about 2 minutes on the line, listening to the preamble, which included payment options and possible reading avenues. I was then transferred to a reader, and I hung up upon the expiration of the three minutes. I had not received a full reading at this point: rather, the reader had only reached the point of the shuffling of the tarot cards. I did hear a tone indicating that the three minutes had expired, and I immediately hung up. Nevertheless, a

EXHIBIT 3.9 PAGE 4

small charge eventually appeared on my telephone bill for this call. I do not believe that I called a 900 number, but that I was transferred to a reader after calling the 800 number. When I got this bill, I attempted to call the company at the customer service number I had been given as a reader, but only reached voicemail and never heard from them. I also received at least one call a day from a recording of Miss Cleo or a live telemarketer. This continued for at least two weeks. Finally, while speaking to one of the live telemarketers I explained to her that I worked for the company and inquired as to how to remove my name from their mail and phone list. She gave me the same customer service number. I reached a voicemail box and left a message. I never heard back but the calls and mail advertisements eventually did stop.

20. I am aware that the Florida company frequently advertises free readings and that typically the first few minutes of a call are free. As a reader, I was given what was called a "whisper message" before being connected to a caller, which was a recorded message indicating the maximum length of the call before the caller would be automatically disconnected, which was often 60 minutes. Sometimes these messages also indicated the type of reading the caller was seeking. I was not told how much free time the caller had. The system was also set up in such a way that I did not hear the tone signifying that the caller's free time had elapsed, although some of my callers referred to hearing a tone. If callers had questions about the free time or how much time had elapsed, I said that I did not know or would refer them to customer service.

21. Since I did not hear a tone and did not receive instructions about callers' free minutes, I was never exactly sure with any particular caller at what point charges began for that caller, although I had a general idea based upon advertisements I had seen, my own experience with calling the network, and my conversations with callers. I can say that, in my experience, it is very difficult if not impossible to provide a tarot card reading within the usual free time period provided to callers. This is particularly true because I was required to obtain a lot of background information about the caller before I could begin. Readers were required to complete log sheets that included information on each call and to send the log sheets into Buckwood. Attached as Attachment G is a blank sample log sheet provided to me by Buckwood.

22. Readers, including myself, were required to ask for each caller's first name, last name, date of birth, street addresses or post office box, city, state, zip code, and e-mail address and to write this information on the log sheet. We were instructed to make sure that we had correct spellings for this information and that we would not be eligible for bonuses associated with obtaining this information if there were errors. We also were required to provide a 900-number to callers and our extension for the caller to use in case we got disconnected or in case the caller wanted to contact the reader again and to ask whether the caller had a pen and paper to take down that information. We were also required to include the start time and end time for each call on the log and to keep a clock nearby so we could keep track of this information. I was informed by a Buckwood supervisor that the company used the caller's name and address information to send marketing materials

5

EXHIBIT 3.7   PAGE 5

to the caller. I also learned that callers would also receive automated telemarketing messages or other telemarketing calls encouraging them to call the network again.

23. In addition to obtaining addresses and other personal information, it is generally necessary to cover some other background information with the caller, including whether they had received a reading before and to discuss the type of reading to be provided. Given all of the preliminary information to be obtained or discussed before the reading began, at best, I could usually do no more than use the tarot cards to start to answer a single question that a caller would ask, but I could not offer a full explanation in the time allotted. I knew that many callers were calling for a free reading and I felt some obligation to try to quickly provide them some information relating to their questions or concerns. However, Buckwood never told me that I had to begin or provide a reading within the first few minutes of the call and, in fact, generally encouraged me to take as long as possible in providing a reading to callers.

24. I was never really given much information about the company's advertising or about how I should handle any particular type of call. I know from my conversations with callers that sometimes they called because they had received letters or other types of solicitations indicating that the person should call because "something bad" was about to happen or because the recipient would soon be wealthy or receive some money. The callers would demand to know the details about whatever was described in the solicitation and some callers were quite upset. I would have to explain that it was just advertising and not to take it too seriously. I told them that I didn't know the information referred to in the solicitation but that I could do a tarot card reading that might help resolve the situation.

25. On other occasions, people would call because they were concerned about a negative reading another network reader had provided. The caller would indicate that the reader had foretold death, miscarriages, and serious accidents, and they were upset by the reading. As an experienced tarot reader, I am aware of techniques that enable one to convey such information without unduly alarming a caller and I would attempt to allay the caller's concerns.

26. Sometimes I felt that the readers' jobs were made more difficult because of representations contained in the company's advertising that were inconsistent with the services the readers could actually provide. In addition to some of the problems described above, I recall being surprised to learn that the company was running ads indicating that readers would help relay messages between a caller and a deceased person with whom the caller wished to communicate. I had to explain to a caller who must have seen one of these advertisements that I could not perform that service. Management indicated that we should just do the best we could with such callers and to tell these callers whatever we thought the caller wanted to hear, but I did not feel at all comfortable with this. It is my understanding that this particular advertisement only aired for a couple of weeks, so I did not have to deal with these calls for very long.

EXHIBIT 3.7   PAGE 6

27. I did lose my extension around the end of June 2001, but that was not due to problems that arose in monitoring my calls. I believe Buckwood terminated my extension because I had complained to them about the pressure to keep callers on the line and because of a pay dispute. I did not know of a way in which I could consistently maintain the high call averages Buckwood was demanding without resorting to tactics that I believed unreasonably or unethically protracted the calls, such as placing people on hold or lying to them.

28. My last paycheck should have amounted to about $40 for 5 hours of work, but my paycheck was only $7.25. Upon receiving this paycheck, I believed that I had been shortchanged. I told two of my supervisors that I would not accept this paycheck and that I believed what they had done was wrong. Diane, one of the supervisors whom I had contacted, stated that because I was a broker, I had to maintain a 15-minute average for the first 10 calls I took in order to get paid for the rest of the calls. I thought this practice was unfair because I could not control callers who hung up or simply wanted a free 3-minute reading. She referred me to Scott Seidner, who referred me back to Diane. My supervisors did not contact me nor attempt to negotiate in any way. Instead, I suddenly found that I could not log on to the network to handle calls.

29. Another thing that happened shortly after this dispute was that I began to receive telemarketing calls from the "Miss Cleo" hotline approximately 10 times a day. These telemarketing calls were similar to those that had been described to me by callers who contacted me to complain about the network. Because of the frequency of these calls and the fact that they started right after I lost my extension and complained about my check, I felt that these calls were a form of harassment by my former employer.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on _____, 2001 at Beatty, Nevada.

Kathy Swann

# INDEPENDENT CONTRACTOR EXPERIENCE FORM

**Name** _____

**Address** _____

_____

_____

**Telephone #** _____

**Experience &**
**Psychic Abilities** _____

_____

I understand that I am being retained to work at a psychic service. It is my personal feeling or understanding that I possess psychic or clairvoyant abilities.

I have read the foregoing and swear under penalty of perjury that it is true to the best of my knowledge.

**Dated:** _____

**My Ext. #** _____                    _____
                                              **Signature of Independent Contractor**

EXHIBIT **3.9** PAGE **8**

**Attachment A**

# BUCKWOOD COMMUNICATIONS

Buckwood Communications (Company) and (Print Name)_____
(Independent Contractor) hereby agree that Independent Contractor will provide intuitive readings, consistent with the independent Contractor's specialized skills, training, and experience, by telephone callers, and the Company will refer calls to Independent Contractor, based on the following terms, conditions, and warranties:

★   Independent Contractor represents and warrants that he/she fully understands that the Independent Contractor is fully responsible for all taxes, and that no claim will be brought directly or indirectly against Company on said account of such taxes. Independent Contractor fully understands that all amounts paid will be reported to the IRS at the end of each calender year for which they will receive a 1099 form for earnings in excess of $600.00.

★   Independent Contractor agrees to provide at his/her own expense any materials and supplies necessary for the performance of this contract. Independent Contractor further agrees to maintain at his/her own expense telephone services adequate for performances of this contract.

★   The Company agrees to arrange for Independent Contractor to be connected to a major telephone network for purpose of referring calls.

★   The Company shall compensate the Independent Contractor in accordance with the Compensation Schedule attached hereto and incorporated herein based on the actual time verified by telephone carrier reports.

The terms of this agreement shall remain in effect as long as the Independent Contractor is connected through our company with major telephone network. Each party may terminate this agreement without cause, upon notice to the other party.

IN WITNESS WHEREOF, the parties, Buckwood Communications and _____have executed this agreement on this_____day of_____2000.
Independent Contractor's Signature:_____
Street Address:_____
City:_____State:_____Zip:_____
Home Telephone:_____System Telephone:_____
Social Security or Federal Tax Number:_____

## DO NOT WRITE BELOW THIS LINE - FOR OFFICE USE ONLY!!
Broker_____

EXHIBIT 3.9   PAGE 9                    Attachment A

IN WITNESS WHERE OF, THE PARTIES, BUCKWOOD COMMUNICATIONS, INC; (YOUR NAME)_____
HAVE EXECUTED THIS AGREEMENT ON THIS _____DAY OF_____, 2000.
(SIGN HERE)_____

(PRINT YOUR NAME) I,_____(CONTRACTOR) AS AN INDEPENDENT CONTRACTOR, AND NOT AN EMPLOYEE OF BUCKWOOD COMMUNICATIONS, INC. , FULLY UNDERSTAND MY RESPONSIBILITIES. I RELEASE BUCKWOOD COMMUNICATIONS, INC. FROM THE LIABILITY, AND/OR OBLIGATION OF SAVING AND WITHHOLDING ANY OF THE FICA, FEDERAL, STATE, CITY OR LOCAL PAYROLL TAXES FOR ME. I ALSO FULLY UNDERSTAND THAT ALL AMOUNTS PAID TO ME BY BUCKWOOD COMMUNICATIONS, INC. WILL BE REPORTED TO THE I.R.S. AND THAT, AT THE END OF EACH CALENDER YEAR, I SHALL RECEIVE A 1099 FORM.

DATE:_____          SIGN HERE:_____

STREET ADDRESS:_____

CITY:_____     STATE:_____     ZIP CODE:_____

HOME PHONE:_____     SYSTEM PHONE NUMBER:_____

SOCIAL SECURITY NUMBER OR FEDERAL I.D. # _____

# VERIFICATION OF EXPERIENCE

I, _____, ACKNOWLEDGE THAT I HAVE EXPERIENCE AS EITHER A TAROT READER, ASTROLOGER OR PSYCHIC. I FEEL THAT I CAN GIVE ACCURATE READINGS TO THE PUBLIC WITH ACCURACY AND CONFIDENCE.

TYPE OF EXPERIENCE

BELOW ARE THE TYPES OF EXPERIENCE THAT I HAVE, AS WELL AS ANY OTHER INFORMATION THAT I FEEL TO BE IMPORTANT IN PROVING MY ABILITY.

★  1. HERBOLOGY                    7. RELATIONSHIPS
★  2. DREAM INTERPRETATION         8. MONEY/CAREER
★  3. PAST LIVES                   9. ANIMAL READINGS
★  4. LOST OBJECTS                 10. ANGEL READINGS
★  5. MISSING PERSONS              11. BILINGUAL (LIST BELOW)
★  6. SPIRITUAL COUNSELOR          12. OTHER (DESCRIBE BELOW)

_____
_____
_____

I CERTIFY THAT ALL OF THE INFORMATION ABOVE IS TRUE AND I ALLOW BUCKWOOD COMMUNICATIONS, INC. TO LOOK INTO ANY REFERENCES THEY FEEL NECESSARY.

SIGNATURE_____DATE_____
          NAME (PRINT)_____

1

EXHIB 3.9   PAGE 10

Attachment A

# BUCKWOOD COMMUNICATIONS

## IMPORTANT NUMBERS AND INFORMATION

Ed Seidner......................................................(702) 360-3522
Scott Seidner..................................................(702) 655-9337


Ed's Fax.........................................................(702) 360-0609
Scott's Fax / Daily Log Sheets.........................(702) 395-6213

Log On / Log Off............................................1-800-848-4587

## NUMBERS TO GIVE TO EACH CALLER

Customer Service Number (If Needed)........(402) 573-9840

Number To Give Out (Twice!)....................1-900-288-0899

Horoscope....................................................1-800-335-5215


Mailing Address:            Buckwood Communications
                           2980 S. Rainbow Blvd.
                           Las Vegas, NV 89146


E-Mail Address:            buckwoodlogs@aol.com


EXHIBIT **3.9** PAGE **11**          **Attachment B**

## PS TELEPHONE PRESENTATION GUIDE

This guide has been developed as an aid in assisting you only in the presentation of your own personal psychic readings, and not for the purpose of assisting, suggesting, or influencing you in any way as to the contents of the actual readings themselves and is not to be construed as such. The sole purpose of this guide is to help you to more effectively present your own readings.

It is most important that you take the time to study and to put into practice these valuable methods for presenting your readings to your callers. The results of your efforts will be an overall higher quality, more interesting readings for each caller. Callers will be much more interested and will talk to you longer and with more enthusiasm and hang up a lot less.

For many of you, this is your first experience at giving readings on the phone. We're sure you've come to realize that this is quite a bit different than doing it in person. The main difference being that the caller has the undisputed power to hang up on you at any given moment and, unfortunately, does this all too frequently. The information contained in this guide will help you to discover **WHY THIS IS HAPPENING AND WHAT YOU CAN DO TO PREVENT IT!** For some of you this will be a matter of a few minor changes or additions. For others it could possibly mean an entire revamping of your presentation. Experiment with several things. Eventually you will discover what works best for you. Whatever help you need, you will find it here. The information is simple and easy to understand, but there is one secret . . . **YOU HAVE TO PUT IT INTO PRACTICE!** We promise you the results will be dramatic. The mastering of a successful presentation will bring you newfound confidence in yourself as a professional. In as quickly as one or two weeks, you can easily and greatly improve your calls, build up your average, and increase your customer's satisfaction. **THIS INFORMATION IS VERY POWERFUL.**

After you have studied the guide and determined the changes you need to make, unplug your phone and practice talking to "make believe" callers, using your new presentation. You could use a member of your family to act the part of the caller to make it more useful. Do this over and over until you've worked out a presentation that you feel comfortable with. Using a tape recorder and playing it back is by far the best way to actually hear how you sound and to critique your presentation. You can then hear if you talk too loud or too fast, etc. If you don't get it right the first time, try another approach. Try as many approaches as necessary. Read and reread this guide and don't be afraid to try something new. We promise you that by changing as few as two or three things, the results will amaze you. Remember, the past is history, the future is mystery, and this moment is a gift. That is why it is called "the present". And there is no time like the present. So don't wait. **DO IT NOW!!!**

EXHIBIT 3.9  PAGE 12

Now that you have gotten the initial information, you should smoothly, without a pause, continue with what we call your "opening statement."

The "opening statement" is simply the first 3 minutes of the call after you have taken their personal information. This is by far the most critical time of the call. Your caller will make that all-important decision to take his/her free two minutes and hang up or continue to talk with you. He/she will base this decision on what he/she hears from you during these critical three or four minutes. Here is where you must be the most dynamic, exciting, fascinating, positive, etc. This is no time to be lukewarm in your presentation. You simply must get these first three minutes down to a science if you want your caller to stay on the line wanting to hear more. If you don't get this perfected, your callers won't be on the line long enough for you to be able to tell them anything. The following is an example of what an exciting positive, "opening statement" might be like. This is only an example: do not say this or the same thing over and over to different callers.

EXAMPLE:    *"Vicky, I just have to tell you, that as soon as I heard your voice, I saw the most beautiful aura around you and picked up wonderful energy from you. This tells me that no matter what has gone on in your life up to this point, you have some absolutely fabulous things coming up for you in the very near future. It's just not possible for anything else to be happening when you have this brilliant, positive aura around you. This is going to be one of the most exciting readings I've done in a long time. You see Vicky, nothing happens without a reason. There is a reason that you called the Network today and were connected to me. It's because I am the one person you needed to talk to, to receive the answers and the help you need in your life at this time. Without you saying another word, I can tell that you are a very sensitive, warm and intelligent lady. You are also very spiritually evolved and are not afraid to explore the unknown. I feel very privileged to be the one to do your reading today. Vicky, I'd like to give you a brief description of the kind of reading I am going to do for you today. It's a (psychic, tarot, etc.) reading and I'd like you to be thinking about the kind of questions you'd like to ask and perhaps even write them down, if you think you might forget them. First, I'm going to tell you something that you most likely wondered about, hoped, suspected, or maybe even felt you already knew about. In any case, I'm going to verify it for you. You have a guardian angel. Did you know that? Your guardian angel has been with you since you were born and will be there for you all of your life. You are very protected and always will be. (Tell them about the angel, if this is what you do.) Vicky, do you have some personal questions you'd like to ask or something in your personal life that you would like to have me focus on today? Okay! I am your (Angel Card) reader and I am beginning to shuffle it into the deck. I want you to tell me when you feel the cards have been shuffled enough."*

Continue with your reading. Create your own opening statement according to your own expertise and type of reading you do (astrology, numerology, psychic energy, etc).

EXHIBIT 3.9    PAGE 13

Give them their general reading BEFORE answering their specific questions. If the caller blurts out their question at the beginning of the call and you answer it, they're going to say, "Great, thanks, goodbye." And there goes your reading. Instead, you could say, *"Vicky, please hold that thought just a moment"*, and then continue on with your opening statement.

The following are suggestions or situations and proposed solutions that nearly all of you will be able to benefit from in one way or another. Read, practice, and use them to develop your own professional presentation.

## ASK QUESTIONS, ASK QUESTIONS, ASK QUESTIONS, ASK QUESTIONS!!!

Nearly every one of you is under the impression that if you ask the caller anything beyond their name, address, etc., they won't think you're a "real psychic". This isn't even realistic, neither on your part nor on the part of the caller. No one can possibly know EVERYTHING about a caller. The day someone discovers that they have the ability, they will have the biggest show on television and be advising the President. They would also solve every crime and be barred from buying any lottery tickets because they would know all the winning numbers. It's important that you ask questions at appropriate times, such as:

*"If your boss doesn't come through with your raise, even though the cards tell us that he will, what are your plans?"* Or,

*"How long have you suspected this about your boyfriend?"* Or,

*"What makes you think so?" "Is he/she ....?"*

*"At which point in your relationship did you first notice that things had begun to change?"* Or,

> *"You must have been devastated when that happened, How are you handling the situation now? Are you able to get counseling? How are the kids taking things? Are you going to have to go to work if he doesn't come back?"*

There are hundreds of these same types of questions that you should be asking every caller, but you don't because you think he/she thinks you should already know these things. This, of course, is nonsense. From time to time you will have someone who wants to know why you're asking questions and this explanation helps them to understand. You could tell them:

*"Life is not a script. Some people are under the impression that it is, and when they call, they expect you to read them their script. If this were the case, none of us would have any need for the decision-making part of our brain and for the ability to make choices.*

*Everyday that we get up, we have many choices to make, and any number of different roads we can choose to take. If you tell me WHICH road you've chosen to travel, I can tell you what is at the end of it. But, the choice of the road is always YOURS. If you don't like what is at the end of that road, you can change it and choose another.*

*That's the advantage of talking to a psychic. Being able to know ahead what's coming up and having the choice of either going on – or – of changing the courses.*

EXHIBIT 3.9   PAGE 14   Attachment C

*So – when I ask you questions, it helps YOU to get a better picture of where you have been, - where you are going, - and if you really want to stay on this path.*

*Remember, - very few things are written in stone. YOU have the power to change your life, any time you choose. It's in YOUR hands!"* ☺☺☺☺☺

So lose your fear of asking questions: it's unfounded. <u>YOU SHOULD BE ASKING LOTS OF QUESTIONS.</u>

Once you are doing longer readings (30-55 minutes), you will discover that many times the caller really just wants someone to talk to, more than he/she wants a reading. When this happens, your caller will want to tell you all about his/her life and YOU SHOULD LET HIM/HER. As long as he/she is talking, resist with all your might the temptation to open your mouth. Never interrupt a caller when he/she is talking. It's his/her nickel and if he/she wants the floor, you need to be quiet and give it to him/her. This is the time to simply be a LISTENER. This applies at any time during a reading when the caller "takes over" the conversation. You should immediately stop talking until you are absolutely certain the caller is finished with what he/she had to say. ALWAYS ENCOURAGE YOUR CALLER TO TALK. You also need to remember that 20% of most calls involve your reading, but 80% involves you being their FRIEND. Be concerned! Care about that person!

The caller has no idea that you are sitting at home in your bathrobe or sweats. For all they know, you could be in an executive office setting or in a tent. Believe it or not, they don't want to know, so never offer this information. They will never ask. It is almost as if they don't want to know, as if knowing would spoil the magic. This is also a very strong reason for never letting them hear any background noises during the reading. Conduct your readings in a professional manner. Your caller should not be hearing your children, dogs, doorbell, or any other distracting sounds in the background. THEY WILL CALL THE NETWORK AND COMPLAIN ABOUT YOU. If you are only able to log on when your family members are at home and awake, make sure that you are in a separate room with the door closed. Before you log on (day or evening), place a note on your door asking that no one ring the bell or knock until after a specified time. Your callers will not be able to take you seriously if they can hear background noise and are envisioning you in your kitchen amidst your kids and dogs with the doorbells ringing. Any of this will seriously detract from your credibility and they will quickly decide to hang up. Think about this. What would you expect if you were spending your money for a reading? So, be a professional and work when and where it is quiet.

There is no sound in the world as beautiful, to anyone, as the sound of <u>his or her own name.</u> Use it as often as possible without overdoing it. This is music to their ears.

**Don't talk about yourself** except in the briefest and most off-hand way. They aren't spending their money to hear about you. This is a very fast way to lose your caller.

EXHIBIT 3.9 PAGE 15                     **Attachment C**

Never argue with the caller. Their opinions or beliefs may be different than yours but don't react in a negative manner. This is the time to be the diplomat. Anytime you shoot down someone's point of view or personal opinion, you lose. They will decide very quickly to end the conversation. After all, don't we all feel that the smart people we know are the ones who agree with us?

Don't be in a big rush to prove to the caller how much you know. Compliment them on how smart and intelligent they are! Many callers suffer from low self-esteem, so help them to build them up, not yourself. You will probably be the first person in their life to tell them these things. Everyone needs to hear these things; it makes them feel worthwhile and wonderful, and they will think you are pretty smart for seeing their true inner nature.

Tread lightly on topics of religion. Instead, speak of "spirituality". Most people believe in spirituality: not everyone is religious. Giving out your own personal religious beliefs always runs the risk of offending someone who doesn't share those beliefs.

Keep your readings as positive as possible. No one wants to hear about "doom and gloom". Even if this is what you see, be very careful about giving out this kind of information. You could be wrong and this type of reading could possibly send someone who's in the state of depression into an even deeper state. So, have a sense of responsibility for how your reading might affect someone. We think it is very wise to "accent the positive and eliminate the negative".

When you speak to young people, encourage them to stay in school and get their diploma, if you see that is true. Encourage them to go back if they have dropped out. Give them a reading for the path that they are on now and one for the path that they could be on if they finished their education and got that diploma or degree. Many times young people who won't listen to their teachers or parents will listen to you. You have a lot of responsibility when you advise young people. Please take it seriously.

When a caller expresses unhappiness or dissatisfaction with their job or career, ask "what it is that you have always wanted to do, or be. Ask "why have you never done it?" Suggest ways for them to accomplish their goals, such as going back to college or getting their G.E.D., if this is what you are seeing. Encourage them to fulfill their dreams and then give them a reading as to the outcome of their efforts. People need someone to believe in them and say, "You can do it!" Be that someone.

Under age callers:   Remember, they must be at least 18 years old (refer to their date of birth). Once you have determined that they are under 18, ask them if there is anyone there who is over 18. They may say yes and put their mother on the phone, in which case you take a completely new set of information on this person who is over 18 and proceed as usual, speaking to anyone who cares to talk with you. However, if the caller is under 18 and there is no one there who is over 18, explain that you are not authorized to speak with anyone under 18 and hang up as quickly as possible.

EXHIBIT 3.9   PAGE 16

Attachment C

## SUGGESTIONS THAT MAKE YOUR JOB EASIER AND MORE ENJOYABLE:

1. Buy an extra long phone cord or a cordless phone so that you are not limited to where you can take your calls. Sitting in one spot can become very uncomfortable. You need to be able to move around if necessary.
2. Set up a permanent work place. We recommend a desk or a card table and a comfortable chair. It is best if you have a separate room for your workspace if you live with other people. Wherever it is, be sure it is quiet and comfortable.
3. Have 100 copies of the "caller information sheets" made. It is very inconvenient to run out.
4. Ask your friends and family NOT to call you when you know you'll be on the line.
5. Keep scratch paper next to you to jot down any important information.
6. A headset to free up your hands and a fax machine are highly recommended.

## Below are topics to avoid discussing or addressing during a reading:

- Avoid medical or legal advice
- Avoid swearing or abusive language
- Avoid discussing the company, management or other network psychics
- Avoid asking for inappropriate personal information from the caller
- Do not give the caller any of your personal information such as your phone number, address, etc.
- Avoid interrupting the caller to talk to someone

Never guarantee anyone that they will hit the lottery with the numbers you gave them, or make any other such wild promise. To tell them, *"Things look favorable in that direction"*, or *"The chances are very good"*, is one thing, but to out and out "guarantee" these kinds of things is extremely irresponsible. Drop this word from your vocabulary.

Avoid telling anyone that you see a death in the future. You can't have any way of knowing what the after effects might be on someone after hearing this kind of information, and you could be wrong.

Attachment C

## REPEAT BUSINESS

The reason that is SO IMPORTANT to give your callers the 900 number and to take down as many addresses as possible is that 40% of the calls that come in are from repeat business. THINK ABOUT THAT!

ALWAYS give out your first name and extension # at the beginning of each call
ALWAYS "identify" the type of reading that you do (tarot, angels, astrology, etc.)
ALWAYS give out the/your 900 number at the beginning and at the end
ALWAYS try to get the callers full name and address

DO NOT put caller on hold!
DO NOT ask callers to send you money for ANY reason!
DO NOT tell the callers that they have free time left, when they do not!
DO NOT use a prepared script!

We are constantly conducting TEST CALLS to each and every psychic. If you are found not to be complying with "ALL" of the above rules, you "WILL" be suspended and depending upon the situation, permanently logged off the line and very possibly prosecuted.

### BE SMART. PLAY IT STRAIGHT!

### WE KNOW. THE INFORMATION IN THIS GUIDE

### WILL GREATLY IMPROVE YOUR READINGS.

### USE IT TO YOUR FULLEST ADVANTAGE!

EXHIBIT 3.9  PAGE 18

Attachment C

# BUCKWOOD COMMUNICATIONS

### COMMISSION SCHEDULE (2)
### EFFECTIVE: 3/01/00

(3500)

Any Psychic who works 1250 – 3499 minutes in a pay period will receive a base commission rate of $ 10.00 for every hour of talk time spent on the phone with our clients.

Any Psychic who works 751 – 1249 minutes in a pay period will receive a base commission rate of $ 8.00 for every hour of talk time spent on the phone with our clients.

Any Psychic who works up to 750 minutes in a pay period will receive a base commission rate of $ 7.00 for every hour of talk time spent on the phone with our clients.

Any Psychic will receive 25 cents for each complete name and address faxed, emailed or mailed to the data processing center.

All Psychics will receive the above listed rates provided that the Psychic takes at least one call (one minute or more in length) during the first two days of a pay period (1st or 2nd and 16th or 17th of each month). In any pay period that a Psychic does not take at least one call during the first two days of the pay period, the commission rate will be $ 3.00 less per hour of talk time for that entire pay period.

Additionally, the following Bonus Structure is in effect:

- ☐  2500-2999 minutes in one pay period – $ 25.00 bonus
- ☐  3000-3499 minutes in one pay period = $ 30.00 bonus
- ☐  3500-3999 minutes in one pay period = $ 35.00 bonus
- ☐  4000-4499 minutes in one pay period – $ 40.00 bonus
- ☐  4500-4999 minutes in one pay period – $ 45.00 bonus
- ☐  5000-5999 minutes in one pay period = $ 50.00 bonus
    - ☐  6000-6999 minutes in one pay period = $ 100.00 bonus
    - ☐  7000-7999 minutes in one pay period = $ 200.00 bonus

Buckwood Communications pays its Independent Contractors according to the data downloaded directly from AT&T via its service bureau. Independent Contractors are only paid for the number of minutes (and calls) shown in this data for each extension.

There are two pay periods per month. The first runs from the 1st to the 15th of each month. Checks for that pay period will be mailed out on or near the 15th of the following month. The second pay period runs from the 16th to the last day of the month. Checks for that period will be mailed out on or near the 30th of the following month.

__Daily cash advances__ if earned will be mailed the following day after verification.

__Weekly cash advances__ are mailed on or about Friday for work the previous Monday thru Sunday.
(All commission rates are subject to change.)

Attachment D

EXHIBIT **3.9** PAGE *19*

Case 0:02-cv-6026-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 430 of 432

**BUCKWOOD COMMUNICATIONS, INC.**

40241

Name: Kathy Swann

Check Number: 40241     *
Check Date: Oct 11, 2000
Pay Period Ending: Oct 15, 2000

Extension 46053

| Hours | Description | Amount Paid |
|---|---|---|
| 7.23 | Commission Advance - 46053 D-10/10 | 57.84 |

$8.00 an hour.

Check Amount: $57.84

Notice: Buckwood appreciates your efforts. You are working with the largest group in the country. NEVER stop for the day with less than a 16-17 minute average call length (ACL). Don't forget--it's vital to take calls the 1st two days of each pay period. Thank you.

Case 0:02-cv-60226-ASG   Document 13   Entered on FLSD Docket 02/13/2002   Page 431 of 432

| R | E | A | D |   | T | A | R | O | T |   | C | A | R | D | S |   | $ | 1 | 0 |   | H | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | O | N |   | T |   | K | N | O | W |   | H | O | W |   |   | T | O |   | R | E | A | D | ? |
| F | R | E | E |   | C | L | A | S | S | E | S |   | S | T | A | R | T |   |   | N | O | W | I |
| C | A | L | L |   | K | A | T | H | Y |   | 7 | 7 | 5 |   | 5 | 5 | 3 |   | 2 | 8 | 5 | 7 |
|   |   |   | S | T | A | R | T |   |   | I | M | M | E | D | I | A | T | E | L | Y |   |   |

To:  Pahrump Valley View

Faxed to :  702-383-0326

I understand that the first 5 lines are free for a classified ad in your paper.

I would like to place the above ad.

Classification 8200

Thank You.

Kathy Swann
PO Box 1115
Beatty, NV  89003

775-553-2857

| Daily Log and Address Sheet | # to Give: 900-288-0899 | Horo: 800-335-5215 |
|---|---|---|
| Fax to:      702-395-6213 | Cust Ser: 402-573-9840 | Log On/Off: 800-848-4587 |

| Extension/Pin # | Date: | Page |
|---|---|---|

| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
|---|---|---|
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-MAIL: | |
| City | State | Zip |
| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-MAIL: | |
| City | State | Zip |
| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-MAIL: | |
| City | State | Zip |
| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-MAIL: | |
| City | State | Zip |
| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-Mail: | |
| City | State | Zip |
| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-Mail: | |
| City | State | Zip |
| Time Call Began (Eastern Time) | Time Call Ended (Eastern Time) | |
| Total Call Time | Running Total  Minutes | |
| Name | Date of Birth | |
| Address | E-Mail: | |
| City | State | Zip |

EXHIBIT 3.9  PAGE 22